UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 4 2003

JAMES R. MANSPEAKER
CLERK
BY _____ DEP CLERK

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

   Plaintiff,

v.

WILLIE SMALL, DACHAUN DAVIS, KEYONNA DAVIS, ALVIN GREEN, THEOLIAN LLOYD, CURTIS HAWKINS, ZEBEDEE HALL, JAMES STARKEY, EDWARD PALMER, FREDERIC WILLIAMS, HERBERT LEWIS, JR., ANGELA BREWER, DANIEL MCINTYRE, JEFF ABREU, MAX COOPER, GEORGE MURRAY, ERNEST GADDIS, VICTOR MENDINGHALL, SAMMY WOODS, RONALD CLARK, BRIDGET JOHNSON, TIMOTHY CHANDLER, CARLOS JOHNSON, DWAYNE VANDYKE, THURMAN MCKNIGHT, CHARLES YOUNG, BRIAN HARRIS, DAYNE DREW, and TOMMY JONES,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

   Defendant's (Alvin Green) Ex-Parte Motion to Allow Substitution of Counsel for Hearing on February 20, 2003, is **GRANTED**.

Dated: February 14, 2003

Copies of this Minute Order were mailed to the persons listed on the attached Certificate of Mailing:

Richard J. Banta
1720 Emerson Street
Denver, CO 80218
*(Attorney for Defendant Alvin Green)*

_____
Secretary/Deputy Clerk