IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HERBERT LEWIS, JR.,

    Defendant.

Sealed

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 9 2003

GREGORY C. LANGHAM
    CLERK

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR IMMEDIATE ARREST OF DEFENDANT HERBERT LEWIS JR. AND SETTING OF HEARING FOR REVOCATION OF BOND**

---

THIS MATTER, coming to be considered on the Government's motion, under 18 U.S.C. §3148, for the issuance of a warrant for the immediate arrest of defendant Herbert Lewis, Jr. and setting a hearing with respect to the Government's Motion to Revoke the defendant's pretrial release, on the grounds that this defendant has failed to comply with conditions of pretrial release, and this Court, after having the opportunity to review the Government's Motion and being otherwise fully advised in the premises, it is hereby

ORDERED that the Government's motion is hereby GRANTED. Therefore, a warrant for the arrest of defendant Herbert Lewis, Jr. shall issue FORTHWITH for the purpose of bringing the defendant before this Court for a hearing pursuant to Title 18 U.S.C. §3148.

DONE and ORDERED this ___8th___ day of ___September___, 2003.

                      WILEY Y. DANIEL, JUDGE
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO

Dated: September 9, 2003

---

Copies of this Order were mailed on September 9, 2003 to the persons listed on the attached Certificate of Mailing:

*Cathy Pearson*
Secretary/Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

## CERTIFICATE OF MAILING

Kathleen M. Tafoya
Assistant U.S. Attorney

U.S. Marshal's Office