UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2003

GREGORY C. LANGHAM
CLERK

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

ZEBEDEE HALL, et al.,

　　　　Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

　　　Defense Counsel's Ex Parte Motion to Have Hearing on Motion to Withdraw Outside the Presence of Co-Defendants and Renewed Motion to Have Said Hearing Outside the Presence of this Court, filed September 11, 2003, is **DENIED**.

Dated:  September 11, 2003

---

Copies of this Minute Order were mailed to the persons listed on the attached Certificate of Mailing:

Secretary/Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

<u>CERTIFICATE OF MAILING</u>

David Joyce
1860 Race Street
Denver, CO  80206
*(Advisory Counsel for Defendant Zebedee Hall)*