IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALVIN GREEN, et al,

      Defendants.

## EX PARTE MOTION TO ISSUE SUBPOENAS FOR DEFENSE WITNESSES DOROTHY CARPENTER, MAURICE WIRKENSON. KATRINA GREEN AND DEJON DURDEN TO APPEAR AT TRIAL ON OCTOBER 30th, 2003

Alvin Green, by and through his court-appointed counsel, Richard J. Banta, hereby moves this Honorable Court for an Ex Parte Order to issue Subpoenas and for the U.S. Marshal to pay for the cost of transportation, subsistence and lodging of defense witnesses for trial on October 30th, 2003. As grounds in support of this motion, Defendant states as follows:

1. Defendant is indigent and without funds to pay for the service of subpoenas, witness fees, and travel, subsistence and lodging costs for these witnesses.

2. The testimony of these witnesses is relevant to the defense of Mr. Green at trial.

3. These witnesses will testify regarding critical issues concerning Counts One, Thirty-Eight, Thirty-Nine and Seventy-Five of the Second Superceding Indictment. The names and addresses of each witness, a short statement of the testimony each witness is expected to give if subpoenaed, and the showing that the testimony of the witness is material to the defense is attached in Appendix A.

5. Mr. Green believes the government will conclude its case by Wednesday, October 29th 2003 and requests these subpoenas issue for the appearance of the defense witnesses on Thursday, October 30th, 2003.

**WHEREFORE**, it is respectfully requested that this Honorable Court issue the attached subpoenas for the defense witnesses and order the U.S. Marshal to pay for their transportation, subsistence and lodging to attend trial on October 30th, 2003.

Respectfully submitted,

Dated: October 15th, 2003.

Richard J. Banta
1720 Emerson Street
Denver, CO 80218
303-860-8048