REC'D OCT 2 2 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.01-CR-214-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

15. MAX COOPER, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2003

GREGORY C. LANGHAM
CLERK

## ORDER FOR SERVICE OF SUBPOENAS
## *IN FORMA PAUPERIS*

This matter coming to the attention of the court on the motion of Defendant Cooper for an order that subpoenas be issued *in forma pauperis*, it is, therefore,

ORDERED that the motion be granted and that the clerk of court issue subpoenas, for the time of trial or hearing for the appearance of the witnesses named as follows:

1. Angela Brewer, aka Angela McIntyre;

2. Angela Hernandez;

3. Ron Burdette.

IT IS FURTHER ORDERED that the U.S. Marshal make service of said subpoenas on witnesses without the prepayment of the fees and that the witness fees, mileage and subsistence of said witnesses be paid by the U.S. Marshal and taxed as costs in favor of the United States.

DATED at Denver, Colorado this 23rd day of October 2003.

BY THE COURT:

_____
Judge, United States District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

<u>CERTIFICATE OF MAILING</u>

Copies of this Order were mailed on October 23, 2003 to the following:

David Savitz
1660 Wynkoop Street, Suite 1100
Denver, CO 80202-1160
*(Attorney for Defendant Max Cooper)*

U.S. Marshal

Secretary/Deputy Clerk