SENT BY: RICHARD J. BANTA, P.C.;     303 831 1983;     OCT-15-03 17:27;     PAGE 2/2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 200

GREGORY C. LANGHAM
CLERK

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN GREEN, et al.,

    Defendants.

## ORDER

This matter is before the Court upon the Ex Parte Motion of Defendant Alvin Green seeking to have the U.S. Marshal's Service procure by subpoena the attendance of certain witnesses for trial. Upon consideration thereof, it is ORDERED the Motion is granted. The U.S. Marshal's Service shall serve subpoenas on the witnesses as set forth on the separate subpoenas submitted with Defendant's motion.

Dated:

Honorable Wiley Daniel
U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

### CERTIFICATE OF MAILING

Copies of this Order were mailed on October 23, 2003 to the following:

Richard J. Banta
1720 Emerson Street
Denver, CO 80218
*(Attorney for Defendant Alvin Green)*

U.S. Marshal

_____
Secretary/Deputy Clerk