IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   01-CR-00214-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff

v.

GEORGE MURRAY,

　　　　Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 5 2005

GREGORY C. LANGHAM
　　　　CLERK

---

### NOTICE OF APPEAL

---

　　　　Notice is hereby given that ___Amended Judgment___,
　　　　　　　　　　　　　　　　　　(name the order and/or judgment)
___George Murray___ in the above named case, hereby appeal to the United States
(plaintiff/defendant)
Court of Appeals for the Tenth Circuit from the ___amended judgment___ entered in
　　　　　　　　　　　　　　　　　　　　　　(describe the order and/or judgment)
this action on the ___1st___ day of ___December___, ___2005___.

Dated ___December 5, 2005___

Signature [signed]
Printed Name Greg Langham, Clerk of Court
By Steve Ehrlich

Address   901 19th Street

City   Denver　　　　　　State   CO　　　　Zip   80294

Telephone Number   (303) 335-2115

11-24-05

Dear Mr. Eldridge,

I'm writing you asking you to file Notice to the Courts that I wish to appeal my Sentence.

I understand you're withdrawing from this Case and I Certainly want to thank you and your Staff for the job you guys have done in my behalf.

Also Mr. Eldridge since I've been here from DOC I have not received my right medications. As a result I've been having daily Chest Pain. I have received some meds. daily, but some of the major heart meds. I have not gotten.

Once again I'd appreciate you talking with the marshalls that's in Charge of this movement and see if I can be moved back to FDC for better Corresponding with my DR and futher research of my Case. One of the head marshalls that have something to do with placing inmates name is Ron, Penski. And I'm not sure of that spelling for Ron's last name, but we talked with him in Court Wed.

Once again I look forward to receiving my DOC Check shortly.