# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 6 2005

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

GEORGE MURRAY,

Defendant-Appellant.

No. 05-1536

01-cr-00214-WYD

---

ORDER

Filed December 16, 2005

---

Before **EBEL**, Circuit Judge.

---

This matter is before the court to appoint counsel for Mr. George Murray. Attorney Gregory R. Piche is appointed pursuant to 18 U.S.C. § 3006A. As Mr. Murray did not have counsel at the time the notice of appeal was filed, all deadlines for filing preliminary documents are extended to January 18, 2006. That includes filing a docketing statement, entry of appearance, designation of record, and transcript order form (or notice that no transcript will be filed). Mr. Piche may want to contact trial counsel to

obtain pertinent materials for this matter. Prior counsel was Mr. Wade H. Eldridge, 1471 Stuart Street, Denver, Colorado 80204. Once the preliminary documents are filed, this matter will proceed in the usual course.

> Entered for the Court
> CLERK, COURT OF APPEALS
>
> by: *Elisabeth A. Shumaker*
> Elisabeth A. Shumaker
> Counsel to the Court