UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2005

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA,

    Plaintiff - Appellee
    -Cross-Appellant,

v.

ZEBEDEE HALL,

    Defendant - Appellant
    -Cross-Appellee.

No. 05-1205 & 05-1251

01-cr-00214-WYD

ORDER

Filed December 20, 2005

Appellee/cross-appellant's motion to supplement the record and consolidate with co-defendants' record is granted. The district court is directed to supplement the record with the presentence report.

In addition, the record in this cross-appeal is consolidated with the co-defendants' records, and the parties are authorized to cite to those records.

                                            Entered for the Court
                                            Clerk of Court

                                by:   *Karen Phillips*
                                            Deputy Clerk

Nos. 05-1205 & 05-1251
IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

   Plaintiff-Appellee/Cross-Appellant,

v.

ZEBEDEE HALL,

   Defendant-Appellant/Cross-Appellee.

FILED
United States Court of Appeals
Tenth Circuit

DEC  6 2005

Clerk

## MOTION TO SUPPLEMENT RECORD & CONSOLIDATE WITH CO-DEFENDANTS' RECORD

The United States moves the court for an order: (1) supplementing the record on appeal with the pre-sentence report (PSR); and (2) consolidating the record with the record of Hall's co-defendants at trial.

1. The defendant Zebedee Hall challenges his conviction and sentence. The government cross-appeals the sentence imposed. When a sentence is challenged on appeal, 10th Cir.R.10.3(D)(3) requires that the pre-sentence report be included in the record. Counsel for the defendant designated the PSR as part of the record on appeal, but it appears that the PSR was mistakenly omitted by the district court. (The government has been informed by the Clerk's Office that volume III of the Hall record, which is under seal, is

Page 1 of 4

not the pre-sentence report.)

2. The government also moves that the Hall record on appeal be consolidated with the (previously) consolidated record for his co-defendants. Hall's separately designated record is not sufficient to allow this court to consider the appeal of his conviction, which arose from a joint trial with six co-defendants. Although defendant's opening brief cites to trial transcripts, these transcripts and related materials are contained only in the (previously) consolidated record on appeal in *United States v. Willie Small,* No. 04-1188, et al. That record exceeds seventy volumes and, in its second brief on cross-appeal, the government found it necessary to cite to the (previously) consolidated record in responding to arguments made by defendant in his opening brief.

3. It is unnecessary that the Hall record be physically consolidated with the co-defendants' record, so long as the Court permits the parties to cite to the (previously) consolidated record. Re-numbering the Hall record volumes would probably introduce unnecessary confusion. Consolidation of Hall's case with his co-defendants' cases is not feasible for any other purpose, because this Court has already rendered its decision in the cases of the co-defendants. *See United States v. Willie James Small, et al.*, 423 F.3d 1164 (10th Cir. Sept. 15, 2005).

4. Defendant's counsel, Stephen M. Wheeler, indicates he has no objection to this motion.

Wherefore, the United States requests that this Court issue an order: (1) that the Hall record on appeal (designated in case no. 05-1205) be supplemented with the pre-sentence report, including all addenda and attachments thereto, and that the Clerk of the U.S. District Court for the District of Colorado shall forward the same under seal to the Clerk of this Court; and

(2) that the Hall record on appeal be consolidated with the (previously) consolidated record of his co-defendants (case nos. 04-1188, *et al.*), for the purpose of allowing the parties to cite to the (previously) consolidated record.

Respectfully submitted,

WILLIAM J. LEONE
United States Attorney

S/: James C. Murphy
Assistant U.S. Attorney
Colorado Bar # 022819
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
Email: USACO.ECFAppellate@usdoj.gov

## Certificate of Digital Submission

All required privacy redactions, if any, have been made and, with the exception of those redactions, every document submitted in Digital form or scanned PDT format is an exact copy of the written document filed with the Clerk.

The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, TREND MICRO Office Scan for Windows, Version 6.5, Engine Version 7.100, Virus Pattern File 3.111.00, dated 12/15/05, and according to the program are free of viruses.

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.

S/ Ma-Linda Stevens
U.S. Attorney's Office

## Certificate of Service

I certify that on this __16th__ day of December, 2005, a true and correct copy of this **MOTION TO SUPPLEMENT RECORD & CONSOLIDATE WITH CO-DEFENDANTS' RECORD**, was mailed first class, postage prepaid, to:

Stephen M. Wheeler, Esq.
30244 Upper Bear Creek Road
Evergreen, Colorado 80439
303.670.8720

Additionally, on the same date, a digital submission was sent to: WheelerLaw@earthlink.net

S/ Ma-Linda Stevens
U.S. Attorney's Office