UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

December 21, 2005

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   USA v. HALL, et al**

Court of Appeals Case No. 05-1205 & 05-1251
District Court Case No. 01-cr-00214-WYD

Dear Mr. Fisher:

    We hand you herewith Supplemenal Volume(s) I of the Record on Appeal in the above referenced case.

Sincerely,
GREGORY C. LANGHAM, Clerk

by _Dustin Shiles_
Deputy Clerk

cc:  See Notice of Electronic Filing

# SUPPLEMENTAL INDEX
APPEAL, TERMED, TERMED

**U.S. District Court**
**District of Colorado (Denver)**
**CRIMINAL DOCKET FOR CASE #: 1:01-cr-00214-WYD-7**

Case title: USA v. Small, et al                     Date Filed: 06/07/2001

Assigned to: Judge Wiley Y. Daniel

**Defendant**

**Zebedee Hall** (7)                  represented by  **David P. Joyce**
*TERMINATED: 04/14/2005*                            David Paul Joyce, Atty at Law
                                                    1860 Race Street
                                                    Denver, CO 80206
                                                    U.S.A
                                                    303-675-0500
                                                    Fax: 329-5500
                                                    *TERMINATED: 03/02/2004*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: CJA Appointment

                                                    **Michael K. Shoumaker**
                                                    Michael Shoumaker, Attorney at Law
                                                    11679 Decatur Drive
                                                    Westminster, CO 80234
                                                    U.S.A
                                                    303-460-8069
                                                    Fax: 303-438-5605
                                                    Email: Oldshou22248@aol.com
                                                    *TERMINATED: 04/22/2003*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: CJA Appointment

                                                    **Randy S. Reisch**
                                                    Reisch Law Firm, LLC
                                                    370 Seventeenth Street
                                                    #5380
                                                    Denver, CO 80202
                                                    U.S.A
                                                    303-291-0555
                                                    Fax: 720-904-5797
                                                    Email: rscottreisch@worldnet.att.net
                                                    *TERMINATED: 03/28/2003*
                                                    *LEAD ATTORNEY*

| | | |
|---|---|---|
| | | Notice of Appeal. Designation deadline terminated.(djs, ) (Entered: 06/07/2005) |
| 06/10/2005 | ●3278 | TRANSCRIPT ORDER FORM filed by cross-appellant USA stating the necessary transcript is already on file as to Zebedee Hall re [3269] Notice of Appeal. TOF deadline terminated. (djs, ) (Entered: 06/13/2005) |
| 06/13/2005 | ●3279 | LETTER re Appeal to USCA and all counsel advising that the record is now complete as to Zebedee Hall re [3269] Notice of Appeal. TOF filed by cross-appellant stating that the necessary transcript is already on file in USDC. (djs, ) (Entered: 06/13/2005) |
| 06/15/2005 | ●3280 | Record on Appeal volumes I-V (volume III sealed pleadings) transmitted to US Court of Appeals as to Zebedee Hall re [3262] Notice of Appeal. (djs, ) (Entered: 06/15/2005) |
| 08/10/2005 | ●3299 | LETTER re Appeal from appellant requesting status of [3262] Notice of Appeal as to Zebedee Hall. (djs, ) (Entered: 08/11/2005) |
| 08/11/2005 | ●3300 | LETTER to Zebedee Hall responding to letter re: [3262] Notice of Appeal. (djs, ) (Entered: 08/11/2005) |
| 09/28/2005 | ●3306 | MOTION for Payment in Excess (SUPPRESSED) by Zebedee Hall. (ecm, ) (Entered: 09/30/2005) |
| 09/28/2005 | ●3307 | STATEMENT Re Fees (SUPPRESSED) by Defendant Zebedee Hall (ecm, ) (Entered: 09/30/2005) |
| 10/13/2005 | ●3314 | CJA 20 as to Zebedee Hall: Authorization to Pay Stephen Wheeler. Voucher # 051017/40 (SUPPRESSED); SEE CJA SUPERVISING ATTORNEY . Signed by Judge Wiley Y. Daniel on 10/13/05. (mjg, ) (Entered: 10/19/2005) |
| 10/13/2005 | ●3315 | CJA ORDER granting [3306] Motion for Payment in Excess (SUPPRESSED) as to Zebedee Hall (7) (SUPPRESSED). Signed by Judge Wiley Y. Daniel on 10/13/05. (mjg, ) (Entered: 10/19/2005) |
| 12/20/2005 | ●3331 | ORDER of USCA (certified copy) dated 12/20/05 granting appellant's motion to supplement the record and consolidate with co=defendant's record as to Zebedee Hall re [3262] Notice of Appeal, [3269] Notice of Appeal. (djs, ) (Entered: 12/21/2005) |

* * * * * * * * * *

SUPPLEMENTAL VOLUME I – SEALED Pre-Sentence Investigation Report
for defendant Zebedee Hall