11-29-05

Honorable Judge
Wiley, Daniel
Case # 01-CR-214-D
Dear Sir:

I'm writing you requesting an order that I be moved from Jefferson County Jail to FDC where I CAN communicate with my two Doctors there regarding my open heart surgery. Where-As here I'm not getting my proper medications since Nov. 22, 05 that's when I arrived here from DOC.

See Exhibit 1 & 2 for further information.

Secondly, I need excess to the Law library and a workable line so I can communicate with my attorney Wade, Eldridge. I have not been able to call him from this line.

Thirdly, I would like to access to FDC Counselors to see if they could help me get sent closer to my home state where I have Grandkids and Family, Oklahoma.

Thank you.
George, Murray

Swedish Medical Center
501 E. Hampden Ave.
Englewood, Colorado
P. 303-788-5000

80/10   Exhibit 1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/16/04 0515 160/65 62 | (cnt →) Nitro SCG .4mg tabs<br>ī at 0425 prn 1st one supply,<br>2nd one at 0430, pain subsided<br>p̄ 2d nitro<br>0440 = 325mg ASA to chew on given.<br>LR initiated, waiting the ambulance for transport.<br>SMC called<br>notified<br>*Exhibit 2* → H. Garza, FMG Mid-Level Practitioner FCI Englewood   1-16-04<br>H. TSUDA, M.D. FCI ENGLEWOOD |
| 1-16-04 18:30 | I called the ER physician a couple of times today. Mr Murray does not have M.I. but Mr Murray should not be transferred to DG because of his friable condition c̄ CHD. Coronary angiogram should be done, which will be done tomorrow. Marshalls wants to transferred Mr. Murray to DG, but it was denied by ER physician.<br>*Exhibit 2*<br>H. TSUDA, M.D. FCI ENGLEWOOD |
| 1850 | Call from Dr Hofer (303) 919-2121 pager  (303) 778-6527 office.<br>Angiogram was done today. Mr. Murray needs 2 coronary bypass surgery and aortic valve replacement. Surgery may be scheduled on 1/18/04.<br>I gave my name & pager # to Dr. Hofer.<br>H. TSUDA, M.D. FCI ENGLEWOOD |

George C. Murray
CID 1002014
Jefferson County Detention
P.O. Box 16700
Golden, CO. 80204



District Judge Wiley
United State Federal
1225 17th Street
Denver, Colorado 80:

UNCENSORED INMATE MAIL

**INMATE LEGAL MAIL**