## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 5 2006

GREGORY C. LANGHAM
CLERK

January 5, 2006

Honorable Michael R. Murphy, Circuit Judge
Honorable Robert H. McWilliams, Circuit Judge
Honorable Harris L Hartz, Circuit Judge

    Re:    04-1188, United States v. Small
              Dist/Ag docket:  01-CR-214-D

Dear Judges:

The Clerk of the Supreme Court has notified us that a Petition for Writ of Certiorari was filed in this case on December14, 2005. and assigned Supreme Court No. 05-8299.

Please contact this office if you have questions.

                        Sincerely,

                        Elisabeth A. Shumaker
                        Clerk, Court of Appeals

                        By: Deputy Clerk

clk:jmm

cc:
        Honorable Wiley Y. Daniel, District Judge
        Gregory C. Langham, Clerk