UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MURRAY,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court upon a review of Defendant George Murray's *pro se* letter filed December 29, 2005, in which Defendant requests that he be moved from the Jefferson County Jail to FDC, access to the law library, and access to FDC counselors. The Court will treat Defendant's letter as a Motion for Miscellaneous Relief. On December 5, 2005, Defendant filed a Notice of Appeal of the Amended Judgement in this case. On December 16, 2005, the Court of Appeals for the Tenth Circuit appointed attorney Gregory R. Piche to represent Defendant. Under the law, there is no constitutional right to a hybrid form of representation. See United States v. Bennett, 539 F.2d 45, 49 (10th Cir. 1976). As Defendant is currently represented by counsel, the Court will not consider any motion that the Defendant has filed *pro se*. Accordingly it is

ORDERED that Defendant's *pro se* Letter filed December 5, 2005, is **STRICKEN**.

Dated: January 13, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge