**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2006

January 18, 2006    GREGORY C. LANGHAM
CLERK

Honorable Michael R. Murphy, Circuit Judge
Honorable Robert H. McWilliams, Senior Circuit Judge
Honorable Harris L. Hartz, Circuit Judge

Re:    04-1157, United States v. Green
       Dist/Ag docket:  01-CR-214-D

Dear Judges:

The Clerk of the Supreme Court has notified us that a
Petition for Writ of Certiorari was filed in this case on
December 14, 2005 and assigned Supreme Court No. 05-8591.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By:

Deputy Clerk

clk:sts

cc:
       Honorable Wiley Y. Daniel, District Judge
       Gregory C. Langham, Clerk