IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**O. EDWARD SCHLATTER**

Courtroom Deputy: Nel Steffens

Case No.: 01-cr-00214-WYD

FTR: OES PM
Date: January 30, 2006

UNITED STATES OF AMERICA,

        Plaintiff,        Joshua Stein

vs.

ANGELA HERNANDEZ        Not present

        Defendant.

---

### INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION

Court in session: 2:33 p.m.

Court calls case and appearances. Jennifer Nuanes present from Probation.

Defendant is advised of all rights, charges, and possible penalties.
Defendant tenders financial affidavit and states that she wants court-appointed counsel.

**ORDERED:**
- Counsel from the Criminal Justice Act panel shall be appointed to represent the defendant: specifically, Alaurice Tafoya-Modi who has previously represented the defendant.
- Preliminary and Detention hearing is set for **February 2, 2006 at 2:00 p.m.**
- Defendant is remanded to the custody of the U.S. Marshal.

Court in recess: 2:36 p.m.

Hearing concluded.

Hearing duration: 3 minutes