Prob 19
(1/82)



# United States District Court
## for the
## District of Colorado

U.S.A. vs ANGELA A. HERNANDEZ      Docket No. 01-CR-214-31-D

TO: ¹Any United States Marshal or any other authorized officer.  590865

30672-013

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>ANGELA A. HERNANDEZ | SEX<br>Female | RACE<br>White<br>Hispanic | AGE<br>34 |
| ADDRESS (STREET, CITY, STATE)<br>1960 Eagle Street, No. 3, Aurora, Colorado 80011 ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Wiley Y. Daniel<br>U.S. District Court, District of Colorado ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Wiley Y. Daniel, Judge, U.S. District Court, Denver, Colorado ||||
| CLERK<br>Gregory C. Langham | (BY) DEPUTY CLERK || DATE<br>October 17, 2005 |

| RETURN |||
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>12/12/05 | DATE EXECUTED<br>1/27/06 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S.M.S. DENVER |||
| NAME<br>R. KUPINSKI | (BY) | DATE<br>1-27-06 |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Colorado;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."