IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**O. EDWARD SCHLATTER**

Courtroom Deputy: Nel Steffens                    FTR: OES PM
                                                  Date: February 2, 2006

Case No.: 01-cr-00214-WYD

UNITED STATES OF AMERICA,

                    Plaintiff,                    Guy Till

vs.

ANGELA HERNANDEZ                                  Alaurice Tafoya-Modi

                    Defendant.

---

**PRELIMINARY AND DETENTION HEARING**
**ON SUPERVISED RELEASE VIOLATION**

---

Court in session: 2:03 p.m.

Court calls case and appearances. Jennifer Nuanes present from Probation.

Ms. Tafoya-Modi asks that Court proceed with preliminary and detention hearings.

Government calls witness, Jennifer Nuanes, U.S. Probation officer, District of Colorado, who is sworn.
Direct examination by Mr. Till.
Cross examination by Ms. Tafoya-Modi.
Witness is excused.

**ORDERED:**
  •       Court finds that there is probable cause.

Proffer and argument by Ms. Tafoya-Modi requesting release of defendant.

**ORDERED:**
  •       Request for release is denied.
  •       Defendant shall be detained pending final resolution of this matter.
  •       Defendant remanded to the custody of the U.S. Marshal.
  •       Counsel sent to chambers for next hearing dates.

Court in recess: 2:21 p.m.

Hearing concluded.

Hearing duration: 18 minutes