

# **M E M O R A N D U M**

To: Wiley Y. Daniel
     United States District Judge

From: Probation Department

Date: February 2, 2006

Re: **HERNANDEZ, Angela A.**
    **Docket No.: 01-cr-00214-WYD-31**
    **Expiration Date: December 16, 2006**

                                                   REQUEST FOR AMENDED PETITION

Attached is an amended petition listing an additional violation of supervised release.

On October 13, 2005, the Court executed the petition requesting the issuance of a warrant for violations of supervised release, and that the petition and warrant be sealed until the arrest of the defendant.

However, at the time the original petition was submitted to the Court, the defendant had not yet been arrested or convicted of the new violation. Therefore, the Probation Department is recommending that the petition of October 13, 2005, be amended to include the attached violation.

                                                        Respectfully submitted,

                                                        Jennifer Nuanes
                                                        Senior Probation Officer
                                                        (303) 335-2406

APPROVED: _____
                        Grace Sena
                        Supervising Probation Officer

PROB 12

(303) 335-2413

PROB 12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U. S. A. vs. Angela A. Hernandez                              Docket Number: 01-cr-00214-WYD-31

**Amended Petition on Supervised Release**

COMES NOW, Jennifer Nuanes, probation officer of the court, presenting an official report upon the conduct and attitude of Angela A. Hernandez who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 17th day of December 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

3. The defendant is to obtain her General Educational Development Certificate (GED) by April 30, 2004.

4. The defendant is to enroll in a further educational program (college, vocational or university) pursuing a course of study of her own choosing, whether four years or community college, by September 2004.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attached hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the petition of October 13, 2005, be amended to include the attached violation.

ORDER OF THE COURT

Considered and ordered this _2nd_____ day of February 2006, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/Jennifer Nuanes

Jennifer Nuanes
Senior Probation Officer

s/ Wiley Y. Daniel

Wiley Y. Daniel
United States District Judge

Place: Denver, Colorado

Date: January 27, 2006

PROB 12

**ATTACHMENT**

4.      **VIOLATION OF THE LAW**

On January 26, 2006, the defendant pled guilty to Possession of a Controlled Substance - Schedule II - 1 Gram or Less, Felony 6, Denver District Court, Case No. 05F07500.  This constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On or about December 9, 2005, Denver police officers responded to a request by management for extra patrol at the Golfers Way Apartment Complex, Denver, Colorado.  The property is HUD operated and houses indigent and homeless individuals. While at this location, the defendant was approached by law enforcement and instructed to identify herself.  Initially, the defendant provided a false name to the officers.  However, after being questioned further, the defendant finally reported her true name.

The defendant was arrested and charged with False Information and was transported to Denver Police Department headquarters for processing.  During a search of the defendant, a quantity of suspected cocaine fell from the defendant's clothing.  The suspected cocaine was confiscated and a presumptive test was conducted.  The substance was positive for .2974 grams of "crack" cocaine.

On January 26, 2006, the defendant pled to the above noted charge and was sentenced to two (2) years Denver Drug Court Probation, 50 hours of community service, to run concurrent to the federal case.