UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

31. ANGELA HERNANDEZ,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing on Supervised Release Violation will be held on **Wednesday, March 8, 2006, at 11:00 a.m.**

    Dated: February 2, 2006

                                      s/ Michelle M. Merz
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge