ZEBEDEE E. HALL #30428-013
FCI, POST OFFICE BOX 6000
FLORENCE, COLORADO 81226

FEBURARY 13, 2006

TO: THE HONORABLE WILEY Y. DANIEL

RE: ATTORNEY STEPHEN M. WHEELER, Counsel of record pursuant to
    Case Nos: 01-CR-214-D; 05-1205; and 05-1251.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2006

GREGORY C. LANGHAM
CLERK

Dear Honorable Sir:

I write to you sir in hopes of preventing any future wrongs that surely will befall other persons such as myself that will be unfortunate enough to have Attorney Stephen M. Wheeler, as their counsel.

As you may recall, I had several problems with "several attorneys" while trying to seek justice within your court room. As a result of the many problems I had with prior attorneys, I did not bother you with the fact that Mr. Wheeler was not only very unprofessional in showing up late to my sentencing hearing, but he was also **quite intoxicated** during that very important haering as well.

Mr. Wheeler has a serious drinking issue. Every time I've seen him he has always been intoxicated, or smelled strongly of alcohol. (THE KIND ONE DRINK)

Senior Probation Officer, Kurt Thoene, was also aware of Mr. Wheeler's condition during my sentencing hearing. "Something Mr. Thoene confirmed via a recorded telephone conversation between he and myself the day after I was sentenced."

I have reason to believe that the prosecuting attorney, Tafoya, and Agent Wilcox were also aware of the fact that Mr. Wheeler was intoxicated during said hearing.

This is not a personel attack on Mr. Wheeler. I simply want to assist others that may be placed in the same situation by bringing to light. Mr. Wheeler's wife, Attorney Sally Wheeler, was/is aware of Mr. Wheeler's drinking issue because I **literally begged her to represent me during sentencing because Mr. Wheeler was constantly intoxicated and the fact that he was not familiar with my case.** (Prior to the sentencing hearing Ms. Wheeler was the only attorney wroking on my case)

Mr. Wheeler should be randomly breathalyzed - not exactly a word - **before** any hearing where he is the attorney of record.

I hope you are enjoying the New Year and all that life has to offer. I pray that I may also be able to someday, but as long as there are attorneys such as Mr. Wheeler persons in situations such as myself will never have much of a chance.

With respect,

*Zebedee E. Hall*

Name: ZEBEDEE HALL
Reg No: 30428-013
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226-6000

**Scanned by US Marshal**



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 5 2006

GREGORY C. LANGHAM
_____ CLERK

Honorable Wiley Y. Daniel
U.S. DISTRICT COURT
901-19TH ST., ROOM A-105
DENVER, CO. 80294-3589