**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOTICE:   APPEAL TRANSCRIPT

FEB 2 4 2006

GREGORY C. LANGHAM
CLERK

Short Title: _U.S. v. Murray_____ District: Colorado

District Court # _01CR214-WY_ Circuit Court # _05-1536_

Name of Court Reporter:   KARA SPITLER

This notice is to inform you that all appeal transcript ordered from this reporter has been completed and has been filed with the District Court Clerk's Office on this date.

Dated: __2-24-06_____

By: __Kara Spitler_____
        Official Court Reporter

cc: Tenth Circuit Court of Appeals