UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

31. ANGELA HERNANDEZ,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the hearing on Supervised Release Violation, previously scheduled for **Wednesday, March 8, 2006, at 11:00 a.m.** is **VACATED** and **RESET** for **Wednesday, March 15, 2006, at 11:00 a.m.**

    Dated:  March 1, 2006

                        s/ Michelle M. Merz
                        Law Clerk to
                        Wiley Y. Daniel
                        U. S. District Judge