Sammie Woods #30425-013

Federal Correctional Institution

P.O.Box 34550

Memphis,Tenn.38138-0550

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2006

GREGORY C. LANGHAM
CLERK

Dated:

To: Judge Wiley Y. Daniel

01-cr-00214-WYD
def4. #19

**Your Honor,** Sir I requested court appointed counsel,Ronald Gainor to send me documents in regard to my case, I have attempted to write him several times and my correspondence have not been answered. Also,I have tried calling him **via** phone and have left messages that have gone unanswered. I in other words have had unseccessful attempts in regard to my situation.

**Sir,**as you know I was convicted in your Court in May,2004 and preceeding that time I have tried to get **Ronald Gainor** to give me access to the Court,as it is now the defendant stands with nothing to start working on my appeals.I am asking the Court to **order** Ronald Gainor to send me the following listed below.

**AS FOLLOWS:**
(1) Judgement Order
(2) Indictment
(3) Pre Sentence Report
(4) Statements of Reasons
(5) Judges Report
(6) Prosecuting Agency Report
(7) Sentence Computation
(8) Application for Writ Of Habeas Corpus
(9) Trial Transcprits
(10) Grand Jury Moments of The Second Superceding
(11) All Motions that he filed in my behalf
(12) Testimony of "Roz Parker"...

(1)

Sir, Due to the extensive amount of research that is required in preparing of Motions, Defendant is asking the Court to make this ruling as soon as possible. And Sir, upon your ruling I am asking the Court to forward a copy to me, that I may have it for my records. Sir, at the request of the defendant I am asking the Court to drop its Civil Suit against me in the sum of 300.00 dollars that was stipulated at Sentencing for me to pay. Due to the extensive amount of legal work that I'm having to prepare defendant Sammie Woods is unable at this time to pay the Fines. And my Attorney never informed me that this was a civil matter. As to why the fine was imposed on me to pay. Attached is **F.O.I.A. act that is attached that I requested of my Attorney.** And a Attached letter that I sent.
And again **Thank You.**

Respectfully Submitted

*Sammie Woods*

U.C.C. 1-207

Without Prejudice

Sammie Woods #30425-013

Federal Correctional Insti.

P.O.Box.34550

Memphis, Tenn. 28138-0550

Dated October 3, 2005

Attorney At Law
Ronald Gainor
6414 Fairways Drive
Longmont, Colorado
        80503

Dear Counsel,
    I am trusting that all is well in your behalf and that all your Court proceedings are favorable and in your behalf. We the last time when we spoke, said that you were going to file a Motion to the Court in behalf of your ineffectiveness. And you said that you would be sending me all that was pretaining to me and my behalf, Sir, there were several issues that you said that you would not raise in my behalf because you felt that it wasn't in my best interest. And this is where our conflict begin in my precedings.
    I asked you when you was first appointed, we talked about jurisdiction of the Court, and that I wanted you to investigate the statues that they were applying to me, and also the Court-room, and you once again said that you were stuck between a rock and hard place. And upon our conversation I requested that you withdraw from my case. Did you file that Motion in behalf of the fine that the Court imposed on me? I am asking you at this time to forward everything that pretains to me in my behalf. and this information is needed as soon as possible. You told me that I did not have a right to argue the Constitutionality of a statue, say's who? I am looking forward to my legal Material or a letter from you soon. Thanks

                                          Client,
                               Sammie Woods #30425-013
                      Federal Correctional Institution
                              P.O. Box 34550
                           Memphis, Tenn. 38138-0550

# FREEDOM OF INFORMATION ACT REQUEST

DATE:

AGENCIES:

( ) Federal Bureau of Investigation    Address: _____
( ) Drug Enforcement Administration
( ) Treasury Department                City: _____
( ) Internal Revenue Service           State: _____
( ) United States Bureau of Prisons
( ) United States Parole Commission    ATTN: RECORDS DIVISION
( ) United States Attorney
( ) State Agency
(X) Other Attorney, Ronald Gaines
    6119 Fairways Drive
    Longmont, Colorado 80503

DIRECT RESPONSE TO ATTENTION OF:       IDENTIFICATION OF REQUESTOR:

NAME: Sammie Woods                     NAME: Sammie Woods
REG. NO.: 30425-013                    ALIAS:
P.O. BOX: 34455                        D.O.B.: 11-23-57
UNIT: Delta-B-401                      BIRTH PLACE: Memphis, Tenn
CITY: Memphis                          F.B.I. NO.: 30425-013
STATE/ZIP: Tenn. 38134-0550            SSN: 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
                                       AGENCY I.D.: _____
                                                      (IF KNOWN)

Dear Recipient:

   This is/will serve as my official request under the Freedom of Information Act, Title 5 U.S.C. Section 552, and the Privacy Act, Title 5 U.S.C. Section 552a (d)(1), as well as applicable State Freedom of Information Provisional Statues and/or Regulations (and all provisions therein) for full disclosure of all records and/or date contained in the files of your agency, and specifically maintained under the above listed name and/or identifier assigned to said name.

   This request is sought specifically for amendment, deletion and/or expungment of all records maintained by your agency referencing the above subject. **See Title 5 U.S.C. Section 552g (d)(1).**

   The records requested are the compiled file(s) of (1) arrest reports; (2) investigative reports; (3) reports of evidentiary and/or scientific informational findings; (4) final and closing investigative reports; (5) any and all information, data or reports not otherwise exempted by statute or law. **See Title 5 U.S.C. 552a et seq.** In addition, be advised that investigative reports in toto are no longer accorded exempt status, unless the specific exemption is noted with the specific citation of authority. **See Paton v. LaPrade, 524 F.2d, 868-69 (3d. Cir. 1975).**

-1-

(5 copies)

Please send a memo (copy to me) to the appropriate units in your office to assure that no record related to this request is destroyed. Please advise of any destruction of records and include the date of, and authority for, such destruction.

I wish to make it clear that I want all records in your office "identifiable with my request", even though reports based on those records have been sent to some type of "Headquater's", and even though there may be duplication between two (2) sets of files. Please, do not refer me to "Headquarter's".

I can be reached at the above listed address. Please write to me if there are any questions related to my request, or if you might need any additional information from me.

I expect a response to this request within ten (10) working days, as provided for in the Freedom of Information Act.

Respectfully submitted,

_Sammie Woods_ 2/8/06
Requestee

(The finger printing must be completed by Institutional staff (e.g. Case Manager or Correctional Counselor) and accompanied by signature of staff for verification of identity.)



Right Thumb        Right Index

Subscribed and sworn to before me on this 8th day of February, 20 06.

_Stacy Williams_
Signature of Notary

(Include Notary or Stamp in this space)

[Notary Seal: STACY J. WILLIAMS, NOTARY PUBLIC AT LARGE, SHELBY]

(5 copies)

Sammy Lee Woods
P.O. Box 34550
Memphis, TN 38184-0550
Register No. 30425-013

Ronald Gainor, Attorney at Law
6414 Fairways Drive
Longmont, Colorado 80503

In Re: Sammy Lee Woods, 04-1168

Dear Counselor,

I pray that the inevitable is favorable in your behalf. Counsel, I have tried contacting you via phone calls regarding you sending me anything that you have in your possession as far as my case is concerned.

I'm asking that you forward unto me my complete file and the specifics are as follows:

(1) Affidavit in Support of Application for search warrant and arrest warrant for me and my arrest.

(2) Indictment/Criminal Complaint

(3) Arrest Reports

(4) Trial Transcripts

(5) The decision from the Appellate Court concerning the Petition for Rehearing En Banc from the 10th Cir.

(6) A copy of the Brief you submitted on my behalf which I never reviewed.

I am hoping to hear from you soon.

Thank you

*Sammie Woods* 2/8/06

U.C.C. 1-207

Signed before me this 8th day of February 2006. My commission expires: July 10, 2007.

*Tarrell Williams*

[Notary Public At Large, Shelby County, TN seal]