# United States Court of Appeals
# Tenth Circuit

Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk

Doug E. Cressler
Chief Deputy Clerk

March 6, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 7 2006

GREGORY C. LANGHAM
CLERK

Honorable Michael R. Murphy
Circuit Judge

Honorable Robert H. McWilliams
Circuit Judge

Honorable Harris L. Hartz
Circuit Judge

Re:   Case No. 04-1157, United States v. Green
Dist/AG docket:  01-CR-214-D

Dear Judges:

The Clerk of the Supreme Court has notified us that the petition for a writ of certiorari filed in the captioned case was denied.

Please contact this office if you have questions.

Very truly yours,
ELISABETH A. SHUMAKER, Clerk

By:       Karen Phillips
Deputy Clerk

EAS:kp

cc:   Wiley Y. Daniel, District Judge
Gregory C. Langham, Clerk of Court