United States Court of Appeals for the Tenth Circuit
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 7, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 8 2006

GREGORY C. LANGHAM
CLERK

Honorable Michael R. Murphy, Circuit Judge
Honorable Robert H. McWilliams, Circuit Judge
Honorable Harris L. Hartz, Circuit Judge

Re:   04-1188, United States v. Small
      Dist/Ag docket:   01-CR-214-D

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on February 21, 2006.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: _____
Deputy Clerk

clk:sts

cc:
   Honorable Wiley Y. Daniel, District Judge
   Gregory C. Langham, Clerk