UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Defendant Sammie Woods's request that this Court to order CJA counsel to send certain documents, filed February 28, 2006 (docket # 3354).  Defendant's request is **DENIED**.  The time for Mr. Woods to pursue an appeal in this matter has passed.

    Dated:  March 13, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge