**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

Date:                March 15, 2006            Prob./Pret.:   Jennifer E. Nuanes
Courtroom Deputy:    Robert R. Keech            Interpreter:   N/A
Court Reporter/ECR:  Kara Spitler

_____

Criminal Case No.  **01-cr-00214-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                       Guy Till

        Plaintiff,

v.

**31. ANGELA HERNANDEZ**,                       Alaurice Tafoya-Modi

        Defendant.

_____

**COURTROOM MINUTES**
_____

**SUPERVISED RELEASE VIOLATION HEARING**

**11:07 a.m.**    Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

11:08 a.m.    Statement on behalf of Defendant admitting to violations (Ms. Tafoya-Modi).

11:14 a.m.    Statement on behalf of Government (Mr. Till).

11:15 a.m.    Statement on behalf of Probation (Ms. Nuanes).

11:17 a.m.    Statement by Defendant on her own behalf (Ms. Hernandez).

        Court makes inquiries of Defendant.

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes
Page 2

11:22 a.m.     Statement by Defendant in response to Court's inquiries (Ms. Hernandez).

11:30 a.m.     Bench conference between the Court and Ms. Nuanes.

11:33 a.m.     Off the record discussion regarding sentence proposed by the Court.

11:37 a.m.     Court goes back on the record.

               Court will take a recess to allow Defendant to consider sentence proposed by
               the Court.

**11:38 a.m.**     Court in Recess

**11:53 a.m.**     Court in Session

               Court's remarks regarding possible sentence.

11:54 a.m.     Statement on behalf of Government (Mr. Till).

11:55 a.m.     Statement on behalf of Probation (Ms. Nuanes).

11:55 a.m.     Statement on behalf of Government (Mr. Till).

11:57 a.m.     Statement on behalf of Defendant (Ms. Tafoya-Modi).

               Court's remarks regarding possible sentence and continuing this hearing to 1:30
               p.m.

**ORDERED:**     This matter is CONTINUED until **1:30 p.m.**

**11:59 a.m.**     Court in Recess

**1:39 p.m.**     Court in Session

               Court's remarks regarding possible sentence.

1:39 p.m.      Statement on behalf of Government (Mr. Till).

1:42 p.m.      Statement on behalf of Defendant (Ms. Tafoya-Modi).

               Court makes findings and finds that defendant has violated conditions of
               supervised release.

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes
Page 3

**ORDERED:**     Supervised release is **REVOKED.**

**ORDERED:**     Defendant be **imprisoned** for **10** months.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 90 days spent in custody.**

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **26** months.

**ORDERED:     Special Condition(s)** of **Supervised Release** are:

    (X)     Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

    (X)     The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

    (X)     The defendant shall reside in a community corrections center for a period not to exceed **180** days to commence upon release from imprisonment and she shall observe the rules of that facility.

**ORDERED:**     Standard conditions of **Supervised Release** shall be reimposed.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

    Court's closing remarks to Defendant.

**ORDERED:**     Defendant is **REMANDED** into the custody of the U.S. Marshal.

**1:48 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :46**