UNITED STATES DISTRICT COURT
OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2006

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA

vs.                                     Case Number: 01-CR-214-D

Sammie Lee Woods

   Applicant/Petitioner

---

MOTION TO DISMISS COURT IMPOSED FINE ON PETITIONER

---

Movant submits this Motion challenging jurisdiction of fine in the above captioned case, as the UNITED STATES DISTRICT COURT was without jurisdiction. United States of America ex rel. Sammie Woods, Petitioner, brings forth this Petition for a dismissal, in the sovereign name of the United States of America found at Title 48 U.S.C. §§ 874,1406f, without an attorney, ex rel-"Relator". Petitioner, is authorized by Congress and Constitutional Law under the Ninth and Tenth Amendments to issue judicial process on behalf of said sovereign nation of (50) union States.

   Federal Prisoner Sammie Woods your Petitioner, here now petitions this Honorable Court to issue an <u>order</u> to dismiss fine of 300.00. Prisoner's defense counsel at sentencing and on appeal rendered constitutionally ineffective assistance, where counsel failed to test constitutionality of fine that was imposed, procedure by which court imposed penal sanction of fine in case in which claim for fine was not charged in indictment, and in which amount ordered to be paid

-1-

was based on standard other than proof by government beyond reasonable doubt.U.S.C.A. Amend.6.
Neither Woods nor his appointed counsel asserted a Sixth Amendment requirement that a jury determine the issue surrounding fine. Court appointed counsel told Woods that no fine would be imposed.Woods,object now that an order to pay a fine is penal in nature.It constitutes **punishment.**This included Woods court- appointed counsel,who,as stated offered no objection whatsoever to the fixing of the fine obligation using only hearsay information in the presentence report.

Everybody in the courtroom knew that this court considered the federal restitution/fine scheme constitutionally flawed. In fact,when this court imposed sentence,it was not following the sage advice it had dispensed to other judges when it wrote **Making Sense of Victim Restitution:** Petitioner, Sammie Woods,main substantive thrust is that he was denied a jury trial on the fine and that is a clear violation of his Sixth Amendment.

The Sixth Amendment requires both that a jury decide the essential elements necessary to the imposition of a criminal penalty and that the defendant be adequately represented by a lawyer. **Restitution/fine cannot be ordered without proof beyond a reasonable doubt to a jury pre-dated Booker.** The Strickland test is met in all respects by the facts and circumstances of this case.**First,**the performance prong of the test is met by the failure of Woods trial and appellate counsel to make the potential constitutional claim. **Third,** Said judicial power when exercised over him,requires a corpus delecti or damaged party who has sworn out a complaint against him.This is lacking in the criminal complaint against him brought by the plaintiff. And,**UNITED STATES OF AMERICA** is not the plaintiff in this case.

-2-

Or the damaged party. Statutes from Titles 18 and 28 verify this allegation:

 28 USC §§ 1345 & 1346:
 § 1345. <u>United States as plaintiff</u>
  Except as otherwise provided by Act of Congress, the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States....
 § 1346. <u>United States as defendant</u>
  (a) The district courts shall have original jurisdiction, concurrent with the United States Courts of Federal Claims of:
  (1) Any civil action against the United States for the recovery of any internal-revenue tax.

Title 18, the United States Code of Criminal Procedure, lists only offenses against the United States, not the "United States of America";
  18 USC §3231;
  §3231. District Courts

### CONCLUSION

Where the instant matter is concerned, Petitioner asks that this court dismiss fine. "United States of America" does not have standing as a principal of interest where the instant matter is concerned so lackes authority to impose fine.

      Respectfully Submitted
      *Sammie Woods*
      U.S.A. ex rel. Sammie Woods
       UCC 1-207 All Reservation
       of Rights

Sammie Woods # 30425-013
F.C.I.
P.O.Box 34550
Memphis,Tenn.38138-0550


Dated 3/14/2006

Re; Concerning Fine

Honorable Judge Wiley Y.Daniel :

Sir,this Motion is <u>not</u> to be construed as a <u>2255 Motion</u> I am still waiting for the Court to order Court Appointed Counsel to sending the defendant in this case his required legal Material that he may properly perpare his 2255 Motion.

Thank You Sir

*Sammie Woods*