UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

　　　　Defendants.
_____

**ORDER**
_____

　　　　THIS MATTER is before the Court in connection with Defendant Sammie Woods's Motion to Dismiss Court Imposed Fine on Petitioner, filed March 21, 2006 (docket # 3362) in which Defendant requests that this Court dismiss the fine of $300.00 which was imposed at sentencing.  Defendant's request is **DENIED**.  The time for Defendants to pursue an appeal of his sentence has expired.

　　　　Dated:  March 23, 2006

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge