IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-CR-214

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DWAYNE VAN DYKE, *et al*,

      Defendants.

## NOTICE OF CHANGE OF ADDRESS
*and*
## MOTION TO BE REMOVED FROM E-MAIL LIST SERVE

Defendant, **James Starkey**, by and through the undersigned counsel, hereby gives **NOTICE OF CHANGE OF ADDRESS** as follows:

730 17TH STREET, SUITE 350
DENVER, CO 80202-3515

Defendant's counsel further moves to be removed from e-mail list serve notification as Defendant, James Starkey's portion of this case is concluded.

DATE THIS 23RD day of March, 2006;    and Respectfully submitted,

/s/
Jonathan S. Willett
730 17TH Street, Suite 350
Denver, CO 80202-3515
Telephone:    (303) 832-5648
Facsimile:    (303) 832-7813
Email:    jwillett@willettlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 23RD day of **March, 2006**, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was electronically filed with the Court, then served by United States Mail, postage prepaid, addressed to:

Kathleen Tafoya, AUSA
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202

                                                            /s/
                                    _____