UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES STARKEY,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Be Removed From E-Mail List Serve, filed by counsel for Defendant James Starkey on March 23, 2006, is **GRANTED**. Counsel Jonathan S. Willett shall be removed from the electronic certificate of service.

    Dated:  March 24, 2006

                                            <u>s/ Michelle M. Merz</u>
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U. S. District Judge