OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2006

GREGORY C. LANGHAM
CLERK

CAN Not LOCATE
01 - CR - 214
# 3363        WYD

```
CALB356   X802283005 1904 24 03/25/06
          RETURN TO SENDER
CALBO'C BRADLEY
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
         RETURN TO SENDER
```

80228+3259-78-C049

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

    Defendants.

## ORDER

THIS MATTER is before the Court in connection with Defendant Sammie Woods's Motion to Dismiss Court Imposed Fine on Petitioner, filed March 21, 2006 (docket # 3362) in which Defendant requests that this Court dismiss the fine of $300.00 which was imposed at sentencing. Defendant's request is **DENIED**. The time for Defendants to pursue an appeal of his sentence has expired.

Dated: March 23, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge