# United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

May 5, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2006

GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Re:    05-1536, United States v. Murray
       Dist/Ag docket:  01-CR-214-WYD

Dear Mr. Langham:

Our records indicate that this court has not received the record on appeal in the captioned case.

The district clerk is requested to transmit it now.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: [signature]
Deputy Clerk

clk:afw

cc:    James C. Murphy
       William J. Leone
       George Melvin Murray
       Gregory R. Piche