UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

May 10, 2006

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:** **USA v. MURRAY, et al**

Court of Appeals Case No. 05-1536
District Court Case No. 01-cr-00214-WYD

Dear Clerk of Court:

On May 5, 2006 the U.S. District Court for the District of Colorado received a letter from the U.S. Court of Appeal for the 10th Circuit requesting the record on appeal be transmitted in the above referenced appeal. The record on appeal can not be transmitted at this time. Counsel for the appellant has yet to file a complete designation of record on appeal. The U.S. District Court for the District of Colorado will transmit the record on appeal upon the filing of a proper designation of record on appeal.

Sincerely,
GREGORY C. LANGHAM, Clerk


by     s/ Dustin Stiles
       Deputy Clerk


cc: See Notice of Electronic Filing