# United States Court of Appeals
# Tenth Circuit

Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Doug E. Cressler
Chief Deputy Clerk

May 22, 2006

Honorable Michael R. Murphy
Circuit Judge

Honorable Robert H. McWilliams
Circuit Judge

Honorable Harris L. Hartz
Circuit Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2006

GREGORY C. LANGHAM
CLERK

Re:   Case No. 03-1513, United States v. Jones
      Dist/AG docket: 01-CR-214-RB

Dear Judges:

The Clerk of the Supreme Court has notified us that the petition for a writ of certiorari filed in the captioned case was denied.

Please contact this office if you have questions.

Very truly yours,
ELISABETH A. SHUMAKER, Clerk

By: *[signature]*

Karen Phillips
Deputy Clerk

EAS:kp

cc:   Wiley Y. Daniel, District Judge
      Gregory C. Langham, Clerk of Court