Sammie Woods
   F.C.I.
c/o Box 34550
Memphis,Tenn.(38138)0550

01cr00214 WYD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2006

GREGORY C. LANGHAM
CLERK

Dated: 5/21/2006

To: CLERK OF THE COURT

My name is Sammie Woods, I'm being detained at a federal detention Center in Memphis,Tenn. I'm asking the Clerk at this time to afford the petitioner the time in paying the Court cost that was imposed on petitioner at sentencing.(B.O.P.)acting as collecting agent over the collection of fine. When in fact (B.O.P.)is without jurisdiction to collecting this fine that was imposed at sentencing.

Therefore, petitioner would like the Court to **take notice**, that I would like to <u>cancel</u> any **Contracts that has been made by**(B.O.P.) and have the Court to order that the fine be payed upon release from prison, or when the movant has been placed in a Halfway House Facility. Petitioner, I would like to make my own payments with the Court at my own arrangements, instead of being <u>threaten</u> into making payments, according to(B.O.P.) policies. Or if the Clerk can direct me to the proper personal in regard to this serious legal altercation.

   Petitioner, would like to have a response as quickly as possible and thank you.

                                          Sincerely
                                          *Sammie Woods*
                                          UCC-1-207 All Reservations
                                          of Rights Reserved
                                          Sammie Woods
                                             F.C.I.
                                          c/o P.O.Box 34550
                                          Memphis,Tenn.(38138)0550