UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government shall respond to Defendant Sammie Woods' Letter of May 30, 2006 (docket # 3379) on or before **Monday, June 12, 2006.**