UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Defendant Sammie Wood's Letter filed May 21, 2006 (docket # 3379), in which Defendant requests that this Court order that the fine imposed at his sentencing be paid upon his release from prison, and that he be permitted to make his own payments with the Court, rather than make payments to the Bureau of Prisons. I lack jurisdiction to consider the requested relief and, in any event, the time for Defendant to pursue an appeal of his sentence has expired. The request is **DENIED**.

Dated: June 20, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge