## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

August 7, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 8 2006

GREGORY C. LANGHAM
CLERK

Ms. Kathleen M. Tafoya
Mr. James C. Murphy
Mr. William J. Leone
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Mr. Gregory R. Piche
Holland & Hart
P.O. Box 8749
Denver, CO 80201-8749

Re:    05-1536, United States v. Murray
       Dist/Ag docket:  01-CR-214-WYD

Dear Counsel:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By:
       Deputy Clerk

clk:klp

cc:    Wiley Y. Daniel, District Judge
       Gregory C. Langham, Clerk

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GEORGE MURRAY, a/k/a Little Man,<br><br>Defendant - Appellant. | No. 05-1536 |

ORDER

Filed August 7, 2006

*A true copy*
*Teste*
*Elisabeth A. Shumaker*
*Clerk, U.S. Court of Appeals, Tenth Circuit*
By
Deputy Clerk

Appellant's motion to dismiss appeal is granted. Fed. R. App. P. 42(b).

A certified copy of this order shall stand as and for the mandate of the court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by:

Deputy Clerk