FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 7 2006          SEPT 4, 2006

To WHOM IT MAY CONCERN GORY C. LANGHAM
                            CLERK
                                    01-cr-00214-WYD

MY NAME IS VINCENT V. MENDINGHALL, I AM WRITING TO YOU IN REGARDS TO FOLLOW UP AND NOTICES OF COMPLAINTS TO A CIVIL SUITE AGAINST THE DENVER PUBLIC DEFENDER OFFICE FERNANDO FREYRE, AND ATTORNEY AT LAW HERBERT J. MARCUS 600 17TH STREET SUITE 2800 SOUTH, DENVER COLO 80202. FOR INEFFECTIVE ASSISTANCE OF COUNSEL AND COLORADO RULES OF PROFESSION CONDUCT, CASE NUMBER 05 CR 892. I WILL SHOW PROOF AND FACTS OF INTIMIDATION THREATS BY MY ATTORNEY'S AND THE DISTRICT ATTORNEY'S OFFICE TO FORCE AND MAKE ME PLEAD OUT WITH FALSE AND FACTITIOUS PRIOR FELONY CONVICTIONS. BY PUTTING EXTREME PRESSURE ON DEFENDANT IF HE DOESN'T TAKE PLEA HE WILL FACE THE HABITUAL CRIMINAL ACT, WHICH SHOULD HAVE NEVER BEEN ABLE TO FILE OR APPLY TO DEFENDANT. BUT BY MY OWN ATTORNEY'S FAILURE TO INVESTIGATE OR CHALLENGE PRIOR FELONY CONVICTIONS. A REQUEST TO MY ATTORNEY'S TO SUPPRESS AND SANCTIONS AGAINST THE PROSECTOR WAS HIGHLY "IGNORED" BY COUNEL. THE FIRST MEETING WITH MY ATTORNEY WAS IN THE JUROR BOX THE DAY OF PRELIMINARY HEARING THREATING AND VERBAL ABUSING ME TO TAKE A PLEA DEAL AND WAVE MY HEARING. NEVER EVEN DISCUSSED OR PREPARE A DEFENSE FOR THE CASE AT NO TIME. MOTIONS AND COMPLAINTS WERE FILED TO JUDGE MCGABE ON SEVERAL COMPLAINTS TO THE CONDUCT AND THREATS. JUDGE MCGABE DENIED ALL MOTIONS AND OPEN COURT REFUSE TO REMOVE MR. FREYRE

PAGE 2

FROM THE CASE ALONG WITH A THREAT STATING THAT I WOULD HAVE TO REPRESENT MYSELF ONLY! JUDGE MCCABE SAID HE WOULD NOT BY ANYWAY APPOINT ANOTHER ATTORNEY AT ALL. AT ONE TIME THE DISTRICT ATTORNEY THREATED MY THAT I WOULD HAVE TO REPRESENT MYSELF IF I FIRED MR FREYRE. THEN I BONDED OUT TO GET A NEW ATTORNEY HERBERT J. MARCUS AND HE DID THE SAME THING TO ME BY "IGNORED" TO INVESTIGATE TOO. THEN A COMPLAINT AND A INVESTIGATION WAS FILED AGAINST HIM TOO. MR. MARCUS COVER UP HIS MISTAKES BY FALSIFIED DOCUMENTS WHICH I HAVE PUT UP SAFE. UNDER DUE PROCESS AND EQUAL PROTECTION LAW MY FIFTH AND FOURTEETH AMENDMENT OF THE U.S. CONSTITUTION HAS BEEN VIOLATED AND UNDER A.B.A STANDARDS FOR CRIMINAL JUSTICE RULE 4.4.1 EFFECTIVE INVESTIGATION BY A LAWYER HAS AN IMPORTANT BEARING ON COMPETENT REPRESENTION, RULE 1.1 COMPETENCE, RULE 1.3 DILIGENCE, RULE 1.4 COMMUNICATION. HAS RESULTED IN UNFAIR TREATMENT BY POWER OF AUTHORITY TO IT FULLEST AFFECT.

SINCERLY, VINCENT MENDINGHALL #94330
11566 COUNTY RD F.F 75
Las Animas, Colo 81054

Count 4 Code 07921C Class F3 Statute 18-4-302

Description ROBBERY/AGGRAVATED-UNSPECIFIED-CSP

Disposition DISMISSED  Disposition Date 12/02/1982

Sentence Amt/Unit                   Sentence Date

---

Count 5 Code 36011 Class SE Statute 16-11-309

Description VIOLENT CRIME-USED WEAPON

Disposition DISMISSED  Disposition Date 12/02/1982

Sentence Amt/Unit                   Sentence Date

### Event

Next Event   Schedule   Event Prosecutor

Last Event SENTENCING  Schedule Feb 25 1983 12:01AM  Result SENT DEC

Reason

### Arrest

Agency AURORA POLICE DEPT.  Incident# 1911711  Incident Date 19811207 Officer

*Handwritten margin note:* "This is a copy from the police file from my attorney Mr. Mathews [signature] Subscribed sworn before me this 28th day of December 2009. My commission expires 4-18-2009 [signature]"

```
ARREST RECORD POLICE DEPARTMENT  Denver, Colorado       Page:         02/03/2005
================================  ================================  =============
Name: MENDINGHALL, VINCENT VERNARD
                                                         DPD:  0237929
-------------------------------------------------------------------------------
Date       Arrest Name/Address           Book #      Arresting Officer(s)
-------------------------------------------------------------------------------

   /
   1) INV AGG ROBBERT
      Disposition: 12/10/1981 DROPPED
   2) 152.12 FTA TRF
   3) H/FUG AURORA PD
      Disposition: 12/07/1981 OTHER
                              DETAINED FOR AURORA PD.
-------------------------------------------------------------------------------
1/11/1980 MENDINGHALL, VINCENT VERNARD   A133232           PIT


   /
   1) INV BURGLARY
   2) 152.12 FTA TRF 3 CNTS
   3) B/WRT #0-120622
```

EXHIBIT B

about January 25, 1996, was sentenced therefor by Judge Jack F. Smith, a competent authority therein; said sentence being changed on or about August 11, 1997, by Judge Smith; contrary to the form of the statute in such case made and provided and against the peace and dignity of the People of the State of Colorado.

FIFTH COUNT: Mitchell R. Morrissey, District Attorney, in the name and by the authority of the People of the State of Colorado, further informs the Court that on the 28th day of January, 1983, at the District Court in and for the County of Arapahoe, State of Colorado, VINCENT VERNARD KELSEY, also known as VINCENT VERNARD MENDINGHALL pleaded guilty in Criminal Action No. 81CR1216, to the crime of Conspiracy to Commit Aggravated Robbery, and on or about January 28, 1983, was sentenced therefor by Judge John P. Gately, a competent authority therein; contrary to the form of the statute in such case made and provided and against the peace and dignity of the People of the State of Colorado.

PUNISHMENT FOR HABITUAL CRIMINAL, C.R.S. 18-1.3-801, as amended.
   (THREE COUNTS, 3, 4 & 5)

MITCHELL R. MORRISSEY
District Attorney

By: _____
Deputy District Attorney