UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE SMALL, DACHAUN DAVIS, KEYONNA DAVIS, ALVIN GREEN, THEOLIAN LLOYD, CURTIS HAWKINS, ZEBEDEE HALL, JAMES STARKEY, EDWARD PALMER, FREDERIC WILLIAMS, HERBERT LEWIS, JR., ANGELA BREWER, DANIEL MCINTYRE, JEFF ABREU, MAX COOPER, GEORGE MURRAY, ERNEST GADDIS, VICTOR MENDINGHALL, SAMMY WOODS, RONALD CLARK, BRIDGET JOHNSON, TIMOTHY CHANDLER, CARLOS JOHNSON, DWAYNE VANDYKE, THURMAN MCKNIGHT, CHARLES YOUNG, BRIAN HARRIS, DAYNE DREW, and TOMMY JONES,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The letter filed in this matter on September 7, 2006 (docket #3384) is **STRICKEN**. The individual filing the letter, Vincent Mendinghall, is not a Defendant in this case.

    Dated: September 13, 2006