AO 243 (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Colorado | |
|---|---|---|
| Name of Movant **Sammie** | Prisoner No. **30425-013** | Case No. **01-CR-214-D** |
| Place of Confinement: **Federal Correctional Institution** 06-CV-01898 | | Memphis, TN. |

| UNITED STATES OF AMERICA | V. **SAMMY WOODS** |
|---|---|
| | (name under which convicted) |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack

   Denver DISTRICT COURT, Denver, Colorado
   U.S. Courthouse, 1901 19th St. Denver, Colorado

2. Date of judgment of conviction:    April 7th, 2004

3. Length of sentence    240 Months, 10 years supervised release.

4. Nature of offense involved (all counts) Count one: Conspiracy to distribute and possess with intent to distribute fifty or more grams of cocaine base, Aiding and abetting 21 U.S.C.§§846(a)(1)and(b)(1)(a)(iii);18 U.S.C.§2 and (C) Count Fifty; Use of a communications Facilty to possess with intent to distribute Cocaine Base; Aiding and Abetting 21 U.S.C.§843(b)and 18 U.S.C.§2.
   Count Sixty-two possession with intent to Distribute 1.062

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

SEP 22 2006

GREGORY C. LANGHAM
CLERK

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty    ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 243   (Rev 2/95)

9. If you did appeal, answer the following:

(a) Name of court   U.S.Court of Appeals for the 10th Circuit

(b) Result    Conviction affirmed

(c) Date of result   October 23,2005

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, application or motions with respect to this judgment in any federal court?
Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:   *N/A*

(a) (1) Name of court  N/A

(2) Nature of proceeding   N/A

(3) Grounds raised  N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result   N/A

(6) Date of result   N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court    US Court of Appeals 10th Circuit

(2) Name of proceeding   Petition for rehearing Enbanc

(3) Grounds raised    ineffective asst.of Counsel

fail to challenge the unconstitutionality of sentence
under U.S.v.Booker.Counsel took absolutely no action
on appeal,the petitioner was completely deprived of
counsel and deserves a new triall.

AO 243   (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes to attack, the movant should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions--Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 243   (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Colorado | |
|---|---|---|
| Name of Movant Sammie Woods | Prisoner No. 30425-013 | Case No. 01-CR-214-D |
| Place of Confinement Federal Correctional Institution | | Memphis,TN. |

| UNITED STATES OF AMERICA | V. | SAMMY WOODS |
|---|---|---|
| | | (name under which convicted) |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack

   Denver DISTRICT COURT, Denver,Colorado
   U.S.Courthouse,1901 19th St.Denver,Colorado

2. Date of judgment of conviction    *April 7, 2004*

3. Length of sentence   240 Months,10 years supervised release.

4. Nature of offense involved (all *counts*) Count one:Conspiracy to distribute and possess with intent to distribute fifty or more grams of cocaine base, Aiding and abetting 21 U.S.C.§§846(a)(1)and(b)(1)(a)(iii);18 U.S.C. § 2 and (C)
   Count Fifty;Use of a communications Facility to possess with intent to Distribute Cocaine Base;Aiding and Abetting 21 U.S.C.§843(b)and 18U.S.C.§2. Count Sixty-Two possession with intent to Distribute1.062

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty   ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☒
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes   ☐      No   ☒

8. Did you appeal from the judgment of conviction?
   Yes   ☒      No   ☐

AO 243   (Rev. 2/95)

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes  ☐     No  ☒

(5)  Result  N/A

(6)  Date of result     N/A

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1)  First petition, etc.            Yes  ☐     No  ☒
(2)  Second petition, etc.           Yes  ☐     No  ☒

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I did not feel that I had any issues that had merit at that
time.

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b)  Conviction obtained by use of coerced confession.

AO 243   (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Petitioner,was denied effective asst.Counsel failed to raise Booker issue on Direct Appeal,see Appeal opinion.Petitioner was denied effective asst.of Counsel failed to investigate the laws/facts,and object to the use of **fictitious** party plaintiffs/Defendants require ratification and move for dismissal of charges.

Supporting FACTS (state *briefly* without citing cases or law):

See attachments Ground one incorporated herein by

reference

B.Ground two:Petitioner,was denied effective asst.of Counsel who failed to raise a defense of lack of subject matter/Territorial jurisdiction.Misapplication of Statutory law,no factual basis for the Courts jurisdiction on Record,Fraudulent concealment and misrepresentation of material facts regarding the courts jurisdiction,Failed to raise a defense in the interest of the **real parties at interest.**

Supporting FACTS (state *briefly* without citing cases or law):

See attachment which is incorporated by reference
GROUND (2) and affidavit incorporated herein by refence

C.Ground three: Petitioner,was denied effective asst.of Counsel who fail to raise a defense,challenge the respondents lact of of standing to **institute** a cause of action under **Article III.** Petitioner,was denied effective asst.of counsel who fail to object to Misapplication of statutory law and file proper Motion to dismiss charges.

Supporting FACTS (state *briefly* without citing cases or law):

See attachments ground (3) and affidavit incorporated herein by reference.

AO 243 .   (Rev. 2/95)

D.   Ground four:   The goverment lacked subject-matter jurisdiction to charge petitioner for the possession of a controlled substance, **Schedule II**

Supporting FACTS (state *briefly* without citing cases or law):

Whether, cocaine, "crack cocaine" has ever been scheduled?.

See attachment incorporated herein by reference

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14.   Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐   No ☒

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing   Kerry S.Hada

(b)  At arraignment and plea   Kerry S.Hada

(c)  At trial   Ronald Gainor

(d)  At sentencing   Ronald Gainor

AO 243   (Rev. 2/95)

(e)  On appeal   Ronald Gainor

(f)  In any post-conviction proceeding   N/A

(g)  On appeal from any adverse ruling in a post-conviction proceeding

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes  ☒   No  ☐

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes  ☐   No  ☒

(a)  If so, give name and location of court which imposed sentence to be served in the future:

N/A

(b)  Give date and length of the above sentence:

N/A

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes  ☒   No  ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

__9/7/2006_____
Date

_____
_Sammy Wood_
Signature of Movant
_With Reservation of Rights of_
_U.C.C. 1-207, 1-1036_

(7)

## GROUND ONE

The U.S. OF AMERICA acted in clear absence of jurisdiction without proper foundation for its charges, In its use of **fictitious** party plaintiff  /Defendants in the records,files,pleadings,complaint, indictment,The all capital letters used by the **U.S.Attorneys Office** which states my name as(**SAMMY WOODS**),Debtor,defendant corporate franchise,and now Plaintiff,as the accused is not my lawful name on any document,The **U.S.OF AMERICA** misrepresented the plaintiff/petitioner and used fraud in which it claims that the petitioner is a corporate franchise who are or may be associated with a Federal complaint indictment against my body/person/property by the **Municipal Corporation U.S.OF AMERICA**, that I deny exists,as the U.S. claims of jurisdiction is not established on record with proper foundation, My name is (**Sammie Woods**).I'm a living breathing person,The lawfully party aggrieved declares that I am not a **Corporate Franchise**,that I have not knowingly,voluntarily,and intentionally made an election to be treated as a **Corporate Franchisee** nor waive any of my **common law remedys/defenses.**

Nor to become dispossessed of **My liberty** at common law and in the guaranteed Republican known as the **U.S. of America.**
No court has a criminal jurisdiction or other commercial maritime lien or attachment over my body/property/person and the Respondent is and was not entitled to change my legal status and standing before the Court,upon any inference not a material fact of record, based on an erroneous conclusion of law.

## THE U.S. OF AMERICA WAS AND IS A
## FICTITIOUS PARTY PLAINTIFF,REAL PARTY INTEREST
## NOT SHOWN

The U.S.and,The U.S.OF AMERICA are both asset owning **Corporations** registered to Federal Tax Numbers# 344500-0049-0 (Exempt),and  # 094270-0 (exempt),under the authority of 28 USC § 3002(15),Defined as an agency of the U.S.See notes following 18 USC§ 1001,18 USC § 6,1994 ed. Derived from 18 USC § 80 1940ed.The entity is designated as a **MUNICIPAL FEDERAL CORPORATION.**

GROUND ONE CONT...

The U.S.OF AMERICA and the U.S. are territorial Corporations with only territorial powers,has no Constitutional powers and did not exist when the Constitutional of 1787 A.D. was framed drafted and ratified it has no Constitutional powers to act as a party to the criminal prosecution within the territorial boundaries of the several States.

The Government of the Union of the Republic states,The UNINCORPORATED United States,delegated certain powers under the Constitution of 1787 A.D.,cannot delegate its powers to a <u>CORPORATION</u>.

The U.S.Of AMERICA responsible for civil and criminal initiatives acting through the entity U.S.DISTRICT COURT is a government foreign to the United States and has no Constitutional power.Where the U.S. has two capacties,there are two Distinct Political alliances or coalitions named the U.S.of America.

The original U.S.of America,**spelled with(Capital First Letters)**,was comprised of the 13 original States joined to fight **The America <u>War</u> of Independence and was established in Article I of the Articles of** Confederation (1777),This same U.s.Of America appears in the preamble of the Constitution of the United States,**WE THE PEOPLE OF THE** United States for the U.S.of America.

The Constitution of the U.S. enumerates certain powers in the Governmental entity known and designated as the U.s.(**NOT THE U.S.OF AMERICA**). The U.S.OF AMERICA currently responsible for Federal <u>civil</u> and <u>crim-inal</u> initiatives is not the original,It is a POLITICAL COALITION, compact or alliance of insular possessions of the **FEDERAL CORPORATE** U.S. subject to the sovereignty of the U.S.via Congress plenary(near absolute) in territory belonging to the U.s.under the authority of Article IV.Sec.3,cl.2 of the Constitution,ect,by various sections of the U.S. Codes,delegations of authorities,treaties,ect,<u>We know the substitute U.S.Of AMERICA is territorial</u>,it is a jurisdiction foreign to the United States.

No where is there Constitutional or statutory authority for the **U.S. OF AMERICA** to serve as **principal of interest in a criminal cause of action in the Union of several States party to the constitution.**

THE U.S.DISTRICT COURT ARE NOT COURTS OF
GENERAL JURISDICTION AND HAVE NO JURISDICTION EXCEPT
AS PRESCRIBED BY CONGRESS

GROUND ONE  CONTINUE...

The acts of Congress which established the **U.S.DISTRICT COURTS**,
did not vest these Article I,Territorial legislative tribunals
with any criminal jurisdiction who's creation and composition
was June 25,1948 under the authority of Title 28 USC §132,and
the jurisdiction thereof is defined and limited by act of Con-
gress 28 USC §,1331 which lists: Civil,Bankruptcy,Patent,Admir-
alty / Maritime jurisdiction,but not criminal.

THE COURTS OF APPROPRIATE JURISDICTION FOR VIOLATIONS
OF PROVISIONS OF TITLE 18 U.S.C. (CRIMINAL CODES) IS DE-
SIGNATED AT 18 USC §3231,WHICH STATES:
The District Courts of the United States,**SHALL HAVE ORIGINAL
JURISDICTION EXCLUSIVE OF THE** Courts of the States of all
offenses against the laws of the United States.
There's a distinct and definite difference between a (U.S.
DISTRICT COURT) and a (district Court of The United States),
The words district Court of the United States commonly de-
scribes Constitutional Court created under Article III of the
Constitution and not the legislative Courts of the territories.
Though the judicial system as set up in a territory of the U.S.
is a part of the Federal jurisdiction,The (COURTS of The U.S.),
when used in a Federal statue,is generally construed as not re-
ferring to territorial Courts.This issue is not a new issue,being
well settled long ago.
Territorial courts are as Legislative Courts distinguish from
Constitutional Courts.As stated by the U.S.Supreme Court:The
U.S.DISTRICT COURT is not a true U.S. Court established under
Article III to administer the raw judicial power of the U.S.
therein conveyed; it is created by virtue of the Congressional
faculty, Granted under Article IV.,§3 of that instrument of mak-
ing all needful rules and regulations respective of territory be-
longing to the U.S.
Lawful Federal Legislative (Criminal)Jurisdiction is confined to
the plain dicta of Article I.Section 8,Clause 17 of the Federal
Constitution and, Title 18 U.S.C. 5,7, For the federal government
**(FBI-DEA-BATFO)** to reach beyond its enumerated parameters into the
Legislative jurisdiction of a Sovereign State .

(3)

GROUND ONE CONT...

## The Prior Statue, 18 USC § 561 Does Not Give the court Jurisdiction

A district court must obtain its jurisdiction exclusively from the Constitution and statutes of the United States. Without a valid statue, it has no jurisdiction except to dismiss the cause. 18 U.S.C. § 3231 is unconstitutional on its face because it is part of the unconstitutional and fraudulent enactment of H.R.3190 and Public Law 80-772. 18 U.S.C. § 546, the prior 1940 enactment, defined different crimes and carried different penalty provisions, gave the court jurisdiction to prosecute crimes, but jurisdiction only over the crimes in that title. Defendant was not indicted based on any of the crimes in that title, and therefore, Petitioner indictment is null and void.

Without a valid indictment, no jurisdiction exists to continue Defendant's illegal incarceration. Null Crimen, Sine Lege, Nulla poena, Sine Lege. NO LAW, NO CRIME.

As in the Clark case, and its Supreme Court precedents, to meet Due process, Public Law 80-772 and 18 U.S.C. § 3231 would have had to give adequate public notice on their faces of their own invalidity and the public would have to have been put on further notice that the officially announced statutory repeal or supercession of the old statues was legally effective. The court obtained its jurisdiction to prosecute crimes pursuant to 18 U.S.C. § 3231.

Without proper notice of the invalidity of the statue, defendant's indictment, and civil, and criminal conviction can not be upheld and the court has only one choice, to order dismissal of defendant's indictment and conviction ab initio.

Petitioner's counsel had a Sixth Amendment right to investigate the facts and law related to the court's jurisdiction, and since jurisdiction is a treshold matter, the failure of counsel to investigate the facts and law and to know the court's jurisdiction renders him ineffective as a matter of law.

Title 18 (Public Law 80-772) is a nullity, void from its inception, as a matter of law.

(4)

GROUND ONE CONT...

## THERE ARE ONLY TWO CRIMINAL JURISDICTIONS
### COMMON LAW/ ADMIRALTY

If the Court was under a common law jurisdiction,which is doubtful,
Then an injured party was required to be produced as **evidence,**
without an injured party there would have been no cause of action.
See: What is marked exhibit # 1 attached to the last page of this
Motion,Which clearly shows that by the(Presentence investigation/
report),prepared by DEE CLARK,That there was NO injured party to
the government case.(See,Presentence investigation report page 10,
paragraph 42).

Admiralty/Maritime jurisdiction,as the **Yellow Fringe Flag** indicates.
Production of the original valid **International Contract** with my
signature on it,if such a contract exist.

The validity of the **International Contract** must have been settled
before trial on the issues had begun.The respondents(U.S.**ATTORNEYS
OFFICE**)proceeded in **Admiralty** and **Maritime** which is **civil**,Statutory
with **criminal penalties,in Rem.**

The respondents (U.S.ATTORNEYS OFFICE) subsumed,concealed subverted
the true and proper nature of the judicial proceedings which were
**civil** and blindsided the real partys in interest to said proceedings
and without ever informing the petitioner of the true nature of the
cause of action against him.

The respondents(U.S.ATTORNEYS OFFICE) proceeded in the course of
the civil law and failed to produce **all** documents held in due course
that created a legal disability.

Attorney for plaintiff,in **cooperation** with the U.S.Attorneys Office
failed to inform the petitioner of the true nature of the judicial
proceedings,and the identities of the **real parties in interest.**

Attorney for petitioner,failed to inform petitioner of the true
nature of the proceedings which were civil/statutory/with **criminal
penalties which the respondents had no right to conceal the basis**
of its criminal penalty proceedings,which were based on a **civil**
complaint filed for an alleged **breach of contract/commercial agree-**
ment,That was never disclosed to the petitioner,respondents was
duty bound to,but failed to do so,to produce the instrument that
created the legal liability as a basis for its charges,and allow
the **petitioner and opportunity to contest it.**

(5)

## GROUND ONE CONT...

Petitioner,(alleged) criminal acts,did not interpose any of the above and,was committed within the boundaries of the **Sovereign State**,because  the federal government lacked lawful legislative jurisdiction to secure a **warrant to search,arrest,indict and sentence petitioner.** The U.S.DISTRICT COURT operate exclusively under special maritime and territorial jurisdiction of the U.S.

The admiralty civil law rules,which are contrary to the common law. Indigenous to the seceral States and have only admiralty or vice admiralty capacities and in effect,they accommodate**(PRIVATE INTER-NATIONAL LAW.)**

The fine line determining **(Applicability)** of the Article III Sec. 2,cl.1 arising under clause is the **real party in interest.**As long as (AGENCY) of the U.S.Federal Government is carrying out an Art.I delegated power within the States,Courts of the U.S. have jurisdiction by way of the arising under clause,whether as the complainting party or defendant.

However, if an agent or agency of the U.S. operates under Congress's Article IV.Legislative jurisdiction,which is exclusive to the geographical U.S. or to the U.S.Federal government,which is a **FOREIGN CORPORATION** with respect to the several States,The arising under clause does not apply because the act is **perpetrated** **under the COLOR OF LAW.**

While admiralty jurisdiction is conveyed in Article III Sec.2,cl. 1, it is distinct from authority pertaining to law and equity and, therefore,does not fall under the authority of the (arising under clause).

The **U.S.OF AMERICA** cannot collusively join partys to its claim/indictment **(Who are mere fictions,improperly to manufacture and to invoke the jurisdiction of the U.S.DISTRICT COURT).**

The U.S.OF AMERICA must do more than invoke 18 USC Sec.3231,which grants jurisdiction to the **District Courts of the U.S.and not the U.S.DISTRICT COURT,**Every action brought in the U.S.DISTRICT COURT must be brought in the names of the **real parties in interest to the proceedings.THE U.S. DID NOT STATE A CLAIM UPON WHICH RELIEF SHOULD HAVE BEEN GRANTED,AND WAS THUS,NOT REAL PARTY IN INTEREST.**

## GROUND ONE CONT...

The accuser,the **U.S.Attorney's Office** has made an unproven conclus-
ion of law based on a erroneous presumption that caused to be issued
the **bill of pains** and penalty against the peace and dignity of the
undersigned party aggrieved,without any basis in fact and or law.
The party aggrieved has made a contrary conclusion of law to that
of the accuser doing business as a **State of Incorporation.**
The raw judicial power at **common** law requires a **Corpus Delecti,**or
real damaged party who has sworn out a complaint against him and
provided the requistite indemnity bond,which its lacking in the
accusatory instrument and in the record as brought by the accuser
doing business as a **fictitious** party plaintiff **in corporate** capacity,
and in a corporate venue,motivated by invidious economic animus,pre-
judicial to the party aggrieved.

### INEFFECTIVE ASST.OF COUNSEL

Counsel who aided and abetted with the(U.S.AMERICA)and Prosecutor,
to **conceal** its identity as a private CORPORATION with the use of a
**private law** against a State Citizen as well as the true nature of
the judicial proceedings and **real parties** in interest,failing to
investigate and **challenge** the jurisdiction of the Court and raise
**meritorious** available defenses in petitioner behalf,falling below
an objective standard of **reasonableness.**If not for Counsels errors
the proceedings would have been different.
Due to the commercial nature of the proceedings,petitioner had a
**common law rights/remedys that Counsel could have invoked,**without
prejudice 1-207, 1-103.6, U.C.C.
Counsel waived all petitioner available potential meritorious defen-
ses. Causing the petitioner to default on his claim, **subject matter/
territorial jurisdiction** may be raised at any time and may not be
conferred on a Court by **waiver,**stipulation,estoppel. Counsel had a
**duty** to challenge the jurisdiction of the Court and inform the
petitioner of the true nature of the proceedings as well as invest-
igate the laws in relation to the facts and raise a defense,and
require the respondents to **produce the instrument that created the
liability,and all documents that**

( 7 )

### GROUND ONE CONT...

created legal disability,both **U.S.OF AMERICA** and trial counsel
had a duty to inform the petitioner of his rights and remedys,
and require the respondents to show an extraterritorial appli-
cation of its **non-positive laws/Codes** and a Constitutional foun-
dation supporting same.

It was counsel's duty to inquire the respondents to comply with
**Article I,sec.8,cl.17 and Title 40 USC Sec.255,**showing ownership
of property with the State cessation of jurisdiction over acquired
lands before litigating its claim in the **U.S.DISTRICT COURT.**The
Court acted in clear absence of jurisdiction,The judgement was
and is **void.**

Petitioner,argues that Counsel was ineffective based on conflict
of interest,**See Court opinion from Direct Appeal.**Counsel was in-
effective in failing to properly investigate this case and the
**fraudulent misrepresentation of U.S.Prosecutor and the U.S.**
**Attorneys Office.**

Public Law 80-772 was never enacted into positive law,**all statues**
**attached thereto,including 18 USC § 3231,**were never enacted into
positive law.Petitioner,argues that since 18 USC§3231 gave the
federal courts jurisdiction over his prosecution,without that jur-
isdiction,the government have no way to convict me of a crime,even
under a statue that was enacted later,**such as the 1970 drug statutes.**

The federal judiciary,and the Sentencing Court,which is presumed
to know the law,knew or should have known the law,knew or should
have known of the invalidity of the statutes but allowed my pro-
secution and sentencing anyway.

Counsel was aware of the history of Public Law 80-772 but offered
no legal advice or proper legal defense or remedies in petitioner
behalf.

Public law 80-772(the codification of Title 18)was introduced in
the first session,but did not pass the Senate,and the bill died
during the first session when Congress adjourned sine die twice
in that session. The bill was not introduced in the House in the
Second Session as a new bill,or even as the old bill,but myster-
iously showed up in the Senate near the end of the Second Session.
The Senate then amended the bill,and the House voted on the adm-
endments but never voted on the amended bill.Therefore,a different

GROUND ONE CONT...

bill passed the House(in the first Session) than passed the Senate (in the second Session),in violation of Article I,Section 7,Clause 2,the Presentment Clause of the Constitution.

Other actions by Congress also prove to be invalid.

Included in the "passage" of Public law 80-772 was the passage of numerous title 18 crimes,including **conspiracy,aiding and abetting, and bank fraud.** Also,the Statue which is the only Statue which gives a federal court jurisdiction to prosecute a crime,18 USC § 3231,was part of the enactment.The **in toto** rule for legislation requires that when any part of a bill is dead,then the only possible jurisdiction for the Court **to prosecute any crimes** must revert back to the 1940 statue,**18 USC § 546.**

However,That statue **only allows** prosecution of crimes defined in that statue,Petitioner was given no fair warning related to that Statue,indictment and conviction are void.Furthermore,that statue requires different penalty provisions,including up to 10 days a month good time and parole after 1/3 of a sentence.

The fact that the enactment was invalid means that the Court never had jurisdiction to prosecute petitioner and that the indictment and conviction are null and void from their inception.**No plea a- greement nor jury verdict is valid.**

There is a two(2) part test to determine existence of traditional **admiralty jurisdiction:(1) it must be established, and (2) it must be proven.**

There is a four (4) part test to determine traditional maritime jurisdiction:(1) What are the functions and rule of the parties(the term of the contract), (2)What are the types of vehicles and instr- umentality's used (reward contract or agreement), (3) What is the causation (breach of warranty to pay-by the fraudulent debtor),and (4) Can the traditional concepts of rule of admiralty law be applied (i.e.,who is the debtor and creditor).

the government has **not** proven any of the four(4) that has been established on record.

**GROUND ONE CONT...**

The U.S. of America acting as the **U.S.DISTRICT COURT,**U.S.District court has not demonstrated a proper foundation prior to bringing its charges,as stated in grounds 1. U.S.which is incorporated herein by reference 1, U.S. of America has not shown where its jurisdiction is derived from,and to attempt to manufacture jurisdiction by invoking **Sec.3231 of the U.S.C's,**which grants jurisdiction to the U.S. not the United states district court which is an **Article I,Legislative tribunal.**

The U.S. of America **fraudulently** concealed and misrepresented material facts that it is an **Artical I,Legislative tribunal** operation exclusively in an **admiralty maritime** capacity implementing **Private International Laws,**with only **civil** jurisdiction.

Statutory with criminal penalties,the U.S.of America further **blindsided,**and **concealed** the true nature of the **civil judicial** proceedings,concealed the **identities of the real parties in interest,itself and undisclose principles.**

The U.S.further **fraudulently concealed** and fail to produce documents held in due course that created a legal disabilty in the course of the civil proceedings,including **contracts** and **commercial** agreements entered into with the States of the Union and its foreign principals, fraudulently concealed and fail to inform petitioner of his rights/ remedies and all terms of the agreements made.Which is a clear violation of petitioner due process rights.

Government officials had a duty to inform petitioner of his rights/ remedies:As also the Residing Judge over the case.Government officials had a responsibility to tell petitioner of any pending responsibility to tell petitioner of all the terms of the agreements...... U.C.C.3-305.2(c).Petitioner had a right to be told who the real principle is U.C.C.3-403.42

The U.S. manufactuing of its Jurisdiction invoking 3231,is a usurpation of power.The U.s. had a duty to provide petitioner with reasonable identification of the person making the **charges/presentment** and evidence of his authority to make it if made for another,and exhibition of the instrument that created the legal liability the U.S. of America charges were baseless and unfounded leaving the Court without **Subject matter/Territorial jurisdiction.**

**(11)**

**GROUND ONE ...CONT.**

The U.S. knowingly with knowledge of the above falsity, intended
to deceive petitioner and Court and their justifiable reliance
thereon.

GROUND TWO

**PETITIONER WAS DENIED EFFECTIVE ASST.OF TRIAL COUNSEL,WHO FAILED
TO RAISE A DEFENSE OF LACK OF SUBJECT MATTER/TERRITORIAL JURIS-
DICTION AND MISAPPLICATION OF STATUTORY LAW,NO FACTUAL BASIS EX-
IST ON THE RECORD FOR THE COURTS JURISDICTION**

As a general rule the power of the U.S. to criminally prosecute
is for the most part,confined to offenses committed within its
jurisdiction in the absence of treaties.This is born out simply
by examination of Title 18 USC Sec.5, Which defines the term
U.S. in clear jurisdictional term,further,Section (7) of the
criminal Code contains the fullest statutory definition of
the jurisdiction of the U.S. The (**District Courts of the U.S.
have jurisdiction of offenses occurring within the U.S. pur-
suant to Title 18 USC Section 3231 (Not the U.S.DISTRICT COURTS).**
The Boundaries of Lands belonging to any of the 50 States and
Title 40 USC section **255, Artical I sec,8, cl.17, Specifies** the
legal conditions that must be fulfilled for the Government to
have exclusive or shared jurisdiction within the area(s) of
lands belonging to the States party to the **Constitution** of 1787
A.D. therefore,in Federal criminal prosecutions involving juris-
dictional type crimes the Government must prove the existence of
Federal jurisdiction by showing that it has (**Ownership of proper-
ty the Land where the offenses were committed**)(And cessation of
of jurisdiction over acquired lands from the State Legislature),
No such showing was ever made,Where the Federal Government,has
not filed an acceptance of jurisdiction pursuant to Title 40.

Establishes the presumption that no jurisdiction exists,the
Statue applies to all Lands after 1940.
Special provisions is made in the Constitution for cessation of
jurisdiction for the States,over places where Federal Government
shall establish Forts,Magazines,Dockyards,or other needful build-
ings,and it is only these places of territories of where it can
exercise general jurisdiction.

(1)

## GOUND TWO CONT...

In addition to violating 40 USC Sec.255,Article I,Sec.8,cl.17,
The Federal U.S. Corporation has not complied with Article III
of the constitution. Article III requires the parties to show
harm, injury,attributable to the petitioner before litigating
its claim in Federal Court,No such showing was ever made.

### MISAPPLICATION OF STATUTORY LAW

The petitioner instant Federal conviction and sentence were pre-
dicated upon non publishing, Non positive Laws/Codes/statues,
namely,Title 18 USC Sec.7,3231,Title 21 USC.sec.**841(A) 1,846,**
18 USC Sec.3553,3583,4561,**Title 21 USC 852.**The above mentioned
Statues/Codes/regulations **(CONTRACTS)** As mandated by Acts of
Congress located at and pursuant to Title **44 USC Sec.1505(A)(3):**

### SECTION 1505 DOCUMENTS TO BE PUBLISHED IN THE
### FEDERAL REGISTER

(A) Proclamations and Executive orders,documents having general
applicability and Legal effect,Documents required to be published
by Congress.There shall be published in the Federal Register.
(3) Documents that may be required to be published by Acts of Con-
gress.For the purpose of this chapter,every document or order
which prescribes a penalty has general applicability and Legal ef-
fect,Pursuant to 44 USC Sec.1501.

The provision is made that,The Contents of the Federal Register
shall and should have been judically noticed,44 USC Sec.1507 and
Section 1510,Which establishes the Code of Federal Regulations,
Provides at subsection (C) That,the Codified documents in the
Code of Federal regulations of the Several Agencies published in
the Supplemental Edition of the Federal Register shall be **prima
facie** evidence of the text of the documents and of the fact that
they are in effect on and after the Date of publication.

As stated in Section 1501(A)(!),If the regulations for any given
Statue are not published in the Federal Register,Application is
limited to **Federal Agencies** or persons acting in their capacity
as officers, Agents or employees of Federal Agencies.Provisions
Title 44 USC Sec.1505(A) Are restated at C.F.R. Section 5,2 (A)
(B)(C).

GROUND TWO CONT...

IT IS A WELL ESTABLISHED PRINCIPLE OF LAW THAT ALL FEDERAL LEGIS-
LATION APPLIES ONLY WITHIN THE TERRITORIAL JURISDICTION OF THE
U.S. UNLESS A CONTRARY INTENT APPEARS.

In order for a contrary intent to appear,Delegations of authority
and implementing regulations must be published in the Federal
Register and or any given Statue must clearly articulate Applica-
tion.

In examining the **Parallel Table of Authorities** and Rules which be-
gins on page 751 of the 1995 Index Volume Of The Code Of Federal
Regulations,its authority located at C.F.R.section 5(A).

The Table resolves the matter of territorial jurisdiction for the
**U.S.DISTRICT COURT,**There are **no implementing regulations for Title
18 USC sec.3231,7, 3553,3583, 3561,Title 21 USC Sec.841(A)(1),846,
21 USC Sec.852.**

The absence of Title 18 USC Sec.3231,7,confirms that the Special
Maritime and Territorial jurisdiction of the **U.S.DISTRICT COURT**
does not reach into the several States party to the **Constitution**
and the population at large.The Authority applies only on federal
enclaves which have been ceded to the **United States** for the Consti-
tutional purposes.

**There are no implementing regulations applicable to the Union of
the several States and the America People at large,For Treaties
and other International Agreements pertaining to Regulations of
Control Substances,Title 21 USC Sec.852.**

**The basic assertion in this case in that Titles USC Sec.841(A)(1),
846,and various other amended subsections were never meant to be
implemented throughout The (50) States of the Union United States
of America.**

Under the present day Control Substance Act of 1970,but was in
fact meant to be implemented under **International Treaty,**Pursuant
to 21 USC Sec.652,**International Agreements and Treaties,There are
no Implementing Regulations reaching into the States or the pop-
ulation at large.**

Title 21 USC Sec.**841(A) 1,846,**Are part of the Control Substance
Act **via Executive Order** by then President Richard Nixon.

In this instant case at bar,the above CODES are **Non Positive Law,**
And is required to be Published in the Federal Register if

(3)

## GROUND TWO CONT...

a penalty is prescribed and or when applied to the several States pursuant to Title 1 USC Sec.204(A).

**There are no criminal enforcement authorities behind any of the above mentioned Regulations/Statues/Codes.**

The above mentioned **Non Publishing Regulations/Codes/Statues had no validity over the petitioner,The U.S.DISTRICT COURT** was without subject matter jurisdiction.Further Title 21 United States codes itself has never been passed into positive Law to have general application in the several States per Title 1 USC Sec.204(A)

The respondents the U.S. contend for the power to prosecute for a crime or an offense outside its jurisdiction,is required to prove an extraterritorial Application of the Statues(Above mentioned)in question as well as a Constitutional foundation supporting same.

Absent this showing,**No Federal prosecution should have begun for offenses committed outside its jurisdiction.**

IT IS WELL ESTABISHED REGARDING LEGISLATIVE JURISDICTION AS FOLLOWS:

All Federal crimes are Statutory and all criminal proseductions in Federal Courts are based on acts of Congress,Rules of Criminal Procedures 26,taking of testimony,Notes of Advisory committee on Rules,Para.2.

Acts of Congress includes any act of Congress locally applicable to and in force in the District of **Columbia,Puerto Rico, Guam,Virgin Island** in territory or insular possession,Rules of Criminal Procedures,Rule 54(C),Application of terms.

The term U.S. as used in this Title in a territorial sense,includes all places and waters,Continental or insular possessions subject to the jurisdiction of the U.S.,18USC Sec.5.

The term Special Maritime and Territorial Jurisdiction of the U.S. as used in this Title includes...and out-of the Jurisdiction of any particular State,18 USC Sec.7.

**THE RESPONDENTS HAS NOT ESTABLISHED ITS JURISDICTION ON THE RECORD AND THE SOURCE OF ITS AUTHORITY.**

(4)

GROUND TWO...CONT.

## THERE ARE ONLY TWO CRIMINAL JURISDICTIONS COMMON LAW
## ADMIRALTY MARITIME

If the Court was operating under a Common Law jurisdiction, which is doubtful,Then an injured party was required to be produced as **evidence**,without that there would have been **no** cause of action.

Admiralty/Maritime jurisdiction,as the **Yellow Fringe Flag Indicates**.Production of the  **Original Valid International Contact** with my **Signature** on it,IF SUCH a Contract exist.The validity of the **International Contract** must have been settled before the trial on the issues had begun.

The Respondents proceeded in Admiralty and Maritime which is Civil,Statutory with criminal penalties,in Rem.

The Respondents subsumed,concealed subverted the true and proper nature of the Judicial Proceedings which were civil and blind-sided the **REAL PARTYS** in interest to said proceedings without ever allowing the Petitioners participation in said proceedings and without ever informing the Petitioner of the true nature of the cause of action against him.

The Respondents proceeded in the course of the Civil Law and failed to produce all **DOCUMENTS** held in due course that created a Legal disability.

Failed to inform the Petitioner of the true nature of the Judicial proceedings,and the identities of the Real Party in interest, Failed to inform Petitioner of his **rights/remedys** and to any terms of the agreements made.

**Admiralty/Maritime is Civil/Statutory/with criminal penalties,** The Respondents had no right to conceal the basis of its criminal proceedings,which were based on a Civil complaint filed for an alleged breach of a **Contract/Commercial Agreement**,that was never disclosed to the Petitioner,Respondents was duty bound to, do so,But failed to do so,To produce the **Instrument that created** the Legal liability as a basis for its charges,and allow the Petitioner an opportunity to contest it.

The Accuser,The U.S.Attorneys Office has made an **unproven** conclusion of Law based on an erroneous presumption,that caused to be issued **The Bill Of Pains**,and penalty against the peace and

(5)

## GROUND TWO...CONT.

penalty against the peace and dignity of the undersigned party aggrieved,without any basis in and or Law.

The party aggrieved asserts that he is entitled to full due process of Law in all criminal actions and proceedings against him, means he is subject to the raw judicial power at Common Law,not arbitrary and capricious Legislative power in equity or chancery. The Raw judicial power at Common Law Requires a **Corpus Delecti or real damaged party who has sworn out a complaint against him and provided the requisite indemnity bond,**which is lacking in the accusatory Instrument and in the record as brought by the accuser,doing business as the **Fictitious Party Plaintiff** in a **Corporate capacity, and in a Corporate Venue,**motivated by invidious **econimic animus,Pre-judicial to the party aggrieved.**

No Court,Judicial or Legislative,has a criminal jurisdiction or other (Commercial) Maritime lien or attachment,over the party aggrieves person/property upon any inference not a material fact of record.

The accuser has not established judicial power standing on the Law side of the Court,and with clean hands placed into evidence a **Valid Contract or Franchise which gives the Court authority to act as a Chancellor in equity,Admiralty,or where Maritime Contracts are in dispute.**

**Moreover,it is the Plaintiffs Representatives sworn duty,of Office and Fedelity,to protect the Constitutionally Guaranteed rights of those who assert them...**

The party aggrieved is entitled to the benefit and privilege of full and complete due process of Law where ever he may go, That a legal fiction or CORPORATE entity is limited to a written and fully disclosed contract of franchise for a valid enforcement of the manotrial extent of the franchise,and to be able to deprive the franchisee of his liberty interests,or impose any amortization to pay for any obligation or other indebtedness of said CORPORATION and or its undisclosed principals.

Therefore,This Court has a fiduciary duty by virtue of the Judge or Chancellor (s) Oath of Office and fidelity,on the Common Law side of this Court,to assume a neutral stance at law and require the accuser,doing business as a **FICTITIOUS**

CORPORATE PLAINTIFF to produce a Contract of Franchise or other material fact to substantiate that it may enjoy the right to recovery set forth in the charge,and to establish this penal or criminal jurisdiction over the party aggrieved,to be a fact at law.

To prevent further damnification and a manifest injustice to be foisted upon the party aggrieved,because the accuser has passed off in delictual fault,said accusatory intrument to a Corporate Legislative Tribunal sitting as Chancellor in Equity and as a Judge in Common Law Crimes,To compel issuance of the Bill of Pains and Penalties under Color of said statues and office,without so much as a Scintilla of evidentiary or other substantial proof.

Counsel,misrepresentation of law and or legal rights was a clear violation of petitioner 5th and 6th Amendment Rights. Counsel with aid of Prosecutor and THUS that of Judge possessed superior knowledge of Law.Thus,Counsel aided and abetting prosecutor took advantage of petitioner ignorance in that respect and intentionally makes misrepresentation concerning the law for purposes of deceiving the petitioner.But that(fraud) was the perversion of Truth.

## GROUND TWO...CONT.

The United States a/k/a"UNITED STATES OF AMERICA" had no stand-
ing to charge petitioner with a statue that is non-POSITIVE LAW.
Title 21 is,not among the titles of the United States Codes,
which have been enacted into "POSITIVE LAW"according to House
of Representatives Law Library.And § 841 has no implementing
CFR Regulations.

Title 21 U.S.C.has been used falsely to convict petition-
er and misapplied by U.S.Attorneys.
The basic assertion in this case is that the U.S.District Court
of indictment was without subject matter jurisdiction because
the indictment was drawn under a statute 21 U S C § 841(a)(1)
that is unconstitutional on its face.Further,Title 21 USC itself
has NEVER been passed into"Positive Law"which explains why it
is missing from the Table of listings of United States Code
1 through 50 deemed by Congress as "POSITIVE LAW CODES". Thus,
the statutes were misapplied as it relates to this case at bar.
To begin with,21 USC §841(a)(1) is on its face unconstitutional
because Congress was without constitutional authority to enact
the statute's proscription.

In relevant part,§841(a)(1)states:

"Except as authorized by this subchapter,it shall be
unlawful for any person knowingly,or intentionally(1)
to manufacture,distrbute,dispense or possess with in-
tent to manufacture,distribute,distribute,dispense,a
controlled substance..." 21 U.S.C.§ 841 (A)(1).

In order to properly reach the claim that Congress was without constitutional authority to enact the proscriptions or §841(a)(1),it is necessary to start with the proposition that if there is no delegation of power to be found in the Constitution, upon which Congress could have relied in enacting the proscription of §841(a)(1),or if the Constitution does provide such authority,but that authority is improperly or impermissibly, used,then the legislation is vulnerable to attack as unconstitutional,or as it is applied in the several States.

Every statute enacted by Congress must be authorized by Constitution. (case Law not encerted) must now be placed under close observation and subjected to detailed analysis to find the source in the Constitution form which the authority of Congress to enact its prescription was derived.

Title 21 USC §§§ 841,846,848 are part of the " Controlled Substance Act" which did not originate in the House of Representatives but through Executive Order of former President Richard M.Nixon. In the instant case at bar it has been misapplied, and administered inland upon the Relator/Petitioner,under Admiralty/Maritime/contract jurisdiction via the International Law of the Flag(by an uninformed"verbal plea contract" of not guilty upon arraignment),and private United States Code Laws. Title 21 USC § 801-904 are federal regulations governed by Title 21 Code of Federal Regulations promulgated and administrated by the Attorney General and his agents and employees who transfer non-federal sovereign State prisoners and dockets numbers by contract enjoined with the sovereign State's elected Secretary from State court jurisdictions(county jails/

sheriff/police depts.),and unlawfully arraigned them by U.S.
Magistrates formerly a/k/a/(U.S.National Park Commissioners)
in U.S.District Courts where an untold number of drug related
cases are issued unofficial federal docket numbers without
motion from the "prisoner/defendant"as required under Title
28 USC §§1441-1446.

Petitioner was,not indicted lawfully by a regulatory properly
covened Grand jury for the offense prior to misrepresentation
by the prosecutor for alleged crimes against the United States,
nor violations of laws enacted by Congress.Petitioner was in-
dicted by a U.S.Asst.Attorney and technically,"is custody of
the Attorney General"for alleged violation of federal statutory
and regulatory laws that were never meant to be used on
**Street dealers**"a/k/a or non-license professional and a carry
a sentence of more than one year imprisonment.

The prosecutorial team committed fraud upon the court by bring-
ing an original criminal cause from State court,and informing
the federal court that it has jurisdiction in the instant
criminal cause,then they knew all should have known that there-
after service of Petitioner's Administrative Notice,no such
jurisdiction absent CFR regulations existed to be granted to
the U.S.District Court.

Title 18 USC§ 3231 does not grant criminal jurisdiction
to district courts. It merely excludes State court from having
original jurisdiction of offenses against although the United
States.

Title 18,the United States Code of Criminal Procedure,

(10)

lists only offenses against the United States,not the"United States of America",

18 USC §3231:

§ 3231.District Courts

The district courts of the United States shall have original jurisdiction,exclusive of the courts of the States,of all offenses against the laws of the United States.

> Nothing in this title shall be held to take away or impair the jurisdiction of the courts of the several States under the laws thereof.

## No Waiver Or Procedural Hurdle Exists

Petitioner's claims are jurisdictional in nature they can be raised at any time.No procedural hurdle exists if a court has no jurisdiction over Petitioner.Lack of Article III jurisdiction cannot be waived and cannot be conferred upon a federal district court by consent,by action, or by stipulation.California v.LaRue,400 U.S.109,112, 34 L.Ed.342,93 S.Ct.390(1972).**The validity of an order** on sentencing of a federal district court depends upon that court having **jurisdiction** over both the subject matter and the defendant.Stoll v.Gottlieb, 305 U.s.171-172,83 L.Ed 104,59 S.Ct.134(1938).

## Plain error exists in this case

Petitioner has satisfied the plain error standard,plain error exists in this case because the defendant was charged with and convicted of drug offenses involving an unspecified amount of drugs §841(b)(1)(C), but was sentenced above the statutory maximum(the maximum applicable under §841 (b)(1)(A)or(B).United States v.Johnson,4F.3d 904,918 (10th Cir.1993).