## GROUND THREE

## The U.S. of America misapplied Statutory Law

The administrative procedures act,and the Federal Regis-
ter act located in the U.S. Codes provides the means for
determining what statues in any given act of Congress are
applicable and where.

If a Statue have general application,then the agency re-
sponsible for carrying out whatever duties the statues
prescribes is required to promulgate regulations dis-
closing the who,what,when,where and how,and have the
regulation published in the Federal Register,if it has
general application.

If Regulative are not published in the Federal Register,
They have limited application. Where the instant matter
is concerned,Titles 18 U.S.C.-Sec-7.,and 3231 and 21-
U.S.C. Section 841,are all non positive Law(Contracts)
There are no implementing regulations for none of the
above statues in the Code Of Federal Regulation.This
resolves the matter of territorial Jurisdiction of the
U.S.District Courts.The absence of implementing regula-
lations for these above mentioned statues confirms the
special maritime and territorial Jurisdiction of the U.
S. District Court does not reach into the several states
and population at large.

The authority applies to federal enclaves,which have
been ceded to the U.S. for Constitutional purposes and
is applicable only to federal agencies,offices,agents,

## GROUND THREE CONT...

and employees of Federal agencies.

Every document or order which prescribes a penalty is of **no** legal effect or general applicability unless published in the Federal Register.The above mentioned statues have **no** validity over the petitioner,unless the U. S. of America comply with Federal Law title I of the U. S. Codes.

### The U.S.have no Article III,standing neither have any been shown

The Supreme Court sought resolve the ambiquity concerning the requirements of Article III,as affecting the standing of parties to challenge conduct as violative of federal law by reviewing its previous decisions,**and declaring that Article III requires such parties to show that they have suffered some actual harm/injury and that the injury must be attributed to the Defendant.The Court expressed that Representative are not exempt from Article III requirement of a showing of injury.**

The U.S.has not shown in this case or proven on record **harm** or **injury** suffered as a result of the alleged offenses charge,and had no standing to **litigate** its claim in Federal Court against petitioner.

THE GOVERNMENT LACKED SUBJECT-MATTER
JURISDICTION TO CHARGE PETITIONER FOR THE
POSSESSION OF A CONTROLLED SUBSTANCE.
SCHEDULE II

ARGUMENT FOUR

The Government's sweeping scheduling position violates
Constitutional due process because it is purely semantic
in an area of jurisprudence that disallows semantics.Even
in ordinary statutory interpretation.Courts are required
to be critical before accepting mere names like"cocaine"
as equivalent within different statutory contexts.

Whether the"cocaine" of the schedule is the same
"cocaine of"crack cocaine" is a precise legal question
to which the Controlled Substances Act,Touby,Supra,and
Cosmetic Act demand full technical and legal evaluation.
It is only when the drug schedule is treated superficially
that the Government's interpretation appears valid.
The defendant , therefore,argues that the correct analysis
of the problem before this Court must utilize the legal
definitions and protocols which dictate the requirements
for scheduling of any substance to be regulated.To be
prosecuted as a distinct substance,the C.S.A. demands that
the drug be scheduled as a distinct substance.If the Diff-
erences between the "new" drug and the one already schedule-
d are legally insignificant enough not to evaluate the sub-
stance for scheduling purposes.Crack cocaine is scheduled
today if it is treated in all respects as if it were just
cocaine;but it is not scheduled if it is legally treated
for being the "new drug"crack cocaine.
Looking for the presence of"cocaine"in "crack cocaine" in
order to satisfy the scheduling requirements amounts to
only one factor to be considered.

By all the evidence openly discussed by Congress,
crack cocaine satisfied the"new drug" criteria under 21
---§---(p).

The defendant will not belabor repeating all the Congress-
ional statements unless challenged by the Government on this
point.(performing statutory analysis).What is error in any
decision that crack is scheduled is not the factual truth
that crack contains cocaine but the legal reach being
ascribed to that fact.Such a statement,if true,only makes
the new drug a **"mixture"** containing cocaine.As such,the mix-
ture would have to be subject to the penalties of § 841(b)
(1)(A)(ii) and (B)(ii) for containing a detectable amount of
cocaine.

In order to sentence for crack cocaine under subsec-
tions (A)(iii) and (B)(iii),legally as well as ethically,
the drug must have a distinguishable essence that makes it
a **"substance,"** not just a mixture.

> **"Substance means a distinguishable kind of
> physical matter.Third New International
> Dictionary."**

It is maddening to deal with the "Who's-on-First" defenses
of the Government which bandy the confusion of"mixture"for
"substance." When the Government wishes to show crack as
scheduled,it becomes a mixture containing cocaine.But when
the harsher penalties come under discussion,it becomes"a
new and dangerous substance." It is only the one or the
other,both really and legally.

> **"If a statute defines a term in its
> definitional section,then that definition
> controls whenever that term appears in the**

Act."

**Crack Cocaine Has Never Been Scheduled:**

In that 1986 legislative session,no less than five bills
were introduced for the purposes of criminalizing the
trafficking in crack cocaine.Each and every one of them
began with a provision to legislatively schedule crack
cocaine in Schedule I.The lanuage of Senator Chiles' bill
is representative:

§ec.2 ADDITION OF COCAINE IN ANY BASE
FORM AS SCHEDULE I CONTROLLED SUBSTANCE.

It is known that this aspect of their Bills encountered difficulty in the Judiciary Committees,where the Department Justice seats a permanent representative.In the legislation which emerged from Committee,all the scheduling provisions had been completely stricken and it was never discussed again.

If legislators thought crack was already scheduled,they would have been asking to"**re-schedule**" from Schedule II to Schedule I.

Your **defendant** have never been able to obtain the Judiciary Committee records and will ask that this information was never in my discovery. Regardless,today the known facts and the absence of candor serve as persuasive evidence that the scheduling of crack cocaine was a gross dereliction of C.S.A. due process.

The criminal caselaw certainly supports the fact that crack is not somehow alternately scheduled.This total void in the statutory law-making has best been described in (Case Law is not inserted).

> "Neither 'cocaine base'nor 'crack cocaine nor any equivalent term is mentioned in section 841(a) or in any of the controlled substance schedules;nor is there anything in any of the controlled substances schedules which can be said to describe'cocaine base' or to describe 'cocaine base'(or crack cocaine')as a discrete variety or type of cocaine."

No governmental entity that knows the hidden problems can risk defining crack cocaine.Once defined,the differences from "ordinary" cocaine would be available for evaluation to the statutory criteria.The complete lack of definition another constitutional defect. **Vide infra.**

As in the case of <u>Spain</u>, <u>Emerson</u>, and <u>Caudle</u>, the failure
to schedule crack cocaine is fatal to the subject matter
jurisdiction of the indictment to this case.The identifi-
cation of crack cocaine as the **corpus dilecti** is an essen-
tial element of the indictment,and now it cannot honestly
be maintained that crack cocaine was ever **Controlled.**(
case law) not inserted.

### CRACK COCAINE/TRAFFICKING OFFENSES THAT SUBSTANCE WAS THEN AND REMAINS TODAY AN UNCONTROLLED SUBSTANCE NOT SUBJECT TO PROSECUTION.

The conviction and sentence of the Defendant for possession
with intent to distribute and conspiracy to distribute crack
cocaine/cocaine base must be vacated and the indictment dis-
missed.

### THE COCAINE BASE/ CRACK COCAINE SENTENCING CLAUSES,21 U.S. C. §§ 841(b)(1)(a)(iii) AND (B)(iii),ARE CONSTITUTIONALLY VOID FOR VAGUENESS:

Neither crack cocaine nor cocaine base is named on the
Schedules of Controlled substances. <u>Diesh, supra</u>.(case
law) not inserted.

But because the legal definition of all scheduled cocaines
is contained in Schedule II (a)(4) of 21 U.S.C. §812 and
because the lanuage of §§ 841 (b)(1)(A)(ii)and (B)(ii) is
virtually identical to the language in the (a)(4) Schedule,
the subclause (ii) penalty statutes must include cocaine
base if that cocaine is scheduled.There is no legal principle
by which to read the same lanuage as inclusive in the sche-
duling case but exclusive in the penalty case.

This argument is clearly a different argument than
the scientific definitions argument presented in <u>Davis</u>.The
laws,21 U.S.C.§§ 841 (b)(1)(A)(iii) and (B)(iii),as written,
are ambiguous on their face for overlapping the jurisdiction
of subsections (A)(ii) and (B)(ii). This dilemma cannot be
resolved in the Government's favor either way.

The definition of **cocaine** in 21 C.F.R. § 1308.12 (b)(4) differs only
semantically.

> Coca leaves [ ] and any salt,compound,
> derivative or preparation of coca leaves
> (including cocaine[ ] and ecgonine [ ]
> and their salts,isomers,derivative,or
> preparation thereof which is chemically
> equivalent or identical with any of
> these substances,except that the substan-
> ces shall not include **decocainized** coca
> leaves or extractions of coca leaves
> which extractions do not contain cocaine
> or ecgonine.

It would be irrational for the U.S.Code and the C.F.R. to
mean different things.

Section 841 (b)(1)(A)(ii) and (B)(ii) penalize offenses in-
volving:

(1). Coca leaves,except coca leaves and extracts of coca
leaves from which cocaine,ecgonine,and derivatives
of ecgonine or their salts have been removed;

(2). cocaine,its salts,optical and geometrical isomers,
and salts of isomers;

(3). ecgonine, its derivatives,their salts,isomers,and
salt of isomers;

(4). any compound,mixture,or preparation which contains
any of the substances referred to in the subclauses
(1) through (III).

The definition of cocaine in Schedule II of 21 U.S.C. § 812
Ⓒ is virtually identical to that above,word for word.

## CONCLUSION

Petitioner,maintains that he is actually/factually innocent of the charges brought against him by the U.S. of America as stated in grounds (1) through (3) and attached Affidavits,which is incorporated herein by reference. The question in this case is whether the Court has inherent authority to retain jurisdiction to alter,modify or correct the judgement. A sentencing Court inherently retains juris- diction to straighten flaws in the judgement process.

A grave miscarriage of justice has been done,that resulted in the wrong conviction and sentence of the petitioner.The imprisonment of the defendant is a result of an act of the Court that was carried out without due process of law.The Court did not have authority to render judgement or impose sentence,except that it do without juris- diction,when such jurisdiction is lacking the Court may **sua sponte** take the issue up itself and correct the **jurisdictional** Glitch it, itself,is responsible for,a judgement entered by a Court without **Jurisdiction is null and void**.

A sentencing Court retains inherent jurisdiction to entertain pet- itions to correct the wrong,**Thus,**whenever procedual devices defend- ant petitioner invokes,he is not barred from access to the Courts to **right** a **wrong** that is partly the fault of the Court itself,here in this Court,the U.S.of America,an **Article I,Legislative tribunal,** implemented private International **non positive law.**

**Laws statues/Codes against the petitioner the government and with aid from Court appointed counsel** blindsided the real parties in interest to the proceedings and obscure.

The government and with **aid** from Court appointed Counsel subverted and concealed the true nature of its **civil and judicial** proceedings. Denying the petitioner the right to participate and contest the legality of its **contracts** and **Commercial agreements**.

There was no factual basis for the Courts jurisdiction without the **Contracts** and or commercial agreements that created the legal lia- bility,The U.S.Federal Corporation being only an ordinary individ- ual,person citizen,simply an ordinary proprietor.

Had a duty to disclose its **documents/agreements** with the states

(1)

## CONCLUSION CONT...

of the Union,Its failure to do so created a legal disability,denying petitioner the **right** to defend and raise a defense.The Supreme Court made it clear that a Court that fails to complete the Court is required by the **6th Amendment loses its jurisdiction**, during the course of the proceedings.Thus,the missapplication of statutory Law,concealing the **civil** proceedings.And documents that created a legal liability and legal disability caused the Court to lose its jurisdiction.

A trial Court that fails to comply with the **6th Amend**.No longer has jurisdiction to proceed,without **subject/matter Territorial**, and a proper foundation for the U.S.of America charges,**The Judgement is void**.For all the reasons set forth herein-above this Court should **sua sponte**,enter an order **nunc pro tunc** to the day when the Jurisdictional defect wrecked the Court's authority to proceed against the petitioner,and or to impose penalty and vacate the judgement,sentence and conviction and overturn the **civil judgement and criminal penalties** entered against him.

**The government never established admiralty,nor never proved it on the record**.

Counsel **breached a duty to investigate grounds 1 through 4** which is incorporated herein by reference and attached affidavits.Counsel fail to make proper objections,and failed to challenge jurisdiction of the court.Counsel fail to inform petitioner that a **contract** was involved which was clearly a violation of petitioner due process right,and a **Discovery violation**.

If not been for counsel aiding and abetting with the government errors that was neglected that could have properly challenged and the proceedings would have been different.If any tribunal finds absence of proof of jurisdiction over **person and subject matter, the case must be dismissed**. The Constitution of the United States and Titles **18,19,21,26,28 & 31** of the United States Code vests authority and standing in governmental entity identified and known as the United States,not the United States of America and definitely not the false entity improperly used **nom de guerre** known as **"UNITED STATES OF AMERICA"**.

The Constitution and Titles cited above do not vest authority in a governmental entity known as the United States of America.

The United States code,relating to the United states territories
and insular possessions,and by evidence of **28 CFR,Part 0.96b** and
other regulations cited supra,The **"United States of America"** is
foreign to the United States and the Union of several States
party to the Constitution.

Therefore,the **"United States of America"** does not have standing as
a principal of interest where the instant matter is concerned so
lacks authority to prosecute Petitioner in courts of the United
States located in the Union of several States party to the
**Constitution.**

Counsel had a duty to investigate the <u>laws</u> and facts and raise
potential available and meritorious defenses,(Petitioner) had a
**(Common)** law remedys and defenses available under the Codes **U.C.C.**
**1-207 and 1-306.6** in defense of the Corporate Plaintiffs Commercial
charges,There are no **(Common)** law crimes against a fiction,only in
comtemplation of the Law.

The **UNITED STATES OF AMERICA** should not be able to conceal its
<u>**civil**</u> and <u>**commercial**</u> proceedings**"In Rem"** Blindside the real parties
in interest to said proceedings,conceal the true and proper nature
of the judicial proceedings,and then bring (Petitioner) in for cri-
minal proceedings to impose penalty,without <u>ever</u> establishing and
or disclosing to the petitioner his **rights/Remedys** and any and all
terms of the agreements made, All documents that created a legal
disability that created the legal liability.

Said jurisdiction in Legislative equity was lacking in the
early stages of proceedings and can only be established when the
Respondents enters this case on the law side of this Court with
you sitting as a **Judge at Law.** And, By Respondents placing into
evidence a valid **contract/Commercial** agreement,or franchise which
proves as a fact of law that the accused,is under **Commercial/**
**Contract** obligation as a Franchised individual and required to
obey every Legislative Statue,having lost his natural rights under
said Constitution for civil privileges and benefits.

Petitioner,maintains that he is actually/factually innocent
in that the **respondents** has not done anything besides invoking 18
USC Sec.3231,which is out of the jurisdiction of the states
(Colorado),Theres no instrument on record that created a liability,
Respondent has not establish any Article III standing,harm/loss/

(3)

injury attributable to the petitioner.

Non compliance with Article I Sec.8,cl.17, Title 40 USC Sec.255, ownership of property and consent to accept jurisdiction over acquired lands,failure to comply with the above Statues and Constitution.The U.S. descends to the level of a mere private citizen,person and its simply that of an ordinary proprietor.The U.S. did not state a claim against the Federal government,But a privately own **CORPORATION**.Who is not the **Constitutional Government of** <u>**America**</u>.

Due process under the 5th Amendment requires the Court to complete the Court as required under the 6th Amendment to sustain its personal,**subject matter,territorial in Rem civil and criminal jurisdiction**. The offenses found/charged in the Indictment,and Found in the jury verdict as well as the penalty imposed,did not comport with the **5th** and **6th** Amendment requirement,Because the Court,prior to trial did not receive ratification or joinder of the **Real Parties**,but instead convicted and sentenced petitioner on the basis of a mere <u>**FICTION**</u> that invoked the jurisdiction of the District COURTS of the U.S.(**Not the U.S.DISTRICT COURT**),The Court lost its jurisdiction in the course of the proceedings and was without authority to proceed any further.

The Petitioners conviction/sentence were mainly the result of him having had **ineffective** asst.of counsel who fail to inform the petitioner of his **rights/remedys** and the true nature of the proceedings and the true nature of the cause of action against him and any and all terms of the agreements made,fail to require the respondents fictitious CORPORATION to produce its documents that created a legal disability and the instrument that created the liability.**Counsel fail below an objective standard of reasonableness,if not for Counsels and (FEDERAL U.S.) errors,the proceedings would have been different.**

If Counsel would have investigated he would have known and should have known all of the above stated facts herein. **The trial Court that fails to comply with the requirements of the 5th,6th Amendments,no longer has jurisdiction to proceed.The judgement without jurisdiction is void.**

This Court has the inherent authority to correct jurisdictional flaws,Supreme Court made it clear that when a Court fails to complete the Court loses its jurisdiction.The judgement of conviction pronounced by a Court without jurisdiction is void,and one imprisoned thereunder may obtain relief from the Court by any variations of remedys.

The most logical one,is for the Court to exercise its inherent authority and **nunc pro tunc,and Sua sponte,vacate the judgement.** For all the reasons set forth herein and above,this Court should **sua sponte,**enter an order **nunc pro tunc,**to the day and time the jurisdiction glitch and due process violations occurred during the initial stages of the proceedings,when the jurisdictional defects wrecked the Courts authority to try the petitioner and impose penalty.

A grave miscarriage of justice has occurred and the Court can inherently assume jurisdiction and correct the defect,to maintain the integrity of the Court.**Wherefore,Petitioner ask the Court to vacate his conviction/Sentence and overturn the civil and criminal judgement entered against him.**

Sign *Sammy Woods*

With Reservation of Rights of U.C.C. 1-207, 1-103.6

Date *Sept. 7th* 2006

I Sammie Woods state under the penalty of perjury that the foregoing is true and correct in the United States of America to the best of my knowledge and belief.

Sign *Sammy Woods*

Reservation of rights U.C.C. 1-207, 1-103.6

Date *Sept. 7th* 2006

PERSONAL   AFFIDAVIT

OF

SAMMIE LEE WOODS

---

IN SUPPORT OF THE ATTACHED MOTION     2255

THE GOVERNMENT'S LACK OF "EXCLUSIVE" LEGISLATIVE JURIS-
DICTION OVER THE LOCUS IN QUO, AND THE GOVERNMENT'S
LACK OF SUBJECT MATTER JURISDICTION

---

**KNOW BY ALL THESE PRESENT:**

I, Sammie Woods, Affiant/Petitioner in the above entitled
matter declare under Penalty of Perjury under the laws of
the facts contained herein, such being true, complete and
certain not meant to mislead, state as follows:

(1). That I, committed no (**alleged**) criminal offense
within the "exclusive" legislative jurisdiction of the
federal United States, or within a federal territorial or
insular possession of the federal United States or inclave
located within the Alaska Republic, nor was my person or my
private property situated within any of the aforementioned
federal areas, which are specified and circumscribed under
**Article I, §ection 8, Clause 17, and 18 U.S.C. §7 (3)**...

A very recent U.S. Supreme Court decision, dated April
26, 1995, addressed the issue of exclusive legislative jur-
isdiction of the Congress, and the powers of the federal
government. Justice Thomas, in a concurring majority opinion
in **U.S. v. Lopez,** 115 S.Ct. 1624 (1995), 131 L.Ed.2d 626, very
clearly says;

> Indeed, on this crucial point, the majority and
> Justice Breyer[disenting] agree in principle:
> Government has nothing approaching a police
> power. **Id.** at page 64

Justice Thomas went on to discuss "a regulation of police" at
page 86, wherein he stated the following;

**U.S.v.DeWitt**, 76 U.S. 41.9 Wall. 41,19 L.Ed.593 (1870) marked the first time the court struck down a federal law as exceeding the power conveyed by the commerce clause.In a 2 page opinion the court invalidated a nationwide law prohibiting all sales of naptha,and illuminating oils.In so doing,the court remarked that the commerce clause"has always been understood as limited by its terms;and a virtual denial of any power to interfere with the internal trade and business of the seperate states' **Id.** at page 44.

The law was "plainly a regulation of police,"which could have constitutional application only where Congress had exclusive authority,such as the territories.Id.at page 44-45. Earlier in the text, Justice Thomas,**Id.**at page 85,said,Even before Gibbons,Chief Justice Marshall,writing for the Court in **Cohens v. Virginia**,19 U.S. 264,6 Wheat 264,5 L.Ed. 257 (1821),noted that Congress had no general right to punish felonies generally. However,Congress could enact laws for **places** [emphasis added]where it enjoyed plenary powers, for instance,over the District of Columbia,and whatever effect ordinary murders,or robbery,or gun possession might have on interstate commerce was irrelevant to the question of Congressional power.

(1).The **"Articles of Confederation"**of 1778 A.D.;
(2).The**"Constitution"**of September 17,1787 A.D. and
(3).The **" Bill of Rights"** proposed on September 25,1789; ratified on December 15,1791.

In these documents,the term**"united States of America"**,was used exactly four times total.On three occassions,**"united"** was used uncapitalized,in **adjective** form.In the fourth instance, even though capitalized,**"United"** was seperated from States by a: colon,making it act as an adjective. In the "modern" versions for these documents,a governmental attempt to change the meaning of these documents is apparent,by the fact that all of the uncapitalized uses of the word**"united"** have been capitalized,the capitalized uses of Citizen and People,have been changed by removing the capitalization,

(2)

changing the gramatical meaning of the words.Some of these "modern" versions carry a small footnote,such as the one which states:

* Heading and paragraph numbers have been inserted to assist the reader,and are not to be construed as a part of the Constitution.The original Constitution contains only article and section numbers. **The modern style of capitalization has been used in the printing of this edition;and obsolete spelling of such words as "chuse" and"controul" has been changed to conform to the modern spelling prescribed by Webster's Dictionary.We have followed the text of the UNITED STATES CONSTITUTION,1787 Bicentenial edition 1987,prepared by the Commission on the Bicentenial of the United States Constitution.**

Take notice of the spelling of the United States Constitution in the one instance,and that it is supposedly an agency of our government that is responsible.The original Constitution of1787 A.D.,had no title,but began with the first words of of the "Preamble": "we the People..." (Capital"P"),and also lacked the title "Preamble".This has raised a number of questions in my mind,such as:

(1).Why is an agency of the federal "United States" government tampering with a document that is declared the supreme law of the land(Article VI,Clause 2),and which all employees of that government are required to swear an Oath to uphold and defend (Article VI,Clause 3)?

(2).Why use all capital letters in spelling a name ?
(3).What is the intent of the people responsible ?
(4).What is the effect of these "modernizations" ?
(5).What other "modernization" changes have been made to our "supreme Law of the land?

Some of the effects of the "modernizations" are immediately Obvious, when you consider that in capitalization of the word **united**,changing this word from an adjective describing States united under an agreement (contract),to the name of the government created by this same agreement.The entire

(3)

meaning of the document is then altered.
All capital letters in spelling the name indicates a cor-
porate "Constitution" and not the Constitution of the re-
public of States united together under the Constitution
of 1787 A.D..
Removing the capitalization used in the Constitution of
1787 A.D.,for the spelling the words "People"and "Citizen"
also changes what was actually said and meant by the fram-
ers of the Constitution of 1787 A.D..
What others changes have been made?Punctuation has been
changed in at least two instances,again changing the gra-
matical meaning of the statement made by the framers.
What is the intent? It would appear,at the least on the
surface,that the "Government"is attempting to perpetrate
a massive fraud and usurpation of power.Would our govern-
ment do that to us?i will leave that question to be answer-
ed by others,and continue.

　　　With all of the above in mind,let's consider each of the
three relevant document individually and together.First,Let'
s consider the **"Articles of Confederation"**. This document
was a contract between the People,the Congress and the United
States government.

　　　　　The"**Articles of Confederation,"**at Article XII provided:
**And the Articles of this Confederation shall be invio-
lably observed by every State,and the Union shall be
perpetual,nor shall any alteration at any time here-
after be made in any of them,unless such alteration
be agreed to in a Congress of the United States,and
be afterwards confirmed by the legislature of every
State.**
and went on to state in the final statement of this docu-
ment:

　　　　　And that the Articles thereof shall be inviolably ob-
served by the States we respectively represent,and
that the Union shall be perpetual.

Within this document,we find most of the powers delega-
ted by the Constitution of 1787 A.D.,Beginning with **Art-
icle II,**which provided:

> Each State retains its Sovereignty,Freedom and In-
> dependence,and every power,Jurisdiction and Right
> which is not by this Confederation expressly dele-
> gated to the UNited States in Congress Assembled.

Most of the powers delegated to the United States by the
Constitution of 1787 A.D.,were also delegated by the **Art-
icles of Confederation.** If we look to §section IX,we find
that after delegating a number of Powers to the United
States,Congress and the United States was admonished:

> "...; provided that no treaty of commerce shall be
> made whereby the legislative Power of the respect-
> ive States shall be restrained...."

and after delegating most of the Powers now found at Arti-
cle 1,§ection 8 of the Constitution of 1787 A.D., which in-
cluded the Powers to coin money,regulate the value of alloy
and coin struck by their own authority,to establish uniform
weights and measures,to regulate international and inter-
state commerce,and commerce with the Indians,ect., Congress
was again admonished:

> ... provided that the legislative right of any State
> within its own limits be not infringed or violated..

The Constitution of 1787 A.D.,did not repeal the provisions
of the **Articles of Confederation,**but only altered them.The
Powers prohibited to the United States and Congress by the
**Articles of Confederation,**if not specifically repealed by
the **Constitution of 1787 A.D.,** Are prohibited even to this
date.

Under the **Articles of Confederation,** Congress had the powers
now delegated by Article III,§2, Clauses 2,3, to the **supreme
Court of the United States.**The only thing new,is the power to
create the **supreme Court and the inferior courts.** The power

hasn't been changed in any appreciable manner,other than that.

The Constitution of 1787 A.D.,made several major changes in the United States goverment.Article 1,§ection 8,Clause 17, made a State of the United States. However,the power of this State was limited by the Constitution.The seat of the United States government is confined to the geographical limits of the District of Columbia,the highest executive officer(President) is elected by the People of the several States,as it's legislative body(Congress),and the newly created supreme court has only limited power as is shown by Article III, §ection 2,Clauses 2,3.

The Power of the United States is limited not only by the Constitution of 1787 A.D., but also by the Articles of Con federation.

The United States is a State which is subject to all the limiting provisions of the Constitution of 1787 A.D..The full faith and credit provision must be applied,as must the privileges and immunities and the Extradition provisions.Relevant definitions are:

State,n.: A people permanently occupying a fixed territory bound together by common-law habits and custom onto one body politic exercising,through the medium of an organized government,independant sovereignty and control over all persons and things within its boundaries ..... Kusche,D.C.Cal., 56 F.Supp. 201,207,208.................
..................................................

Federal Government [emphasis added] is a "state" bound by all of interstate Agreement on Detainers.Enright v. U.S.,D.C.N.Y.,437 F.Supp.580,581.......................
..................................................

Foreign State,n.: A foreign country or nation.The several United States are considered "Foreign" to each other except as regards their relations as common members of the Union...

(6)

**Foreign Nation,**n.:The term "foreign nation"as used in a statement of the rule that the laws of foreign nations should be proved in a certain manner,should be construed to mean all nations or states other than that in which the action is brought hence one state of the Union is foreign to another,....**(Black 's Law Dictionary: Fifth Edition)**

It becomes abundantly clear that any property belonging to the **United States,**is outside any of the several States,even though located inside the geographic boundries of that State. The giving a State certain limited jurisdiction over federal property (see **Buck Act),does not place federal property"in the State".**

Article III,§ection 2,Clause 3,provides:
The Trial of all Crimes,except in Cases of Impeachment,shall be by Jury;and such trial shall be held **in the State where the said Crimes shall have been committed;**...(emphasis added)
The Sixth Amendment (originally **Article of the eighth)**provides:
In all criminal prosecutions,**the accused shall enjoy the right to a speedy and public trial** by an impartial jury **of the State and district wherein the crime have been committed,**...(emphasis added).

A trial in an incorporated,territorial,federal **UNITED STATES DISTRICT COURT,**on federally owned property,under exclusive federal jurisdiction,even though geographically located inside the State of Denver at 1901 19th St.Denver,Colorado,where the **UNITED STATES DISTRICT COURT** is located,cannot be construed to be**"in the State.**The address of 1901 19th St,Denver,Colorado, is only the address for finding the geographic location,and it is immaterial that the jury cosisted of Citizens of the State of Colorado.If the court were truely"in the State", the State courts would continue to enjoy"original jurisdiction,as provided for in the "Denver Statehood Act"'

Jurisdiction of all cases pending or determined in District Court for the **Territory of Colorado**(not the State)(emphasis added) not transfered to the **United States District Court** (not the **(UNITED STATES DISTRICT COURT)**(emphasis added) for the **(federal)** District of Colorado(not the State of Alaska) **shall devolve upon and be exercised by the courts of original**

jurisdiction created by said State,which shall be deemed the
successor of the District Court for the territory of Colorado
..." (emphasis added).
BLACK'S LAW DICTIONARY: SIXTH EDITION defines **Original Juris-
diction** as:

       Jurisdiction to consider a case in the first instance.
Jurisdiction of the court to take cognizance of a cause at its
inception,try it,and pass judgement upon law and facts. Dis-
tinguished of 1787 A.D.,Article III §ection 1 provides:

       The Judicial Power of the United States shall be vest-
vested in the supreme Court,and such inferior courts as the
Congress may from time to time ordain and establish.
Article III,§section 2, Clauses 1,2,3,limited and defined such
Judieial Power (jurisdiction).These clauses are as follows:

       The Judicial Power shall extend to all Cases in Law
equity,arising under this Constitution,the laws of the United
States,and Treaties made,or which shall be made under their
authority ; to all Cases affecting Ambassadors,other public
Ministers and Consuls; to all cases of admiralty and maritime
jurisdiction; to controversies to which the United States
shall be a party;to controversies between two or more States,
between Citizens of different States,between Citizens of the
same State claiming Lands under grants of different States,
and between a State,and Citizens thereof,and foreign States,
and foreign states, Citizens and subjects.(Clause 1)

       The peculiar punctuation used by the framers,a semi-
colon and a dash have gramatical meaning,and make each state-
ment a seperate and distinct statement of judicial power,
seperate from each ither such statement.Clause 2 provides:

       In all Cases affecting ambassadors,other public
Ministers and Consuls, and those in which a state shall be
party,the supreme Court shall have Original Jurisdiction. **In
all other Cases before mentioned,the supreme Court shall have
appellate Jurisdiction,both as to Law and fact,**With such ex-
ceptions, and under such regulations as the Congress shall
make.(emphasis added)

(8)

**BLACK'S LAW DICTIONARY: SIXTH EDITION,**defines"appellate" as
Pertaining to our having cognizance of appeals and
other proceedings for **judicial review of adjudications.**
(emphasis added) The term has a general meaning,**and it has
a specific meaning indicating the distinction between ori-
ginal jurisdiction and appellate jurisdiction.** Woodruff v.
Bell, 143 Kan.110,53 P.2d 498,499 (emphasis added).

**FEDERAL POWER TO CRIMINALIZE AN ACT IS LIMITED**
The Constitution of 1787 A.D.,clearly restricts those acts
which Congress may criminalize.**Article 1,§ection 2,Clause
5,**provides:
The House of Representatives...shall have the
sole Power of Impeachment.
while **Article I,§ection 3,Clause 6,** provides:
The Senate shall have the sole Power to try all
impeachments.
and **Article I,§ection 3,Clause 10,**provides:
The Congress shall have the Power to **define and
punish** Piracies and Felonies **committed on the high Seas,**
and **Offenses against the Law of Nations.**
There are definite,defined and delegated Powers.However,
we now come to other definite,defined and delegated Powers
which **do not** allow any such criminal Powers.At **Article I,
§ection 8,Clause 6,**we find:
The Congress have the Power...To **"provide"** (emp-
hasis added) for the Punishment of counterfeiting the
Securities and current Coin of the United States;
The Power to **"provide"** for the punishment of a crime is
not the same as to punish the crime.The term"provide' as
**Provide: to make,procure,or furnish for future
use,prepare.To supply;to afford;to contribute.(BLACK'S
LAW DICTIONARY: FIFTH EDITION).**
**Article III,§ection 3,Clause2,**provides:
The Congress shall have the Power to'**declare"
the Punishment of Treason...**(emphasis added).

(9)

**BLACK'S LAW DICTIONARY: FIFTH EDITION,**defines "**declare**" as;

      **Declare.**To make known,manifest,or clear. To signify, to show in any manner either by words or acts.To publish; to utter;to announce clearly some opion or resolution. To solemnly assert a fact before witnesses,$\bar{e}$.g., where a testator **declares** a paper signed by him to be his last will and testament.See **Declaration.**

WEBSTER'S NEW WORLD DICTIONARY,1995 edition defines "**declare**" as;

**declare.**1. to announce openly or formally.2. to show or reveal. 3.to say emphatically.

To "**declare**" is not to adjudicate. This Constitutional provision,like all others,must agree with all other provisions of the Constitution of 1787 A.D., specifically:**The Trial of all Crimes..Shall be held in the State where said Crimes shall have been committed;"**(Article III,§ection 2,Clause 3),and " **In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial by an impartial jury of the State and district wherein the crime shall have been committed,...**"(Sixth Amendment [Article the eighth]),and" **The enumeration in the Constitution of certain rights, shall not be construed to deny or disparge others retained by the people.**" (Ninth amendment [Article the eleventh]),and "**The powers not delegated to the United States by the Constitution,nor prohibited by it to the States,are reserved to the States respectively,or to the people.**(Trnth Amendment[Article the twelfth])

      As shown in the preceeding pages of this document, none of the Powers delegated to Congress acts to delegate a criminal (common law) power which may be exercised by the United States government,within the limits of any of the several States.The only other criminal power delegated to Congress and the United States government, is found at **Article I,§ection 8,Clause 1,**and Congress and the United States government has been repeatedly admonished not to use the commerce clause or any other Power delegated to assume (usurp) a criminal Power,jurisdiction or authority within the several States.

Clearly,except where Congress has exclusive legislative
Powers, the Constition prohibits Congress's criminaliza-
tion of any act or offense other than those cited in the
Constitution of 1787 A.D., specifically:**The Trial of all
Crimes..shall be held in the State where said Crimes shall
have been committed;"**(Article III,§ection 2,Clause 3),and
**"In all criminal prosecutions,the accused shall enjoy the
right to a speedy and public trial by an impartial jury of
State and district wherein the crime have been committed,..**
(Sixth Amendment [Article the eighth]), and **"The enumera-
tion in the Constitution of certain rights,shall not be con-
strued to deny or disparge others retained by the people.**
(Ninth Amendment [Article the eleventh]),and **"The powers not
delegated to the United States by the Constitution,nor pro-
hibited by it to the States,are reserved to the States re-
spectively,or to the people .**(Tenth Amendment [Article the
twelfth])

As shown in the preceeding pages of this document,
none of the Powers delegated to Congress acts to delegate a
criminal (common law) power which may be exercised by the
United States government,within the limits of any of the
several States.The only other criminal power delegated to
Congress and the United States government,is found at **Art-
icle I,§ection 8,Clause 1,**and Congress and the United States
government has been repeatedly admonished not to use the
commerce clause or any óther Power delegated to assume(usurp)
a criminal Power,jurisdiction or authority within the several
States.

Clearly,except where Congress has exclusive legisla-
tive Powers,the Constitution prohibits Congress's criminal-
ization of any act or offense other than those cited in the
Constitution of 1787 A.D., **unless there is an amendment,** by
2/3 of the States (article V).
Federal criminal jurisdiction is strictly territorial,which
is recognized and stated in the United States Codes at Title
18 U.S.C.§§5,7.

(11)

The first Federal Criminal Act did not establish a nation-
wide prohibition against murder and the like.See,Act of
April 30,1790,Chapter 9(1 Stat.112 );rather,only when com-
mitted in United States territories and possessions,or on
the high seas.With the single exceptions of treason and/or
counterfeiting,and notwithstanding any of the effects
which murder,robbery,and gun possessions might have on the
interstate commerce,Congress understood that it could not
establish nationwide prohibitions.
Justice Thomas summed up his opinion dramatically with the
statement quoted in part herein:

If we wish to be true to a Constitution that does not cede
a police power to the Federal Government...

(1)" all federal crimes are statutory." Doble,"Venue and
Criminal cases in the United States District Court."Virginia
Law, 287 289 (1926)."...[O]n the other hand,since all federal
territorial courts are based on Acts of Congress,"Federal
Rules of Criminal Procedure Rule 26,in **"taking of testimony"**,
notes of Advisory Committe on Rules,Paragraph No.2.

(2)Rule 54, Application and Exception,paragraph (c),Fed-
eral Rules of Criminal Procedure,"Act of Congress" includes
any Act of Congress locally applicable to and in force in
the District of Columbia,in Puerto Rico,on a territory or an
insular possession.

(3) There is no presumption in favor of jurisdiction,and
the basis for jurisdiction must be affirmatively shown.
**Hanford v. Davis,**16 S.ct. 1051,163 U.S. 273,41 L.Ed.157(1896).

(4) See exact wording of **Article I,§ection 8,Clause 17,**
Constitution for the united States,1787 A.D.,which grant of
Power and authority does not extend over every square inch
of the 48 contiguous Union States.

(5) In principle,the exclusive legislative jurisdiction
of the federal government is not addressed to subject matter,
but to the geographical location.**See, U.S.v.Bevans,**16 U.S.
(3 Wheat) 336 (1818).

(12)

(6) It is axiomatic that the prosecution must always prove territorial jurisdiction over a crime in order to sustain a conviction therefore.**U.S.v.Benson,**495 F.2d 475 at 481(1974). The jurisdictional challenge issue can never be waived by the **Accused,** nor acquised by the **Accused,**in the absence of a positive showing upon the record that jurisdiction was clearly and unambiguously established.

(7) Without proof of the requisite ownership or possession by the United States,the crime has not been made out.**U.S. v. Watson,**80 F.Supp.649 (E.D. Va.1948).Only in America can **We** be forced into a status of subjects of a foreign corporation by fiat legislation,and the stroke of a C.E.O.'s pen,at the point of a gun,and thereby be immediately divested of standing in judicio,and declared to be debtors and enemies of our own government.

(8)In criminal prosecutions,where the federal government is the moving party,it must not only establish ownership of the property upon which the crime was committed,but it must also produce documentation that the State has ceded to it, jurisdiction over that property.It was held by the U.S. Supreme Court in the case of **Fort Leavenworth Railway Co.v.Iowa,** 114 U.S.525 at 531 (1885)

> **Where land are aquired without such consent,the possession of the United States,unless political jurisdiction be ceded to them in some other way,is simply that of an ordinary proprietor.**

(9) No jurisdiction exists in the United States to enforce federal criminal laws until consent to accept jurisdiction over acquired lands has been published in U.S.C.**T-40 §255,** and the fact that the State authorized the government to take and exercise jurisdiction was immaterial.**See,Adams v. United States,**319 U.S.312,63 S.Ct.1122,87 L.Ed.1421 (1943).

(10) All courts of justice are duty-bound to take judicial notice of the territorial extent of the territorial ex-

(13)

extent of jurisdiction although those acts are not formally put into evidence,nor in accord with pleadings.**Jones v.U.S.** 137 U.S.202,11 S.Ct.80 (1890).

(11) Where federal court is without jurisdiction of the offense,judgement of conviction of the court and/or the jury is void initio,on its face.**Bauman v.U.S.**156 F.2d 534 (5th Cir. 1946).

(12)Federal criminal jurisdiction is never presumed;it must always be proven;and **it can never be waived,U.S.v. Rogers,**23 F.Ed 658(D.C. W.D.Ark.1885)

(13)The federal courts are limited by the Constitution and acts of Congress.**Owens Equip.& Erection Co.V.Kroger,**98 S.Ct. 2396,437 U.S.365,57 L.Ed.2d 274 (1978)

(14)The jurisdiction of federal courts is defined in the Constitution at **Article III** for judicial courts;at **Article I** for legislative courts;and at **Article IV** for territorial courts.Some courts created by Acts of Congress have been referred to as "Constitutional Cts",whereas others have been referred to as "Legislative Courts" **O'Donoghue v.U.S.**,U.S. 516 (1993),77 L.Ed.1356,53 S.Ct.74;**Mookini v.U.S.,**303 U.S. 201 at 205 (1938),82 L.Ed. 748,58 S.ct.543.

(15) Legislative court judges do not enjoy **Article III** powers and guarantees;"inheretly judicial" tasks must be performed by judges deriving power under **Article III.See,§ U.S. v. Sanders,**641 F.2d 659 (1981),cert.den.101 S.Ct.3055,452 U.S. 918,69 L.Ed.422.

The United States District Court creation and composition were accomplished by Acts of Congress on June 25,1948 [62 Stat.895],and November 13,1963 [77 Stat.331],currently at 28 U.S.C.§132;and the jurisdiction thereof,previously,demonstrated herein,i.e. Chapter 85 of Title 28,lists civil,admiralty,maritime,patent.bankruptcy,ect.,and does not once list, mention,or describe any criminal jurisdiction.It **just is not there.**

**(14)**

(16) Acts of Congress creating the United States District Courts do not vest said territorial tribunals with any criminal jurisdiction;these courts have only such jurisdiction as is conferred upon them by Act of Congress **under the Constitution.See: Hubbard v.Ammerman**,465 F.2d 1169 (5th Cir.1972), cert.den.93 S.Ct.967,410 U.S.910,35 L.Ed.2d 272.

(17) The United States District Court is not a court of general (**original**) jurisdiction,and has no other power bestowed upon it, except as prescribed by Congress.See **Graves v. Snead**,541 F.2d 159 (6th Cir.1976),cert.den.97 S.Ct.1106,429 U.S.1093,51 L.ed.2d 539.

(18) Congress has no Constitutional power to bestow any criminal power to the federal United States (unincorporated) government of the **Republic** of the **united States of America**. The provisions of the **Articles of Confederation not modified by the Constitution are still valid and in effect today**, as was the intent of the framers when they included **Article VI, §ection 1**,providing:

> All Debts contracted and Engagements entered into,before the Adoption of this Cinstitution shall be as valid **against the United States under this Constitution,as the Confederation.**(emphasis added)

**BLACK'S LAW DICTIONARY:FIFTH EDITION**,defines engagement as:

> **Engagement.**A contract or agreement characorized by exchange of mutual promises;**e.g.**engagement to marry.

The United States government was forbidden the power to make legislation,rules or regulations which in any matter infringed the right of any State within it's own limits,by the **Articles of Confederation**,and denied any criminal power whatsoever by the **Constitution of 1787 A.D.**,except in specific geographic locations,which are to be outside the territorial boundries of any particular State. The **Federal Districts and zones** are properties outside the territorial boundries of any particular State,where **United States has exclusive legislative powers**,and therefore **not"in the State"**.

**"Indeed no more than [affidavit] is necessary to make prima facia case."** United States as Kis,658 F.2d 526(7th Cir.1981) cert.Denied,50 U.S.L.W.2169,S.Ct.March 22,1982

The United States District Court for the District of Colorado, was completely without original jurisdiction to try any criminal case and in particular the above captioned case at bar [see 29 USC§§ 1330-1451] and 26 USC §7402]or any criminal venue [28 USC §§ 1391-1421].**NO JURISDICTION WAS OBTAINED BY VIRTUE OF AN ORIGINAL STATE CASE TRANSFERRED TO THE UNITED STATES DISTRICT COURT** [28 USC §§1441-1451]**UPON MOTION OF THE DEFENDANT,now Petitioner.See,Title 28 U.S.C.§1446.**

This Court is"duty-bound" under its oath,28 U.S.C.§453 and Article VI,clause 2, for the United States of America to immediately vacate sentence and release petitioner,ordering all court fines and assessment fees canceled forthwith. "It is well established principle that Federal courts,as opposed to state trial courts of general jurisdiction marked out by Congress". See,Aldinger v. Howard,427 US 1,15,95 S.Ct.2413,2420,49 L.Ed.2d 276 (1976)

All original jurisdictions for the District Court spell out in 28 U.S.C.§§ 1330-1368,fixed by statute and are for civil jurisdiction.The only criminal jurisdiction is by transfer from the criminal clause begun in the State court,under to the Constitution for the United States of America,**Article III,§2,cl.3,** Amendment Article VI and 28 U.S.C.§§ 1440-1452. Transfer must be instituted upon motion of the defendant under 28 U.S.C. 1446. Venue,which is also,is under 28 U.S.C. Chapter 87.While lack of venue can be waived,lack of jurisdiction cannot.

The United States District Court of the Western District of Colorado does not have lawful authority to convene and seat a grand jury (**absent CFR** regulations), and all determinations of said grand jury are of no lawful effect.Federal courts are not courts of general jurisdiction,so far as authority of the various courts are concerned.

(16)

This United States Of America found at U.S.C.§§874,1406f,is
a sovereign nation of (50) Union States party to the Consti-
tution) and this UNITED STATES OF AMERICA is fictitious en-
tity used by the corporate United States to implement private
international laws namely,United States Code inland under a
military regulation flag,and is found nowhere in U.S.C. anno-
tated spelled in this manner.

**Relator**,contends that the United States does not own and has
not **purchased** land in the Western District of Colorado,nor
does the U.S. Government own the place of the alleged crime
scene by **Title or Deed per Title 40 USC§255.**

Title 21 U.S.C.is,not among the titles of United States
Codes,which have been enacted into**"Positive Law"** according to
**house of Representatives Law Library.**and 841,843 has no impl-
ementing **CFR** Regulations.

(19)It is apparent that the **United States District Court** for
the District wherein the original cause was brought,was cre-
ated and established under 28 U.S.C.§ 132,and its jurisdict-
ion is defined and limited by Chapter 85 of Title 28,United
States Code.

(20) The courts of appropriate jurisdiction for violations
of Title 18 U.S.C. are designated at §section 3231,specif-
ically naming them as " **district courts of the United State-
s"** [sic].

(21) There is a distinct and definite difference between a
**"United States District Court"** and a " **district court of
the United States".**The words**"district court of the United
States".** Commonly describes constitutional courts created
under **Article III** of the **Constitution,** not the legislative
courts which have long been the courts of the Territories.
See: **International Longshoreman's & Warehouseman's Union
v. Juneau Spruce Corp.,**342 U.S. 237 at 241 (1952),72 S.Ct.
235,96 1.Ed.275,13 Alaska 536.

(22) The term" **district court of the United States"** common-
ly describes **Article III** courts,or **"courts of the United
States",** and not legislative courts of the territories.

See: **American Insurance Co,v. 356 Bales of Cotton,**1 Pet.511
(1828), 7 L.Ed.242;

**International Longshoreman's and Warehouseman's Union v.
Wirtz,**170 F.2d 183 (9th Cir.1948),cert.den.336 U.S. 919,
93 L.Ed.1082,69 S.Ct. 641,reh den.336 U.S. 971,93 L.Ed. 1121,
69 S.Ct.936.

(23) Though the judicial system set up in a territory of the
United States is part of federal jurisdiction,the phrase "
Court of the United States" when used in a federal statue is
generally construed as not referring to"territorial courts".
See: **balzac v. Porto Rico,**258 U.S. 298 U.S.298 at 312(1921)
42 S.Ct.343,66 L.Ed.627.

(24) The **"UNITED STATES OF AMERICA"** (all capital letters),is
an asset owning corporation,registered to federal tax account
number 344500-0049- 0 (exempt) owning **Homestead part 5 acre
tract,lot portion #4, 20011 26th Ave.S.,Seatac,Wn.,** and is a
territorial corporation, with only territorial powers, claim-
ing to operate under the authority of the President of the
United States as shown at 48 U.S.C. §1406f:

> All judicial process shall run in the name of
> the **"United States of America,**scilicet,the President
> of the United States",and all penal or criminal pro-
> secutions in the local courts shall be conducted in
> the name and by the authority of"the People of the
> Virgin Islands of the United States".

**BLACK'S LAW DICTIONARY: FIFTH EDITION,** defines Scilicet as:
> **Scilicet.** Lat.To wit;that is to say. A word used in
> pleadings and other instruments,as introductory to a
> more particular statement of matters previously ment-
> ioned in general terms.

This corporation has no Constitutional powers,and did not
exist when the Constitution of 1787 A.D. was drafted and
ratified.

(25) The **"U.S.",**i.e.**"United States",UNITED STATES"** is de-
fined as federal corporation on the authority of Title 28
U.S.C. §3002(15),and has no Constitutional power.The Cor-
poration named **"UNITED STATES"** did not exist when the

Constitution of 1787 A.D. was framed of ratified,and was
granted no constitutional powers.The Corporation named
**"UNITED STATES",** is an asset owning corporation,register-
ed under federal tax account number #094200-0270-0 (exempt)
owning various federal courthouses such as the **U.S.Court-**
**house at 1010 5th Ave.,seattle,Washington 98104,and the**
**U.S. Courthouse** at 222 W. 7th Avenue,Anchorage,Alaska.
These Courthouses are under the exclusive legislative jur-
isdiction of the **United States,**and therefore outside the
legislative jurisdiction of the **State of Colorado,**and/or
the **State of Washington.**

 For a crime committed in the State of Washington,or the
State of Colorado,trial by the **UNITED STATES** acting as the
agent of the **"UNITED STATES OF AMERICA",**at either of these
locations is not a trial **"in the State where the said crime-**
**s shall have been committed",**and it matters not that the ju-
ry was selected from the State where said crimes were commit-
ted,since the jury was acting as a jury for the**"UNITED STATES",**
not for the State wherein the said crimes were committed,and
therefore were not**"an impartial jury of the state and distr-**
**ict wherein the crime shall have been committed".**

(26) On the authority of 4 U.S.C. §72,all offices attached
to the seat of government shall be exercised in the District
of Columbia,and not elsewhere,except as expressly provided by
law. There is no law on the books allowing the **"UNITED STATES**
**DISTRICT COURT"** (corporate) to exercise jurisdiction within
the limits of any of the several States,and the government
of the Union of Republic States,The unincorporated **"United**
**States"'** delegated certain powers under the Constitution of
1787 A.D.,cannot delegate it's power to a corporation.


 I affirm under penalty of perjury,that the foregoing is
true and correct to the best of my current knowledge,under-
standing and belief.And further the deponent saith not.

Teste meipso this day of _7th of Sept._ in the year of the Lord
2006 A.D.

Respectfully Submitted

_Sammy Woods_

U.S.A. ex rel.

UCC 1-207 All Reservation of Rights

Signed before me this 7th day Of
September 2006.

Signed Williams

My commission
expires. July 10, 2007

## AFFIDAVIT DENYING CORPORATION EXISTENCE
## AND KNOWING THAT MY COUNSEL HAD WAIVED ALL MY
## CONSTITUTIONAL AND DUE PROCESS RIGHTS

State of <u>Colorado</u> )
        ) SS     **AFFIDAVIT IN SUPPORT**
        )       **OF MY CLAIMS.**
COUNTY of <u>Denver</u> )

That I, <u>Sammie Woods</u> ,a living breathing man, hereby being first duly sworn,depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That,I hereby deny that the "ALL CAPS" in said indictment and any other instruments used by the United States Assistant Att. Office which states my name as"SAMMY WOODS" (DEBTOR/DEFENDANT) as the accused is not the legal name on any document. The goverment attempting to state missing authority used fraud in which it claims that SAMMIE WOODS is the CORPORATE MEMBER who are,or may be associated with any federal complaint against my natural body,are the fictions and I deny that it exist as the government claims of jurisdiction.My name is **Sammie Woods.**

Nor was I born naturalized under the 14th Amendment as a citizen of the District of Columbia (DC).I hereby declare I am an"alien" with respect to the federal "United States," and its Corporation (s).

I am presumed to be a "nonresident alien" in Title 26 USC 1.871-4, however,not the same "nonresident alien" defined within the **IRC** pursuant to Title 42 USC 411 (b).My name is NOT derived from sources "within the Federal United States," nor am I effectively connected with the performance of the functions of a public office "within the United States." I am of the(**sovereign States**) of the **Union,** called <u>**united** States</u> and my income comes as part of my foreign state pursuant to Title 26 USC 7701(a)(31). I am Protected by the **State of Colorado,**Constitution and Law (s).

**I do hereby certify,** that I did not nor had lived within the geographical areas of exclusive federal jurisdiction as defined in the Federal Land Area Chart. I did/do not live within ANY of the ten regional federal areas, territories or enclaves identified by the numerical, postal zip code. I am a "nonresident alien" outside both general and tangential **venue jurisdiction** of Title 26, USC. I am also NOT a "resident of the incorporated state of **COLORADO,** and the other States in which I have been incarcerated: as it is also the jurisdiction of the Federal Prisons(**BOP**) part as the United States.

I, hereby declares that this AFFIDAVIT do governs the **"NOTICE OF CLAIMS,"** and all future claims and petitions of my innocence of the fraud used unlawfully against me in the past and due future. And under both State and Federal Constitutions I have **not** voluntarily or intentional waived rights, with any knowingly intelligent acts of any my **unalienable right. UCC 1-201 (36), and Section 27-105**

### RIGHTS UNDER THE UCC-LAWS

I am also declaring "sui juris" status in connection with both my property and name. If any agency of the government disputes the above declaration of "sui juris" in connection with the "name" sworn and sealed in this affidavit. I demand a certified copy with my signed authorization of all documents or contracts **being** "held-in-due-course," pursuant to U.C.C. 3-305. 52 and U.C.C. 3-505, that create ANY legal disability to the claimed "sui juris" status and alieni juris" relating to my name."

I have exercised, and do now exercise the REMEDY of law under U.C.C. 1-207, whereby I may preserve my Common Law right NOT to be bound by any commercial agreement action of the federal United States government that I did not enter into knowingly, willingly and voluntarily. This explicit RESERVATION OF RIGHTS serves as a NOTICE upon all administrative agencies or privileges or title of nobility (e.g. resident citizen, taxpayer) from any branch of government in the past, they were "received" under PROTEST, or under threat, duress and coercion (TDC), pursuant to U.C.C. 1-103, U.C.C. 2-3021, C.C. 3-608, and §2-201(2), § 2-104(1)

(2)

I declare that I have no agreement with the Federal government
under UCC 1-103, and UCC 1-201(3),nor did the government prove
its federal jurisdiction under the presumption rules of UCC 1-
210,and thus,failed its burden to produce the element of offense.
Section 28-106,is the DC-Code for remedies to be liberally
administered.

### FRAUD AND COERCION BY THE
### U.S. GOVERNMENT TO PROSECUTE

I,Sammie Woods. duly declare that said arrest warrant and federal
indictment has no value (olaims) against me as the defendant and
now plaintiff under UCC 3-303(a)(3).Said instrument(s) transferred
for value under the Uniform Commercial Code 3-303,and the records
was transferred to the U.S.Marshals Service,arrest warrant,document
s,and indictment instruments were either fraud and/or coercion
under Section 1-103,and UCC 9-102(a)(7),UCC 3-104(b)(e),as the
charging instrument,which bring to light "self-evident proof"
that the instruments are facially defective,and"self-declaring"
that the government has unlawfully trespass onto private property
located within the geographical boundaries of a sovereign State,
to prosecute for alleged violations of non-positive law,provision.
The government's tampering with the administration of justice in
the instant case,it is wrong against the institutions set up to
protect and safeguard the public-at-large.

### I DULY CONTEST THAT IF THIS AND ANY
### OTHER PARTIES FAIL TO RESPOND UPON PRESENTMENT
### THE AGENCY WILL DEFAULT TO MAKE A CLAIM UNDER
### LAW

I,Sammie Woods,duly and hereby declare that any interest parties
fail to make or state will had defaulted under the Common Law.

### AFFIDAVIT OF FACTS

I,Sammie Woods,sign this affidavit to be true under the statues
and Uniform Commercial Code,that the above and following facts
will be proved in the Administrative hearing and if the debtors/
defendants received his/her presentment and failed to state a
claims he/she defaults upon the record.

(3)

I also declare that there is no waivers in my jurisdiction and fraud claims and issues of the matter under Federal Civil Rules and procedures 12(b),Common Law,and UCC 1-207.7 and 1-103 Remedy and Recourse,**Without Prejudice (UCC 1-207.4).**The Code is complementary to the **Common Law,**which remains in force.

Within the United States Code,the government has **breached** its duty,trust and peace whereby.the Assist.Attorney's Office had allowed the Denver Police Department to trespass to arrest me as the defendant without probable cause and discharge her/his duty to cause **a crimen falsi** offense and **malum in se** wrongful acts to get a federal conviction without using the authority of a subject matter and laws that have no **legal effect.** I as the defendant /petitioner has never been afforded an opportunity to contest the judgment under the policy of the administrative claims.

### NEGATIVE AVERMENT

I,Sammie Woods,have not seen instrument that declare said indictment is an authenticated record nor identified record(s) of the U.S. Grand Jury's 6(f) procedure that said suppressed indictment and suppressed arrest warrant are true and correct or that a Grand Jury agreed to indict me for some crime against the United States.

The government have failed to state or make claim under its federally endorsements and will that it has standing under criminal law as both defacto and dejure under power of the Congressional Act of Congress.The government have not proved that my trial and jury were under the **Admiralty Court or Maritime** as private **international laws** contrary to an **Article III** as common law. I also deny my quilt and affiants' perjury so help me **God.**

Further Affiant Sayeth not.

Dated this _7th_ Day and Month of _Sept_ ,A.D.2006

**I RESPECTFULLY SUBMITTED**

/s/ _Sammy Woods_

Without Prejudice UCC 1-207

**NOTARY**

**SUBSCRIBED TO AND SWORN** before me this _7th_ day of _September_ ,A.D. 2006, a Notary that _Sammy Woods_ personally appeared and known to be the above person.

Stacy Williams
My commission expires July 10, 2007

STACY J. WILLIAMS
NOTARY
PUBLIC
AT
LARGE
SHELBY COUNTY, TN

640. 646-47. 66 S.Ct. 1180, 1183-84, 90 L.Ed. 1489 (1946). Of course, a conspirator is only responsible for the crimes of the conspirators that are committed in furtherance of the conspiracy. Id.   A defendant is accountable for drug quantities associated with a conspiracy provided those quantities were 'within the scope of, and reasonably foreseeable in connection with, the criminal activity he jointly agreed to undertake with his coconspirators.' United States v. Reid. 911 F.2d 1456. 1462 (10th Cir.1990). See also Sentencing Guideline § 1B1.3, comment. n. 1; United States. v. Russell, 963 F.2d 1320. 1323 (10th Cir. 1992).

38.    "U.S.S.G. § 1B1.3 includes within the scope of relevant conduct:

> in the case of a jointly undertaken criminal activity (a criminal plan, scheme, endeavor, or enterprise undertaken by the defendant in concert with others, whether or not charged as a conspiracy), all reasonably foreseeable acts and omissions of others in furtherance of the jointly undertaken criminal activity....

39.    "§ 1B1.3(a)(1)(B). Accordingly, a defendant is responsible both for the drugs with which he was directly involved and for all reasonably foreseeable drug quantities that were within the scope of the conspiracy in which he was a member. Id., comment n. 2; United States v. Ruiz-Castro, 92 F.3d 1519, 1537-1538 (10th Cir. 1996); United States v. Sloan. 65 F.3d 861, 865 (10th Cir.1995). See also United States v. Gentry, 60 Fed.Appx. 206. 208, 2003 WL 714850, *2 (10th Cir.(Kan.) 2003)(Gentry 'is accountable for all quantities of contraband [including controlled substances] with which he was directly involved and, in the case of a jointly undertaken criminal activity, all reasonably foreseeable quantities of contraband that were within the scope of the criminal activity that he jointly undertook.')

40.    "The Tenth Circuit has specifically rejected the argument that a defendant involved in an ongoing criminal enterprise is responsible only for the actual quantity which the government proved the defendant personally handled. See United States v. Williams, 897 F.2d 1034, 1041 (10th Cir.1990). See also United States v. Torres, 53 F.3d 1129, 1144 & n. 15 (10th Cir.1995) (noting that '[absent any affirmative withdrawal, a defendant remains] part of the ongoing criminal enterprise.') (quotation omitted); Ruiz-Castro. id.

41.    "The conspiratorial time frame as alleged in the indictment was September 2000 to June 2001.  The evidence of the four kilograms of crack cocaine and the additional crack cocaine which was provided by Van Dyke was all during 2001 when Woods was definitely participating with Willie Small in the conspiracy.  The controlled buys occurred in the fall of 2000 and early 2001."

**Victim Impact**

42.    There are no identifiable victims of the offense.

**Adjustment for Obstruction of Justice**

43.    The Probation Department has no information to suggest that the defendant has attempted to obstruct the administration of justice in this case.

-10-

# Exhibit No. 1.

Sammie Woods
   F.C.I.
c/o p.o.Box (34550)
Memphis,TN.(38138)0550
United States of America
30425-013

UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2006

GORY C. LANGHAN
CLER

Re: Timely 2255 Motion

Dear Clerk of the Court,

I *Sammie Woods* ,Timely files this Motion with consideration, of getting a new trial or a dismissal of civil and criminal charges against him.I am asking the Court that as soon as it has rendered its decision that I may be immediately notified of the ruling.I have also sent several copies of this Motion to several law firms,several U.S. Representatives.Two News Paper Companies,Two Television Networks,and several family members.Please,give a copy of this to the U.S.Attorney in this matter.

U.C.C.1-207

All reservations of rights reserved

/s/ *Sammie Woods*
    Sammie Woods
a/k/a SAMMY WOODS
     F.C.I.
c/o p.o.Box (34550)
Memphis,TN.(38138)0550
30425-013
United States of America

Dated on this day 7th September,2006

I swear that the information that is provided,is true and correct as to the best of my knowledge.

NOTARY
My expiration date expires 2007
/s/ *Stacy Williams*
Dated September