Honorable Judge Daniel,          9/17/06     01-cr-00214-WYD

How are you doing today? I'm writing you today because I just finish speaking with Willie Small, and he has just Informed me that on 9/14/06. He received a letter from his attorney Mr. Matthew Golla, saying that Mr. Small "Writ Of Certiorari" has been denied as of Feb. 21, 2006.

My Attorney as of yet has not Informed me of this Denial, but I'm assuming that my Writ Of Certiorari is denied as well, and if that is the case I'm asking the court to PLEASE REINSTATE me my full year as of this date, or as the Court sees reasonable, and order My Attorneys Mr. Richard Banta, and Mr. Michael Williams to Please send me a copy of my "Discovery and all Transcripts" from each hearing, so I can start prepare for my 2255.

Thank You Very Much For Your Time,

    Respectfully Submitted,

    ALVIN GREEN #30411-013.

Raymond P. Moore
  Federal Public Defender
Warren R. Williamson
  Chief, Trial Division
Vicki Mandell-King
  Chief, Appellate Division

Office of the
FEDERAL PUBLIC DEFENDER
Districts of Colorado and Wyoming

633 17th Street, Suite 1000
Denver, CO 80202
Phone: (303) 294-7002
Fax: (303) 294-1192

September 8, 2006


EXHIBIT A

Mr. Willie Small
Reg. No. 30408-013
Victorville USP
P.O. Box 5500
Adelanto, CA  92301

Dear Mr. Small:

Enclosed please find a copy of the notice from the United States Supreme Court denying your petition for writ of certiorari.

If you have any questions or concerns, please do not hesitate to contact Mr. Golla.

Sincerely,

Laura Akin

Laura Akin, Legal Secretary to
MATTHEW C. GOLLA
Assistant Federal Public Defender

Enc.
MCG:lea

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 21, 2006

Mr. Matthew C. Golla
Asst. Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202

*EXHIBIT "B"*

Re: Willie James Small
v. United States
No. 05-8299

Dear Mr. Golla:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K Suter*

William K. Suter, Clerk

RECEIVED

FEB 27 2006

Federal Public Defender

# CERTIFICATE OF SERVICE

I, ALVIN GREEN _____ hereby certify that I have served a true and correct copy of the following:

A Request to Reinstate MR. Alvin Green #30411-03 Full Year to prepare for his 2255, and Exhibit A & B

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

U.S. Atorney
1256 17th Street Plaza
Denver, Colo. 80202

and deposited same in the United States Postal Mail at the United States Penitentiary, California, on this: __18__ day of: __September__, 2006