**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 01-CR-00214-WYD

UNITED STATES OF AMERICA,

       Plaintiff

v.

30.    **DAWAN EUGENE SMITH**,

       Defendant.

---

### NOTICE TO BE REMOVED FROM E-MAIL LIST SERVE

---

Frank Moya, counsel for Dawan Eugene Smith, hereby requests the Court to terminate service of electronic filings in the above referenced case. Appointment on this case has been concluded. Therefore, undersigned counsel is no longer representing Mr. Smith and does not need to receive electronic service of any filings regarding Case No. 01-CR-00214.

Dated this 26th day of September, 2006.

Respectfully submitted,

s/Frank Moya
FRANK MOYA
1776 Lincoln Street, Suite 1320
Denver, Colorado 80203-1027
(303)   860-0601
Fax:   831-6279
*Attorney for Dawan Eugene Smith*

### *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing

**NOTICE TO BE REMOVED FROM E-MAIL LIST SERVE**

was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addressee:

Kathleen M. Tafoya, AUSA
kathleen.tafoya@usdoj.gov


s/Judi Wanczyk_____