01-cr-00214-WYD

UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006

GREGORY C. LANGHAM
CLERK

10-5-06

Honorable Judge Daniel as you may or may not know I have a 2255 motion Due Feb 21, 2007 you also may or may Not know that I Just found out my Certiorari petition was Denied way Back in Feb. 21, 2006 but I was told by my attorney Sept. 13, 2006, I wrote you a few weeks ago asking for my time to Start as of Sept. 13, 2006.

At any Rate Judge since I have been Down my health has got worst I am a Dibetu and I have Lost all feeling IN My Left hand and arm you can proably tell By my Writing Judge It took So for 45 min to get this much Done. Judge I can Not help myself I can Not do the 2255 I can Not hold a pen for that long my writing is Not Legeble.
Judge I was told that There Rare cases where you would Appoint a Attorney to do 2255 motion.
Sir I got 21 life Sentences and more I did Not cry but, Sir I can Not write at all what you See is it The Doctor has Ordered a MRI but I have Not heard When I will be Seen So I Ask the Court to make this one of those Rare Occasions and grant or appoint me a Attorney for health Reason.

Willie Small
Reg. 30408-013
Case no 01-CR-214-D

Thanks

Willie Small

NAME Willie Small
REG# 30408-013
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO CA 92301

=Legal=

SAN BERNARDINO CA 924
15 OCT 2006 PM 7 T

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 16 2006
GREGORY C. LANGHAM
CLERK

Clerk c/o
Judge Wiley Y. Daniel
Room A-105
United State Courthouse
901 19th St.
Denver CO. 80294-3589

=Legal=