01-cr-00214-WYD

Sammie Woods
In care of: Federal Correctional Insti.
c/o p.o.Box(34550)
Memphis,TN.(38138)-0550
The United States Of America
30425-013

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2006

GREGORY C. LANGHAM
CLERK

Re: Letter to the Honorable Judge

    Comes now Sammie Woods,a detainee at a federal facility in Memphis,TN.Specially and not generally,in which this letter will grant you the opportunity to study your position.Due to your reputation which was obviously made in haste from the equity side of your court,wherein your action was without lawful jurisdiction in the meetings that took place in your court room from June,2001 to May of 2004.Your **contract** of employment required you to make and subscribe an **oath** of office and fidelity,**to obey,to defend, and protect** the constitutions of the **State of Colorado,**and the United States of America,recognizing them as the **supreme law** of the land,when you assumed the role of a Judge at law.

    **NOW TO THE REAL ISSUE AT HAND:**

Since a controversy at law exists between public servant,TODD WILCOX of the agency (F.B.I.),and involves rights guaranteed to all America Citizens by the Supreme law of the land,which law,is above every legislative statue.It was your duty as a Judge and according to the **oath** that was taken by none other than You.To protect me accordingly to the law,if such a thing exists,and from the excess zeal of corporate government wherein said government brings a criminal action under a legislative equity jurisdiction where constitutional rights are ignored,and legislative statues become the **supreme law** in legislative courts which contrasts greatly from judicial courts in what constitutes due process of law.

    Accordingly,to U.C.C. 3-403.42, Petitioner had a right to be told who the (real principle is).You sitting in as a judge at law,which was much as your duty to inform me that I had remedy's that could have been exaulted,it was total neglect on the Court appointed Counsel behalf to act in contract to law.I am being detained illegally,and the Court was,and is aware of this.And

(1)

for this reason Petitioner in this instant matter states First, since Public law 80-772 was <u>never</u> enacted into positive law, then all statutes attached thereto, including 18 USC §3231, were never enacted into positive law. Therefore, since 18 USC§3231 gave the federal courts jurisdiction over my prosecution, without that jurisdiction, they had no way to convict me of a crime, even under a statute that was enacted later, such as the 1970 drug statutes.

The Residing Judge, Court Appointed Attorney, and the Prosecutor, which is presumed to know the law, knew or should have known of the invality of the statutes but allowed my prosecution and sentencing anyway. The fact that Public law 80-772(the codification of Title 18) that the enactment was invalid means that the court never had jurisdiction to prosecute me and that my indictment and conviction are **null and void from their inception.** No plea agreement nor jury verdict is valid. Public Law 80-772 was the passage of numerous title 18 crimes, including **conspiracy, aiding and abetting, and bank fraud.** Also, the statute which is only statute which gives a federal court jurisdiction to prosecute a crime, 18 USC ¶3231, was part of the enactment.

The **in toto** rule for legislation requires that when any part of a bill is dead, the entire bill is dead. <u>**No exceptions**</u>. Since 18 USC§3231 is dead, then the only possible jurisdiction for the court to prosecute any crimes must revert back to the 1940 statute, 18 USC§546. However, that statute **only allows** prosecute of crimes defined in that statute, and since Petitioner was not given fair warning related to that statute, My indictment and civil and criminal conviction are void.

UCC-1-207<br>
Without Prejudice, by explicit<br>
Reservation<br>
/s/ Sammie Woods   10/18/2006 S.R.W.<br>
Sammie Woods, sui juris<br>
In care of: Federal Corr. Inst.<br>
p.o.Box(34550)<br>
Memphis, TN.(38138) -0550<br>
United States of America<br>
30425-013

(2)

P.S.

   Sir, I am asking that the Court to take into consideration that Ronald Gainor, the court appointed counsel is not a party to this case. I am asking the Court to send all legal Material that concerns and pretaines to me, directly to me. Any and all Motions that I may need to respond too. Ronald Gainor, has never sent me anything pretaining to any Motions. There was, and still remains a conflict of interest in my behalf. But, this issue will be addressed later. Thank you Sir

What I have enclosed several of the many letters, that I have sent out in behalf of myself and this case. Thus, Sir it is my prayer that you may know that I can do all things in Jesus Christ who strengthen me.

"7 COPIES OF EACH"

Sammie Woods,
In care of; Federal Correctional Insti.
c/o P.O. Box (34550)
Memphis, TN. (38138)-0550,
United States of America
30425-013

" Legal Mail "

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 31 2006
GREGORY C. LANGHAM
CLERK

MEMPHIS TN 381
27 OCT 2006 PM 1 L

U.S. COURTHOUSE
Attn: Judge Wiley Y. Daniel
901 19th St.
Denver, CO. 80294
United States of America