Sammie Woods
    F.C.I.
c/o p.o.Box.(34550)
Memphis,TN.(38138)-0550
United States of America
30425-013

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2006

GREGORY C. LANGHAM
CLERK

Dated:10/12/2006

Dear Clerk of the Court,

My name is Sammie Woods,My case no:CR-01-214-19-D,I recently filed a 2255 Motion with the Court,and upon speaking with Attorney Ronald Gainor,he informed me that the Judge has ordered the government to respond in 30 days.Ronald Gainor is not a party to this case. I am requesting that the Court mail all notices that pretains to me.

I am not part of the E.C.S. and therefore it would be in the best of the movant intertest to have all legal documents sent to him immediatedly.This attorney and myself are in conflict with one another,and therefore,I do not want to have anything to with a B.A.R.member.And,Thus,I pray that you all will take the necessary steps of sending me my legal material.I look forawrd to hearing from you soon.At this time I am asking the Clerk to send a copy of the order that the Judge has ordered the Government to respond.

Sincerely,

Sammie Lee Woods
   F.C.I.
c/o P.O.Box (34550)
Memphis,TN.(38138)0550
United States Of America
30425-013

"4 copies of this has been made"

Sammie Woods, sui juris
In care of: Federal Correctional Insti.
c/o p.o.Box (34550)
Memphis,TN.(38138)-0550
United States of America
30425-013

" LEGAL MAIL "

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 31 2006
GREGORY C. LANGHAM
CLERK

MEMPHIS TN 380
27 OCT 2006 PM 4 T

U.S. COURTHOUSE
ATTN: Judge Wiley Y. Daniel
1901 19th St.
Denver, CO. 80294
United States of America