IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-214-D

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       WILLIE SMALL,

       Defendant.

---

## MOTION FOR REMOVAL FROM ECF DISTRIBUTION LIST

---

Counsel in the above-referenced matter hereby requests that he be removed from the ECF Distribution List. Counsel represented Angela Brewer, who was terminated from this case on January 8, 2002.

Dated this 6th day of November, 2006.

       Respectfully submitted,

       /s/Jeffrey S. Pagliuca
       HADDON, MORGAN, MUELLER, JORDAN,
       MACKEY & FOREMAN, P.C.
       150 East 10th Avenue
       Denver, Colorado 80203
       Telephone: (303) 831-7364
       Facsimile: (303) 832-2628
       Email: jpagliuca@hmflaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties in this matter.

                              /s/Kim Christiansen