UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELA BREWER, et al.

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for Removal From ECF Distribution List, filed November 6, 2006 (docket #3397) is **GRANTED**. Counsel Jeffrey S. Pagliuca, former counsel for Defendant Angela Brewer, shall be removed from the ECF Distribution List in this case.

    Dated: November 6, 2006