IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01898-WYD
Crim. No. 01-CR-00214-WYD

UNITED STATES OF AMERICA,

       Plaintiff/Respondent,

v.

19.  SAMMY WOODS,

       Defendant/Movant,

---

## UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S § 2255 MOTION

---

The United States seeks an extension of time, through and including December 15, 2006, to respond to defendant's post-conviction motion under 28 U.S.C. § 2255, and in support states:

1.  On November 14, 2006, the U.S. Attorney's Office received a call from the court inquiring as to why the Office had failed to respond to the defendant's § 2255 motion (doc. 3388). The Office had no record of such a motion being filed and also had no record of the court's order directing the government to file a response (doc. 3391). The counsel of record is

the Assistant U.S. Attorney who handled the trial, Ms. Kathleen Tafoya. However for the preceding year Ms. Tafoya has been on detail to Washington, D.C. It appears the defendant did not serve his § 2255 motion on the Office, and it is unclear what if any electronic service of the court's order was made on the U.S. Attorney's Office. However, in a number of cases the Office has apparently failed to receive court orders when they were directed to attorneys no longer with the Office. The U.S. Attorney's Office is examining its procedures in an attempt to avoid this problem in the future.

2.  The U.S. Attorney's Office regrets this oversight and apologizes to the court for the inconvenience. Undersigned government counsel, who handled the direct appeal brought by this defendant, received the court's order on November 14, 2006, and will draft an answer to the § 2255 motion. To allow counsel time to obtain and review the file, and to draft a response, the United States requests an extension of time through December 15, 2006.

3.  The defendant is incarcerated and proceeding *pro se*. Thus the government cannot state the position of opposing counsel.

Therefore, for the reasons set forth above, the United States respectfully requests that this court grant an extension of time, through and including December 15, 2006, for the government to respond to defendant's motion under 28 U.S.C. § 2255.

Respectfully Submitted,

TROY A. EID
United States Attorney

s/ James C. Murphy
By: James C. Murphy
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0404
E-mail: james.murphy3@usdoj.gov

Counsel for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

**Jonathan Marshall Abramson**
jonathan@kandf.com, tammi@kandf.com, ejackson@kandf.com, kua@kandf.com,

**Mitchell Baker**
mitchbaker@estreet.com,hpowell07@law.du.edu

**Richard James Banta**
bantacja@earthlink.net,bantacja2@earthlink.net

**Clifford J. Barnard**
cliffbarnard@earthlink.net

**Robert Seldis Berger**
robberger@webaccess.net

**Kirkland Leonard Brush**
kbrush@kirkbrush.com,kathy@kirkbrush.com

**James S. Covino**
jamescovino@msn.com

**J. Michael Dowling**
jmd@dowlinglegal.com

**Martha Horwitz Eskesen**
meskesen@eskesenlaw.com

**Ronald Gainor**
gains_2000@hotmail.com

**Kerry Steven Hada**
kerryshada@qwest.net,theaathadalaw@qwest.net

**Dennis W. Hartley**
denniswhartley@denniswhartley.com

**M. David Lindsey**
david@mdavidlindsey.com,wyodave2@yahoo.com

**Robert T. McAllister**
rtmcallister@qwest.net,sarah_culver@qwest.net

**Michael J. Norton**
mjnorton@bfw-law.com,scanner@bfw-law.com,jjohnson@bfw-law.com

**Lynn Anne Pierce**
lpierce.blp@comcast.net

**Edward A. Pluss**
Edward_Pluss@fd.org,COX_ECF@fd.org

**Michael Gary Root**
mroot@mikerootlaw.com

**Mark Samuel Rubinstein**
msrubinstein@comcast.net

**David Barry Savitz**
savmaster@aol.com

**John Henry Schlie**
johnhenry@schlielawfirm.com

**Boston Henry Stanton , Jr**
bostonhs@comcast.net

**John F. Sullivan , III**
jfslaw1@aol.com

**Alaurice Marie Tafoya-Modi**
alauricetafoya@yahoo.com

**Thomas Richard Ward**
thomasrward@qwest.net

**Stephen M. Wheeler**
WheelerLaw@earthlink.net

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Sammy Lee Woods [served by U.S. Mail]
#30425-013
Memphis FCI
Inmate Mail/Proceeds
P.O. Box 34550
Memphis, TN 38134
*Pro Se*

TROY A. EID
United States Attorney

s/ James C. Murphy
By: James C. Murphy
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0404
E-mail: james.murphy3@usdoj.gov

Counsel for Plaintiff
United States of America