UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2006

GREGORY C. LANGHAM
CLERK

Sammy Woods, )
       Petitioner, ) Civil Action No. 01-cr-00214-WYD
)
v. )
)
UNITED STATES OF AMERICA, )
       Respondent. )
)

## MOTION FOR DEFAULT

Comes Now, Petitioner, Sammy Woods filing <u>pro se</u> hereby request that this Honorable Court grant Petitioner's relief due to the fact that the United States has defaulted its opposition to Petitioners's specific claims in his 28 U.S.C. § 2255 motion filed on October 5th, 2006.

On October 5, 2006, this Honorable Court specifically ordered the United States to respond by October 18, 2006 to respond to petitioner's § 2255. Under (Rule 5) according to the Judge ORDERING the United States to respond by October 18, 2006 to petitioner's § 2255 motion. The United States has violated this rule. Petitioner ask the Court at this time under (Rule 12) and that provides that "the district court may proceed in any lawful manner not inconsistent with these rules, or any applicable statute, and may apply the Federal Rules of Criminal Procedure or the Federal Rules of Civil Procedure which ever it deems most appropriate."

However, the United States has failed to comply, nor ask for an extension of time. Therefore, the United States has defaulted and Petitioner's Motion must be granted. The United States must be conceding to the petitioner's facts.

> Respectfully submitted,
>
> *Sammy Woods* 11/21/2006
> Sammy Woods
> In care of: Federal Corr. Insti.
> P.O. Box (34550)
> Memphis, TN (38138)-0550
> United States of America
> 30425-013

## CERTIFICATE OF SERVICE

I, Sammy Woods, certify that a complete copy of this Motion has been mailed via regular mail to U.S. Courthouse 1901 19th St Denver, Colo 80294 on this ___ day of November, 2006

> *Sammy Woods* 11/21/2006
> Sammy Woods, #30425-013
> FCI-Memphis
> P.O. Box 34550
> Memphis, TN 38184



Sammie Woods
In care of: Federal Corr. Insti.
P.O.Box(34550)
Memphis,TN. (38138)-0550
United States of America
30425-013

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 27 2006
GREGORY C. LANGHAM
CLERK

7006 0810 0004 5080 4250

U.S. COURTHOUSE
ATTN: Clerk of the Court
1901 19th St.
Denver, Colorado
80294

"LEGAL MAIL"