UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D
(Civil Case No. 06-cv-01898)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

    Defendants.

_____

**ORDER TO SHOW CAUSE**
_____

THIS MATTER is before the Court on review of the file. On October 4, 2006, the United States was ordered to file an answer or other pleading directed at Movant's motion to vacate, set aside or correct the sentence imposed by this Court (docket #3386), on or before October 18, 2006. To date, no answer or other pleading has been filed. Therefore, the United States is hereby

ORDERED to show cause, in writing, no later than **Wednesday, December 6, 2006**, as to why an answer or other pleading has not yet been filed in this matter.

Dated: November 28, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge