UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D
(Civil Case No. 06-cv-01898)

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**19. SAMMY WOODS**, et al.,

 Defendants.
_____

### ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

 THIS MATTER is before the Court in connection with the Order to Show Cause issued November 28, 2006 (docket #3401).  On October 4, 2006, the United States was ordered to file an answer or other pleading directed at Movant's motion to vacate, set aside or correct the sentence imposed by this Court (docket #3386), on or before October 18, 2006.  On November 28, 2006, this Court issued an Order to Show Cause as to why an answer or other pleading has been filed in this matter.  However, upon review of the file, it appears that the United States filed a Motion for Extension of Time to Respond to Defendant's § 2255 Motion on November 15, 2006 (docket #3399).  In consideration thereof, it is hereby

 ORDERED that the Order to Show Cause (docket #3401) is **VACATED**.  It is

 FURTHER ORDERED that the United States' Motion for Extension of Time to Respond to Defendant's § 2255 (docket #3399) is **GRANTED** to and including **Friday, December 15, 2006**.  It is

FURTHER ORDERED that the Motion for Default, filed by Petitioner Sammy Woods on November 27, 2006 (docket #3400) is **DENIED AS MOOT**.

Dated: November 28, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge