Mr. Alvin Green

BOP NO. 30411-013

U.S.P.V./P.O. Box 5500

Adelanto, Ca 92301

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Dec 11, 2006

GREGORY C. LANGHAM

November 29, 2006


VERIFIED ACTUAL & CONSTRUCTIVE NOTICE

Re: Case No. 01-CR-214-D

(USDC DISTRICT OF COLORADO)

In Ref: Denial of AEDPA Timeframe


United States District Court

District of Colorado

ATTN: Chief Justice of the Court


YOUR HONOR,

    I am writing to you in your official capacity as "Chief Justice" of the above-entitled court. The bedrock deadline incorporated within the AEDPA dictates that inform you that I have been constructively denied my right to the full year allotted thereunder by the sentencing court.

    Annexed hereto, is legal correspondence to Judge Daniel in which I, in timely fashion, informed him of the circumstances of the aforesaid denial and requested that I be given the full year as mandated by the legislature. No response was forthcoming. Now, unfortunately, my deadline is swiftly approaching and I am still in need of the full year. Heretofore, I submit my previous request to you, your Honor.

I request that you intervene and accord me the full year in order that I may fully develope other meritorious grounds which are in research stage for 2555 review. In the alternative, failure to accord the full year, I request the right to preserve these grounds under the savings clause pursuant section 2255 and the right to raise such denial in certificate of appealability.

I thank you for the court's time and concern in the above matter.

/s/ *Alvin Green*  #30411-013
ALVIN GREEN.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 21, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Mr. Matthew C. Golla
Asst. Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202

Re: Willie James Small
v. United States
No. 05-8299

Dear Mr. Golla:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K Suter*

William K. Suter, Clerk

RECEIVED

FEB 27 2006

Federal Public Defender

Raymond P. Moore
Federal Public Defender
Warren R. Williamson
Chief, Trial Division
Vicki Mandell-King
Chief, Appellate Division

Office of the
FEDERAL PUBLIC DEFENDER
Districts of Colorado and Wyoming

633 17th Street, Suite 1000
Denver, CO 80202
Phone: (303) 294-7002
Fax: (303) 294-1192

September 8, 2006

Mr. Willie Small
Reg. No. 30408-013
Victorville USP
P.O. Box 5500
Adelanto, CA 92301

Dear Mr. Small:

Enclosed please find a copy of the notice from the United States Supreme Court denying your petition for writ of certiorari.

If you have any questions or concerns, please do not hesitate to contact Mr. Golla.

Sincerely,

*Laura Akin*

Laura Akin, Legal Secretary to
MATTHEW C. GOLLA
Assistant Federal Public Defender

Enc.
MCG:lea

Honorable Judge Daniel,        9/17/06

How are you doing today? I'm writing you today because I just finish speaking with Willie Small, and he has just Informed me that on 9/14/06. He received a letter from his attorney Mr. Matthew Golla, saying that Mr. Small "Writ Of Certiorari" has been denied as of Feb. 21, 2006.

My Attorney as of yet has not Informed me of this Denial, but I'm assuming that my Writ Of Certiorari is denied as well, and if that is the case I'm asking the court to PLEASE REINSTATE me my full year as of this date, or as the Court sees reasonable, and order My Attorneys Mr. Richard Banta, and Mr. Michael Williams to Please send me a copy of my "Discovery and all Transcripts" from each hearing, so I can start prepare for my 2255.

Thank You Very Much For Your Time,

        Respectfully Submitted,

        *Alvin Green* #30411-013

  ALVIN GREEN #30411-013.