UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN GREEN, et al.

    Defendants.
_____

## ORDER
_____

    THIS MATTER is before the Court on Defendant Alvin Green's request for an extension of time in which to file his motion pursuant to 28 U.S.C. § 2255 (docket #3403). Defendant states that he believes his petition for a writ of certiorari was denied by the United States Supreme Court on or about February 21, 2006. On September 17, 2006, Defendant filed a letter with this Court requesting that I "reinstate" him a full year to file his § 2255 motion "as of this date" or Order his attorneys to send him a copy of his discovery and transcripts. In support of his pending request for extension, Defendant states that his deadline to file his § 2255 is "swiftly approaching" and that he is "still in need of the full year."

    Congress has expressly limited the time in which a prisoner can bring a § 2255 motion to one year after his conviction becomes final, and any extension of this time period contravenes Congress' clear intent to accelerate the federal habeas process. *See Washington v. United States*, 221 F.3d 1354 (10th Cir. 2000). Judicial intervention

is justified only under "extraordinary" or "rare and exceptional" circumstances. *Id.* Defendant has not demonstrated such circumstances. While he intimates that he has not yet obtained transcripts and discovery, he does not describe any effort on his part to obtain such documents. Defendant has not filed a motion for appointment of counsel. In addition, Defendant has not explained what issues he intends to raise in his § 2255 motion, or why progress on preparation of that motion has been delayed.

Accordingly, Defendant's request for extension of time to file his § 2255 motion is **DENIED**.

Dated:  December 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge