# PERSONAL AFFIDAVIT
# OF
# SAMMIE LEE WOODS

## IN SUPPORT OF THE ATTACHED MOTION 2255

THE GOVERNMENT'S LACK OF "EXCLUSIVE" LEGISLATIVE JURISDICTION OVER THE LOCUS IN QUO, AND THE GOVERNMENT'S LACK OF SUBJECT MATTER JURISDICTION

**KNOW BY ALL THESE PRESENT:**

I, Sammie Woods, Affiant/Petitioner in the above entitled matter declare under Penalty of Perjury under the laws of the facts contained herein, such being true, complete and certain not meant to mislead, state as follows:

(1). That I, committed no (**alleged**) criminal offense within the "exclusive" legislative jurisdiction of the federal United States, or within a federal territorial or insular possession of the federal United States or inclave located within the Alaska Republic, nor was my person or my private property situated within any of the aforementioned federal areas, which are specified and circumscribed under **Article I, Section 8, Clause 17, and 18 U.S.C. §7 (3)...**

A very recent U.S. Supreme Court decision, dated April 26, 1995, addressed the issue of exclusive legislative jurisdiction of the Congress, and the powers of the federal government. Justice Thomas, in a concurring majority opinion in **U.S. v. Lopez,** 115 S.Ct. 1624 (1995), 131 L.Ed.2d 626, very clearly says;

> Indeed, on this crucial point, the majority and Justice Breyer[disenting] agree in principle: Government has nothing approaching a police power. **Id.** at page 64

Justice Thomas went on to discuss "a regulation of police" at page 86, wherein he stated the following;

> **U.S.v.DeWitt,** 76 U.S. 41.9 Wall. 41,19 L.Ed.593 (1870) marked the first time the court struck down a federal law as exceeding the power conveyed by the commerce clause.In a 2 page opinion.the court invalidated a nationwide law prohibiting all sales of naptha,and illuminating oils.In so doing,the court remarked that the commerce clause"has always been understood as limited by its terms;and a virtual denial of any power to interfere with the internal trade and business of the seperate states' **Id.** at page 44.

The law was "plainly a regulation of police,"which could have constitutional application only where Congress had exclusive authority,such as the territories.Id.at page 44-45. Earlier in the text, Justice Thomas,**Id.**at page 85,said,Even before Gibbons,Chief Justice Marshall,writing for the Court in **Cohens v. Virginia,**19 U.S. 264,6 Wheat 264,5 L.Ed. 257 (1821),noted that Congress had no general right to punish felonies generally. However,Congress could enact laws for **places** [emphasis added]where it enjoyed plenary powers, for instance,over the District of Columbia,and whatever effect ordinary murders,or robbery,or gun possession might have on interstate commerce was irrelevant to the question of Congressional power.

> (1).The **"Articles of Confederation"**of 1778 A.D.;
> (2).The**"Constitution"**of September 17,1787 A.D.
>    and
> (3).The **" Bill of Rights"** proposed on September 25,1789; ratified on December 15,1791.

In these documents,the term"**united States of America**",was used exactly four times total.On three occassions,"**united**" was used uncapitalized,in **adjective** form.In the fourth instance, even though capitalized,"**United**" was seperated from States by a: colon,making it act as an adjective. In the "modern" versions for these documents,a governmental attempt to change the meaning of these documents is apparent,by the fact that all of the uncapitalized uses of the word"**united**" have been capitalized,the capitalized uses of Citizen and People,have been changed by removing the capitalization,

(2)


changing the gramatical meaning of the words.Some of these "modern" versions carry a small footnote,such as the one which states:

\* Heading and paragraph numbers have been inserted to assist the reader,and are not to be construed as a part of the Constitution.The original Constitution contains only article and section numbers. **The modern style of capitalization has been used in the printing of this edition;and obsolete spelling of such words as "chuse" and"controul" has been changed to conform to the modern spelling prescribed by Webster's Dictionary.We have followed the text of the UNITED STATES CONSTITUTION,1787 Bicentenial edition 1987,prepared by the Commission on the Bicentenial of the United States Constitution.**

Take notice of the spelling of the United States Constitution in the one instance,and that it is supposedly an agency of our government that is responsible.The original Constitution of1787 A.D.,had no title,but began with the first  words of of the "Preamble": "we the People..." (Capital"P"),and also lacked the title "Preamble".This has raised a number of questions in my mind,such as:

(1).Why is an agency of the federal "United States" government tampering with a document that is declared the supreme law of the land(Article VI,Clause 2),and which all employees of that government are required to swear an Oath to uphold and defend (Article VI,Clause 3)?

(2).Why use all capital letters in spelling a name ?
(3).What is the intent of the people responsible ?
(4).What is the effect of these "modernizations" ?
(5).What other "modernization" changes have been made to our "supreme Law of the land?

Some of the effects of the "modernizations" are immediately Obvious, when you consider that in capitalization of the word **united**,changing this word from an adjective describing States united under an agreement (contract),to the name of the government created by this same agreement.The entire

(3)

meaning of the document is then altered.

All capital letters in spelling the name indicates a corporate "Constitution" and not the Constitution of the republic of States united together under the Constitution of 1787 A.D..

Removing the capitalization used in the Constitution of 1787 A.D.,for the spelling the words "People"and "Citizen" also changes what was actually said and meant by the framers of the Constitution of 1787 A.D..

What others changes have been made?Punctuation has been changed in at least two instances,again changing the gramatical meaning of the statement made by the framers.

What is the intent? It would appear,at the least on the surface,that the "Government"is attempting to perpetrate a massive fraud and usurpation of power.Would our government do that to us?I will leave that question to be answered by others,and continue.

With all of the above in mind,let's consider each of the three relevant document individually and together.First,Let's consider the **"Articles of Confederation"**. This document was a contract between the People,the Congress and the United States government.

> The**"Articles of Confederation,"**at Article XII provided:
> **And the Articles of this Confederation shall be inviolably observed by every State,and the Union shall be perpetual,nor shall any alteration at any time hereafter be made in any of them,unless such alteration be agreed to in a Congress of the United States,and be afterwards confirmed by the legislature of every State.**

and went on to state in the final statement of this document:

> And that the Articles thereof shall be inviolably observed by the States we respectively represent,and that the Union shall be perpetual.

(4)

Within this document, we find most of the powers delegated by the Constitution of 1787 A.D., Beginning with Article II, which provided:

> Each State retains its Sovereignty, Freedom and Independence, and every power, Jurisdiction and Right which is not by this Confederation expressly delegated to the UNited States in Congress Assembled.

Most of the powers delegated to the United States by the Constitution of 1787 A.D., were also delegated by the Articles of Confederation. If we look to §ection IX, we find that after delegating a number of Powers to the United States, Congress and the United States was admonished:

> "....; provided that no treaty of commerce shall be made whereby the legislative Power of the respective States shall be restrained...."

and after delegating most of the Powers now found at Article 1, §ection 8 of the Constitution of 1787 A.D., which included the Powers to coin money, regulate the value of alloy and coin struck by their own authority, to establish uniform weights and measures, to regulate international and interstate commerce, and commerce with the Indians, ect., Congress was again admonished:

> ... provided that the legislative right of any State within its own limits be not infringed or violated..

The Constitution of 1787 A.D., did not repeal the provisions of the **Articles of Confederation**, but only altered them. The Powers prohibited to the United States and Congress by the **Articles of Confederation**, <u>if not specifically repealed by</u> the **Constitution of 1787 A.D.**, <u>Are prohibited even to this date</u>.

Under the **Articles of Confederation**, Congress had the powers now delegated by Article III, §2, Clauses 2,3, to the supreme Court of the United States. The only thing new, is the power to create the supreme Court and the inferior courts. The power

(5)

hasn't been changed in any appreciable manner,other than that.

The **Constitution of 1787 A.D.**,made several major changes in the **United States** govenment.**Article 1,§ection 8,Clause 17**, made a State of the United States. However,the power of this State was limited by the Constitution.The seat of the United States government is confined to the geographical limits of the District of Colunbia,the highest executive officer(President) is elected by the People of the several States,as it's legislative body(Congress),and the newly created supreme court has only limited power as is shown by **Article III, §ection 2,Clauses 2,3**.

The Power of the United States <u>is limited not only by the Constitution of 1787 A.D., but also by the Articles of Con federation.</u>

The United States is a State which is <u>subject to all the limiting provisions of the Constitution of 1787 A.D.</u>.The full faith and credit provision <u>must be applied</u>,as must the **privileges and immunities** and the **Extradition** provisions.Relevant definitions are:

> **State**,n.: A people permanently occupying a fixed territory bound together by common-law habits and custom onto one body politic exercising,through the medium of an organized government,independant sovereignty and control over all persons and things within its boundaries .....
> **Kusche**,D.C.Cal., 56 F.Supp. 201,207,208................
> ...............................................
> **Federal Government** [emphasis added] is a "state" bound by all of interstate Agreement on Detainers.**Enright v. U.S.**,D.C.N.Y.,437 F.Supp.580,581......................
> ...............................................
> **Foreign State**,n.: A foreign country or nation.The several United States are considered "Foreign" to each other except as regards their relations as common members of the Union...

**Foreign Nation**,n.:The term "foreign nation"as used in a statement of the rule that the laws of foreign nations should be proved in a certain manner,should be construed to mean all nations or states other than that in which the action is brought hence one state of the Union is foreign to another,....(**Black 's Law Dictionary: Fifth Edition**)
It becomes abundantly clear that any property belonging to the **United States**,is outside any of the several States,even though located inside the geographic boundries of that State. The giving a State certain limited jurisdiction over federal property (see **Buck Act**),does not place federal property"in the State".
        **Article III,§ection 2,Clause 3**,provides:
The Trial of all Crimes,except in Cases of Impeachment,shall be by Jury;and such trial shall be held **in the State where the said Crimes shall have been committed;**...(emphasis added)
The Sixth Amendment (originally **Article of the eighth**)provides:
In all criminal prosecutions,**the accused shall enjoy the right to a speedy and public trial** by an impartial jury **of the State and district wherein the crime have been committed,**...(emphasis added).
A trial in an incorporated,territorial,federal **UNITED STATES DISTRICT COURT**,on federally owned property,under exclusive federal jurisdiction,even though geographically located inside the State of Denver at 1901 19th St.Denver,Colorado,where the **UNITED STATES DISTRICT COURT** is located,cannot be construed to be"in the State.The address of 1901 19th St,Denver,Colorado, is only the address for finding the geographic location,and it is immaterial that the jury cosisted of Citizens of the State of Colorado.If the court were truely"in the State", the State courts would continue to enjoy"original jurisdiction,as provided for in the "Denver Statehood Act"'

> Jurisdiction of all cases pending or determined in District Court for the **Territory of Colorado**(not the State)(emphasis added) not transfered to the **United States District Court** (not the (**UNITED STATES DISTRICT COURT**)(emphasis added) for the (**federal**) District of Colorado(not the State of Alaska) <u>shall devolve upon and be exercised by the courts of original</u>

**jurisdiction created by said State, which shall be deemed the successor of the District Court for the territory of Colorado ..."** (emphasis added).

BLACK'S LAW DICTIONARY: SIXTH EDITION defines **Original Jurisdiction** as:

Jurisdiction to consider a case in the first instance. Jurisdiction of the court to take cognizance of a cause at its inception, try it, and pass judgement upon law and facts. Distinguished of 1787 A.D., Article III §ection 1 provides:

The Judicial Power of the United States shall be vest-vested in the supreme Court, and such inferior courts as the Congress may from time to time ordain and establish.

Article III,§section 2, Clauses 1,2,3,limited and defined such Judicial Power (jurisdiction). These clauses are as follows:

The Judicial Power shall extend to all Cases in Law equity, arising under this Constitution, the laws of the United States, and **Treaties** made, or which shall be made under their authority ; to all Cases affecting Ambassadors, other public Ministers and Consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party; to controversies between two or more States, between Citizens of different States, between Citizens of the same State claiming Lands under grants of different States, and between a State, and Citizens thereof, and foreign States, and foreign states, Citizens and subjects. (Clause 1)

The peculiar punctuation used by the framers, a semi-colon and a dash have gramatical meaning, and make each statement a seperate and distinct statement of judicial power, seperate from each ither such statement. Clause 2 provides:

In all Cases affecting ambassadors, other public Ministers and Consuls, and those in which a state shall be party, the supreme Court shall have Original Jurisdiction. **In all other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and fact,With** such exceptions, and under such regulations as the Congress shall make. (emphasis added)

(8)

**BLACK'S LAW DICTIONARY: SIXTH EDITION**, defines "appellate" as

Pertaining to our having cognizance of appeals and other proceedings for **judicial review of adjudications.** (emphasis added) The term has a general meaning, **and it has a specific meaning indicating the distinction between original jurisdiction and appellate jurisdiction.** Woodruff v. Bell, 143 Kan.110,53 P.2d 498,499 (emphasis added).

**FEDERAL POWER TO CRIMINALIZE AN ACT IS LIMITED**

The Constitution of 1787 A.D., clearly restricts those acts which Congress may criminalize. **Article I, §ection 2, Clause 5**, provides:

The House of Representatives...shall have the sole Power of Impeachment.

while **Article I, §ection 3, Clause 6,** provides:

The Senate shall have the sole Power to try all impeachments.

and **Article I, §ection 3, Clause 10,** provides:

The Congress shall have the Power to **define and punish** Piracies and Felonies **committed on the high Seas, and Offenses against the Law of Nations.**

There are definite, defined and delegated Powers. However, we now come to other definite, defined and delegated Powers which **do not** allow any such criminal Powers. At **Article I, §ection 8, Clause 6,** we find:

The Congress have the Power...To "**provide**" (emphasis added) for the Punishment of counterfeiting the Securities and current Coin of the United States;

The Power to "**provide**" for the punishment of a crime is not the same as to punish the crime. The term "**provide**' as

**Provide: to make, procure, or furnish for future use, prepare. To supply; to afford; to contribute.** (BLACK'S LAW DICTIONARY: FIFTH EDITION).

**Article III, §ection 3, Clause 2,** provides:

The Congress shall have the Power to '**declare**" **the Punishment of Treason**...(emphasis added).

(9)

**BLACK'S LAW DICTIONARY: FIFTH EDITION**, defines "declare" as;

   **Declare.** To make known, manifest, or clear. To signify, to show in any manner either by words or acts. To publish; to utter; to announce clearly some opion or resolution. To solemnly assert a fact before witnesses, e.g., where a testator **declares** a paper signed by him to be his last will and testament. See **Declaration.**

WEBSTER'S NEW WORLD DICTIONARY, 1995 edition defines **"declare"** as;

**declare.** 1. to announce openly or formally. 2. to show or reveal. 3. to say emphatically.

To **"declare"** is not to adjudicate. This Constitutional provision, like all others, must agree with all other provisions of the Constitution of 1787 A.D., specifically: **The Trial of all Crimes..Shall be held in the State where said Crimes shall have been committed;**"(Article III, §ection 2, Clause 3), and " **In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial by an impartial jury of the State and district wherein the crime shall have been committed,...**"(Sixth Amendment [Article the eighth]), and" **The enumeration in the Constitution of certain rights, shall not be construed to deny or disparge others retained by the people."** (Ninth amendment [Article the eleventh]), and "**The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.**(Tenth Amendment[Article the twelfth])

   As shown in the preceeding pages of this document, none of the Powers delegated to Congress acts to delegate a criminal (common law) power which may be exercised by the United States government, within the limits of any of the several States. The only other criminal power delegated to Congress and the United States government, is found at **Article I, §ection 8, Clause 1,** and Congress and the United States government has been repeatedly admonished not to use the commerce clause or any other Power delegated to assume (usurp) a criminal Power, jurisdiction or authority within the several States.

Clearly, except where Congress has exclusive legislative Powers, the Constition prohibits Congress's criminalization of any act or offense other than those cited in the Constitution of 1787 A.D., specifically:**The Trial of all Crimes..shall be held in the State where said Crimes shall have been committed;**"(Article III,§ection 2,Clause 3),and

"**In all criminal prosecutions,the accused shall enjoy the right to a speedy and public trial by an impartial jury of State and district wherein the crime have been committed,..** (Sixth Amendment [Article the eighth]), and "**The enumeration in the Constitution of certain rights,shall not be construed to deny or disparge others retained by the people.** (Ninth Amendment [Article the eleventh]),and "**The powers not delegated to the United States by the Constitution,nor prohibited by it to the States,are reserved to the States respectively,or to the people .**(Tenth Amendment [Article the twelfth])

As shown in the preceeding pages of this document, none of the Powers delegated to Congress acts to delegate a criminal (common law) power which may be exercised by the United States government,within the limits of any of the several States.The only other criminal power delegated to Congress and the United States government,is found at **Article I,§ection 8,Clause 1,**and Congress and the United States government has been repeatedly admonished not to use the commerce clause or any other Power delegated to assume(usurp) a criminal Power,jurisdiction or authority within the several States.

Clearly,except where Congress has exclusive legislative Powers,the Constitution prohibits Congress's criminalization of any act or offense other than those cited in the Constitution of 1787 A.D., **unless there is an amendment,** by 2/3 of the States (article V).

Federal criminal jurisdiction is strictly territorial,which is recognized and stated in the United States Codes at Title 18 U.S.C.§§5,7.

(11)

The first Federal Criminal Act did not establish a nationwide prohibition against murder and the like. See, Act of April 30,1790, Chapter 9(1 Stat.112 ); rather, only when committed in United States territories and possessions, or on the high seas. With the single exceptions of treason and/or counterfeiting, and notwithstanding any of the effects which murder, robbery, and gun possessions might have on the interstate commerce, Congress understood that it could not establish nationwide prohibitions.

Justice Thomas summed up his opinion dramatically with the statement quoted in part herein:

If we wish to be true to a Constitution that does not cede a police power to the Federal Government...

(1) " all federal crimes are statutory." Doble,"Venue and Criminal cases in the United States District Court."Virginia Law, 287 289 (1926)."...[O]n the other hand, since all federal territorial courts are based on Acts of Congress,"Federal Rules of Criminal Procedure Rule 26, in **"taking of testimony"**, notes of Advisory Committe on Rules, Paragraph No.2.

(2) Rule 54, Application and Exception, paragraph (c), Federal Rules of Criminal Procedure,"Act of Congress" includes any Act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, on a territory or an insular possession.

(3) There is no presumption in favor of jurisdiction, and the basis for jurisdiction must be affirmatively shown. **Hanford v. Davis,**16 S.ct. 1051,163 U.S. 273,41 L.Ed.157(1896).

(4) See exact wording of **Article I, §Section 8, Clause 17,** Constitution for the united States, 1787 A.D., which grant of Power and authority does not extend over every square inch of the 48 contiguous Union States.

(5) In principle, the exclusive legislative jurisdiction of the federal government is not addressed to subject matter, but to the geographical location. See, **U.S.v.Bevans,**16 U.S. (3 Wheat) 336 (1818).

(12)

(6) It is axiomatic that the prosecution must always prove territorial jurisdiction over a crime in order to sustain a conviction therefore.**U.S.v.Benson,**495 F.2d 475 at 481(1974). The jurisdictional challenge issue can never be waived by the **Accused,** nor acquised by the **Accused,**in the absence of a positive showing upon the record that jurisdiction was clearly and unambiguously established.

(7) Without proof of the requisite ownership or possession by the United States,the crime has not been made out.**U.S. v. Watson,**80 F.Supp.649 (E.D. Va.1948).Only in America can **We** be forced into a status of subjects of a foreign corporation by fiat legislation,and the stroke of a C.E.O.'s pen,at the point of a gun,and thereby be immediately divested of standing in judicio,and declared to be debtors and enemies of our own government.

(8)In criminal prosecutions,where the federal government is the moving party,it must not only establish ownership of the property upon which the crime was committed,but it must also produce documentation that the State has ceded to it, jurisdiction over that property.It was held by the U.S. Supreme Court in the case of **Fort Leavenworth Railway Co.v.Iowa,** 114 U.S.525 at 531 (1885)

> **Where land are aquired without such consent,the possession of the United States,unless political jurisdiction be ceded to them in some other way,is simply that of an ordinary proprietor.**

(9) No jurisdiction exists in the United States to enforce federal criminal laws until consent to accept jurisdiction over acquired lands has been published in U.S.C.**T-40 §255,** and the fact that the State authorized the government to take and exercise jurisdiction was immaterial.**See,Adams v. United States,**319 U.S.312,63 S.Ct.1122,87 L.Ed.1421 (1943).

(10) All courts of justice are duty-bound to take judicial notice of the territorial extent of the territorial ex-

(13)

extent of jurisdiction although those acts are not formally put into evidence,nor in accord with pleadings.**Jones v.U.S. 137 U.S.202,11 S.Ct.80 (1890).**

(11) Where federal court is without jurisdiction of the offense,judgement of conviction of the court and/or the jury is void initio,on its face.**Bauman v.U.S.156 F.2d 534 (5th Cir. 1946).**

(12) Federal criminal jurisdiction is never presumed;it must always be proven;and **it can never be waived,U.S.v. Rogers,23 F.Ed 658(D.C. W.D.Ark.1885)**

(13) The federal courts are limited by the Constitution and acts of Congress.**Owens Equip.& Erection Co.V.Kroger,98 S.Ct. 2396,437 U.S.365,57 L.Ed.2d 274 (1978)**

(14) The jurisdiction of federal courts is defined in the Constitution at **Article III** for judicial courts;at **Article I** for legislative courts;and at **Article IV** for territorial courts.Some courts created by Acts of Congress have been referred to as "Constitutional Cts",whereas others have been referred to as "Legislative Courts" **O'Donoghue v.U.S.,U.S. 516 (1993),77 L.Ed.1356,53 S.Ct.74;Mookini v.U.S.,303 U.S. 201 at 205 (1938),82 L.Ed. 748,58 S.ct.543.**

(15) Legislative court judges do not enjoy **Article III** powers and guarantees;"inheretly judicial" tasks must be performed by judges deriving power under **Article III.See,§ U.S. v. Sanders,641 F.2d 659 (1981),cert.den.101 S.Ct.3055,452 U.S. 918,69 L.Ed.422.**

The United States District Court creation and composition were accomplished by Acts of Congress on June 25,1948 [62 Stat.895],and November 13,1963 [77 Stat.331],currently at 28 U.S.C.§132;and the jurisdiction thereof,previously,demonstrated herein,i.e. Chapter 85 of Title 28,lists civil,admiralty,maritime,patent.bankruptcy,ect.,and does not once list, mention,or describe any criminal jurisdiction.**It just is not there.**

(14)

(16) Acts of Congress creating the United States District Courts do not vest said territorial tribunals with any criminal jurisdiction; these courts have only such jurisdiction as is conferred upon them by Act of Congress **under the Constitution.See: Hubbard v.Ammerman,**465 F.2d 1169 (5th Cir.1972), cert.den.93 S.Ct.967,410 U.S.910,35 L.Ed.2d 272.

(17) The United States District Court is not a court of general (**original**) jurisdiction,and has no other power bestowed upon it, except as prescribed by Congress.See **Graves v. Snead,**541 F.2d 159 (6th Cir.1976),cert.den.97 S.Ct.1106,429 U.S.1093,51 L.ed.2d 539.

(18) Congress has no Constitutional power to bestow any criminal power to the federal United States (unincorporated) government of the **Republic** of the **united States of America.** The provisions of the **Articles of Confederation not modified by the Constitution are still valid and in effect today,** as was the intent of the framers when they included **Article VI, §Section 1,**providing:

> All Debts contracted and Engagements entered into,before the Adoption of this Cinstitution shall be as valid **against the United States under this Constitution,as the Confederation.**(emphasis added)

**BLACK'S LAW DICTIONARY:FIFTH EDITION,**defines engagement as:
> **Engagement.**A contract or agreement characterized by exchange of mutual promises;e.g.engagement to marry.

The United States government was forbidden the power to make legislation,rules or regulations which in any matter infringed the right of any State within it's own limits,by the **Articles of Confederation,**and denied any criminal power whatsoever by the **Constitution of 1787 A.D.,**except in specific geographic locations,which are to be outside the territorial boundries of any particular State. The **Federal Districts and zones** are properties outside the territorial boundries of any particular State,where **United States has exclusive legislative powers,**and therefore **not"in the State".**

(15)

"Indeed no more than [affidavit] is necessary to make prima facia case." United States as Kis,658 F.2d 526(7th Cir.1981) cert.Denied,50 U.S.L.W.2169,S.Ct.March 22,1982

The United States District Court for the District of Colorado, was completely without original jurisdiction to try any criminal case and in particular the above captioned case at bar [see 29 USC§§ 1330-1451] and 26 USC §7402]or any criminal venue [28 USC §§ 1391-1421].**NO JURISDICTION WAS OBTAINED BY VIRTUE OF AN ORIGINAL STATE CASE TRANSFERRED TO THE UNITED STATES DISTRICT COURT [28 USC §§1441-1451]UPON MOTION OF THE DEFENDANT,now Petitioner.See,Title 28 U.S.C.§1446.**

This Court is"duty-bound" under its oath,28 U.S.C.§453 and Article VI,clause 2, for the United States of America to immediately vacate sentence and release petitioner,ordering all court fines and assessment fees canceled forthwith.

"It is well established principle that Federal courts,as opposed to state trial courts of general jurisdiction marked out by Congress". See,Aldinger v. Howard,427 US 1,15,95 S.Ct.2413,2420,49 L.Ed.2d 276 (1976)

All original jurisdictions for the District Court spell out in 28 U.S.C.§§ 1330-1368,fixed by statute and are for civil jurisdiction.The only criminal jurisdiction is by transfer from the criminal clause begun in the State court,under to the Constitution for the United States of America,**Article III,§2,cl.3,** Amendment Article VI and 28 U.S.C.§§ 1440-1452. Transfer must be instituted upon motion of the defendant under 28 U.S.C. 1446. Venue,which is also,is under 28 U.S.C. Chapter 87.While lack of venue can be waived,lack of jurisdiction cannot.

The United States District Court of the Western District of Colorado does not have lawful authority to convene and seat a grand jury (**absent CFR** regulations), and all determinations of said grand jury are of no lawful effect.Federal courts are not courts of general jurisdiction,so far as authority of the various courts are concerned.

(16) *

This United States Of America found at U.S.C.§§874,1406f,is a sovereign nation of (50) Union States party to the Constitution) and this UNITED STATES OF AMERICA is fictitious entity used by the corporate United States to implement private international laws namely,United States Code inland under a military regulation flag,and is found nowhere in U.S.C. annotated spelled in this manner.

**Relator**,contends that the United States does not own and has not **purchased** land in the Western District of Colorado,nor does the U.S. Government own the place of the alleged crime scene by **Title or Deed per Title 40 USC§255.**

Title 21 U.S.C.is,not among the titles of United States Codes,which have been enacted into"**Positive Law**" according to **house of Representatives Law Library.**and 841,843 has no implementing **CFR Regulations.**

(19)It is apparent that the **United States District Court** for the District wherein the original cause was brought,was created and established under 28 U.S.C.§ 132,and its jurisdiction is defined and limited by Chapter 85 of Title 28,United States Code.

(20) The courts of appropriate jurisdiction for violations of Title 18 U.S.C. are designated at §ection 3231,specifically naming them as " **district courts of the United States**" [sic].

(21) There is a distinct and definite difference between a "**United States District Court**" and a " **district court of the United States**".The words"**district court of the United States**". Commonly describes constitutional courts created under **Article III** of the **Constitution,** not the legislative courts which have long been the courts of the Territories. See: **International Longshoreman's & Warehouseman's Union v. Juneau Spruce Corp.,**342 U.S. 237 at 241 (1952),72 S.Ct. 235,96 l.Ed.275,13 Alaska 536.

(22) The term" **district court of the United States**" commonly describes **Article III** courts,or "**courts of the United States**", and not legislative courts of the territories.

(17)

See: American Insurance Co,v. 356 Bales of Cotton,1 Pet.511 (1828), 7 L.Ed.242;

International Longshoreman's and Warehouseman's Union v. Wirtz,170 F.2d 183 (9th Cir.1948),cert.den.336 U.S. 919, 93 L.Ed.1082,69 S.Ct. 641,reh den.336 U.S. 971,93 L.Ed. 1121, 69 S.Ct.936.

(23) Though the judicial system set up in a territory of the United States is part of federal jurisdiction,the phrase " Court of the United States" when used in a federal statue is generally construed as not referring to"territorial courts". See: balzac v. Porto Rico,258 U.S. 298 U.S.298 at 312(1921) 42 S.Ct.343,66 L.Ed.627.

(24) The **"UNITED STATES OF AMERICA"** (all capital letters),is an asset owning corporation,registered to federal tax account number 344500-0049° 0 (exempt) owning **Homestead part 5 acre tract,lot portion #4, 20011 26th Ave.S.,Seatac,Wn.**, and is a territorial corporation, with only territorial powers, claiming to operate under the authority of the President of the United States as shown at 48 U.S.C. §1406f:

> All judicial process shall run in the name of the **"United States of America**,scilicet,the President of the United States",and all penal or criminal prosecutions in the local courts shall be conducted in the name and by the authority of"the People of the Virgin Islands of the United States".

**BLACK'S LAW DICTIONARY: FIFTH EDITION,** defines Scilicet as:
> **Scilicet.** Lat.To wit;that is to say. A word used in pleadings and other instruments,as introductory to a more particular statement of matters previously mentioned in general terms.

This corporation has no Constitutional powers,and did not exist when the Constitution of 1787 A.D. was drafted and ratified.

(25) The **"U.S.",**i.e.**"United States",UNITED STATES"** is defined as federal corporation on the authority of Title 28 U.S.C. §3002(15),and has no Constitutional power.The Corporation named **"UNITED STATES"** did not exist when the

(18)

Constitution of 1787 A.D. was framed of ratified,and was granted no constitutional powers.The Corporation named **"UNITED STATES"**, is an asset owning corporation,registered under federal tax account number #094200-0270-0 (exempt) owning various federal courthouses such as the **U.S.Courthouse at 1010 5th Ave.,seattle,Washington 98104,and the U.S. Courthouses at 222 W. 7th Avenue,Anchorage,Alaska.** These Courthouses are under the exclusive legislative jurisdiction of the **United States**,and therefore outside the legislative jurisdiction of the **State of Colorado**,and/or the **State of Washington.**

For a crime committed in the State of Washington,or the State of Colorado,trial by the **UNITED STATES** acting as the agent of the **"UNITED STATES OF AMERICA"**,at either of these locations is not a trial **"in the State where the said crimes shall have been committed"**,and it matters not that the jury was selected from the State where said crimes were committed,since the jury was acting as a jury for the **"UNITED STATES"**, not for the State wherein the said crimes were committed,and therefore were not **"an impartial jury of the state and district wherein the crime shall have been committed".**

(26) On the authority of 4 U.S.C. §72,all offices attached to the seat of government shall be exercised in the District of Columbia,and not elsewhere,except as expressly provided by law. There is no law on the books allowing the **"UNITED STATES DISTRICT COURT"** (corporate) to exercise jurisdiction within the limits of any of the several States,and the government of the Union of Republic States,The unincorporated **"United States"'** delegated certain powers under the Constitution of 1787 A.D.,cannot delegate it's power to a corporation.

I affirm under penalty of perjury,that the foregoing is true and correct to the best of my current knowledge,understanding and belief.And further the deponent saith not.

Teste meipso this day of 12-21-06 in the year of the Lord 2006 A.D.

Respectfully Submitted

s/ Sammy Wood

U.S.A. ex rel.

**UCC 1-207 All Reservation of Rights**