# AFFIDAVIT DENYING CORPORATION EXISTENCE
# AND KNOWING THAT MY COUNSEL HAD WAIVED ALL MY
# CONSTITUTIONAL AND DUE PROCESS RIGHTS

State of __Colorado__ )
                     ) SS        AFFIDAVIT IN SUPPORT
                     )            OF MY CLAIMS.
COUNTY of __Denver__ )

That I, __Sammie Woods__, a living breathing man, hereby being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That, I hereby deny that the "ALL CAPS" in said indictment and any other instruments used by the United States Assistant ATT. Office which states my name as "SAMMY WOODS" (DEBTOR/DEFENDANT) as the accused is not the legal name on any document. The government attempting to state missing authority used fraud in which it claims that SAMMIE WOODS is the CORPORATE MEMBER who are, or may be associated with any federal complaint against my natural body, are the fictions and I deny that it exist as the government claims of jurisdiction. My name is **Sammie Woods.**

Nor was I born naturalized under the 14th Amendment as a citizen of the District of Columbia (DC). I hereby declare I am an "alien" with respect to the federal "United States," and its Corporation(s).

I am presumed to be a "nonresident alien" in Title 26 USC 1.871-4, however, not the same "nonresident alien" defined within the IRC pursuant to Title 42 USC 411 (b). My name is NOT derived from sources "within the Federal United States," nor am I effectively connected with the performance of the functions of a public office "within the United States." I am of the (**sovereign States**) of the **Union, called united States** and my income comes as part of my foreign state pursuant to Title 26 USC 7701(a)(31). I am Protected by the **State of Colorado,** Constitution and Law(s).

(1)

**I do hereby certify,** that I did not nor had lived within the geographical areas of exclusive federal jurisdiction as defined in the Federal Land Area Chart. I did/do not live within ANY of the ten regional federal areas.territories or enclaves identified by the numerical,postal zip code. I am a "nonresident alien" outside both general and tangential **venue jurisdiction** of Title 26,USC.I am also NOT a "resident of the incorporated state of **COLORADO,**and the other States in which I have been incarcerated:as it is also the jurisdiction of the Federal Prisons(**BOP**) part as the United States.
I,hereby declares that this AFFIDAVIT do governs the**"NOTICE OF CLAIMS,"** and all future claims and petitions of my innocence of the fraud used unlawfully against me in the past and due future.And under both State and Federal Constitutions I have **not** voluntarily or intentional waived rights,with any knowingly intelligent acts of any my **unalienable right.UCC 1-201 (36),and Section 27-105**

## RIGHTS UNDER THE UCC-LAWS

I am also declaring "sui juris" status in connection with both my property and name.If any agency of the government disputes the above declaration of"sui juris" in connection with the "name" sworn and sealed in this affidavit. I demand a certified copy with my signed authorization of all documents or contracts **being**"held-in-due-course," pursuant to U.C.C.3-305. 52 and U.C.C. 3-505,that create ANY legal disability to the claimed "sui juris" status and alieni juris" relating to my name."

I have exercised,and do now exercise the REMEDY of law under U.C.C. 1-207,whereby I may preserve my Common Law right NOT to be bound by any commercial agreement action of the federal United States government that I did not enter into knowingly, willingly and voluntarily.This explicit RESERVATION OF RIGHTS serves as a NOTICE upon all administative agencies or privileges or title of nobility (e.g.resident.citizen,taxpayer) from any branch of government in the past,they were "received" under PROTEST,or under threat,duress and coercion (TDC),pursuant to U.C.C. 1-103,U.C.C. 2-3021,C.C.3-608,and§2-201(2), § 2-104(1)

(2)

**I declare that I have no agreement** with the Federal government under UCC 1-103, and UCC 1-201(3), nor did the government prove its federal jurisdiction under the presumption rules of UCC 1-210, and thus, failed its burden to produce the element of offense. Section 28-106, is the DC-Code for remedies to be liberally administered.

### FRAUD AND COERCION BY THE U.S. GOVERNMENT TO PROSECUTE

I, Sammie Woods. **duly declare** that said arrest warrant and federal indictment has no value (claims) against me as the defendant and now plaintiff under UCC 3-303(a)(3). Said instrument(s) transferred for value under the Uniform Commercial Code 3-303, and the records was transferred to the U.S. Marshals Service, arrest warrant, documents, and indictment instruments were either fraud and/or coercion under Section 1-103, and UCC 9-102(a)(7), UCC 3-104(b)(e), as the charging instrument, which bring to light "self-evident proof" that the instruments are facially defective, and "self-declaring" that the government has unlawfully trespass onto private property located within the geographical boundaries of a sovereign State, to prosecute for alleged violations of non-positive law, provision. The government's tampering with the administration of justice in the instant case, it is wrong against the institutions set up to protect and safeguard the public-at large.

### I DULY CONTEST THAT IF THIS AND ANY OTHER PARTIES FAIL TO RESPOND UPON PRESENTMENT THE AGENCY WILL DEFAULT TO MAKE A CLAIM UNDER LAW

I, Sammie Woods, duly and hereby declare that any interest parties fail to make or state will had defaulted under the Common Law.

### AFFIDAVIT OF FACTS

I, Sammie Woods, sign this affidavit to be true under the statues and Uniform Commercial Code, that the above and following facts will be proved in the Administrative hearing and if the debtors/defendants received his/her presentment and failed to state a claims he/she defaults upon the record.

(3)

I also declare that there is no waivers in my jurisdiction and fraud claims and issues of the matter under Federal Civil Rules and procedures 12(b), Common Law, and UCC 1-207.7 and 1-103 Remedy and Recourse, **Without Prejudice (UCC 1-207.4)**. The Code is complementary to the **Common Law**, which remains in force.

Within the United States Code, the government has **breached** its duty, trust and peace whereby the Assist. Attorney's Office had allowed the Denver Police Department to trespass to arrest me as the defendant without probable cause and discharge her/his duty to cause **a crimen falsi** offense and **malum in se** wrongful acts to get a federal conviction without using the authority of a subject matter and laws that have no **legal effect**. I as the defendant/petitioner has never been afforded an opportunity to contest the judgment under the policy of the administrative claims.

## NEGATIVE AVERMENT

I, Sammie Woods, have not seen instrument that declare said indictment is an authenticated record nor identified record(s) of the U.S. Grand Jury's 6(f) procedure that said suppressed indictment and suppressed arrest warrant are true and correct or that a Grand Jury agreed to indict me for some crime against the United States.

The government have failed to state or make claim under its federally endorsements and will that it has standing under criminal law as both defacto and dejure under power of the Congressional Act of Congress. The government have not proved that my trial and jury were under the **Admiralty Court or Maritime** as private **international laws** contrary to an **Article III** as common law. I also deny my quilt and affiants' perjury so help me **God**.

Further Affiant Sayeth not.
Dated this 21 Day and Month of Dec., A.D. 2006

I RESPECTFULLY SUBMITTED

/s/ Sammy Woods

Without Prejudice UCC 1-207

NOTARY

SUBSCRIBED TO AND SWORN before me this 21st day of December, A.D. 2006, a Notary that Sammie Woods personally appeared and known to be the above person.

Seal 

640, 646-47, 66 S.Ct. 1180, 1183-84, 90 L.Ed. 1489 (1946). Of course, a conspirator is only responsible for the crimes of the conspirators that are committed in furtherance of the conspiracy. Id.  A defendant is accountable for drug quantities associated with a conspiracy provided those quantities were 'within the scope of, and reasonably foreseeable in connection with, the criminal activity he jointly agreed to undertake with his coconspirators.' United States v. Reid, 911 F.2d 1456, 1462 (10th Cir.1990). See also Sentencing Guideline § 1B1.3, comment. n. 1; United States. v. Russell,  963 F.2d 1320, 1323 (10th Cir. 1992).

38.  "U.S.S.G. § 1B1.3 includes within the scope of relevant conduct:

>   in the case of a jointly undertaken criminal activity (a criminal plan, scheme, endeavor, or enterprise undertaken by the defendant in concert with others, whether or not charged as a conspiracy), all reasonably foreseeable acts and omissions of others in furtherance of the jointly undertaken criminal activity....

39.  "§ 1B1.3(a)(1)(B). Accordingly, a defendant is responsible both for the drugs with which he was directly involved and for all reasonably foreseeable drug quantities that were within the scope of the conspiracy in which he was a member. Id., comment n. 2; United States v. Ruiz-Castro,  92 F.3d 1519, 1537-1538 (10th Cir. 1996); United States v. Sloan, 65 F.3d 861, 865 (10th Cir.1995).  See also United States v. Gentry, 60 Fed.Appx. 206, 208, 2003 WL 714850, *2 (10th Cir.(Kan.) 2003)(Gentry 'is accountable for all quantities of contraband [including controlled substances] with which he was directly involved and, in the case of a jointly undertaken criminal activity, all reasonably foreseeable quantities of contraband that were within the scope of the criminal activity that he jointly undertook.')

40.  "The Tenth Circuit has specifically rejected the argument that a defendant involved in an ongoing criminal enterprise is responsible only for the actual quantity which the government proved the defendant personally handled. See United States v. Williams, 897 F.2d 1034, 1041 (10th Cir.1990). See also United States v. Torres, 53 F.3d 1129, 1144 & n. 15 (10th Cir.1995) (noting that '[absent any affirmative withdrawal, a defendant remains] part of the ongoing criminal enterprise.') (quotation omitted); Ruiz-Castro. id.

41.  "The conspiratorial time frame as alleged in the indictment was September 2000 to June 2001. The evidence of the four kilograms of crack cocaine and the additional crack cocaine which was provided by Van Dyke was all during 2001 when Woods was definitely participating with Willie Small in the conspiracy. The controlled buys occurred in the fall of 2000 and early 2001."

### Victim Impact

42.  There are no identifiable victims of the offense.

### Adjustment for Obstruction of Justice

43.  The Probation Department has no information to suggest that the defendant has attempted to obstruct the administration of justice in this case.

**Exhibit No. 1.**