Sammy Woods "PRO SE"
Reg. No. 30425-013
FCI Memphis, (Unit B-B)
Post Office Box 34550
Memphis, Tennessee 38184-0550

UNITED STATES DISTRICT COURT
DENVER COLORADO

DEC 28 2006

GREGORY

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

UNITED STATES OF AMERICA,
        Respondent,

    v.             Civil Action No. 06-cv-01898-WYD
                  Criminal Action No. 01-cr-00214-WYD

SAMMY WOODS,
        Movant,

---

## MOVANT'S OPPOSITION TO GOVERNMENT'S RESPONSE TO MOVANT'S MOTION SECTION 2255

Comes Now, Petitioner, Sammy Woods filing **pro se** hereby request that this Honorable Court grant Petitioner's Motion due to the fact that the United States has not **successfully** resonded to Petitioner's special claims in his 28 U.S.C.§ 2255 motion filed on October 5th, 2006. The government in its attempt to blindside this Honorable Court has raised issues that didnot comply with what Petitioner was raising. And, therefore concedes to issues that was not rebutted in Petitioner 2255 Motion.

**The Government Failed to Prove the Locus Delectti of the crimes charged(whether on plea or trial).**

**The Government Had No Territorial Jurisdiction Over Petitioner**

**The Federal District Courts Have No Article III Authority**

**Title 18(Criminal Code) is Invalid**

**Title 28(Judicial Code) is Invalid.**

Government charges rest on two of the charged 3 statutes,presented here in this Motion in which they appear on the face of the alleged grand jury indictment:18 U.S.C.§371: conspiracy, and 18 U.S.C.§2: Aiding and Abetting.

By consulting the Parallel Table of authorities and Rules Supra, it is found that there are no implementing regulations extending general application authority to the several States and the population at large for any of these charged statues.Therefore,the statutes are applicable only to(agencies)of the United States and to (officers),(agents),and employees thereof,per 44 U.S.C. §1505 (a),cited above.

Government argues that 18 USC§3231 gave them jurisdiction,the Petitioner will show the Court the reason the Courts was without jurisdiction.

Where the instant matter is concerned,the table immediately resolves the matter of territorial jurisdiction for United States District Courts:there are no implementing regulations for 18U.S. C.§§ 7 &3231.The absence of implementing regulations.

The distinction between federal"States" and the several⌊Union⌋ States is clarified in the jurisdiction and venue statute (territorial jurisdiction)governing conduct of United States District Courts.According to The United States Governmental Manual for 1995/96,at page 75,is 18 U.S.C.§3231(1979 edition, U.S.C.)

The government misconstrued Petitioner claim/argument as to lack of subject matter jurisdiction,See:Motion,and both (2) Affidavit's.

The government failed to respond to argument pretaining to Public Law 80-772.The government did not (rebutt)Petitioner argument,Therefore the government conceded to the facts that were presented.These arguments incorporated in Motion of Petitioner.

The government failed in its response to Petitioner Motion, what is subheaded(There are only two criminal jurisdictions Common Law/Admiralty.Therefore the government without rebutt conceded to Petitioner argument.

The government,failed in its response to give adequate argument pertaining to ineffective asst.of counsel:See Petitioner Motion

If this is a Common law jurisdiction which is doubtful, the federal United States went bankrupt in (1933). Then it must produce an injuried or damaged party as evidence Corpus delecti.
Then this case must be dismissed for lack of jurisdiction, since without an injuried or damaged party there can be no cause of action under the Common law. I reserve my rights under the Common law pursuant to U.C.C. 1-207 and 103.6 See: exhibit 1 Pre.Sent.
The government in its response did not rebutt: Petitioner argument of (GROUND THREE) Therefore the government conceded to the facts that was presented.

The government in its response did not respond to Petitioner Affidavit's (Denying Corporation existence and knowing that Petitioner counsel had waived all Petitioner Constitutional and due process rights. Therefore, the government conceded to the facts that were presented.

The government in its response to Petitioner 2255 Motion, did not respond to Petitioner personal affidavit which was part of Petitioner argument. See: The government's lack of "Exclusive" Legislative jurisdiction over the Locus in Quo, and the government's lack of subject matter jurisdiction,    The government did not respond to the facts, therefore the government conceded to the facts.

**What Are my Rights When Filing a Jurisdictional Claim**

(1).Petitioner is entitled to have his claims taken as true until proved otherwise or until disproved by affidavit or evidence.

(2).Petitioner is entitled to have his Petition treated as presented pursuant to Supreme Court precedent.

(3).Petitioner is entitled to have rulings and findings of fact and law made on all of his claims.

(4).Petitioner is entitled to have judicial notice taken on the facts and law of Public Law 80-772 and have a **directed verdict** declaring those statutes unconstitutional.

(5).Petitioner is entitled to a fair tribunal and unbiased court, and has Constitutional rights to have this court,once it learns of the invalidity of the statutes in question,to follow the Constitution of the United States,and to make rulings that follow the law,no matter how costly and inconvenient to the government.

Petitioner presents his Petition in affidavit form,supported by facts,which must be taken as true.See Kohlerg v.Lehlback,160 U.S. 293,293,16 S.Ct.304, 40 L.Ed.432(1895)(facts duly alleged are deemed true unless denied or controverted by evidence);3 AmJur 2d,Affidavits,§20("The Court MUST accept an affidavit as true if it is uncontradicted by a counter-affidavit or evidence").

Castro v.United States,540 US 375(2005)

F.R.Civ.P.52(a)and F.R.Civ.P.54(b).

F.R.E.201.

Constitution of the United States;Separation of Powers Doctrine. Petitioner requests that the court take judicial notice of the Constitution of the United States,which establishes the requirement for legislation to be valid;see Marbury v.Madison,1 cranch 1377,5 U.S.137,2 L.Ed.60(1803)(Courts of the United States are bound to take notice of the Constitution).

Petitioner also requests the court to take **judicial notice** of the records of the 80th Congress as referenced herein,which establishes the invalidity of the passage of Public Law 80-772 and Public Law 80-773 of the U.S.Code.

Objections

**The Court Was Without Statutory Authority To Sentence Woods For A Violation Of Title 21 USC § 841 et seq.Due To The Amount He Was Held Responsible For Under The Jury Verdict.**

Title 21 USC § 841 under the Controlled Substance Act,has a different Statutory term of punishment varying upon the Amount of Controlled Substances involved. Under 21 USC§841 (b)(1) (A),there must be a minium of **fifty(50) grams** of cocaine base for a federal defendant to be exposed to a minimum of ten(10)years with a maximum of life imprisonment.(See Table)Under 21 USC §(b)(B)of the Controlled Substance,the term of punishment that is **authorized** begins at a minimum of five(5) years with a maximum of forty(40) years.The amount of cocaine base must be at minimum of five(5) grams under said statute. Congress authorized a term of imprisonment which they considered the applicable amount necessary to trigger the penalties under both 21 U.S.C.§ 841(b)(1)(A) and 21 U.S.C § 841(b)(B).(See Table) In the case at bar,Woods was only found to be responsible to 1.026 gram(s) of cocaine base which does not satify the prerequisite to quality Woods to a term of imprisonment.
Under 28 U.S.C.§2255,¶ 2 reads in part:

> If the court finds that the judgment was rendered without jurisdiction,or that the sentence imposed was not authorized by law or otherwise open to collateral attack,or that there has been such a denial or infringement of the constitutional rights of the prisoner as to render the judgment vulnerable to collateral attack,the court shall vacate and set the judgment aside and shall discharge the judgment aside and shall discharge the prisoner.
> (Other citation ommitted)

Woods argues that,the court was without jurisdiction to impose a term of imprisonment due to the amount of cocaine base he was held to be responsible for by the jury.The governments motion is to be denied and the court is to have a fact finding hearing and dispose of the matter a law and justice requires.

The Govt's argument concerning cocaine base(**crack**) as a schedule
II controlled Substance is misplaced and totally in violation of
**Apprendi** & **Booker**,and Petitioner' Fifth and Sixth Amendment
rights.
The Gov't argues that cocaine base is listed as a mixture...See,
Gov't response at 9-11.
However,the Gov't doesn't **Realize** the fact that the term"mixture
or..."is a completely separate crime than cocaine and its entire
description of cocaine upon schedule II,under **Apprendi** & **Booker** .

In 1986,Congress enacted the penalty provisions for cocaine base
(**crack**) under 21 U.S.C.§841 (b)(1)(A)(iii)(50 grams or more) and
(B)(iii)(5 grams or more).
Unfortunately,the Attorney General simply failed to add the drug
to the controlled substance schedules.This led most courts to
some haw construe cocaine base(**crack**) as being an enhancement of
cocaine,a sentencing factor,prior to **Apprendi**.
The Gov't is simply attempting to deny true fact that there's a
major problem with the Federal Drug Laws,and it pertains to co-
caine base(**crack**).
Under the Avoidance Doctrine,Rule of lenity,Fifth & Sixth Amend-
ments,Void-For-Vagueness Doctrine,Due Process,and **Apprendi** &
**Booker**,cocaine base(crack) is a completely separate criminal
offense than cocaine and its entire description upon schedule
II.
The drugs are separate crimes under tha statutes,the guidelines,
and the schedule.
**Apprendi** & **Booker** both has had a substantial effect on all the
Legislation that took place in 1986.These decisions have also
effected cocaine base(crack).

## CONCLUSION
Petitioner is asking this Honorable Court,to dismiss the charges
against him,or have another hearing,or time served which ever
this Honorable Court deem proper and just.

## GROUND ONE

The U.S. OF AMERICA acted in clear absence of jurisdiction without proper foundation for its charges, In its use of fictitious party plaintiff /Defendants in the records,files,pleadings,complaint, indictment,The all capital letters used by the U.S.Attorneys Office which states my name as(SAMMY WOODS),Debtor,defendant corporate franchise,and now Plaintiff,as the accused is not my lawful name on any document,The U.S.OF AMERICA misrepresented the plaintiff/petitioner and used fraud in which it claims that the petitioner is a corporate franchise who are or may be associated with a Federal complaint indictment against my body/person/property by the Municipal Corporation U.S.OF AMERICA, that I deny exists,as the U.S. claims of jurisdiction is not established on record with proper foundation, My name is (Sammie Woods).I'm a living breathing person,The lawfully party aggrieved declares that I am not a Corporate Franchise,that I have not knowingly,voluntarily,and intentionally made an election to be treated as a Corporate Franchisee nor waive any of my common law remedys/defenses.

Nor to become dispossessed of My liberty at common law and in the guaranteed Republican known as the U.S. of America.
No court has a criminal jurisdiction or other commercial maritime lien or attachment over my body/property/person and the Respondent is and was not entitled to change my legal status and standing before the Court,upon any inference not a material fact of record, based on an erroneous conclusion of law.

GROUND ONE CONT...

The U.S.OF AMERICA and the U.S. are territorial Corporations with only territorial powers,has no Constitutional powers and did not exist when the Constitutional of 1787 A.D. was framed drafted and ratified it has no Constitutional powers to act as a party to the criminal prosecution within the territorial boundaries of the several States.

The Government of the Union of the Republic states,The UNINCORPORATED United States,delegated certain powers under the Constitution of 1787 A.D.,cannot delegate its powers to a CORPORATION.

The U.S.Of AMERICA responsible for civil and criminal initiatives acting through the entity U.S.DISTRICT COURT is a government foreign to the United States and has no Constitutional power.Where the U.S. has two capacties,there are two Distinct Political alliances or coalitions named the U.S.of America.

The original U.S.of America,spelled with(Capital First Letters),was comprised of the 13 original States joined to fight The **America War of Independence and was** established in **Article I** of the Articles of Confederation (1777),This same U.s.Of America appears in the preamble of the Constitution of the United States,**WE THE PEOPLE OF THE** United States for the U.S.of America.

The Constitution of the U.S. enumerates certain powers in the Governmental entity known and designated as the U.s.(NOT THE **U.S.OF AMERICA**). The **U.S.OF AMERICA** currently responsible for Federal civil and criminal initiatives is not the original,It is a POLITICAL COALITION, compact or alliance of insular possessions of the FEDERAL CORPORATE U.S. subject to the sovereignty of the U.S.via Congress plenary(near absolute) in territory belonging to the U.s.under the authority of Article IV.Sec.3,cl.2 of the Constitution,ect,by various sections of the U.S. Codes,delegations of authorities,treaties,ect,We know the substitute U.S.Of AMERICA is territorial,it is a jurisdiction foreign to the United States.

No where is there Constitutional or statutory authority for the **U.S. OF AMERICA** to serve as principal of interest in a criminal **cause of action** in the Union of several States party to the constitution.

THE U.S.DISTRICT COURT ARE NOT COURTS OF
GENERAL JURISDICTION AND HAVE NO JURISDICTION EXCEPT
AS PRESCRIBED BY CONGRESS

(2)

## GROUND ONE   CONTINUE...

The acts of Congress which established the **U.S.DISTRICT COURTS**, did not vest these Article I,Territorial legislative tribunals with any criminal jurisdiction who's creation and composition was June 25,1948 under the authority of Title 28 USC §132,and the jurisdiction thereof is defined and limited by act of Congress 28 USC §,1331 which lists: Civil,Bankruptcy,Patent,Admiralty / Maritime jurisdiction,but not criminal.

THE COURTS OF APPROPRIATE JURISDICTION FOR VIOLATIONS OF PROVISIONS OF TITLE 18 U.S.C. (CRIMINAL CODES) IS DESIGNATED AT 18 USC §3231,WHICH STATES:

The District Courts of the United States,SHALL HAVE ORIGINAL JURISDICTION EXCLUSIVE OF THE Courts of the States of all offenses against the laws of the United States.

There's a distinct and definite difference between a (U.S. DISTRICT COURT) and a (district Court of The United States), The words district Court of the United States commonly describes Constitutional Court created under Article III of the Constitution and not the legislative Courts of the territories. Though the judicial system as set up in a territory of the U.S. is a part of the Federal jurisdiction,The (COURTS of The U.S.), when used in a Federal statue,is generally construed as not referring to territorial Courts.This issue is not a new issue,being well settled long ago.

Territorial courts are as Legislative Courts distinguish from Constitutional Courts.As stated by the U.S.Supreme Court:The U.S.DISTRICT COURT is not a true U.S. Court established under Article III to administer the raw judicial power of the U.S. therein conveyed; it is created by virtue of the Congressional faculty, Granted under Article IV.,§3 of that instrument of making all needful rules and regulations respective of territory belonging to the U.S.

Lawful Federal Legislative (Criminal)Jurisdiction is confined to the plain dicta of Article I.Section 8,Clause 17 of the Federal Constitution and, Title 18 U.S.C. 5,7, For the federal government **(FBI-DEA-BATFO)** to reach beyond its enumerated parameters into the Legislative jurisdiction of a Sovereign State .

GROUND ONE CONT...

## The Prior Statue, 18 USC § 561 Does Not Give the court Jurisdiction

A district court <u>must</u> obtain its jurisdiction **exclusively** from the Constitution and statutes of the United States. Without a valid statue, it has no jurisdiction **except** to <u>dismiss</u> the cause. 18 U.S.C. § 3231 is **unconstitutional** on its face because it is part of the **unconstitutional** and **fraudulent** enactment of H.R.3190 and Public Law 80-772. 18 U.S.C. § 546, the prior 1940 enactment, defined different crimes and carried different penalty provisions, gave the court jurisdiction to prosecute crimes, but jurisdiction only over the crimes in that title. Defendant was not indicted based on any of the crimes in that title, and therefore, Petitioner indictment is **null and void**.

Without a valid indictment, no jurisdiction exists to continue Defendant's illegal incarceration. **Null Crimen, Sine Lege, Nulla poena, Sine Lege. NO LAW, NO CRIME.**

As in the Clark case, and its Supreme Court precedents, to meet Due process, Public Law 80-772 and 18 U.S.C. § 3231 would have had to give adequate public notice on their faces of their own invalidity and the public would have to have been put on further notice that the officially announced statutory repeal or supercession of the old statues was legally effective. The court obtained its jurisdiction to prosecute crimes pursuant to 18 U.S.C. § 3231.

Without proper notice of the invalidity of the statue, defendant's indictment, and **civil, and criminal** conviction can not be upheld and the court has only one choice, to **order dismissal** of defendant's indictment and conviction ab initio.

**Petitioner's** counsel had a Sixth Amendment right to investigate the facts and law related to the court's jurisdiction, and since jurisdiction is a treshold matter, the failure of counsel to investigate the facts and law and to know the court's jurisdiction renders him ineffective as a matter of law.

**Title 18 (Public Law 80-772) is a nullity, void from its inception, as a matter of law.**

(4)

# GROUND ONE CONT...
## THERE ARE ONLY TWO CRIMINAL JURISDICTIONS
## COMMON LAW/ ADMIRALTY

If the Court was under a common law jurisdiction,which is doubtful,
Then an injured party was required to be produced as <u>evidence</u>,
without an injured party there would have been no cause of action.
See: What is marked exhibit # 1 attached to the last page of this
Motion,Which clearly shows that by the(Presentence investigation/
report),prepared by DEE CLARK,That there was <u>NO</u> injured party to
the government case.(See,Presentence investigation report page 10,
paragraph 42).

Admiralty/Maritime jurisdiction,as the <u>Yellow Fringe Flag</u> indicates.
Production of the original valid <u>International Contract</u> with my
signature on it,if such a contract exist.

The validity of the <u>International Contract</u> must have been settled
before trial on the issues had begun.The respondents(U.S.**ATTORNEYS**
**OFFICE**)proceeded in Admiralty and Maritime which is <u>civil</u>,Statutory
with criminal penalties,in Rem.

The respondents (U.S.ATTORNEYS OFFICE) subsumed,concealed subverted
the true and proper nature of the judicial proceedings which were
<u>civil</u> and blindsided the real partys in interest to said proceedings
and without ever informing the petitioner of the true nature of the
cause of action against him.

The respondents(U.S.ATTORNEYS OFFICE) proceeded in the course of
the civil law and failed to produce <u>all</u> documents held in due course
that created a legal disability.

Attorney for plaintiff,in <u>cooperation</u> with the U.S.Attorneys Office
failed to inform the petitioner of the true nature of the judicial
proceedings,and the identities of the **real parties in interest**.

Attorney for petitioner,failed to inform petitioner of the true
nature of the proceedings which were civil/statutory/with **criminal**
**penalties which the respondents had no right to conceal the basis**
**of its criminal penalty proceedings,which were based on a civil**
**complaint filed for an alleged breach of contract/commercial agree-**
**ment,That was never disclosed to the petitioner,respondents was**
**duty bound to,but failed to do so,to produce the instrument that**
**created the legal liability as a basis for its charges,and allow**
**the petitioner and opportunity to contest it.**

(5)

## GROUND ONE

18 U.S.C. §4001(a).

"No citizen shall be imprisoned or otherwise detained by the United States except pursuant to Act of Congress"

### Title 18

The House passed H.R.3190 in the first session of the 80th Congress (1947).The 80th Congress adjourned sine die on December 19,1947 (declared to be a sine die adjournment by Congress).Then the Senate amended the bill in 1948,but the House never voted on it again.Besides it was already dead.So: A different bill passed the House than passed the Senate and;since the bill died in 1947 in the House and was not reintroduced in the House again the sine die adjournment, it could not be introduced in the Senate in 1948.The bill is a nullity of law.

### What is Required for Valid Legislation

These case laws are related to the invalidity of federal statutes.

Penal laws are contrued strictly because legislatures,not courts, define crimes and establish punishments.Yates v.United States,354 U.S.298,304,775 S.Ct.1064,1L.Ed.2d 1356(1957),overruled on other grounds,Burks v.United States,437 U.S.1,98 S.Ct.2141,57 L.Ed.2d 1 (1978).Article I,Section 5,Clause 4 of the Constitution requires that"Neither House,during the Session of Congress,shall,without the Consent of the other,adjourn for more than three days,nor to any other Place than that in which the two Houses shall be sitting". Article I,Section 7,Clause 2 requires every bill to have passed both Houses of Congress and be presented to the President before it can become law.Thus,a bill must pass both houses of Congress to be valid.Article I,§7,Clause 2,U.S. Constitution;Field v.Clark, 143 U.S.649,36 L.Ed.294, 12S.Ct.495(1892);National Bank of Oregon v. Insurance Agents,508 U.S.439,455,124L.Ed.2d 402,418n.7, 113 S. Ct.2173(1993).

The law is well established that to sustain a crime,the statue alleged to have been violated must have been duly enacted by the legislature.See Hotch v.United states,212 F.2d283,284(9th Cir. 1854)("a law which has not been duly enacted is not a law,and therefore a person who does not comply with its provisions cannot be quilty of any crime.An act repugnant to the Constitution is

(6)

void.Cooper v.Telfair,4 Dal 14,1 L.Ed.721(1900);Marbury v.Madison,
5 U.S.137.The Constitution must prevail where the inconsistency
with a statue is clear.Powell v.pennsylvania,127 U.S.678,33L.Ed.
253, 8 S.Ct.992(1888)."[T]he rule,springing from the nature and
limits of the jurisdictional power of the United States is inflex-
able and without exception,which requires the court of its own
motion,to deny its jurisdiction,and in the exercise of its appellate
power,that all other courts of the United States in all cases where
jurisdiction does not affirmatively appear on the record."Mansfield
C&L.M. Ry.v.Swan,111 U.S.379,382,28L.Ed.462,4S.Ct.510(1884).As the
statutes pursuant to which Petitioner was indicted,convicted,and
sentenced were never enacted into positive law,are unconstitutional
on their face,and null and void ab initio,Petitioner' indictment
and conviction are null and void and the court has a duty to issue
an order for his release.

   F.R.Civ.P.52(a)

Federal rule of Civil Procedure 52(a) requires the court to make
specific findings of fact and law on these claims.Petitioner,is
asking this Honorable Court to make specific findings of fact and
law on each issue that I have presented.I would like for the Court
to adopt:

 (1).What is required for Valid Legislation

 (2).Who is the real parties at interest

 (3).Title 18(Public Law 80-772)

 (4).Title 18 is a Nullity As A Matter of law,Petitioner is asking
   this Court,to rebutt with law and facts

 (5).Rights under the UCC-Laws

The government didnot rebutt on all of petitioner' claim's I would
like the Courts to make aruling on each and every claim that is
present,with an exception of that of both of the Affidavit's the
Movant is asking the Court to respond to both Affidavit's.
Petitioner,is asking also to clarify its ruling,and providing a
list of all the questions that I want answered.

 (1).Can Petitioner obtain jurisdiction in the Court of Appeals
according to F.R.Civ.P.54(b)when the court has not made rulings
on all of Movant claims and has not made specific findings of fact
and law according to F.R.Civ.P.52(a)?

## GROUND ONE

### Title 18 is a Nullity As a Matter of
### Law

The two houses of the Congress passed the same numbered bill, one house in the first session of Congress and the second house in the second session of the same congress(the two sessions being separated by a sine die intersession adjournment, Kennedy v. Sampson, 511 F.2d 430,444,Appendix,FN 4,5).Specifically,it is unconstitutional(or illegal)for the House of Representatives to pass H.R.3190 in 1947(in the First Session of the 80th Congress) and for the Senate to pass it in 1948(in the Second Session of the 80th Congress),without the House passing it once again in the Second Session).

President Truman pocket 19 bills after the first adjournment of the Congress in 1947,which can only be done if Congress is fully adjourned sine die.Pocket Veto Case,279 US 655(1929).President Truman,then by Proclamation,called Congress back into session, which can only be done if the prior session is completely and fully adjourned sine die(see"prorogation"vs.adjournment).

An H.R.bill cannot be first passed by the Senate before it is passed by the House of Representatives.Specifically,the fact that the House of Representatives concurred in the Senate amendments (on June 18,1948),after the Senate passed the amended H.R.3190 did not cure the problem.

It is unconstitutional for the Speaker of the House of Represent- atives and the President pro tempore of the Senate to sign an en- olled bill after the final adjournment of the Congress(not in open session).Specifically,it is unconstitutional for the Speaker of the House and the President pro tempore of the Senate to sign H.R.3190 on June 22,and June 23,1948,respectively,after the final adjournment of the 80th Congress on June 20,1948.

The above-referenced(3)is unconstitutional even in light of the House Concurrent Resolution 219,which both Houses passed on June 19,1948,to authorize(3),because President Truman never had to sign H.Con.Res.219.

The above-referenced(3) is also illegal under 1 U.S.C.§101,which
states "BE IT ENACTED BY THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED."Despite
the fact that both houses of the 80th Congress passed a House
Concurrent Resolution does not require the President's signature,
and thus,cannot override(invalidate) 1 U.S.C.§101.

No vote occurred by the House in 1948,therefore,no law exists.
The House of Representatives never voted on the amended bill that
the Senate passed on June 18,1948.Thus,even if we assume that there
is no problem with the House of Representatives passing H.R.3190
in the First Session(1947) of the 80th Congress,the problem is
still not solved because the Senate amended the bill that the House
passed in 1947.Thus,the House and senate passed different bills,in
violation of the Presentment Clause,Article I,Section7,of the United
States Constitution.

The enrolled bill was altered from the engrossed bill to make it
appear that the bill passed both Houses of Congress in the second
session of the 80th congress,rendering it a fraud and forgery and
invalid.Specifically,the enrolled bill must be the same as the
engrossed bill.The 80th Congress decided to violate the Separation
of Powers Doctrine and Falsify the dates on the enrolled bill,rend-
ing it a fraud and forgery and void.

Since Public law 80-772(Title 18)was never published in the Federal
Register,and is not listed in the Code of Federal Regulations,the
public was never properly notified of the law and it is nullity.
See 44 U.s.§1507(Pub.L.90-620,Oct.22,1968, 82 Stat.1276,based on
44 U.S.Code 1964 ed.,§307(July 26,1935,ch.417,§7,49 Stat.502),In
fact,a look at the Code of Federal Regulations under Title 18
shows that it deals with Conservation of Power and Water Resources.

The Government is Estopped From Even Arguing Against Title 18
Directory:Definition of Pocket Veto:"is when the President fails to
sign a bill within the 10 days allowed by the Constitution.Congress
Must be in adjournment in order for a pocket veto to take effect."
See also,U.S.Senate,Definition of Sine Die Adjournment.

### No Waiver Or Procedural Hurdle Exists

When a Petitioner's claims are jurisdictional in nature they can be
raised at any time.No procedural hurdle if a court has no juris-
diction over Petitioner.Lack of Article III jurisdiction cannot

be conferred upon a federal district court by consent,by action, or by stipulation.**California v.LaRue,400 U.S.109,112,34 L.Ed. 342,93 S.Ct.390(1972).The validity of an order** on sentencing of a federal district court depends upon that court having **juris-diction** over both the subject matter and the defendant.**Stoll v. Gottlieb,305 U.S. 171-172,83 L.Ed 104,59 S.Ct.134(1938).**

As in the Clark Case,and its Supreme Court precedents,to meet Due Process,Public Law 80-772 and 18 U.S.C.§ 3231 would have had to give adequate public notice on their faces of their own invalidity and the public would have to have been put on further notice that officially announced statutory repeal or supercession of the old statues was legally effective.**The court can not even reach the first hurdle,much less the second one.**The court obtain-ed its jurisdiction to prosecute crimes pursuant to 18U.S.C.§ 3231.Without proper notice of the invalidity of the statute,de-fendant's indictment and conviction can not be upheld and the court has only one choice,to order dismissal of defendant's in-dictment and conviction ab initio.

**Title 18(Public Law 80-772)is a nullity,void from its inception,as a matter of law.**

**GROUND ONE CONT...**

Petitioner,(alleged) criminal acts,did not interpose any of the above and,was committed within the boundaries of the **Sovereign State,**because  the federal government lacked lawful legislative jurisdiction to secure a **warrant to search,arrest,indict and sentence petitioner.**
The U.S.DISTRICT COURT operate exclusively under special maritime and territorial jurisdiction of the U.S.
The admiralty civil law rules,which are contrary to the common law. Indigenous to the seceral States and have only admiralty or vice admiralty capacities and in effect,they accommodate**(PRIVATE INTER-NATIONAL LAW.)**
The fine line determining **(Applicability)** of the Article III Sec. 2,cl.1 arising under clause is the **real party in interest.**As long as (AGENCY) of the U.S.Federal Government is carrying out an Art.I delegated power within the States,Courts of the U.S. have jurisdiction by way of the arising under clause,whether as the complainting party or defendant.
However, if an agent or agency of the U.S. operates under Congress's Article IV.Legislative jurisdiction,which is exclusive to the geographical U.S. or to the U.S.Federal government,which is a **FOREIGN CORPORATION** with respect to the several States,The arising under clause does not apply because the act is **perpetrated** **under the COLOR OF LAW.**
While admiralty jurisdiction is conveyed in Article III Sec.2,cl. 1, it is distinct from authority pertaining to law and equity and, therefore,does not fall under the authority of the (arising under clause).
The **U.S.OF AMERICA**  cannot collusively join partys to its claim/ indictment **(Who are mere fictions,improperly to manufacture and to invoke the jurisdiction of the U.S.DISTRICT COURT).**
The U.S.OF AMERICA must do more than invoke 18 USC Sec.3231,which grants jurisdiction to the **District Courts of the U.S.and not the U.S.DISTRICT COURT,**Every action brought in the U.S.DISTRICT COURT must be brought in the names of the **real parties in interest to the** proceedings.**THE U.S. DID NOT STATE A CLAIM UPON WHICH RELIEF SHOULD HAVE BEEN GRANTED,AND WAS THUS,NOT REAL PARTY IN INTEREST.**

(12)

## GROUND ONE CONT...

The accuser,the **U.S.Attorney's Office** has made an unproven conclus-
ion of law based on a erroneous presumption that caused to be issued
the **bill of pains** and penalty against the peace and dignity of the
undersigned party aggrieved,without any basis in fact and or law.
The party aggrieved has made a contrary conclusion of law to that
of the accuser doing business as a **State of Incorporation**.
The raw judicial power at **common** law requires a **Corpus Delecti**,or
real damaged party who has sworn out a complaint against him and
provided the requistite indemnity bond,which its lacking in the
accusatory instrument and in the record as brought by the accuser
doing business as a <u>fictitious</u> **party plaintiff in corporate** capacity,
and in a corporate venue,motivated by invidious economic animus,pre-
judicial to the party aggrieved.

### <u>INEFFECTIVE ASST.OF COUNSEL</u>

Counsel who aided and abetted with the(U.S.AMERICA)and Prosecutor,
to **conceal** its identity as a private CORPORATION with the use of a
<u>**private law**</u> against a State Citizen as well as the true nature of
the judicial proceedings and **real parties** in interest,failing to
investigate and **challenge** the jurisdiction of the Court and raise
**meritorious** available defenses in petitioner behalf,falling below
an objective standard of **reasonableness**.If not for Counsels errors
the proceedings would have been different.
**Due to the commercial nature of the proceedings,petitioner had a
common law rights/remedys that Counsel could have invoked,without
prejudice 1-207, 1-103.6, U.C.C.**
Counsel waived all petitioner available potential meritorious defen-
ses. Causing the petitioner to default on his claim, **subject matter/
territorial jurisdiction** may be raised at any time and may not be
conferred on a Court by **waiver**,stipulation,estoppel. Counsel had a
<u>duty</u> to challenge the jurisdiction of the Court and inform the
petitioner of the true nature of the proceedings as well as invest-
igate the laws in relation to the facts and raise a defense,and
require the respondents to **produce the instrument that created the
liability,and all documents that**

### GROUND ONE CONT...

created legal disability,both **U.S.OF AMERICA** and trial counsel
had a duty to inform the petitioner of his rights and remedys,
and require the respondents to show an extraterritorial appli-
cation of its **non-positive laws/Codes** and a Constitutional foun-
dation supporting same.

It was counsel's duty to inquire the respondents to comply with
**Article I,sec.8,cl.17 and Title 40 USC Sec.255,**showing ownership
of property with the State cessation of jurisdiction over acquired
lands before litigating its claim in the **U.S.DISTRICT COURT.**The
Court acted in clear absence of jurisdiction,The judgement was
and is **void.**

Petitioner,argues that Counsel was ineffective based on conflict
of interest,**See Court opinion from Direct Appeal.**Counsel was in-
effective in failing to properly investigate this case and the
**fraudulent misrepresentation of U.S.Prosecutor and the U.S.
Attorneys Office.**

Public Law 80-772 was never enacted into positive law,**all statues
attached thereto,including 18 USC § 3231,**were never enacted into
positive law.Petitioner,argues that since 18 USC§3231 gave the
federal courts jurisdiction over his prosecution,without that jur-
isdiction,the government have no way to convict me of a crime,even
under a statue that was enacted later,**such as the 1970 drug statutes.**

The federal judiciary,and the Sentencing Court,which is presumed
to know the law,knew or should have known the law,knew or should
have known of the invalidity of the statutes but allowed my pro-
secution and sentencing anyway.

Counsel was aware of the history of Public Law 80-772 but offered
no legal advice or proper legal defense or remedies in petitioner
behalf.

Public law 80-772(the codification of Title 18)was introduced in
the first session,but did not pass the Senate,and the bill died
during the first session when Congress adjourned sine die twice
in that session. The bill was not introduced in the House in the
Second Session as a new bill,or even as the old bill,but myster-
iously showed up in the Senate near the end of the Second Session.
The Senate then amended the bill,and the House voted on the adm-
endments but never voted on the amended bill.Therefore,a different

GROUND ONE CONT...

bill passed the House(in the first Session) than passed the Senate
(in the second Session),in violation of Article I,Section 7,Clause
2,the Presentment Clause of the Constitution.

Other actions by Congress also prove to be invalid.

Included in the "passage" of Public law 80-772 was the passage of
numerous title 18 crimes,including **conspiracy,aiding and abetting,
and bank fraud.** Also,the Statue which is the only Statue which
gives a federal court jurisdiction to prosecute a crime,18 USC §
3231,was part of the enactment.The **in toto** rule for legislation
requires that when any part of a bill is dead,then the only possible
jurisdiction for the Court **to prosecute any crimes** must revert back
to the 1940 statue,**18 USC § 546.**

However,That statue **only allows** prosecution of crimes defined in
that statue,Petitioner was given no fair warning related to that
Statue,indictment and conviction are void.Furthermore,that statue
requires different penalty provisions,including up to 10 days a
month good time and parole after 1/3 of a sentence.

The fact that the enactment was invalid means that the Court never
had jurisdiction to prosecute petitioner and that the indictment
and conviction are null and void from their inception.**No plea a-
greement nor jury verdict is valid.**

There is a two(2) part test to determine existence of traditional
**admiralty jurisdiction:(1) it must be established, and (2) it must**
be proven.

There is a four (4) part test to determine traditional maritime
jurisdiction:(1) What are the functions and rule of the parties(the
term of the contract), (2)What are the types of vehicles and instr-
umentality's used (reward contract or agreement), (3) What is the
causation (breach of warranty to pay-by the fraudulent debtor),and
(4) Can the traditional concepts of rule of admiralty law be
applied (i.e.,who is the debtor and creditor).

the government has <u>not</u> proven any of the four(4) that has been
established on record.See: <u>Oman v.Johns-Manville Corp.</u>(1985,CA4
Va) 764 F.2d 224 cert.den.,(U.S.)88 L.Ed.2d 319,106 S.Ct.351.
See:Article 9,UCC,secured Transactions.

## GROUND ONE CONT...

The U.S. of America acting as the **U.S.DISTRICT COURT,**U.S.District court <u>has not</u> demonstrated a proper foundation prior to bringing its charges,as stated in grounds 1. U.S.which is incorporated here-in by reference 1, U.S. of America has not shown where its juris-diction is derived from,and to attempt to manufacture jurisdiction by invoking **Sec.3231 of the U.S.C's,**which grants jurisdiction to the U.S. not the United states district court which is an **Article I,Legislative tribunal.**

The U.S. of America **fraudulently** concealed and misrepresented material facts that it is an **Artical I,Legislative tribunal** operation exclusively in an **admiralty maritime** capacity implementing **Private International Laws,**with only **civil** jurisdiction. Statutory with criminal penalties,the U.S.of America further **blind-sided,**and **concealed** the true nature of the **civil judicial** proceed-ings,concealed the **identities of the real parties in interest,it-self and undisclose principles.**

The U.S.further **fraudulently concealed** and fail to produce documents held in due course that created a legal disabilty in the course of the civil proceedings,including <u>contracts</u> and <u>commercial</u> agreements entered into with the States of the Union and its foreign principals, fraudulently concealed and fail to inform petitioner of his rights/ remedies and all terms of the agreements made.<u>Which is a clear vio-lation of petitioner due process rights.</u>

Government officials had a duty to inform petitioner of his rights/ remedies:As also the Residing Judge over the case.Government offi-cials had a responsibility to tell petitioner of any pending respon-sibility to tell petitioner of all the terms of the agreements......  
U.C.C.3-305.2(c).Petitioner had a right to be told who the real principle is U.C.C.3-403.42

The U.S. manufactuing of its Jurisdiction invoking 3231,is a usurp-ation of power.The U.s. had a duty to provide petitioner with rea-sonable identification of the person making the **charges/presentment** and evidence of his authority to make it if made for another,and exhibition of the instrument that created the legal liability the U.S. of America charges were <u>baseless</u> and unfounded leaving the Court without **Subject matter/Territorial jurisdiction.**

(16)

## GROUND ONE ...CONT.

The U.S. knowingly with knowledge of the above falsity, intended
to deceive petitioner and Court and their justifiable reliance
thereon.