## GROUND TWO

PETITIONER WAS DENIED EFFECTIVE ASST.OF TRIAL COUNSEL,WHO FAILED TO RAISE A DEFENSE OF LACK OF SUBJECT MATTER/TERRITORIAL JURISDICTION AND MISAPPLICATION OF STATUTORY LAW,NO FACTUAL BASIS EXIST ON THE RECORD FOR THE COURTS JURISDICTION

As a general rule the power of the U.S. to criminally prosecute is for the most part,confined to offenses committed within its jurisdiction in the absence of treaties.This is born out simply by examination of Title 18 USC Sec.5, Which defines the term U.S. in clear jurisdictional term,further,Section (7) of the criminal Code contains the fullest statutory definition of the jurisdiction of the U.S. The (**District Courts of the U.S. have jurisdiction of offenses occurring within the U.S. pursuant to Title 18 USC Section 3231 (Not the U.S.DISTRICT COURTS).** The Boundaries of Lands belonging to any of the 50 States and Title 40 USC section **255, Artical I sec,8, cl.17, Specifies** the legal conditions that must be fulfilled for the Government to have exclusive or shared jurisdiction within the area(s) of lands belonging to the States party to the **Constitution** of 1787 A.D. therefore,in Federal criminal prosecutions involving jurisdictional type crimes the Government must prove the existence of Federal jurisdiction by showing that it has (**Ownership of property the Land where the offenses were committed**)(And cessation of of jurisdiction over acquired lands from the State Legislature), No such showing was ever made,Where the Federal Government,has not filed an acceptance of jurisdiction pursuant to Title 40.

Establishes the presumption that no jurisdiction exists,the Statue applies to all Lands after 1940.
Special provisions is made in the Constitution for cessation of jurisdiction for the States,over places where Federal Government shall establish Forts,Magazines,Dockyards,or other needful buildings,and it is only these places of territories of where it can exercise general jurisdiction.

(1)

## GOUND TWO CONT...

In addition to violating 40 USC Sec.255,Article I,Sec.8,cl.17, The Federal U.S. Corporation has not complied with Article III of the constitution. Article III requires the parties to show harm, injury,attributable to the petitioner before litigating its claim in Federal Court,No such showing was ever made.

### MISAPPLICATION OF STATUTORY LAW

The petitioner instant Federal conviction and sentence were predicated upon non publishing, Non positive Laws/Codes/statues, namely,Title 18 USC Sec.7,3231,Title 21 USC.sec.**841(A) 1,846,** 18 USC Sec.3553,3583,4561,**Title 21 USC 852.**The above mentioned Statues/Codes/regulations **(CONTRACTS)** As mandated by Acts of Congress located at and pursuant to Title **44 USC Sec.1505(A)(3):**

### SECTION 1505 DOCUMENTS TO BE PUBLISHED IN THE FEDERAL REGISTER

(A) Proclamations and Executive orders,documents having general applicability and Legal effect,Documents required to be published by Congress.There shall be published in the Federal Register.
(3) Documents that may be required to be published by Acts of Congress.For the purpose of this chapter,every document or order which prescribes a penalty has general applicability and Legal effect,Pursuant to 44 USC Sec.1501.

The provision is made that,The Contents of the Federal Register shall and should have been judically noticed,44 USC Sec.1507 and Section 1510,Which establishes the Code of Federal Regulations, Provides at subsection (C) That,the Codified documents in the Code of Federal regulations of the Several Agencies published in the Supplemental Edition of the Federal Register shall be **prima facie** evidence of the text of the documents and of the fact that they are in effect on and after the Date of publication.

As stated in Section 1501(A)(!),If the regulations for any given Statue are not published in the Federal Register,Application is limited to **Federal Agencies** or persons acting in their capacity as officers, Agents or employees of Federal Agencies.Provisions Title 44 USC Sec.1505(A) Are restated at C.F.R. Section 5,2 (A)(B)(C).

(2)

## GROUND TWO CONT...

IT IS A WELL ESTABLISHED PRINCIPLE OF LAW THAT ALL FEDERAL LEGISLATION APPLIES ONLY WITHIN THE TERRITORIAL JURISDICTION OF THE U.S. UNLESS A CONTRARY INTENT APPEARS.

In order for a contrary intent to appear,Delegations of authority and implementing regulations must be published in the Federal Register and or any given Statue must clearly articulate Application.

In examining the **Parallel Table of Authorities** and Rules which begins on page 751 of the 1995 Index Volume Of The Code Of Federal Regulations,its authority located at C.F.R.section 5(A).

The Table resolves the matter of territorial jurisdiction for the U.S.DISTRICT COURT,There are **no implementing regulations for Title 18 USC sec.3231,7, 3553,3583, 3561,Title 21 USC Sec.841(A)(1),846, 21 USC Sec.852.**

The absence of Title 18 USC Sec.3231,7,confirms that the Special Maritime and Territorial jurisdiction of the **U.S.DISTRICT COURT** does not reach into the several States party to the **Constitution** and the population at large.The Authority applies only on federal enclaves which have been ceded to the **United States** for the Constitutional purposes.

**There are no implementing regulations applicable to the Union of the several States and the America People at large,For Treaties and other International Agreements pertaining to Regulations of Control Substances,Title 21 USC Sec.852.**

**The basic assertion in this case in that Titles USC Sec.841(A)(1), 846,and various other amended subsections were never meant to be implemented throughout The (50) States of the Union United States of America.**

Under the present day Control Substance Act of 1970,but was in fact meant to be implemented under **International Treaty,**Pursuant to 21 USC Sec.652,**International Agreements and Treaties,**There are no Implementing Regulations reaching into the States or the population at large.

Title 21 USC Sec.**841(A) 1,846,**Are part of the Control Substance Act **via Executive Order** by then President Richard Nixon.

In this instant case at bar,the above <u>CODES</u> are **Non Positive Law,** And is required to be Published in the Federal Register if

(3)

## GROUND TWO CONT...

a penalty is prescribed and or when applied to the several States pursuant to Title 1 USC Sec.204(A).

**There are no criminal enforcement authorities behind any of the above mentioned Regulations/Statues/Codes.**

The above mentioned **Non Publishing Regulations/Codes/Statues had no validity over the petitioner,The U.S.DISTRICT COURT** was without subject matter jurisdiction.Further Title 21 United States codes itself has never been passed into positive Law to have general application in the several States per Title 1 USC Sec.204(A)

The respondents the U.S. contend for the power to prosecute for a crime or an offense outside its jurisdiction,is required to prove an extraterritorial Application of the Statues(Above mentioned)in question as well as a Constitutional foundation supporting same.

Absent this showing,**No Federal prosecution should have begun for offenses committed outside its jurisdiction.**

IT IS WELL ESTABISHED REGARDING LEGISLATIVE JURISDICTION AS FOLLOWS:

All Federal crimes are Statutory and all criminal prosecutions in Federal Courts are based on acts of Congress,Rules of Criminal Procedures 26,taking of testimony,Notes of Advisory committee on Rules,Para.2.

Acts of Congress includes any act of Congress locally applicable to and in force in the District of **Columbia,Puerto Rico, Guam,Virgin Island** in territory or insular possession,Rules of Criminal Procedures,Rule 54(C),Application of terms.

The term U.S. as used in this Title in a territorial sense,includes all places and waters,Continental or insular possessions subject to the jurisdiction of the U.S.,18USC Sec.5.

The term Special Maritime and Territorial Jurisdiction of the U.S. as used in this Title includes...and out of the Jurisdiction of any particular State,18 USC Sec.7.

**THE RESPONDENTS HAS NOT ESTABLISHED ITS JURISDICTION ON THE RECORD AND THE SOURCE OF ITS AUTHORITY.**

(4)

GROUND TWO...CONT.

## THERE ARE ONLY TWO CRIMINAL JURISDICTIONS COMMON LAW ADMIRALTY MARITIME

If the Court was operating under a Common Law jurisdiction, which is doubtful,Then an injured party was required to be produced as **evidence**,without that there would have been **no** cause of action.

Admiralty/Maritime jurisdiction,as the **Yellow Fringe Flag Indicates**.Production of the Original Valid International Contact with my **Signature** on it,IF SUCH a Contract exist.The validity of the **International Contract** must have been settled before the trial on the issues had begun.

The Respondents proceeded in Admiralty and Maritime which is Civil,Statutory with criminal penalties,in Rem.

The Respondents subsumed,concealed subverted the true and proper nature of the Judicial Proceedings which were civil and blindsided the **REAL PARTYS** in interest to said proceedings without ever allowing the Petitioners participation in said proceedings and without ever informing the Petitioner of the true nature of the cause of action against him.

The Respondents proceeded in the course of the Civil Law and failed to produce all **DOCUMENTS** held in due course that created a Legal disability.

Failed to inform the Petitioner of the true nature of the Judicial proceedings,and the identities of the Real Party in interest, Failed to inform Petitioner of his **rights/remedys** and to any terms of the agreements made.

**Admiralty/Maritime is Civil/Statutory/with criminal penalties,**
The Respondents had no right to conceal the basis of its criminal proceedings,which were based on a Civil complaint filed for an alleged breach of a **Contract/Commercial Agreement**,that was never disclosed to the Petitioner,Respondents was duty bound to, do so,But failed to do so,To produce the **Instrument that created** the Legal liability as a basis for its charges,and allow the Petitioner an opportunity to contest it.

The Accuser,The U.S.Attorneys Office has made an **unproven** conclusion of Law based on an erroneous presumption,that caused to be issued **The Bill Of Pains**,and penalty against the peace and

(5)

## GROUND TWO...CONT.

penalty against the peace and dignity of the undersigned party aggrieved, without any basis in and or Law.

The party aggrieved asserts that he is entitled to full due process of Law in all criminal actions and proceedings against him, means he is subject to the raw judicial power at Common Law, not arbitrary and capricious Legislative power in equity or chancery. The Raw judicial power at Common Law Requires a **Corpus Delecti or real damaged party who has sworn out a complaint against him and provided the requisite indemnity bond**, which is lacking in the accusatory Instrument and in the record as brought by the accuser, doing business as the **Fictitious Party Plaintiff in a Corporate capacity**, and in a **Corporate Venue**, motivated by invidious econimic animus, Pre-judicial to the party aggrieved.

No Court, Judicial or Legislative, has a criminal jurisdiction or other (Commercial) Maritime lien or attachment, over the party aggrieves person/property upon any inference not a material fact of record.

The accuser has not established judicial power standing on the Law side of the Court, and with clean hands placed into evidence a **Valid Contract or Franchise which gives the Court authority to act as a Chancellor in equity, Admiralty, or where Maritime Contracts are in dispute**.

Moreover, it is the Plaintiffs Representatives sworn duty, of Office and Fedelity, to protect the Constitutionally Guaranteed rights of those who assert them...

The party aggrieved is entitled to the benefit and privilege of full and complete due process of Law where ever he may go, That a legal fiction or CORPORATE entity is limited to a written and fully disclosed contract of franchise for a valid enforcement of the manotrial extent of the franchise, and to be able to deprive the franchisee of his liberty interests, or impose any amortization to pay for any obligation or other indebtedness of said CORPORATION and or its undisclosed principals.

Therefore, This Court has a fiduciary duty by virtue of the Judge or Chancellor (s) Oath of Office and fidelity, on the Common Law side of this Court, to assume a neutral stance at law and require the accuser, doing business as a FICTITIOUS

(6)                                                                                      CONT....

**CORPORATE PLAINTIFF** to produce a Contract of Franchise or other material fact to substantiate that it may enjoy the right to recovery set forth in the charge,and to establish this penal or criminal jurisdiction over the party aggrieved,to be a fact at law.

To prevent further damnification and a manifest injustice to be foisted upon the party aggrieved,because the accuser has passed off in delictual fault,said accusatory intrument to a **Corporate Legislative Tribunal** sitting as Chancellor in Equity and as a Judge in Common Law Crimes,To compel issuance of the Bill of Pains and Penalties under Color of said statues and office,without so much as a Scintilla of evidentiary or other substantial proof.

**Counsel,misrepresentation of law and or legal rights was a clear violation of petitioner 5th and 6th Amendment Rights. Counsel with aid of Prosecutor and THUS that of Judge possessed superior knowledge of Law.Thus,Counsel aided and abetting prosecutor took advantage of petitioner ignorance in that respect and intentionally makes misrepresentation concerning the law for purposes of deceiving the petitioner.But that(fraud) was the perversion of Truth.**

(7)

## GROUND TWO...CONT.

The United States a/k/a"UNITED STATES OF AMERICA" had no standing to charge petitioner with a statue that is non-POSITIVE LAW. Title 21 is,not among the titles of the United States Codes, which have been enacted into "POSITIVE LAW"according to House of Representatives Law Library.And § 841 has no implementing CFR Regulations.

Title 21 U.S.C.has been used falsely to convict petitioner and misapplied by U.S.Attorneys.
The basic assertion in this case is that the U.S.District Court of indictment was without subject matter jurisdiction because the indictment was drawn under a statute 21 U S C § 841(a)(1) that is unconstitutional on its face.Further,Title 21 USC itself has NEVER been passed into"Positive Law"which explains why it is missing from the Table of listings of United States Code 1 through 50 deemed by Congress as "POSITIVE LAW CODES". Thus, the statutes were misapplied as it relates to this case at bar. To begin with,21 USC §841(a)(1) is on its face unconstitutional because Congress was without constitutional authority to enact the statute's proscription.

In relevant part,§841(a)(1)states:

"Except as authorized by this subchapter,it shall be unlawful for any person knowingly,or intentionally(1) to manufacture,distrbute,dispense or possess with intent to manufacture,distribute,distribute,dispense,a controlled substance..." 21 U.S.C.§ 841 (A)(1).

(8)

In order to properly reach the claim that Congress was without constitutional authority to enact the proscriptions or §841(a)(1), it is necessary to start with the proposition that if there is no delegation of power to be found in the Constitution, upon which Congress could have relied in enacting the proscription of §841(a)(1), or if the Constitution does provide such authority, but that authority is improperly or impermissibly, used, then the legislation is vulnerable to attack as unconstitutional, or as it is applied in the several States.

Every statute enacted by Congress must be authorized by Constitution. (case Law not encerted) must now be placed under close observation and subjected to detailed analysis to find the source in the Constitution form which the authority of Congress to enact its prescription was derived.

Title 21 USC §§§ 841,846,848 are part of the ":Controlled Substance Act" which <u>did not originate in the House of Representatives</u> but through Executive Order of former President Richard M.Nixon. In the instant case at bar it has been misapplied, and administered inland upon the Relator/Petitioner, under Admiralty/Maritime/contract jurisdiction via the International Law of the Flag(by an uninformed"verbal plea contract" of not guilty upon arraignment), and private United States Code Laws.

Title 21 USC § 801-904 are federal regulations governed by Title 21 Code of Federal Regulations promulgated and administrated by the Attorney General and his agents and employees who transfer non-federal sovereign State prisoners and dockets numbers by contract enjoined with the sovereign State's elected Secretary from State court jurisdictions(county jails/

(9)

sheriff/police depts.),and unlawfully arraigned them by U.S. Magistrates formerly a/k/a/(U.S.National Park Commissioners) in U.S.District Courts where an untold number of drug related cases are issued unofficial federal docket numbers without motion from the "prisoner/defendant"as required under Title 28 USC §§1441-1446.

Petitioner was,not indicted lawfully by a regulatory properly covened Grand jury for the offense prior to misrepresentation by the prosecutor for alleged crimes against the United States, nor violations of laws enacted by Congress.Petitioner was indicted by a U.S.Asst.Attorney and technically,"is custody of the Attorney General"for alleged violation of federal statutory and regulatory laws that were never meant to be used on "<u>Street dealers</u>"a/k/a or non-license professional and a carry a sentence of more than one year imprisonment.

The prosecutorial team committed fraud upon the court by bringing an original criminal cause from State court,and informing the federal court that it has jurisdiction in the instant criminal cause,then they knew all should have known that thereafter service of Petitioner's Administrative Notice,no such jurisdiction absent CFR regulations existed to be granted to the U.S.District Court.

<u>Title 18 USC§ 3231 does not grant criminal jurisdiction to district courts. It merely excludes State court from having original jurisdiction of offenses against although the United States.</u>

Title 18,the United States Code of Criminal Procedure,

(10)

## GROUND TWO CONT.

lists only offenses against the United States, not the "United States of America,"

18 USC §3231

§3231. District Courts

Where the instant matter is concerned, the table immediately resolves the matter of territorial jurisdiction for the United States District Courts: There are no implementing regulations for 18 U.S.C. §§ 7 & 3231. The absrnce of implementing regulations to these two statutes confirms that the special maritime and territorial authority of the United States District Court does not reach into the several States and to the population at large; the authority applies only on federal enclaves which have been ceded to the United States for constitutional purposes, and as the second paragraph of §3231 specifies, the laws and judicial authority of the several States are superior and govern within areas of the States which are not within federal enclaves that have been ceded to Congress by the legislatures of the several States.

## GROUND THREE

### The U.S. of America misapplied Statutory Law

The administrative procedures act, and the Federal Register act located in the U.S. Codes provides the means for determining what statues in any given act of Congress are applicable and where.

If a Statue have general application, then the agency responsible for carrying out whatever duties the statues prescribes is required to promulgate regulations disclosing the who, what, when, where and how, and have the regulation published in the Federal Register, if it has general application.

If Regulative are not published in the Federal Register, They have limited application. Where the instant matter is concerned, Titles 18 U.S.C.-Sec-7., and 3231 and 21-U.S.C. Section 841, are all **non positive Law**(Contracts) There are no implementing regulations for none of the above statues in the Code Of Federal Regulation. This resolves the matter of territorial Jurisdiction of the U.S. District Courts. The absence of implementing regulalations for these above mentioned statues confirms the special maritime and territorial Jurisdiction of the U. S. District Court does not reach into the several states and population at large.

The authority applies to federal enclaves, which have been ceded to the U.S. for Constitutional purposes and is applicable only to federal agencies, offices, agents,

## GROUND THREE CONT...

and employees of Federal agencies.

Every document or order which prescribes a penalty is of <u>no</u> legal effect or general applicability unless published in the Federal Register. The above mentioned statues have <u>no</u> validity over the petitioner, unless the U.S. of America comply with Federal Law title I of the U.S. Codes.

### The U.S. have no Article III, standing neither have any been shown

The Supreme Court sought resolve the ambiquity concerning the requirements of Article III, as affecting the standing of parties to challenge conduct as violative of federal law by reviewing its previous decisions, **and declaring that Article III requires such parties to show that they have suffered some actual harm/injury and that the injury must be attributed to the <u>Defendant</u>. The Court expressed that Representative are not exempt from Article III requirement of a showing of injury.**

The U.S. has not shown in this case or proven on record <u>harm</u> or <u>injury</u> suffered as a result of the alleged offenses charge, and had no standing to <u>litigate</u> its claim in Federal Court against petitioner.

## CONCLUSION

Petitioner, maintains that he is actually/factually innocent of the charges brought against him by the U.S. of America as stated in grounds (1) through (3) and attached Affidavits, which is incorporated herein by reference. The question in this case is whether the Court has inherent authority to retain jurisdiction to alter, modify or correct the judgement. A sentencing Court inherently retains jurisdiction to straighten flaws in the judgement process.

A grave miscarriage of justice has been done, that resulted in the wrong conviction and sentence of the petitioner. The imprisonment of the defendant is a result of an act of the Court that was carried out without due process of law. The Court did not have authority to render judgement or impose sentence, except that it do without jurisdiction, when such jurisdiction is lacking the Court may **sua sponte** take the issue up itself and correct the **jurisdictional** Glitch it, itself, is responsible for, a judgement entered by a Court without <u>Jurisdiction is null and void</u>.

A sentencing Court retains inherent jurisdiction to entertain petitions to correct the wrong, Thus, whenever procedual devices defendant petitioner invokes, he is not barred from access to the Courts to <u>right</u> a <u>wrong</u> that is partly the fault of the Court itself, here in this Court, the U.S. of America, an **Article I, Legislative tribunal,** implemented private International **non positive law.**

**Laws statues/Codes against the petitioner the government and with <u>aid</u> from Court appointed counsel blindsided the real parties in interest** to the proceedings and obscure.

The government and with <u>aid</u> from Court appointed Counsel subverted and concealed the true nature of its **civil and judicial** proceedings. Denying the petitioner the right to participate and contest the legality of its **contracts** and **Commercial agreements.**

There was no factual basis for the Courts jurisdiction without the **Contracts** and or commercial agreements that created the legal liability, The U.S. Federal Corporation being only an ordinary individual, person citizen, simply an ordinary proprietor.

Had a duty to disclose its **documents/agreements** with the states

(1)

## CONCLUSION CONT...

of the Union, Its failure to do so created a legal disability, denying petitioner the <u>right</u> to defend and raise a defense. The Supreme Court made it clear that a Court that fails to complete the Court is required by the 6th Amendment **loses its jurisdiction**, during the course of the proceedings. Thus, the missapplication of statutory Law, concealing the <u>civil</u> proceedings. And documents that created a legal liability and legal disability caused the Court to lose its jurisdiction.

A trial Court that fails to comply with the 6th Amend. No longer has jurisdiction to proceed, without **subject/matter Territorial**, and a proper foundation for the U.S. of America charges, **The Judgement is void.** For all the reasons set forth herein-above this Court should **sua sponte**, enter an order **nunc pro tunc** to the day when the Jurisdictional defect wrecked the Court's authority to proceed against the petitioner, and or to impose penalty and vacate the judgement, sentence and conviction and overturn the **civil judgement and criminal penalties** entered against him.

<u>The government never established admiralty, nor never proved it on the record.</u>

Counsel **breached a duty to investigate grounds 1 through 4**, which is incorporated herein by reference and attached affidavits. Counsel fail to make proper objections, and failed to challenge jurisdiction of the court. Counsel fail to inform petitioner that a **contract** was involved which was clearly a violation of petitioner due process right, and a <u>**Discovery violation**</u>.

If not been for counsel aiding and abetting with the government errors that was neglected that could have properly challenged and the proceedings would have been different. If any tribunal finds absence of proof of jurisdiction over **person and subject matter, the case must be dismissed.** The Constitution of the United States and Titles **18, 19, 21, 26, 28 & 31** of the United States Code vests authority and standing in governmental entity identified and known as the United States, not the United States of America and definitely not the false entity improperly used **nom de guerre** known as "UNITED STATES OF AMERICA".

The Constitution and Titles cited above do not vest authority in a governmental entity known as the United States of America.

(2)

The United States code, relating to the United states territories and insular possessions, and by evidence of **28 CFR, Part 0.96b** and other regulations cited supra, The **"United States of America"** is foreign to the United States and the Union of several States party to the Constitution.

Therefore, the **"United States of America"** does not have standing as a principal of interest where the instant matter is concerned so lacks authority to prosecute Petitioner in courts of the United States located in the Union of several States party to the **Constitution.**

Counsel had a duty to investigate the <u>laws</u> and facts and raise potential available and meritorious defenses, (**Petitioner**) had a (**Common**) law remedys and defenses available under the Codes **U.C.C. 1-207 and 1-306.6** in defense of the Corporate Plaintiffs Commercial charges, There are no (**Common**) law crimes against a fiction, only in comtemplation of the Law.

    The **UNITED STATES OF AMERICA** should not be able to conceal its <u>civil</u> and <u>commercial</u> proceedings "In Rem" Blindside the real parties in interest to said proceedings, conceal the true and proper nature of the judicial proceedings, and then bring (Petitioner) in for criminal proceedings to impose penalty, without <u>ever</u> establishing and or disclosing to the petitioner his **rights/Remedys** and any and all terms of the agreements made, All documents that created a legal disability that created the legal liability.

    Said jurisdiction in Legislative equity was lacking in the early stages of proceedings and can only be established when the Respondents enters this case on the law side of this Court with you sitting as a **Judge at Law.** And, By Respondents placing into evidence a valid **contract/Commercial** agreement, or franchise which proves as a fact of law that the accused, is under **Commercial/ Contract** obligation as a Franchised individual and required to obey every Legislative Statue, having lost his natural rights under said Constitution for civil privileges and benefits.

    Petitioner, maintains that he is actually/factually innocent in that the **respondents** has not done anything besides invoking 18 USC Sec.3231, which is out of the jurisdiction of the states (Colorado), Theres no instrument on record that created a liability, Respondent has not establish any Article III standing, harm/loss/

(3)

injury attributable to the petitioner.

Non compliance with Article I Sec.8,cl.17, Title 40 USC Sec.255, ownership of property and consent to accept jurisdiction over acquired lands,failure to comply with the above Statues and Constitution.The U.S. descends to the level of a mere private citizen,person and its simply that of an ordinary proprietor.The U.S. did not state a claim against the Federal government,But a privately own **CORPORATION**.Who is not the **Constitutional Government of America**.

Due process under the 5th Amendment requires the Court to complete the Court as required under the 6th Amendment to sustain its personal,**subject matter,territorial in Rem civil and criminal jurisdiction**. The offenses found/charged in the Indictment,and Found in the jury verdict as well as the penalty imposed,did not comport with the **5th** and **6th** Amendment requirement,Because the Court,prior to trial did not receive ratification or joinder of the **Real Parties**,but instead convicted and sentenced petitioner on the basis of a mere **FICTION** that invoked the jurisdiction of the District COURTS of the U.S.(**Not the U.S.DISTRICT COURT**),The Court lost its jurisdiction in the course of the proceedings and was without authority to proceed any further.

    The Petitioners conviction/sentence were mainly the result of him having had **ineffective** asst.of counsel who fail to inform the petitioner of his **rights/remedys** and the true nature of the proceedings and the true nature of the cause of action against him and any and all terms of the agreements made,fail to require the respondents fictitious CORPORATION to produce its documents that created a legal disability and the instrument that created the liability.**Counsel fail below an objective standard of reasonableness,if not for Counsels and (FEDERAL U.S.) errors,the proceedings would have been different.**

    If Counsel would have investigated he would have known and should have known all of the above stated facts herein. **The trial Court that fails to comply with the requirements of the 5th,6th Amendments,no longer has jurisdiction to proceed.The judgement without jurisdiction is void.**

This Court has the inherent authority to correct jurisdictional flaws, Supreme Court made it clear that when a Court fails to complete the Court loses its jurisdiction. The judgement of conviction pronounced by a Court without jurisdiction is void, and one imprisoned thereunder may obtain relief from the Court by any variations of remedys.

The most logical one, is for the Court to exercise its inherent authority and **nunc pro tunc, and Sua sponte, vacate the judgement.** For all the reasons set forth herein and above, this Court should **sua sponte,** enter an order **nunc pro tunc,** to the day and time the jurisdiction glitch and due process violations occurred during the initial stages of the proceedings, when the jurisdictional defects wrecked the Courts authority to try the petitioner and impose penalty.

A grave miscarriage of justice has occurred and the Court can inherently assume jurisdiction and correct the defect, to maintain the integrity of the Court. **Wherefore, Petitioner ask the Court to vacate his conviction/Sentence and overturn the civil and criminal judgement entered against him.**

Sign............................
With Reservation of Rights of
U.C.C. 1-207, 1-103.6
Date......................2006

I Sammie Woods state under the penalty of perjury that the foregoing is true and correct in the United States of America to the best of my knowledge and belief.

Sign...................................
Reservation of rights U.C.C. 1-207, 1-103.6
Date.................... 2006

(5)