IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jan 4, 2007

GORY C. LANGH[AM]

Civil Action No. **07 - CV - 00026**
(To be supplied by the court)

Criminal Case # 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

Willie Small, Movant.

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255

A. CONVICTION UNDER ATTACK

1. Name and location of the court that entered the judgment of conviction you are attacking:

   United State District Court
   Alfred A. Arraj Court House
   901-19th St. Room-b5 Denver Co. 80294

2. Date the judgment of conviction was entered:

   4-21-04

3. Case number:

   01-CR-214-01-D

4. Describe the type and length of sentence imposed:

   life as to each Count 1,3,4,5,6,8, 9,10,11,12, 13,14,15, 17,22,23,25, 35,37,49,66, (841)
   360 months as to each count 43,55,65 (841)
   270 months 75, 48 months 24,26,28,30, 32,36,38,39,45,50 and 53 (843)

(Rev. 4/15/02)

5. Are you serving a sentence that was imposed for a conviction other than the conviction you are attacking in this application?   ___ Yes  X  No  (CHECK ONE)

6. Nature of the offenses with which you were charged: (all counts)   _____

7. On which counts were you convicted?   _____

8. What was your plea?   _____

9. If you pled guilty pursuant to a plea bargain, describe the terms and conditions of the plea:   _____

10. Kind of trial:   ___ Jury  ___ Judge only  (CHECK ONE)

11. Did you testify at trial?   ___ Yes  ___ No  (CHECK ONE)

## B. DIRECT APPEAL

1. Did you file a direct appeal?   ✓ Yes  ___ No  (CHECK ONE)

2. Date and result of 10th Circuit decision (attach a copy of the decision if available):   9- -05 Denied

3. Date and result of any appeal to the United States Supreme Court (attach a copy of the decision if available):   2-27-06 Denied

(Rev. 4/15/02)                                2

4. List the claims raised on direct appeal: 1. The affidavit filed in support of the wire tap were fraught with misrepresentions Evidence have been surpressed 2. Agent Wilcot, Mislead the Issuing Judge 4 ways

~~If you did not file a direct appeal, explain why:~~ 3. The facial Inadequacy of the wire tap Order A failure to properly Identify Authorizing Official.

## C. POSTCONVICTION PROCEEDINGS

1. Other than a direct appeal, have you initiated any postconviction proceedings with respect to the judgment under attack?

   ✓ Yes ___ No (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each postconviction proceeding. If you have initiated more than one postconviction proceeding, use extra paper to list each proceeding using the format below.

   A. Name and location of court: United State Supreme Court Washington, DC 20543

   B. Type of proceeding: Writ of Certiorari

   C. Date filed: 2-21-06

   D. List the claims raised: Same as in Appeals
   1. Agent mislead Issuing Judge 2. It was error Excuse Agent Wilcox Mistakes
   3. The Wiretap Evidence Rested on Reckless misrepresentation About the size and scope of Mr. Small Alleged Drug Ring.

(Rev. 4/15/02)                                   3

E. Date and result (attach a copy of the decision if available): 2-21-06

F. Did you appeal?  ✓ Yes  ___ No  (CHECK ONE)

G. Date and result on appeal (attach a copy of the decision if available): ~~~~~ 9-15-05

3. If the instant application is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application?  ___ Yes  ✗ No  (CHECK ONE)

### D. CLAIMS

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims. Identify clearly any additional pages that you attach to this form.

1. Did you raise on direct appeal or in a prior action any of the claims you are asserting in this motion?  ✓ Yes  ___ No  (CHECK ONE)

2. If you answered "Yes" to question 1., state which claims previously were raised and explain why those claims are being raised again:

We raised a Issue on Junge Daniel Recotting Recual, I Believe The Statement made by the Judge Was Bias and show a predisposition aggsnt white small

3. If you answered "No" to question 1., state which claims were not raised previously and explain why those claims were not raised on direct appeal or in a prior action:

(Rev. 4/15/02)                     4

Judge Daniel Should Have Recued Himself, Because The evidence Shows He WAS BIAS And had a predisposition

4. Claim One: _____

   A. Supporting facts: In this case the presiding Judge during a change of plea hearing of Mr. Small co-defendants Thorman McKight, He Commented as follows: He (Mr. Mc Kight) got himself tied up with Willie Small and, when you get yourself tied up with Willie Small and violate federal law. Etc. I feel By that Statement I was Judge guilty Before my trial Started.

5. Claim Two: I Attempted to Dismiss my Attorney on the claim That we had a conflict of Interest

   A. Supporting Facts: Edward palmer and Ronald Clark was Represented by my laws firm, Colorado Rule of Professional Conduct 1.10(a) provides In pertient part: while lawers are associated in a firm None of them shall knowly Represent a client when any one of them practing alone would be prohibited from doing so by [Rule 1.9]. Also A lawer has formly represented a client in a matter shall not thereafter represent another person. Edward palmer and Ronald Clark

(Rev. 4/15/02)                       5

6. Claim Three: I WAS Charged with 1 Single Overall Conspiracy Jury Instruction 35. In order to sustian itsBurden of Proof for Count One, proof of separate independent conspiracies is not sufficent.

A. Supporting facts: Even if the evidence in the Case Shows that each Defendant was a member of some Conspiracy, but that this Conspiracy is not the Single Conspracy Charged in the Indictment you must Acquit each Defendant of this Charge. Unless the government proves the existence of the Single overall conspiracy described in the indictment beyond a reasonable doubt, you must Acquit each defendant of Count one. MAX Cooper and George Murray were found Not to Be in the Conspiracy As Charged By The Jury

7. Claim Four: Ineffective Assistance of Counsel

A. Supporting facts: 1. I ASK My Attorney to file a motion to Surpress the pre-WIRE-TAP Consentual Phone Calls, He filed the motions be when the Judge had The hearing my Attorney was Not prepared to argue the Cases motion, I had three that had had merit now the matter I Ask him to are argue but he DID NOT. The Judge Asked my Lawer Did he have Case Law. He DID Not. That voilate my Six Amendment Right to have a Attorney Present Not Just a warm Body,

(Rev. 4/15/02)            6

Claim #6

I was Charged with 38 Counts 18 of them were, 841(A)(1) and (b)(1)(B)(iii) And 18 USC § 2 Possesion With Intent to distribute Over 5 grams And Aiding and Abeting, and another 11 Counts of useing a Communication facility to Conspire to Distribute And possesion with Intent Distribute all are 843(b) And 18 USC § 2
1. Count of Money Laundering, Aiding and Abetting.

All of these Counts are ran Concurrent Yet my Special Assessment of $100°° is Ran Consecutive, I was Ordered to Pay $100°° Special Assessment of $100°° for all 38 Counts Under Rutledge vs. US I Should not be punished twice. The second $50°° assesment imposed by the District Court was an Averse Collateral Consequence of the Second Conviction. Th Supreme court would abhere to the presumption that Congress intended to authorize only one punishment for a person who committed both 846 and 843 Supreme Court concluded that one of the conviction as well as that conviction's was thus cumulative punishment enauthorized by Congress, and had to be Vacated. In United State v. Willie Small its Clear that 18 of the Count were the same (841) § 18 usc § 2 also the 11 843's are the Same, According to Rutledge v. US and Ray v. US 481 US 736, 95 LED and 693 107 Sct 2093 (1987)
I Ask the Court to Reverse And Remand my case for further Proceeding.

## E. OTHER CONVICTIONS

1. Do you have any concurrent or future sentence(s) to be served after you complete the sentence imposed as a result of the conviction under attack?  ___ Yes  _X_ ~~No~~ (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each sentence:

   A. Name and location of the court: ____X____

   B. Case number: ____X____

   C. Type and length of sentence: ____X____

## F. LEGAL REPRESENTATION

1. List the names and address, if known, of each attorney who has represented you in proceedings regarding the conviction under attack:

   A. Preliminary hearing: Matt Golla

   B. Arraignment and plea: " "

   C. Trial: " "

   D. Sentencing: " "

   E. Appeal: " "

   F. Postconviction proceedings: ~~____~~ 2255 Willie Small

(Rev. 4/15/02)                    7

1.

To The Judge: I wrote a couple of months ago telling you about the lost feeling in my left hand and arm I write with my left hand Now this letter and motion is worte with my Right hand, Please read carefully because it hard to read, This is the reason i asked for a lawer to help me so that I Didn't lose the Chance to act on this motion, This the hardest thing I have every had to do it slow but I am getting it done, At Any Rate I Ask the Court for leave to Supplement or add to the Claims that I have listed in my 2255 Motion.

Willie Small
30408-013

# CERTIFICATE OF SERVICE

I, __WILLIE SMALL__ hereby certify that I have served a true and correct copy of the following:

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack,* 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Postal Mail at the United States Penitentiary, California, on this: __TUESDAY__ day of: __Dec. 26__, 2006