IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Wiley Y. Daniel

Civil Action No. 06-cv-02557-WYD
Criminal Action No. 01-cr-00214-WYD-5

UNITED STATES OF AMERICA,

v.

THEOLIAN LLOYD, also known as "BIG FOOT,"

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **Thursday, February 16, 2007**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: January 25, 2007

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge