# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

January 25, 2007

Mary Kysor  
United States Probation Department  
1961 Stout Street, Suite 1525  
Denver, Colorado 80294

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO

JAN 29 2007

GREGORY C. LANGHAM  
CLERK

CASE CAPTION:     U.S.A. v. Dawan Eugene Smith

CASE NO.:         (D.C.): 01-cr-00214-D

Dear Mary,

Enclosed please find the original Presentence Report in the above-entitled case. The Report was just returned from the Tenth Circuit Court of Appeals after the Mandate was received.

Please sign and date the copy of this letter to show your receipt of the report. Thank you for all of your help.

Very truly yours,  
GREGORY C. LANGHAM, CLERK

By:  s/ Bobbi Reed  
    Bobbi Reed, Deputy Clerk

Received By: _Mary Ellen Kysor_  
Date: _1/29/07_