IN THE UNITED STATES DISTRICE COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

FEB 6 - 2007

GREGORY

UNITED STATES OF AMERICA,
   Plaintiff,

v.            CRIMINAL DOCKET No. 01-CR-214-D

ZEBEDEE E. HALL,
   Defendant.

---

### MOTION TO DISMISS FOR LACK OF TERRITORIAL AND/OR SUBJECT MATTER JURISDITION/MOTION FOR IMMEDIATE RELEASE DUE TO WRONGFUL INCARCERATION

---

Zebedee Eli Hall, Sui Juris, by special appearance for the above captioned defendant, ZEBEDEE E. HALL (hereinafter "Mr. Hall"), files this Motion to Dismiss/Motion For Release. The Memorandum of Law attached hereto is incorporated herein by reference as though it were set forth at length.

Dated: January 31, 2007        By: *Zebedee Eli Hall*
                  Zebedee Eli Hall, Agent for the
                  Defendant, ZEBEDEE E. HALL

                  Federal Correctional Institute
                  Post Office Box 6000
                  Florence, Colorado 81226-6000