# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE

FREDERICK G. BACH
Chief U.S. Probation Officer

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

RESPOND TO: Denver



**February 8, 2007**

ROSA A. MIRAFLOR
Deputy Chief U.S. Probation Officer

P.O. Box 3508
Grand Junction, CO 81502-3508
Phone: (970) 245-5396

FEB 8 - 2007

GREGORY

103 Sheppard Drive, Suite 202
Durango, CO 81303-3439
Phone: (970) 385-9564

Ms. Sandra Davis
8860 East Mississippi Avenue
Denver, CO   80247

Dear Ms. Davis:

We are happy to inform you that your period of probation expired January 13, 2007, and you are hereby discharged from further probation supervision, in accordance with the provisions of the Act of Congress establishing the United States Probation System.

Best wishes for the future.

Sincerely,

Gary L. Burney
U.S. Probation Officer

GLB/ksh

cc: Clerk's Office

Docket No. 01-CR-214-32
Judge Daniel