IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FEB 9 - 2007

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ZEBEDEE E. HALL®, In Unlimitted
Commercial Liability, UCC Filing
No. 24012454 Pursuant UCC 9-401(1)(b),
    Defendant.

DOCKET No. 01-Cr-214-D

### MOTION TO HALT THE PROCEEDINGS DUE TO FRAUD AND/OR MISREPRESENTATIONS UPON THE COURT

Zebedee Eli Hall, Sui Juris, a flesh and blood man, a living soul, by special appearance for the above captioned defendant, ZEBEDEE E. HALL® (hereinafter "Mr. Hall") files this Motion To Halt The Proceedings in the nature of: **Federal Rules of Civil Procedure Rule 60 (b) (3)**. The Memorandum of Law attached hereto is incorporated herein by reference as though it were set forth at length.

Date: Febuary 6, 2007

By: _Zebedee Eli Hall_
Zebedee Eli Hall, agent for ZEBEDEE E. HALL®

Federal Correctional Institute
Post office Box 6000
Florence, Colorado CF81226-6000CF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ZEBEDEE E. HALL©, In Unlimitted
Commercial Liability, UCC Filing      DOCKET No. 01-Cr-214-D
No. 24012454 Pursuant UCC 9-401(1)(b),
        Defendant.

---

### MEMORANDUM OF LAW IN SUPPOT OF
### MOTION TO HALT THE PROCEEDINGS

---

Plaintiff captioned above is the "UNITED STATES OF AMERICA" (hereinafter "alleged plaintiff USofA"), of which the Defendant ZEBEDEE E. HALL© (hereinafter "Mr. Hall"), avers lacks standing to bring nor maintain this suit/matter.

Alleged Defendant above is Mr. Hall who has been unlawfully imprisoned, is and inhabitant of the county of Denver, republic of Colorado who, by special appearence reserves all rights, privileges, and immunities and waiving none by filing this Motion to Hault, in the nature of: **Federal Rules of Civil Procedure rule 60 (b) (3).**

This Motion is made in good faith to timely mitigate further injury to and to stop the unlawful imprisonment of Mr. Hall.

### FACTS

Mr. Hall was indicted on or about June 7, 2001, within the United States District Court of Colorado, and arrested thereafter, on or about June 15, 2001, pursuant to a Federal warrant.

Mr. Hall went to trial in or about September of 2003. After a trial by jury Mr. Hall was found guilty of counts one and forty-nine of the second superseding indict-

Page 1 of

ment.

On April 14, 2005, Mr. Hall was sentenced within the District Court of Colorado to 151 months of imprisonment. During allocution Mr. Hall alleged a lack of jurisdiction by the court.

On January 23, 2007, the tenth Circuit Court of Appeals reversed Mr. Hall's conviction on count forty-nine, affirmed the conviction on count one and reversed the cause back to the District Court of Colorado for resentencing.

### THE "ALLEGED PLAINTIFF" DON'T EXIST AND IS A FICTION CREATED BY THE U.S. ATTORNEY'S OFFICE

In the above-captioned matter and throughout all related pleadings thereto, the named plaintiff is "UNITED STATES OF AMERICA." Nowhere in any part of or the nature of: **Title 28** of the United States Code is reference made to "UNITED STATES OF AMERICA" such that there must be a distniction between the united States and the UNITED STATES OF AMERICA.

As defined in the nature of: **Code of Federal regulations** the term "United States" mirrors that in the nature of: **40 U.S.C.S. § 3112** by limiting the designation to those areas over which the United States has exclusive rights:

> (g) United States. The term **"United States"** when used in a **geographical sense** includes **any territory under the sovereignty of the United States.** It includes the states, the District of Columbia, the possessions and territories of the United States, the territorial waters of the United States, the air space over the United States, and the sea bed and subsoil of those submarine areas which are adjacent to the territorial waters of the United States and **over which the United States has exclusive rights,** in accordance with international Law, with respect to the exploration and exploration of natural resources. In the nature of: **26 cfr 1.911-2**
>
> (Emphasis added.)

As defined in the nature of: **4 U.S.C.S.** the flag and seal of the United States, its seat of the government and the states of the United States as well as matter pertaing to state income tax, mobile communication services, and national numeric jurisdiction codes. Some definitions that apply to the terms used in **4 U.S.C.S.** and are relevant hereto are:

Page 2 of

1 U.S.C.S. § 110 (a) **Person.** The term "person" shall have meaning assinged to it in **section 3797 of title 26. NB:** An exhaustive search of Title 26 produced NO section 3797. Many definitions under Title 26 are found at § 7701 where there are several types of "persons" defined such that it is not possible to determine which definition applies to Title 4.

*(Emphasis added.)*

In the nature of: 4 U.S.C.S. § 110(e) The term "Federal area" means any lands or premises held or acquired by or for the use of the United States or anydepartment, establishment, or agency of the United States; and any Federal area, or any part thereof, which is located within the exterior boundaries of any state, shall be deemed to be a federal area located within such state.

*(Emphasis added.)*

In the nature of: 4 U.S.C.S. 111(d); The term **"state"** includes **any territory or possession of the United States.**

*(Emphasis added.)*

In the nature of: 4 U.S.C.S. § 112(b); For purposes of this section, the term "state" means **the several states and Alaska, Hawaii, the Commonwealth of Puerto Rico, the Virgin Islands, and the District of Columbia.**

*(Emphasis added.)*

The definition of "state" in the nature of: 4 U.S.C.S. § 111 (d) clearly applies only within the geographical United States subject to Congrees' Article IV § 3.2 of the Constitution regarding legislative jurisdiction, ie., Congress' "special" or limited jurisdiction.

As the term "UNITED STATES OF AMERICA" does not appear in any of these definitions it is Fraud and Material Misrepresentation on the court.

In the nature of: Fed. R. Civ. P. Rule 60 (b)(3) courts are allowed to relieve a party from a final judment based on "fraud, misrepresentation, or other misconduct of an adverse party." In the nature of: **Zurich Nort America v. Matrix Service, Inc. 426 F.3d 1281, 2191 (10th Cir. 2005)**

The indictment and every pleading thereafter establishes fraud and material misrepresentation on the court in that the U.S. Attorney of the district of Colorado has created a fiction as an alleged plaintiff. Mr Hall has the right to face his accuser, however, if the accuser does not exist he couldn't possibly face the accuser.

Fabrication of evidence by a party in which an attorney is implicated will consti-

Page 3 of

tute a fraud on the court in the nature of: **Zurich North America v. Matrix Service, Inc.** Supra, 1291.

### BRITISH ACCREDITED RENGENCY ATTORNEYS CANNOT PRACTICE LAW IN FEDERAL COURTS NOR ARE THEY AUTHORIZED TO REPRESENT THE ALLEGED PLAINTIFF

The attorney(s) representing the alleged plaintiff USofA are British Accredited Regency (BAR) attorneys who are certified to practice Law within State Courts. The State certified attorney(s) representing the alleged plaintiff USofA has committed Fraud and Material Misrepresentations upon the court by pretending to be federally certified attorneys.

In the nature of: **Corpus Juris Secundum, vol, 7 Section 4;** "the certificate from a state Supreme Court to practice Law in state courts as members of the state judicial branch only allows them (attorneys) to represent wards of the court, infants, and persons of unsound mind." The alleged plaintiff USofA is a created fiction by the U.S. Attorney and can not possibly be an infant, ward of the court or a person of unsound mind.

In the nature of: **37 Am Jur 2nd Sec. 144;**

> "Unquestionably, the concelment of material facts that one, under the circumstance, is bound to disclose may constitute **fraud.** Indeed, one of the fundamentals tenants of Anglo Saxon Law of Fraud may be committed by supression of truth (suppresso veri) as well as by suggestion of falshood (suggestio falsi).

The U.S. Attorney has made a fraudulent claim of jurisdiction upon Mr. Hall and the court. In the nature of: **United States v. Perkins, 163 U.S. 625;** "The United States is a foreign corporation with respect to Colorado and its citizens, and as a corporation it has no personam jurisdiction of Mr. Hall." See also in the nature of: 28 U.S.C. § 3002 (15) (A), and **Merriam, 6 N.E. 405 1441, S.Ct. (1973).**

There is **not** a <u>Power Of Attorney In Fact</u> on the record to show that the alleged plaintiff USofA attorneys have authority to act as alleged plaintiff USofA's representatives or agents as required. The U.S. Attorney and his assistants have committed fraud on the court. The attorney(s) have no power of attorney in fact in violation

of the nature of: **28 U.S.C. § 530B**, nor can they obtain a power of attorney from an unidentified fiction as "client."

## JUDICIAL FRAUD UPON THE COURT
## THROUGH SEPARATION OF POWERS

Mr. Hall has been victim of a fraud through separation powers. Judges are required to take a "judicial' oath of office. Through enforcement of legislative codes, statutes etc., (not Laws) by a "judicial" officer there has been a separation of powers and a fraud upon the court. Judicial courts cannot enforce statutes. Only legislative Courts enforce statutes.

In the nature of: **Thompson v. Smith, 154 SE 579; FRC v. GE, 281 U.S. 464; Keller v. PE, 261 U.S. 428;** "Courts enforcing statutes do not act judicially."

The presiding judge in the above matter is a Public Official under a sworn Oath to uphold the Articles in amendment to the Constitution of the United States of America as amended A.D. 1791.

In the nature of: **Blake v. McClung, 172 U.S. 239, 248-254, 43 L.Ed. 432, 436-38;** "Where 'Public officials' represent the actual United States government, which is a bankrupt entity, has no authority to prosecute any criminal or civil matter, they are acting on behalf of a 'civilly dead' entity, and are devoid of authority and are engaging in **Fraud** by having sworn an Oath to protect and uphold the Constitution."

## THE PLAINTIFF CANNOT USE OR ENFORCE
## STATUORY LAW

If in fact the actual plaintiff is the "UNITED STATES" the alleged plaintiff has been and continues to fraudulently apply statutory laws in the above matter against Mr. Hall.

In the nature of: **Clearfield Trust Co. v. United States, 318 U.S. 363 (1943);** "The United States does business on business terms, and in the nature of: **28 U.S.C. § 3002 (15) (A);** "The **United States** is a **Federal** corporation." Therefore, governments desends to the level of mere private corporations, and take on the characteristics of a mere

Page 5 of

private citizen.

The alleged plaintiff USofA is nothing more than a fradulently created corporation by the U.S. Attorney, and **may not** use any statutory law, and to do so, as has been the case in this matter, is fraud and contempt of the Supreme Court of the United States. **The Clearfield Doctrin is 'stare decisis' in all courts.**

The United States has no immunity from commercial liability, and note that the **Uniform Commercial Code** is superior to all United States and State laws save the Articles in amendment to the Constitution of the United States of America as amended A.D. 1791; UCC-1-103.

In the nature of: **National Envioronment Service Company v. Engineering Company, et al., 256 F.3d 995 (10th Cir. 2001);** the Uniform Commercial Code has been upheld as Law in Colorado, Kansas and the **United States.**

## "ZEBEDEE E. HALL®" IS A TRADEMARK-COPYRIGHT"

Any unarthorized use of ZEBEDEE E. HALL®, or orthographic variation is a $1,000,000. fee pursuant to **UCC Self-executing contract** with treble damages applied for defrauding a Secured Party under the **UCC. See UCC filing No. 24012454.**

Zebedee Eli Hall, agent for ZEBEDEE E. HALL®, grants a one time use of the Trademark-Copyright; ZEBEDEE E. HALL® to answer this Motion, and one time use of the Trademark-Copyright; ZEBEDEE E. HALL® to answer Mr. Hall's Motion to Dismiss For Lack of Jurisdiction/Motion For Release, dated January 31, 2007.

## CONCLUSION

Accordingly, Mr. Hall avers the alleged plaintiff USofA lacked standing to bring the above captioned matter, and the alleged plaintiff USofA lack standing to maintain/continue the above captioned matter and prays this Honorable Court exercise its ministerial duty and authority to halt and thereafter dismiss this action/matter for lack of standing.

Date: Febuary 2, 2007                                      Respectfully Submitted,

By: _____
Zebedee Eli Hall, Agent for ZEBEDEE
E. HALL©

Federal Correctional Institute
Post Office Box 6000
Florence, Colorado CF81226-6000CF

## CERTIFICATE OF MAILING

I hereby certify that on Febuary 6, 2007, a true and correct copy of the foregoing Motion To Halt Due To Fraud Upon The Court and the attached Memorandum Of Law, were mailed first class postage prepaid, to the following:

JAMES C. MURPHY, ESQ.
ASSISTANT U.S. ATTORNEY
1225 17th STREET, 7th FLOOR
DENVER, COLORADO CF80202CF

CLERK OF THE COURT FOR THE DISTRICT OF COLORADO
901-19th STREET, ROOM A-105
DENVER, COLORADO CF80294-3589CF

By: _____
Zebedee Eli Hall, Agent for ZEBEDEE
E. HALL©

Page 7 of 7

Zebedee Eli Hall #30428-013
Federal Correctional Institute
Post Office Box 6000
Florence, Colorado 81226-6000

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -9 2007

GREGORY C. LANGHAM
                  CLERK

CLERK OF THE COURT FOR THE DISTRICT OF COLORADO
901-19th STREET, ROOM A-105
DENVER, COLORADO 80294-3589

