01-CR-00214-WYD

Sammy Woods
   F.C.I.
c/o p.o.Box (34550)
Memphis,Tenn.(38138)-0550
United States of America
30425-013

UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2007

GREGORY C. LANGHAM
CLERK

Dated: 2/07/07

MATTER BEFORE THE HONORABLE Judge Wiley Y. Daniel IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Comes now, Sammy Woods, the Petitioner in the above civil and criminal matter. Pro Se, without Attorney. Petitioner asks this Honorable Court to supplement this BRIEF MEMORANDUM OF LAW to petitioner 2255 Motion. This contains to the issues that is now before the Court. Because the Defendant is layman in the Law he should not be treated like an Attorney. Defendant, is asking this Honorable Court to appoint him Counsel to address these issues, or represent Petitioner on this case. FOR GOOD CAUSE SHOW, Appellant prays this Honorable Court will grant Relief of his 2255 Motion, and appropriately assign Counsel pursuant to the provisions of rule 44(a) Fed.R.Crim.P. in the interest of justice to remedy this miscarriage of justice.

RESPECTFULLY SUBMITTED

/s/ Sammy Woods

WITHOUT PREJUDICE UCC §1-207
Sammy Woods
   F.C.I.
c/o p.Box (34550)
Memphis,Tenn.(38138)-0550
United States of America
30425-013



Sammie Woods
Federal Correctional Inst.,
% P.O. Box (34550)
Memphis, Tenn. (38138)-0550
United States of America
30925 013

7006 0810 0004 5080 4304

RECEIVED CR
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 13 2007
GREGORY C. LANGHAM
CLERK

U.S. Courthouse
CLERK OF THE COURT
1901 19th St.
Denver, Colorado