IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FEB 16 2007

REGISTERED MAIL NUMBER:    7005 1820 0002 7697 8321

Febuary 12, 2007

**Regarding:** UNITED STATES OF AMERICA v. ZEBEDEE E. HALL, DOCKET NUMBER: 01-CR-214-D

### NOTICE OF ACCEPTANCE OF OATH OF OFFICE

Dear Judge/Public Servant and all that you are: I hereby and herein accept your Oath of Office.

The foregoing Notice of Acceptance of Oath of Office is an instrument in Commerce and is made explicitly under reserve and without recourse.

Failure to respond to this offer of Contract within three business days of reciept of this offer establishes your unconditional acceptance of the foregoing, and your promise to uphold all Rights due.

**I am not a corporation, I do not have any property on the ocean, on the sea or any other body of water.**

I am me, my, or myself, the **Sovereign American** without the UNITED STATES.

I declare under the penalty of perjury of the united states of America that the foregoing is true and correct.

By: _____
Zebedee Eli Hall, Agent for ZEBEDEE
E. HALL®, UCC-1-207,308

Right Thumb Print:



REGISTERED MAIL NUMBER ___7005 1820 0002 7697 8321___

FEB 16 2007

**TRUTH AFFIDAVIT**
IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MERITIME CLAIMS RULE C(6)

I, Zebedee Eli Hall, Sui Juris, by special visitation and not general apperence, am Agent for ZEBEDEE E. HALL, with Power of Attorney in Fact to represent ZEBEDEE E. HALL in all commercial affairs. I am of legal age, am competent for stating the matters set forth herewith, have personal knowledge about facts stated herein, have full subject matter jurisdiction over the below Regarding, everything stated is the Truth, the Whole Truth, and nothing but the Truth under the pains and penalties of perjury. There will be NO THIRD PARTIES ALLOWED.

A LAWFUL CONTRACT has (1) Offer; (2) Consideration; (3) Acceptance by all parties for the Contract and; (4) The Signatures by all Parties involved with the Contract. Full disclosure about the CONTRACT is imperative.

**Regarding**; Offer of Contract, DOCKET NUMBER: 01-CR-214-D, UNITED STATES OF AMERICA v. ZEBEDEE E. HALL, in the UNITED STATES DISTRICT COURT OF COLORADO.

1. **FACT:** This affidavit is not a motion or exhibit.
2. **FACT:** This affidavit challenges subject matter jurisdiction in the above regarding.
3. **FACT:** The CHIEF CLERK OF THE COURT has no subject matter jurisdiction.
4. **FACT:** I, Zebedee Eli Hall, Agent for ZEBEDEE E. HALL, am not: a created entity, a corporation, a British subject, a subject of the British Isles, a citizen of England, a British commomwealth subject, a citizen of the UNITED STATES, a citizen of America nor a resident of any land.
5. **FACT:** I, Zebedee Eli Hall, Agent for ZEBEDEE E. HALL, am a child of the Creator Yahweh (the one true God), therefore, my citizenship is in Heaven. While a sojourner on this earth, I am an inhabitant of the land commonlyknown as Colorado, a republic.
6. **FACT:** My Father, Yahweh, created all land and owns all land.
7. **FACT:** The UNITED NATIONS. UNITED STATES, STATE OF COLORADO and COUNTY OF DENVER have deceptively established themselves as holders of the land.
8. **FACT:** I Zebedee Eli Hall, Agent for ZEBEDEE E. HALL, am a child of Yahweh and as my Father is Sovereign who created the land, I also am Sovereign.
9. **FACT:** My right of claim on my land has been verified by my Father's word, Leviticus 25:23-24, and UCC-1 Recording No. 24012454.
10. **FACT:** No corporation can lay claim to My land.
11. **FACT:** No corporate entity can trespass against me or commit a trespassing upon My land.
12. **FACT:** The only claim superior to My Father's (YAHWEH) and Mine (SON OF YAHWEH) is a prior claim to the land.
13. **FACT:** The CLERK OF THE DISTRICT COURT OF COLORADO, at: 901-19th STREET, ROOM A-105, DENVER COLORADO, 80294-3589, does not have a prior or superior claim to My Father's land nor My Land, and neither does the UNITED STATES, STATE OF COLORADO, The UNITED STATES DISTRICT COURT OF COLORADO or any judges within said COURTHOUSE.
14. **FACT:** I Zebedee Eli Hall, Agent for ZEBEDEE E. HALL, am not bound by corporate codes, rules, regulations, statutes and procedures as these pertain only to the corporations for which they are written.
15. **FACT:** The birth certificate for the fiction, ZEBEDEE E. HALL, is claimed on the UCC-1 by the SECURED PARTY, ZEBEDEE E. HALL.

16. **FACT:** I, Zebedee Eli Hall, by Trademark/Copyright, own ZEBEDEE E. HALL.
17. **FACT:** The CLERK OF THE UNITED STATES DISTRICT COURT OF COLORADO, GREGORY C. LANGHAM, in the above Regarding, must **PROVE UP THE CLAIM and do so under the penalty of perjury,** against Me, Zebedee Eli Hall or ZEBEDEE E. HALL or **immediately cease and desist the proceedings under the color-of-law against the sovereign in the party,** Zebedee Eli Hall and ORDER the above Regarding DISMISSED WITH PREJUDICE as the CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT OF COLORADO, IS IN My COMMERCIAL AFFAIRS without a License for doing so.
18. **FACT:** The penalty for committing a COMMERCIAL CRIME is called INVOLUNTARY BANKRUPTCY with immediate FORFEITURE of all assets.
19. **FACT:** Any further correspondence not made under penanty of perjury will cause a Trademark/Copyright violation and you, Gregory C.Langham d/b/a/ GREGORY C. LANGHAM will be billed regardless of what heir/agent of the CHIEF COURT CLERK'S office sends the correspondence. See Claimed Trademark/Copyright within UCC-1 No. 24012454.
20. **FACT:** Gregory C. Langham has been representing Me or has been assuming he has been representing Me, Zebedee Eli Hall, Agent for ZEBEDEE E. HALL the FICTION, and is hereby FIRED.

**Further, Affiant saith not.**

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS AND NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.

Executed without the UNITED STATES, I declare under the penalty of perjury under the laws of the united states of America and of Colorado, a Republic, that the foregoing is true and correct. Without Prejudice, UCC 1-207.

_____ *Zebedee Eli Hall* _____
Zebedee Eli Hall, Agent,
Soverign, Power of Attorney in Fact With the Autograph

**Notice**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true god, Yahweh.

**Jurat**

Colorado state ]
              ]  Ss:
Fremont county ]

Zebedee Eli Hall, known by Me or made known for Me by proper identification and duly sworn and subscribed in My presence this __8__ day of __february__ 2007.

_____ (Notary Signature) _____                                    Seal

Notary Address 5880 Hwy 67 S.
Florence, Co  81226

My Commission Expires
05/30/2010

My Notary Expires _____