UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ZEBEDEE HALL, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Pursuant to the Mandate issued by the United States Court of Appeals for the Tenth Circuit, dated February 14, 2007, a RE-SENTENCING hearing for Defendant Zebedee Hall shall take place **Friday, April 20, 2007, at 2:30 p.m.**

    All motions shall be filed not later than **seven (7) days** prior to the date of sentencing. Proposed orders shall also be electronically submitted to the chambers e-mail account. This deadline does not in any way alter or affect deadlines for the filing of objections or other pleadings established pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

    Dated: February 21, 2007