IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA

    Plaintiff,

v.

1.    WILLIE SMALL, et al,

    Defendants.

**NOTICE OF ATTORNEY APPEARANCE**

    COMES NOW Assistant United States Attorney Kathleen M. Tafoya to enter her appearance as counsel of record for the United States of America in the above-captioned action.

    Dated this 22nd day of February, 2007.

    Respectfully submitted,

    TROY A. EID
    United States Attorney

    By: s/Kathleen M. Tafoya
    KATHLEEN M. TAFOYA
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0308
    Fax: (303) 454–0401
    E-mail: kathy.tafoya@usdoj.gov
    Attorney for Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of February, 2007, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system.

                s/Joyce Hegge
                JOYCE HEGGE
                Legal Assistant to Kathleen Tafoya
                U.S. Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                Phone: (303) 454-0106
                Fax: (303) 454-0401
                E-mail: joyce.hegge@usdoj.gov