Crim. No. 01-CR-00214 WYD
Civil Action No. 06 CV-02557-WYD

Dear Clerk

I received the Governments answer motion to my habeas-petition 2255 motion but I dont see where it shows me how long do I have to respond to there answer motion. Or do I have to. Can I have the Judge way both mine and the Government motions — Just asking. Because I want to respond to adversial responses by Government. But at this I need a coutinuance because I'm in the SHU at this time and also I waiting to get transfered back to Colo ass well and I dont know how long that I will be in transit comming from SC, to ATL (hold over), to Oklahoma (hold over), then Colo. So Im just asking the Court for a coutinuance at this time. If you need to comfirm anything you can call FCi Bennettsville-VHH and ask for "A1 Unit Manger Mr Strevo.

Thank you

FEB 23 2007

GREGORY ... CLE...

Sincerly
Thearion Lloyd
2-20-07

Theolion Sy Lloyd
#30410-013
FCI Bennettsville
Po Box 52020
Bennettsville South Carolina - 29512-52020

FLORENCE SC 295
21 FEB 2007 PM 2 L

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2007

GREGORY C. LANGHAM
CLERK

80294+2500

Office of The CLERK
United State District Court
Alfred A Arraj Courthouse
901 19Th ST Room A 105
Denver Colo 80294-3589