IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ZEBEDEE HALL,

    Defendant.

_____

### GOVERNMENT'S NOTICE
_____

The United States of America, by and through TROY A. EID, United States Attorney, and Kathleen M. Tafoya, Assistant United States Attorney, advises the Court that the undersigned received the attached communication from Defendant, Zebedee E. Hall. The Government does not believe the document was filed with the Court.

The Government further advises that it does not intend to respond to the document unless directed to do so by the Court.

Respectfully submitted this 14th day of March, 2007.

                              TROY A. EID
                              United States Attorney

                              By: *s/Kathleen M. Tafoya*
                              KATHLEEN M. TAFOYA
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, CO 80202
                              Telephone: (303) 454-0308
                              Fax: (303) 454-0401
                              E-mail: kathleen.tafoya@usdoj.gov
                              Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 14th day of March, 2007, I electronically filed the foregoing **GOVERNMENT'S NOTICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Stephen M. Wheeler
Wheeler Law Offices, PC
30244 Upper Bear Creek Road
Evergreen, CO 80439-0309
WheelerLaw@earthlink.net

*s/ Diana Brown*
DIANA BROWN
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Diana.Brown@usdoj.gov

1.