Zebedee Eli Hall, Agent for
ZEBEDEE ELI HALL®, ENS LEGIS
c/o: #30428-013
FEDERAL CORRECTIONAL INSTITUTE
POST OFFICE BOX 6000
FLORENCE, COLORADO [81226-6000]

February 24, 2007

To: KATHLEEN M. TAFOYA, ESQUIRE/ASSISTANT UNITED STATES ATTORNEY

**Regarding:** UNITED STATES OF AMERICA v. ZEBEDEE E. HALL, DOCKET No: 01-CR-214-D

Dear Ms. Tafoya:

The Sovereign living soul, Zebedee Eli Hall, Agent for the ens legis, ZEBEDEE ELI HALL, make the following demands of you, KATHLEEN M. TAFOYA, Esquire/Public Servant:

1. Please produce the legislative act and its implementing regulations that precipitated the above Regarding.

2. Please produce the ligislative act that created the office of lawer, attorney, counselor, esquire. Please give Me the address of this office where I may go and get a Licence for Practicing Law.

3. Please produce a copy of your Oath of Office as an Officer of the Court and where you filed it into the Public Record.

4. Please produce the contract signed by Myself, Zebedee Eli Hall, the Sovereign living Soul, and you, Kathleen M. Tafoya and any other attorney allegedly represented, ZEBEDEE E. HALL®, in which I agreed to give up My constitutional rights.

5. Please give Me your bond number and your bonding company.

6. Please send to Me an acknowledgement that you understand that you have perjured your oath of office and have committed Constructive Treason against the constitution of the united States of America, the State of Colorado and the American Peace Flag.

Note: ZEBEDEE ELI HALL®, or any variation thereof is a Copyright/Trademark and any unauthorized use of said Trademark/Copyright is a $1,000,000,00. fee. You are granted a one time use of ZEBEDEE E. HALL®, for the purpose of providing the above, and below information.

7. Plase produce a copy of your Power Of Attorney In Fact authorizing you, Kathleen M. Tafoya, to act as Agent for the Plaintiff (UNITED STATES OF AMERICA) in the above Regarding.

By: _____
Zebedee Eli Hall®, Agent for ZEBEDEE ELI HALL®, in unlimitted commercial liability, without prejudice UCC 1-207,308

Page 1 of 1

ZEBEDEE E. HALL®
c/o: 30428-013
FEDERAL CORRECTIONAL INSTITUTE
POST OFFICE BOX 6000
FLORENCE, COLORADO [81226-6000]

COLORADO SPRINGS
CO 809 3 T
27 FEB 2007 PM

KATHLEEN M. TAFOYA, ESQUIRE
UNITED STATES ATTORNEY'S OFFICE
1225 17th STREET, SUITE #700
DENVER, COLORADO [80202]

"LEGAL MAIL"

**FEDERAL CORRECTIONAL INSTITUTION**
P.O. BOX 6000
FLORENCE, COLORADO 81226

DATE: 2-26-07

"SPECIAL / LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.