## CERTIFICATE OF SERVICE

I certify that on this 14th day of March, 2007, I electronically filed the foregoing **GOVERNMENT'S NOTICE** with the Clerk of the Court using the CM/ECF system and and I hereby certify that I have mailed the document or paper to the following non CM/ECF participant:

Zebedee Eli Hall
c/o #30428-013
Federal Correctional Institute
Post Office Box 6000
Florence, Colorado 81226-6000

*s/ Diana Brown*
DIANA BROWN
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Diana.Brown@usdoj.gov