UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. THEOLIAN LLOYD,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Theolian Lloyd's Motion for Extension of Time to file a Reply in Support of his Motion to Vacate pursuant to 18 U.S.C. § 2255, filed March 26, 2007 (docket #3436) is **GRANTED** to and including **Friday, April 27, 2007.** This is Defendant's SECOND request for extension of time.

    Dated: March 27, 2007