IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-000214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    ZEBEDEE HALL,

    Defendant.

_____

### GOVERNMENT'S NOTICE
_____

The United States of America, by and through TROY A. EID, United States Attorney, and Kathleen M. Tafoya, Assistant United States Attorney, advises the Court that the undersigned received the attached communication from Defendant, Zebedee E. Hall. The Government does not believe the document was filed with the Court.

The Government asserts the document is incomprehensible and does not intend to respond to the document unless directed to do so by the Court.

Respectfully submitted this 27th day of March, 2007.

                TROY A. EID
                United States Attorney

                By: s/Kathleen M. Tafoya
                KATHLEEN M. TAFOYA
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0308
                Fax: (303) 454-0401
                E-mail: kathleen.tafoya@usdoj.gov
                Attorney for Government

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of March, 2007, I electronically filed the foregoing **GOVERNMENT'S NOTICE** with the Clerk of the Court using the CM/ECF system and and I hereby certify that I have mailed the document or paper to the following non CM/ECF participant:

Zebedee Eli Hall
c/o #30428-013
Federal Correctional Institute
Post Office Box 6000
Florence, Colorado 81226-6000

*s/ Diana Brown*
DIANA BROWN
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Diana.Brown@usdoj.gov

-2-