Certified Mail No. 7005 0390 0002 8962 3062

## Notice of Fault and Opportunity to Cure
## and Contest Acceptance

To: William J. Leone
    Office Of The U.S. Attorney
    1225 17th Street, Suite 700
    Denver, Colorado [80202]

Date: March 8, 2007

Dear Mr. Leone:

On Febraury 20, 2007, the Undersigned private Party caused to be sent to you a CONDITIONAL ACCEPTANCE FOR PROOF OF CLAIM (CAFV), wherein he stipulated and agreed to preform to your 'offer' (indictment/sentence/judgement) sent to you via certified mail Number 700503900000289621488.

You failed to perform after receiving these presentments from Zebedee Eli Hall, and you failed to perform by providing the requested and necessary PROOFS OF CLAIM after recieving the said CAFV from the undersigned per your reciept and acceptance thereof.

As the Respondent, you are now at fault and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through you dishonor should you fail to Cure by providing requested "Proof/discovery, etc. You have the right to cure this fault and perform according to said terms within three (3) days from reciept of this Notice.

Should you fail to cure your fault, this Notice and the Undersigned's following Affidavit will establish the fact in the record of your 'acceptance, agreement and general acquiescence' to the matter established upon Respondents silence, pursuant to and relative to UCC, State and Federal Statute case law and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,

                            Without Prejudice
                            By: _____
                            Zebedee Eli Hall, Agent/Third Party
                            Intervenor/Attorney-In-Fact, in behalf
                            ZEBEDEE ELI HALL®, ENS LEGIS





"SPECIAL / LEGAL MAIL"   3-6-07
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX ___
FLORENCE, CO ___ 81226

DATE: 3-6-07

The enclosed letter was processed through special mailing