IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADDO

Crim. No. 01-CR-00214-WYD
Civil Action No. 06-CV-02557-WYD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2007

GREGORY C. LANGHAM
CLERK

Theolian Sy Lloyd,
    Petitioner,

V.

United States of America,
    Respondant,

MOTION FOR EXTENSION OF TIME

---

Now comes Pro Se Litigant, Theolian Lloyd, petitioning this Honorable Court for an " Extension of Time ", for good cause to file " Reply Brief " to Government's " Response Brief ".

Petitioner is requesting for an " Extension of Time " in which to file " Reply " to Government's " Response Brief " to petitioner's 28 U.S.C. 2255, petitioner has not had access to Law Library which is inadequate in order to properly litigate claims. Therefore, petitioner requests an " Extension of Time " to properly present claims.

### CONCLUSION

Petitioner is requesting a 60-day " Extension of Time " especially in light of the institution's Law Library computers are inoperable at this time.

### RELIEF SOUGHT

Petitioner request he be granted a 60-day " Extension of Time " in which to file Reply or Rebuttal Brief, respectfully.

Respectfully Requesting,

3-22-07
( date )

Theolian Sy Lloyd, #30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512-52020

CERTIFICATE OF SERVICE

I, Theolian Sy Lloyd, do hereby declare that I mailed by first-class mail a one page letter requesting an extension of time, to the following address:

>UNITED STATES DISTRICT COURT
>FOR THE DISTRICT OF COLORADO
>901 19th Street
>DENVER, CO. 80294

with three copies enclosed in envelope. Submitted this 3-22 day of March, 2007.

*Theolia Lloyd*
Theolian Sy Lloyd, #30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512-52020

re: " Motion for Extension of Time "
cc: