IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

MAR 28 2007

Zebedee Eli Hall, Agent/Power
of Attorney in Fact, for
ZEBEDEE E. HALL®

March 23, 2007

TO: CLERK OF THE COURT FOR THE
    DISTRICT COURT OF COLORADO

RE: DOCKET NO. 01-CR-214-D

Dear Sir:

Under and In The Nature of Fed. R. Civ. Proc. Rule 41, I hereby and herein Voluntarily Dismiss/Strike from the Record the following:

1. Mr. Hall's Motion To Dismiss For Lack Of Jurisdiction/Motion For Release, dated January 31, 2007.

2. Mr. Hall's Motion To Halt The Proceedings Due To Fraud And/Or Misrepresentations Upon The Court, dated Febuary 2, 2007.

Your cooperation would be much appreciated.

Sincerely,

By: _____
    Zebedee Eli Hall, Agent/Power of
    Attorney in Fact, c/o: #30428-013
    Federal Correctional Institute
    Post Office Box 6000
    Florence, Colorado

Name: Zebecke W Wall, Sr.

Reg No: 30438-013

Federal Correctional Institution
P.O. Box 6000
FLORENCE, CO 81226-6000

"Legal Mail"

COLORADO SPRINGS
CO 809 1 T
27 MAR 2007 PM

Office of The Clerk
United States District Court
901 - 19th Street, Room A-105
Denver, Colorado [80294-3589]

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 8 2007

GREGORY C. LANGHAM
CLERK