IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 01-cr-214-D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

(7) ZEBEDEE HALL
    Defendant.

## NOTICE OF NON-REPRESENTATION AND REQUEST
## FOR GUIDANCE IN DISPOSING OF FILES

    Comes now Stephen M Wheeler, former court appointed counsel for Defendant Zebedee Hall, and by way of Notice of Non-Representation and Request for Guidance in Disposing of Files, states:

    1.    Defendant has requested that counsel remind the Court that his representation of Defendant terminated with his sentencing and perfection of appeal documents. Defendant clearly states that counsel does not represent him in any manner.

    2.    The Court of Appeals for the 10th Circuit excused counsel's representation of Defendant by mutual request before oral argument and decision. The Court of Appeals did remand the case for re-sentencing, but noted that Defendant was *in pro se* on the appeal.

1

3.      Consequently counsel does not represent Defendant in either the District Court for Colorado or the Tenth Circuit Court of Appeals. And, counsel will not accept a re-appointment to represent Defendant in either Court.

4.      It is noted from a review of the PACER docket entries that the District Court entered a Minute Order scheduling the re-sentencing in this matter for April 20, 2007. It is not clear whether the notice was sent to Defendant since it is presumed that he does not have access to the PACER Court docket from prison.

5.      Counsel has numerous boxes of trial and appellate records and documents in his possession which Defendant may need access to in regard to his re-sentencing. Defendant has apparently not requested appointment of counsel for his re-sentencing. Neither has he requested the documents from counsel. The Bureau of Prisons has previously advised counsel that they object to and will not allow that volume of documents to be in the possession of the Defendant at a Federal facility.

6.      Counsel requests an order of the Court directing that the documents be shipped to Defendant as 'legal documents' and that the Bureau of Prisons decide which documents Defendant should have possession and access to in his *in pro se* defense

Respectfully submitted,
WHEELER LAW OFFICES, P.C.

/s Stephen M Wheeler

*[signature: Stephen M. Wheeler]*

Electronically signed pursuant to C.R.S. § 24-71-101
_____

Stephen M. Wheeler, Esq.
Wheeler Law Offices PC
30244 Upper Bear Creek Road
Evergreen, Colorado 80439
(303) 670-8720 (Fax) 1-866-470-6128

## CERTIFICATE OF SERVICE

Stephen M Wheeler does hereby certify that he filed the foregoing by CM/ECF on April 4, 2007 which will send copies to all registered parties and by mail to Zebedee Hall at Florence Colorado Federal Correctional Insitute.