UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ZEBEDEE HALL,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Notice of Non-Representation and Request for Guidance in Disposing of Files, filed by Stephen M. Wheeler on April 4, 2007. In the Notice, Mr. Wheeler, court appointed counsel for Defendant Zebedee Hall, states that his representation of Defendant Hall has terminated and Defendant does not wish Mr. Wheeler to represent him in any manner. Mr. Wheeler further notes that Defendant proceeded *pro se* on his appeal before the Tenth Circuit Court of Appeals, which resulted in remand of Defendant's case back to this Court for the purposes of resentencing.

Following issuance of the Mandate in this case, I issued a minute order dated February 21, 2007, which set Defendant's resentencing hearing for April 20, 2007 at 2:30 p.m. Mr. Wheeler states that it is not clear whether Defendant has received notice of the resentencing. In addition, Mr. Wheeler notes that he is currently in possession of numerous boxes of trial and appellate records which Defendant may need to access in

regard to his resentencing.  According to Mr. Wheeler, the Bureau of Prisons has previously advised that they will not allow Defendant Hall, who is currently detained in a Federal facility, access to the volume of documents in Mr. Wheeler's possession.

I note that there is no indication in the record before me that Defendant Hall has received the minute order setting the resentencing hearing, or any of the other documents electronically filed in this case since the filing of the Mandate on February 14, 2007.  There is also no evidence in the record that Mr. Wheeler has formally requested to withdraw as counsel for Defendant in the proceedings before this Court.

Therefore, upon consideration of the Notice and the file herein, it is

ORDERED that the resentencing hearing scheduled for **April 20, 2007 at 2:30 p.m.** is converted into a status conference, the purpose of which will be to determine whether Defendant Hall wishes to retain counsel for purposes of preparing for his resentencing hearing.  It is

FURTHER ORDERED that Mr. Wheeler shall file a formal motion to withdraw as counsel for Defendant Hall before the **April 20, 2007**, status conference.  It is

FURTHER ORDERED that Mr. Wheeler shall appear at the **April 20, 2007**, status conference and shall bring any and all documents related to his representation of Defendant Hall to the status conference.  It is

FURTHER ORDERED that the clerk shall mail a copy of this Order to Defendant Zebedee Hall at the address listed in his most recent filing of March 28, 2007.

Dated: April 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge