ATTACHMENT 3

929103wyd.txt

1022

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214-D

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

WILLIAM JAMES SMALL, a/k/a "Pops"; DACHAUN DAVIS, a/k/a
"DayDay"; KEYONNA DAVIS; ALVIN GREEN, a/k/a "Mel Dog"; THEOLIAN
LLOYD, a/k/a "Big Foot"; CURTIS HAWKINS; ZEBEDEE HALL, a/k/a
"Zee"; a/k/a "Zeke"; JAMES STARKEY, a/k/a "Chip"; EDWARD
PALMER, a/k/a "Dog"; FREDRIC WILLIAMS, a/k/a "Chicago"; HERBERT
LEWIS, JR., a/k/a "JR"; ANGELA BREWER; DANIEL McINTYRE; JEFF
ABREU; MAX COOPER, a/k/a "Red"; GEORGE MURRAY, a/k/a "Little
Man"; ERNEST GADDIS, a/k/a "Sheik"; VICTOR MENDINGHALL, a/k/a
"Vic"; SAMMY LEE WOODS; RONALD CLARK, a/k/a "Blue"; BRIDGET
JOHNSON; TIMOTHY CHANDLER; CARLOS JOHNSON; DWAYNE VANDYKE,
a/k/a "NM"; THURMAN DOUGLAS McKNIGHT, a/k/a "Doug"; CHARLES
YOUNG; BRIAN HARRIS, a/k/a "BeeZee"; DAYNA DREW; TOMMY JONES,
a/k/a "Soul"; DAWAN EGUENE SMITH; ANGELA HERNANDEZ; and SANDRA
DAVIS,

     Defendants.
_____

                        REPORTER'S TRANSCRIPT
                        Trial to Jury, Day 6
_____

          Proceedings before the HONORABLE WILEY Y. DANIEL,

Judge, United States District Court for the District of

Colorado, commencing at 8:30 a.m., on the 29th day of

September, 2003, in Courtroom 15, United States Courthouse,

Denver, Colorado.


     Proceeding Reported by Mechanical Stenography, Transcription
           Produced via Computer by Kara Spitler, RMR, CRR,
          901 19th Street, Denver, CO, 80294, (303) 623-3080
```

1023

1                         APPEARANCES

2         KATHLEEN TAFOYA and GUY TILL, Assistant United States

Page 1

929103wyd.txt

3  Attorneys, 1225 17th Street, Suite 700, Denver, CO 80202, for
4  plaintiff.
5       MATTHEW GOLLA, Assistant Federal Public Defender, 633
6  17th Street, Suite 1000, Denver, CO 80202, for defendant
7  Small.
8       RICHARD BANTA, 1720 Emerson Street, Denver, CO
9  80218, and MICHAEL WILLIAMS, 1720 Emerson Street, Denver, CO
10 80218, for defendant Green.
11      JOHN SCHLIE, John Henry Schlie & Barry A. Schwartz,
12 P.C., 1700 Broadway, Suite 1820, Denver, CO 80290, for
13 defendant Lloyd.
14      DAVID JOYCE, 1860 Race Street, Denver, CO 80206, for
15 defendant Hall.
16      DAVID SAVITZ, 1660 Wynkoop Street, Suite 1100,
17 Denver, CO 80202-1160, for defendant Cooper.
18      WADE ELDRIDGE, 1120 Lincoln Street, Suite 809,
19 Denver, CO 80203, for defendant Murray.
20      RONALD GAINOR, 6414 Fairways Drive, Longmont, CO
21 80503, for defendant Woods.
22               PROCEEDINGS
23   (In open court at 8:30 a.m.)
24      THE COURT: You may be seated.
25      Some motions in limine were filed, but I'm not going

1024

1  to deal with them right now. I want to get started with the
2  jury trial.
3      Let's bring the jury in.
4      Actually, one was a motion in limine filed by
5  Mr. Banta and the other was government's request for foundation

Dachaun Davis - Direct					1254

1  Q  Yes. And tell us what happened then. I mean, what did you
2  see?
3  A  The same process again. You know, water, the coke, the
4  baking soda, and the cookie.
5  Q  Was it about the same size?
6  A  Yeah.
7  Q  You know, you've talked about Alvin Green. Does he have
8  any relationship to the Davis family?
9  A  No.
10 Q  Did he have any relationships with anyone in the Davis
11 family?
12 A  Yes. With Keyonna.
13 Q  What was that relationship?
14 A  They were friends back before, I guess. Dated, whatever.
15 Q  You remember coming into the office of the U.S. attorney
16 and giving some statements about your role and involvement in
17 the case?
18 A  Yes.
19 Q  Did you come in more than once?
20 A  Yes.
21 Q  On the first time that you came in, in February of 2003,

22  did you give the complete picture?

23  A  No.

24  Q  Why not?

25  A  Because I felt some sympathy, I guess, for a few of the

Dachaun Davis - Direct            1255

1  guys on the case.

2  Q  Who did you not tell about the first time around?

3  A  Mel. Mel Dog.

4  Q  Alvin Green?

5  A  Yeah, Alvin Green.

6  Q  Did you -- did you change your mind about that later?

7  A  Yes.

8  Q  And what did you -- what did you say when you came back in

9  the second time?

10 A  That it was a -- I seen him with large amounts of money,

11 guns, and drugs.

12 Q  And was that truthful?

13 A  Yes.

14 Q  And why hadn't you told us that the first time?

15 A  Like I said, I felt some sympathy towards him. I had been

16 knowing him since I was young. So I, you know, I felt like I

17 didn't want to tell.

18 Q  You said, too, that in addition to -- well, let me ask you

19 first before we leave the cooking process. Did you ever get to

20 where you could do it, yourself?

21 A  No.

Dachaun Davis - Direct                  1268

1       THE COURT: All right. We're going to stop for the
2  evening.

3       And during this evening recess, the admonitions I've
4  given you before applies with equal force. We're going to
5  start tomorrow morning at 9:15, so I ask that you be here at
6  nine so we can start at 9:15. So you're excused until tomorrow
7  morning.

8       THE COURTROOM DEPUTY: All rise.

9       (Jury out at 5 p.m.)

10      (Recess at 5:01 p.m.)

11              REPORTER'S CERTIFICATE

12      I certify that the foregoing is a correct transcript
13  from the record of proceedings in the above-entitled matter.
14  Dated at Denver, Colorado, this 17th day of October, 2003.

15

16      _____
                Kara Spitler
17  WITNESSES

18  Todd Wilcox

19      Direct Examination Continued By Ms. Tafoya    1024

20      Cross-examination By Mr. Golla                1070

21      Cross-examination By Mr. Savitz               1102