Certified Mail # 7005 0390 0002 8962 3246

UNITED STATES OF AMERICA
600 PENNSYLVANIA AVENUE
WASHINGTON, D.C.

UNITED STATES DISTRICT COURT
JUDGE WILEY Y. DANIEL/CLERK OF THE COURT
901 19th STREET
DENVER, COLORADO

```
                FILED
       UNITED STATES DISTRICT COURT
           DENVER, COLO.

           APR 1 6 2007

       GREGORY C. LANGHAM
                        CLERK
```

**Regarding**: UNITED STATES OF AMERICA v. ZEBEDEE HALL, (ORDER BY WILEY Y. DANIEL), dated April 5, 2007, addressed to ZEBEDEE HALL, FCI, P.O. BOX 6000, FLORENCE, COLORADO.

**Reference**: DOCKET NUMBER: 01-CR-214-D

I am in reciept of the presentment detailed in the above Regarding/Reference. In looking through the presentment, by judge Wiley Y. Daniel, sent to ZEBEDEE HALL, I did not find a UNITED STATES OF AMERICA check or money order enclosed.

This correspondence for UNITED STATES OF AMERICA/WILEY Y. DANIEL, through Power of Attorney in Fact, Zebedee Eli Hall, is in good faith on My part in which I seek My Remedy. Please note My Acceptance for Value for UNITED STATES OF AMERICA'S/WILEY Y. DANIEL'S Offer/Presentment, and also note that I am Exempt from Levy.

UNITED STATES OF AMERICA, by virtue through it's position, is a constitutor of the government, and as such UNITED STATES OF AMERICA is Holder of the Principal Obligation by Public Policy. In other words, UNITED STATES OF AMERICA holds My Remedy. Under Public Policy **NO** Contract can be made requiring Me to **PAY** in anything or in any form. (See attached HJR 192, June 5, 1933)

By virtue of UNITED STATES OF AMERICA holding Me, or attempting by holding Me, substance, is UNITED STATES OF AMERICA requiring Me, by Court ORDER, threat, force of arms, or forced incarceration for being forced and/or decieved into a unilateral contract?

By violating Public Policy, is UNITED STATES OF AMERICA attempting by inducing, forcing or coercing Me into accepting by transfer, the Primary Obligation by forcing Me for **PAYING** either with Federal Reserve Notes, incarceration, probation, community service, or a combination of any or all of the above?

I am taking this opprotunity by making Myself perfectly clear with full disclosure and no mis-understanding, clean hands and good faith. I will not accept the transfer of the Principal Obligation from the UNITED STATES OF AMERICA for Me.

Please take My Acceptance for Value of UNITED STATES OF AMERICA'S Presentment and Adjust My account. If you choose not to do so, please remit the stated amount on UNITED STATES OF AMERICA'S check or money order for My endorsement and I will Adjust the account for UNITED STATES OF AMERICA.

If you have further questions, you are authorized to use the Trademark/Copyright, ZEBEDEE E. HALL®, to contact Me in writing to make sure We have no mis-understanding

-1-

-2-

and all ledering is handled appropriately.

Thank you very much. I look forward to UNITED STATES OF AMERICA'S/WILEY Y. DANIEL'S response by Public Policy Truth and Lending within three days from UNITED STATES OF AMERICA'S/WILEY Y. DANIEL'S reciept by certified mail. Should UNITED STATES OF AMERI-CA choose to respond or not respond, in three (3) days, **By Power of Attorney in Fact,** there is no longer permission by consent or assent for any demand for payment being Ordered or levied against Me.

Until then I remain, very truly yours,

ZEBEDEE E. HALL®, GRANTOR
SECURED PARTY Signature

By: _____
Zebedee Eli Hall®, Agent, Power of
Attorney in Fact, with Autograph

Right Thumb Print



(          )

_____

\*NOTE\* Power of Attorney in Fact is Filed for your viewing. (See Docket)

Attachments: HJR-192, UCC-3-419, Acceptance For Value for the above Regarding/Reference.

## Public Policy HJR-192

## JOINT RESOLUTION TO SUSPEND THE GOLD STANDARD AND ABROGATE THE GOLD CLAUSE, JUNE 5,1933
### H.J. Res. 192, 73rd Cong., 1st Session

<u>Joint resolution</u> to assure uniform value to the coins and currencies of the United States.

<u>Whereas</u> the holding of or dealing in gold affect the <u>public (government) interest</u>, and therefore subject to proper regulation and restriction; and

<u>Whereas</u> the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States[the Corporation or Federal Reserve System], or in an amount of money of the United States [the Corporation] measured thereby, obstruct the power of the Congress to regulate the value of money of the United States [the Corporation], and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it Resolved by the Senate and House of Representatives of the United States of America in Congress Assembled, That

   (a) <u>every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States [the Corporation] measured thereby, is declared to be against public policy [the public officials, servants]; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provisions is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.</u>

   (b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States (the Corporation), excepting currency) Federal Reserve Notes and circulating notes of Federal Reserve banks and national banking associations.

   SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled " An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

   "All coins and currencies of the United States [the corporation] (including Federal Reserve Notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, for public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

*Approved June 5, 1933, 4:30 p.m.*

## *Instruments Signed for Accommodation UCC 3-419.*

(a) If an instrument is issued for value given for the benefit of a party to the instrument ("accommodated party") and another party to the instrument ("accommodation party") signs the instrument for the purpose of incurring liability on the instrument without being a direct beneficiary of the value given for the instrument, the instrument is signed by the accommodation party "for accommodation".

(b) An accommodation party may sign the instrument as maker, drawer, acceptor, or indorser and, subject to subsection (d), is obliged to pay the instrument in the capacity in which the accommodation party signs. The obligation of an accommodation party may be enforced notwithstanding any statute of frauds and whether or not the accommodation party receives consideration for the accommodation.

(c) A person signing an instrument is presumed to be an accommodation party and there is notice that the instrument is signed for accommodation if the signature is an anomalous indorsement or is accompanied by words indicating that the signer is acting as surety or guarantor with respect to the obligation of another party to the instrument. Except as provided in Section 3-605; the obligation of an accommodation party to pay the instrument is not affected by the fact that the person enforcing the obligation had notice when the instrument was taken by that person that the accommodation party signed the instrument for accommodation.

(d) If the signature of a party to an instrument is accompanied by words indicating unambiguously that the party is guaranteeing collection rather than payment of the obligation of another party to the instrument, the signer is obliged to pay the amount due on the instrument to a person entitled to enforce the instrument only if (i) execution of judgment against the other party has been returned unsatisfied. (ii) the other party is insolvent or in an insolvency proceeding. (iii) the other party cannot be served with process, or (iv) it is otherwise apparent that payment cannot be obtained from the other party.

(e) An accommodation party who pays the instrument is entitled to reimbursement from the accommodated party and is entitled to enforce the instrument against the accommodated party. An accommodated party who pays the instrument has no right of recourse against, and is not entitled to contribution from an accommodation party.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

7. ZEBEDEE HALL,

Defendant.

## ORDER

THIS MATTER is before the Court on the Notice of Non-Representation and Request for Guidance in Disposing of Files, filed by Stephen M. Wheeler on April 4, 2007. In the Notice, Mr. Wheeler, court appointed counsel for Defendant Zebedee Hall, states that his representation of Defendant Hall has terminated and Defendant does not wish Mr. Wheeler to represent him in any manner. Mr. Wheeler further notes that Defendant proceeded *pro se* on his appeal before the Tenth Circuit Court of Appeals, which resulted in remand of Defendant's case back to this Court for the purposes of resentencing.

Following issuance of the Mandate in this case, I issued a minute order dated February 21, 2007, which set Defendant's resentencing hearing for April 20, 2007 at 2:30 p.m. Mr. Wheeler states that it is not clear whether Defendant has received notice of the resentencing. In addition, Mr. Wheeler notes that he is currently in possession of numerous boxes of trial and appellate records which Defendant may need to access in

regard to his resentencing. According to Mr. Wheeler, the Bureau of Prisons has previously advised that they will not allow Defendant Hall, who is currently detained in a Federal facility, access to the volume of documents in Mr. Wheeler's possession.

I note that there is no indication in the record before me that Defendant Hall has received the minute order setting the resentencing hearing, or any of the other documents electronically filed in this case since the filing of the Mandate on February 14, 2007. There is also no evidence in the record that Mr. Wheeler has formally requested to withdraw as counsel for Defendant in the proceedings before this Court.

Therefore, upon consideration of the Notice and the file herein, it is

ORDERED that the resentencing hearing scheduled for **April 20, 2007 at 2:30 p.m.** is converted into a status conference, the purpose of which will be to determine whether Defendant Hall wishes to retain counsel for purposes of preparing for his resentencing hearing. It is

FURTHER ORDERED that Mr. Wheeler shall file a formal motion to withdraw as counsel for Defendant Hall before the **April 20, 2007**, status conference. It is

FURTHER ORDERED that Mr. Wheeler shall appear at the **April 20, 2007**, status conference and shall bring any and all documents related to his representation of Defendant Hall to the status conference. It is

FURTHER ORDERED that the clerk shall mail a copy of this Order to Defendant Zebedee Hall at the address listed in his most recent filing of March 28, 2007.

Dated: April 5, 2007

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge

