IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
      DENVER, COLO.

   APR 1 6 2007

GREGORY C. LANGHAM
                CLERK
```

ZEBEDEE E. HALL®, In Unlimited
Commercial Liability, Pursuant
To UCC Filing NO. 24012454     :
                               :
              PETITIONER,      :
                               :
v.                             :   CAUSE NUMBER-1:01-CR-214-D
                               :             WYD
UNITED STATES OF AMERICA,      :
                               :
              RESPONDENT.      :

---

## MR. HALL CHALLENGES THE JUDGMENT
## AS VOID UNDER FED. R. CIV. PROC. RULE 60 (b)(4)

---

Zebedee Eli Hall, sui juris, a flesh and blood man, a living soul, by special appearance and not general appearance, Agent with Power of Attorney in Fact on the record, for the above captioned Petitioner, ZEBEDEE E. HALL, (hereinafter, Mr. Hall), files this Motion which Challenges The Judgement As Void Under Fed. R. Civ. Proc. Rule 60 (b)(4). The Memorandum of Law attached hereto is incorporated herein by reference as though it were set forth at length.

Date: March 28, 2007          By: _____/s/ Zebedee Eli Hall_____
                                  Zebedee Eli Hall, Agent/Power of
                                  Attorney in Fact, with Autograph
                                  For, ZEBEDEE E. HALL®, c/o:
                                  #30428-013
                                  FEDERAL CORRECTIONAL INSTITUTE
                                  POST OFFICE BOX 6000
                                  FLORENCE, COLORADO