IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 01-cr-214-WYD

UNITED STATES OF AMERICA,
    Plaintiff,
v.

(7) ZEBEDEE HALL
    Defendant.

_____

MOTION TO WITHDRAW AS APPOINTED COUNSEL
_____

Pursuant to order of the Court dated April 5, 2007 (Docket 3443) and upon the request of *pro se* Defendant Zebedee Hall by letter to and concurrence by former counsel Stephen M. Wheeler, counsel files this formal motion to withdraw as Criminal Justice Act appointed counsel for Defendant and in support states:

1.    Counsel was appointed to represent Defendant in various post-conviction motions and sentencing on or about March 12, 2004. Defendant was sentenced on April 14, 2005. Thereafter Defendant appealed his conviction in the Tenth Circuit Court of Appeals, being case number 05-1251 with a cross appeal by the United States Government.

2.    The Court correctly notes that counsel has not filed a formal motion to withdraw from representation in the United States District Court. That is because the issues leading to withdrawal did not fully arise until the matter was transferred

to the Court of Appeals. Normally CJA District Court representation terminates upon the Court forwarding the designated record to the Court of Appeals.

3.      Thereafter, upon being advised that the issues to be raised on appeal were the responsibility of counsel, Defendant began filing repeated accusations and pro se filings and letters to both the District Court (Docket 3349 and response 3354)and the Court of Appeals alleging inadequate representation, along with some very unique motions since the appeal was decided.

4. The Court of appeals recognized that matters had progressed to a irreconcilable conflict of representation requiring a motion to withdraw as counsel. (See in general, *United States v. Rhodes*, 2005 WL 3293941 (10th Cir, Okla., December 6, 2005)), and granted counsel's motion to withdraw from representation on May 5, 2006, noting that Defendant was then proceeding *in pro se* on the appeal. The decision and mandate of February 14, 2007 also notes that Defendant is *pro se* in the case.

5.      Defendant filed a grievance with the Colorado Supreme Court against counsel, which while dismissed further emphasized Defendant's mistrust of counsel.

6.      Because of Defendant's actions counsel has an irreconcilable conflict of representation of Defendant in any court. Further, it is clear from Defendant's recent filings that he desires to and does represent himself in these proceedings and has specifically asked former counsel to so advise the Court.

WHEREFORE counsel asks the Court to terminate his appointment to represent Defendant.

          S/ Stephen M Wheeler

          WHEELER LAW OFFICES PC
          Stephen M. Wheeler, Esq.
          Attorney for Defendant-Appellant
          30244 Upper Bear Creek Road
          Evergreen, Colorado 80439
          303-670-8720  (Fax) 866-470-6128
          WheelerLaw@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, the required number of copies of the foregoing Defendant-Appellant's Motion To Withdraw were electronically filed with copies to be automatically sent to registered counsel and by first class mail to the Defendant:

JAMES C. MURPHY, ESQ.
ASSISTANT US ATTORNEY
1225 17TH STREET, 7TH FLOOR
DENVER, CO 80202

ZEBEDEEE E. HALL  30428-013
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 6000
FLORENCE, CO 81226-6000

          S/Stephen M Wheeler
          _____
          Stephen M. Wheeler

Certified Mail Number: 7005 0390 0002 8962 3253

STEPHEN M. WHEELER, PC
WHEELER LAW OFFICES
30244 UPPER BEAR CREEK ROAD
EVERGREEN, COLORADO

**Regarding**: Presentment dated April 4, 2007, from Stephen M. Wheeler, addressed to ZEBEDEE E. HALL®, #30428-013, FCI, P.O. Box 6000, Florence, Colorado, and recieved on April 13, 2007, which is attached, rejected and returned for failure to Certify Under Penanty of Perjury.

**Dear Stephen M. Wheeler:**

I, Zebedee Eli Hall, Agent and Power of Attorney in Fact, for handling all commercial Affairs for ZEBEDEE E. HALL®, do hereby **Notice** you, without Prejudice, of the following:

**Stephen M. Wheeler**, until you provide Me a written declaration that is made under the penalty of perjury, I cannot make a legal determination about the above Regarding. Stephen M. Wheeler, your Offer of Contract in the above Regarding is hereby rejected and returned to you unsigned in full accord with Truth and Lending. Any further correspondence from You, the signers, their Agents, Heirs, or assigns must be made under the Penalty of Perjury.

Stephen M. Wheeler, must **PROVE UP THE CLAIM** against Me, Zebedee Eli Hall, or ZEBEDEE E. HALL®, or **immediately cease and desist the proceedings under the color-of-law against the Sovereign in the party, Zebedee Eli Hall.** (Public Law 95-109, Sec.805C, The Fair Debt Collection Practices Act USCA § 1601,1692)

Any further correspondence not made under the Penalty of Perjury will cause another Trademark/Copyright violation and You, Stephen M. Wheeler, will be billed regardless of what heir or agent of the Wheeler Law Offices sends the correspondence.

Stephen M. Wheeler, if you think you are representing Me or ZEBEDEE E. HALL®, in this Subject Matter, you are FIRED!

Notice to Agents is Notice to Principals and Notice to Principals is Notice To Agents

This document was prepared by Zebedee Eli Hall®, Agent,

ZEBEDEE E. HALL®, GRANTOR
SECURED PARTY, Signature

*Zebedee Eli Hall*
Zebedee Eli Hall, Agent, Power of Attorney in Fact, with the Autograph

Right Thumb Print

(           )

-1-