UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Attorney Stephen M. Wheeler's Motion to Withdraw as Appointed Counsel, filed April 18, 2007 (docket #3448), as well as several motions filed by Defendant Zebedee E. Hall. A hearing on the motion to withdraw took place on Friday, April 20, 2007. For the reasons set forth on record at the hearing, it is hereby

ORDERED that Attorney Stephen M. Wheeler's Motion to Withdraw as Appointed Counsel, filed April 18, 2007 (docket #3448) is **GRANTED**, and Defendant Hall shall proceed in this matter *pro se*. It is

FURTHER ORDERED that the documents in Mr. Wheeler's possession shall be returned to Defendant and Defendant shall have access to those documents while in custody of the Bureau of Prisons. It is

FURTHER ORDERED that the Motion to Dismiss for Lack of Jurisdiction, filed February 6, 2007 (docket #3415); the Motion to Halt Proceedings, filed February 9,

2007 (docket #3419) and the Motion Challenging the Judgment as Void, filed April 16, 2007 (docket #3446), all filed by Defendant, are **DENIED**.

Dated: April 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge