IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

(To be supplied by the court)

UNITED STATES OF AMERICA,

v.

FREDRIK DEVON Williams _____, Movant.

---

**MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255**

---

### A. CONVICTION UNDER ATTACK

1. Name and location of the court that entered the judgment of conviction you are attacking:

   U.S. District Court, District of Colorado, U.S. Courthouse 901-19th St. Denver, Colo. 80294

2. Date the judgment of conviction was entered:

   March 8th, 2004

3. Case number:

   01-CR-214-10-D

4. Describe the type and length of sentence imposed:

   3559 PLR2 - (105) Months - 5yrs Probation

(Rev. 4/15/02)

5. Are you serving a sentence that was imposed for a conviction other than the conviction you are attacking in this application?      ___ Yes  ✓ No  (CHECK ONE)

6. Nature of the offenses with which you were charged: (all counts)  21 U.S.C. 846, 21 U.S.C. 843(b), 21 U.S.C. 841(a)(1) & (b)(1) 21 U.S.C. 853

7. On which counts were you convicted?  21 U.S.C 841(a)(1)/(b)(1)(b) & 18 U.S.C 2

8. What was your plea?  Guilty

9. If you pled guilty pursuant to a plea bargain, describe the terms and conditions of the plea:  That I would be sentenced to (60) Months incarceration, with (60) Months Probation. Not the (105) Months imposed.

10. Kind of trial:      ___ Jury  ✓ Judge only  (CHECK ONE)

11. Did you testify at trial?      ___ Yes  ✓ No  (CHECK ONE)

## B. DIRECT APPEAL

1. Did you file a direct appeal?      ✓ Yes  ___ No  (CHECK ONE)

2. Date and result of 10th Circuit decision (attach a copy of the decision if available):  May 10th, 2004 (Withdrawal)

3. Date and result of any appeal to the United States Supreme Court (attach a copy of the decision if available):  N/A

4.  List the claims raised on direct appeal:

*(ENHANCED SENTENCE) That I "DID NOT" MaKe aNY arrangement personally, through counsel, or with the U.S.a Kathleen Tafoya to Recieve an ENHanced SENTENCE of (105) months, after I pled Guilty. (see attachment).*

5.  If you did not file a direct appeal, explain why:

_____

_____

_____

## C. POSTCONVICTION PROCEEDINGS

1.  Other than a direct appeal, have you initiated any postconviction proceedings with respect to the judgment under attack?

    ___ Yes  ✓ No  (CHECK ONE)

2.  If you answered "Yes" to question 1., give the following information for each postconviction proceeding.  If you have initiated more than one postconviction proceeding, use extra paper to list each proceeding using the format below.

    A.  Name and location of court:  _____

    B.  Type of proceeding:  _____

    C.  Date filed:  _____

    D.  List the claims raised:  _____

    _____

    _____

E.   Date and result (attach a copy of the decision if available):     _____

F.   Did you appeal?       ___ Yes ___ No  (CHECK ONE)

G.   Date and result on appeal (attach a copy of the decision if available):     _____

3.   If the instant application is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application?    ___ Yes ___ No  (CHECK ONE)

## D. CLAIMS

State concisely every claim that you wish to assert in this action.  For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s).  If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims.  Identify clearly any additional pages that you attach to this form.

1.   Did you raise on direct appeal or in a prior action any of the claims you are asserting in this motion?    ✓ Yes ___ No  (CHECK ONE)

2.   If you answered "Yes" to question 1., state which claims previously were raised and explain why those claims are being raised again:

at the advice and threat of a further enhancement and any possible "MAXIMUM SENTENCE" by my attorney, I withdrew my appeal.  (SEE attachment).

3.   If you answered "No" to question 1., state which claims were not raised previously and explain why those claims were not raised on direct appeal or in a prior action:

The REASON(s) that I NEVER had the opportunity to argue, or challenge the "breach" of contract is because of the perjurous lies of my unethical attorney, LYNN PIERCE.

4.    Claim One:    ENHANCED SENTENCE (BREACH of CONTRACT)

A.    Supporting facts:

MY court appointed attorney, LYNN PIERCE, NOT ONLY lied to me, but she also PERJURED herself by misinforming me in stating that if I lost my appeal that I could possibly RECIEVE a maximum (40) YEAR SENTENCE that would be IMPOSED by the same JUDGE, Wiley Y. Daniel. FROM MY OWN RECENTLY DISCOVERED, and INDEPENDENT RESEARCH I have found that MRS. LYNN PIERCE lied to me, (see attached copy of MOTION FOR VOLUNTARY withdrawal of appeal). It was, and is, MY UNDERSTANDING that a plea agreement is a "binding" contract between the court & the DEFENDANT (MYSELF) and that any stipulation that is "IMPOSED" after, that contract is a breach of said contract.

5.    Claim Two:    Violation of Right to appeal!

A.    Supporting Facts:

DUE TO THE NEGLIGENCE and unethical behavior of MY court appointed attorney MY Right to a formal appeal has BEEN VIOLATED, DENYING ME MY Right to appeal MY UNJUST SENTENCE!

6.    Claim Three: CONVICTION OBTAINED by plea of GUILTY, WHICH WAS UNLAWFULLY INDUCED OR NOT MADE VOLUNTERILY WITH THE UNDERSTANDING OF THE NATURE OF THE CHARGE, OR THE CONSEQUENCES OF THE PLEA.

A.    Supporting facts:

DURING THE PLEA AGREEMENT PROCEDURES I WAS INFORMED that I WOULD NOT HAVE ANY CAREER CRIMINAL CHARGES FILED AGAINST ME by A.U.S.a KATHLEEN TAFOYA. A.U.S.a KATHLEEN TAFOYA FURTHER INFORMED MYSELF, AS WELL AS MY COURT APPOINTED ATTORNEY LYNN PIERCE THAT I WAS NOT ELIGIBLE FOR THE CAREER CRIMINAL STATUTE, AND THAT IN THE EVENT THAT THE PRESENTENCE REPORT SHOULD IMPLY OTHERWISE, THAT SHE WOULD FILE A MOTION FOR A 50% DOWNWARD DEPARTURE TO THE COURT. WHICH SHE DID, AND THAT SHE WOULD ALSO FILE A 35(b) MOTION IN ORDER TO MAINTAIN THE (60) MONTH "AGREED UPON AND ACCEPTED" SENTENCE THAT I ORIGINALLY PLED OUT TO, WHICH SHE HAS NOT FILED.

7.    Claim Four:    INEFFECTIVE ASSISTANCE OF COUNSEL

A.    Supporting facts:

MY ATTORNEY (LYNN PIERCE) NEVER OFFICIALLY FILED ANY MOTIONS IN DEFENSE OF MY CHARGES, NOR DID SHE PROVIDE ME WITH ADEQUATE REPRESENTATION, OR PROVIDE ME WITH VALID INFORMATION. LYNN PIERCE NEGOTIATED WITH A.U.S.a KATHLEEN TAFOYA TO HAVE ME TO PLEAD GUILTY UNDER FALSE PRETENSES IN ORDER TO OBTAIN MY CONVICTION. ATT. LYNN PIERCE LIED, PERJURED HERSELF, AND NEVER ATTEMPTED TO DO ANYTHING EXCEPT TO ASSIST THE A.U.S.a IN CONVICTING ME by PLEADING GUILTY UNDER COERSION AND FALSE PRETENSES.

## E. OTHER CONVICTIONS

1.  Do you have any concurrent or future sentence(s)
    to be served after you complete the sentence
    imposed as a result of the conviction under
    attack?                                         ✓ Yes ___ No (CHECK
                                                    ONE)

2.  If you answered "Yes" to question 1., give the following information for each
    sentence:

    A.  Name and location of the court:  DENVER StateCourt

    B.  Case number:  00CR - 4280

    C.  Type and length of sentence:  4 YEARS - 3 YRS. Parole

### F. LEGAL REPRESENTATION

1.  List the names and address, if known, of each attorney who has represented you in
    proceedings regarding the conviction under attack:

    A.  Preliminary hearing:  Kirk Brush, Ft. Collins, Colorado

    B.  Arraignment and plea:  LYNN PIERCE
                               720 Kipling St. #201, Lakewood, CO. 80215

    C.  Trial:  LYNN PIERCE '' '')

    D.  Sentencing:  LYNN PIERCE '' '')

    E.  Appeal:  LYNN PIERCE '' '')

    F.  Postconviction proceedings:  LYNN PIERCE '' '')

(Rev. 4/15/02)                    7

G.    Appeal from any adverse ruling
       in postconviction proceedings:    _____

### G. REQUEST FOR RELIEF

I request the following relief: To have my sentence commuted to the originally agreed upon sentence of (60) months that is stipulated, and accepted by myself, my attorney (Lynn Pierce), a USa (Kathleen Tafoya) as well as by the court. I "DID NOT" agree to any enhancements, only to the (60) months. In light of the "Booker" decision the sentencing guidelines have been ruled unconstitutional, making the guidelines "advisory", and no longer "mandatory". I am requesting to have my sentence adjusted to its original agreement of (60) months.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the movant in this action, that I have read this motion, and that the information in this motion is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  4·16·07
_____
                     (Date)

_____
(Movant's Original Signature)

Movant's prisoner identification number and complete mailing address:

Freddie Deon Williams # 08375·026
Federal Correctional Institution
P.O Box 1000, Oxford, Wisconsin 53952

(Rev. 4/15/02)                                    8

attachment in support of Claims:

1.
4.4.07

Honorable Judge Wiley Y. Daniel,

My name is Fredric Devon Williams, I was sentenced in your courtroom on (3.18.04) for the charges of possesion with intent to distribute crack cocaine, as well as aiding & abetting. Charges that stem from a conspiracy charge that involved myself and numerous other co-defendants in the Willie Small case. I am filing this 28 U.S.C. 2255 and writing this letter to you, Sir, in support of my claims of perjury, lies, deception, ineffective assistance of counsel, as well as denial of appeale issues. Judge Daniel Sir, I would like to address these issues with you before I initiate any further legal action against my court appointed attorney, Lynn Pierce, as well as a U.S.A. Kathleen Tafoya. Your Honor, a U.S.A. Kathleen Tafoya & Lynn Pierce collectively informed me that there would be no career criminal charges filed against me once I decided to plead "Guilty" to the charge of possesion with intent to distribute (7) grams of crack cocaine, that all other charges would be dismissed, and that I would eventually be given a (60) month sentence with a (5) year probation period. During the preparation of what I considered, and was led to believe to be a "binding & legal" plea agreement I was instructed by a U.S.A. Kathleen Tafoya to plead guilty to the charge with the promise of there being a motion for a 50% downward departure, as well as a motion 35(b) to solidify the arranged, accepted, and agreed upon (60) month sentence. This was to be established in the event of the pre-sentence reports findings which may have discovered different elements

2.

Other than the assessments that a U.S.A. Kathleen Tafoya, my attorney, and myself, had previously determined. In hindsight, the pre-sentence investigators report found me to be in the career criminal realm, which I protested adamantly with my attorney & a U.S.A. Kathleen Tafoya, but I was advised by a U.S.A. Kathleen Tafoya to be patient and that she would then file an additional (35 b) motion along with the request for the 50% downward departure. a U.S.A. Tafoya did in fact file the motion requesting the agreed upon 50% downward departure, but has not followed up with her promise of the (35 b) requesting the appropriate adjustment of my (105) month sentence to the "agreement" of the original (60) months sentence that was offered to me and accepted. My court appointed attorney Lynn Pierce, has persistently pursued this issue with a U.S.A. Kathleen Tafoya for approximately 3 years since my sentencing date of (3.8.04), all to no avail. Approximately 18 months ago my attorney advised me that Kathleen Tafoya would be attending her (sabbatical) pertaining to her Jewish faith, and that she would be inactive for 1 year, but as soon as she was actively on duty that she would file the (35 b). I have had various and numerous conversations with Lynn Pierce being the liaison between a U.S.A. Kathleen Tafoya and myself, in regards to the issues that I have filed into evidence in my "claims" with you. Unfortunately, according to Lynn Pierce, a U.S.A. Kathleen Tafoya wants me to establish information on other individuals who are known to be involved in criminal activity in the Denver/Aurora area before she will fulfill her promise to me from 2004. I personally

3.

have NO INTEREST, NEED, OR DESIRE, to PARTICIPATE OR to INDULGE IN any aspect of CRIMINAL activity, BE IT INDIRECTLY OR DIRECTLY, JUDGE DANIEL, I KNOW that it is UNETHICAL, UNPROFESSIONAL and ILLEGAL FOR any party who is SWORN to Uphold the LAWS of THE COURT to BE INVOLVED IN such UNETHICAL, UNPROFESSIONAL, & ILLEGAL BEHAVIOUR, but FOR WELL OVER (3) YEARS MY COURT appointed attorney, LYNN PIERCE, a U.S.a Kathleen Tafoya, and myself have BEEN avidly DISCUSSING My possibly BEING an INFORMANT & supplier of INFORMATION IN ORDER FOR ME to have MY SENTENCE adjusted to its ORIGINAL (60) MONTHS. all I am INTERESTED IN is having MY SENTENCE REFLECT what was INITIALLY "agreed" UPON and (PROMISED) IN MY ORIGINAL "PLEA AGREEMENT" of ((60) MONTHS. I FEEL LIKE a U.S.a Kathleen TAFOYA & MY attorney LIED, PERJURED, and COERCED ME INTO assisting THEM, and NOW I SENSE that they are TRYING to EXTORT ME INTO DOING THINGS that WERE NOT INCLUDED IN the ORIGINAL PLEA AGREEMENT, OR a part of our MUTUALLY ACCEPTED & AGREED UPON DECISION. MY PLEA and PLEA AGREEMENT was also ACCEPTED IN COURT. SIR, I have WRITTEN to the COLORADO SUPREME COURT OFFICE OF DISCIPLINARY COUNSEL, DOMINION BUILDING, SUITE 510 SOUTH, 600 17th STREET, DENVER, COLORADO, 80202-3435 FOR COMPLAINT and INSTRUCTIONS ON MY COURT appointed attorney, LYNN PIERCE. I also have CONTACTED and INSTRUCTED CERTAIN INDIVIDUALS PERTAINING to the CONDUCT of a U.S.a Kathleen TAFOYA, but I DO NOT WISH to PURSUE any FURTHER LEGAL action against EITHER INDIVIDUAL. I WOULD PREFER that MY SENTENCE JUST BE adjusted to its AGREED & ACCEPTED (60) MONTHS. HONORABLE JUDGE WILEY Y. DANIEL I have DOCUMENTATION as WELL as TELEPHONE TRANSACTIONS With attorney LYNN PIERCE that

4.

substantiate & verify my contact with her. By Lynn Pierce being a sworn officer of the court I am certain that she would also verify my "claims" under oath, or otherwise. I have no personal vendetta or animosity towards Mrs. Lynn Pierce or towards Mrs. Kathleen Tafoya, in retrospect they collectively may have saved my life. Initially I was facing a (10 to life) sentence so I will always be grateful for the assistance of both of them. Your honor, I am a very intelligent, self educated, smart articulate man, who now visualizes and observes life in a totally different perspective, and I will "never" violate or break laws, laws or statutes of any state, country, or in the world. I am presently a God loving man who is responsible for several young lives that need and want my guidance in their lives as a father. My further incarceration serves no immediate purpose for myself or family. It only hurts my family and does more damage than good because it only perpetuates the vicious cycle of seperation of life & family. My family needs me at home, and I would love nothing more than to be home with them. My debt to society has virtually been paid and with your power to amend my sentence you would be very instrumental in restoring my life as well as helping to save other young lives in the process. My objective is to serve God, to be a man of substance and great moral standards, to be a great person, father, and husband. I am approaching the 50 year mark in my life I don't know when or how it will end, but I do know that I would love to have it end while pursuing the "purpose" that God provided for it. Your honor ...

5.

I wrote to you today Not to ask for anything EXCEPT what was ORiGiNALly AGREED and (PROMISED) to ME. Thank you HONORABLE JUDGE, Wiley Y. Daniel.

May God BLESS YOU & YOURS!,

Freddie J. Williams

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| **FREDRIC WILLIAMS** | **Case No. 04-1122** |
| **Defendant/Appellant,** | |
| **v.** | |
| | **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |
| **UNITED STATES OF AMERICA** | |
| **Plaintiff/ Appellee.** | |

COMES NOW Defendant Fredric Williams, by and through his court-appointed counsel, Lynn Pierce, and moves for a voluntary dismissal, without opposition from the United States Attorney, and in support of this motion, Defendant-Appellant says:

1.     Defendant-Appellant filed a notice of appeal of his sentence on March 26, 2004.

2.     Defendant-Appellant has since decided to withdraw his appeal.

3.     Attached hereto is a statement pursuant to 10th Cir. R. 46.3(B) signed by Defendant-Appellant, demonstrating his knowledge of the right to appeal and expressly electing to withdraw the appeal.

4.     No cross-appeal has been filed by the United States and Counsel for Defendant-Appellant conferred with Assistant United States Attorney, Jerry Jones, and was advised that Mr. Jones has no objection to this motion.

WHEREFORE, Defendant-Appellant respectfully requests leave to dismiss or withdraw his appeal.

Dated this _____10_____ day of May, 2004.

Respectfully submitted,
BUTLER, LANDRUM & PIERCE, P.C.

Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
**ATTORNEYS FOR DEFENDANT-APPELLANT**

## STATEMENT BY DEFENDANT-APPELLANT REGARDING
## ELECTION TO WITHDRAW APPEAL

I, Fredric Williams, the Defendant-Appellant in this matter, understand that I have the right to appeal my sentence from the District Court.  I have decided to voluntarily dismiss or withdraw my appeal because I now believe it has no merit.  I hereby request and consent that my appeal be withdrawn.

This the 10th day of May, 2004.

X _____
Fredric Williams, Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that, on this _10th_ day of May, 2004, I served a true and

correct copy of the foregoing document, via U.S. Mail, postage prepaid, to the following:

Jerry N. Jones
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO  80202

Fredric Williams, Reg. No.: 08375-026
c/o Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, CO  80123

# Proof of Service

I certify that a true and correct copy of the foregoing:

(a). Motion to Vacate, Set aside, or Correct Sentence Pursuant to 28 U.S.C. 2255.

(b.) Copy of attachments in support of claims.

(c.) Copy of Motion for Voluntary Dismissal of Appeal.

Were Mailed this 16th day of April, 2007, postage prepaid to:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street Room 105
Denver, Colorado 80294-3589
Date 4.16.07

Freddie D. Williams

FREDDIE D. Williams
REG. NO. 08515-026
FCI - OXFORD
P.O. Box 1000
OXFORD, Wisc. 53952-1000

FREDDIE D. WILLIAMS 08375-026
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000.
OXFORD WISCONSIN 53952

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2007

GREGORY C. LANGHAM
CLERK

LEGAL MAI
WILLIAM
08375 - (



S

)26

CLERK of the Court
alfred a. arraj
United States Courthouse
901 - 19th Street, Room 105
Denver, Colorado 80294-3589