IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Civil Action No.  07-cv-00796-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    v.

FREDRIC DeVON WILLIAMS,

    Movant.

---

ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **Monday, May 14, 2007,** shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:  April 24, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge