ZEBEDEE E. HALL®, In Unlimited
Commercial Liability, Pursuant
To UCC Filing No. 24012454, non-
domestic, c/o: 30428-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Colorado CF80123CF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2007

GREGORY C. LANGHAM
                  CLERK

April 21, 2007

To: CLERK OF THE COURT

Regarding: <u>UNITED STATES OF AMERICA V. ZEBEDEE HALL, CAUSE NUMBER, 01-CR-214-D</u>

Dear Sir:

Please Note that all future Court Orders in the above Regarding may be sent to Me at the above address due to a recent relocation.

If there are any further changes I will inform You or someone within your office of the change or changes.

If there are any questions please advise Me.

Sincerely,

**ZEBEDEE E. HALL®, GRANTOR**
**SECURED PARTY, Signature**

By: _____
Zebedee Eli Hall, Agent/Power of
Attorney in Fact, with the Autograph

-1-

RENEE E. HALL, Nondomestic
c/o: #30348-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, Colorado [80123]

"LEGAL MAIL"

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2007

**GREGORY** C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
[OFFICE OF THE CLERK]
901 - 19th Street, Room A-105
Denver, Colorado [80294]

DENVER CO 802
27 APR 2007 PM 4 T

