IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | April 20, 2007 | Probation: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Adrienne Whitlow | | |

_____

Criminal Case No:  **01-cr-00214-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Kathleen M. Tafoya

      Plaintiff,

v.

**7. ZEBEDEE HALL**,                                    Pro Se

      Defendant.
_____

## COURTROOM MINUTES
_____

**STATUS CONFERENCE**

**2:39 p.m.**     Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.  Stephen M. Wheeler is also present.

        Court's opening remarks.

2:40 p.m.     Discussion regarding Mr. Hall representing himself for the sentencing hearing.

**ORDERED:**     Defendant's Motion to Withdraw as Attorney by Stephen M. Wheeler (#3448 - 4/18/07) is **GRANTED.**

2:44 p.m.     Discussion regarding materials in this case that Mr. Wheeler brought to the courthouse today and setting the matter for a sentencing hearing.

**ORDERED:**     The materials that Mr. Wheeler brought to the courthouse today shall be given to Zebedee Hall.

-1-

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes

**ORDERED:**   Sentencing hearing is set for **Thursday, June 7, 2007, at 4:00 p.m.**

**ORDERED:**   Mr. Hall shall file a change of address with the Clerk of the Court.

**ORDERED:**   Defendant's Motion to Dismiss for Lack of Jurisdiction (#3415 - 2/6/07) is **DENIED.**

**ORDERED:**   Defendant's Motion to Halt Proceedings (#3419 - 2/9/07) is **DENIED.**

**ORDERED:**   Defendant's Motion Challenges the Judgment as Void Under F.R.Civ.P. Rule 60(b)(4) (#3446 - 4/16/07) is **DENIED.**

2:54 p.m.   Discussion regarding grand jury transcripts which are included in the materials brought by Mr. Wheeler.

**ORDERED:**   Grand jury transcripts shall also be given to Zebedee Hall.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:55 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:16**