ZEBEDEE E. HALL®, non-domestic
In Unlimited Commercial libility,
c/o: 30428-013
F.D.C., 9595 W. Quincy Ave.
Littleton, Colorado CF80123CF

FILED
UNITED STATES DISTRICT COURT
DENVER COLO

MAY 0 3 2007

GREGORY C. LANGHAM
CLERK

May 1, 2007

To: JUDGE WILEY Y. DANIEL

WYD

Regarding: UNITED STATES OF AMERICA v ZEBEDEE E. HALL®, DOCKET NO. 01-CR-214-D

Dear Sir:

I, Zebedee Eli: Hall, a flesh and blood man, a living soul, owing no man or woman anything but love and peace, Agent with Power of Attorney in Fact for, ZEBEDEE HALL®, by Special Apperance and not a General Apperance, and Holder In-Due-Course, hereby and herein command the release and return of the **Bid Bond, Performance Bond and Payment Bond** in the above Regarding.

As Teritris Intervener, Zebedee Eli: Hall, pursuant to U.C.C. Filing Number 24012454 is the **Lien Holder** and **Title Holder** of ens legis, ZEBEDEE E. HALL®, and seeks **Full Settlement** and **Closure** of Account No. 01-Cr-214-D, and CUSIP and AUTOTRIS No. 434057034 and/or 434067039

In the nature of Rule 8 of the Fed. Rules of Civ. Proc., and in accordance with Uniform Commercial Code 3-419 and House Joint resolution 192 of June 5, 1933, I Accept the charges, judgment and sentence for Value and Consideration. In return please use My Exemption as Principal For Post Settelment and Closure of Case/Docket No. 01-Cr-214-D, and CUSIP and AUTOTRIS No. 434067034 and/or 434067039, as this account is **PRE PAID** and **EXEMPT FROM LEVY.** Please release **ALL** Proceeds, Bonds, Products, Accounts and Fixtures and the ORDER of the Court to Me immediately.

EXEMPT FROM LEVY

PRIORITY -- PREPAID

**ZEBEDEE E. HALL®, GRANTOR**
**SECURED PARTY Signature**

By: _Zebedee Eli Hall_
Zebedee Eli: Hall, Agent/Power of
Attorney in Fact/Teritris Intervener

-1-

_Zebedee Eli Hall_

ZEBEDEE E. HALL©, non-domestic
c/o: No. 30428-013
FEDERAL DETENTION CENTER
9595 WEST QUINCY AVENUE
LITTLETON, COLORADO CF80123CF

"LEGAL MAIL"

DENVER CO 802
03 MAY 2007 PM 6 T

ATT. JUDGE WILEY Y. DANIEL
U.S. DISTRICT COURT OF COLORADO
901-19th STREET
DENVER, COLORADO [80294]

80294#2500

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 3 2007

GREGORY C. LANGHAM
CLERK