Certified Mail Number: 7004 2890 0003 0979 6387

ZEBEDEE E. HALL®, non-domestic
In Unlimited Commercial Libility
Pursuant To U.C.C. Filing
No. 24012454

To: UNITED STATES OF AMERICA
1600 PENNSYLVANIA AVENUE
WASHINGTON, D.C.

UNITED STATES DISTRICT COURT
CLERK OF THE COURT, ROOM A-105
901-19th STREET
DENVER, COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAY 0 8 2007

GARY G. LANGHAM
CLERK

**Regarding**: Presentment from UNITED STATES OF AMERICA, dated April 24, 2007, (Attached) regarding UNITED STATES OF AMERICA V. ZEBEDEE E. HALL®

**Reference**: DOCKET NO. 01-CR-214-D

I am in receipt of the Presentment detailed in the above Regarding/Reference. In looking through the Presentment, sent to Me by the Clerk of the Court for UNITED STATES OF AMERICA, I did not find enclosed a check or money order from UNITED STATES OF AMERICA.

This correspondence for UNITED STATES OF AMERICA, through Power of Attorney in Fact Zebedee Eli: Hall, is in good faith on My part in which I seek My Remedy. Please note My Acceptance for Value for UNITED STATES OF AMERICA'S Offer/Presentment, and also note that **I AM EXEMPT FROM LEVY.**

UNITED STATES OF AMERICA, by virtue of its Position, is the Constitutor of the government, and as such is Holder of the Principal Obligation by Public Policy. In other words, UNITED STATES OF AMERICA holds My Remedy. In accordance with House Joint Resolution 192 of June 5, 1933, and with Uniform Commercial Code 3-419, **NO Contract can be made Requiring Me to PAY in Anything or in Any Form.**

By virtue of UNITED STATES OF AMERICA holding Me, or attempting by holding Me, Substance, **is UNITED STATES OF AMERICA requiring Me, by Court Order/Judgment, Threat, Force of Arms, or Forced Incarceration for Entering into a Unilateral Contract?**

By violating Public Policy, is UNITED STATES OF AMERICA attempting by inducing, Forcing Me or Coercing Me into Accepting by Transfer, the Primary Obligation by Forcing Me for **PAYING** either in Federal Reserve notes, Incarceration, Probation, Community Service, or a combination of any of the above?

I am taking this opprotunity by making Myself perfectly clear with Full Disclosure and no Mis-Understanding, with Clean Hands and Good Faith, **I WILL NOT ACCEPT** the Transfer of the Principal Obligation from UNITED STATES OF AMERICA for Me.

Please take My Acceptance For Value of UNITED STATES OF AMERICA'S Presentment and Adjust Account No. 01-CR-214-D, CUSIP No. and AUTOTRIS No. 434067034 and/or 434067039, as this Account is **PREPAID AND EXEMPT FROM LEVY.** If UNITED STATES OF AMERICA choose

not to do so, please remit the stated amount on a UNITED STATES OF AMERICA'S check or money order for My Endorsement and I will adjust the account for UNITED STATES OF AMERICA.

If you have any questions, you are autorized to use the Trademark/copyright, ZEBEDEE E. HALL®, to contact Me in writing to make sure We have no mis-understanding and all ledgering is correct and handled appropriately.

Thank you very much. I look forward to UNITED STATES OF AMERICA'S response by Public Policy Truth and Lending within Three (3) days from UNITED STATES OF AMERICA'S receipt.

Should UNITED STATES OF AMERICA choose to respond or not, in Three (3) days, **By Power of Attorney in Fact**, there is no longer permission by concent or assent for any demand for Payment being Ordered or Levied against Me.

Until then I remain very truly yours,

ZEBEDEE E. HALL®, GRANTOR
SECURED PARTY Signature

By: _____
Zebedee Eli: Hall, Agent/Power of
Attorney in Fact/Teritris Intervener

Date: May 2, 2007

Case 1:01-cr-00214-WYD   Document 3449   Filed 04/24/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZEBEDEE HALL, et al.,

Defendants.

ORDER

THIS MATTER is before the Court on Attorney Stephen M. Wheeler's Motion to Withdraw as Appointed Counsel, filed April 18, 2007 (docket #3448), as well as several motions filed by Defendant Zebedee E. Hall. A hearing on the motion to withdraw took place on Friday, April 20, 2007. For the reasons set forth on record at the hearing, it is hereby

ORDERED that Attorney Stephen M. Wheeler's Motion to Withdraw as Appointed Counsel, filed April 18, 2007 (docket #3448) is GRANTED, and Defendant Hall shall proceed in this matter *pro se*.

FURTHER ORDERED that the documents in Mr. Wheeler's possession shall be returned to Defendant and Defendant shall have access to those documents while in custody of the Bureau of Prisons. It is

FURTHER ORDERED that the Motion to Dismiss for Lack of Jurisdiction, filed February 6, 2007 (docket #3415); the Motion to Halt Proceedings, filed February 9,



Handwritten annotations overlaying the page: "NON-NEGOTIABLE FOR VALUE FOR PAYMENT ACCEPTED APPROVED Zebedee E. Hall In the nature of the Joint Resolution and with uniform commercial and consideration and this post settlement and in principle for Rule B of the exemption #8 and/or from LEVY. Please release all accounts and products. Please release all my case # 01-CR-214-D and/or V34062039. As this account is PRE PAID CUSIP and AUTOTRIS. With House Joint Resolution #8 Principle for value. Please close #43 bonded promissory notes. Priority Mail. Exempt from Levy - Pre Paid MAY 7 2007. 3-419. Exempt from Levy and/or Bonded Products, Fixtures, Accounts and immediately. Zebedee E. Hall"

2007 (docket #3419) and the Motion Challenging the Judgment as Void, filed April 16, 2007 (docket #3446), all filed by Defendant, are **DENIED**.

Dated: April 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

"LEGAL MAIL"

ZEBEDEE E. HALL©, non-domestic
c/o; No: 30428-013
FEDERAL DETENTION CENTER
LITTLETON, COLORADO CF80123CF

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY -8 2007
GREGORY C. LANGHAM
CLERK

DENVER CO 802
07 MAY 2007 PM 5 T

UNITED STATES DISTRICT COURT
(Office Of The Clerk)
901-19th STREET, ROOM A-105
DENVER, COLORADO [80294]

