Certified Mail No. _70042890000309796394_

MEMORANDUM OF RECORD                       *01-cr-214-WYD-7*

ZEBEDEE E. HALL®, In Unlimited
Commercial Liability, Pursuant
To UCC Filing No. 24012454,
Without Prejudice, UCC 1-308

May 24, 2007

To: Kathleen M. Tafoya, d/b/a KATHLEEN M. TAFOYA
    William J. Leone, d/b/a/ WILLIAM J. LEONE
    Wiley Y. Daniel, d/b/a/, WILEY Y. DANIEL

Regarding: Conditional Acceptance For Value (CAFV)-Private Independent Administrative Process-Article I Redress Of Grievance Under Ninth Amendment Reservations For Resolution and Equitable Settelement Under Necessity. In The Nature Of Request For Proof Claim/Discovery Concerning Cause No. 01-CR-214-D.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To All:

I am in reciept of the charges, judgement and sentence in the above Regarding, and I agree to perform as the above persons has caused Me to.

I seek Proofs Of claim in the nature of Discovery (evidence), exhausting My Private Administrative Remedy from your Office(s) to provide the necessary Proofs Of Claims in the above Regarding that the prosecution and imprisonment of Zebedee Eli: Hall was Lawful, proper and Constitutional, so that I can determine that the above named persons and others within your respective venues did not commit constitutional impermissible application of Statute and/or Law in this matter.

Also requested from you is a True and Correct copy of your Oaths of Office, Surety, Performance Bond and/or Blanket Bond with the name and address of the Insurer, Bond Number, Social Security Number, Public and/or Private Pledges or otherwise to indemnify the Undersigned as to any injuries and violations against the Secured Right(s) Titles, or Interest(s) of the Undersigned.

I want to resolve this matter as soon as possible but I can only do so conditioned upon your providing the Proofs Of Claim.

The necessary Proofs Of Claim are below, to wit:

1. PROOF OF CLAIM: that Zebedee Eli: Hall is NOT a sovereign flesh and blood natural being who bleeds and a living soul.

2. PROOF OF CLAIM: that Zebedee Eli: Hall is NOT the Agent for ens legis ZEBEDEE E. HALL®.

3. PROOF OF CLAIM: that Zebedee Eli: Hall is NOT imprisoned for the ens legis, ZEBEDEE E. HALL®, due to a Judgement arising from a criminal proceeding regarding a

-1-                                                  Item #052407

debt, as defined at 28 U.S.C. Section 3002(8).

4. PROOF OF CLAIM: that the United States is NOT a federal coporation as defined at 28 U.S.C. 3002(15)(A).

5. PROOF OF CLAIM: that a Coporation CAN do buisness with flesh and blood beings/ living souls.

6. PROOF OF CLAIM: that the living soul, Zebedee Eli: Hall, is NOT being forced to pay a DEBT/do business by and with the federal coporation, United States.

7. PROOF OF CLAIM: that HOUSE JOINT RESOLUTION 192 of June 5, 1933, did NOT Exempt Zebedee Eli: Hall from paying a DEBT.

8. PROOF OF CLAIM: that Zebedee Eli: Hall, pursuant to UCC Filing No 24012454 is NOT the LIen Holder and Title Holder in the above Regarding.

9. PROOF OF CLAIM: that the coporation, United States, is NOT in Default and Dishonor.

10. PROOF OF CLAIM: that Zebedee Eli: Hall is NOT Exempt From Levy.

11. PROOF OF CLAIM: that Zebedee Eli: Hall, in the nature of Rule 8, Fed. R. Civ. Proc., and in accordance with House Joint Resolution 192 of June 5, 1933 and with Uniform Commercial Code 3-419, did NOT Accept the Charges, Judgement and Sentence in the above Regarding, For Value and Consideration and in return did NOT request the UNited States to use his Exeption as Principal for Post Settlement and Closure of Cause No. 01-CR-214-D, and CUSIP & AUTOTRIS Account No. 434067039.

12. PROOF OF CLAIM: that Zebedee Eli: Hall did NOT request the United States to release ALL Proceeds, Bonds, Products, Accounts, Fixtures and the Order of the Court to him immediately.

13. PROOF OF CLAIM: that the Undersigned, Zebedee Eli: Hall or the ens legis, ZEBEDEE E. HALL®, is a party to the social compact known as the United States Constitution.

14. PROOF OF CLAIM: that the undersigned is a signatory to the United States Constitution.

15. PROOF OF CLAIM: that the United States Constitution operates upon the undersigned.

16. PROOF OF CLAIM: that in the above Regarding the United States and its agents did NOT instruct alleged codefendant, Bridget Johnson, to provide FALSE testimony in a Court of Law.

17. PROOF OF CLAIM: that the United States and its agent, Steven W. Stanton did NOT commit PARJURY before a grand jury in the above Regarding toward ZEBEDEE E. HALL®

18. PROOF OF CLAIM: that United States agent, Kathleen M. Tafoya, did NOT perjure her Oath of Office throughout the above Regarding.

19. PROOF OF CLAIM: that the jury was NOT tampered with and/or tainted in the above Regarding.

20. PROOF OF CLAIM: that the Court of the United States WAS FAIR and IMPARTIAL in the above Regarding.

21. PROOF OF CLAIM: that the united states and its agent(s) did NOT commit misconduct in the above Regarding by tampering with evidence.

22. PROOF OF CLAIM: that the United States and its agents do NOT target and terrorize Black People in this country and did NOT target, terrorize and prosecute selectively Black People, including Zebedee Eli: Hall, in the above Regarding.

23. PROOF OF CLAIM: that selectively prosecution IS LAWFUL in this country where Black People are concerned.

24. PROOF OF CLAIM: that the undersigned knowingly entered into a contract with the United States or any of its agents.

25. PROOF OF CLAIM: that there is a LAWFUL contract between the United States and Zebedee Eli: Hall.

26. PROOF OF CLAIM: that the United States and its agents are exempt from commercial liability.

27. PROOF OF CLAIM: that Zebedee Eli; Hall IS a coporation.

28. PROOF OF CLAIM: that Zebedee Eli: Hall is NOT a child of Yaweh, who is sovereign and so is his child, Zebedee Eli: Hall.

29. PROOF OF CLAIM: that the federal government (United States) is NOT operating under a national Bankruptcy or national emergency as declared in 1933 and the guaranteed freedoms and governmental procedures, in behalf of the undersigned, have NOT been abriged or breeched.

30. PROOF OF CLAIM: that the United States and its agents DID NOT act to subject the undersigned into involuntary servitude and such actions DID NOT involve collusion and conspiracy to cause injury to the undersigned and DID NOT violate the Rights, Title and Interest of the Undersigned, in the above Regarding.

31. PROOF OF CLAIM: that all motions, arguments and alleged evidence in the above Regarding, submitted by any United States agent or alleged defense counsel, ARE NOT VOID for FRAUD if the Undersigned is NOT the subject, nor object of the Statute(s) or if liability to the Statute(s) has NOT been proven.

32. PROOF OF CLAIM: that Zebedee ELI: Hall is NOT an ex-patriot and he does NOT have Unlimited Commercial Liability, and that he is NOT Exempt From Levy.

33. PROOF OF CLAIM: that the United States and its above named agents are NOT obligated to produce all documents, evidence, discovery or otherwise as requested; i.e. PROOFS OF CLAIMS, PROOFS OF FACT, PROOFS OF LAW, PROOFS OF CONTRACT or whatever that proves your Claims as to any jurisdiction, demand for payment of DEBT that

binds the Undersigned to the corporate fiction, United States Of America.

45. PROOF OF CLAIM: in the nature of: "All that government does and provides legitimately is in pursuit of its duty to provide protection for Private Rights, which duty is a DEBT owed to its creator WE THE PEOPLE, (Wynhammer v. People, NY 378), and the Private unenfranchised individual; which DEBT and duty is never extinguished nor discharged, and is perpetual. **No matter what the government/state provides for us in manner of convenience and safty, the unfranchised individual owes NOTHING to the government."** (Hale v. Henkel, 201 U.S. 43), that the above named United States agents, and the United States have all **NOT** concented to Pre-Lien for said DEPT and duty and any stipulated violations and/or injuries to the undersigned.

QUESTION: If the above persons were NOT authorized by one above them to Violate any contract, misapply statute and cause injury upon the undersigned, do you take full responsibility and liability for your actions? If you do, the undersigned herein accepts your full liability and herein enters a Claim against or on all your property and reserves the Right to file such Claim upon you via your silence or agreement via the Uniform Commercial Code.

46: PROOF OF CLAIM: that in your engaging or commencing any matter or action against the Undersigned that, pursuant to your Oaths Of Office, or otherwise, that you did preserve the Original Organic Jurisdiction guaranteed to protect the undersigned's Liberty, Property, or other Secured Rights under the Republic State and Federal Constitution.

### CAVEAT

Please understand that I'd like to resolve this matter, I remain confused by the indictment brought against the Juristic Person, ZEBEDEE E. HALL®, but applied to this living soul, sentient, Natural Person, who is the Agent in the party. In order to fully resolve this matter, I must have your 'official' response in providing the above Proofs Of Claim in the above Regarding as to prosecution, judgement and sentence being Lawful, Proper and/or Constitutional.

Therefore, not being a Signatory to the federal Constitution or the State of Colorado Constitution, nor a party to your Social Compact, and not being named in your Statutes or noticed of an agreement between the United States with the Undersigned the Undersigned did not and does not understand the nature of the jurisdiction imposed by the United States and its agents in respect to the judgement for Debt, or the Commercial Nature of the same involving Commercial Paper, Bonds, etc., created by the judge and others in respect to the above Regarding.

Should you fail to provide or refuse to provide the requested Proofs Of Claim, you will fail to state a claim upon which relief can be granted and you will have stipulated to the facts as they operate in favor of the undersigned, and that the United States and its agents above committed Constitutional Impermissible application of the Statute/Law in the above Regarding, and you also agree that Injury was done to the undersigned via False Arrest, Misapplication of the Statute, Malicious and Selective Prosecution, Conspiracy, Unlawful Incarceration and Fraud. You further agree that the Undersigned CAN secure Damages via International Tort.

As to any non-response and or failure to provide the requested Proos Of Claim

will Constitute your Agreement that any remaining Judgement, monetary panalty or sentence May be Accepted For Value and Consideration and Returned For Dischsrge, or by International Bill Of Exchance/International Promissory Note or other Commercial Paper so the Account is Adjusted to Zero by and through Remedy provided by Congress via HJR 192, to Discharge Debts Dollar for Dollar and/or by the Exemption of the Undersigned.

The Undersigned is exercising his Right to verify any such Proofs, Discovery, Evidence or otherwise [in the nature of his Human Right to challenge jurisdiction at any time] as to the entire matter per his Right within due process of Law and therefore this Private Process/Remedy is proper in obtaining such evidence and to chellenge any False Claims, or otherwise. (See Attached Mamorandum On CAFV)

As such, the above agents for United States, having superior knowledge of the Law and law and access to the requested Proofs Of Claim can provide such Proofs Of Claims herein requested to inform the Undersigned on the Lawful, Proper, and Constitutional Prsecution in the above Regarding and as to evidence that there was no misapplication of the Law and Statuteand how the Undersigned can Lawfully pay Debts at Law including Judgments with Constitutional Money and NOT be Tricked into becoming a Tort Feasor, by the United States and its agents. (See Article I, Section X - U.S. Constitution)

The above agents must respond within 10 days of reciept of this request in providing Proofs Of Claim to the Undersigned and its agent at the address below. Should you go into Default, you will be given Three (3) days to Cure your Fault of Non-response. If you fail to Cure your Fault, you will be found in Default and Dishonor of this counter Offer to the original Offer /Indictment in the Record.

The Defaulting and Dishonoring Party will be foreclosed on by Laches and Estopped from maintaining or enforcing the original Offer in any Court or administrative unit and you agree that the Undersigned may exercise his exclusive Remedy as to stipulated and agreed upon False Arrest, Misapplication of Statute, Malicious Prosecution, Selective Prosecution, Conspiracy, Unlawful Incarceration and Fraud.

The Defaulting and/or Dishonoring Parties/Agents, speaks for the United States in this Matter and Binds the United States to ANY MONTARY DAMAGES for Injuries as so stipulated by the above named agents.

The above named agents are authorized to use the above Trademark/Copyright, ZEBEDEE E. HALL®, for the purpose of responding to the above request for Proofs Of Claim.

Any unauthorized use of said Trademark/Copyright will automatically cause an INVOICE in the sum certain of U.S. Dollars One-Million in the nature of UCC Self-Executing Contract with Treble Damages applied for Defaulting a Secured Party under the Uniform Commercial Code.

ZEBEDEE E. HALL®, GRANTOR  
SECURED PARTY Signature

Without Prejudice/All Rights Reserved  
UCC 1-308

BY: _____  
Zebedee Eli: Hall, Agent

ACKNOWLEDGEMENT

state of Colorado    ]
                     ] ss
county of Jefferson  ]


Subscribed to and Sworn to before Me this 30th day of May, 2007, that Zebedee Eli: Hall, personally appeared before Me, a Notary, and known to be the Man whose name is subscribed to the instrument attached.

Notary Address:

FCI Englewood, CO

_Zebedee Eli Hall_

_____
Notary Public

My Commission Expires:    My Commission Expires
                          April 19, 2009



-6-

Item #052407

Item #052407

## MEMORANDUM IN SUPPORT
## OF PRIVATE ADMINISTRATIVE PROCESS
## AKA; CONDITIONAL ACCEPTANCE FOR VALUE
## FOR PROOF OF CLAIM (CAFV) with
## NOTICE OF ADMINISTRATIVE REMEDY POINTS AND AUTHORITIES

Non-negotiable - Private between the parties

**Conditions of Notice via CAFV;**
A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).
B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the varacity of the same in any court where necessary and may utilize Notarial protests as needed.

**Claimant;** is the living, flesh-and-blood sentinent being, who(s):

1. "Rights existed long antecedent to the organization of the State." [Hale v. Henkle, 201 U.S. 43 @ pg. 74 (1905)]
2. Is not a signatory to any State or Federal Constitution.
3. Is not a 'party' to any State and Federal Compact.
4. Is not named in any statutes of any State or Federal government.
5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.
6. Is a Sovereign, a living being, a living soul, a private man, a Creditor, and Claimant and **NOT** a STATUTORY PERSON or JURISTIC PERSON.
7. Is a real, living breathing soul that bleeds, proving that he is **NOT**, a Corporate Fiction and that he does **NOT** belong in nor subject to courts of Corporate Fictions or: the UNITES STATES, UNITED STATES OF AMERICA, THE UNITED STATES DISTRICT COURT OF COLORADO, or any other UNITED STATES DISTRICT COURT, UNITED STATES MARSHALL'S SERVICE, FEDERAL BUREAU OF PRISONS, FEDERAL BUREAU OF INVESTIGATIONS, or any other Corporate Fiction.
8. Has the personal knowledge of the afcts of the matter and are contained in affidavit form duly notarized.
9. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing.
10. Has '<u>expectation</u>' of the same from all agents, employees and officers of government or quasi-government (private) corporations, and private sector.
11. Has '<u>expectation</u>' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threten, or use physical force (beatings) or violate their 'Oath Of Office'.

**Respondent(s)** to this 'private administrative process' (CAFV) is to:

1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
2. Produce Delegation of Authority - private/public (duly sanctioned) or otherwise;

-1-

Item #052407

3. produce Constitutional 'Oath of Office' duly signed and witnessed;
4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
5. Constitutional authority of Respondent to act against Claimant;
6. Produce basis upon which any claim operates upon Claimant;
7. Operate with 'Good faith','Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Dosclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit Fraudlent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimamt and subjectionof Claimamt to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights - re; 'right to Life,Liberty, and Pursuit of Happiness;
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/women; within the context above, validate the claim, acts or therwise as to show actions, statements were proper, lawful and correct and that respondants actions were not injurious in any capacity.

**Notice:** claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exist, to file a form or allege a tax liability where none exist, (other than upon a corporate fiction/debtor), nor is Respondent attempting or forcing Claimant to paticipate through coercion and/or undue influence to perform or pay against Claimant's will.

**Requirement(s) of Respondent(s):**

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' attached hereto.
3. Otherwise Respondent undestands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s)' constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax debt or judgment via commercial instrument and/or Respondent agrees that Claimamt can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

**NOTICE OF ADMINISTRATIVE REMEDY**
<u>**POINTS AND AUTHORITY**</u>

Item #052407

NOTICE; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for **enforcement is placed in the hands of the people.** Each citizen acts as a private attorney general who 'takes on the mantel of the soverign,' guarding for all us the individual liberties enunciated in the Constitution. [Frankenhauser v. Rizzo, 59 F.R.D. (1973)]. Emphasis added.

1. Undersigned Claimant hereby is herein exhausting their administrative remedies, to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary assessment described therein or otherwise.

2. As an operation of Law, undersigned Claimant is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if any such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Procedures Act (APA), Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies], corporations [government corporations]."

4. The APA establishes fairly liberal standards for allowing participation by persons who either have interest in the outcome of the proceeding or represent a pertinent public interest, Title 5 U.S.C. 703.

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D', BURDEN OF PROOF, **"the proponent of a rule or order bears the burden of proof."** The Supreme Court has stated that if any tribunal (court) finds absence of proof of jurisdiction over person or subject matter, the case must be dismissed." For reference, see Louisville RR v. Motley, 211 US 149, S.Ct. 42. Claimant is relying upon the same measures and enforcing the same requirements in exhausting the administrative process as to Proof of WRONG DOING, INJURIES, LIABILITY, FRAUD, WRONGFUL TERMINATION, VIOLATION OF DUE PROCESS OF LAW, VOILATION OF FOURTH AMENDMENT, MISAPPLICTION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION, or otherwise as applied to the inquires attached hereto.

6. Claimant initiates this Private Independent International Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquires and requested documents herein, and herein Claimant rests upon Respondent(s) 'Good Faith" and 'Clean Hands Doctrine' and duty to so respond.

8. Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquires, to give to proof, to produce requested documents and evidence.

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; procedings must be "of type commonly rellied upon by resonably prudent men in [the] conduct of their serious affairs." Therein Respondent(s) have a 'Good Faith' duty to respond and answer the inquires and or provide requested Proofs of claim.

-3-

Item #052407

10. The response(s), or assert(s), or failure or refusal to provide and produce the requested 'evidence' in absence of response will provide the undersigned a means to determine the nature and cause of the Resopondent(s) actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." [U.S. v. Pruden, 424 F.2d 1021 (1970)]

12. As with any administrative process, Respondent(s) may controvert the statements and/or claims made by a Petitioner by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exist on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial or commercial.

14. Respondent(s) are granted a minimum of ten days (10) or up to thirty (30) days if specifically specified and are to respond to the request for 'Proof(s) of Claim', 'statemants', 'questions', and 'charges', or otherwise herein and/or to provide Respondent(s)' own answers to inquires.

15. Exception: In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s) may forward a copy of administrative pleadings to the Grand jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for a matter raised in administrative pleading. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal inverstigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extention of time to respond based upon Respondent(s) right or privilege against self incrimination.

ZEBEDEE E. HALL®, GRANTOR  
SECURED PARTY Signature

BY: _____  
Zebedge Eli: Hall, Agent, Without Prejudice, UCC 1-308

-4-



ZCBEDE[...]
c/o: [...]
FEDERAL [...]
9595 WEST QUINCY AVE.
LITTLETON, COLORADO CF80123CF

7004 2890 0003 0979 6394

U.S. POSTAGE PAID
LITTLETON,CO
80123
JUN 01, '07
AMOUNT
$0.00
00030694-12

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 4 - 2007

GREGORY C. LANGHAM
                    CLERK

Wiley Y. Daniel, c/o:
OFFICE OF THE CLERK
U.S. District Court
901-19th Street, Room A-105
Denver, Colorado CF80294CF

"LEGAL MAIL"