UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,  Criminal Case No: 01-CR-00214-WYD
                           Civil Action No: 06-CV-02557-WYD
        Plaintiff/Respondent,

-vs-

5. THEOLIAN LLOYD,

        Defendant/Movant.
_____/

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 1 2007

GREGORY C. LANGHAM
CLERK

OPPOSITION TO THE UNITED STATES' ANSWER TO
MOTION UNDER 28 U.S.C. §2255

NOW COMES Theolian Lloyd, the Defendant-Movant, in forma pauperis, and responds the the United States' Answer to Motion under 28 U.S.C. §2255 in the above-entitled criminal postconviction appeal as follows:

1. That although the Defendnat-Movant (hereinafter the Defendant) has moved for extensions in the above-entitled action within which to obtain the transcripts of his plea transcripts of his state conviction used to increase his snetnece herein, that State court has finally granted his request for said transcripts. (See Defendant's Exhibit 1 attached hereto).

2. That these transcripts of his State conviction are relevant to Issue-Argument 5 of his §2255 motion.

3. That under the standard set forth in Kimmelman v Morrison, 477 US 365, 378-385, 106 SCt 2574, 91 LEd2d 305 (1986)(The perferred avenue for challenging the effectiveness of counsel in a federal criminal trial is by collateral attack under 28 U.S.C. §2255. . . .Indeed, "collateral review will frequently by the only menas through whihc an accused can effectuate the right to counsel. . . . "An accused will often not realize that he has meritorious ineffectiveness claim until he brings collateral review proceedings, particularilly if he retained trial

counsel on direct appeal. . . .Trial counsel's failure to investigate viable defenses and or to bring mitigating evidence at sentencing is ineffective), which was adopted in Beaulieu v United States, 930 F2d 805, 806-807 (CA10, 1991) (adopting Kimmelman v Morrison, 477 US at 378-385, as the standard in the Tenth Circuit to determining whether trial counsel was ineffective for failing to investigate and file appropriate motions and or take such other neceesary and required actions). See also United States v Galloway, 59 F3d 1239, 1242 (CA10, 1995)(en banc)(adopting Kimmelman v Morrison, 477 US at 378-385)

4. That the Defendant further respectfully request that this Honorable Court consider the "preponderence of the evidence" finding by the Supreme Court in it's recent decision in Cunningham v California, 127 SCt 856, 863-870, 166 LEd2d 856 (2007), herein.

5. That the Defendant further asserts that after receiving his plea transcripts from his State conviction that he is entitled to resentencing at the minumum. cf. Kimmelman v Morrison, 477 US at 378-385, counsel ineffective for failing to invesitigate vioable Fourth Amendment claim. If the Defendant had pursued the investigation of his prior conviction under the Fifth Amendment the outcome would have been different. Compare also 18 U.S.C. §3559(c) Resentencing upon overturning of prior conviction; and Untied States v Romero, 122 F3d 1334, 1342-1343 (CA10, 1997)(resentencing under 18 U.S.C §3559(c)).

WHEREFORE, the Defendant respectfully requests the following relief;

A. Grant him the relief sought in his §2255 motion after appiontment of counsel and evidentiary hearing;

B. Grant him an extension of up, to 90 days to obtain the Plea transcripts from his State conviction to obtain the relief sought in Iss-Argument 5 of his :2255 motion; or in the alternative;

C.   Grant such other, further and necessary, relief as deemed just and proper.

                                            Respectfully submitted,

*Theolian Lloyd*
Theokian Sy Lloyd
Defendant-Movant In Forma Pauperis
Register No: 30410-013
Federal Correctional Institution
P.O. Box 52020
Dated: May 26, 2007.                        Bennettsville, South Carolina 29512-5220

PROOF OF SERVICE

I, Theolian Sy Lloyd, under the peanlty of perjury, hereby declares that I mailed a true copy of Opposition to the United States' Answer to Motion Under 28 U.S..C §2255 and Proof of Service to James C. Murphy, Assistant United States Attorney, 1225 Seventeenth Street, Suite 700, Denver, Colorado 80202, by placing the same in a sealed envelope fully addressed with postage prepaid thereon and handing it to the Mailroom Staff here at the Federal Correctional Institution located in Bennettsville, South Carolina, on this 26th day of May, 2007.

*Theolian Lloyd*
Theolian Sy Lloyd

-3-

Theolian Sy Lloyd, #30410-013
FCI Bennettsville, P.O. Box 52020
Bennettsville, S.C. 29512-52020

District Court of Arapahoe County  **GRANTED**  April 11, 2007
7325 South Potomac Street
Englewood, Co. 80112

Date ___5/9/07___
By the Court
_____
Judge

To: Clerk of Court

Dear Clerk of Court,

    I am in the process of appealing my federal conviction where this prior conviction was used to enhance my sentence. The conviction in question is the following case# 95CR 2403. I have recently requested documentation in reference to the case, but I was not given a copy of the " Plea Colloquy ". I am now requesting again a copy of the actual conversation at sentencing between the (1) Judge, (2) Defense Attorney, (3) Defendant, and (4) State's Attorney. I am specifically requesting the " Rule 11 " colloquy at sentencing.

    The address above is the address where all correspondence should be sent marked as " Legal Mail ". I respectfully request the above item in good-faith and respectfully. Thankyou...

Respectfully Requesting,

4-11-07
( date )

Theolian Lloyd
Theolian Sy Lloyd, #30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512-52020



re: " Plea Colloquy " ( 95 CR 2403 )
cc:



Thoelian Sy Lloyd
Register No.: 30410-013
Federal Correctional Institution
P.O. Box 52020
Bennettsville, South Carolina 29512-5220

FLORENCE SC 295
29 MAY 2007 PM 2 T

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 31 2007
GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham
Clerk of the Court
United States District Court
for the District of Colorado
Alfred A. Arraj U.S Courthouse
901 19th Street
Denver, Colorado 80294

80294+2300