IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-CR-214D

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DACHAUN DAVIS,

    Defendant.

---

**MOTION FOR ORDER TO BE REMOVED FROM SERVICE LIST**

---

    COMES NOW the Defendant Dachaun Davis (herein "Defendant"), by and through his undersigned counsel Michael J. Norton of the Law Firm of Burns, Figa & Will, P.C., and respectfully requests that the Court order that the Defendant and her counsel, Michael J. Norton, be removed from all service lists for all pleadings, court orders or other pleadings or materials associated with the above case, and as grounds therefore, hereby states as follows:

1. Defendant Dachaun Davis and the government entered into a plea agreement as a result of which, Defendant was sentenced to a term of imprisonment.

2. Undersigned counsel has continued to receive service copies of pleadings and orders of the Court since the dismissal.

3. Many of the counsel in this case are court-appointed. It is an unnecessary expenditure of CJA funds to incur copy and postage expenses to serve counsel with pleadings when his client is no longer a party to this action.

4.      Undersigned counsel has already submitted his final CJA statement in the above case, and does not desire to incur further costs and expenses in this matter.

WHEREFORE, the Defendant respectfully requests that the Court enter an order that he and Michael J. Norton, be removed from all service lists in this above action.

DATED this 6th day of June, 2007.

BURNS, FIGA & WILL, P.C.

By:    s/ Michael J. Norton
BURNS FIGA & WILL, P.C.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
303-796-2626
email: mjnorton@bfw-law.com

Attorney for Defendant CINDY INGRAM

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2007, a true and correct copy of the foregoing was served via the Court's CM/ECF system as a result of which notification of the foregoing will be provided all parties of record in this matter.

By:    s/ Bonnie Culver
BURNS FIGA & WILL, P.C.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
303-796-2626
email: bculver@bfw-law.com