UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.  DACHAUN DAVIS,

Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY  JUDGE WILEY Y. DANIEL

      Defendant's Motion for Order to Be Removed from Service List, filed June 6,
2007 (docket #3461), is **GRANTED**.  The Clerk of Court is directed to **REMOVE**
Defendant Dachaun Davis and his counsel, Michael J. Norton, from the Certificate of
Service in this case.

      Dated:  June 7, 2007