IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | June 7, 2007 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No:  **01-cr-00214-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Kathleen M. Tafoya

       Plaintiff,

v.

**7. ZEBEDEE HALL**,                           Pro Se

       Defendant.
_____

## SENTENCING
_____

**4:11 p.m.**     Court in Session - Defendant present (in-custody)

         **Defendant found guilty in trial to jury (day 31) - Thursday, November 13, 2003**
         **Found Guilty - Count One of Second Superseding Indictment**

         APPEARANCES OF COUNSEL AND PARTIES.

         Court's opening remarks.

4:12 p.m.     Statement by Defendant (Mr. Hall).

4:14 p.m.     Statement on behalf of Government (Ms. Tafoya).

4:16 p.m.     Statement by Defendant on his own behalf (Mr. Hall).

         Court makes findings.

**ORDERED:**     Defendant be **imprisoned** for **151** months.

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised**

Judge Wiley Y. Daniel
01-cr-00214-WYD - Sentencing Minutes

        **release** for a period of **5** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X) Defendant shall comply with standard conditions adopted by the Court.

- (X) Defendant shall not unlawfully possess controlled substances.

- (X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

- (X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   Defendant advised of right to appeal conviction and the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:27 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:16**