IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.01-CR-00214-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

15.  MAX COOPER, et al.

Defendants.

_____

MOTION FOR ORDER TO BE REMOVED FROM SERVICE LIST
_____

The Defendant Max Cooper (herein "Defendant"), by and through his attorney, David B. Savitz, respectfully requests that the court order that the Defendant's counsel, David B. Savitz, be removed from all service lists for all pleadings, court orders or other pleadings or materials associated with this case, and as grounds therefore states:

1.  A number of years ago defendant was tried, convicted, and sentenced to a term of imprisonment, which he has since served;

2.  Notwithstanding, undersigned counsel has continued to receive service copies of pleadings and orders of the court in this matter;

3.  Undersigned counsel has already submitted his final CJA statement in this case, and does not desire to incur further costs and expenses in this matter.

WHEREFORE, the Defendant respectfully requests that the court enter an order that his attorney, David B. Savitz, be removed from all service lists in this action.

-1-

Dated: June 13, 2007

Respectfully submitted,

/s/ David B. Savitz
David B. Savitz
950 17th St., #1800
Denver, CO 80202
303-825-3109
303-860-1665 (fax)
ATTORNEY FOR MAX COOPER