IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.01-CR-00214-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

15.  MAX COOPER, et al.

Defendants.

_____

ORDER TO BE REMOVED FROM SERVICE LIST
_____

THE COURT, having reviewed Defendant's Motion for Order to be Removed from Service List hereby

ORDERS that Defendant Max Cooper's attorney, David B. Savitz, be removed from all service lists in this action.

Dated:          June 13, 2007

                                            Respectfully submitted,

                                            /s/ David B. Savitz
                                            David B. Savitz
                                            950 17th St., #1800
                                            Denver, CO 80202
                                            303-825-3109
                                            303-860-1665 (fax)
                                            ATTORNEY FOR MAX COOPER