UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAX COOPER, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for Order to be Removed From Service List, filed June 13, 2007 (docket #3465) is **GRANTED**. Defendant's attorney **David B. Savitz** shall be removed from all service lists in this action.

    Dated: June 14, 2007