



Sammie Woods #30425-013
Federal Correctional Inst.
c/o.p.o.Box(34550)
Memphis,Tennessee (38134)-0550
United States of America

01-CR-00214-WYD

U.S.COURTHOUSE
ATTN:CLERK OF THE COURT
Honorable Judge Wiley Y.Daniel
901 19th Street.,Room A105
Denver,Colorado

80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2007

GREGORY C. LANGHAM
CLERK

"LEGAL MAIL"

"LEGAL MAIL"

DATE: 6/26/07

This letter was processed through special procedures for forwarding to you. The letter was not opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.

If the enclosed correspondence for forwarding is not from the addressee, please return the enclosure to the above address.

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE