## UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

July 3, 2007

SEE NOTICE OF ELECTRONIC FILING

**RE:    USA v. Woods(19)**

District Court Case No. 01-cr-00214-WYD - (06-cv-01898-WYD)
Notice of Appeal Filed on June 29, 2007 by Sammy Woods
Other Pending Appeals: None

      Attached are the following documents for the parties in connection with the Motion for Certificate of Appealability which is being treated as a notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. Attached for the appellant only are a letter from the U.S. Court of Appeals and a Docketing Statement. Judge Daniel has not entered an order on the certificate of appealability.

      The required $455.00 filing fee was not tendered with the notice of appeal by the appellant. The filing fee should be paid to the Clerk, U.S. District Court as soon as possible. If the appellant intends to move this court to proceed on the appeal pursuant to 28 U.S.C. § 1915(b) and Fed. R. App. P. 24, the proper motion and affidavit form is enclosed. Please complete and file this as soon as possible.

      As soon as an order on the certificate of appealability enters, I will immediately advise the court.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ Bobbi Reed
    Deputy Clerk

cc:    Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)