PROB 12
(4/96-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S.A. vs. DAWAN EUGENE SMITH                                             Docket No. 01-cr-00214-WYD

**Petition For Issuance of Arrest Warrant for Violation of Supervised Release**

      COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Dawan Eugene Smith, who was placed on supervision by the Honorable Wiley Y. Daniel, sitting on the court in Denver, Colorado, on the 18th day of November, 2004, who fixed the period of supervision at one (1) year, commencing on March 16, 2007, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Testing and treatment for substance abuse.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(See attached hereto and herein incorporated by reference).

PRAYING THAT THE COURT WILL ORDER the issuance of a Warrant for violation of supervised release, and that the petition and Warrant be sealed until the arrest of the defendant.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 2nd day of July, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Edward C. Gadden<br>U.S. Probation Officer |
| s/ Wiley Y. Daniel<br>Wiley Y. Daniel<br>U.S. District Judge | Place   Denver, Colorado<br><br>Date   July 2, 2007 |

## ATTACHMENT

On March 16, 2007, the conditions of supervision were read and explained to the defendant.  The defendant acknowledged that the conditions were fully understood, and that a copy of the conditions was provided.  The term of supervision commenced that date.

The defendant has committed the following violations of supervision:

### (1)  <u>FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN EMPLOYMENT</u>:

On March 16, 2007, the defendant terminated employment with Dish Network.  He failed to notify the probation officer of this fact, which constitutes a Grade C violation of supervision.

This charge is based on the following facts:

The defendant had been employed by Dish Network, 710 Ash St., Glendale, CO., while he was residing at the Independence House Residential Release Center on prison pre-release status.  He discharged the RRC on March 16, 2007, at which time he began his period of supervised release.  On March 28, 2007, the probation officer attempted to contact the defendant at work, only to learn that he had quit on March 16, 2007.  The defendant failed to notify his probation officer of the fact that he was unemployed.

### (2)  <u>FAILURE TO WORK REGULARLY:</u>

The defendant has failed to work regularly since self-terminating employment March 16, 2007, without being excused from working by the probation officer.  This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

The defendant has failed to obtain gainful employment since quitting his previous position with Dish Network on March 16, 2007.

### (3)  <u>FAILURE TO PARTICIPATE IN TREATMENT AS DIRECTED:</u>

The defendant failed to comply with the rules and regulations of and Correctional Management Inc. (CMI), on March 21, 2007.   This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On March 21, 2007, the defendant failed to attend his substance abuse treatment evaluation.  Although the probation officer had provided him with a map to the treatment facility, the defendant claimed that he had gotten lost.

### (4)  <u>FAILURE TO PARTICIPATE IN TREATMENT AS DIRECTED:</u>

The defendant failed to comply with the rules and regulations of Correctional Management Inc. (CMI), on April 1, 2007.  This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On April1, 2007, the defendant failed to attend scheduled urine testing at CMI.  He was not excused from testing.

**(5) <u>FAILURE TO PARTICIPATE IN TREATMENT AS DIRECTED:</u>**

The defendant failed to comply with the rules and regulations of Correctional Management Inc. (CMI), on May 2, 2007. This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On May 2, 2007, the defendant failed to attend a scheduled counseling session at CMI.  He was not excused from treatment.

**(6) <u>FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN RESIDENCE:</u>**

On or about June 7, 2007, the defendant moved from his previously approved residence located at 9636 E. Arkansas Pl., Denver, CO., without notifying his probation officer of the move as required.  This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On June 7, 2007, the probation officer attempted to contact the defendant at his listed residence, only to discover that there was a large rental sign posted on the upstairs window.  The probation officer left written instructions on the front door for the defendant to report to the probation office the following day.  The defendant failed to report.  The defendant later advised the probation officer that he had moved to 2570 S. Dayton Way, Unit B-306, Denver, CO.  He had failed to notify the probation officer prior to his relocating.

**(7) <u>FAILURE TO PARTICIPATE IN TREATMENT AS DIRECTED:</u>**

The defendant failed to comply with the rules and regulations of Correctional Management Inc. (CMI),on June 20, 2007. This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On June 20, 2007, the defendant failed to attend a scheduled counseling session at CMI.  He was not excused from treatment.

**(8) <u>POSSESSION AND USE OF A CONTROLLED SUBSTANCE:</u>**

On or about June 16, 2007, the defendant used or administered a controlled substance, specifically marijuana, which had not been prescribed to him by a physician.  This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On the aforementioned date, the defendant submitted a urine sample at Correctional Management Inc, that subsequently tested positive for metabolites of marijuana/THC at Kroll Laboratory.

**(9)  POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about June 16, 2007, the defendant used or administered a controlled substance, specifically amphetamine/methamphetamine, which had not been prescribed to him by a physician.  This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On the aforementioned date, the defendant submitted a urine sample at Correctional Management Inc, that subsequently tested positive for metabolites of amphetamine/methamphetamine at Kroll Laboratory.