Prob 19
(7/03)

# United States District Court
# for the
# District of Colorado

U.S.A. vs DAWAN EUGENE SMITH                    Docket No. 01-cr-00214-WYD

TO: [1] **Any United States Marshal or any other authorized officer.**

| **WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE** | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>**DAWAN EUGENE SMITH** | SEX<br>Male | RACE<br>Black | AGE<br>28 |
| ADDRESS(STREET, CITY, STATE)<br>Aurora, Colorado | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Wiley Y. Daniel, U.S. District Judge | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Wiley Y. Daniel, U.S. District of Colorado, Denver | | | |
| CLERK<br>GREGORY C. LANGHAM | (BY) DEPUTY CLERK<br>s/Tracey Lee | DATE<br>7/3/2007 | |

| **RETURN** | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Colorado;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."