**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date: July 3, 2007          Case Number: 01-cr-00214-WYD

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the sealed documents were hand delivered to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

GREGORY C. LANGHAM, CLERK

By: s/Tracey Lee
    Tracey Lee, Deputy Clerk