# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

July 5, 2007

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 6 2007

GREGORY C. LANGHAM
        CLERK
```

Sammy Lee Woods
FCI Memphis
#30425-013
P.O. Box 34550
Memphis, TN 38184

Re:   07-1271, United States v. Woods
      Dist/Ag docket:  06-cv-01898-WYD,
      01-cr-00214-WYD

Dear Mr. Woods:

The court has docketed the appeal in this case.

Enclosed is an Entry of Appearance form. Attorneys for parties must complete and file the form within 10 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. See 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

The district court will assess the appeal fees and review the issuance of a certificate of appealability. Once the appropriate forms have been filed with the district court. Until the district court enters an order, proceedings on appeal are suspended. When that is done, you will receive further instructions.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. See Fed. R. App. P. 4(c) and United States v. Ceballos-Martinez, 358 F.3d 732(2004), revised and superseded, 371 F.3d 713 (10th Cir. 2004), reh'g denied en banc, 387 F.3d 1140 (10th Cir. 2004), cert. denied, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: _____
       Deputy Clerk

clk:jmm

cc:
    James C. Murphy
    Gregory C. Langham, Clerk