UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland | K. Weckwerth |
| U.S. Magistrate Judge | Deputy Clerk |
| Case Number: 01-cr-00214-WYD | FTR BNB PM |
| Date: July 16, 2007 | |
| UNITED STATES OF AMERICA | Wayne Campbell |
| v. | |
| DAWAN EUGENE SMITH | Without Counsel |

### INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION

Court in Session: 1:48 pm

Court calls case and appearance of counsel. Ed Gadden is present from pre-trial services.

Defendant is advised of rights, charges, and possible penalties.

Defendant is requesting court appointed counsel. A financial affidavit is tendered to the court.

The court finds that the defendant is eligible for court appointed counsel and will appoint an attorney from the Federal Public Defender.

The government is seeking detention.

**ORDERED:** Preliminary and Detention hearing is set for July 19, 2007 at 10:00 am.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 2:01 pm     total time: 13  minutes

Hearing concluded.