IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAWAN EUGENE SMITH,

      Defendant.

---

NOTICE OF APPEARANCE
OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE

---

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender


    s/ Edward A. Pluss
    Edward A. Pluss
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Pluss@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kathleen Tafoya, AUSA
    email: kathleen.tafoya@usdoj.gov

    James Murphy, AUSA
    email: james.murphy3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dawan Smith (via Mail)
    Reg. No. 30620-013
    c/o Federal Detention Center
    9595 W. Quincy Ave.
    Littleton, CO   80123

                                        s/ Edward A. Pluss
                                        Edward A. Pluss
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Edward_Pluss@fd.org
                                        Attorney for Defendant