IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAWAN EUGENE SMITH,

       Defendants.

_____

**MOTION TO WITHDRAW AS APPOINTED COUNSEL AND REQUEST FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**
_____

      The Office of the Federal Public Defender, through Edward A. Pluss, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above named defendant. The Office of the Federal Public Defender cannot continue to represent the defendant because there would be a conflict of interest in doing so. This conflict arises due to previous representation by the Office of the Federal Public Defender of another person who is a co-defendant in this matter. Continued representation of the defendant would potentially violate Rules 1.7 and 1.9 of the Colorado Rules of Professional Conduct as adopted in D.C.Colo.LCrR 57.6.

Because the defendant has already qualified for the appointment of counsel, it is requested that counsel from the Criminal Justice Act Panel be appointed in place of the Office of the Federal Public Defender.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward A. Pluss
EDWARD A. PLUSS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing **MOTION TO WITHDRAW AS APPOINTED COUNSEL AND REQUEST FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kathleen Tafoya, AUSA
email: kathleen.tafoya@usdoj.gov

James Murphy, AUSA
email: james.murphy3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dawan Smith (via Mail)
Reg. No. 30620-013
c/o Federal Detention Center
9595 W. Quincy Ave.
Littleton, CO   80123

s/Edward A. Pluss
EDWARD A. PLUSS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

3