UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

     Plaintiff,

v.

30. DAWAN EUGENE SMITH,

     Defendant.

_____

**ORDER**

_____

THIS MATTER is before the Court on the Motion to Withdraw as Appointed Counsel and Request for Appointment of Counsel from the Criminal Justice Act Panel, filed by Federal Public Defender Edward A. Pluss on July 17, 2007 (docket #3481). In the motion, Mr. Pluss states that the Office of the Federal Public Defender cannot continue to represent Defendant Smith because that office previously represented another co-defendant in this matter. I find that a conflict of interest exists such that a substitution of counsel for Defendant Smith is warranted. Therefore, in consideration of the foregoing, it is hereby

ORDERED that the Motion to Withdraw as Appointed Counsel and Request for Appointment of Counsel from the Criminal Justice Act Panel, filed by Federal Public Defender Edward A. Pluss on July 17, 2007 (docket #3481) is **GRANTED**. It is

FURTHER ORDERED that the clerk's office shall appoint counsel for Defendant Smith from the CJA Panel.

Dated:  July 18, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge