PROB 12
(4/96-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S.A. vs. DAWAN EUGENE SMITH                                   Docket No. 01-cr-00214-WYD

### Supplemental Violation Petition

COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Dawan Eugene Smith, who was placed on supervision by the Honorable Wiley Y. Daniel, sitting on the court in Denver, Colorado, on the 18th day of November, 2004, who fixed the period of supervision at one (1) year, commencing on March 16, 2007, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Testing and treatment for substance abuse.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(See attached hereto and herein incorporated by reference).

PRAYING THAT THE COURT WILL ORDER that the original violation petition dated July 2, 2007, be supplemented to include the addition of Violation # 10.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 18th day of July, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Edward C. Gadden |
| | U.S. Probation Officer |
| s/ Wiley Y. Daniel | Place   Denver, Colorado |
| Wiley Y. Daniel | |
| U.S. District Judge | Date   July 16, 2007 |

## ATTACHMENT

On March 16, 2007, the conditions of supervision were read and explained to the defendant. The defendant acknowledged that the conditions were fully understood, and that a copy of the conditions was provided. The period of supervision commenced that date.

The defendant has committed the following additional violation(s) of supervision:

**(10) POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about June 25, 2007, the defendant used or administered a controlled substance, specifically amphetamine/methamphetamine, which had not been prescribed to him by a physician. This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On the aforementioned date, the defendant submitted a urine sample at Correctional Management Inc, that subsequently tested positive for metabolites of amphetamine/methamphetamine at Kroll Laboratory. On July 13, 2007, the defendant admitted to the probation officer that he had wilfully ingested both marijuana and methamphetamine on approximately four occasions each within the past few weeks.