UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland<br>U.S. Magistrate Judge | K. Weckwerth<br>Deputy Clerk |
| Case Number: 01-cr-00214-WYD | FTR BNB AM |
| Date: July 19, 2007 | |
| UNITED STATES OF AMERICA | Wayne Campbell |
| v. | |
| DAWAN EUGENE SMITH | Daniel Smith |

**PRELIMINARY AND DETENTION HEARING ON SUPERVISED RELEASE VIOLATION**

Court in session: 10:08 am

Court calls case and appearances of counsel. Ed Gadden is present from probation.

Defense requests a continuance due to recent appointment of case. Government does not object to continuance.

**ORDERED:** Preliminary and Detention hearing continued at request of defense and is set for July 24, 2007 at 10:30 am.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 10:10 am

Total Time: 2 minutes

Hearing continued.