UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

30. DAWAN EUGENE SMITH,

     Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     A Supervised Release Violation Hearing is set for **Friday, August 17, 2007, at 11:00 a.m., in courtroom A-1002.**

     Dated:  July 24, 2007