UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | K. Weckwerth |
| U.S. Magistrate Judge | Deputy Clerk |
| Case Number: 01-cr-00214-WYD | FTR CBS AM |
| Date: July 24, 2007 | |
| UNITED STATES OF AMERICA | Wayne Campbell |
| v. | |
| DAWAN EUGENE SMITH | Daniel Smith |

### PRELIMINARY AND DETENTION HEARING ON SUPERVISED RELEASE VIOLATION

Court in session: 10:31 am

Court calls case and appearances of counsel. Ed Gadden is present from probation.

Defendant tenders a waiver of the preliminary hearing to the court.

Court accepts waiver as knowing and voluntary.

Government continues to seek detention.

Defendant is contesting detention.  Case proceeds to detention hearing.  Witness testimony is taken.  Proffer is provided by defense.  Court presents findings.

**ORDERED:** Defendant has failed to meet required burden.  No conditions exist to reasonably assure defendants appearance for further proceedings.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Counsel to chambers.

Court in recess: 10:47 am

Total Time: 16 minutes

Hearing concluded.