IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Dawan Eugene Smith

    Defendant.

## WAIVER OF PRELIMINARY HEARING BY DEFENDANT ON SUPERVISED RELEASE

I have been advised of my right to have a preliminary hearing, pursuant to Fed.R.Crim.P. 32.1, in conjunction with the petition to revoke my supervised released. Having been advised of my rights, I do hereby voluntarily waive my right to have a preliminary hearing.

DATED at Denver, Colorado this 23 day of July, 2007.

_____
Defendant

_____
Counsel for Defendant