IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214-D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

24.    Dwayne Van Dyke,
        a/k/a "NM",
        Defendant.



## MOTION FOR SUBSTITUTION OF COUNSEL

Mr. VanDyke seeks substitution of counsel herein and in support states:

1.    Mr. VanDyke was sentenced to 175 months on May 12th, 2004. He subsequently appealed and the appeal was unsuccessful (*United States v. Small* 423 F.3d 1164 (10th Cir. 2005)).

2.    On November 15, 2005 the defendant was indicted in 04CR463-MK. He eventually plead guilty to a misdemeanor for making a materially false statement with intent to defraud the Department of Housing and Urban Development, 18 USC §1012. Mr. VanDyke was sentenced on July 30 2007 to one year, concurrent with the present matter, by Judge Krieger.

3.    An additional term of the plea agreement in 04CR463-MK is that the government will proceed in 01CR214-D under Crim.P.35(b) to seek a sentence reduction of at lease twenty per cent herein for the defendant's testimony and other cooperation in the most recent matter.

4.    Mr. Hartley represented the defendant in this court and on appeal, however he

believes he now has a conflict of interest in continuing to represent this defendant by virtue of his representation of other individuals since then. Mr. Cherner, who handled the case before Judge Krieger and negotiated the proposed 35(b) procedure, is willing to accept appointment. He is on this court's CJA Panel.

5. Wherefore that defendant and his lawyers request that Mr. Cherner be allowed to substitute as appointed attorney for Mr. Hartley.

Respectfully submitted,

ATTORNEY FOR DEFENDANT
DWAYNE VANDYKE

_____
Dennis Hartley, #788
Dennis W Hartley, P.C.
1749 S. 8th St.
Suite 5
Colorado Springs CO 80906

_____
Philip A. Cherner, #6901
789 Sherman Street, #660
Denver, Colorado 80203

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing MOTION FOR SUBSTITUTION OF COUNSEL has been emailed via ECF filing system this 6th day of August, 2007.

_____

2