↑◄♠#↑♠

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

August 3, 2007

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 7 2007

GREGORY C. LANGHAM
CLERK

Mary Kysor
United States Probation Department
1961 Stout Street, Suite 1525
Denver, Colorado 80294

CASE CAPTION:   U.S.A. v. Sammy Woods

CASE NO.:   (D.C.): 01-cr-00214-D

Dear Mary,

Enclosed please find the original Presentence Report in the above-entitled case. The Report was just returned from the Tenth Circuit Court of Appeals after the Mandate was received.

Please sign and date the copy of this letter to show your receipt of the report. Thank you for all of your help.

Very truly yours,
GREGORY C. LANGHAM, CLERK

By: s/ Bobbi Reed
   B. Reed, Deputy Clerk

Received By: _Mary Ellen Kysor_
Date: _8/6/07_