UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24. DWAYNE VAN DYKE,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion for Substitution of Counsel, filed by Defendant Dwayne VanDyke on August 6, 2007 (docket #3492).  Upon consideration of the motion and the file in this matter, it is hereby

ORDERED that the Motion for Substitution of Counsel, filed by Defendant Dwayne VanDyke on August 6, 2007 (docket #3492) is **GRANTED**.  It is

FURTHER ORDERED that the clerk shall appoint attorney Philip A. Cherner as CJA counsel for Defendant Van Dyke in this matter.

Dated:  August 9, 2007

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge