FEDERAL CORRECTIONAL INSTITUTION
Sammy Lee Woods
BOP Reg. No. 30425-013
Unit - Beale B
P.O. Box 34550
Memphis, Tennessee 38184-0550

01-CR-00214-WYD

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 09 2007
GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court
District of Colorado
901 19th Street, Rm A-105
Denver, Colorado 80294-3589

Legal Mail

FCI, MEMPHIS
1101 JOHN A. DENIE RD.
MEMPHIS, TN 38134  DATE: 8-4-07

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raised a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.

If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.