IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | August 17, 2007 | Prob./Pret.: | Edward C. Gadden |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **01-cr-00214-WYD**            Counsel:

UNITED STATES OF AMERICA,                          Wayne Campbell

       Plaintiff,

v.

**30. DAWAN EUGENE SMITH**,                         Daniel T. Smith

       Defendant.

_____

**COURTROOM MINUTES**
_____

**SUPERVISED RELEASE VIOLATION HEARING**

**11:09 a.m.**  Court in Session - Defendant present (in-custody)

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

11:09 a.m.  Statement on behalf of Defendant admitting to violations 8, 9, and 10 (Mr. Smith).

11:10 a.m.  Statement on behalf of Government and agreement between the parties to dismiss violations 1-7 (Mr. Campbell).

**ORDERED:**  Violations 1-7 are dismissed.

11:13 a.m.  Statement on behalf of Defendant (Mr. Smith).

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes
_____

| | |
|---|---|
| 11:24 a.m. | Statement on behalf of Government (Mr. Campbell). |
| | Court makes inquiries of Probation. |
| 11:25 a.m. | Statement on behalf of Probation in response to the Court's inquiries (Mr. Gadden). |
| 11:27 a.m. | Statement by Defendant on his own behalf (Mr. Smith). |
| 11:33 a.m. | Statement on behalf of Probation (Mr. Gadden). |
| 11:35 a.m. | Further statement by Defendant on his own behalf (Mr. Smith). |
| | Court makes findings and finds that defendant has violated conditions of supervised release. |
| **ORDERED:** | Supervised release is **REVOKED** and **REINSTATED** for **1 year** with the following modification: |
| (X) | Defendant shall be placed in an approved Residential Reentry Center (RRC) for **180 days.** Defendant shall observe the rules of the RRC facility. The Probation Department is allowed to discharge the defendant earlier than 180 days if the defendant is determined to be in full compliance with all conditions of his supervision. All other previously imposed conditions of supervision will remain in full force and effect. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal until bed space is available at the community corrections facility. |
| **11:42 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME: 0:33**