

Posted: Certified Mail No. 70042890000309796394

## Notice of Fault and opportunity to Cure
## and Contest Acceptance

Date: June 29, 2007

*01-cr-214-WYD*

To: Wiley Y. Daniel dba Judge
    c/o: U.S. District Court Of Colorado
    Office of the Clerk
    901-19th Street, Room A-105
    Denver, Colorado CF80294CF

Dear Sir:

On May 24, 2007, the undersigned Secured Party Creditor caused to be sent to you a CONDITIONAL ACCEPTANCE FOR VALUE (CAFV), wherein he stipulated and agreed to perform to your Offer, (charges, judgment/debt), sent to you via Certified Mail Number 7004-2890000309896394.

You have failed to perform after recieving said Presentment from the undersigned Secured Party Creditor, and you have failed to perform by providing the requested/ necessary Proofs of Claims after recieving said CAFV per your reciept and acceptance thereof.

As the Respondent, you are now at Fault and you Agree to the Entry of Judgment, as in Confessed Judgment, for the ens legis, ZEBEDEE HALL®, and Agree that the undersigned Secured Party Creditor, Zebedee Eli of the family of Hall, is a living soul/ natural man who has been **Injured** by a federal coporation (United States) and is Unlawfully imprisoned/Injured and you Agree to his immediate release, and further Agree to and Stipulate to the terms of the undersigned Secured Party Creditor's Presentment through your Dishonor should you fail to Cure by providing the requested/ necessary Proofs of Claims/Discovery.

You have the Right to Cure this Fault and Perform according to said Terms within (3) days from reciept of this Notice.

Should you fail to Cure your Fault, this Notice and the Undersigned Secured Party Creditor's following affidavit will establish the FACT in the record of your Acceptance, Agreement, Confessed Judgment, and general Auqiescence to the Matter established upon Respondent's silence relative to the Uniform Commercial Code (UCC), State and Federal law and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,                         By: _____
                                                Zebedee Eli; Hall, Agent, Secured Party
                                                Creditor, Third Party Intervener, Without Prejudice

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**
**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

Item #062907

-1-

Zebedee Eli of the family of Hall
c/o: #30428-013 FDC 9595 W. Quincy
Littleton, Colorado CF80123CF
united States of America

Date: July 17, 2007

To: GREGORY C. LANGHAM dba CLERK
    Room A-105, U.S. Courthouse
    901-19th Street
    Denver, Colorado CF80294CF

Regarding: UNITED STATES OF AMERICA v. ZEBEDEE HALL, 01-CR-214-D-(7)


Dear Sir:

Please find attached the Undersigned Secured Party Creditor's **Notice of Fault and opportunity to Cure and Contest Acceptance,** and file said document/notice under the above Case/Cause Number.

Thank you for your time and I remain

Sincerely,

By: _____
    Zebedee Eli: Hall, Agent/Secured Party
    Creditor/Third Party Intervener, With-
    out Prejudice, UCC 207,308

