ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,   Case No. 01-CR-214-D

        Plaintiff.

vs.

ALVIN GREEN,

        Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2007

GREGORY C. LANGHAM
CLERK

---

"Nunc Pro Tunc" Motion To Dismiss With Prejudice

via Federal Rule Criminal Procedure 12 (3)(B) Criminal Indictment Number [1] One, and its mandatory "Life Sentence Without Parole" ..... as it fails to properly state or charge a known federal crime or offense as defined by Congress.

---

Now Comes; defendant Alvin Green with this Nunc Pro Tunc "Motion To Dismiss With Prejudice Count One Of The Indictment", as it alleges a violation of Title 21 United States Code Section 846 Conspiracy to possess with intent to distribute quanties of a mixture and substance containing a "Detectable Amount" of cocaine base "crack cocaine" a Schedule II controlled substance, weighing more than fifty grams, in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(A)(iii), and intentionally did aid & abet, encourage, help and cause the same .... All in violation of Title 21 United States Code Section 846 and 2,

via Federal Rule Criminal Procedure 12 (3)(B), as it fails to properly state or charge an [Non-Existent] offense as defined by Congress in violation of due process as follows:

Case Of First Impression

This claim is so novel that it has never before been decided by the district court nor the Tenth Circuit Court Of Appeals.

"CLAIM ONE"

1) The criminal indictment {Count One] limits the jurisdiction of the court to sentence defendant to a maximum Sixty-Months imprisonment .... as it identifies a "Detectable Amount Only"..

"CLAIM TWO"

1) See: Sentencing Guideline Amendment #484, States: The mixture or substance must be separated for the court to determine the proper sentence based on the actual usable amount of illegal drugs, even then the indictment clearly identifies "A Detectable Amount Only".  Wherefore; the life sentence must be vacated

"CLAIM THREE"

1) Defendant Alvin Green was tried, convicted and sentenced to a "Life Sentence Without Parole" based on a "Void Ab Initio" indictment [Non-Existent Crime or Offense] that identifies a "Non-Existent Drug" as follows:

    a) It is well settled that "crack cocaine" is a finished product ready for use.

    b) It is chemically impossible for any mixture or substance to contain "crack cocaine", as it is either crack cocaine or its not.

The law and the statute has been clarified by The United States Sentencing Guideline Amendment #484 and Cite: United States vs. Cotton, 152 L.Ed.2d 860 (2002) .... States: .... to be constitutionally viable the indictment must allege a detectable amount or more .... to increase any penalty.

Defendant Alvin Green just became aware of this claim and could not have properly presented his actual and factual innocence of a "Non-Existent" crime or offense on either direct appeal a post-conviction remedy.

Wherefore; to prevent a miscarrage of justice will this court dismiss with prejudice Count Number [1] One and its mandatory "Life Sentence Without Parole", as it fails to state or

charge a known federal crime or offense as defined by Congress as a violation of Title 21 United States Code Section 846 and 841(a)(1) and (b)(1(A)(iii) as limned in the foregoing?

Signed, dated and mailed
September 20th, 2007

Respectfully Submitted;

*Alvin Green*

Alvin Green

30411-013

USP Victorville

Box 5500

Adelanto, California   92301

Certificate Of Mailing

I Alvin Green placed a true and correct copy of the foregoing into the United State mail postage prepaid and affixed and addressed to:

To Whom It May Concern

Assistant United States Attorney
JAMES C. MURPHY
1225 17TH STREET SUITE 700
Denver, Colorado  80202
this 20th day of September 2007   *Alvin Green*

Alvin Green

ALVIN GREEN
#30411-013
UNITED STATES PENITENTIARY
BOX 5500
ADELANTO, CALIFORNIA
92301

LEGAL MAIL

CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ROOM A105
901 19TH AVENUE
DENVER, COLORADO
80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 27 2007
GREGORY C. LANGHAM
CLERK