# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

October 4, 2007

Douglas E. Cressler  
Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **07-1271, United States v. Woods**
            Dist/Ag docket: [01-cr-00214-WYD, 06-cv-01898-WYD]

Dear Clerk:

Our records indicate that this court has not received the record on appeal in the captioned case.

The district clerk is requested to transmit it now.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     James C. Murphy
        Sammy Lee Woods