UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

October 17, 2007

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   USA v. Woods (19)**

Court of Appeals Case No. 07-1271
District Court Case No. 01-cr-00214-WYD

Dear Clerk:

    We hand you herewith Volume I of the Record on Appeal in the above referenced case.

                      Sincerely,
                        GREGORY C. LANGHAM, Clerk

                      by s/ B. Reed
                        Deputy Clerk

cc:  See Notice of Electronic Filing

# INDEX

2255, APPEAL

## U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00214-WYD-19
## Internal Use Only

Case title: USA v. Small, et al

Date Filed: 06/07/2001
Date Terminated: 03/23/2006

Assigned to: Judge Wiley Y. Daniel

Appeals court case numbers: '07-1271' 'USCA', 04-1168

### Defendant

**Sammy Lee Woods** (19)
*TERMINATED: 04/21/2004*

represented by **Sammy Lee Woods**
#30425-013
MEMPHIS
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 34550
MEMPHIS, TN 38134
PRO SE

**Kerry Steven Hada**
Kerry S. Hada, P.C., Law Offices of
6426 South Quebec Street
Englewood, CO 80111
303-771-3030
Fax: 741-5619
Email: kerryshada@qwest.net
*TERMINATED: 04/03/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ronald Gainor**
Ronald Gainor, Attorney at Law
6414 Fairways Drive
Longmont, CO 80503
303-448-9646
Fax: 447-0930
Email: gains_2000@hotmail.com
*TERMINATED: 04/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR.<br>(50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(62ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Wiley Y. Daniel

Appeals court case numbers: '07-1271' 'USCA', 04-1168

### Defendant

**Sammy Lee Woods** (19)  represented by **Sammy Lee Woods**
*TERMINATED: 03/23/2006*  (See above for address)
  PRO SE

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. |

| | |
|---|---|
| (62ss) | by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

None

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kathleen Melissa Tafoya**<br>U.S. Attorney's Office-Denver<br>1225 Seventeenth Street<br>#700<br>Denver, CO 80202<br>303-454-0100<br>Fax: 454-0406<br>Email: Kathleen.Tafoya@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Coyle Murphy**<br>U.S. Attorney's Office-Denver<br>1225 Seventeenth Street<br>#700<br>Denver, CO 80202<br>303-454-0100<br>Fax: 303-454-0461<br>Email: James.Murphy3@usdoj.gov |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2001 | 1 | INDICTMENT by USA Counts filed against Sammy Lee Woods (19) count(s) 1, 46, 62 (former empl) (Entered: 06/11/2001) |
| 06/07/2001 | 12 | ARREST Warrant issued for Sammy Lee Woods by clerk of the court |

| | | |
|---|---|---|
| 09/22/2006 | 3388 | MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods. (Attachments: # 1 Part 2 of Motion)(ecm, ) (Civil Action #06-cv-1898) Modified on 9/26/2006 to add civil case # (ecm, ). Modified on 9/28/2006 to amend filing date, amended to reflect correct filing date of 9/22/06 (mjg2, ). (Entered: 09/25/2006) |
| 09/25/2006 | 3386 | MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods. (Attachments: # 1 Part 2 of Motion)(ecm, ) Modified on 9/25/2006 to add civil action number (06-cv-01898) (ecm, ). (Entered: 09/25/2006) |
| 09/25/2006 | 3387 | TEXT ENTRY ONLY: terminating 3386 Motion to Vacate (2255) as to Sammy Lee Woods (19); Motion will be re-entered; No Document Attached (ecm, ) (Entered: 09/25/2006) |
| 10/04/2006 | 3391 | ORDER; govt shall file Answer by 10/18/2006 to 3388 MOTION to Vacate under 28 U.S.C. 2255 filed by Sammy Lee Woods. Signed by Judge Wiley Y. Daniel on 10/4/06. (ecm, ) (Entered: 10/05/2006) |
| 10/31/2006 | 3394 | Letter from Sammie Woods (ecm, ) (Entered: 11/01/2006) |
| 10/31/2006 | 3395 | Letter from Sammie Woods re legal material (ecm, ) (Entered: 11/01/2006) |
| 11/15/2006 | 3399 | MOTION for Extension of Time to File Response/Reply as to 3391 Order, Set Deadlines, Terminate Deadlines and Hearings, 3388 MOTION to Vacate under 28 U.S.C. 2255 by USA as to Sammy Lee Woods. (Murphy, James) (Entered: 11/15/2006) |
| 11/27/2006 | 3400 | MOTION for Default by Sammy Lee Woods pro se. (ecm, ) (Entered: 11/28/2006) |
| 11/28/2006 | 3401 | ORDER TO SHOW CAUSE as to Sammy Lee Woods; the govt was ordered to file an answer to defts 28:2255 motion 3386 on/before 10/18/06; the govt shall Show Cause in writing by 12/6/2006 why no answer or other pleading has been filed in this case; Signed by Judge Wiley Y. Daniel on 11/28/06. (ecm, ) (Entered: 11/28/2006) |
| 11/28/2006 | 3402 | ORDER Discharging Order to Show Cause as to Sammy Lee Woods; the 3401 Order to Show Cause is VACATED; GRANTING 3399 MOTION for Extension of Time to File Response to 3388 MOTION to Vacate under 28 U.S.C. 2255 filed by USA; Responses due by 12/15/2006;DENYING 3400 MOTION for Default filed by Sammy Lee Woods. Signed by Judge Wiley Y. Daniel on 11/28/06. (ecm, ) (Entered: 11/28/2006) |
| 12/13/2006 | 3404 | RESPONSE to Motion by USA as to Sammy Lee Woods re 3388 MOTION to Vacate under 28 U.S.C. 2255 (Murphy, James) (Entered: 12/13/2006) |
| 12/28/2006 | 3408 | SUPPLEMENT to 3388 MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods (Attachments: # 1 Part 2)(ecm, ) (Entered: 01/02/2007) |
| 12/28/2006 | 3409 | RESPONSE in Opposition by Willie James Small to Govt's Response to |

| | | |
|---|---|---|
| | | 3388 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Part 2)(ecm, ) (Entered: 01/02/2007) |
| 02/13/2007 | 3420 | SUPPLEMENT to 3388 MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods, Pro Se (mjg, ) (Entered: 02/14/2007) |
| 02/13/2007 | 3421 | Brief/Memorandum of Law by Sammy Lee Woods, Pro Se (mjg, ) (Entered: 02/14/2007) |
| 02/22/2007 | 3428 | NOTICE OF ATTORNEY APPEARANCE Kathleen Melissa Tafoya appearing for USA. (Tafoya, Kathleen) (Entered: 02/22/2007) |
| 06/11/2007 | 3464 | ORDER; DENYING 3388 Motion to Vacate (2255) as to Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 6/11/07. (ecm, ) (Entered: 06/11/2007) |
| 06/29/2007 | 3468 | Motion for Certificate of Appealability which is being treated as a NOTICE OF APPEAL re 3464 Order on Motion to Vacate (2255), Order on Motion for Extension of Time to File Response/Reply, Order on Motion for Miscellaneous Relief by Sammy Lee Woods. Fee Status: Pro se; Fees not paid; 1915 Motion not filed. Notice mailed to all counsel on 07/03/07. (Attachments: # 1 Envelope)(bjr2, ) (Entered: 07/03/2007) |
| 07/03/2007 | 3469 | LETTER re Appeal advising all counsel of the transmittal of the 3468 Motion for Certificate of Appealability which is being treated as a Notice of Appeal filed by Sammy Woods to the U.S. Court of Appeals. (Pro se; Fees not paid; 1915 Motion not filed; COA Pending) (Attachments: # 1 Motion for Certificate of Appealability # 2 Docket Sheet)(bjr2, ) (Entered: 07/03/2007) |
| 07/06/2007 | 3474 | USCA Case Number 07-1271 for 3468 Notice of Appeal, filed by Sammy Lee Woods. District court is assessing the appeal fees and reviewing the issuance of a COA. (bjrsl, ) (Entered: 07/09/2007) |
| 07/09/2007 | 3475 | ORDER to Cure Deficiency re 3468 Notice of Appeal, filed by Sammy Lee Woods. Appellant has 30 days to either pay the $455.00 filing fee or file a proper 1915 motion with the district court. Signed by Judge Wiley Y. Daniel on 07/09/07. (bjr, ) (Entered: 07/09/2007) |
| 07/09/2007 | 3476 | Certificate of Appealability Denied as to Sammy Lee Woods re 3468 Notice of Appeal. Signed by Judge Wiley Y. Daniel on 07/09/07. (bjr, ) (Entered: 07/09/2007) |
| 08/02/2007 | 3491 | Appeal Record Returned - Volumes I - LXXII, Supplemental Volumes I - III and Supplemental Volumes IV - VI, as to Willie James Small, Alvin Green, Theolian Lloyd, George Melvin Murray, Sammy Lee Woods, Dwayne Vandyke: Text Only Entry - No Document Attached. USCA case no. 04-1148, 04-1157, 04-1161, 04-1168, 04-1188, 04-1201. (bjr2, ) (Entered: 08/02/2007) |
| 08/07/2007 | 3494 | NOTICE from Probation re receipt of PSI as to Notice of Appeal by Sammy Lee Woods (bjr2, ) (Entered: 08/08/2007) |
| 08/09/2007 | 3497 | MOTION for Leave to Appeal In Forma Pauperis by Sammy Lee Woods. |

|  |  | (Attachments: # 1 Envelope)(bjr, ) (Entered: 08/10/2007) |
|---|---|---|
| 08/22/2007 | 3500 | ORDER denying 3497 Motion for Leave to Appeal In Forma Pauperis as to Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 08/22/07. (bjr2, ) (Entered: 08/22/2007) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\\
01-cr-00214-WYD

VOLUME I - PLEADINGS