IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  01-CR-214-D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

24.    Dwayne Van Dyke,
        a/k/a "NM",
        Defendant.

---

DEFENDANT'S STATEMENT REGARDING GOVERNMENT'S
MOTION UNDER CRIM.P. 35(b)

---

The Defendant urges the court to reduce the Defendant's sentence and further comments on the government's Crim.P. 35(b) motion filed herein and as follows:

1.    The government has filed a motion (#3508) seeking sentence reduction under Crim.P. 35(b) of 35 months.  The grounds for motion are set forth therein.

2.    Since this defendant was sentenced, the sentencing guidelines have become discretionary.  *United States v. Booker*, 125 S.Ct. 738 (2005).

3.    Since the defendant was sentenced, the guidelines for crack cocaine have been reduced, effective November 1, 2007.  This only indirectly affects the statute, however, because the Defendant was a career offender.  Guideline §4B.1.1; PSI ¶29.

4.    When the government moves for departure the court may depart below the level the government recommends.

5.    For all the above reasons, the court should consider holding what amounts to a new sentencing hearing, at which time these various positions can be argued and spread before the court in detail.  The defendant, who is currently in the Federal Bureau of Prisons in Texas, should be present for the hearing.

        Respectfully submitted,

        ____/s/ Philip Cherner_____
        Philip A. Cherner, #6901
        789 Sherman Street, #660
        Denver, Colorado  80203

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S STATEMENT REGARDING GOVERNMENT'S MOTION UNDER CRIM.P. 35(b) has been emailed via ECF filing system this 25th day of October, 2007, addressed to all counsel of record:

        _____/s/ Lisa Cisneros_____