UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

24. DWAYNE VANDYKE

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Because the government filed a Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rule of Criminal Procedure, filed October 5, 2007 (docket #3508) and the defendant filed a Statement Regarding Government's Motion Under Crim.P. 35(b), filed October 25, 2007, Probation shall file a Sentencing Report which shall include Probation's recommendations on or before **Monday, December 3, 2007**.

     Dated:  October 31, 2007.