Posted: Certified Mail Number 7007 0710 0003 9322 2623

Zebedee Eli of the family of Hall
in behalf of ZEBEDEE HALL®, Ens
legis, c/o: No. 30428-013
PMB 4000, F.M.C.
Rochester, MN. [55903]
Secured Party Creditor

Kathleen M. Tafoya;
William J. Leone and;
Wiley Y. Daniel
c/o: U.S. District Court
901-19th Street, Room A-105
Denver, Colorado [80294]
Respondents

RE: UNITED STATES OF AMERICA v. ZEBEDEE HALL®, Cause No. 01-CR-214-D-(7)/Agreement No. 70042890000309796394

## AFFIDAVIT OF NOTICE OF DEFAULT

## AND OF RES JUDICATA

State of Minnesota )
                ) Scilicet
County of Olmstead )

> "Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169, S. Ct. March 22, 1982

I, Zebedee Eli: Hall, herein "Affiant" having been duly sworn, declares that by affidavit that of the non-response of the Respondents/parties to the Contract entitled, CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM (CAFV), hereinafter, are in full agreement regarding the following:

1.) THAT, Affiant is competent to state the matters included in his declaration, has knowledge of the facts, and declared that to the best of his knowledge, the statements made in his affidavit are true, correct, and not meant to mislead;

2.) THAT, Affiant is the Secured Party Creditor, Superior Claimant, Holder in Due Course, and Principal Creditor having a Registered Priority Lien Hold Interest to all property held in the name of the Debtor; ZEBEDEE HALL®, or any derivative thereof, evidenced by UCC-1 Financing Statement No. 24012454 and others filed with several Secretary of State Offices.

3.) THAT, Respondents, Kathleen M. Tafoya, William J. Leone and Wiley Y. Daniel is herein addressed in their Private Capacity, but in their Public Capacities as A.U.S.A./U.S. Magistrate Judge, U.S. Attorney and U.S. District, respectively, and are participating in a Commercial enterprize with their co-buisness partners including but not limited to the State of Colorado, United States and UNITED STATES OF AMERICA, hereinafter collectively referred to as "Respondent."

4.) THAT, the governing law of this Private Contract is the Agreement of Parties supported by the Law Merchant and applicable maxims of law;

5.) THAT, Affiant at no time has willingly, knowingly, intentionally, or voluntarily agreed to subordinate their position as creditor, through signature, or words, actions, or inaction's;

6.) THAT, Affiant at no time has requested or excepted extraodinary benefits or privileges from the Respendent, the United States, or any subdivision thereof;

7.) THAT, Affiant is not a party to a Valid Contract with respondent that requires Affiant to perform in any manner, including but not limited to the payment of DEBT in the form of imprisonment;

8.) THAT, on May 24, 2007, Affiant sent a CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM (CAFV)(document for discovery) to the Respondent requesting proof of claim as to jurisdiction, lawful imprisonment, constitutional matters in regards to request for Proof of Claim, and for other various proofs of claim to support a Valid Lawful Contract.

9.) THAT, Respondent had 10 days (now some 160 days or more) to respond with proof of claim(s) and therefore has failed to state a claim upon which relief can be granted and has Agreed and Stipulated to the Facts that they operate in favor of the undersigned and Respondent Agreed that the undersigned Secured Party Creditor can Discharge the above Cause, public or private included but not limited to fines, fees, and Prison DEBTS via the Remedy provided by Congress via HJR-192 via Acceptance For Value and Consideration and Returned for Discharge or other appropriate Commercial Paper.

10.) THAT, Respondent has Dishonored Affiant's CAFV by not providing Proof of Claim(s) in respect to the above. Respondent failed to Contest Acceptance of CAFV and this matter is now Res Judicata and this Dishonor is now deemed a Charge against the Respondent.

Further Affiant sayth not.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dated this ___9___ day of November, 2007.

By: _____
Zebedee Eli: Hall, Affiant, Without Prejudice

**ACKNOWLEDGEMENT**

SUBCRIBED AND SWORN TO before Me this ___9___ day of November, A.D. 2007, a Notary, that Zebedee Eli: Hall, personally appeared and known to Me to be the Man whose Title/subscribed to the within instrument and acknowleged to be the same.

_____
Notary Public
My Commission Expires: _____         Seal;

Affidavit of Default Notice                                                                 Item #110907ZEH


BARBARA ANN NIGON
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

