IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ZEBEDEE HALL, Ens Legis,

    MOVANT,

V.

UNITED STATES OF AMERICA,   CAUSE/MATTER NO. 01-CR-214-D-(7)

    RESPONDENT,

Zebedee-Eli: Hall, Secured Party,

    Third Party Intervenor.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.
DEC 6 - 2007

## MOTION FOR SUBPOENA DUCES TECUM

Mr. Zebedee-Eli: Hall, Third Party Intervenor, in behalf of ZEBEDEE HALL, hereinafter 'movant,' by special/restricted appearence and not a general appearence without waiving any rights, remidies or defenses, respectfully move the Court in the nature of Rule 30 (b)(5) of the Federal Rules of Civil Procedure for the Entry of an Order directing that the attached subpoena addressed to Gregory C. Langham be returnable before the Court on or before December 21, 2007, and further, directing that the documents, records and/or papers described in said subpoena, upon his production, be available for inspection and /or copying by the Movant.

IN SUPPORT thereof, Movant state that the documents, records and/or papers described in said subpoena are evidentiary in nature, that Movant lacks access to these items from any other source, and that Order directing production of these items will Facilitate the introduction of Material and Relevant Evidence in ZEBEDEE HALL'S forthcoming 28 U.S.C. § 2255 petition based on ineffective assistance of counsel.

Dated: December 1, 2007        By: _____
                                                  Zebedee-Eli: Hall, Secured Party,
                                                  Without Prejudice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ZEBEDEE HALL, Ens Legis,

    MOVANT,

V.

UNITED STATES OF AMERICA,  :  CAUSE/MATTER NO. 01-CR-214-D-(7)

    RESPONDENT,

..................................

Zebedee-Eli: Hall, Secured Party,

    Third Party Intervenor.

---

### SUBPOENA DUCES TECUM AND RETURN

---

**TO:** Gregory C. Landham, dba Clerk of the Court
and/or Custodian of Records, Care of:
UNITED STATES DISTRICT COURT
901-19th Street, Room A-105
Denver, Colorado [80924]

YOU ARE HEREBY COMMADED to appear in the United States District Court for the District of Colorado, located at 901-19th Street, Denver Colorado, on or before December 21, 2007, to testify in the above captioned Matter, ZEBEDEE HALL V.UNITED STATES OF AMERICA, Cause/Matter No. 01-CR-214-D-(7), and you are further Commanded to bring with you the following documents, record(s) and/or papers:

1.) Proof through documentation, record(s) and/or papers that a judgment was entered in the above matter;

2.) Proof through documentation, record(s) and/or papers that the charges in the above matter were Certified when read into the record;

3.) Proof through documentation, record(s) and/or papers that an Affidavit was entered into the record by UNITED STATES OF AMERICA to support its charges;

4.) Proof through documentation, record(s) and/or papers that an Affidavit of probable cause exist by an injured party;

5.) Proof through documentation, record(s) and/or papers that ZEBEDEE HALL or the Third Party Intervenor, Zebedee-Eli: Hall, committed a Tort against another party;

6.) Proof through documentation, record(s) and/or papers that the alleged violated statutes in the above matter, 21 U.S.C. §§ 841 and 846 are Bonded.

7.) Proof through docomentation, record(s) and/or papers that the U.S. Attorney or any other prosecuting attorney read the charges in the above matter into the record and Swore under Penalty of Perjury that the charges were Certified.

This subpoena is issued on application of the Movant.

Dated: December 01, 2007

By: _____
Zebedee-Eli: Hall, Secured Party,
Without Prejudice

RETURN

Recieved this subpoena at the U.S. District Court of colorado on _____ and served it on the within named, Gregory C. Langham, by delivering a copy to him and in accord with the dictates of 28 U.S.C. § 1825(a), tendering to him the fee for one day's attendance and the mileage allowed.

Dated: _____

/s/ _____

Posted: Certified Mail No. 70062760000414084261

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DEC 6 - 2007

ZEBEDEE HALL, Ens Legis, :

    MOVANT, :

V. :

UNITED STATES OF AMERICA, :   CAUSE/MATTER NO. 01-CR-214-D-(7)

    RESPONDENT, :

..................................
Zebedee-Eli: Hall, Secured Party,
Third Party Intervenor, Real Party
in Interest

---

**AFFIDAVIT**
**OF**
**MEMORANDUM OF LAW**
WITH POINTS AND AUTHORITIES ON 'SOVEREIGNTY' OF THE PEOPLE
In Relation to 'Government' of the Several
Compact De-facto States and the Federal Government

---

To ALL Whom These Presents Shall Come; Please Take NOTICE:

It is a well understood Fact of American History that the most dynamic document that set the course of America is the Declaration of Independence. It was and is the Document that disclosed the tyranny of English government, it expressed the elements of the Rights of Flesh and Blood Men within our society, and that **all Men are Created Equal**. The Declaration of Independence stipulated the chain of Authority within 'governments,' and of the obvious Fact that the People created government. That it was the People who instituted government and in so doing, the People **Secured these Rights**, and that governments derive their Just powers from the concent of the governed.

It is also well established Fact that the People did not give up all of their powers to governments. The Declaration of Independence Created Sovereignty in the Pepple, not the government(s). Therefore, the People are above the creatures they created and that those who work for governments are but **Public Servants** and have placed themselves in a subservient position, to serve the People within their functions via their **Oath of Office**.

In regard to the Principals established within the Declaration of Independence and the subsiquent constitutions written and created thereafter, and of the true sovereignty, a written constitution is not only the direct and basic expression of the sovereign will, it is also the absolute rule of action and decision for all departments and offices of gevernments with respect to all matters covered by it and preceding after it, and it must control as it is written until it is changed by the authority which established it, the People! See State ex rel. Crenshaw v. Joseph, 175 Ala.579,57 So.942; Schmitt v. F.M. Cook Brewing Co.,187 MD.623,120 N.E. 19, 3 A.L.R. 270; Collins v Martin, 209 Pa. 388,139 A 122,55 A.L.R. 311;

..... and further NOTICE:

1.) For when the revolution took place the People of each State became themselves sovereign. Martin et al v. The Lessee of waddell, 41 U.S. (16 Pet) 367, 410, 10 L.Ed. 997, 1013;

2.) The constitution is the supreme law, written by the supremepower of the state, the People themselves. Re Gorham-Fayette Local School district, 20 Ohio St. 12, 99 NE. 1078;

3.) Sovereignty itself is not subject to law, for its the author and source of law, but in our system, while sovereign powers are delegated to the agencies of government, **sovereignty remains with the People**, by whom and for whom all government exists and acts. And the law is the definition and limitation of power. Yick Wo. v. Hopkins, 118 U.S. 356;

4.) Under our system of the People, who were in England called Subjects, are here the sovereign and their Rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the **person** of a monarch. The citizen in America knows no **person** to whom he need yield the Rights which the law secures to him. United States v. Lee, 106 U.S. 196 at 208;

5.) In America sovereignty rest with the People. Chisolm Ex'r v. Georgia, 1 Led (2 Dall) 445, 472;

6.) It is the duty of all officials, whether legislative, judicial, executive, administrative or ministerial, to so preform every official Act as not to violate constitutional provisions. Montgomery v. State, 55 Fla. 97, 45 So. 879;

7.) Courts should not tolerate or condone disregard of the law and arbitrary usurpation of power on the part of any office. Ex parte Owen, 10 okla. Cri. Rep. 284, 136, P197, Am Cas 1916A 522;

8.) The officers of the law, in the execution of process, are obligated to know the requirements of the law, and if they mistake them, whether through ignorance or design, and flesh and blood Man is injured or harmed by their error, they **must respond in damages**. Rosters v. Marshall, (United States use of Rogers v. Conklin) 1 Wall, (US) 644, 17 L.Ed. 714;

9.) It is a general rule that an officer - executive, administrative, Quasi-judicial, ministerial or otherwise - who acts outside the scope of his or her jurisdiction and without authorization of law may thereby render himself or herself amenable to personal liability. Cooper v. O'Connor, 69 App. DC 100, 99 F.2d 135, 118 ALR 1440;

10.) In our Country the People are sovereign and the government cannot sever its relationship to the people. Afroyim, 387 U.S. at 257, 87 S.Ct. at 1662;

11.) In common usage, the term "person" does not enclude the sovereign, and statutes employing it will ordinarily not be construed to do so. U.S. v. United Mine workers, 330 U.S. 258 (1947);

12.) since in common usage, the term "person" does not include a sovereign, statutes not implying the phrase 'sovereign' are construed to exclude it. U.S.

v. Fox, 94 US 315; 1 U.S.C.A. 1, n. 12;

13.) Congress cannot revoke the Sovereign Power of the People. Perry v. United states, 294 US 330, 353;

14.) There is no such thing as a power of inherent sovereignty in the government of the United States. In this country sovereignty resides in the People, and congress can exercise no power which they have not, by their constitution entrusted to it: all else is withheld. Julliard v. Greenman, 110 U.S. 421;

15.) "All that government does and provides **legitimately** is in pursuit of its duty to provide protection for the Private Rights (Wynhammer v. People, 13 NY 378) which duty is a debt owed to its creator, WE THE PEOPLE, and the Private Unenfranchised individual; which debt and duty is never extinguished nor discharged, and is perpetual. No matter what the government/state provides for the people in manner of convenience and safety, the unenfranchised individual/people owes nothing to the government." Hale v. Henkel, 201 U.S. 43 at 74;

16.) We the People have discharged any debt which may be said to exist or be owed to the government. The governments are, however, indepted continually to the People, because the People created the government coporation and because we suffer its continued existence. The continued debt owed to the People is discharged only as it continues not to violate our Private Rights, and when government(s) fails in its duty to provide protection, discharge the debt of the People, it is an abandonment (injury) of any and all power, authority or vestige of sovereignty which it possessed and the laws remain the same, the sovereignty reverting to the People whence it came. Down v. Bidwell, 182 U.S. 277;

17.) The sovereign are not bound by general words in statutes, restrictive of prerogative Right, Title or Interest, unless expressly named. Acts of limitation do not bind the King nor the People. The People have been **ceded all Rights of the King**, the former sovereign, and when a statute is general and any Prerogative Rights, Titles or Interests would be divested or taken from the King/Sovereign People, in such case the sovereign **SHALL NOT BE BOUND.** The People v. Herkimer, 15 American Decisions 379, 4 cowen (NY 345, 348);

18.) The Supreme Court in; Wills v. Michigan State Police, 105 L.Ed. 2d 45 (1989), made it clear that the sovereign **cannot be named in any statute as merely a person, or any person;**

**NOTE:** The Undersigned, Zebedee-Eli: Hall, who is appearing by special/restricted appearence for ZEBEDEE HALL®, ens legis, is a Sovereign as defined within: Woo Lee v. Hopkins, 118 U.S. 356.

19.) In the United states the People are sovereign and the government cannot sever its relationship to the People by taking away their citizenship. Afroyim v. Rusk, 387 U.S. 253, decided May 29, 1967.

"A SOVEREIGN IS ANSWERABLE ONLY TO GOD AND HIS/HER CONSCIENCE"

**CAVEAT**

That, Gregory c. Langham, dba as Clerk, Kathleen M. Tafoya, dba A.U.S.A. and U.S. Magistrate Judge, William Leone, dba U.S. Attorney and Wiley y. Daniel, dba U.S.

District Judge, upon Entry into the record via Reciept of this Affidavit of Memorandum of Law via Posted: Certified Mail No.7006 2760 0004 1408 4261, NOTICE and DEMAND is made upon you to review and Respond to the Same by each Point and Authority as enumerated above and documented on the Public and Private Record via Certified Mail to the sovereign, Zebedee-Eli: Hall, as addressed below within ten (10) days of Reciept of this Affidavit of Memorandum of Law, allowing up to three (3) days grace for return mail delivery.

Failure to Respond, be either a Public Servant who by Oath of Office or Duty as an Officer, Agent or Employee of government coporation, municipality, etc., and/or your position(s), office(s) or **superior knowledge of the law**, will place you in Default, and the presumption will be taken upon the Public and Private Record that you and your office(s) Fully Agree to the Points and Authorities contained herein this Affidavit of Memorandum of Law With Points and Authorities on Sovereignty of The People in relation to government of the Several Compact De-facto States and the Federal Government and all contained within the Same is True, Correct and Certain in the nature of Fed. R. Civ. Pro. 8(d), and that One of the **WE THE PEOPLE** as so named below with Autograph and Seal is **Sovereign** within the Collective Capacity of said **WE THE PEOPLE** and Possesses true Sovereign Power.

Zebedee-Eli: Hall, is a Secured Party, Holder in Due Course, Superior Claimant, Paramount Creditor and Authorized Representative (as noted on the Public Record) is Competent to state the Matters above within this Affidavit of Memorandum of Law and herein Declare that to the best of his knowledge, the above is True and Correct and made in Good Faith with Clean Hands and not ment to mislead.

/s/ ZEBEDEE HALL®, Ens Legis          By: _____Zebedee-Eli: Hall_____

Date: December 1, 2007

Zebedee-Eli: Hall, Secured Party, Paramount Creditor, Sui juris, One Of the Sovereign People, an American by Birth, a child of the one True God, Principal of which Rights existed long Antecedent to the organization of government and trustee

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**ACKNOWLEDGEMENT**

State of Minnesota )
                   ) Scilicet
County of Olmstead )

Subscribed and Sworn to before me this __3__ day of December, A.D., 2007, a Notary, that, Zebedee-Eli: Hall, personally appeared before Me and known to Me to be the Man whose autograph subscribed to within this Instrument and acknowledgeed to be the same.

_____
Notary Public
My commission Expires: _____

SEAL
BARBARA ANN NIGON
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

page 4 of 4

ZEBEDEE HALL, c/o;
No. 30428-013
FEDERAL MEDICAL CENTER
PMP 4000
ROCHESTER, MN. [55903]

"LEGAL MAIL"

**FEDERAL MEDICAL CENTER**
P.O. BOX 4600
ROCHESTER, MN 55903-4600
DATE: 12-3-07

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, ...

7006 2760 0004 1406 4261

UNITED STATES DISTRICT COURT
Office of the Clerk, Room A-105
901-19th Street
Denver, Colorado [80294]

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 6 - 2007

GREGORY C. LANGHAM
CLERK