Posted : Certified Mail No. 70060100000265086667

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 7 2007

GREGORY C. LANGHAM
CLERK

ZEBEDEE HALL, Ens Legis,

   DEFENDANT/PETITIONER,

V.

UNITED STATES OF AMERICA,

   PLAINTIFF/RESPONDENT,

..................................
Zebedee-Eli: Hall, Third Party In-
tervenor/Real Party in Interest

CAUSE NO. 01-CR-214-D-(7)

---

**AFFIDAVIT**
**OF CERTIFICATE OF NON-RESPONSE**
And Failure to Contest Acceptance and Agreement

Re: Non-Response to Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery to Exhaust Private Administrative Remedy

Minnesota State   )
                          ) Sciliet
County of Olmstead )

   "Indeed no more than affidavit(s0 is necessary to make the prima facia case."
   United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981) cert. Denied

That I, Zebedee-Eli: Hall, a sovereign living breathing man, being first duly sworn, depose and say and declare by My autograph that the following Facts are true and correct to the best of My knowledge, and not meant to mislead and are made with clean hands and in good faith.

That I, Zebedee-Eli: Hall, a Third party Intervenor and a Real Party in Interest, Certify that a Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery was sent by Zebedee-Eli: Hall to Kathleen M. Tafoya, dba A.U.S.A./U.S. Magistrate Judge and William J. Leone, dba U.S. Attorney via Certified Mail with Return Reciept Number 70050390000289621488, which was mailed by the above Third Party Intervenor/Real Party in Interest and Recieved on 02/26/2007 via certified Mail Reciept by William J. Leone and Kathleen M. Tafoya. A response as stipulated in the document was to be sent to the undersigned Secured Party.

That I, Zebedee-Eli: Hall, a sovereign living breathing man, Third Party Intervenor/Real Party in Interest, Certify that a second Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery was sent by the

Third Party Intervenor/Real Party in Interest, Zebedee-Eli: Hall, to Wiley Y. Daniel, dba U.S. District Judge, William J. Leone, dba U.S. Attorney and Kathleen M. Tafoya, dba A.U.S.A./U.S. Magistrate Judge via Certified Mail Number 7004289000030979 6394 on June 29, 2007 and Recieved by the same via Certified Mail Reciept. A response as stipulated in the document/MEMORANDUM OF RECORD was to be sent via U.S. Mail to the undersigned Secured Party.

I, further Certify that I have reviewed the original documents and the Certified Mail Reciepts, green cards, and the follow-up Notice of Default for the mailing and the above and below Secured Party's Affidavit of Notice of Default per the above Documents.

Per the above documents as mailed, request was made to not only send a RESPONSE of the Requested Proof of Claim(s) to the DEFENDANT/PETITIONER, Ens Legis, ZEBEDEE HALL, but also to the undersigned Secured Party, as an independent Third Party but not a party to the matter, for the sole purpose to Certify that any such RESPONSE was sent and recieved at the provided address of the undersigned for the conclusion of said Private Administrative Remedy Process.

Said RESPONSE was requested within a specific time period with an addtional 3 days for return mail.

THEREFORE; I Certify that Wiley Y. Daniel, Kathleen M. Tafoya and William J. Leone, within their Private and Public capacities, refused and/or failed to RESPOND to said Private Conditional Acceptance for Value for Proof of Claim(s) in the Nature of Request for Discovery within the time stipulated, failed to Cure the Fault and presumption is made that they are in Full Acceptance and in Full Agreement to all matters therein as stipulated in favor of ZEBEDEE HALL®, Ens Legis, and in favor of Zebedee-Eli: Hall, the Affiant/Secured Party in Real Interest/Third Party.

Dated This 5th day of January, 2007

Copy to: William J. Leone
        Kathleen M. Tafoya

By: _____
Zebedee-Eli: Hall, Third Party Intervenor, Secured Party in Real Interest, Without Prejudice, UCC 207,308

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before Me this ___ day of December, A.D. 2007, a Notary, that Zebedee-Eli: Hall, personally appeared and known to Me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____
Notary Public in and for said State

My commission Expires: _____

BARBARA ANN NIGON
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

SEAL

