IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ZEBEDEE HALL, et al.,

    Defendants.

## ORDER

Defendant Zebedee Hall has filed *pro se* on December 6, 2007, a document titled "Motion for Subpoena Duces Tecum." Mr. Hall apparently seeks to conduct discovery in anticipation of filing a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 on the grounds of ineffective assistance of counsel. Discovery in connection with a § 2255 motion is governed by Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts and may be authorized for good cause. Mr. Hall's motion seeking discovery will be denied because he fails to demonstrate any good cause. It is not clear that discovery will be necessary in connection with the § 2255 motion Mr. Hall intends to file and, until he actually files the motion, any request for discovery is premature. Accordingly, it is

ORDERED that the "Motion for Subpoena Duces Tecum" filed on December 6, 2007, is denied.

DATED at Denver, Colorado, this <u>20th</u> day of December, 2007.

BY THE COURT:


<u>s/ Wiley Y. Daniel</u>
WILEY Y. DANIEL
United States District Judge