UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24. DWAYNE VAN DYKE,

    Defendant.

_____

**MINUTE ORDER**
_____

    A hearing is **SET** on **Thursday, January 31, 2008 at 3:00 p.m.** on Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure filed October 5, 2007 (docket #3508).

    Dated: January 8, 2008