IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WILLIE SMALL, et al,

    Defendants.

## PROPOSED ORDER

The Court has for consideration the government's Motion to Withdraw.  Upon consideration, it is

ORDERED that the government's Motion is granted.  AUSA Kathleen M. Tafoya is hereby allowed to withdraw from this case.  Counsel of record for this case is AUSA Guy Till.

IT IS SO ORDERED on this _____ day of _____, 2008.

                                          WILEY Y. DANIEL, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO