IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  WILLIE SMALL, et al.,

        Defendants.

_____

### NOTICE OF ATTORNEY APPEARANCE

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, through Guy Till, Assistant United States Attorney, hereby enters his appearance as counsel in the above-captioned case.

DATED this 10th day of January 2008.

                                  Respectfully Submitted,

                                  TROY A. EID
                                  United States Attorney

                                  By:  *s/Guy Till*
                                  GUY TILL
                                  Assistant United States Attorney
                                  U.S. Attorney's Office
                                  1225 17th Street, Suite 700
                                  Denver, Colorado  80202
                                  Phone:  (303) 454-0100
                                  Fax: (303) 454-0401
                                  Guy.Till@usdoj.gov
                                  Attorney for Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 10th day of January, 2008, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

       s/Diana L. Brown
       DIANA L. BROWN
       Legal Assistant
       U.S. Attorney's Office
       1225 17th Street, Suite 700
       Denver, Colorado 80202
       Phone: 303-454-0358
       Fax: 303-454-0401
       diana.brown@usdoj.gov