**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24.  DWAYNE VAN DYKE,

    Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

COMES NOW Patricia Davies, Assistant United States Attorney, and enters her appearance as counsel for the Government in the above-captioned action. Please include the undersigned on all future correspondence, notices, hearing dates, and pleadings in this case.

Dated this 14th day of January, 2008.

    Respectfully submitted,

    TROY A. EID
    UNITED STATES ATTORNEY

    By: s/ Patricia W. Davies
    PATRICIA W. DAVIES
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0403
    Email: Patricia.Davies@usdoj.gov
    Attorney for the United States

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2008, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Philip Cherner
phil@philcherner.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

By: s/ Veronica Ortiz
VERONICA ORTIZ
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
E-mail: Veronica.Ortiz@usdoj.gov