UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE SMALL, et al.,

    Defendants.

_____

## ORDER
_____

THIS MATTER is before the Court on the government's Motion to Withdraw, filed January 10, 2008 (docket #3528). Upon consideration, it is hereby

ORDERED that the government's Motion to Withdraw, filed January 10, 2008 (docket #3528) is **GRANTED**. AUSA Kathleen M. Tafoya is hereby allowed to withdraw from this case. Counsel of record for this case is AUSA Guy Till.

Dated: January 17, 2008

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge