**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00214-WYD-24

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

24.   **DWAYNE VAN DYKE,**

    Defendant.

---

**UNOPPOSED MOTION TO RESET MOTION HEARING DATE FROM
JANUARY 31, 2008 TO MARCH 6, 2008**

---

    The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, and through Linda A. McMahan, Assistant United States Attorney, respectfully requests this Honorable Court vacate the hearing date of January 31, 2008, and set that hearing for March 6, 2008, and in support states:

    1.   The Court had previously set January 31, 2008, for a hearing on the Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure [Docket # 3508].

    2.   The parties recently learned the defendant is presently housed in a Federal Correctional Institute in El Reno, Oklahoma, and no one did the paperwork required for the U.S. Marshal's to transport him. The government apologizes for the oversight.

    3.   Defendant's counsel was advised and has no opposition to this continuance. The parties called and conferred with the Court to obtain the date of March 6, 2008.

4. The government requests the previously ordered date of January 31, 2008, be vacated and the hearing reset to March 6, 2008, at 3:00 p.m.

Dated this 31st day of January, 2008.

                                      Respectfully submitted,

                                      TROY A. EID
                                      United States Attorney

By:   s/Linda A. McMahan
        LINDA A. MCMAHAN
        Assistant United States Attorney
        1225 Seventeenth St., Suite 700
        Denver, Colorado  80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0403
        e-mail:  Linda.McMahan@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 31st day of January, 2008, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET MOTION HEARING DATE FROM JANUARY 31, 2008 TO MARCH 6, 2008** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Philip A. Cherner, Esq.
e-mail:  phil@philcherner.com

                s/Maggie E. Grenvik
                Maggie E. Grenvik
                Legal Assistant for AUSA Linda McMahan
                U.S. Attorney's Office
                1225 17th St., Suite 700
                Denver, CO  80202
                Telephone:  (303) 454-0100
                Fax:  (303) 454-0401
                e-mail:  maggie.grenvik@usdoj.gov