UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24. DWAYNE VAN DYKE,

    Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government's Unopposed Motion Reset Motion Hearing Date From January 31, 2008 to March 6, 2008, filed January 31, 2008 (docket #3532) is **GRANTED**. The hearing set for January 31, 2008 at 3:00 p.m is **VACATED** and **RESET** for Thursday, March 6, 2008 at 3:00 p.m.

    Dated: January 31, 2008