IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24.    DWAYNE VAN DYKE,

    Defendant.

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, through Linda A. McMahan, Assistant United States Attorney, hereby enters her appearance on behalf of the United States. All future notices and hearing dates should be directed to Assistant United States Attorney Linda A. McMahan.

Dated this 31st day of January, 2008.

    Respectfully submitted,

    TROY A. EID
    United States Attorney


By:    s/Linda A. McMahan
    LINDA A. MCMAHAN
    Assistant United States Attorney
    1225 Seventeenth St., Suite 700
    Denver, Colorado  80202
    Telephone: (303) 454-0100
    Facsimile: (303) 454-0403
    e-mail:  Linda.McMahan@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 31st day of January, 2008, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Philip A. Cherner, Esq.
e-mail:  phil@philcherner.com

              s/Maggie E. Grenvik
              Maggie E. Grenvik
              Legal Assistant for AUSA Linda McMahan
              U.S. Attorney's Office
              1225 17th St., Suite 700
              Denver, CO  80202
              Telephone:  (303) 454-0100
              Fax:  (303) 454-0401
              e-mail:  maggie.grenvik@usdoj.gov