**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00214-WYD-30

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DAWAN EUGENE SMITH,

       Defendant.

**ORDER REINSTATING RESIDENTIAL REENTRY CENTER PLACEMENT**

       At a supervised release violation hearing held on August 17, 2007, the court ordered that the defendant be placed into the Independence House Residential Reentry Center (RRC) for up to a maximum of 180 days. Due to a positive adjustment observed in the RRC, the defendant was allowed to early discharge the RRC after serving only 86 days of his original 180 day placement period. Following recent reports of continued noncompliant behavior, the court

       ORDERS that the defendant return to the RRC to finish serving the remaining balance of 94 days placement.

       DATED at Denver, Colorado, this 31st day of January, 2008.

       BY THE COURT:

       s/ Wiley Y. Daniel

       Wiley Y. Daniel
       United States District Judge