Case No. 01-CR-214-D   WYD-29

Dear Clerk of Courts

I'm requesting the Courts to Appoint Me An Attorney to Represent Me in filing A Motion With the Court for the Reduction in Sentence Under the 3582(c)(2) Retroactivity that is to take Effect March 03, 2008.

Tommy Jones

*Tommy Jones* (signature)

Tommy Jones 30458-013
US Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

K 1000
KANSAS 66048
DATE JAN 2 8 2008

enclosed letter was processed
through special mailing procedures for
forwarding to you. The letter has been
neither opened nor inspected. If the
writer raises a question or problem over
which this facility has jurisdiction, you
may wish to return the material for further
information or clarification. If the writer
encloses correspondence for forwarding to
another addressee, please return the
enclosure to the above address.

Clerk of Courts
US District Court
901 19th Street
Denver, Co. 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK