**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 5, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

James C. Murphy
United States Attorney's Office
1225 17th Street
#700
Denver, CO 80202-0000

Sammy Lee Woods
FCI Memphis
P.O. Box 34550
Memphis, TN 38184-0000

**RE:**     **07-1271, United States v. Woods**
Dist/Ag docket: 06-cv-01898-WYD, 01-cr-00214-WYD

Dear Appellant and Counsel:

Enclosed is a copy of a final order dismissing the appeal entered today in the captioned case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court