UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

29. TOMMY JONES,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On February 1, 2008, Defendant Tommy Jones filed a *pro se* letter to the Court for the appointment of counsel (docket #3537).  The Court construes this letter as a motion.  Accordingly, the Court finds that this motion should be **GRANTED.**  It is
    ORDERED that Steve Peters is hereby appointed as CJA counsel for the Defendant and shall be placed on electronic CM/ECF notice at: speters@peterslaw.net. It is
    FURTHER ORDERED that Counsel for the Defendant and the Government are ordered to file a notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) not later than **Monday, March 3, 2008.**

    Dated:  February 11, 2008