```
         FILE
      U.S. DISTRIC
      DISTRICT OF         Fr:  Theolian Lloyd
                               40410-013
      2008 FEB 22              Federal Correction Institution
                               P.O. Box 52020
      GREGORY C. LA            Bennettsville, SC  29512
          CLERK
```

To:    Mr. Gregory C. Langham
       Clerk of Court  BY ———————  P. CLK
       United States District Court
       for the District of Colorado
       Alfred A. Arraj U.S. Court House
       Denver, Colorada   80294

                                          01-cr-00214-WYD-5
                                    Dt:  February 19, 2008

Dear Mr. Langham,

      I am writing in regards to the Habeus Corpus 2255 motion that I sent to the District Court of Colorado, case no. 01-CR-00214-WYD. I have since then responded to the response of this filed motion by submitting a supplement to the Argument 5 motion to vacate, set aside, or correct sentence by person in Federal Custody pursuant to 28 U.S.C. 2255.

      While I am still now waiting for a response to the motion, which was sent on July 1, 2007, I am interested in knowing how long of a response time should be expected. I am also interested in knowing if the new 3582 Crack Law can be beneficial to helping me in my case. A timely response to my inquiry will be appreciated as I patiently await your response.


With Sincere Thanks,



Theolian Lloyd
40410-013

Theolian Lloyd
40410-013
Federal Correction Institution
P.O. Box
Bennettsville, SC 29512

FLORENCE SC 295

20 FEB 2008 PM 1 T

"LET US DARE TO
THINK, SPEAK"
John Adams, 17
poweroftheid

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2008

GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham
Clerk of Court
United States District Court
for the District of Colorado
Alfred A. Arraj U.S. Court House
Denver, Colorado 80294