UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-214-D
Civil Action No. 06-cv-02557-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. THEOLIAN LLOYD,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before me on the letter from the applicant, Theolian Lloyd, submitted to and filed with the court on February 22, 2008. I am in receipt of the document titled "Supplement to Argument Five of Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255," and I will respond to the supplement and the § 2255 motion as soon as feasible. I am unable to provide Mr. Lloyd with any legal advice concerning whether "the new 3582 Crack Law can be beneficial" to his case. See February 22 letter at 1.

    Dated: February 26, 2008