IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

19.  SAMMY WOODS,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      On February 25, 2008, Defendant Sammy Woods filed a *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (docket #3544). Accordingly, it is ORDERED that Ronald Gainor is hereby appointed as CJA counsel for the Defendant and shall be placed on electronic CM/ECF notice.  It is FURTHER ORDERED that Counsel for the Defendant and the Government are ordered to file a notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) not later than **Monday, March 10, 2008.**

      Dated:  February 27, 2008