IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

29. TOMMY JONES,

        Defendant.

---

GOVERNMENT'S MOTION
FOR ENLARGEMENT OF TIME TO RESPOND
TO ISSUE OF POSSIBLE REDUCTION OF SENTENCE UNDER
TITLE 18 U.S.C. SECTION 3582 (DOC 3541)

---

      The United States of America, by District of Colorado United States Attorney Troy A. Eid, through Assistant U.S. Attorney (AUSA) Guy Till (Government), hereby respectfully aks the Court for an enlargement of time, through and including March 18, 2008, within which to file a response to the issue of the defendant's possible relief pursuant to Title 18 U.S.C. § 3582, as directed in the Minute Order dated February 11, 2008.  (DOC 3541).

      Said Minute Order directs the Government to respond no later than March 3, 2008.  In order to advise the Court of the Government's position as to a possible sentence adjustment for Tommy Jones pursuant to Title 18 U.S.C. § 3582, the Government needs to locate and review the defendant's presentence report.

      The Government appreciates the initiative of counsel for the Defendant, Stephen C. Peters, Esq., who has called the Government and made a proposal which may eventually prove

acceptable to the Government. However, in order to gather the necessary presentence report documents, which may be archived at this point, and review those documents in light of the applicable law, the Government respectfully asks the Court for an enlargement of time of approximately two weeks, permitting the parties to inform the Court, as directed by said Minute Order, no later than March 18, 2008.

Respectfully submitted this 27th day of February 2008.

TROY A. END
UNITED STATES ATTORNEY


BY: *s/ Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
(303) 454-0100
Guy.Till@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this  27th   day of February, 2008, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO ISSUE OF POSSIBLE REDUCTION OF SENTENCE UNDER TITLE 18 U.S.C. SECTION 3582 (DOC 3541)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Stephen C. Peters, Esq.**
speters@peterslaw.net


and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

None


                                            s/ Debbie Azua-Dillehay
                                            DEBBIE AZUA-DILLEHAY
                                            Legal Assistant
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            1225 Seventeenth Street, Suite 700
                                            Denver, Colorado 80202
                                            Telephone:  (303) 454-0100
                                            FAX:  (303) 454-0409
                                            E-mail:  Debbie.Azua-Dillehay@usdoj.gov