IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

29.  TOMMY JONES,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government's Motion for Enlargement of Time to Respond to Issue of Possible Reduction of Sentence Under Title 18 U.S.C. Section 3582 (docket #3549), filed February 27, 2008, is **GRANTED.**  The Government shall file its response not later than **March 18, 2008.**

    Dated:  February 27, 2008