UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On March 7, 2008, Defendant Zebedee Hall filed a *pro se* Motion for Consideration and Modification of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #3552).  Accordingly, it is ORDERED that the Clerk's Office shall appoint CJA counsel for the Defendant.  It is FURTHER ORDERED that once appointed, counsel for the Defendant and the Government are ordered to file a notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C.  §3582(c)(2) not later than **Friday, March 21, 2008.**

    Dated:  March 7, 2008