IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

19. SAMMY LEE WOODS

Defendant.

_____

**MOTION TO EXTEND RESPONSE DATE FOR DEFENDANT'S POSITION REGARDING ELIGIBILITY OF SENTENCE REDUCTION REQUEST**
_____

Comes now CJA counsel for Defendant Sammy Lee Woods, who files this Motion to Extend Response Date for Defendant's Position Regarding Eligibility of Sentence Reduction Request and, in support, would allege the following;

1.   On February 27, 2008, undersigned counsel was appointed to represent the defendant in his attempt to secure a sentence reduction pursuant to 18 U.S.C Section 3582(c)(2).

2.   Pursuant to this appointment, counsel was ordered to file a notice with the Court by March 10, 2008 indicating whether or not the defendant is eligible for such relief.

3.   As of this date, undersigned counsel has been unable to confer with his client, who is currently incarcerated in the Memphis Federal Correctional Institute.

4.   Based on these circumstances, counsel requests that this Honorable Court extend the current response date in this matter for a period of three (3) weeks.

5.   Undersigned counsel has left a message for Assistant United States Attorney Guy Till seeking his position regarding the relief requested in this motion.  As of this date, however, counsel has not received the government's position on this request.

WHEREFORE based on the above and foregoing, undersigned counsel for Defendant Sammy Lee Woods moves this Honorable Court to extend the response date in this matter for a period of three (3) weeks

Dated this 10th day of March, 2008

                                   Respectfully submitted,

                                   s/ Ronald Gainor
                                   RONALD GAINOR
                                   6414 Fairways Drive
                                   Longmont, CO 80503
                                   (303) 448-9646
                                   (303) 447-0930 (fax)
                                   Gains_2000@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this Notice on this 10th day of March, 2008 with the Clerk of the United States District Court using the ECF system which will send notification of this filing to the following party:

Guy Till
Guy.Till@usdoj.gov

I also hereby certify that a copy of said motion was mailed to the following non-CM/ECF participant at the following location:

Mr. Sammy Lee Woods
Federal Register Number 30425-013
Federal Correctional Unit: Memphis
Beale B Unit
Memphis, TN 38138-0550

MEMPHIS FEDERAL CORRECTIONAL INSTITUTE
Sammy Lee Woods
Reg # 30425-013
Beale B Unit
Memphis, TN 38138-0550

 s/  Ronald Gainor
RONALD GAINOR
6414 Fairways Drive
Longmont, CO. 80503
(303) 448-9646
(303) 447-0930 (fax)
Gains_2000@hotmail.com