IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

19.  SAMMY WOODS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Extend Response Date for Defendant's Position Regarding Eligibility of Sentence Reduction Request (docket #3556), filed March 10, 2008, is **GRANTED.**  Defendant shall file his response not later than **April 1, 2008.**

    Dated:  March 11, 2008