IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | March 6, 2008 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No.  **01-cr-00214-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Linda A. McMahan

       Plaintiff,

v.

**24. DWAYNE VANDYKE**,                          Philip A. Cherner

       Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON GOVERNMENT'S MOTION FOR SENTENCE REDUCTION UNDER F.R.Cr.P. 35(b)**

**3:22 p.m.**     Court in Session - Defendant present (in-custody)

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

           Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is raised for argument.

3:23 p.m.      Argument by Government (Ms. McMahan).

3:26 p.m.      Argument by Defendant (Mr. Cherner).

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes

| | |
|---|---|
| 3:33 p.m. | Argument by Government (Ms. McMahan). |
| 3:34 p.m. | Argument by Defendant (Mr. Cherner). |
| 3:34 p.m. | Statement by Defendant on his own behalf (Mr. Van Dyke). |
| 3:39 p.m. | Argument by Defendant (Mr. Cherner). |
| 3:44 p.m. | Argument by Government (Ms. McMahan). |
| | Court makes findings. |

**ORDERED:** Defendant shall file any additional motions not later than **Friday, April 4, 2008.**

**ORDERED:** Government shall respond to the motion not later than **Friday, April 18, 2008.**

**ORDERED:** Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is **DEFERRED.**

**ORDERED:** This hearing is **CONTINUED** to **Friday, May 30, 2008, at 3:00 p.m.**

**3:59 p.m.** Court in Recess - HEARING CONTINUED

**TOTAL TIME:  0:37**