01-cr-00214-WYD-10

FILED
U.S. DISTRICT COURT
DISTRICT OF CO  2·18·08
2008 MAR 20  PM 4:51
GREGORY C. LANGHAM
DEP. CLK

Honorable Judge: Wiley Y. Daniel,
 My name is Fredric D. Williams,
I am in custody at the Oxford (F.C.I.) here in Oxford, Wisconsin. I am addressing you today, sir, with all due respect. In light of the recent Supreme Court's decision concerning the two level reduction for "crack cocaine" offenses, I believe that the new ruling may apply to my situation. I am not for certain, nor am I an expert in Federal law. Therefore, your honor, I would like to request the "RE-appointment" of Mrs. Lynn Pierce, Esq., of the law firm of Butler, Landrum, & Pierce to represent my further legal pursuit. Mrs. Lynn Pierce and myself have spoken on several occasions, and we have amicably resolved any and all of our previous issues concerning all legal misunderstandings. I realize that Mrs. Lynn Pierce is a very professional and very knowledgable legal mind, and she and I have determined that by the Supreme Court's decision to make the ruling "retroactive" that the ruling does in fact apply to my case. Your honor, I would like for you to reappoint Mrs. Pierce to represent me in this legal matter.

Thank you, sir!
God Bless You!

Signed: Freddy D. Williams
2·18·08
08375-026
Federal Correctional Institution
P.O Box 1000
Oxford, Wisconsin 53952

"NOTICE OF CERTIFICATION"   2·18·08

I, FREDRIC DEVON WILLIAMS, CERTIFY THAT I MAILED THE ORIGINAL COPY OF THE ENCLOSED LETTER TO: HONORABLE JUDGE WILEY Y. DANIEL.

SIGNED: Freddy D. Williams
08575·026
DATED: 2·18·08
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952



MADISON WI 537

19 FEB 2008  PM 4 T

MR. FREDDIE D. WILLIAMS 08575-026
Federal Correctional Institution
P.O. BOX 1000
OXFORD, WISCONSIN 53952

United States Attorney
District of Colorado
1225 - 17th St, Suite 700
Denver, Colo. 80212