# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 01-cr-00214-WYD-07

| | |
|---|---|
| **Plaintiff:** | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **Defendants:** | ) |
| **ZEBEDEE HALL** | ) |
| | ) |
| | ) |

_____

## DEFENSE COUNSEL'S SUPPLEMENT TO DEFENDANT'S PRO SE MOTION FOR SENTENCE RELIEF PURSUANT TO 18 U.S.C. §3582(c)(2)
_____

COMES NOW Zebedee Hall, by and through his court-appointed counsel, Anthony Viorst, The Viorst Law Offices, P.C, and supplements Defendant's motion for a reduction of sentence pursuant to 18 U.S.C. §3582(c)(2), as follows:

1. On June 7, 2007, this Court sentenced Mr. Hall to 151 months of incarceration on a single count of conspiracy to distribute more than 50 grams of crack cocaine.

2. Recently, the United States Sentencing Commission lowered the sentencing guidelines for possession with intent to distribute crack cocaine. *See* U.S.S.G. §§ 1B1.10 and 2D1.1. This change has been made retroactive effective March 3, 2008, thereby allowing some inmates convicted of crack cocaine offenses to seek a sentencing reduction pursuant to 18 U.S.C. § 3582(c)(2). To qualify, the defendant must currently be incarcerated, the

       defendant's applicable guideline range was subsequently lowered by an amendment that the United States Sentencing Commission declared retroactive (which includes the crack cocaine amendments), and the defendant's guideline range was, in fact, reduced by the amendment.

3. Based upon undersigned counsel's review of Mr. Hall's case, it appears that Mr. Hall is eligible for the sentencing reduction.

   a. First, Mr. Hall is currently in the Bureau of Prisons custody, at the Federal Medical Center in Rochester, Minnesota. The Bureau of Prisons projects his release date as June 1, 2012.

   b. Second, Mr. Hall's applicable guideline range was subsequently lowered by an amendment that the Sentencing Commission has declared retroactive. The 2004 edition of the Guidelines Manual was used in calculating his base offense level. The Court applied U.S.S.G. §2D1.1, and computed a total offense level of 36, based in part upon the quantity of 50 to 150 grams of cocaine base. The amendment to the crack cocaine guideline is one of the amendments that the Sentencing Commission made retroactive.

   c. As set forth in more detail below, Mr. Hall's guideline range is actually reduced by the amendment.

4. As noted above, Mr. Hall's total offense level was 36. Mr. Hall had a

criminal history category of III, resulting in a guideline range of 235 to 293 months.  However, this Court departed downward approximately 36% from the minimum of the guideline range, imposing a sentence of 151 months in the Bureau of Prisons.

5. Following the crack cocaine amendments, Mr. Hall's total offense level would be 34.  A total offense level of 34 and criminal history category of III results in a guideline range of 210-262 months. Pursuant to U.S.S.G. § 1B1.10, because the Court originally departed 36% from the original guideline range, the Court may give a comparable 36% reduction from this new guideline range.  Such a departure would result in imprisonment of 134 months.[1]

6. Mr. Hall respectfully requests that this Court, pursuant to 18 U.S.C. § 3582(c)(2), reduce his term of imprisonment to a term not to exceed 134 months.

WHEREFORE, Mr. Hall respectfully requests that this motion be granted and that the Court re-sentence Mr. Hall to no more than 134 months incarceration pursuant to the amended advisory guidelines and 18 U.S.C. § 3582(c)(2).

---

[1] The conviction sustained by Mr. Hall carries a minimum mandatory sentence of 10 years, or 120 months.  21 U.S.C. §841(a).  Mr. Hall is not seeking a sentence below this mandatory minimum.

Dated this 21st day of March, 2008.

        THE VIORST LAW OFFICES, P.C.

        *S/ Anthony Viorst*
        Anthony Viorst, #18508
        THE VIORST LAW OFFICES, P.C.
        950 S. Cherry Street, Suite 300
        Denver, Colorado 80246
        Telephone Number: (303) 759-3808
        FAX: (303) 333-7127
        Email: tony@hssspc.com
        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 21st day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

Guy Till
Guy.Till@usdoj.gov

        THE VIORST LAW OFFICES, P.C.

        *S/ Anthony Viorst*
        Anthony Viorst, #18508
        THE VIORST LAW OFFICES, P.C.
        950 S. Cherry Street, Suite 300
        Denver, Colorado 80246
        Telephone Number: (303) 759-3808
        FAX: (303) 333-7127
        Email: tony@hssspc.com
        ATTORNEY FOR DEFENDANT