UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDRIC WILLIAMS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On March 20, 2008, Defendant Fredric Williams filed a *pro se* Motion for Appointment of Counsel (docket #3562).  This motion is **GRANTED.**  Accordingly, it is ORDERED that the Clerk's Office shall appoint CJA counsel, Lynn Pierce, for the Defendant.  It is FURTHER ORDERED that once appointed, counsel for the Defendant and the Government are ordered to file a notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than **Thursday, April 24, 2008.**

    Dated:  March 24, 2008