UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 01-CR-214 D

FREDRIC DEVON WILLIAMS
Defendant,

---

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 18 U.S.C. § 3006(A)

---

    **COMES NOW** Defendant FREDRIC DEVON WILLIAMS Pro Se, in the above styled Motion and respectfully request that the Honorable Court appoint counsel pursuant to 18 U.S.C. § 3006(A) of the Criminal Justice Act.

    Defendant FREDRIC DEVON WILLIAMS is presently incarcerated at Oxford, Federal Correctional Institution, Oxford, Wisconsin 53952. Sentence to a term of 105 months imprisonment. Attorney MRS. LYNN A. PIERCE represented, Defendant FREDRIC DEVON WILLIAMS during his sentencing Phase. Defendant FREDRIC DEVON WILLIAMS is finanically unable to employ counsel for assist in preparation of Reduction of Sentence under 18 U.S.C. § 3582(c)(2), Concerning "Crack Cocaine Amendment 706; U.S.S.G. § 2D1.1(c)."

    **WHEREFORE** Defendant FREDRIC DEVON WILLIAMS prays that the Honorable Court grants this Motion For Appointment of Counsel Pursuant To 18 U.S.C. § 3006(A), to assist defendant in Court proceedings on § 3582(c)(2) Motion.

    I FREDRIC DEVON WILLIAMS declare under 28 U.S.C. § 1746 that the information herein is true and correct.

Date:

Respectfully Submitted, 3-24-08

Freddie L. Williams

By: FREDRIC DEVON WILLIAMS #08515-026
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
OXFORD, WISCONSIN 53952



MR. FREDRIC DEVON WILLIAMS 08375-026
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952

"LEGAL" MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 27 2008
GREGORY C. LANGHAM
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
901 - 19th STREET · ROOM A 105
DENVER, COLO. 80244

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"
John Adams, 1765
powerofthepen.org