UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

FREDRIC WILLIAMS,

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion for Appointment of Counsel (docket #3566), filed March 27, 2008, is **DENIED AS MOOT.**  On March 24, 2008, I entered an Order directing the Clerk's Office to appoint CJA counsel, Lynn Pierce, for the Defendant.

     Dated:  March 28, 2008