Theolian Lloyd
#30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAR 28　PM 12:09

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

        Mr. Gregory C Langham
        Clerk of the Clerk
        U.S. District Court
        For the District of Colorado
        Alfred Arrjai U.S. Courthouse
        Denver, Colorado 80294

        Re: Case Number 01-CR-214-D

Dear Clerk,

        I am writing this letter to inquire as to if I need for this court to appoimt me counsel in regards to the new crack cocaine amendment 706 or amendment 9, passed by The United States Sentencing Commisson and made retroactively effective on March 3, 2008.

        When I was sentenced for my Crack Cocaine offense in 3-31-01, I had a Court appoined attorney Mr. John H Schlie representing me, so I am requesting whether or not I need my old attorney to be reappointed to me as my attorney in representing me in presenting my motion pursuant to 18.U.S.C. §3582 (c) (2), I'm having my sentence reduced for the amendment or if this Honorabile Court would appoint me new counsel for this purpose.

        Sincerly Written,
         Theolian Lloyd
         # 30410-013
         3-25-08

*Theolian Lloyd* (signature)

Theolian Lloyd
#30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

Legal Mail*

RECEIVED
UNITED STATES DISTRICT COURT
DENVER COLORADO
MAR 28 2008
GREGORY C. LANGHAM
CLERK

FLORENCE SC 295
28 MAR 2008 PM 2 L

Mr. Gregory C. Langham
Clerk of the Court
U.S. District Court
For the District Of Colorado
Alfred Arrjal U.S. Courthouse
Denver, Colorado 80294