**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case Number: 01-cr-000214-WYD

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

 **SAMMY LEE WOODS**

        Defendant.

---

**RESPONSE BY DEFENSE COUNSEL TO MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. SECTION 3582 (doc #3544)**

---

    Comes now CJA defense counsel, on behalf of Defendant, Sammy Lee Woods, who files this Response to Motion for Reduction of Sentence Pursuant to 18 Title U.S.C. Section 3582 and, in support, would state the following;

1. On February 25, 2008, the Defendant, Sammy Lee Woods, filed a pro se Motion for Reduction of Sentence Pursuant to 18 U.S.C. 3582 (c) (2) (doc# 3544).

2. On February 27, 2008, this Court appointed the undersigned and ordered the parties to file a notice indicating whether or not the Defendant was eligible for a sentence

- 1 -

- 2 -

reduction (doc# 3546). Defense counsel subsequently requested more time to respond to this motion (doc# 3556) which was granted by the Court (doc#3558).

3.   Counsel has reviewed the pro se motion for sentence reduction and notes that the defendant incorrectly asserts that he was sentenced to a term of 324 months which, according to him, should be reduced after applying the 'crack amendment' to a term 262 months.

4.   A review of the record indicates, however, that the Defendant's guideline range was found to be a level 32, category IV placing him in the range of 168-210 months with a 10 year minimum-mandatory. Based on a prior drug conviction, this minimum-mandatory was doubled resulting in a 240 month term of imprisonment imposed at the time of sentencing.

5.   Because a minimum mandatory was imposed and since no relief is due him under Section(s) 3553(e) or (f), the Defendant is most likely not eligible for a further sentence reduction pursuant to Title 18 U.S.C. Section 3582.

Dated this 1st day of April, 2008

Respectfully submitted,

s/ Ronald Gainor

**RONALD GAINOR**
6414 Fairways Drive
Longmont, CO 80503
(303) 448-9646(phone)
(303) 447-0930 (Facsimile)
Gains_2000@hotmail.com
Attorney for Sammy Woods

- 3 -

**CERTIFICATE OF SERVICE** (CM/ECF)

I hereby certify that I have electronically filed the foregoing Response on this 1st day of April, 2008 with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail address:

Guy Till

guy.till@usdoj.gov

A copy of this filing was also mailed to:

Sammy Lee Woods, Fed Reg. 30425-013

Beale B Unit, FCI Memphis, Memphis, TN. 38138-0550

    s/ Ronald Gainor

- 3 -