IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  01-CR-214-D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

24.    Dwayne Van Dyke,
        a/k/a "NM",
        Defendant.

---

### UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE

---

    The defendant, Dwayne VanDyke, moves to extend the deadline for filing motions and in support states:

    1.    The deadline for filing supplemental motions is today, April 4th.  Counsel is continuing to gather information for this motion.

    2.    The undersigned has spoken to Assistant United States District Attorney Guy Till and he has no objection to this motion.

    Wherefore, the Defendant moves the court to extend the deadline to April 9, 2008 to give counsel additional time.

        Respectfully submitted,


        ___s/ Philip Cherner_____
        Philip A. Cherner, #6901
        789 Sherman Street, #660
        Denver, Colorado  80203

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE** has been emailed via ECF filing system this 4th day of April, 2008, addressed to all counsel of record:

_s/ Lisa Cisneros_