UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24. DWAYNE VAN DYKE,

    Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Extend Motions Filing Deadline, filed April 4, 2008 (docket # 3572) is **GRANTED**. Defendant shall file any supplemental motion on or before April 9, 2008.

    Dated: April 4, 2008