Sammie Woods #30425-013   Case no. 1:01-cr-00214-
Federal Corr. Complex (Low)                     WYO-19
P.O. Box 9000
Forrest City, AR 72336

FILED
U.S. DISTRICT COURT
2008 APR -4  AM 11:32
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

Re: 3582 Motion

Dear Your Honorable Judge Wiley Y. Daniel,
   I was the recipient of a Docket form dated: 03/28/08. I received the Docket form on 03/31/08 and Your order was for me to respond if I am correct Sir.
   Your Order directed me to respond by 04/01/08 which would have made it impossible to respond back too. I didn't have no awareness that the Court appointed counsel, Ronald Gainor to argue the Motion.
   Petitioner has enclosed the envelope of which the documents was received.

Crack Cocaine Guideline
Amendment
(1)

On April 27, 2007, the Commission promulgated an amendment to U.S.S.G. §2D1.1 (Unlawful Manufacturing, Importing, Exporting, or Trafficking (Including Possession with Intent to Commit These Offenses); Attempt or Conspiracy) to adjust the quantity thresholds for crack cocaine ("cocaine base") so that the base offense level for cocaine base, as determined by the Drug Quantity Table, will be reduced by two levels.

The amendment results in the base offense level corresponding to a guideline range that includes the five-year to ten-year mandatory minimum terms of imprisonment for five and 50 grams of crack cocaine, respectively. Prior to the amendment, at least five grams but less than 20 grams of ~~cocaine~~ cocaine base were assigned a base offense level of 26 (63 to 78 months at Criminal History Category I.

And at least 50 grams

(2)

but less than 150 grams of cocaine base were assigned a base offense level of 32 (121 to 151 months at Criminal History Category I). Petitioner, was found to have less than one gram of crack-cocaine, by what was presented to a jury. Petitioner was clearly sentenced improperly.

Even with a prior conviction Petitioner minimum sentence was 10 years, not 20 years. Petitioner ask the Court to apply the two level reduction and resentence Petitioner and reassess all of the § 3553(a) factors in addition to the new Guidelines range of imprisonment and sentence Petitioner to 10 years.

Section 3553(a) Factors:
First and foremost, petitioner submits that before this Court consider any of the § 3553(a) factors, this court must note that the Sentencing Guidelines are not mandatory now, and therefore, now that the Sentencing

(3)

Guidelines <u>are not</u> mandatory now, and therefore, now that the mandatory nature of the guidelines as applied when petitioner was sentence, are unconstitutional as declared by U.S. Supreme Court in <u>United States v. Booker</u>, 543 U.S. 220 (2005).

Therefore, in the event of any new sentence, as the U.S.S.G. are advisory now, petitioner is entitle to a <u>Booker</u> advisory sentence. Section 3553(a), state in relevant part "The court shall impose a sentence sufficient, but not greater than necessary, to comply with purpose set forth in paragraph (2) of this subsection. The court, in determing the particular sentence to be imposed, shall consider

(2) the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.

(4)

Since this petitioner was sentenced in May 2004, there has not been a day that he does not acknowledge the seriousness of his violations, every one of those days of imprisonment had allowed him to think of his evil conduct, however, he regret that as part of his ~~just~~ punishment, the people that love him also been punished.

Petitioner, has been out of his childrens life for 7½ years. and his childrens suffers from him being incarcerated. There should not be ~~no~~ more suffering. Therefore, it is clear that petitioner and his family had perceive the seriousness of petitioner's conduct, and therefore, subdivision (A) should be met.

### Conclusion

Petitioner avers that the new retroactive amendment to the U.S.S.G., reducing by two

(5)

points the offense level involving cocaine base or crack apply to the fact of this case.

Petitioner, asks that this Honorable Court prays with him, and show mercy upon him

_Sammie Woods_     Date 04/04/08
Sammie Woods "pro se"

(6)

Name: Sennie Woods
Reg #: 30923-013
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2008

GREGORY C. LANGHAM
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Attn: Honorable Judge Wiley Y. Daniel
901 - 19th St., Room A105
Denver, Co. 80294-3589

MEMPHIS TN 381
01 APR 2008 PM 4 T

"LET US DATE TO DREAM,
THINK, SPEAK AND
John Adams 1735-1826"

USA FIRST-CLASS FOREVER