UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing on the Motion for Consideration and Modification of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #3552) is set for **Thursday, August 28, 2008 at 9:00 a.m.**

    Dated:  April 7, 2008