UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MURRAY,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On April 14, 2008, Defendant George Murray filed a *pro se* Motion to Modify Sentencing Pursuant to 18 U.S.C. § 3582(c)(2) (docket #3579). Accordingly, it is ORDERED that the Clerk's Office shall appoint CJA counsel to represent the Defendant in this matter. It is FURTHER ORDERED that once appointed, counsel for the Defendant and the Government are ordered to file a notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than **Friday, May 16, 2008.**

    Dated:  April 14, 2008