IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 01-CR-214-WYD

UNITED STATES OF AMERICA

      Plaintiff,

      v.

10.  FREDRIC WILLIAMS, et al.,

      Defendant.

_____

NOTICE ON DEFENDANT FREDRIC WILLIAMS' ELIGIBILITY FOR A
SENTENCE REDUCTION AS PER 18 U.S.C. § 3582(c)(2)
_____

      COMES NOW counsel for Defendant Fredric Williams and advises the Court as follows:

      1.      Counsel for Defendant was appointed to determine as to whether Defendant was eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

      2.      As per the Court's Order, Defendant's counsel conferred with Assistant United States Attorney Guy Till to determine whether Mr. Williams is eligible for a reduction.

      3.      Mr. Till opined that Mr. Williams was not eligible in that he was sentenced as a career criminal under pursuant to U.S.S.G. § 4B1.1(b).

      3.      Counsel for Mr. Williams has reviewed the Probation Report and the Judgment and Commitment and has confirmed that Mr. Williams was sentenced as a career offender and that he would therefore not be eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

Dated this 19th day of April, 2008.

                                            Respectfully submitted,

                                            BUTLER, LANDRUM & PIERCE, P.C.

                                            __s/ *Lynn Pierce*_____
                                            Lynn A. Pierce #18953
                                            720 Kipling Street, Suite 201
                                            Lakewood, CO  80215
                                            (303) 232-3888
                                            (303) 232-3892
                                            lpierce.blp@comcast.net

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on this 19th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CR/ECF system which will send notification of such filing to the following e-mail address:

Guy Till, Assistant United States Attorney
Guy.Till@usdoj.gov

                                            s/ *Lynn Pierce*

                                            _____
                                            Lynn A. Pierce #18953
                                            720 Kipling Street, Suite 201
                                            Lakewood, CO  80215
                                            (303) 232-3888