ZEBEDEE HALL, #30428-013
c/o:
Federal Medical Center
PMB 4000, Work Cadre
Rochester, Minnesota [55903]

April 15, 2008          01-cr-00214-WYD(7)

To: Honorable Judge Wiley Y. Daniel
    U.S. District Court of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 APR 21  PM 12:36

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Dear Honorable Sir:

First and foremost, please allow Me to apologize to you for any and all past Dishonors on My part. Any Dishonors were not intentional on My part, and I pray for your forgiveness.

As you are aware you and I have some-what of a history as it relates to cause no. 01-cr-214-D-(7). Some of your calls were fair and some were not so fair. But that's simply My novice opinion.

Before your court at this time are issues presented in light of the recent sentencing commission's amendment to the guidelines. I ask that you consider the fact that I do have a family that I love and love me when deciding whether a sentence reduction is granted.

I am a better person than I was a few years ago and in that respect I guess I am thankful. Prison has allowed Me the down time to see the many ways in which I was in error as a father, husband and man.

However, when is enough prison time enough? I don't have to remind you of the amount of time that I've spent in prison. At this point I'm simply tired of being away from My family and have respectfully ask  that you afford Me opportunity to live again.

You have the power to do so. Of course its your call and I await that call while Praying for the best. A ten year total sentence in light of all the recent findings of the commission and congress as well the findings of the courts from the Supreme Court on down, is not too much to ask.

I write this letter in good faith with clean hands without enmity and ask that your decision be likewise.

Sincerely,

                                    /s/ ZEBEDEE HALL, #30428013
                                    Signature of the Defendant

page 1 of 1

