IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.  FREDRIC WILLIAMS,

        Defendant.

---

**GOVERNMENT'S RESPONSE
TO ISSUE OF POSSIBLE REDUCTION OF SENTENCE UNDER
TITLE 18 U.S.C. SECTION 3582 (DOC 3562)**

---

      The United States of America, by District of Colorado United States Attorney Troy A. Eid, through Assistant U.S. Attorney (AUSA) Guy Till (Government), hereby respectfully files this response to the issue of the defendant's possible relief pursuant to Title 18 U.S.C. § 3582, as directed in the Minute Order dated March 24, 2008.  (DOC 3565).

      1.  The Government respectfully asks the Court to take judicial notice of the contents of its own files in relation to this case.  Defendant has requested a reduction of sentence, pursuant to Section 3582(c)(2), based on Amendment 706 to the Sentencing Guidelines, which lowered the base offense levels applicable to cocaine base ("crack") offenses.

1

2.  The defendant was sentenced as a career offender under color of U.S.S.G. Section 4B1.1.3.  Amendment 706 does not reduce the guideline range applicable in his case; therefore, the court may not consider whether to reduce this defendant's sentence at this time

Respectfully submitted this 22nd day of April 2008.

TROY A. END
UNITED STATES ATTORNEY


BY: *s/ Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
(303) 454-0100
Guy.Till@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on this __22nd__ day of April, 2008, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO ISSUE OF POSSIBLE REDUCTION OF SENTENCE UNDER TITLE 18 U.S.C. SECTION 3582 (DOC 3562)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lynn Anne Pierce
Butler, Landrum & Pierce P.C.
lpierce.blp@comcast.net


and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

None


                s/ Debbie Azua-Dillehay
                DEBBIE AZUA-DILLEHAY
                Legal Assistant
                Assistant United States Attorney
                United States Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone:  (303) 454-0100
                FAX:  (303) 454-0409
                E-mail:  Debbie.Azua-Dillehay@usdoj.gov