IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.01-CR-214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

5. THEOLIAN LLOYD

        Defendant.

_____

**NOTICE OF NON-ELIGIBILITY FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. §3582(c)(2)**
_____

        The undersigned counsel, John Henry Schlie, having been appointed by the Court to represent the Defendant, Theolian Lloyd, regarding a determination as to whether Mr. Lloyd is eligible for a reduction of the term of his imprisonment pursuant to 18 U.S.C.§ 3582(c)(2), does hereby file this Notice.  Based on a review of the file herein, Mr. Lloyd received a sentence of a term of imprisonment of 240 months due to the mandatory minimum sentence set forth in 21 U.S.C.§ 841(a)(1) and (b)(1)(A)(iii) rather than the sentencing guideline range as determined by the Court at sentencing.  Therefore, Mr. Lloyd was not sentenced to a term of imprisonment based on a sentencing range that has been subsequently lowered by the Sentencing Commission and is not eligible for a motion to reduce the term of his imprisonment pursuant to 18 U.S.C.§ 3582(c)(2).

        Respectfully submitted this 26th day of April, 2008.

                                          s/ John Henry Schlie
                                          John Henry Schlie
                                          Law Office of John Henry Schlie, P.C.

2406 W. Davies Avenue  
Littleton, Colorado 80120  
Telephone: (303) 830-1616  
FAX: (303) 860-1297  
E-mail: johnhenry@schlielawfirm.com  
Attorney for Defendant Theolian Lloyd