UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

29.  TOMMY JONES,

      Defendant.
_____

DEFENDANT TOMMY JONES' UNOPPOSED MOTION FOR
20 MONTH SENTENCING REDUCTION PURSUANT TO
18 U.S.C. § 3582(c)(2)
_____

      Defendant Tommy Jones, through his CJA counsel, Stephen C. Peters, files the

above styled motion for the following good cause shown:

      1.     As directed in the Court's February 11, 2008 Minute Order (Docket 3541),

substitute cja counsel has previously notified the Court of defendant Jones' eligibility for

a  sentencing reduction pursuant to 18 U.S.C. § 3582(c)(2) (Docket 3547).  On

March 15, 2008, the U.S. Attorney notified the Court that it agrees with Jones' position

(Docket 3554).   For the reasons set forth below, the Court should find and conclude,

under the particular circumstances of this case, that Mr. Jones should be resentenced

to 120 months imprisonment.

      2.     Although appointed counsel did not represent Mr. Jones in the underlying

prosecution, he has obtained and reviewed copies of the pre-sentence report and the

relevant judgment, consulted with Mr. Jones by telephone on multiple occasions, and studied the applicable Manual for the 2000 United States Sentencing Guidelines. Based on counsel's review of these materials, and with Mr. Jones' authority, counsel provides the following information to the Court:

3.      Mr. Jones was charged and convicted with aiding and abetting one sale of seven grams of crack.  The date of the offense was May 22, 2001.  No firearms or other controlled substances were implicated in computing the applicable offense level.  At a sentencing hearing on December 3, 2003, the Court determined that a total offense level of 28 applied.  Mr. Jones' criminal history category is Level VI.  The Court determined that the applicable sentencing range was 140 to 175 months, and sentenced the defendant to 140 months, i.e. to the bottom of the then applicable range.

4.      Under the amendment to the applicable guideline, 2D1.1, as implemented by guideline 1B1.10(a), Mr. Jones'  advisory total offense level is 26.  Using the 2000 Guidelines sentencing table, Mr. Jones' new sentencing range is 120-150 months. Jones should benefit from the retroactive application of the advisory guideline amendment and be resentenced to 120 months, or the bottom of the lower guideline range.

5.       Although Mr. Jones was sentenced before *United States v. Booker*, 543 U.S. 220 (2005)  was decided, he does not seek a hearing to consider 18 U.S.C. § 3553(a) factors if the Court is disposed to impose the 120 month sentence which we believe is indicated in this particular case.  Defendant Jones was sentenced at the bottom of the earlier applicable range in the first instance.  There are no intervening

aggravating reasons why he should not be resentenced at the bottom of the newly applicable (albeit now advisory) range, as evidenced by the fact that the government does not oppose the relief sought by this motion.  In particular, none of the factors enumerated in the commentary to amended guideline §1B1.10 weigh against granting a reduction of Jones' sentence.  In particular, no public safety considerations or post-sentencing conduct weigh against granting the 20 month reduction in Mr. Jones' sentence.

6.      In conformity with the Court's February 11, 2008 order appointing substitute CJA counsel, the undersigned has contacted assistant U.S. attorney Guy Till, who advises that the U.S. Attorney for the District of Colorado does not oppose this motion to reduce Defendant Jones' sentence to 120 months.  Likewise, the U.S. Attorney agrees that the Court may rule on this motion without any further hearing or appearance by Defendant Jones, who is currently incarcerated at U.S. Peneteniary, Lvenworth, Kansas.

7.      A copy of the judgment of conviction in this case is attached as Exhibit A for the Court's ease of reference in considering this motion.

Dated:  April 28, 2008.

                    Respectfully submitted,


                    s/ Stephen C. Peters
                    Stephen C. Peters
                    Peters Law Firm, L.L.C.
                    3773 Cherry Creek Drive North
                    Suite 1005E
                    Denver, CO  80209
                    303-393-1704
                    303-399-8333 (F)
                    speters@peterslaw.net

                    CJA  Attorney for Defendant Tommy Jones

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing DEFENDANT TOMMY JONES' UNOPPOSED MOTION FOR 20 MONTH SENTENCING REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jonathan Marshall Abramson**
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive
#900
Ptarmigan Place
Denver, CO 80209
jonathan@kandf.com

**Mitchell Baker**
Mitch Baker, Attorney at Law
1543 Champa Street
#400
Denver, CO 80202
mitchbaker@estreet.com

**Richard James Banta**
Richard J. Banta, PC
1361 Elizabeth Street
Denver, CO 80206
bantacja@earthlink.net

**Clifford J. Barnard**
Clifford J. Barnard, Attorney at Law
1790 30th Street
#280
Boulder, CO 80301-1033
cliffbarnard@earthlink.net

**Robert Seldis Berger**
Robert S. Berger, Attorney at Law
7476 East 29th Avenue
#108
Denver, CO 80238-2702
robberger@webaccess.net

**Kirkland Leonard Brush**
Kirk Brush, Attorney at Law
215 West Oak Street
#500
Ft. Collins, CO 80521
kbrush@kirkbrush.com

**James S. Covino**
James S. Covino, P.C.
6426 South Quebec Street
Englewood, CO 08111
jamescovino@msn.com

**J. Michael Dowling**
J. Michael Dowling, Attorney at Law
3570 East 12th Avenue
#200
Denver, CO 80206
jmd@dowlinglegal.com

**Ronald Gainor**
Ronald Gainor, Attorney at Law
6414 Fairways Drive
Longmont, CO 80503
gains_2000@hotmail.com

**Kerry Steven Hada**
Kerry S. Hada, P.C., Law Offices of
6426 South Quebec Street
Englewood, CO 80111
303-771-3030
741-5619 (fax)
kerryshada@qwest.net

**Dennis W. Hartley**
Dennis W. Hartley, P.C.
1749 South Eighth Street
#5
Colorado Springs, CO 80906
Robyn.Lornell@hartleyslaw.com

**M. David Lindsey**
David Lindsey, Atty at Law
217 East 7th Avenue
Denver, CO 80202
david@mdavidlindsey.com

**Linda A. McMahan**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
linda.mcmahan@usdoj.gov

**Vincent James Oliver**
Vincent James Oliver, Law Offices of
205 South Broadway
#606
Los Angeles, CA 90012
Vjoliverlawyer@cs.com

**Lynn Anne Pierce**
Butler, Landrum & Pierce P.C.
720 Kipling Street
#201
Lakewood, CO 80215
lpierce.blp@comcast.net

**Edward A. Pluss**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
Edward_Pluss@fd.org

**Michael Gary Root**
Michael G. Root, Attorney at Law
217 East Seventh Avenue
Denver, CO 80203
mroot@mikerootlaw.com

**Mark Samuel Rubinstein**
Mark S. Rubenstein, P.C.
PMB 192
191 University Boulevard
Denver, CO 80206-4613
msrubinstein@comcast.net

**John Henry Schlie**
John Henry Schlie, P.C., Law Office of
6059 South Quebec Street
#200
Centennial, CO 80111
johnhenry@schlielawfirm.com

**Daniel T. Smith**
Daniel T. Smith, Attorney at Law
1900 Grant Street
#580
Denver, CO 80203
danieltsmith@qwest.net

**Boston Henry Stanton, Jr.**
Boston H. Stanton, Jr, Attorney at Law
P.O. Box 200507
Denver, CO 80220
bostonhs@comcast.net

**John F. Sullivan, III**
John F. Sullivan, III, P.C., Law Office of
155 South Madison Street
#209
Denver, CO 80209
jfslaw1@aol.com

**Alaurice Marie Tafoya-Modi**
Alaurice Tafoya-Modi, The Law Office of
1775 Sherman Street
#1500
Denver, CO 80203
alauricetafoya@yahoo.com

**Guy Till**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
guy.till@usdoj.gov

**Thomas Richard Ward**
Thomas R. Ward, Attorney at Law
1544 Race Street
Denver, CO 80206
thomasrward@qwest.net

On April28, 2008, the foregoing was also placed in the U.S. Mail, first class, postage prepaid, addressed to:

Tommy Jones
#30458-013
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS  66048

s/ Candy J. Jones
Candy J. Jones
Paralegal
Peters Law Firm, L.L.C.
3773 Cherry Creek Dr., N., Ste. 1005E
Denver, CO  80209
303-393-1704
cjones@peterslaw.net