UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24. DWAYNE VAN DYKE,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    To the extent that Defendant is requesting a sentencing reduction or re-evaluation under 18 U.S.C. § 3553(a), the Defendant must file a separate motion.

    Dated: May 8, 2008