|  |  |  |
|---|---|---|
|  | Fr: | Theolian Lloyd |
|  |  | 30410-013 |
|  |  | F.C.I. Bennettsville |
|  |  | P.O. Box 52020 |
|  |  | Bennettsville, NC 29512 |

To:   Mr. Gregory C. Langham
      Clerk of the Court
      U.S. District Court
      For the District Court of Colorado
      Alfred Arrajai U.S. Courthouse
      Denver, Colorado  80294

Re:   Case Number 01-CR-214-D         Dt:   May 6, 2008

Dear Clerk,

    I am writing this letter in regards to the appointment of my counsel for the new Crack Cocaine Amendment 706 or Amendment 9 passed by the United States Sentencing Commission that was made retroactive effective March 3, 2008.

    I am now informing the court and openly admitting that I made a detrimental mistake of requesting my old attorney, John H. Schile, to be appointed as my counsel to represent me in presenting my motion pursuant to 18 U.S.C. 3582(c)(2). I am now patiently awaitng on a ruling for my 2255 brief for <u>ineffective assistance of counsel</u> against Mr. Schile. I strongly believe that this will be a direct conflict of interest. I made the mistake of not informing the court and specifying that I be reappointed counsel.

    I am now formerly requesting that the court reappoint me counsel as I would like to avoid future conflict. I would like to request to have Mr. Schile to withddraw <u>the notice of Non-Eligibility of Sentencing Reduction pursuant to 18 U.S.C. 3582(c)(2).</u>

    Thank you for your cooperation.

Sincerely written,

*Theolian Lloyd* (signature)

Theolian LLoyd
30410-013

**From:**
Theolian Lloyd
#30410-013
FCI Bennettsvele
P.O. Box 52020
Bennettsvele SC 29512

**To:**
MR. Gregory C. Langham
Clerk of the Court
U.S District Court of Colorado
ALFRED, ARRAJ, U.S Courthouse
Denver, Colorado, 80294

LEGAL MAIL

Postmark: FLORENCE SC 295, 07 MAY 2008 PM 2 T
USPS First-Class Forever

Stamp: RECEIVED MAY 12 2008 GREGORY C. LANGHAM CLERK, UNITED STATES DISTRICT COURT, DENVER, COLORADO