UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEOLIAN LLOYD,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Defendant's *pro se* Motion to Appoint Counsel (docket #3591), filed May 12, 2008. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). On March 28, 2008, the Defendant filed a motion for the Court to appoint his previous counsel, Mr. Henry Schlie, to represent him in connection with his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). On April 1, 2008, I granted the Defendant's motion to appoint Mr. Henry Schlie on the limited matter of a potential sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Consequently, the Court will not consider a motion that the Defendant has filed pro se. All further communications with the Court must be filed through Defendant's counsel of record. Accordingly it is

ORDERED that both Defendant's *pro se* Motion to Appoint Counsel (docket #3591) is **STRICKEN**.

Dated: May 14, 2008

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        U. S. District Judge