IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case NO. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MURRAY,

    Defendant.

---

**MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR RECONSIDERATION OF SENTENCE**

---

Defendant GEORGE MURRAY, by through his attorney, Wade Eldridge, PC, requests that this Honorable Court allow him until Monday, June 2, 2008, in which to file a motion for reconsideration of sentence, and

AS GROUNDS THEREFORE, states as follows:

1. The undersigned has been appointed to represent Defendant GEORGE MURRAY to represent him in connection with a motion seeking reconsideration of his sentence in light of recent Supreme Court decisions. It may be that the sentence of Defendant GEORGE MURRAY was a "minimum mandatory" sentence that is unaffected by those decisions. However, more time is required to research those issues.

2. The undersigned in completing a trial management order, due today, and is preparing for an arbitration in a brain injury case on Tuesday.

1

3. The undersigned has conferred with A.U.S.A. Guy Till concerning this motion, and the Government has no objection.

WHEREFORE, Defendant GEORGE MURRAY respectfully requests that he be granted an extension of time, up to and including June 2, 2008, in which to file a motion for reconsideration of sentence. Defendant also requests such other and further relief as may be just and proper.

Dated May 16, 2008

Respectfully submitted,

WADE H. ELDRIDGE, PC

_S/ Wade H. Eldridge_
Wade H. Eldridge
1471 Stuart St.
Denver Colorado 80204
(303) 861-4222

Attorney Defendant GEORGE MURRAY

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 16, 2008, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR RECONSIDERATION OF SENTENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Guy Till
Assistant United States Attorney
**Guy.Till@usdoj.gov**

And I hereby certify that I have mailed or served the document or paper of the following non-CM/ECF participants in the manner indicated:

None

    S/Michelle M. Counce
    Michelle M. Counce
    Paralegal
    Wade H. Eldridge, P.C.
    1471 Stuart Street
    Denver Colorado 80204
    (303) 861-4222

    mcounce@mho.com