UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GEORGE MURRAY,

     Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion for Extension of Time to Submit Motion for Reconsideration of Sentence (docket #3594), filed May 16, 2008, is **GRANTED**. Defendant shall file his notice indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than **Monday, June 2, 2008.**

     Dated: May 20, 2008