IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD-024

UNITED STATES OF AMERICA,

       Plaintiff,

v.

24. DWAYNE VAN DYKE,

       Defendant.

_____

JOINT MOTION FOR RESOLUTI0N OF RULE 35(b) MOTION (DOC 3508)

_____

THE UNITED STATES, by United States Attorney Troy A. Eid, through Assistant U.S. Attorney Guy Till, and defendant Dwayne Van Dyke personally and by his attorney, Phillip A, Cherner, Esq., hereby enter this joint motion for resolution of the pending Rule 35(b) Motion. Having discussed the issues, having reviewed the files, and having considered the applicable statutes and rules of procedure fully, the parties state and represent to the Court as follows:

1.  This matter is set for hearing on May 30, 2008, at 3:00 p.m.   The parties respectfully ask the Court to take judicial notice of the contents of its own files in relation to this case.

2.  The parties here jointly request the Court to grant the pending Rule 35(b) Motion, DOC 3508, by reducing the defendant's sentence and imposing a sentence to include a period of imprisonment of 120 months.

3.  The parties are in agreement that the Court may enter judgment pursuant to the Rule 35(b) Motion, DOC 3508, without the necessity of a hearing on May 30, 2008.

4.  This joint motion is entered freely and voluntarily after ample consideration.

5.  It is so stipulated and agreed.

Respectfully submitted,


TROY A. EID
UNITED STATES ATTORNEY


BY:   s/Guy Till
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0207
FAX:  (303) 454-0409
E-mail: Guy.Till@usdoj.gov
Attorney for Government




s/Dwayne Van Dyke
DWAYNE VAN DYKE            Date
Defendant




s/Phillip a. Cherner
PHILLIP A. CHERNER, Esq., 06901
789 Sherman Street, # 660
Denver, Colorado 80203
789 Sherman Street, #660
Denver, CO 80203
303-860-7686
303-830-1392 (fax)
phil@philcherner.com

## CERTIFICATE OF SERVICE

I certify that on this  23rd  day of May 2008, I electronically filed the foregoing **JOINT MOTION**  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel of record

s/ Debbie Azua-Dillehay
DEBBIE AZUA-DILLEHAY
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0409
E-mail:  Debbie.Azua-Dillehay@usdoj.gov