IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case NO. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MURRAY,

    Defendant.

---

### DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE – STATEMENT OF COUNSEL

---

COMES NOW the undersigned CJA counsel for Defendant GEORGE MURRAY, Wade H. Eldridge, and states as follows:

1. The undersigned was CJA counsel for GEORGE MURRAY at trial, and on appeal. The United States Court of Appeals for the Tenth Circuit remanded the case for re-sentencing. On remand, the Court imposed a sentence of one hundred twenty months for his conviction of Count Twenty-Three (Distribution and Possession with Intent to Distribute 7 Grams of Cocaine Base, Aiding and Abetting, in violation of 21 U.S.C. 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. 2 and 21 U.S.C. 851.

2. GEORGE MURRAY has filed a pro se motion for reconsideration of sentence, and the undersigned has been appointed to represent him in that effort.

3. It appears to the undersigned that the "mandatory minimum" required for a violation of the above referenced statutes has not been affected by Sentencing Commission's reduction in the "crack" guidelines.

4. Counsel notes that 21 U.S.C. (b)(1)(B)(iii) provides for a sentence of imprisonment of not less than 5 years, unless the defendant has a previous felony drug offense which has become final, in which case the sentence may not be less than 10 years imprisonment. According to the pre-sentence investigation, GEORGE MURRAY had a conviction on 7/29/99 for possession of cocaine.

5. The Defendant contends that in order to double the defendant's sentence, his previous drug conviction must be proved to a jury beyond a reasonable doubt. However, counsel is aware of the holding of the United States Supreme Court in the case of <u>Almedarez-Torres v. United States,</u> 523 U.S. 224 (1998), as well as an opinion in this Circuit, <u>United States v. Moore</u>, 401 F.3d 1220 (10th Cir 2005) to the contrary.

Dated June 2, 2008

                    Respectfully submitted,

                    WADE H. ELDRIDGE, PC

                    _S/ Wade H. Eldridge_
                    Wade H. Eldridge
                    1471 Stuart St.
                    Denver Colorado 80204
                    (303) 861-4222

                    Attorney Defendant GEORGE MURRAY

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 2, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE – STATEMENT OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Guy Till
Assistant United States Attorney
**Guy.Till@usdoj.gov**

And I hereby certify that I have mailed or served the document or paper of the following non-CM/ECF participants in the manner indicated:

None

                                           S/Michelle M. Counce
                                           Michelle M. Counce
                                           Paralegal
                                           Wade H. Eldridge, P.C.
                                           1471 Stuart Street
                                           Denver Colorado 80204
                                           (303) 861-4222

                                           mcounce@mho.com