IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | May 30, 2008 | Prob./Pret.: | Dee A. Clark |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No.  **01-cr-00214-WYD**                 <u>Counsel:</u>

UNITED STATES OF AMERICA,                              Guy Till

      Plaintiff,

v.

**24. DWAYNE VANDYKE**,                                Philip A. Cherner

      Defendant.

## COURTROOM MINUTES

**CONTINUATION OF HEARING ON GOVERNMENT'S MOTION FOR SENTENCE REDUCTION UNDER F.R.Cr.P. 35(b) - continued from March 6, 2008**

**3:11 p.m.**     Court in Session - Defendant present (in-custody)

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is raised for argument.

3:11 p.m.     Argument by Government (Mr. Till).

3:14 p.m.     Argument by Defendant (Mr. Cherner).

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes

| | |
|---|---|
| 3:15 p.m. | Statement by Defendant on his own behalf (Mr. Van Dyke). |
| | Court makes findings. |
| **ORDERED:** | Joint Motion for Resolution of Rule 35(b) Motion (#3598 - 5/23/08) is **GRANTED.** |
| **ORDERED:** | Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is **GRANTED.** |
| **ORDERED:** | Probation shall file a revised judgment. |
| **3:18 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:07**