Respond to:
In Care of: "Vills": posting location
SAMMIE WOODS
POST OFFICE BOX 9000
Forrest City, [72336] without recourse
Arkansas Republic Territory, America
[30425013]

```
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAY 29  PM 4: 02

GREGORY C. LANGHAM
      CLERK

BY _____  /s/ ____ DEP. CLK
```

Wiley Daniel, d/b/a
United States District Court
Western District of Colorado
1901 19th Street
Denver, Colorado [80294]
Respondents

Dated:   May 19, 2008

RE:   **LETTER ROGATORY: FOREIGN ADVISORY: "WITHIN ADMIRALTY"**
      <u>UNITED STATES OF AMERICA VS. SAMMY WOODS</u>, **DOCKET NO.**
      <u>01-CR-214-D</u>: **"OPPORTUNITY TO EXHAUST ADMINISTRATIVE REMEDY"**
      **POSTAL REGISTRY NO. <u>7007 2560 0002 7952 3548</u>**

Dear, Mr. Daniel:

Please allow the Undersigned to apologize for *all previous commercial dishonor* and contemptious behavior, as it is my intent to honor **any** lawful obligations heretoforth. Thank you for the above noted offer to expand funds under public policy, which is being returned herewith noted, "*Accepted for Value*," annexed to a copy of a private discharging and indemnity bond, The instrument was deposited with the **UNITED STATES TREASURY** on or about <u>May 19, 2008</u>, so you are relieved of the statutory mandate to transfer funds to the Treasury. Your inclusion on the bond as an account holder for the legal fiction: **SAMMY WOODS** pursuant to the above referenced matter, indemnifies yor for all perils associated with execution of my instructions hereunder and satisifies all claims against the Defendant pursuant to public policy. This foreign advisory comprises Notice of Settlement. The referenced case#: <u>01-CR-214-D</u> is settled to zero dollars final ending balance as a matter of law. You may confess to the settlement by failing to object within ten (10) days at which time a notary will issue a Default Administrative Judgment certifying your dishonor as your stipulation to all of the terms hereunder, agreement of the parties, and the absence of a controversy of facts in dispute.

Failure to ledger the settlement will be certified as your acceptance of all liability in this matter and your agreement to act as the Defendant's surety. In that event, I will send you copies of the Treasurties authorization to liquidate the bond, rendering the party uninsurable for public service. So it is essential that the settlement be ledgered and confirmation be recieved by the Undersigned at the above noted mailing location no later than <u>May 29, 2008</u>.

## Notice of Counter Claim

Notice of counter claim is hereby presented pursuant to the above. As holder in due course of payment, you are hereby authorized and instructed to recall all outstanding securities, obligations, liabilities, and debts attirbuted to the Defendant and ensure the settlement.

This advisory is a courtesy [footnote]. *Notice of wavier and privileges* is hereby given. The Undersigned expressly waives all benefits of any privileges from teh **UNITED STATES** and political subdivisions thereof. In particular, your particular enterprise, the **UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF COLORADO**. This private letter rogatory does not constitute an appearance. No grant of jurisdiction is made or implied. No presumption of jurisdiction can be legally presumed hereafter. Any such presumption will be certified by a notary public, as a confession of judgment to assault and battery on a foreign official.

Authorization and Instructions for closure.

As holder in due course of payment, you are hereby authorized and instructed to close the public account#: 01-CR-214-D and send me correspondence to the effect.

Executed on this 19th day of May, 2008 A.D.

Sincerely,

Without Prejudice
Authorized Representative

*[signature: Sammie Woods]*
Preferred Stockholder

Certified Mail No. 7007 2560 0002 7952 3562

**Promissory Note**
Non-Negotiable

## Preauthorized Transfer

THROUGH:  SAMMIE WOODS
    Post Office Box 9000
    Forrest City, Arkansas [72336]
Personal Treasury UCC Contract Trust Acct#: _____

ATTENTION:  Henry Paulson, Trustee
    Department of the Treasury
    1500 Pennsylvania Avenue NW
    Washington, DC [20220]

Acct#: UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF COLORADO
    #01-CR-214-D

## REGISTERED

May 19, 2008

CREDIT TO THE ORDER OF: UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF COLORADO
$_____. The sum: _____
united States and ___/100.................................................................................................Dollars.

SAMMIE WOODS, UCC § 1-207

BY:_____

Referenced: Pre-Paid Exchanged item
process through TT&L account by FedWire

Sammie Woods, Secured Party
for: SAMMY WOODS, ENS LEGIS

void where prohibited by law

| DATE | ACCT# | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|---|---|---|---|---|
| 05/08 | 01-CR-214-D | N/A | N/A | N/A |

