<u>NOTICE OF DISHONOR</u>

NON-NEGOTIABLE
"WITHIN ADMIRALTY"

```
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 JUN -9  PM 1: 11

GREGORY C. LANGHAM
          CLERK

BY_____KT_____DEP. CLK
```

To: Wiley Daniel, d/b/a
    United States District Court
    Western District of Colorado
    1901 19TH STREET
    Denver, Colorado [80294] without recourse
    Respondents

From: Sammie Woods
      Register Number: 30425-013
      Post Office Box 9000
      Forrest City, Arkansas [72336]

Dated: May 30, 2008

**RE:   LETTER ROGATORY: "NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**

**PLEASE TAKE NOTICE** that *"Non-Negotiable Notice of Acceptance/Letter Rogatory,"* Dated: <u>May 19, 2008</u>, concerning your offer(s) **"CRIMINAL JUDGMENT," "RETURN," "SUPERVISED RELEASED," "MONETIARY PENALTIES"**, and all other known and unknown offer(s) presented to me by the Court in the matter of: **UNITED STATES OF AMERICA VS. SAMMY WOODS**, DOCKET NUMBER: <u>01-CR-00214-WVD</u>, prior to the date of this Notice, has been dishonored or has not been paid or accepted in accordance with *Public Policy* (HJR-192 of June 5, 1933, Public Law 73-10) and the Truth in Lending Act, Regulation Z. What is the defect in my counter claim? I stand by the counter claim. I requested that you took some time to review my instruments. Are you going to transfer the funds? I intend to look to you for payment or performance.

                                    Sincerely,

                                    Without Prejudice

                                    *Sammie Woods*
                                    Preferred Stockholder



Name: Sharene Woods
Reg #: 30235-013
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 6/4/08

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 09 2008
GREGORY C. LANGHAM
CLERK

CERTIFIED MAIL
7007 2560 0002 7952 5542

US COURTHOUSE
ATTN: Mr. Wiley Y. Daniel
1901 19th Street
Denver, Colorado
near[80294]