THEOLIAN LLOYD, #30410-013
FCI BENNETTSVILLE, P.O. BOX 52020
BENNETTSVILLE, S.C. 29512

CASE NO. 01-cr-00214-WYD

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th St., Room A 105
Denver, Co. 80294-3589

June 17, 2008

RE: 3582(c)(2) Motion ( Conflict of Interest with Counsel)

Dear Clerk of Court:

   I am writing this letter concerning the denial of my 3582(c)(2) motion. I wrote to the Office of the Clerk making an inquiry on 03-25-08 as to recieving appointed representation. I asked if my old attorney or new appointed counsel held the responsibility of filing my 3582(c)(2) motion for the retroactive Amendment 706. There existed a conflict of interest between my trial counsel and me that should have prevented him from representing my interest, unfortunately he was appointed to my case. I have a pending §2255 motion that alleges an Ineffective Assistance of Counsel against " Mr. John Henry Schlie " which renders his representation now a conflict within itself.

   I have enclosed copies of letters that I have sent to this office attempting to correct this wrong. Please review these letters and allow me to plead my case with representation that represents my interests without pending conflicts of interest. Thankyou//.

Respectfully Requesting,

Theolian Lloyd

(date)

Theolian Lloyd, #30410-013
FCI Bennettsville, P.O. Box 52020
Bennettsville, S.C. 29512

Theolian Lloyd
#30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

                                        Mr. Gregory C Langham
                                        Clerk of the Clerk
                                        U.S. District Court
                                        For the District of Colorado
                                        Alfred Arrjai U.S. Courthouse
                                        Denver, Colorado 80294

                                        Re: Case Number 01-CR-214-D

Dear Clerk,
            I am writing this letter to inquire as to if I need for this court to appoimt me counsel in regards to the new crack cocaine amendment 706 or amendment 9, passed by The United States Sentencing Commisson and made retroactively effective on March 3, 2008.
            When I was sentenced for my Crack Cocaine offense in 3-31-01, I had a Court appoined attorney Mr. John H Schlie representing me, so I am requesting whether or not I need my old attorney to be reappointed to me as my attorney in representing me in presenting my motion pursuant to 18.U.S.C. §3582 (c) (2), I'm having my sentence reduced for the amendment or if this Honorabile Court would appoint me new counsel for this purpose.

                                        Sincerly Written,
                                                Theolian Lloyd
                                                # 30410-013
                                                3-25-08

Fr: Theolian Lloyd
30410-013
F.C.I. Bennettsville
P.O. Box 52020
Bennettsville, NC 29512

To: Mr. Gregory C. Langham
Clerk of the Court
U.S. District Court
For the District Court of Colorado
Alfred Arrajai U.S. Courthouse
Denver, Colorado 80294

Re: Case Number 01-CR-214-D     Dt: May 6, 2008

Dear Clerk,

I am writing this letter in regards to the appointment of my counsel for the new Crack Cocaine Amendment 706 or Amendment 9 passed by the United States Sentencing Commission that was made retroactive effective March 3, 2008.

I am now informing the court and openly admitting that I made a detrimental mistake of requesting my old attorney, John H. Schile, to be appointed as my counsel to represent me in presenting my motion pursuant to 18 U.S.C. 3582(c)(2). I am now patiently awaitng on a ruling for my 2255 brief for <u>ineffective assistance of counsel</u> against Mr. Schile. I strongly believe that this will be a direct conflict of interest. I made the mistake of not informing the court and specifying that I be reappointed counsel.

I am now formerly requesting that the court reappoint me counsel as I would like to avoid future conflict. I would like to request to have Mr. Schile to withddraw <u>the notice of Non-Eligibility of Sentencing Reduction pursuant to 18 U.S.C. 3582(c)(2).</u>

Thank you for your cooperation.

Sincerely written,

*Theolian Lloyd* (signature)

Theolian LLoyd
30410-013

Theolian Lloyd
# 30410-013
FCI Bennettsville
PO Box 52020
Bennettsville, South Carolina 29512

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 27 2008
GREGORY C. LANGHAM
CLERK

Office of the Clerk
United States District Court
ALFRED A. ARRAJ COURTHOUSE
901, 19th ST
Denver, Colorado, 80294-

Legal Mail

