IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 01-cr-214-WYD-05

THEOLIAN LLOYD,

    Petitioner,

v.       NOTICE OF APPEAL

United States of America,

    Respondant,

NOTICE OF APPEAL TO THE DISTRICT COURT FOR APPEAL TO THE COURT OF APPEALS

Notice is hereby given that, Theolian Lloyd in the above named case, hereby appeals to the United States Court of Appeals for the 10th Circuit from an order denying petitioner's 3582(c)(2) motion in the above criminal action number entered in this court on the 14th day of May, 2008.

Respectfully Submitted,

(date)

Theolian Lloyd, #30410-013
F.C.I. Bennettsville,
P.O. Box 52020
Bennettsville, S.C. 29512

re: 3582(c)(2) motion ( Notice of Appeal )
cc: Office of the Clerk

CERTIFICATE OF SERVICE

I, Theolian Lloyd, do hereby certify that I have mailed by first-class mail a " Notice of Appeal " to the address below by way of the Institutuional Legal-mailing system:

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> ALFRED A. ARRAJ COURTHOUSE
> 901-19th St., Room A105
> Denver, Colorado 80294-3589

this ____ day of June, 2008.

(date)

Theolian Lloyd, #30410-013
FCI Bennettsville, P.O. Box 52020
Bennettsville, S.C. 29512

re: 3582(c)(2) motion ( Amendment 706 )
cc: Clerk of Court