Theolian Lloyd
#30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAR 28 PM 12:09

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Mr. Gregory C Langham
Clerk of the Clerk
U.S. District Court
For the District of Colorado
Alfred Arrjai U.S. Courthouse
Denver, Colorado 80294

Re: Case Number 01-CR-214-D

Dear Clerk,

  I am writing this letter to inquire as to if I need for this court to appoimt me counsel in regards to the new crack cocaine amendment 706 or amendment 9, passed by The United States Sentencing Commisson and made retroactively effective on March 3, 2008.
  When I was sentenced for my Crack Cocaine offense in 3-31-01, I had a Court appoined attorney Mr. John H Schlie representing me, so I am requesting whether or not I need my old attorney to be reappointed to me as my attorney in representing me in presenting my motion pursuant to 18.U.S.C. §3582 (c) (2), I'm having my sentence reduced for the amendment or if this Honorabile Court would appoint me new counsel for this purpose.

Sincerly Written,
Theolian Lloyd
# 30410-013
3-25-08

*Theolian Lloyd*

Theolian Lloyd
#30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

Legal Mail*

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 28 2008
GREGORY C. LANGHAM
CLERK

FLORENCE SC 295
28 MAR 2008 PM 2 L

Mr. Gregory C. Langham
Clerk of the Court
U.S. District Court
For the District Of Colorado
Alfred Arrjaj U.S. Courthouse
Denver, Colorado 80294

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEOLIAN LLOYD,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On March 28, 2008, Defendant Theolian Lloyd filed a *pro se* letter that the Court construes as a motion for appointment of counsel (docket #3568). The motion is **GRANTED.** Accordingly, it is ORDERED that the Clerk's Office shall appoint CJA counsel, Mr. John H. Schlie, to represent the Defendant. It is FURTHER ORDERED that once appointed, counsel for the Defendant and the Government are ordered to file a notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than **Thursday, May 1, 2008.**

    Dated: April 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.01-CR-214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

5. THEOLIAN LLOYD

        Defendant.

_____

**NOTICE OF NON-ELIGIBILITY FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. §3582(c)(2)**
_____

        The undersigned counsel, John Henry Schlie, having been appointed by the Court to represent the Defendant, Theolian Lloyd, regarding a determination as to whether Mr. Lloyd is eligible for a reduction of the term of his imprisonment pursuant to 18 U.S.C.§ 3582(c)(2), does hereby file this Notice.  Based on a review of the file herein, Mr. Lloyd received a sentence of a term of imprisonment of 240 months due to the mandatory minimum sentence set forth in 21 U.S.C.§ 841(a)(1) and (b)(1)(A)(iii) rather than the sentencing guideline range as determined by the Court at sentencing.  Therefore, Mr. Lloyd was not sentenced to a term of imprisonment based on a sentencing range that has been subsequently lowered by the Sentencing Commission and is not eligible for a motion to reduce the term of his imprisonment pursuant to 18 U.S.C.§ 3582(c)(2).

        Respectfully submitted this 26th day of April, 2008.

                                                s/ John Henry Schlie
                                                John Henry Schlie
                                                Law Office of John Henry Schlie, P.C.

2406 W. Davies Avenue
Littleton, Colorado 80120
Telephone: (303) 830-1616
FAX: (303) 860-1297
E-mail: johnhenry@schlielawfirm.com
Attorney for Defendant Theolian Lloyd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEOLIAN LLOYD,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Defendant's *pro se* motion for appointment of counsel and modification of sentence pursuant to 18 U.S.C. §3582(c)(2) (docket #3568), filed March 28, 2008.

Upon receipt of the motion, I appointed CJA counsel to represent the Defendant in this matter. Additionally, I ordered counsel for the Defendant and the Government to file a response with the Court indicating whether the Defendant was eligible for a sentence reduction under 18 U.S.C. §3582(c)(2). Both defense counsel and the Government filed responses with the Court indicating that the Defendant is not eligible for a sentence reduction. Specifically, counsel for the Government and defense counsel reviewed the Defendant's file and confirmed that the Defendant received a sentence of a term of imprisonment of 240 months due to the mandatory minimum sentence set forth in 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii) rather than the sentencing guideline range as determined by the Court at sentencing.

Thus, the Defendant is not eligible for a sentence reduction under 18 U.S.C. §3582(c)(2). The Sentencing Commission has not altered and cannot alter a statutory mandatory minimum sentence. *See United States v. Novey*, 78 F.3d 1483, 1486 (10th Cir. 1996); *See* § 1B1.10 app. note 1(A) (affirming that "a reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2) and is not consistent with this policy statement if . . . the amendment does not have the effect of lowering the defendant's applicable guideline range because of the operation of another. . . statutory provision (e.g., a statutory mandatory minimum term of imprisonment)"). After carefully reviewing the above-captioned case and the pleadings submitted by the Defendant, defense counsel and the Government, I find that the Defendant's *pro se* motion for a sentence reduction should be denied.

On November 1, 2007, the United States Sentencing Commission amended the applicable guideline in this case. Title 18 U.S. C. § 3582(c)(2) provides:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

As previously mentioned, the Defendant was sentenced to a mandatory minimum sentence as required by statute, therefore, he is not eligible for a sentence reduction under 18 U.S.C. §3582(c)(2). Thus, Defendant's *pro se* motion for a sentence reduction is denied. Accordingly, it is

ORDERED that Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. §3582(c)(2) (docket #3568), filed March 28, 2008, is **DENIED** for the reasons stated in this Order.

Dated:  May 20, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 01-cr-214-WYD-05

THEOLIAN LLOYD,           ]
                          ]
    Petitioner,            ]
                          ]
    v.                     ]    NOTICE OF APPEAL
                          ]
United States of America, ]
                          ]
    Respondant,           ]

NOTICE OF APPEAL TO THE DISTRICT COURT FOR APPEAL TO THE COURT OF APPEALS

Notice is hereby given that, Theolian Lloyd in the above named case, hereby appeals to the United States Court of Appeals for the 10th Circuit from an order denying petitioner's 3582(c)(2) motion in the above criminal action number entered in this court on the 14th day of May, 2008.

Respectfully Submitted,

_____         _____
(date)                          Theolian Lloyd, #30410-013
                                F.C.I. Bennettsville,
                                P.O. Box 52020
                                Bennettsville, S.C. 29512

re: 3582(c)(2) motion ( Notice of Appeal )
cc: Office of the Clerk

CERTIFICATE OF SERVICE

I, Theolian Lloyd, do hereby certify that I have mailed by first-class mail a " Notice of Appeal " to the address below by way of the Institutuional Legal-mailing system:

>       OFFICE OF THE CLERK
>       UNITED STATES DISTRICT COURT
>       ALFRED A. ARRAJ COURTHOUSE
>       901-19th St., Room A105
>       Denver, Colorado 80294-3589

this ____ day of June, 2008.

_____                                   _____
(date)                                       Theolian Lloyd, #30410-013
                                             FCI Bennettsville, P.O. Box 52020
                                             Bennettsville, S.C. 29512


re: 3582(c)(2) motion ( Amendment 706 )
cc: Clerk of Court