**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

        Plaintiff,

v.

24.    DWAYNE VANDYKE,

        Defendant.

---

**MOTION TO WITHDRAW**

---

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files its Motion to Withdraw as counsel of record in the above-captioned case.  It is requested that Assistant United States Attorney Linda A. McMahan be withdrawn as an attorney of record representing the United States in this matter and that her email address be removed from the Court's electronic filing notification system with respect to notices in this matter.  Assistant United States Attorney Guy Till has been assigned as lead counsel in this case.

Dated this 1st day of July, 2008.

Respectfully submitted,

TROY A. EID
United States Attorney


BY: s/ Linda A. McMahan
LINDA A. MCMAHAN
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
E-mail: linda.mcmahan@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 1st day of July, 2008, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    s/ Denise Guerra
DENISE GUERRA
Legal Assistant
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
E-mail:  denise.guerrra@usdoj.gov