**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 01-cr-00214-WYD-24**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**24.  DWAYNE VANDYKE,**

      **Defendant.**

---

**PROPOSED ORDER**

---

The Court has for consideration the government's Motion to Withdraw. Upon consideration, it is

ORDERED that the government's Motion is granted. Assistant United States Attorney Linda A. McMahan is hereby allowed to withdraw from this case. Counsel of record for this case is Assistant United States Attorney Guy Till.

IT IS SO ORDERED on this _____ day of _____, 2008.

 

WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO