OF THE CLERK
ates District Court
Street, Room A105
O 80294-3589

BUSINESS

C. Bradley Calbo
C. Bradley Calbo, Atty at Law
12356 West Nevada Place
#303
Lakewood, CO 80228

01CR214
DOC# 3610



NOT DELIVERABLE AS
ADDRESSED UNABLE TO
FORWARD

☐ Attempted-not known
☐ No such number ☐ No such street
☐ Insufficient address
☐ Returned for better address
☒ Not deliverable as addressed
    Unable to forward
☐ Moved left no address
☐ Refused ☐ Vacant
☐ Unclaimed ☐ Other
Route # 2849  Init