✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

### District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TOMMY JONES ) | |
| a/k/a "Soul" ) | Case No: 01-cr-00214-WYD-29 |
| a/k/a Quinso Austin ) | |
| a/k/a Quinso Brown ) | USM No: 30458-013 |
| Date of Previous Judgment: December 3, 2003 ) | Stephen C. Peters, Appointed |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  DENIED.   X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  140 months  **is reduced to**  120 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X   The reduced sentence is within the amended guideline range.
❒   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒   Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  December 3, 2003  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   June 5, 2008 | s/ Wiley Y. Daniel |
| | Judge's signature |
| Effective Date: | Wiley Y. Daniel, U.S. District Judge |
| (if different from order date) | Printed name and title |