UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24. DWAYNE VAN DYKE,

    Defendant.
_____

### ORDER
_____

    THIS MATTER is before the Court on the government's Motion to Withdraw, filed July 1, 2008 (docket #3612). Upon consideration, it is

    ORDERED that the government's Motion to Withdraw, filed July 1, 2008 (docket #3612) is **GRANTED**. It is

    FURTHER ORDERED Assistant United States Attorney Linda A. McMahan is hereby allowed to withdraw from this case. Counsel of record for this case is Assistant United States Attorney Guy Till.

    Dated: July 7, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge