**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 8, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 08-1234 |
| THEOLIAN LLOYD, | |
| Defendant - Appellant. | |

ORDER

---

Before **KELLY** and **McCONNELL**, Circuit Judges.

---

This matter is before the court on the "Motion for Leave to Withdraw as Counsel," filed by appellant's Criminal Justice Act attorney, John Henry Schlie. The motion is granted. Attorney Schlie is permitted to withdraw as counsel for defendant-appellant Theolian Lloyd.

Attorney Robert T. Fishman (Of Counsel to Ridley McGreevy & Weisz, P.C., 303 16th St., Suite 200, Denver, CO 80202; telephone: 303/377-6338) is appointed as counsel for defendant-appellant Theolian Lloyd pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. This appointment pertains solely to the present appeal, which arises from the district court's denial of Mr. Lloyd's motion

for reduction of sentence pursuant to 18 U.S.C. § 3582 (c) (2).

All pleadings filed to date in this matter may be accessed on the court's PACER docket.  Criminal Justice Act counsel may obtain access to those materials free of charge by registering on-line at:  pacer@psc.uscourts.gov.

In addition, within 10 days of the date of this order, attorney Schlie shall transmit copies of all documents in his possession pertinent to this appeal to attorney Fishman.

Attorney Fishman shall submit an entry of appearance to this court within 10 days of the date of this order.  Within 30 days of the date of this order, Mr. Fishman shall file a docketing statement, a designation of record, and a transcript order form (or a statement that no transcript will be ordered).   Briefing shall proceed in accordance with the court rules.

                                      Entered for the Court
                                      ELISABETH SHUMAKER, Clerk of Court

by:
                                      Christine Van Coney
                                      Counsel to the Clerk