OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



$1.340

Zebedee Hall
#30428-013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

01CR 214
DOC # 3610

**RETURN TO SENDER**
___ NO AUTHORIZATION ON FILE
___ UNIDENTIFIABLE NAME/NUMBER
_X_ NOT AT THIS ADDRESS
___ NO FORWARDING ADDRESS

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2008

GREGORY C. LANGHAM
CLERK

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
ATTEMPTED-NOT KNOWN
INSUFFICIENT ADDRESS ☐
NO SUCH NUMBER ☐  REFUSED ☐  UNCLAIMED ☐  VACANT ☐
Route No. _____ Date _____ Initials _____