UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

August 8, 2008

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   USA v. Lloyd (5)**

Court of Appeals Case No. 08-1234
District Court Case No. 01-cr-00214-WYD

Dear Clerk:

    We hand you herewith Volume I of the Record on Appeal in the above referenced case.

                                Sincerely,
                                GREGORY C. LANGHAM, Clerk

                                by s/ B. Reed
                                  Deputy Clerk

cc: See Notice of Electronic Filing

# INDEX

2255, APPEAL

## U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00214-WYD-5

Case title: USA v. Small, et al  
Related Case: 1:06-cv-02557-WYD

Date Filed: 06/07/2001  
Date Terminated: 04/07/2004

Assigned to: Judge Wiley Y. Daniel

Appeals court case numbers: '08-1234', 03-1327, 04-1148

### Defendant (5)

**Theolian Lloyd**  
*TERMINATED: 04/07/2004*

represented by **John Henry Schlie**  
John Henry Schlie, P.C., Law Office of  
6059 South Quebec Street  
#200  
Centennial, CO 80111  
303-830-1616  
Fax: 860-1297  
Email: johnhenry@schlielawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Robert Todd Fishman**  
Ridley, McGreevy & Weisz, P.C.  
303 16th Street  
#200  
Denver, CO 80202  
303-377-6338  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1ss) | deft shall be impr. for 240 mos. on cts. 1ss, 14ss, & 17ss concur.; Court Recommends the BOP place the deft at the appropriate facility in TX; 10 yrs. sup. rel. on ct. 1 and 8 yrs. on ct. 14 and 17 concur.; deft shall participate in a prog. of testin g & trtmt for drug abuse |

| | |
|---|---|
| | as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (14ss) | deft shall be impr. for 240 mos. on cts. 1ss, 14ss, & 17ss concur.; Court Recommends the BOP place the deft at the appropriate facility in TX; 10 yrs. sup. rel. on ct. 1 and 8 yrs. on ct. 14 and 17 concur.; deft shall participate in a prog. of testin g & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (17ss) | deft shall be impr. for 240 mos. on cts. 1ss, 14ss, & 17ss concur.; Court Recommends the BOP place the deft at the appropriate facility in TX; 10 yrs. sup. rel. on ct. 1 and 8 yrs. on ct. 14 and 17 concur.; deft shall participate in a prog. of testin g & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kathleen Melissa Tafoya** U.S. Attorney's Office-Denver 1225 17th Street East Seventeenth Street Plaza #700 Denver, CO 80202 303-454-0100 |

Fax: 454-0406
Email: Kathleen.Tafoya@usdoj.gov
*TERMINATED: 01/17/2008*
*LEAD ATTORNEY*

**Guy Till**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0409
Email: guy.till@usdoj.gov
*ATTORNEY TO BE NOTICED*

**James Coyle Murphy**
U.S. Attorney's Office-Denver
1225 Seventeenth Street
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0461
Email: James.Murphy3@usdoj.gov

**Linda A. McMahan**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
Fax: 454-0406
Email: linda.mcmahan@usdoj.gov
*TERMINATED: 07/07/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2001 | 1 | INDICTMENT by USA Counts filed against Theolian Lloyd (5) count (s) 1, 14, 16-17, 62 (former empl) (Entered: 06/11/2001) |
| 06/07/2001 | 26 | ARREST Warrant issued for Theolian Lloyd by clerk of the court pursuant to Magistrate Judge Boyd N. Boland (former empl) (Entered: 06/11/2001) |
| 06/07/2001 | 31 | MOTION to seal case until the arrest of the first defendant by USA regarding Willie James Small, Dachaun Davis, Keyonna Davis, Alvin Green, Theolian Lloyd, Curtis Hawkins, Zebedee Hall, James Starkey, Edward Palmer, Fredric Williams, Herbert Lewis Jr., Angela Brewer, Daniel McIntyre, Jeff Abreu, Max Cooper, George Melvin Murray, |

| Date | Doc # | Description |
|---|---|---|
| 05/11/2006 | 3377 | Exparte Document (smatl, ) (Entered: 05/24/2006) |
| 12/22/2006 | 3406 | MOTION to Vacate under 28 U.S.C. 2255 by Theolian Lloyd pro se. (ecm, ) Civil case 1:06-cv-2557 opened. (Entered: 12/22/2006) |
| 12/22/2006 | 3407 | BRIEF in Support by Theolian Lloyd to 3406 MOTION to Vacate under 28 U.S.C. 2255 (ecm, ) (Entered: 12/22/2006) |
| 01/25/2007 | 3413 | ORDER; the govt shall file Answer on/before 2/16/07 to the 3406 MOTION to Vacate under 28 U.S.C. 2255 filed by Theolian Lloyd Responses due by 2/16/2007. Signed by Judge Wiley Y. Daniel on 1/25/07. (ecm, ) (Entered: 01/26/2007) |
| 02/16/2007 | 3422 | RESPONSE to Motion by USA as to Theolian Lloyd re 3406 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Attachment 1# 2 Attachment 2# 3 Attachment 3# 4 Attachment 4)(Murphy, James) (Entered: 02/16/2007) |
| 02/22/2007 | 3428 | NOTICE OF ATTORNEY APPEARANCE Kathleen Melissa Tafoya appearing for USA. (Tafoya, Kathleen) (Entered: 02/22/2007) |
| 02/23/2007 | 3430 | MOTION to Continue Response Date by Theolian Lloyd, pro se. (mjg, ) (Entered: 02/26/2007) |
| 02/26/2007 | 3431 | MINUTE ORDER GRANTING Defendant's Motion for Extension of Time to file a Reply in Support of his Motion to Vacate pursuant to 18 U.S.C. 2255 3430 to and including 3/26/2007. (sschrsl, ) (Entered: 02/26/2007) |
| 02/26/2007 |  | TEXT ENTRY: Please refer to MINUTE ORDER at docket entry 3431 granting 3430 Motion to Continue as to Theolian Lloyd (5). (sschrsl, ) (Entered: 02/26/2007) |
| 03/26/2007 | 3436 | MOTION for Extension of Time to File Response/Reply as to 3422 Response to Motion by Theolian Lloyd. (sschrsl, ) (Entered: 03/26/2007) |
| 03/26/2007 | 3439 | MOTION for Extension of Time by Theolian Lloyd pro se. (ecm, ) (Entered: 03/29/2007) |
| 03/27/2007 | 3437 | MINUTE ORDER granting 3436 Motion for Extension of Time to File Response/Reply to and including 4/27/2007 as to Theolian Lloyd (5). (sschrsl, ) (Entered: 03/27/2007) |
| 03/29/2007 | 3441 | MINUTE ORDER; GRANTING 3439 MOTION for Extension of Time to File Reply in Support of His Motion to Vacate filed by Theolian Lloyd; Replies due by 5/28/2007 by Judge Wiley Y. Daniel. (ecm, ) (Entered: 03/29/2007) |
| 06/01/2007 | 3460 | Opposition to the United States Answer to motion by Theolian Lloyd, pro-se: re 3422 Response to Motion (tll, ) (Entered: 06/04/2007) |
| 07/05/2007 | 3473 | SUPPLEMENT to 3406 MOTION to Vacate under 28 U.S.C. 2255 by Theolian Lloyd pro se (ecm, ) (Entered: 07/05/2007) |

| | | |
|---|---|---|
| 08/02/2007 | 3491 | Appeal Record Returned - Volumes I - LXXII, Supplemental Volumes I - III and Supplemental Volumes IV - VI, as to Willie James Small, Alvin Green, Theolian Lloyd, George Melvin Murray, Sammy Lee Woods, Dwayne Vandyke: Text Only Entry - No Document Attached. USCA case no. 04-1148, 04-1157, 04-1161, 04-1168, 04-1188, 04-1201. (bjr2, ) (Entered: 08/02/2007) |
| 08/07/2007 | 3493 | NOTICE from Probation re receipt of PSI as to Notice of Appeal by Theolian Lloyd (bjr2, ) (Entered: 08/08/2007) |
| 01/10/2008 | 3528 | MOTION to Withdraw as Attorney by Kathleen M. Tafoya by USA as to Willie James Small, Dachaun Davis, Keyonna Davis, Alvin Green, Theolian Lloyd, Curtis Hawkins, Zebedee Hall, James Starkey, Edward Palmer, Fredric Williams, Herbert Lewis, Jr, Angela Brewer, Daniel McIntyre, Jeff Abreu, Max Cooper, George Melvin Murray, Ernest Gaddis, Victor Mendinghall, Sammy Lee Woods, Ronald Dennis Clark, Bridget Johnson, Timothy Chandler, Carlos Johnson, Dwayne Vandyke, Thurman Douglas McKnight, Charles Young, Brian Harris, Dayne Drew, Tommy Jones, Dawan Eugene Smith, Angela Hernandez, Sandra Davis. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 01/10/2008) |
| 01/10/2008 | 3529 | NOTICE OF ATTORNEY APPEARANCE Guy Till appearing for USA. (Till, Guy) (Entered: 01/10/2008) |
| 01/17/2008 | 3531 | ORDER GRANTING 3528 Motion to Withdraw as Attorney. Kathleen Melissa Tafoya withdrawn from case as to Willie James Small, et al. Signed by Judge Wiley Y. Daniel on 1/17/08. (lmwsl, ) (Entered: 01/17/2008) |
| 02/22/2008 | 3543 | Letter from Theolian Lloyd (lmwsl, ) (Entered: 02/22/2008) |
| 02/26/2008 | 3545 | MINUTE ORDER; re 3543 Letter filed by Theolian Lloyd; Judicial officer will respond to the supplement and the 2255 motion as soon as feasible. Ct is unable to provide Mr. Lloyd with any legal adive concerning whether "the new 3582 Crack Law can be beneficial" to his case,. Signed by Judge Wiley Y. Daniel on 2/26/08. (lmwsl, ) (Entered: 02/27/2008) |
| 03/28/2008 | 3568 | MOTION to Appoint Counsel by Theolian Lloyd. (pro se) (lmwsl, ) Modified on 5/20/2008 to include motion for modification of sentence pursuant to 18 U.S.C. §3582 (lmwsl, ). (Entered: 03/31/2008) |
| 04/01/2008 | 3570 | MINUTE ORDER; 3568 Motion to Appoint Counsel is GRANTED. John Henry Schlie for and appointed as to Theolian Lloyd (5). Once apptd, counsel for the deft and the Govt are ordered to file a notice with the court indicating whether or not the deft is eligible for the sentence reduction pursuant to 18 U.S.C. 3582 not later than 5/1/08, by Judge Wiley Y. Daniel on 4/1/08. (lmwsl, ) (Entered: 04/01/2008) |
| 04/01/2008 | 3577 | CJA 20: Appointment of John Henry Schlie for Theolian Lloyd. Signed by Judge Wiley Y. Daniel on 4/1/08. (smatl, ) (Entered: 04/08/2008) |

| | | |
|---|---|---|
| 04/26/2008 | 3587 | NOTICE *of Non-Eligibility for Sentence Reduction Pursuant to 18 USC 3582(c)(2)* re 3570 Order on Motion to Appoint Counsel, by Theolian Lloyd (Schlie, John) (Entered: 04/26/2008) |
| 05/12/2008 | 3591 | MOTION to Appoint Counsel by Theolian Lloyd. (pro se) (lmwsl, ) (Entered: 05/13/2008) |
| 05/13/2008 | 3592 | RESPONSE to Motion by USA as to Theolian Lloyd re 3568 MOTION to Appoint Counsel (Till, Guy) (Entered: 05/13/2008) |
| 05/14/2008 | 3593 | ORDER; 3591 Motion to Appoint Counsel as to Theolian Lloyd (5) is STRICKEN. Signed by Judge Wiley Y. Daniel on 5/14/08. (lmwsl, ) (Entered: 05/14/2008) |
| 05/20/2008 | 3595 | ORDER; Matter comes before the court on the deft's pro se motion for appointment of counsel and modification of sentence pursuant to 18 USC 3582 as to Theolian Lloyd (doc.#3568). Upon receipt of the motion, court apptd CJA counsel to represent the deft. Deft's pro se motion for modification of sentence pursuant to 18 USC §3582 is DENIED. Signed by Judge Wiley Y. Daniel on 5/20/08. (lmwsl, ) (Entered: 05/20/2008) |
| 06/27/2008 | 3608 | Letter from Theolian Lloyd (lmwsl, ) (Entered: 06/27/2008) |
| 06/27/2008 | 3609 | NOTICE OF APPEAL as to 3595 Order, by Theolian Lloyd. Fee Status: CJA. Notice mailed to all counsel on 6/30/08. (gmssl, ) (Entered: 06/30/2008) |
| 06/30/2008 | 3610 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 3609 Notice of Appeal as to Theolian Lloyd to the U.S. Court of Appeals. (CJA) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record, including Notice of Appeal)(gmssl, ) (Entered: 06/30/2008) |
| 06/30/2008 | 3611 | USCA Case Number as to Theolian Lloyd 08-1234 for 3609 Notice of Appeal filed by Theolian Lloyd. (gms, ) (Entered: 06/30/2008) |
| 07/03/2008 | 3613 | Returned Mail as to attorney C. Bradley Calbo: re 3610 Letter Transmitting Notice of Appeal by Theolian Lloyd (bjr2, ) (Entered: 07/03/2008) |
| 07/08/2008 | 3616 | ORDER of USCA re 3609 Notice of Appeal as to Theolian Lloyd : The motion for leave to withdraw as counsel by John Henry Schlie is granted. Attorney Robert T. Fishman is appointed as counsel for appellant. This appointment pertains solely to the present appeal. Within 30 days, Mr. Fishman shall file a docketing statement, designation of record and transcript order form. USCA case no. 08-1234. (Attachments: # 1 Letter)(bjrsl, ) (Entered: 07/09/2008) |
| 07/10/2008 | 3617 | Returned Mail as to Notice of Appeal by Theolian Lloyd re 3610 Letter Transmitting Notice of Appeal, (Mail addressed to Zebedee Hall, Not at this address) (bjr2, ) (Entered: 07/11/2008) |
| 08/01/2008 | 3620 | DESIGNATION OF RECORD ON APPEAL by Theolian Lloyd re |

|            |      |                                                                                                                                    |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------|
|            |      | 3609 Notice of Appeal. (bjr2, ) (Entered: 08/01/2008)                                                                              |
| 08/01/2008 | 3621 | TRANSCRIPT ORDER FORM by Theolian Lloyd : The necessary transcript is already on file in district court. (bjr2, ) (Entered: 08/01/2008) |

*********************************************

VOLUME I - PLEADINGS