Theolian Lloyd, #30410-013
FCI Bennettsville, P.O. Box 52020
Bennettsville, S.C. 29512

Date: August 28, 2008

2008 AUG 27 PM 4: 15

GREGORY C. LANGHAM
CLERK

Criminal Case No. 01-CR-214-8 WYD-5

BY _____ TV _____ DEP. CLK

Office of the Clerk
United States District Court
901 - 19th Street, Room A105
Denver, Co. 80294-3589

re: 18 U.S.C.§3553(a)(Imposition of Sentence)

Dear Clerk of Court,

  I am writing the enclosed motion due to fact that the petitioner's co-defendant, Zebedee Hall, case citing 473 F.3d 1295, conviction for the " distribution " was overturned on an argument very similar to the petitioner's argument. Petitioner contends that he was never presented with evidence of actual possession of any drugs as alleged in the indictment or offense of conviction. Petitioner now argues that there is a disparity in sentencing among this co-defendant and petitioner based on similiar facts used at trial and sentencing. Petitioner now supplements his 18 U.S.C.§2255 motion to include an argument of disparity in sentencing due to the fact of the decision in this co-defendant's case. Please present this motion to the court in support for an immediate vacation of the " distribution " conviction used to sentence petitioner. Thankyou...

Respectfully Requesting,

*Theolian Lloyd*
Theolian Lloyd, #30410-013

(cover letter)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-CR-214-D

| | |
|---|---|
| Theolian Sy Lloyd, | ] |
|       Petitioner, | ] Motion of Leave of Court to Supplement |
| versus | ] 18 U.S.C.§2255 motion |
| United States of America, | ] |
|       Respondent, | ] |

## SUPPLEMENTAL REQUEST

### JURISDICTION

Now comes "pro se" petitioner, Theolian Sy Lloyd, petitioning this honorable court for leave of court to supplement pending §2255 motion. Petitioner contends that this court has jurisdiction to grant petitioner's request pursuant to the United States Constitution, Rules of the Court, as well as applicable statutory law.

### FACTS OF CASE

Petitioner contends that new facts hav arisen that amount to newly discovered evidence in his case that warrant presentation to the court. Petitioner contends that:

1) Petitioner's co-defendant " Zebedee Hall ", conviction for distribution has been overturned, see cite 473 F.3d 1295;
2) Petitioner contends that he has just recently learned of such while he was researching his own case;
3) Petitioner contends that the argument is very similar to petitioner's argument in the instant §2255 now pending;
4) Petitioner contends that he now files this motion for leave of court to supplement such argument within his motion;

the facts stated above are true and correct and support petitioner's claim for the record to be supplemented.

(1)

SUPPLEMENTAL REQUEST CONTINUED

CONCLUSION

In Conclusion, petitioner contends that the newly discovered fact that petitioner's co-defendant, Zebedee Hall, conviction has been overturned for " distribution ". Petitioner contends that the same testimony was used in his instant conviction for distribution. Petitioner requests that this court review the case presented and supplement petitioner's now pending §2255 motion with such arguments and relief.

RELIEF SOUGHT

Petitioner seeks the following relief in his case:

1) Petitioner seeks relief in that the court grants petitioner's motion for "Leave of court";
2) Petitioner seeks relief in that the above mentioned case be supplemented to petitioner's now pending argument in his §2255 motion;
3) Petitioner seeks relief in that conviction for " Distribution " be vacated and stricten from the record;

petitioner contends that all the above facts have been submitted in good- faith to the court without malice or ill-intent.

In conclusion, peitioner prays that this honorable court grant petitioner relief as outlined above or any and all relief beneficial to his case. Thankyou...

DECLARATION

I, Theolian Sy Lloyd, do hereby declare that all the statements and facts outlined in this motion are true and correct, this 28 day of August, 2008.

8-28-08
(date)

Theolian Lloyd
Theolian Sy Lloyd, #30410-013

Petitioner contends that this brief has been respectfully submitted this honorable court without malice or ill-intent.

Respectfully Submitted,

8-28-08
(date)

Theolian Lloyd
Theolian Sy Lloyd, #30410-013

(2)

CERTIFICATE OF SERVICE

I, Theolian Sy Lloyd, do hereby certify that this motion has been mailed by first-class mail thru the institutional mailing system, to the following addressess:

Office of the Clerk
United States District Court
901 - 19th Street, Room A105
Denver, Co. 80294-3589

Kathleen Tafoya, AUSA
1225 17th Street, Suite 700
Denver, Co. 80202

John Henry Schlie, Law Office
2406 W. Davies Avenue
Littleton, Colorado 80120

this ___ day of August, 2008.

8-28-08
(date)

Theolian Sy Lloyd, #30410-013
FCI Bennettsville, P.O. Box 52020
Bennettsville, S.C. 29512

(3)



Theolian Lloyd
#30410-013
FCI Bennettsville
Po Box 52020
Bennettsville S.C. 29510

Legal Mail

Office of The clerk
United States District Court
901, 19th Street A/05
Denver, Colorado 80294-3589