UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-214-D
Civil Action No. 06-cv-02557-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. THEOLIAN LLOYD,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before me on the motion, submitted to and filed with the court on August 27, 2008, by the movant, Theolian Lloyd, asking to supplement his 28 U.S.C. § 2255 motion to vacate filed in this action on December 22, 2206 (docket number 3406) with a new argument.  After preliminary consideration of Mr. Lloyd's August 27 motion, I order the United States Attorney **within thirty (30) days from the date of this minute order**, to respond to the motion, including to brief me as to whether Mr. Lloyd's new argument relates back to the § 2255 motion to vacate currently pending before the Court.  Mr. Lloyd will be allowed **ten (10) day from the date of the United States Attorney's response** to the August 27 motion to file a reply, if he so chooses.

    Dated:  August 28, 2008