UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.  DACHAUN DAVIS,

Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY  JUDGE WILEY Y. DANIEL

A Supervised Release Modification hearing is **SET** on **Tuesday, October 2, 2008 at 11:00 a.m.**

Dated:  September 2, 2008