**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | August 28, 2008 | Prob./Pret.: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No.  **01-cr-00214-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Guy Till

       Plaintiff,

v.

**7. ZEBEDEE HALL**,                            Anthony Viorst

       Defendant.

**COURTROOM MINUTES**

**HEARING ON DEFENDANT'S MOTION FOR CONSIDERATION AND MODIFICATION OF SENTENCE IN THE NATURE OF TITLE 18 U.S.C.S. SECTION 3582(c)(2)**

**9:41 a.m.**     Court in Session - Defendant not present

            APPEARANCES OF COUNSEL.

            Court's opening remarks regarding Defendant not being present and the fact that his presence is not required.

            Defendant's oral motion for a continuance so Zebedee Hall can be present at the hearing.

9:42 a.m.     Argument by Defendant (Mr. Viorst).

9:44 a.m.     Argument by Government (Mr. Till).

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes

**ORDERED:**   Defendant's oral motion for a continuance so Zebedee Hall can be present at the hearing is **GRANTED.**

**ORDERED:**   This matter is hereby **CONTINUED** to **Thursday, October 30, 2008, at 2:30 p.m., in courtroom A-1002.**

**9:50 a.m.**   Court in Recess - HEARING CONTINUED

**TOTAL TIME:   0:09**