AO 83 (D/C Mod. 01/03) Summons in a Criminal Case

# United States District Court

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Dachaun Davis | CASE NUMBER: 01-cr-00214-WYD-02 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. District Court, 901 19th Street, Denver, Colorado 80294 | A1002 |
| Before: Wiley Y. Daniel, U.S. District Judge | Date and Time<br>10/2/08, at 11:00 a.m. |

To answer a(n )

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [X] Violation Petition Supervised Release

Charging you with a violation of

Brief description of offense:

See attached hereto and herein incorporated by reference.

| GREGORY C. LANGHAM, CLERK | Date: September 2, 2008 |
|---|---|
| Signature of Issuing Officer | |
| By: | |
| s/M. Wiles | |
| Name and Title of Issuing Officer | |

AO 83 (D/C Mod. 01/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on: [1]                                    Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    _____           _____
               Date                          Name of United States Probation Officer


                                             _____
                                             (by) United States Probation Officer

Remarks:

1) *As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.*