**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 01-cr-00214-WYD-07**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**7.  ZEBEDEE HALL,**

       **Defendant.**

---

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

      COMES NOW the United States of America, by and through the United States Attorney for the District of Colorado, and shows this Court that the above-named defendant, now being confined in the USP LEAVENWORTH, U.S. PENITENTIARY 1300 METROPOLITAN LEAVENWORTH, KS 66048, under the authority of the United States Government, is to appear forthwith in District Court on October 30, 2008, at 2:30 p.m. in the above captioned case, and it is necessary that he be present in person on said date, during said proceedings, appearances, and final disposition of his case;

      NOW, THEREFORE, your petitioner respectfully moves that this Court order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve said writ on the Warden, or Superintendent, or Custodian of any place or institution where the said defendant is confined, and requiring said United States Marshal to produce said defendant before the United States District Court on October 30, 2008, for proceedings and appearances upon the matter

aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

            Respectfully submitted,

            TROY A. EID
            United States Attorney


            By: s/Guy Till
            GUY TILL
            Assistant United States Attorney
            1225 Seventeenth Street, Suite 700
            Denver, CO 80202
            Telephone: 303-454-0207
            Fax: 303-454-0409
            Guy.Till@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this __3rd__ day of September, 2008, I electronically filed the foregoing **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anthony Viorst, Esq.
pat@hssspc.com, peggy@hssspc.com, tony@hssspc.com


and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

None


               s/ Debbie Azua-Dillehay
               DEBBIE AZUA-DILLEHAY
               Legal Assistant
               Assistant United States Attorney
               United States Attorney's Office
               1225 Seventeenth Street, Suite 700
               Denver, Colorado 80202
               Telephone: (303) 454-0100
               FAX: (303) 454-0409
               E-mail: Debbie.Azua-Dillehay@usdoj.gov