# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 01-cr-00214-WYD-07**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**7.  ZEBEDEE HALL,**

      **Defendant.**

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

      TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD,

G R E E T I N G S:

      This Writ is issued upon Order of the United States District Court for the District of Colorado.  We hereby command you that you bring the body of Zebedee Hall, Register # 30428-013 now confined in the USP LEAVENWORTH, U.S. PENITENTIARY 1300 METROPOLITAN LEAVENWORTH, KS 66048, before the Honorable United States District Court Judge Wiley Y. Daniel sitting on October 30, 2008, at 2:30 p.m. in Denver, Colorado, forthwith and from day to day thereafter, for appearance in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of all proceedings in the above-entitled cause in the United States District Court

for the District of Colorado, you shall return the defendant to the institution where he was confined, under safe and secure conduct, and have you then and there this writ pertaining to the above named defendant.

      DATED at Denver, Colorado, this ___ day of _____, 2008.

                                BY THE COURT:

                                CLERK, UNITED STATES DISTRICT COURT