UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the hearing set for Thursday, October 30, 2008 at 2:30 p.m. is **VACATED and RESET to Thursday, October 30, 2008 at 11:00 a.m.**

    Dated:  September 4, 2008