UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL, et al.,

    Defendants.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED, that the Clerk of the Court shall issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant, Zebedee Hall, before the Honorable United States District Court Judge Wiley Y. Daniel sitting on October 30, 2008, at 11:00 a.m. in Denver, Colorado, forthwith, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

    Dated:  September 4, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge