# United States District Court

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Dachaun Davis | CASE NUMBER: 01-cr-00214-WYD-02 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. District Court, 901 19th Street, Denver, Colorado 80294 | A1002 |
| Before: Wiley Y. Daniel, U.S. District Judge | Date and Time<br>10/2/08, at 11:00 a.m. |

To answer a(n )

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [X] Violation Petition Supervised Release

Charging you with a violation of

Brief description of offense:

See attached hereto and herein incorporated by reference.

GREGORY C. LANGHAM, CLERK           Date:   September 2, 2008

Signature of Issuing Officer

By:

s/M. Wiles

Name and Title of Issuing Officer

AO 83 (D/C Mod. 01/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on: [1]    Date  9/8/08 |
| Check one box below to indicate appropriate method of service |
| ☒ Served personally upon the defendant at: ███████████ Denver, CO |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____ |
| ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9/8/08
Date

Tom Meyer
Name of United States Probation Officer

_____(signature)_____
(by) United States Probation Officer

GREGORY C. LANGHAM, CLERK
2008 SEP 10 PM 3:40
U.S. DISTRICT
_____ DEP. CLK

Remarks:

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.