IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | October 2, 2008 | Prob./Pret.: | Tom Meyer |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No. **01-cr-00214-WYD**           Counsel:

UNITED STATES OF AMERICA,                        Guy Till

       Plaintiff,

v.

**2. DACHAUN DAVIS**,                            Michael J. Norton

       Defendant.

## COURTROOM MINUTES

**SUPERVISED RELEASE MODIFICATION HEARING**

**11:13 a.m.**   Court in Session - Defendant present (in-custody) (on-bond)

       APPEARANCES OF COUNSEL.

       Court's opening remarks and review of the history of the case.

11:17 a.m.   Statement on behalf of Defendant (Mr. Norton).

11:28 a.m.   Defendant's witness **Dachaun Davis** sworn.

       Direct examination by Defendant (Mr. Norton).

11:42 a.m.   Court's examination of witness.

Judge Wiley Y. Daniel
01-cr-00214-WYD - Courtroom Minutes

| | |
|---|---|
| 11:50 a.m. | Direct examination by Defendant (Mr. Norton). |
| 11:51 a.m. | Statement on behalf of Government (Mr. Till). |
| 11:56 a.m. | Defendant rests |
| **ORDERED:** | This hearing is **CONTINUED** to **Thursday, April 2, 2009, at 10:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Any further violations will result in the Court setting a supervised release violation hearing. |
| **ORDERED:** | Defendant shall remain on Supervised Release with all the prior conditions. |
| **12:03 p.m.** | Court in Recess - HEARING CONTINUED |

**TOTAL TIME:   0:50**