**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00214-WYD-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DACHAUN DAVIS,

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE MODIFICATION HEARING AND
SCHEDULING STATUS CONFERENCE**

---

      This matter comes to the attention of the Court upon request of the probation officer of this Court for a modification hearing held on October 2, 2008.  It is

      ORDERED that the supervised release modification hearing is continued for six months and that a status conference is scheduled for April 2, 2009, at 10:00 a.m., to review the defendant's compliance with his terms and conditions of supervision.

      DATED at Denver, Colorado, this 10th day of October, 2008.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              United States District Judge