UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  ZEBEDEE HALL, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   The hearing set for Thursday, October 30, 2008 at 11:00 a.m. is **VACATED and RESET to Friday, October 31, 2008 at 2:30 p.m.**, to ensure that the U.S. Marshal can transport the Defendant for the hearing.

   Dated:  October 30, 2008.