**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 31, 2008 | Prob./Pret.: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No.  **01-cr-00214-WYD**         Counsel:

UNITED STATES OF AMERICA,              Guy Till

      Plaintiff,

v.

**7. ZEBEDEE HALL**,                  Anthony Viorst

      Defendant.

**COURTROOM MINUTES**

**HEARING ON DEFENDANT'S MOTION FOR CONSIDERATION AND MODIFICATION OF SENTENCE IN THE NATURE OF TITLE 18 U.S.C.S. SECTION 3582(c)(2) - continued from August 28, 2008**

**3:16 p.m.**   Court in Session - Defendant present (in-custody)

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

      Defendant's Motion for Consideration and Modification of Sentence in the Nature of Title 18 U.S.C.S. Section 3582(c)(2) (#3552 - 3/7/08) is raised for argument.

3:21 p.m.   Argument by Defendant (Mr. Viorst).

3:25 p.m.   Argument by Government (Mr. Till).

| | |
|---|---|
| 3:28 p.m. | Statement by Defendant on his own behalf (Mr. Hall). |
| 3:33 p.m. | Statement on behalf of Probation (Mr. Thoene). |
| | Court makes findings. |
| **ORDERED:** | Defendant's Motion for Consideration and Modification of Sentence in the Nature of Title 18 U.S.C.S. Section 3582(c)(2) (#3552 - 3/7/08) is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **121** months. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **3:38 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:22**