IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal No. 01-CR-00214-WYD
Civil Action No. 06-CV-02557-WYD

Theolian Sy Lloyd,

    Movant/Defendant,

versus

United States of America,

    Respondent/Plantiff

OPPOSITION TO GOVERNMENT'S RESPONSE TO MOVANT'S MOTION FOR LEAVE TO SUPPLEMENT 18 U.S.C. §2255 MOTION.

## OPPOSITION TO GOVERNMENT

### JURISDICTION

Now comes pro se movant, Theolian Sy Lloyd, moving this honorable court by way of opposition motion to the government's response to movant's " Supplemental " motion. Movant contends that this court has jurisdiction to act upon movant's motion pursuant to 28 U.S.C. §1331.

### STATEMENT OF FACTS

Movant contends that this institutions Law-library is inadequate in comparison to Law-libraries in similarly situated ELL(Electronic Law Libraries) within the B.O.P. A fact that movant contends should be noted by the court and investigated.

1) Movant contends that no parties involved alerted movant that a co-defendant, Zebedee Hall, conviction for distribution was overturned;
2) Movant contends that jail-house lawyer accidently stumbled on the Zebedee Hall case;
3) Movant immediately requested " leave of court " to file supplemental brief.

Movant contends that all the above facts are true and correct.

(1)

## DISCUSSION

Movant contends that the government is misplace in their argument against movant's request for leave of court, as well as, movant's original argument differing from codefendant's. Movant contends that original motion (§2255) included argument against the use of unproven facts for conviction as well for sentence. Movant, in addition, contends that the United States Constitution guarantees movant the right to be heard. Movant contends that " leave of court " is appropiate in this case to present the decision in codefendant's case for various reasons, e.g., disparity in sentencing pursuant to 18 U.S.C. §3553(a), newly discovered facts material to movant's case, and inter alia the right to due process of the law.

## CONCLUSION

In conclusion, Movant contends that the argument presented by the government should fail and movant now preserves the right to further brief arguments against the government's response to movant's " supplemental brief ". Movant specifically notes to the court that movant object's to the government's response in it's entirety. Movant request that movant's " motion for leave of court to supplement §2255" be granted in it's entirety.

## DECLARATION

I, Theolian Sy Lloyd, do hereby declare that all the facts and statements in the above motion are true and correct, this  6  day of November, 2008.

11-06-08
(date)

Theolian Sy Lloyd, #30410-013

Movant has submitted this motion in good-faith, without malice or ill-intent. Movant ask that this court not hold petitioner to the same stringent requirements of an attorney, pursuant to Haines v. Kerner, ___ U.S. ___.

(2)

Movant ask that this court construe movant's motion liberally.

Respectfully Submitted,

11-06-08
(date)

Theolian Sy Lloyd, #30410-013

## CERTIFICATE OF SERVICE

I, Theolian Sy Lloyd, do hereby certify that a copy of this motion has mailed by first-class prepaid postage to the AUSA, CLERK OF COURT, and TRIAL COUNSEL, this 6 day of November, 2008.

11-06-08
(date)

Theolian Sy Lloyd, #30410-013

re: Opposition to government
cc: AUSA, CLERK OF COURT,

(3)

Teolian Sy Lloyd, #30410-013  
F.C.I. Bennettsville, P.O. Box 52020  
Bennettsville, S.C. 29512

Date: November 6, 2008

                Criminal No. 01-CR-00214-WYD  
                Civil Action No. 06-CV-02557-WYD

James C. Murphy, AUSA  
1225 Seventeenth Street, Suite 700  
Denver, Colorado 80202

Re: U.S.A. v. Theolian Sy Lloyd

Dear AUSA,

Please find enclosed a copy of my opposition motion to your response. Thankyou...

                                      Respectfully Yours,

11-06-08  
(date)  
                                      Theolian Sy Lloyd, #34010-013

re: Opposition Motion  
cc: AUSA

                              (cover letter)

Theothian Sy Lloyd
30410-013
FCI Bennettsville
PO Box 52020
Bennettsville, SC 29512-5020

FLORENCE SC 295

NOV 17 2008
GREGORY C. LANGHAM
CLERK

Clerk of the Court
Alfred A. Arraj U.S. Courthouse
E, 901 19th ST
Denver, Colorado
80294