CJA 22 (9/76)

**'08 - CV - 02529**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2008 NOV 20 PM 3:56
GREGORY C. LANGHAM
CLERK
BY _____ DEP. CLK

## APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT

UNITED STATES DISTRICT COURT
for the
Colorado, Denver Division    01-CR-00214-WYD-19

Register No. 30425-013
U.S. Court Docket No. _____

Pursuant to 18 USCS § 3006A(g)
Movant Request For Appointment of Counsel in His § 2255 proceeding, under Rules 6, 7, And 8.

1. _____ I do not wish to apply to the District Court for appointment of counsel.

2. **Sammie Lee Woods, PRO-se** I do hereby apply to the District Court for appointment of counsel and in connection with this application I state as follows concerning my financial condition:

   I am .................................................. Employed **N/A** Unemployed **N/A**
   If employed, state weekly income ............................... $ **N/A**
   If self-employed, state average weekly income ............. $ **N/A**
   Cash on hand and in bank ........................................ $ **N/A**
   Number of dependants ............................................. **N/A**
   Property owned: _____ **N/A**

   I certify the above to be correct.

   _Sammie Lee Woods_
   (Signature of Applicant)

Witness: — Federal BOP inmate
Signature: _____ Unit Manager — FBOP
Title
DATE: 11/4/2008

A false or dishonest answer to a question in this application may be punishable by fine or imprisonment or both, (18 U.S.C. § 1001).