IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Crim. No. 01-CR-00214-WYD
Civil Action No. 08-CV-02529-WYD

UNITED STATES OF AMERICA,

    Respondent,

v.

19.  SAMMY WOODS,

    Petitioner,

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

COMES NOW James C. Murphy, Assistant United States Attorney, and enters his appearance as counsel for the Respondent in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

DATED this 19th day of December, 2008.

Respectfully Submitted,

TROY A. EID
United States Attorney

s/ *James C. Murphy*
By: James C. Murphy
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0404
E-mail: james.murphy3@usdoj.gov

Counsel for Plaintiff/Respondent
United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 19, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system.

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

**Sammy Lee Woods** [served by U.S. Mail]
#30425-013
Memphis Federal Correctional Institution
Inmate Mail/Parcels
P.O, BOX 34550
MEMPHIS, TN 38134

> *s/ Ma-Linda La-Follette*
> Ma-Linda La-Follette
> United States Attorney's Office