UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

2. DACHAUN DAVIS,

Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict in this Court, the Status Conference scheduled for Thursday, April 2, 2009 at 10:00 a.m. is **VACATED and RESET for Tuesday, March 31, 2009 at 10:00 a.m.**

    Dated:  December 22, 2008