Please Read!

Honorable Judge Wiley Y Daniel                                    Dec. 9, 2008

01-cv-00214-WYD

    I know you are busy and I really don't mean to bug you but my life is in danger because of Agent Wilcox and DA Tafoya reckless conduct and dis-reguard of the truth. They went in front of a Federal Judge and told a flat out lie, and that lie may cost me my life.

    I was on the rec yard here at Victorville USP when 20 to 30 Crips came over to me with some paperwork from my case. They had me read it and then told me I had to check into the hole or they was going to kill me.

    This was the first time I ever saw this information, because I have written you a few times before. My Attorney Mr. Banta never gave me any of my paperwork, no Discovery or anything. Well the paperwork these guys had was from the Wire Tap Applications. The Government put my juvenile case in there in which that case has been sealed since 88'-89. The problem I have with that is the Government lied by putting false information in front of a Federal Judge by saying that in my juvenile case I co-operated and as a result there was some Crips from Los Angeles, CA in jail because of me. That is not true and because of this recklessness of Agent Wilcox and DA Tafoya my life is in danger. I have been living in the hole for almost a year because of the Government dis-Reguard of the Truth.

    Your Honor, this is all newly Discovered evidence to me because my Attorney Mr. Banta never gave me any paperwork for me to read and he never said anything to me about this. I am really nerves. I hope and pray that you would grant me an evidentiary hearing and please take this into consideration as well while you're considering my 2255.

Page one

You are really the only person that I believe can do something about this matter. The warden says he would like to send me to Medium or Low penitentiary because my points is really to low to be in a penitentiary and plus I haven't gotten any write ups or none of that dum stuff, He says I am a Modle inmate.

I told you a few times before your Honor I would have took a deal on this case but the Government would not let me. I was out there at Washington County Jail with out knowing anything about the Law for almost 2yrs and my attorney did not come and talk to me not even once He told me the Government wouldn't give me a deal with out telling her what she wanted to hear. You can look for yourself. I didn't know those guys. I told my attorney that if I had lied and got caught in your court room on your wit-ness stand you would have threw the book at me. I would not have went to trial if I had a choice. Look at my other case and I wasn't even looking at a life sentence, so you know I would have took a deal on this case, but I wasn't going to lie on those guy's like a few people did me, because I really didnt know those guys untill June 15, 2001 and even then I stayed to myself.

I had a few letter Keyonna Davis wrote my Mother and myself and she says the Government made her lie on me because they was going to take her son. We sent the letters to Mr. Banta but he didnt do anything with them but I know if you got Ms. Davis in front of you and told her she can tell you the truth And she wouldn't get in any trouble She would. Even in my Trial, The DA Ask her has she seen me with any drugs she says No but the DA keep Asking her my attorney jumps up and says Asked and Answered You Agree told the DA to move on but she keeps Asking

Page Two

Ms. Davis in a diffrent way until she says what Ms. Tafoya want to hear.

    Your Honor, Please Consider these Facts As well, because My life is in danger because of the Government Not being Truthful! Would you Please let me know that you got this letter.

                             Thank You For Your Time

                                    Sincerely,

                                  Alvin Green #30411-013

P.s. They Are moving me soon because they understand the danger I am now in.

CC:

United States District Court
Honorable Judge Wiley Y. Daniel
901-19th Street, Room A 105
Denver, CO. 80294-3589

NAME Alvin Green
REG# 30411-013
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO CA 92301

(Legal-Mail)

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 19 2008
GREGORY C. LANGHAM
CLERK

SAN BERNARDINO CA 924
15 DEC 2008 PM 5 L

United States District Court
Honorable Judge Wiley Y. Daniel
901-19th Street, Room A105
Denver, CO. 80294-3589