Honorable Judge Daniel,                                      Dec. 14, 2008.
01-cr-00214-WYD

    Please believe me I am not trying to bug you. I am just letting you know that they are moving me this week. To where I don't know just yet, but I will write you to let you know.

    Your Honor, I have a life sentence and every where I go there are going to be Crips on the yard. So if you don't grant me a hearing on this matter could you please get me a letter from the Government stateing the fact that they we're wrong when they said it was some Crips from L.A. in jail because of me in my Sealed Juvenile case from Memphis Tenn. I believe since that case was sealed they should not have made that information known to all these people, and to top it off its not the truth. My wish is really to have the wire tap evidence against me dismissed because all this is newly discovered evidence to me and for all the reasons I have stated.

                                      Thank You Your Honor

                                      Sincerely,

                                      Alvin Green #30411-013

NAME Alvin Green
REG # 30411-013
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

( Legal Mail )

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2008

GREGORY C. LANGHAM
CLERK

Honorable Judge Wiley Y. Daniel
United States District Court
901-19th Street, Room A105
Denver, Co. 80294-3589