IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 07-cv-00367-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

4.  ALVIN GREEN,

   Movant.

ORDER DENYING REQUEST FOR HEARING

On December 22, 2008, movant, Alvin Green, filed with the court *pro se* two letters requesting a hearing in the instant 28 U.S.C. § 2255 action challenging the validity of his conviction and sentence in this criminal action. I must construe the letters liberally because Mr. Green is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellman*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, I should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, I will deny the requests.

In the letters, Mr. Green expresses his belief that his life is in danger for reasons unrelated to the claims asserted in his 28 U.S.C. § 2255 motion. Therefore, if he wishes to pursue his claims, Mr. Green may initiate a separate action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993). The court-approved forms for filing a *Bivens* action are available from the clerk of this court.

Mr. Green is reminded that, pursuant to D.C.COLO.LCivR 77.2, no party shall send letters, pleadings, or other papers directly to a judicial officer. All matters to be called to a judicial officer's attention are to be submitted through the clerk, with copies served on all other parties or their attorneys. Accordingly, it is

ORDERED that the requests for a hearing filed *pro se* on December 22, 2008, [#'s 3657 and 3658] by movant, Alvin Green, are DENIED. It is

FURTHER ORDERED that if Mr. Green wishes to pursue his claims, he may initiate a separate action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The court-approved forms for filing a *Bivens* action are available from the clerk of this court.

Dated: December 24, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge