IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Crim. No. 01-cr-000214-WYD
Civil Action No. 06-cv-02557-WYD

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.

THEOLIAN LLOYD,

      Defendant/Movant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Respondents are directed **within ten (10) days from the date of this minute order** to supplement the "United States' Answer to Defendant's Motion Under 28 U.S.C. § 2255" filed with the court on February 16, 2007, by providing the court with a copy of the "Lloyd Opening Brief" referred to on page 17 of the answer.

      Dated: January 9, 2009