IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Crim. No. 01-CR-00214-WYD
Civil Action No. 06-CV-02557-WYD

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

5. THEOLIAN LLOYD,

    Defendant/Movant.

## UNITED STATES' SUPPLEMENT TO UNITED STATES' ANSWER TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255

Pursuant to this court's order (doc. 3660), the government hereby supplements the "United States' Answer to Defendant's Motion Under 28 U.S.C. § 2255" filed with the court on February 16, 2007. Attached hereto is "Appellant Theolian Lloyd's Opening Brief", which was filed with the Tenth Circuit Court of Appeals on December 30, 2004 in case number 04-1148.

DATED this 14th day of January, 2009.

Respectfully Submitted,
DAVID M. GAOUETTE
Acting United States Attorney


s/ *James C. Murphy*
By: James C. Murphy
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0404
E-mail: james.murphy3@usdoj.gov

Counsel for Plaintiff/Respondent
United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 14, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to the following:

**John Henry Schlie, Esq.**
johnhenry@schlielawfirm.com

I hereby certify that on January 14, 2009, I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

[U.S. Mail]
**Mr. Theolian Lloyd**
Inmate #30410-013
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

    TROY A. EID
    United States Attorney

    s/ *James C. Murphy*
    By: James C. Murphy
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado  80202
    Telephone:(303) 454-0100
    Fax: (303) 454-0404
    E-mail: james.murphy3@usdoj.gov

    Counsel for Plaintiff/Respondent
    United States of America