IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    DACHAUN DAVIS,

    Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAUCHAN DAVIS**
_____

    COMES NOW Michael J. Norton of the law firm of Burns, Figa & Will, P.C. (herein "Attorney Norton"), and respectfully moves the Court to enter its order permitting Attorney Norton to withdraw as counsel for Defendant Dachaun Davis (herein the "Defendant Davis") in this matter. In support hereof, Attorney Norton states:

    1.    Attorney Norton was originally appointed to represent Defendant Davis pursuant to the Criminal Justice Act.

    2.    Attorney Norton has concluded his public service to the federal courts as a Criminal Justice Act panel attorney and desires to withdraw as counsel for Defendant Davis as Defendant Davis is the only remaining CJA client whom Attorney Norton represents.

    3.    The CJA billing process has become so complicated and difficult that staff associated with Attorney Norton's firm cannot efficiently handle the CJA billing process for a single case. For this and other reasons, Attorney Norton desires to withdraw as counsel for Defendant Davis.

    4.    Attorney Norton has been informed via electronic filing that a Petition for Issuance of Summons Due to Violation of Supervised Release has been issued to Defendant

Davis in regard to alleged violations of conditions of release. Attorney Norton has communicated this Petition, via telephone and U. S. Mail, to Defendant Davis. By providing Defendant Davis with a copy of this motion, Attorney Norton herewith communicates his desire to withdraw as counsel for Defendant Davis in this matter.

5. Attorney Norton has telephonically consulted and conferred with Probation Officer Tom Meyer about Attorney Norton's desire to withdraw as counsel for Defendant Davis in this matter. Mr. Meyer has expressed no objection to this withdrawal.

6. Attorney Norton has telephonically consulted and conferred with Assistant U. S. Attorney Guy Till about Attorney Norton's desire to withdraw as counsel for Defendant Davis in this matter. Mr. Till has expressed no objection to this withdrawal.

7. Attorney Norton respectfully requests leave of Court to withdraw as counsel for Defendant Davis in this matter and for an order of this Court appointing another Criminal Justice Act panel attorney to represent Mr. Davis in this and any further matters.

WHEREFORE, Michael J. Norton of the law firm of Burns Figa & Will, P.C., respectfully prays for the relief requested herein and for such further relief as the Court may deem just and proper.

Dated this 15th day of January, 2009.

BURNS, FIGA & WILL, P.C.


  s/ Michael J. Norton
Michael J. Norton
6400 S. Fiddlers Green Circle
Suite 1000
Greenwood Village, CO 80111
303-796-2626

ATTORNEY FOR DEFENDANT
DACHAUN DAVIS

CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of January, 2009, I mailed via U.S. Mail, first class, postage prepaid, a true and correct copy of the foregoing addressed to:

Guy Till, Esq.
United States Attorneys Office
Seventeenth Street Plaza
1225 17th Street, Suite 700
Denver, CO 80202

Dachaun Davis
1001 E. Evans, Apartment 51A
Denver, CO 80247

Tom Meyer
U. S. Probation Office
1961 Stout Street, Suite 525
Denver, CO 80284-0101

       s/ Beth Christie
      Beth Christie