UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.  DACHAUN DAVIS,

Defendant.

_____

### ORDER
_____

THIS MATTER is before the Court on the Motion to Withdraw as Counsel for Defendant Dauchan [sic] Davis [doc. #3667, filed January 15, 2009].  The Court having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED that the Motion to Withdraw as Counsel for Defendant Dauchan [sic] Davis [doc. #3667, filed January 15, 2009] is **GRANTED**.  Michael J. Norton is allowed to withdraw as counsel for Defendant Dachaun Davis.  The clerk's office is ordered to place Defendant Dachaun Davis on the Criminal Justice Act list for appointed counsel.

Dated:  January 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge