UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.  DACHAUN DAVIS,

Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

A supervised release violation hearing in this matter is set for **Thursday, February 12, 2009 at 10:00 a.m. in Courtroom A1002.**

Dated:  January 23, 2009