AO 83 (D/C Mod. 01/03) Summons in a Criminal Case

# United States District Court

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| DACHAUN DAVIS | CASE NUMBER: 01-cr-00214-WYD-02 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Alfred A. Arraj U.S. District Courthouse, 901 19th Street, Denver, Colorado | A-1002 |
| Before: Wiley Y. Daniel, Chief U.S. District Judge | Date and Time<br>February 12, 2009, at 10:00 a.m. |

To answer a(n )

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [X]  Violation Petition Supervised Release

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:

GREGORY C. LANGHAM, CLERK                                    Date:   1/27/2009

Signature of Issuing Officer

By:   s/T.Lee

Deputy Clerk

Name and Title of Issuing Officer

AO 83 (D/C Mod. 01/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on: [1]                                    Date

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant at: _____

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐  Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   _____        _____
              Date                       Name of United States Probation Officer

                                         _____
                                         (by) United States Probation Officer

Remarks:

1) *As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.*