IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

19.   SAMMY LEE WOODS,
      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant's "Motion Requesting the Court to Expand the Record § 2255-Rule-7 to Submit Petitioner's Argument and Judicial Fact" [doc. #3672, filed January 26, 2009] is **DENIED** as moot, because the Court denied Defendant's 28 U.S.C. § 2255 motion in an order filed on December 22, 2008 [doc. #3656].

     Dated:  January 27, 2009.