AO 83 (D/C Mod. 01/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on: [1]      Date   1/29/2009 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _1729 Stout St._
_Denver, CO_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   _1/29/2009_   _Tom Meyer_
               Date                     Name of United States Probation Officer

_Tom_
(by) United States Probation Officer

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.