PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. DACHAUN DAVIS　　　　　　　　　　　　　　Docket Number: 01-cr-00214-WYD-02

**Supplemental Petition Due to Violation of Supervised Release**

　　　　COMES NOW, Thomas Meyer, probation officer of the court, presenting an official report upon the conduct and attitude of Dachaun Davis who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 16th day of December, 2003, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.　　　　The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until he is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

On October 10, 2008, the court issued an order setting a status conference for April 2, 2009, at 10:00 a.m. (this was subsequently reset by the court to March 31, 2009, at 10:00 a.m.)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the original petition, dated January 8, 2009, which ordered the issuance of a summons for the defendant to appear at a supervised release violation hearing, be supplemented to include an additional alleged violation.

　　　　　　ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 9th day of February, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Thomas Meyer |
| | Thomas Meyer |
| | U.S. Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel | Place: Denver, Colorado |
| U.S. Chief District Judge | Date:  February 4, 2009 |

# ATTACHMENT

The defendant has committed the following additional violation of supervised release.

**7.      ASSOCIATION WITH A PERSON CONVICTED OF A FELONY:**

On or about December 15, 2008, the defendant associated with Brian B. Harris, a person who had been convicted of a felony, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On or about December 15, 2008, the defendant was riding as a passenger in a vehicle driven by Brian B. Harris, a convicted felon.  Harris is also a codefendant in the instant offense and is currently on federal supervised release.

On January 29, 2009, I met with the defendant and he acknowledged that he had associated with Mr. Harris on December 15, 2008, when he was a passenger in a vehicle driven by Mr. Harris that had been stopped by the Denver Police Department for a faulty license plate light.  The defendant stated that he knew that his conditions of supervised release prohibited him from associating with convicted felons and that this included Mr. Harris.