IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | February 12, 2009 | Prob./Pret.: | Tom Meyer |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **01-cr-00214-WYD**       Counsel:

UNITED STATES OF AMERICA,             Guy Till

      Plaintiff,

v.

**2. DACHAUN DAVIS**,             Vincent J. Horn, Jr.

      Defendant.

## COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING**

**10:29 a.m.**   Court in Session - Defendant present (on supervised release)

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:31 a.m.   Statement on behalf of Defendant admitting to violations 1 through 3 (Mr. Horn).

10:38 a.m.   Statement on behalf of Government (Mr. Till).

10:42 a.m.   Statement by Defendant on his own behalf (Mr. Davis).

10:53 a.m.   Statement on behalf of Defendant (Mr. Horn).

        Court makes findings and finds that defendant has violated conditions of supervised release.

**ORDERED:** Per agreement of the parties, the alleged violation four is **DISMISSED.**

**ORDERED:** Supervised release is **REVOKED.**

**ORDERED:** Defendant be **imprisoned** for **11** months.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for \* days spent in custody.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant at (.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **24** months.

**ORDERED:** **Conditions** of **Supervised Release** are:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not illegally possess controlled substances.

- (X) Defendant shall not possess a firearm or destructive device.

- (X) Defendant shall comply with standard conditions as adopted by the Court.

- (X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

- (X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**10:58 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:29**