✎AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

UNITED STATES OF AMERICA

V.

BRIAN HARRIS

**WARRANT FOR ARREST**

Case Number: 01-cr-00214-WYD-27

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST        BRIAN HARRIS
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
1) Violation of the Law; 2) Failure to Report to the Probation Officer as Directed; 3) Failure to Work Regularly; 4) Possession and Use of a Controlled Substance; 5) Association with a Person Convicted of a Felony; 6) Failure to Report Questioning by a Law Enforcement Officer; and 7) Failure to Participate in Drug Testing as Directed by the Probation Officer.

☒ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/M. Wiles |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | February 18, 2009, Denver, CO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |