**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date:   February 18, 2009          Case Number:   01-cr-00214-WYD-27

CERTIFICATE OF MAILING

      The undersigned hereby certifies that on the above date a copy of the Docs. #3681, #3682 were duly mailed to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

      GREGORY C. LANGHAM, CLERK

      By:   s/M. Wiles
           M. Wiles, Deputy Clerk