UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.  DACHAUN DAVIS,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

In light of the supervised release violation hearing held on February 12, 2009, the status conference scheduled for Tuesday, March 31, 2009 at 10:00 a.m. is **VACATED**.

Dated:  February 18, 2009