IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD-23

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS JOHNSON,

        Defendant.

## ORDER APPOINTING CJA PANEL ATTORNEY

This matter comes before the Court upon report of the Probation Officer concerning modification of the Defendant's conditions of supervised release and the Court having determined that Defendant is unable to afford to retain counsel, it is

ORDERED that a CJA Panel Attorney is hereby appointed to represent Defendant for the limited purpose of a proposed modification of conditions of supervised release.

DATED at Denver, Colorado, this 18th day of February, 2009.

BY THE COURT:

*Michael E. Hegarty*
Michael Hegarty, Magistrate Judge
United States District Court