AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

RECEIVED
2009 FEB 19 A 10: 55
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

UNITED STATES OF AMERICA

V.

BRIAN HARRIS

**WARRANT FOR ARREST**

Case Number: 01-cr-00214-WYD-27

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ BRIAN HARRIS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
1) Violation of the Law; 2) Failure to Report to the Probation Officer as Directed; 3) Failure to Work Regularly; 4) Possession and Use of a Controlled Substance; 5) Association with a Person Convicted of a Felony; 6) Failure to Report Questioning by a Law Enforcement Officer; and 7) Failure to Participate in Drug Testing as Directed by the Probation Officer.

☒ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/M. Wiles |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | February 18, 2009, Denver, CO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 2-19-09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-25-09 | ERIK HELSING  C/DUSM | |