UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 01-cr-00214-WYD | FTR MEH PM |
| February 26, 2009 | |
| UNITED STATES OF AMERICA | Guy Till |
| v. | |
| BRIAN HARRIS | Without Counsel |

**INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION**

Court in Session: 1:40 pm

Court calls case and appearances of counsel.

Kurt Pierpont is present from probation.

The defendant is advised of rights, charges and possible penalties.

The defendant is requesting court appointed counsel.

Financial affidavit reviewed.

The court finds that the defendant qualifies for court appointed counsel.

The court appoints an attorney from the CJA panel to represent the defendant.

Government is seeking detention.

**ORDERED:** Detention and preliminary hearing set for March 3, 2009 at 10:30 am.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 1:42 pm

Total Time: 2 minutes

Hearing concluded.