Sammie Lee Woods
USM#30425-013
P.O.Box 9000
Forrest City,AR.72336

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2009

GREGORY C. LANGHAM
CLERK

Re: 01-cr-00214-WYD-19
    Civil Case No.08-cv-02529

To: Clerk of the Court,

Plaintiff/Movant is Requesting for a correction in His current pending case, and Movant ask the Court to send Him"Stamp-Filed-Copy" of "Civil Cover Sheet" that was properly sent to this Court on or before 11/2008, and filed on 11/20/2008, again the Clerks Office is requested to proceed under the Rules which governs the case before this Court Now.

Also, Movant is requesting that he receive a copy of the True Bill, and a Talley Form in case 01-cr-00214-WYD-19. Movant is requesting a copy of the grand jury transcripts, and also the grand jury minutes from the second superseding indictment. A copy of this should only be 1 to 4 pages long if that. Please send the requested copies to the address above. And, thank you so much for your attention in this matter.

Respectfully Submitted,
Sammie Woods
Sammie Lee Woods
#30425-013

P.S. Plaintiff, in the above case is not waivering his rights to a jury trial