**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00214-WYD-23

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS JOHNSON,

      Defendant

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

      Paula M. Ray, appointed counsel for Carlos Johnson, defendant herein, pursuant to D.C. Colo. L. Cr. R. 44.1, hereby enters her appearance.  All filings should be addressed to her at the below address.

      DATED this 27th day of February, 2009.

                              s/  Paula M. Ray
                              PAULA M. RAY, P.C.
                              1801 Broadway, Suite 1100
                              Denver, CO  80202-3839
                              Telephone:  303-292-0110
                              Email:  paulamray@earthlink.net

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of February, 2009, I served a copy of the foregoing via CM/ECF on all counsel of record.

                              s/  Paula M. Ray
                              Law Office of Paula M. Ray