IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

19.   SAMMY LEE WOODS,
      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

Defendant's request for certain documents in connection with "[h]is current pending case" has been docketed as a motion [doc. #3691, filed February 27, 2009]. That motion is **DENIED** because there is no pending case.  The Court denied Defendant's most recent 28 U.S.C. § 2255 motion in an order filed on December 22, 2008 [doc. #3656].

Dated:  March 2, 2009