**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00214-WYD

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

27.    **BRIAN HARRIS**

        Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

COMES NOW, Dana M. Casper of Casper & Rodarte, LLC, enters her appearance on behalf of the Defendant Brian Harris.

**DATED** this 2d day of March 2009.

                                                            **DANA M. CASPER**

                                                            s/Dana M. Casper_____
                                                            **CASPER & RODARTE, LLC**
                                                           **Dana M. Casper, #21149**
                                                           Attorney for Defendant
                                                           600 S. Cherry Street, Suite 305
                                                          Denver, Colorado 80246
                                                          (303) 333-2276-phone
                                                          (303) 496-6766-fax

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 2, 2009 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till
Guy.till@usdoj.gov
Assistant United States Attorney

**DANA M. CASPER**

s/Dana M. Casper_____
**CASPER & RODARTE, LLC**
**Dana M. Casper, #21149**
Attorney for Defendant
600 S. Cherry Street, Suite 305
Denver, Colorado 80246
(303) 333-2276-phone
(303) 496-6766-fax