UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 01-cr-00214-WYD | FTR MJW AM |
| March 3, 2009 | |
| UNITED STATES OF AMERICA | Guy Till |
| v. | |
| BRIAN HARRIS | Dana Casper |

**DETENTION AND PRELIMINARY HEARING ON SUPERVISED RELEASE VIOLATION**

Court in session: 11:13 am

Court calls case and appearances of counsel.

Kurt Pierpont is present from probation.

Defendant tenders a waiver of the preliminary hearing to the court.

Court accepts waiver as knowing and voluntary.

Government continues to seek detention.

Defendant is not contesting detention.

Counsel to chambers.

**ORDERED:** Defendant ordered detained.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 11:16 am

Total Time: 3 minutes

Hearing concluded.