UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

27. BRIAN HARRIS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Per request of Probation and with the parties' consent, the supervised release violation hearing scheduled for Thursday, March 26, 2009 at 11:00 a.m. is **VACATED** and **RESET for Wednesday, April 15, 2009 at 11:00 a.m. in Courtroom A1002.**

    Dated:  March 18, 2009