In Re: Sammie Lee Woods v. UNITED STATES OF AMERICA        MARCH 10,2009
Chief Judge Wiley Y.Daniel                                 Sammie Woods,Prisoner,
Please have Marshal's serve Respondent,due to             pro-se
the "Fraud upon the Courts"                                Federal Correctional
                                                           P.O.Box 9000
                                                           Forrest City,AR.72336

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.
MAR 20 2009
GREGORY C. LANGHAM
         CLERK

United States District Court                              "NOTICE"
Clerk's Office
901-19th Street Room A105
Denver,Colorado 80294-3589


Dear Clerk of the Court,c/o Chief Wiley Y.Daniel,UNITED STATES DISTRICT JUDGE.
To Whom this must concern in the above Court Office, after recently reading
the recent October 26,2008 Jefferson Report in the Times Picayune, and other
legal research papers about "Fraud upon the Courts" and "Fraud found in the
appellate Courts", I am placing this Court on Administrative and Judicial
Notice, informing this Court that after filing over several B.O.P. Administra-
tive remedies. There appears to be a practice of "fraud upon the Court".

And has been for the past 8½ years been denied a proper hearing. The
Judicial fraud that has been imposed against Mr.Woods could shock the con-
science of the Juries, who is suppose to be sworn to act and protect the Con-
stitution under Article III. I ask the Court to serve the Respondent a proper
order to show cause under the time allowed under Fed.R.Cv.P. rule 81(a)(2)
and have the U.S.Marshal's serve the Warden and all designated witnesses list-
ed in the original § 2241 Petition and Amended Exhibits,motions,Etc. This will
insure that my demand for Jury trial under Civil Cover Sheet No:530 is place
on the proper Jury List.

Please take notice for 8½ years, the B.O.P. has cover-up the Admini-
strative fraud surrounding Woods original cause of imprisonment. And had
every opportunity after October of 2006, to file a § 3582(c)(2) for reduction
of sentence, but, failed to do so.

                                                    Sincerely,
                                                    Sammie Lee Woods
                                                    Sammie Lee Woods
                                                    USM# 30425-013

In Re;1:08-cv-02529-WYD
Notice that"Fraud upon the
Court" was entered on the
Record.,Docket Numbers 3656,
3672 and 3674 and related case:
1:08-cv-02529-WYD

Mr.Sammie Lee Woods,Prisoner
USM# 30425-013
Federal Correctional Complex
P.O.Box 9000, M-A
Forrest City,Arkansas 72336

Clerk Of The Court
c/o Chief Judge Wiley Y.Daniel
UNITED STATES DISTRICT COURT
   DISTRICT OF COLORADO
901-19th STREET
DENVER,COLORADO 80294

"AFFIDAVIT"
FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.
MAR 20 2009
GREGORY C. LANGHAM
CLERK

## "NOTICE"
### ADMINISTRATIVE AND JUDICIAL

To Whom this may concern in the above Court,it is my duty to inform this Court that "Fraud upon the Court" was entered on the record in the original criminal case No.01-cr-00214-WYD, and fraud has equally been entered in this Civil/Criminal case No: 1:08-cv-02529-WYD. And this Court was asked to admit,deny or answer point-for-point to the numbered questions below:

1) Chief Judge Wiley Y.Daniel,because I am not a license,Register or Regulated person listed in the C.F.R. and I don't know if you or the Magistrate Judge are properly authorized Nominated Article III Judges. In Congressional usuage the phrase"district courts of the United States", without further qualification,traditionally has included the district courts established by Congress in the States under Article III of the Constitution,which are"Constitutional" Courts, and has not included the Territorial Courts created under Article IV,Section 3,Clause 2 which are "Legislative Courts, **Hornbuckle v.Toombs, 85 U.S.648. 21 1.Ed. 966(1873).**

Certified Mail 7007 2560 0002 7952 4040

(1)

2) I object to the Courts Order Denying My Motions under § 2255, and Motion to Expand the record Rule-7 § 2255, and for lack of Jurisdiction, The grounds and merits complained about is base on: (1) **Actual Innocent,** (2) **Fraud upon the Court,** and (3) **Lack of Authorized Jurisdiction;** See **Adams v. United States, 319 U.S. 312 (1943).** If this Court contends that it lacks jurisdiction now, it also lacked **jurisdiction** in 1:01-cr-00214-WYD-19 and failure to correct a known factual error, mistake or oversight constitutes a Crime against the United states in violation of Civil Rights Codes **18 USCS §§ 241,242.**

3) The Court is duly informed that to engage in **Judicial Fraud,** knowingly, willingly, or intentionally violates all Court Officials **"OATH OF OFFICES"**

4) The Supreme Court has also held that if a Judge **WARS** against the Constitution, or acts without Jurisdiction after he has been notified by law, then he is acting without Juisdiction, and that suggest that he is then engaging in criminal acts of **treason,** and the interference with interstate commerce [The district Court is reminded that if the Sentencing Judge had recuse himself from the case he is still engaging in criminal acts when he repeatedly denied my pro-se filings].

5) Courts have repeatedly ruled that Judges have no **immunity** for their criminal acts, including [**the Administrative Judicial and Federal Officers** involved in the **Criminal & Civil Cases**]. Since both treason and the interference with interstate commerce are criminal acts, no Judge has **immunity** to engage in such acts. [the **District Court and et.,al.** known and unknown (Inter Alios) is place on Administrative & Judicial Notice that the impersonating

Certified Mail 7007 2560 0002 7952 4040

(2)

Officers acting under the color of State and Federal law is the ones who presented the "Fraud upon the court", and it was this Court duties to over see there wrong doings and correct them.

### RELIEF SOUGHT

1) Movant ask the Court to appoint Counsel;

2) Movant ask the Court to prove it lacks jurisdiction

3) Movant ask the Court to Order the Government to respond

4) Movant request a in-camera hearing Rules-6,7, 8 §2255

5) And all other relief this Court deems is necessary

Respectfully Submitted,

Sammie Lee Woods

USM#30425-013

Federal Correctional Complex

P.O.Box 9000

Forrest City, Arkansas 72336

c.c. Clerk Of The Court

Pursuant to Rule-3-§2255

**PLEASE SERVE THE GOVERNMENT**
Requester is also asking this Court to send him the Order, dated 12/28/2008 in regard to his 2255 Motion that was denied

Certified Mail 7007 2560 0002 7952 4040

(3)



Sammie Lee Woods
Federal Correctional Complex(Low)
USM#30425013
P.O.Box 9000
Forrest City,AR.72336-9000



7007 2560 0002 7952 4040



  

U.S. POST
PAID
FORREST CITY
72335
MAR 17, 09
AMOUNT
$0.00
00046805



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 20 2009
GREGORY C. LANGHAM
CLERK

"LEGAL MAIL"

UNITED STATES DISTRICT COURTHOUSE
ATTN: Clerk of the Court
901-19th Street  Room A105
Denver,Colorado 80294-3589