01CR 214 - WYD

Sammie Woods, Petitioner  
USM# 30425-013  
P.O.Box 9000  
Forrest City, AR. 72336

Petitioner Notice of Appeal  
and Request for a Certificate  
of Appealability

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  

MAR 2 0 2009  

GREGORY C. LANGHAM  
CLERK

### NOTICE OF APPEAL

Petitioner, Sammie Lee Woods, hereby appeals the district Court Order dismissing Petitioner title 28 USC § 2255 Habeas Corpus Motion that was issued by the Court on December 28, 2008, Post-marked from Zip Code 80202 on February 10, 2009 and received by Petitioner at Forrest City, Arkansas on february 27, 2009.

As per Houston v. Lack, 487 US 266(1988), Petitioner timely files this appeal and deposits it into the Prison mail Box on 3/16/09.