Sammie Lee Woods
Federal Correctional Complex (Low)
USM#30425013
P.O. Box 9000
Forrest City, AR. 72336-9000

"LEGAL MAIL"

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 20 2009
GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURTHOUSE
ATTN: Clerk of the Court
901-19th Street   Room A105
Denver, Colorado 80294-3589

U.S. POSTAGE PAID
FORREST CITY, AR 72335
MAR 17, 09
AMOUNT $0.00
0004605-03