Sammie Lee Woods, Petitioner
USM# 30425-013
P.O. Box 9000
Forrest City, AR. 72336

01CR 214-WYD

Re: Certificate of Appealability

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2009

GREGORY C. LANGHAM
CLERK

Clerk of the Court
901-19th Street Room A105
Denver, Colorado 80294-3589

## REQUEST FOR CERTIFICATE OF APPEALABILITY

Petitioner request that the United States District Court issue a Certificate of Appealability (COA) pursuant to Title 28 USC § 2253 and Rule 22(b) of the federal Rules of Appallate Procedure (FRAP). Petitioners evidence filed into the District Court proves beyond a reasonable doubt that Petitioner has made a **"substantial showing of the denial of a Constitutional right."**

Therefore, Petitioner requests that the District Court issue a COA pursuant to Title 28 USC § 2253.