UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

March 24, 2009

SEE NOTICE OF ELECTRONIC FILING

**RE:    USA v. Woods (19)**

District Court Case No. 01-cr-00214-WYD
Notice of Appeal Filed on March 20, 2009 by the petitioner
Other Pending Appeals: none

      Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. Attached for the appellant only are a letter from the U.S. Court of Appeals and a Docketing Statement. Chief Judge Daniel has not entered an order on the certificate of appealability.

      The Defendant has in forma pauperis status.

      As soon as an order on the certificate of appealability enters, I will immediately advise the court.

      Sincerely,
      GREGORY C. LANGHAM, Clerk


      by s/ B. Reed
         Deputy Clerk

cc:    Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)