IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02529-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMMY LEE WOODS,

    Defendant/Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER is before the Court on Movant Sammy Lee Woods's Request for Certificate of Appealability [doc. #3708, filed March 20, 2008].  Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

ORDERED that Movant Sammy Lee Woods's Request for Certificate of Appealability [doc. #3708, filed March 20, 2008] is **DENIED** and a certificate of appealability will not be issued.

Dated:  April 6, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge