**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                        Douglas E. Cressler
Clerk of Court                     April 7, 2009                             Chief Deputy Clerk

Sammy Lee Woods
#30425-013
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336-0000

**RE:**   **09-1121, United States v. Woods**
         Dist/Ag docket: 1:08-CV-02529-WYD, 1:01-CR-00214-WYD

Dear Appellant:

The court is advised that the district court denied a certificate of appealability. Pursuant to Rule 22(b), Federal Rules of Appellate Procedure, this court will treat the notice of appeal as a request for a certificate. Nevertheless, in order that the court may determine whether a certificate of appealability should be issued, appellant must file an Application for Certificate of Appealability (to be mailed to appellant). Failure to return the completed application to this office within 40 days from the date of this letter is ground for immediate dismissal of the appeal without further notice.

Appellant must file an opening brief within 40 days from the date of this letter. Appellant may use the Pro Se Brief form (to be mailed to appellant) or may file a separate brief. If appellant does not use the form, appellant's brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions.

Requests for extensions of time are not favored and will not be granted in the absence of extraordinary circumstances.

Please contact this office if you have questions.

                                Sincerely,

                                Elisabeth A. Shumaker
                                Clerk of the Court

cc:      James C. Murphy

EAS/sls

2