UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**27.   BRIAN HARRIS**

        Defendant.

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

        COMES NOW, Dana M. Casper of Casper & Rodarte, LLC, hereby notifies the Court and opposing counsel of a change of firm address effective immediately:

Casper & Rodarte, LLC
3773 Cherry Creek Drive North, Suite 575
Denver, CO. 80209

**DATED** this 13th day of April 2009.

        **DANA M. CASPER**


        s/Dana M. Casper_____
        **CASPER & RODARTE, LLC**
        **Dana M. Casper, #21149**
        Attorney for Defendant
        3773 Cherry Creek Dr. North Suite 575
        Denver, Colorado 80209
        (303) 333-2276-phone
        (303) 496-6766-fax

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 13, 2009 I electronically filed the foregoing **Notice of Change of Address** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till
Guy.till@usdoj.gov
Assistant United States Attorney

**DANA M. CASPER**

s/Dana M. Casper_____
**CASPER & RODARTE, LLC**
**Dana M. Casper, #21149**
Attorney for Defendant
3773 Cherry Creek Drive North, Suite 575
(303) 333-2276-phone
(303) 496-6766-fax

2