OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2009

GREGORY C. LANGHAM
CLERK

Willie James Small
#30408-013
VICTORVILLE
U.S. PENITENTIARY
Inmate
P.O. B
ADEL

NIXIE    923    CA 1    05    04/09/09

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151    *3020-15639-05-41

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02529-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMMY LEE WOODS,

    Defendant/Movant.

---

### ORDER DENYING CERTIFICATE OF APPEALABILITY

---

THIS MATTER is before the Court on Movant Sammy Lee Woods's Request for Certificate of Appealability [doc. #3708, filed March 20, 2008]. Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that Movant Sammy Lee Woods's Request for Certificate of Appealability [doc. #3708, filed March 20, 2008] is **DENIED** and a certificate of appealability will not be issued.

Dated: April 6, 2009

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge