UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

27. BRIAN HARRIS,

     Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict of the court, the supervised release violation hearing scheduled for Wednesday, April 15, 2009 at 11:00 a.m. is **RESET** to **Wednesday, April 15, 2009, at 2:30 p.m., in Courtroom A1002.**

     Dated:  April 15, 2009.