Sammie Woods/Requester
Federal Corr.Complex(Low)
USM# 30425-013
Forrest City,Arkansas 72336-9000

March 31 ,2009

```
         FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   APR  6 2009

GREGORY C. LANGHAM
             CLERK
```

UNITED STATES COURTHOUSE
ATTN:CLERK OF THE COURT
901-19th Street RMA-105
Denver,Colorado 80294-3589

## FREEDOM OF INFORMATION ACT
## REQUEST

RE: USDC,Case Number 01-cr-0012-WYD-19
RE: Situs or location of alleged,US Offense

This request is being sent to you as you have been identified as a United States Officer of the Court,agent or employee who should have access to answers to requesters below listed questions.
In the above noted USDC Case number, Requester is alleged to have committed United States criminal offenses identified as **Title 18 USC §2, Title 21USC §841, $843 and § 846.**
There is no evidence filed **affirmalively** into the USDC record identifying the **situs** or **location** where requester is alleged to have committed such criminal offense. Therefore,please provide the following information.
1) Identify the **sites** or **location** of each of the above noted United States statutes where requester is alleged to have committed each offense.
2) Identify the legal owner of each **site** or **location** identified in question number one.
This request is made pursuant to the provisions of the Freedom of Information Act (FOIA) **Title 5 USC§552,** and **§552a,** for full disclosure and release of records and/ or data contained in the files

1 of 2

CERTIFIED MAIL: 7006 0810 0005 3659 9483

of your office and/or related offices of the United States District Court, or any other agency offices of the United States. I agree to pay any reasonable costs or fees applicable to this request that are above and beyond the specified allotment of costs and fees applicable as no charge pursuant to the Uniform Practice's Code, the Uniform FOIA Fee Schedule and Guidelines §6(b) Federal Regulation 10017 or, if I am considered indigent, I ask that your department and/or agency waive all charges pursuant to **Title 5 USC §552(a)(4)(A)(i)**.

Pursuant to **Title 5 USC §552(a)(6)(A)(i)**, it is noted that your department and/or agency has twenty(20) working days following receipt of this request to provide requester this information and/or material sought. Should any delay occur, it is requested that your department and/or agency inform requester of this delay as provided by **Title 5 USC§552(a)(6)(B)**, and the date when your department and/or agency will be able to provide the requested information and/or material. In the event requester does not receive a response in the specified time provided by statute, requester will be forced to pursue other remedies, **Public Citizen v. F.T.C.**, 869 F.2d 1541(1989); **Blazy v. Tenet**, 194 F.3d 90(1999); **GMRI Inc. v. E.E.O.C.**, 149 F.3d 449 (1998).

As to exemptions at **Title 5 USC§552 (b)(7)(A)**, none of the information requested,

    1) Would disclose techniques and procedures for law enforcement investigations or prosecutions.

    2) Would disclose guidelines that could reasonably be expected to risk circumvention of the law.

    3) Would affect any lawful proceeding.

    4) Would reasonably be expected to cause articulable harm.

Pursuant to **Title 28 USC §1746**, I declare under penalty or perjury, under the laws of the United States of America, that I have read the foregoing request for information and know the contents thereof, and the information set forth above, is true and correct.

Date 3/3/2009

*Sammie Lee Woods*
Sammie Lee Woods

Defendant, Pro Se, Requester

