

```
                                          FILED
                                 UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO

                                       APR 2 0 2009

                                   GREGORY C. LANGHAM
                                           CLERK
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

April 20, 2009

Sammy Lee Woods  
#30425-013  
FORREST CITY LOW  
FEDERAL CORRECTIONAL INSTITUTION  
Inmate Mail/Parcels  
P.O. BOX 9000  
FORREST CITY, AR 72336

      **Re:**    **Criminal Action No. 01-cr-00214-WYD-19;**  
               **Inquiry concerning "Situs or Location of Alleged US Offense"**

Dear Mr. Woods:

      This letter is in response to your inquiry dated March 31, 2009. Your letter is directed to the Clerk of the Court's attention. This response is provided to you on behalf of the Clerk.

      Your letter requests information that will "identify the sites or location of each of the above noted United States statutes [18 USC § 2 and 21 USC §§ 841, 843 and 846] where requester is alleged to have committed each offense" and will "identify the legal owner of each site or location."

      Your request is in the nature of seeking a factual and legal determination concerning the criminal action in which you were a defendant. It is not the role or function of the Clerk's Office to make or provide such determinations. It is, however, the role of the Clerk's Office to act as the repository of the records of proceedings before the district court, including the criminal action case files. All documents in a district court case are public records unless a court order has been signed sealing the documents. The court's policy, as a public forum, is to accommodate requests from the public for access to papers presented for filing, following Judicial Conference of the United States guidelines regarding access and applicable fees.

      Accordingly, this office will be pleased to provide you with copies of any document available in the public case file. A fee, however, will be charged before the copying is done, as required by federal statute and judiciary regulations. You will need to provide the document number(s) and pages requested. If not known, we will need the approximate dates of the documents – we can then provide you with the docket sheet listing the documents around the date of your requested documents, as the docket sheet in your case is considerably large. Once provided with the document numbers and pages, this office will in turn inform you of the charge per page, file retrieval fees, and any other applicable fees.

      Please let us know if we can be of any assistance.

      Sincerely,

Edward Butler
Legal Officer, U.S. District Court