# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number:  01-cr-00214-WYD-027 |
| | USM Number:  30429-013 |
| BRIAN HARRIS | Dana Casper, (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 3 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law / Assault | 12/13/07 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The government withdraws violation 2.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 15, 2009
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

April 24, 2009
Date

DEFENDANT:  BRIAN HARRIS  
CASE NUMBER:  01-cr-00214-WYD-027                                                      Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Work Regularly | 02/09 |
| 4 | Possession and Use of a Controlled Substance | 05/18/06 |
| 5 | Possession and Use of a Controlled Substance | 06/18/07 |
| 6 | Possession and Use of a Controlled Substance | 08/17/07 |
| 7 | Association with a Person Convicted of a Felony | 12/15/08 |
| 8 | Failure to Report Questioning by Law Enforcement Officer | 12/15/08 |
| 9 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 02/08/09 |

DEFENDANT:  BRIAN HARRIS
CASE NUMBER:  01-cr-00214-WYD-027                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one day.

The court recommends that the Bureau of Prisons credit defendant with 50 days time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal