**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

Date:                  April 15, 2009            Prob./Pret.:   Kurt Pierpont
Courtroom Deputy:   Robert R. Keech          Interpreter:   N/A
Court Reporter/ECR: Therese Lindblom

Criminal Case No.  **01-cr-00214-WYD**          Counsel:

UNITED STATES OF AMERICA,                   Guy Till

           Plaintiff,

v.

**27. BRIAN HARRIS**,                           Dana M. Casper

           Defendant.

**COURTROOM MINUTES**

**SUPERVISED RELEASE VIOLATION HEARING**

**2:37 p.m.**      Court in Session - Defendant present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

2:37 p.m.      Statement on behalf of Defendant admitting to violations 1, 3, 4, and 5 (Ms. Casper).

2:38 p.m.      Statement on behalf of Government (Mr. Till).

2:38 p.m.      Statement on behalf of Defendant (Ms. Casper).

2:42 p.m.      Statement on behalf of Government (Mr. Till).

2:43 p.m.        Statement by Defendant on his own behalf (Mr. Harris).

                 Court makes findings and finds that defendant has violated conditions of
                 supervised release.

**ORDERED:**    Supervised release is **REVOKED.**

**ORDERED:**    Defendant be **imprisoned** for **12** months and **1** day.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 50 days spent in custody.**

**ORDERED:**    Upon release from imprisonment, no further term of **supervised release** shall be
                imposed.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any
                notice of appeal must be filed within ten (10) days.  Defendant advised of right to
                appeal in forma pauperis.

**ORDERED:**    Defendant is **REMANDED** into the custody of the U.S. Marshal.

**2:50 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:13**