UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

April 30, 2009

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   USA v. Woods (19)**

Court of Appeals Case No. 09-1121
District Court Case No. 01-cr-00214-WYD

Dear Clerk:

    We hand you herewith Volume 1 of the Record on Appeal in the above referenced case.

Volume 1. Pleadings

> Sincerely,
> GREGORY C. LANGHAM, Clerk
>
> by s/ B. Reed
>    Deputy Clerk

cc:  See Notice of Electronic Filing