2255, APPEAL

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:01–cr–00214–WYD–19

Case title: USA v. Small, et al

Related Case: 1:08–cv–02529–WYD

Date Filed: 06/07/2001

Date Terminated: 03/23/2006

Assigned to: Chief Judge Wiley Y. Daniel

Appeals court case numbers: '07–1271' 'USCA', '09–1121' 'USCA', 04–1168

## Defendant (19)

**Sammy Lee Woods**
*TERMINATED: 04/21/2004*

represented by **Ronald Gainor**
Ronald Gainor, Attorney at Law
6414 Fairways Drive
Longmont , CO 80503
303–448–9646
Fax: 303–447–0930
Email: gains_2000@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Kerry Steven Hada**
Kerry S. Hada, P.C., Law Offices of
6426 South Quebec Street
Englewood , CO 80111
303–771–3030
Fax: 741–5619
Email: kerry@hadalaw.net
*TERMINATED: 04/03/2003*
*Designation: CJA Appointment*

## Pending Counts

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE
(1ss)

## Disposition

deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded;

| | |
|---|---|
| 21:843B=CD.F USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (62ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Wiley Y. Daniel

Appeals court case numbers: '07–1271' 'USCA', '09–1121' 'USCA', 04–1168

**Defendant (19)**

| | | |
|---|---|---|
| **Sammy Lee Woods**<br>*TERMINATED: 03/23/2006* | represented by | **Sammy Lee Woods**<br>#30425–013<br>FORREST CITY LOW<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>P.O. BOX 9000<br>FORREST CITY, AR 72336 |

PRO SE

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (62ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

3

USA                                                      represented by   **Guy Till**
U.S. Attorney's Office–Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver , CO 80202
303–454–0100
Fax: 303–454–0409
Email: guy.till@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Coyle Murphy**
U.S. Attorney's Office–Denver
1225 Seventeenth Street
#700
Denver , CO 80202
303–454–0100
Fax: 303–454–0461
Email: James.Murphy3@usdoj.gov

**Kathleen Melissa Tafoya**
U.S. Attorney's Office–Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver , CO 80202
303–454–0100
Fax: 454–0406
Email: Kathleen.Tafoya@usdoj.gov
*TERMINATED: 01/17/2008*

**Linda A. McMahan**
U.S. Attorney's Office–Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver , CO 80202
303–454–0100
Fax: 454–0406
Email: linda.mcmahan@usdoj.gov
*TERMINATED: 07/07/2008*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/20/2008 | 3648 | 6 | MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods. (lmwsl, ) <br> Civil case 1:08–cv–2529 opened. (Entered: 11/20/2008) |
| 11/20/2008 | 3649 | 26 | MOTION to Appoint Counsel Under the Criminal Justice Act by Sammy Lee Woods. (lmwsl, ) (Entered: 11/20/2008) |

4

| 12/22/2008 | 3656 | 27 | ORDER Denying Motions; 3648 Motion to Vacate (2255) as to Sammy Lee Woods (19) is DENIED for lack of jurisdiction. 3649 Motion for Appointment of Counsel is DENIED AS MOOT. Signed by Chief Judge Wiley Y. Daniel on 12/22/08. (lmwsl, ) Civil Case 1:08−cv−02529−WYD closed. (Entered: 12/22/2008) |
|---|---|---|---|
| 01/26/2009 | 3672 | 30 | Motion Requesting the Court to Expand the Record §2255 – Rule 7 to Submit Petitioner's Argument and Judicial Facts by Sammy Lee Woods. (lmwsl, ) (Entered: 01/26/2009) |
| 01/27/2009 | 3674 | 45 | MINUTE ORDER; 3672 Motion Requesting the Court to Expand the Record §2255−Rule−7 to Submit Petitioner's Argument and Judicial Fact as to Sammy Lee Woods is DENIED AS MOOT, because the Court denied defendant's 28 U.S.C. §2255 Motion in an order filed on 12/22/08 3656 , by Chief Judge Wiley Y. Daniel on 1/27/09. (lmwsl, ) (Entered: 01/27/2009) |
| 03/02/2009 | 3694 | 46 | MINUTE ORDER; 3691 Motion Requesting Certain Documents as to Sammy Lee Woods (19) is DENIED, by Chief Judge Wiley Y. Daniel on 3/2/09. (lmwsl, ) (Entered: 03/02/2009) |
| 03/20/2009 | 3707 | 47 | NOTICE OF APPEAL re 3656 Order on Motion to Vacate (2255), Order on Motion to Vacate (2255), Order on Motion to Appoint Counsel, by Sammy Lee Woods. Fee Status: Pro se; IFP STATUS. Notice mailed to all counsel on 03/24/09. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 03/24/2009) |
| 04/06/2009 | 3712 | 49 | Certificate of Appealability Denied as to Sammy Lee Woods re 3707 Notice of Appeal, by Chief Judge Wiley Y. Daniel on 4/6/09. (gmssl, ) (Entered: 04/06/2009) |