UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Wiley Y. Daniel**

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN GREEN, et al.

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Alvin Green's *pro se* motion styled "'Nunc Pro Tunc' Motion to Dismiss With Prejudice via Federal Rule Criminal Procedure 12(3)(B) Criminal Indictment Number [1] One, and its mandatory 'Life Sentence Without Parole' . . . . . as it fails to properly state or charge a known federal crime or offense as defined by Congress" filed September 27, 2007 [#3506]. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Vincent James Oliver and Richard James Banta. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

ORDERED that Defendant's *pro se* motion filed September 27, 2007 [#3506], is **STRICKEN**.

Dated: May 8, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge

-2-