

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02529-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMMY LEE WOODS,

    Defendant/Movant.

_____

## ORDER DENYING CERTIFICATE OF APPEALABILITY

_____

THIS MATTER is before the Court on Movant Sammy Lee Woods's Request for Certificate of Appealability [doc. #3708, filed March 20, 2008]. Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that Movant Sammy Lee Woods's Request for Certificate of Appealability [doc. #3708, filed March 20, 2008] is **DENIED** and a certificate of appealability will not be issued.

Dated: April 6, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

## Other Orders/Judgments

1:01-cr-00214-WYD USA v. Small, et al **CASE CLOSED on 03/23/2006**

2255, APPEAL

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 4/6/2009 at 2:53 PM MDT and filed on 4/6/2009

| | |
|---|---|
| **Case Name:** | USA v. Small, et al |
| **Case Number:** | 1:01-cr-214 |
| **Filer:** | |
| **Document Number:** | 3712 |

**Docket Text:**
**Certificate of Appealability Denied as to Sammy Lee Woods re [3707] Notice of Appeal,
by Chief Judge Wiley Y. Daniel on 4/6/09. (gmssl, )**

**1:01-cr-214-19 Notice has been electronically mailed to:**

Mitchell Baker mitchbaker@estreet.com

Richard James Banta (Terminated) bantacja@earthlink.net

Clifford J. Barnard (Terminated) cliffbarnard@earthlink.net

J. Michael Dowling (Terminated) jmd@dowlinglegal.com

Wade H. Eldridge wade_eldridge@mho.com, lsimmer@mho.com, mcounce@mho.com

Dennis W. Hartley (Terminated) Robyn.Lornell@hartleyslaw.com

Robert T. McAllister (Terminated) rtmcallister@qwestoffice.net, sarah_culver@qwestoffice.net

Stephen C. Peters speters@peterslaw.net, cjones@peterslaw.net, cjoneslegal@aol.com,
office@peterslaw.net

Edward A. Pluss (Terminated) Edward_Pluss@fd.org, COX_ECF@fd.org

Paula M. Ray paulamray@earthlink.net

Daniel T. Smith danieltsmith@qwestoffice.net, terriwilcox@comcast.net

Robert Seldis Berger (Terminated) robberger@webaccess.net, rob5189berger@yahoo.com

Philip Alan Cherner phil@philcherner.com, lisa@philcherner.com

Guy Till guy.till@usdoj.gov, Debbie.Azua-Dillehay@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Kirkland Leonard Brush (Terminated) kbrush@kirkbrush.com, kathy@kirkbrush.com

Boston Henry Stanton, Jr (Terminated) bostonhs@comcast.net

Martha Horwitz Eskesen meskesen@eskesenlaw.com

Michael Gary Root (Terminated) mroot@mikerootlaw.com

James S. Covino (Terminated) jamescovino@msn.com

Vincent J. Horn, Jr vjhorn@q.com, vjhjr@hotmail.com

Wazir-Ali Muhammad Al-Haqq (Terminated) wazir1947@aol.com

Michael David Lindsey (Terminated) david@mdavidlindsey.com, wyodave2@yahoo.com

Mark Samuel Rubinstein (Terminated) msrubinstein@comcast.net

Jonathan Marshall Abramson (Terminated) jonathan@kandf.com, ejackson@kandf.com, kua@kandf.com

Lynn Anne Pierce lpierce.blp@comcast.net

John F. Sullivan, III jfslaw1@aol.com

Alaurice Marie Tafoya-Modi (Terminated) alauricetafoya@yahoo.com

Thomas Richard Ward thomasrward@comcast.net

Ronald Gainor gains_2000@hotmail.com

Dana M. Casper Dana@casperandrodarte.com

Anthony Viorst tony@hssspc.com, peggy@hssspc.com

Vincent James Oliver Vjoliverlawyer@cs.com

**1:01-cr-214-19 Notice has been mailed by the filer to:**

C. Bradley Calbo (Terminated)
C. Bradley Calbo, Atty at Law
12356 West Nevada Place
#303

Lakewood, CO 80228

Robert Todd Fishman
Ridley, McGreevy & Weisz, P.C.
303 16th Street
#200
Denver, CO 80202

Sammy Lee Woods(Terminated)
#30425-013
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTIT UTION
Inmate Mail/Parcels
P.O. BOX 9000
FORREST CITY, AR 72336

Theolian Lloyd(Terminated)
#30410-013
BENNETTSVILLE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 52020
BENNETTSVILLE, SC 29512

Victor Mendinghall(Terminated)
94330
11560 County Road
F.F. 75
Las Animas, CO 81054

William Michael Whelan , Jr(Terminated)
Wm. Michael Whalen, Jr., Attorney at Law
235 Montgomery Street
#838
San Francisco, CA 94101-2913

Willie James Small(Terminated)
#30408-013
VICTORVILLE
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 5500
ADELANTO, CA 92301

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/6/2009] [FileNumber=1933613-0]
[532f965dce8a3a6874ab36598f8788651bbba26828c1d727e8bc09d9f2818dba33f8

283b231f3d2c64fc0768b114f1a39efd2b4989d6cc862e307d2a89ff10f1]]