UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

August 23, 2004

Patrick Fisher, Clerk
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**F I L E D**
United States Court of Appeals
Tenth Circuit

AUG 2 3 2004

**PATRICK FISHER**
Clerk

**RE:   USA v. WILLIE SMALL, et al**

Court of Appeals Case No. 04-1148; 04-1157; 04-1161; 04-1168; 04-1188; 04-1201
District Court Case No. 01-cr-214

Dear Mr. Fisher:

We hand you herewith Volume(s) I - LXXII of the Record on Appeal in the above referenced case.

Sincerely,
GREGORY C. LANGHAM, Clerk

by _Dusty Stiles_
Deputy Clerk

Clerk's Note: Volumes LXXI and LXXII are sealed Pre-Sentence Investigation Reports

cc: SEE ATTACHED (with copy of Index)

ATTACHMENT 1

# The District Court Docket Sheet (360 Pages) Was Here, and Has Been Omitted

ATTACHMENT 1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| VOLUME I | Pleadings |
| VOLUME II | Pleadings |
| VOLUME III | Pleadings |
| VOLUME IV | Pleadings |
| VOLUME V | Pleadings |
| VOLUME VI | Pleadings |
| VOLUME VII | Transcript of Detention/Arraignment Hearings before Magistrate Judge Schlatter for Defendants Small, Davis, and Harris on 6/20/01, p. 1-63 |
| VOLUME VIII | Transcript of Detention/Arraignment Hearings before Magistrate Judge Schlatter for Defendants Woods, Green, and Cooper on 6/20/01, p. 1-31 |
| VOLUME IX | Transcript of Discovery Conference before Magistrate Judge Schlatter on 6/25/01 |
| VOLUME X | Transcript of Hearing on Pending Motions (day 1) before Judge Daniel on 3/11/02 |
| VOLUME XI | Transcript of Hearing on Pending Motions (day 2) before Judge Daniel on 3/12/02 |
| VOLUME XII | Transcript of Hearing on Pending Motions (day 3) before Judge Daniel on 3/13/02 |
| VOLUME XIII | Transcript of Hearing on Pending Motions (day 4) before Judge Daniel on 3/14/02 |
| VOLUME XIV | Transcript of Hearing on Pending Motions (day 5) before Judge Daniel on 3/15/02 |

| | |
|---|---|
| VOLUME XV | Transcript of Hearing on Cross Examination of CS-1 before Judge Daniel on 6/12/02 |
| VOLUME XVI | Transcript of Motions Hearing before Magistrate Judge Coan on 2/6/03 |
| VOLUME XVII | Transcript of Status Conference/Hearing on Parties' Joint Submission Regarding Separate Trial before Judge Daniel on 2/20/03 |
| VOLUME XVIII | Transcript of Hearing on James Poffer before Judge Daniel on 7/21/03 (day 1) |
| VOLUME XIX | Transcript of Hearing on James Poffer and Non-Evidentiary Motions before Judge Daniel on 8/1/03 (day 2) |
| VOLUME XX | Transcript of Scheduling Conference and Hearing on Pending Motions before Judge Daniel on 8/6/03 |
| VOLUME XXI | Transcript of Hearing on Suppression Motions for Timothy Chandler before Judge Daniel on 8/8/03 |
| VOLUME XXII | Transcript of Hearing on Suppression Motions for Zebedee Hall before Judge Daniel on 8/8/03 |
| VOLUME XXIII | Transcript of Hearing on Defendant's Motion to Sever before Judge Daniel on 8/20/03 |
| VOLUME XXIV | Transcript of Scheduling Conference and Hearing on Defendant Hall's Motion to Suppress before Judge Daniel on 8/21/03 |
| VOLUME XXV | Transcript of Final Trial Preparation Conference before Judge Daniel on 9/16/03 |
| VOLUME XXVI | Transcript of Trial to Court before Judge Daniel on 9/16/03 (day 1) |
| VOLUME XXVII | Transcript of Excerpt of Trial to Court, Testimony of Dayna Drew, before |

ATTACHMENT 1

4

Judge Daniel on 9/16/03

VOLUME XXVIII    Transcript of Trial to Court before Judge Daniel on 9/17/03 (day 2)

VOLUME XXIX    Transcript of Excerpt of Trial to Court before Judge Daniel on 9/14/03 (day 2)

VOLUME XXX    Transcript of Excerpt of Trial to Court, Testimony of Dayna Drew, before Judge Daniel on 9/17/03

VOLUME XXXI    Transcript of Trial to Court before Judge Daniel on 9/18/03 (day 3)

VOLUME XXXII    Transcript of Trial to Jury before Judge Daniel on 9/22/03 (day 1)

VOLUME XXXIII    Transcript of Excerpt of Change of Plea Hearing before Judge Daniel on 9/22/03

VOLUME XXXIV    Transcript of Trial to Jury before Judge Daniel on 9/23/03 (day 2)

VOLUME XXXV    Transcript of Trial to Jury before Judge Daniel on 9/24/03 (day 3)

VOLUME XXXVI    Transcript of Excerpt of Opening Statements before Judge Daniel on 9/24/03 (day 3)

VOLUME XXXVII    Transcript of Trial to Jury before Judge Daniel on 9/25/03 (day 4)

VOLUME XXXVIII    Transcript of Trial to Jury before Judge Daniel on 9/26/03 (day 5)

VOLUME XXXIX    Transcript of Trial to Jury before Judge Daniel on 9/29/03 (day 6)

VOLUME XL    Transcript of Trial to Jury before Judge Daniel on 9/30/03 (day 7)

VOLUME XLI    Transcript of Trial to Jury before Judge Daniel on 10/1//03 (day 8)

VOLUME XLII    Transcript of Trial to Jury before Judge Daniel on 10/2//03 (day 9)

VOLUME XLIII    Transcript of Excerpt of Trial to Jury, Testimony of Keyonna Davis, before Judge Daniel on 10/2/03 (day 9)

VOLUME XLIV    Transcript of Excerpt of Trial to Jury, Testimony of James Starkey, before

                                  Judge Daniel on 10/2/03 (day 9)

| | |
|---|---|
| VOLUME XLV | Transcript of Trial to Jury before Judge Daniel on 10/3/03 (day 10) |
| VOLUME XLVI | Transcript of Excerpt of Trial to Jury before Judge Daniel on 10/3/03 (day 10) |
| VOLUME XLVII | Transcript of Trial to Jury before Judge Daniel on 10/8/03 (day 11) |
| VOLUME XLIII | Transcript of Trial to Jury before Judge Daniel on 10/9/03 (day 12) |
| VOLUME XLIX | Transcript of Trial to Jury before Judge Daniel on 10/10/03 (day 13) |
| VOLUME L | Transcript of Trial to Jury before Judge Daniel on 10/20/03 (day 14) |
| VOLUME LI | Transcript of Trial to Jury before Judge Daniel on 10/21/03 (day 15) |
| VOLUME LII | Transcript of Trial to Jury before Judge Daniel on 10/22/03 (day 16) |
| VOLUME LIII | Transcript of Trial to Jury before Judge Daniel on 10/23/03 (day 17) |
| VOLUME LIV | Transcript of Trial to Jury before Judge Daniel on 10/24/03 (day 18) |
| VOLUME LV | Transcript of Trial to Jury before Judge Daniel on 10/27/03 (day 19) |
| VOLUME LVI | Transcript of Trial to Jury before Judge Daniel on 10/28/03 (day 20) |
| VOLUME LVII | Transcript of Trial to Jury before Judge Daniel on 10/29/03 (day 21) |
| VOLUME LIII | Transcript of Trial to Jury before Judge Daniel on 10/30/03 (day 22) |
| VOLUME LIX | Transcript of Trial to Jury before Judge Daniel on 10/31/03 (day 23) |
| VOLUME LX | Transcript of Trial to Jury before Judge Daniel on 11/3/03 (day 24) |
| VOLUME LXI | Transcript of Trial to Jury before Judge Daniel on 11/6/03 (day 227) |
| VOLUME LXII | Transcript of Trial to Jury before Judge Daniel on 11/13/03 (day 31) |
| VOLUME LXIII | Transcript of Hearing of Defendant's Motion to Withdraw before Judge Daniel on 3/2/04 |

ATTACHMENT 1        6

| | |
|---|---|
| VOLUME LXIV | Transcript of Sentencing for Alvin Green before Judge Daniel on 4/7/04 |
| VOLUME LXV | Transcript of Sentencing for Theolian Lloyd before Judge Daniel on 4/7/04 |
| VOLUME LXVI | Transcript of Sentencing for Max Cooper before Judge Daniel on 4/7/04 |
| VOLUME LXVII | Transcript of Sentencing for George Murray before Judge Daniel on 4/7/04 |
| VOLUME LXVIII | Transcript of Sentencing for Willie Jones Small before Judge Daniel on 4/21/04 |
| VOLUME LXIX | Transcript of Sentencing for Willie Jones Small before Judge Daniel on 4/21/04 |
| VOLUME LXX | Exhibits - Various Defendant's Exhibits from Wiretap Hearing; Willie Small Exhibits from Wiretap Hearings; Government's Exhibits from Wiretap |
| VOLUME LXXI | Pre-Sentence Investigation Report for Defendant Sammy Woods (SEALED) |
| VOLUME LXXII | Pre-Sentence Investigation Report for Defendant Theolian Lloyd (SEALED) |