IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES STARKEY,

    Defendant.

_____

NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Warren R. Williamson
Warren R. Williamson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Rick_Williamson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on August 13, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Guy Till, AUSA
  email: guy.till@usdoj.gov

  James Murphy, AUSA
  email: james.murphy3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

           s/ Warren R. Williamson
           Warren R. Williamson
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Rick_Williamson@fd.org
           Attorney for Defendant