## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD-08

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES STARKEY,

    Defendant.

---

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

---

THIS matter comes before the Court upon report of the Probation Officer concerning modification of Defendant's conditions of supervised release and the Court having determined that Defendant is unable to afford to retain counsel, it is

ORDERED that the Federal Public Defender's Office is hereby appointed to represent Defendant for the limited purpose of the proposed modification of conditions of supervised release.

DATED at Denver, Colorado, this 11th day of August, 2009.

BY THE COURT:

_____
Michael E. Hegarty, Magistrate Judge
United States District Court