PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. JAMES STARKEY                    Docket Number: 01-cr-00214-WYD-08

**Petition for Modification of Conditions of Supervised Release**

      COMES NOW, Pete Stein, probation officer of the court, presenting an official report upon the conduct and attitude of James Starkey who was placed on supervision by the Honorable Zita L. Weinshienk sitting in the court at Denver, Colorado, on the 14th day of July, 2003, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein referred to by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the conditions of supervised release to include a special condition requiring that: 2) The defendant shall reside at and participate in a Residential Re-Entry Center, if deemed necessary, as approved by the Probation Officer, for a period not to exceed 120 days or until discharged by the program director. The subsistence fees are to be waived. Also, the defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 U.S.C. § 3583(d).

      ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 21st day of August, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Pete Stein |
| | Pete Stein |
| | U.S. Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel | Place: Denver, Colorado |
| Chief U.S. District Judge | |
| | Date: August 19, 2009 |

## **ATTACHMENT**

Supervised release commenced October 10, 2008, in the Central District of California following the defendant's release from the Vinewood Residential Reentry Center.  Defendant's supervising probation officer advises that due to the economy, defendant was laid off from his position as a parking attendant which caused him to lose his apartment.

Defendant has agreed to a modification of the conditions of his supervised release to include a placement of not more than 120 days in a residential reentry center, if it is deemed necessary.  He is seeking other residential options as well.  On July 22, 2009, and August 13, 2009, respectively, defendant and defense counsel, Assistant Federal Public Defender Warren R. Williamson, signed a Waiver of Hearing to Modify Conditions of Probation/Supervised Release Form, waiving the right to a hearing and agreeing to the proposed modification.  Assistant U.S. Attorney James Allison has no objection to this proposed course of action.