Theolian Sy Lloyd, #30410-013  
FCI Bennettsville, P.O. Box 52020  
Bennettsville, S.C. 29512

Date: September 2, 2009

Case Number: 01-CR-00214-WYD-05  
Civil Action Number: 06-CV-02557-WYD

Office of the Clerk  
United States District Court  
Alfred A. Arraj Courthouse  
901 19th St., Room A105  
Denver, Co. 80294-3589

RE: USA v. Theolian Sy Lloyd

Dear Clerk:

Please find enclosed a copy of my " Motion for Leave of Court for Discovery Pursuant to §2255 Rule 6 ". I have enclosed two copies of such motion so that one copy may be returned showing that it has been filed.

I am attempting to have discovery in my case to prove the merits of the claims that I have presented in my original application. I did request for an evidentiary hearing in my application in hopes of the court <u>granting</u> requested relief. It has been nearly three years now since I submitted that motion, and I have yet to hear a decision from the Magistrate's Recommendation or a final decision from the Judge. I am specifically requesting discovery in this matter so that the merits of my claims may be adequately developed on the record. I ask that you forward this motion to the appropriate office, and hope to receive a response as well as a showing of filing at the court's earliest convenience. Thankyou...

Respectfully Requesting,

9-2-09

Theolian L. Lloyd

(cover letter)

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
```

| | |
|---|---|
| THEOLIAN SY LLOYD, | § |
| Petitioner, | § CRIMINAL NO. 01-CR-00214-WYD |
| versus | § CIVIL ACTION NO. 06-CV-02557-WYD |
| UNITED STATES OF AMERICA, | § |
| Respondent, | § |

**MOTION FOR LEAVE OF COURT FOR DISCOVERY PURSUANT TO §2255 RULE 6**

### STATEMENT OF JURISDICTION

Now comes " pro se " petitioner Theolian Sy Lloyd, petitioning this honorable court for " leave of court " to conduct "discovery". Petitioner contends that this court has authority to grant such pursuant to 28 U.S.C.§2255 rule 6 and/or applicable statute, rule, procedure, and/or process of law.

Petitioner contends that:

1) He filed a timely §2255 motion on December 14, 2006;

2) He requested an evidentiary hearing within his §2255 application;

3) His §2255 has now been pending for thirty-three(33) months;

4) The prosecution has responded and petitioner did rebut such response;

5) There has not been a decision rendered in the abovecaptioned case number;

6) Petitioner now specifically requests leave of court to present the merits as they establish the relevant facts.

Petitioner contends that the above stated facts apply to his case.

-1-

## DISCUSSION

Mr. Lloyd contends that he has requested an evidentiary hearing within his §2255, but as of today, September 1, 2009, there has been no decision surrounding this request. Mr. Lloyd has also made claims against his counsel's representation during critical stages of his proceedings before, during, and after trial and etc... Mr.Lloyd has also made additional claims in which he has specifically requested an evidentiary hearing. Mr. Lloyd does contend that if these claims are proven to be true he is entitled to relief.

Mr. Lloyd/petitioner contends that discovery pursuant to §2255 rule 6 is needed. Petitioner has made claims of <u>actual innocence</u> to the applicableness of the prior conviction for enhancement purposes. Petitioner has stated in his §2255 application that the reliability of his prior conviction has/was never put through an adversial test due to incompetent representation during critical stages of his due process. Petitioner contends that he has made many claims that require <u>discovery</u>.

Mr. Lloyd contends that all the merits of his claims are not adequately on the record before the court. Therefore, petitioner does contend that " leave of court " is needed so that discovery may be taken to present the merits of his case so that he may establish the relevant facts as they pertain to his claims; <u>Grant</u> " Leave of Court " for " Discovery " and " appoint counsel " for discovery and evidentiary hearing so that Mr. Lloyd may be afforded due process to adequately present his claims.

-2-

                                    Respectfully Submitted,

9-2-09                              *Theolian Sy Lloyd* 30410-013
(date)                              Theolian Sy Lloyd,#30410-013


## DECLARATION

I, Theolian Sy Lloyd, do hereby declare under the penalty of perjury, 28 U.S.C.§1746, that all the abovementioned statements and facts are true and correct this  2  day of September, 2009.

9-2-09                              *Theolian Sy Lloyd* 30410-013
(date)                              Theolian Sy Lloyd,#30410-013


## CERTIFICATE OF SERVICE

I, Theolian Sy Lloyd, do hereby certify that I have mailed by prepaid first-class mail that this " Motion for Leave of Court for Discovery Pursuant to §2255 rule 6 "to the following addresses:

Office of the Clerk                 Kathleen Melissa Tafoya
United States District Court        U.S. Attorney's Office-Denver
Alfred A. Arraj Courthouse          1225 17th Street East
901 19th St., Room A105             Seventeenth Street Plaza #700
Denver, Co. 80294-3589              Denver, Co. 80202

John Henry Schlie,P.C., Law Office of
2406 West Davies Avenue
Littleton, Co. 80120

this  2  day of September, 2009.

9-2-09                              *Theolian Sy Lloyd* 30410-013
(date)                              Theolian Sy Lloyd, #30410-013



re: Motion for Leave of Court for Discovery Pursuant to §2255 rule(6)
cc: Clerk of Court, U.S. Attorney's Office, Defense Counsel

-3-

Theolian Lloyd
#30410-013
Federal Correction Institution
PO Box 52020
Bennettsville SC 29512

LEGAL MAIL

FLORENCE SC 295
03 SEP 2009 PM 3 L

Office of The clerk
United States District Court
Alfred A. Arraj Courthouse
901 19Th St Room A105
Denver, CO 80294

RECEIVED
UNITED STATES
DISTRICT COURT
DENVER, COLORADO
SEP - 8 2009
GREGORY C. LANGHAM
CLERK