IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 06-cv-02557-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

5.   THEOLIAN LLOYD, also known as "BIG FOOT,"

Movant.

## ORDER

THIS MATTER is before the Court on Movant's "Motion for Leave of Court for Discovery Pursuant to § 2255 Rule 6."  In the Motion, the Movant states that his *pro se* motion pursuant to 28 U.S.C. § 2255 challenging the validity of his conviction and sentence, filed December 22, 2006, as well as his request for an evidentiary hearing, remain pending and he requests leave to "present the merits as they establish the relevant facts."  On March 9, 2009, I entered an Order denying the motion pursuant to 28 U.S.C. § 2255 and finding that an evidentiary hearing is not necessary.  Therefore, it is hereby

ORDERED that the Motion for Leave of Court for Discovery Pursuant to § 2255 Rule 6, filed September 8, 2009 [#3737] is **DENIED**.  It is

FURTHER ORDERED that the Clerk of Court shall re-send the Court's March 9, 2009, Order Denying 28 U.S.C. § 2255 Motion [#3702] to Movant, Theolian Lloyd, at his current address.

Dated: September 9, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge