PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. KEYONNA DAVIS                    Docket Number: 01-cr-00214-WYD-03

### Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release

COMES NOW, Jerald Mason, probation officer of the court, presenting an official report upon the conduct and attitude of KEYONNA DAVIS  who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, on the 31st day of December, 2003, who fixed the period of  supervision at 4 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.       The defendant shall participate in a program of testing and/or treatment for drug abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  The defendant will be required to pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant.  Subsequent to the arrest of the defendant, that the court consider revocation of supervised release.

### ORDER OF THE COURT

Considered and ordered this ___17th___ day of September , 2009, and ordered filed under seal  and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/Jerald Mason

Jerald Mason
Probation Officer

s/ Wiley Y. Daniel

Wiley Y. Daniel
Senior U.S. District Judge

Place: Denver

Date: September 17, 2009

PROB 12
(02/05-D/CO)

## ATTACHMENT

On September 22, 2005, the conditions of supervised release were read and explained to the defendant. On that date, she acknowledged in writing that the conditions had been read to her, that she fully understood the conditions, and that she was provided a copy of them. The term of supervised release commenced on September 19, 2005.

The defendant has committed the following violations of supervised released:

1.  **VIOLATION OF THE LAW (ASSAULT 2-CAUSE INJURY WITH DEADLY WEAPON)**

On August 14, 2009, the defendant committed the following offense:

Assault 2-Cause Injury with Deadly Weapon, in violation of Colorado Revised Statute 18-3-203(1)(b), a Class 4 felony, which constitutes a Grade A violation of supervised release.

This charge is based on information obtained from an incident report completed by an officer from the Aurora, Colorado Police Department:

The defendant is pregnant and wanted to talk to her boyfriend Cornelius Johnson regarding her pregnancy. Mr. Johnson did not want to discuss her pregnancy and asked her to leave the residence they share. The defendant became upset and left the residence through the garage. The defendant then went to a window on the side of the residence removed the screen and climbed through it. Mr. Johnson contacted the defendant in a bedroom and again asked her to leave. The defendant then went to the kitchen, grabbed two knives, and walked toward Mr. Johnson. Mr. Johnson retreated to a bedroom and closed the door. The defendant then kicked the door breaking the bottom hinge. Mr. Johnson tried to defend himself and the defendant struck him with the tip of a knife which caused a small wound to his stomach.

2.  **VIOLATION OF THE LAW (FELONY MENACING-REAL/SIMULATED WEAPON)**

On August 14, 2009, the defendant committed the following offense:

Felony Menacing-Real/Simulated Weapon, in violation of Colorado Revised Statute 18-3-206(1)(a)/(b), a Class 5 felony, which constitutes a Grade A violation of supervised release.

This charge is based on information obtained from an incident report completed by an officer from the Aurora, Colorado Police Department:

The defendant is pregnant and wanted to talk to her boyfriend Cornelius Johnson regarding her pregnancy. Mr. Johnson did not want to discuss her pregnancy and asked her to leave the residence they share. The defendant became upset and left the residence through the garage. The defendant then went to a window on the side of the residence removed the screen and climbed through it. Mr. Johnson contacted the defendant in a bedroom and again asked her to leave. The defendant then went to the kitchen, grabbed two knives, and walked toward Mr. Johnson. Mr. Johnson retreated to a bedroom and closed the door. The defendant then kicked the door breaking the bottom hinge. Mr. Johnson tried to defend himself and the defendant struck him with the tip of a knife which caused a small wound to his stomach.

The defendant was arrested on September 14, 2009. Arapahoe County District Court records in Case Number 09-CR-2136 reflect that bond was set at $50,000, and a bond hearing is scheduled for September 18, 2009, at 9:30 a.m.

The defendant is pending discharge from supervised release on September 18, 2009, and the alleged allegations in the matter are serious in nature.  We recommend the Court issue a warrant in this matter to stay the defendant's termination from supervision pending the outcome of this case.