✎AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Colorado

UNITED STATES OF AMERICA

V.

KEYONNA DAVIS

**WARRANT FOR ARREST**

Case Number:   01-cr-00214-WYD-03

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST          **KEYONNA DAVIS**
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment        ☐ Information        ☐ Complaint        ☐ Order of court

☐ Pretrial Release        ☐ Probation          ☒ Supervised Release        ☐ Violation Notice
  Violation Petition        Violation Petition      Violation

charging him or her with   (brief description of offense)
Violation of the Law

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/M. Wiles |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | September 18, 2009   Denver, CO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |