**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date:  September 18, 2009          Case Number:  01-cr-00214-WYD-3

CERTIFICATE OF MAILING

    The undersigned hereby certifies that on the above date a copy of the Docs. #3743, #3744 were duly mailed to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

                    GREGORY C. LANGHAM, CLERK

                    By:  s/M. Wiles
                          M. Wiles, Deputy Clerk