Theolian Sy Lloyd, #30410-013
FCI Bennettsville, P.O. Box 52020
Bennettsville, S.C. 29512

September 21, 2009

U.S. DISTRICT COURT
DISTRICT OF COLORADO
2009 SEP 24 AM 7:51
GREGORY C. LANGHAM
CLERK
BY ______ DEP. CLK

Case Number: 01-CR-00214-WYD
Civil Action Number: 06-CV-02557-WYD

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St., Room A105
Denver, Co. 80294-3589

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2009 SEP 24 AM 7:51
GREGORY C. LANGHAM
CLERK
BY ______ DEP. CLK

RE: USA v. Lloyd

Dear Clerk:

I am writing this letter in response to the denial of my 28 U.S.C. § 2255 motion. The motion seems to have been denied on 3-09-09, but I just received notice this week on 9-09-09 six months later. I contend that I have not been given an opportunity to "appeal" this decision. Therefore, I request that this court refile its decision for the date I received such decision so that I may have an opportunity to appeal this decision. Thankyou...

Respectfully Requesting,

9-21-09
(date)

Theolian Lloyd
Thealian Sy Lloyd, #30410-013



Theolian Lloyd
# 30410-013
Federal Correctional Institution
Po Box 52020
Bennettsville SC 29512
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 23 2009
GREGORY C. LANGHAM
CLERK
FLORENCE SC 295
21 SEP 2009 PM 1 L
USA FIRST-CLASS FOREVER
Clerk of The COURT
30410-013
GREGORY C LANGHAM
901 19 TH ST Room A105
Denver, CO - 80294
United States
Legal Mail
8029432500