UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ZEBEDEE HALL,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Zebedee Hall's *pro se* Motion for Relief From Void Judgment Due to Defect in the Proceedings, filed October 7, 2009 [#3749]. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Anthony Viorst. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

ORDERED that Defendant's *pro se* Motion for Relief From Void Judgment Due to Defect in the Proceedings, filed October 7, 2009 [#3749] is **STRICKEN**.

Dated: October 8, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge