IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-cr-00214-WYD-07

| | |
|---|---|
| **Plaintiff:** | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **Defendants:** | ) |
| **ZEBEDEE HALL** | ) |
| | ) |
| | ) |

___

**DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**
___

COMES NOW court-appointed counsel, Anthony Viorst, The Viorst Law Offices, P.C, and moves to withdraw as counsel for Zebedee Hall, as follows:

1. Undersigned counsel was originally appointed for the limited purpose of litigating Mr. Hall's motion for a sentence reduction relating to the revised crack cocaine sentencing guidelines. That matter has been completed.

2. Mr. Hall now wishes to file some additional pleadings, in a pro se capacity.

3. Therefore, undersigned counsel seeks leave to withdraw as counsel for Mr. Hall.

Dated this 15th day of October, 2009.

                THE VIORST LAW OFFICES, P.C.

                *S/ Anthony Viorst*
                Anthony Viorst, #18508
                THE VIORST LAW OFFICES, P.C.
                950 S. Cherry Street, Suite 300
                Denver, Colorado 80246
                Telephone Number: (303) 759-3808
                FAX: (303) 333-7127
                Email: tony@hssspc.com
                ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on this 16th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

Guy Till
Guy.Till@usdoj.gov

                                            THE VIORST LAW OFFICES, P.C.

                                            *S/ Anthony Viorst*
                                            Anthony Viorst
                                            THE VIORST LAW OFFICES, P.C.
                                            950 S. Cherry Street, Suite 300
                                            Denver, Colorado 80246
                                            Telephone Number: (303) 759-3808
                                            FAX: (303) 333-7127
                                            Email: tony@hssspc.com
                                            ATTORNEY FOR DEFENDANT