IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Crim. No. 01-CR-00214-WYD
Civil Action No. 07-CV-00367-WYD

UNITED STATES OF AMERICA,

   Plaintiff/ Respondent,

        -vs-

ALVIN GREEN, aka MEL DOG,

    Defendant/Petitioner,
    Movant.

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. 1915 AND FED.R.APP.P.24 AND DECLARATION IN SUPPORT THEREOF**

Petitioner and Movant ALVIN GREEN, through counsel hereby respectfully submits the within Declaration of Counsel in support of Petitioner's motion for an extension of time within which to file a motion and affidavit for leave to proceed on appeal pursuant to 28 U.S.C. 1915 and Fed.R.App.P.24.

Dated: October 19, 2009.

                              by:   /s/ Vincent James Oliver
                                      Vincent James Oliver
                                      Attorney for Petitioner
                                      ALVIN GREEN

**DECLARATION OF VINCENT JAMES OLIVER**

I, Vincent James Oliver, declare:

1. I am an attorney at law duly authorized to practice before this Court, and I have been so authorized, continuously, for in excess of thirty years.  Moreover, I am familiar with the facts set forth herein and if called as a witness would competently so testify.

2. This declaration is submitted in support of the Petitioner's Request for an extension of time within which to file a Motion and Affidavit for Leave to Proceed on Appeal pursuant to 28 U.S.C. 1915 and Fed. R. P.24.

3. I have represented the defendant through  most of the proceedings herein and I did file an Application for a Certificate of Appealability on his behalf.  At the time I received the denial of the Application however, my office did not send a Application to proceed on Appeal per 28 U.S.C. 1915 and Fed. R. P.24 to the Petitioner for his signature.

4. I have sent one to him at his prison location for his signature today, but fear that it will not be returned to my office until the time period allotted by the court has expired.

2

Accordingly, this court is respectfully requested to extend the time for filing of the application up to and including November 25, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of October, 2009, at Los Angeles, California.

                                                           /S/VINCENT JAMES OLIVER
                                                              Vincent James Oliver