**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y Daniel**

Crim. No. 01-CR-00214-WYD
Civil Action No. 07-CV-00367-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

      -vs-

ALVIN GREEN,

    Defendant/Movant.

---

**[PROPOSED] ORDER GRANTING AN EXTENSION OF TIME WITHIN WHICH THE DEFENDANT/MOVANT MAY FILE A MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C.1915 & Fed.R.P.24**

---

Movant has submitted a request for an order granting to him, an extension of time up to and including November 25, 2009 within which to submit a Motion and Affidavit for Leave to Proceed on Appeal pusuant to 28 U.S.C. 1915 and Fed.R.P.24.

GOOD CAUSE APPEARING, it is hereby:

**ORDERED** that Movant is granted an extension of time up to and including November 25, 2009 within which to cure the deficiencies designated in this court's Order of September 25, 2009;

**FURTHER ORDERED** that, if Movant fails to cure the designated deficiencies on or before said date, the Court of Appeals will be so notified.

Dated: _____.

                              BY THE COURT:

                              _____
                              Wiley Y. Daniel
                              Chief United States District Judge

Dated: October 19, 2009.
                          by:   /s/ Vincent James Oliver
                                  Vincent James Oliver
                                  Attorney for Petitioner
                                  ALVIN GREEN