UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defense Counsel's Motion to Withdraw as Counsel, filed October 16, 2009 [#3751] is **GRANTED**.  Attorney Anthony Viorst, of The Viorst Law Offices, P.C., may **WITHDRAW** as counsel for Defendant Zebedee Hall in this matter.

    Dated:  October 21, 2009