UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 01-cr-00214-WYD | FTR KLM PM |
| October 21, 2009 | |
| UNITED STATES OF AMERICA | Greg Rhodes |
| v. | |
| KEYONNA DAVIS | Boston Stanton |

**DETENTION AND PRELIMINARY HEARING ON SUPERVISED RELEASE VIOLATION**

Court in Session: 2:48 pm

Court calls case and appearances of counsel.

Thomas Meyer is present from probation.

Defendant tenders a waiver of the preliminary hearing to the court.

Waiver accepted as knowing and voluntary.

Government notifies the court that the parties have agreed to release the defendant to a halfway house once bed space is available.

Counsel to chambers.

**ORDERED:** The court will release the defendant to a halfway house once bed space is available. Once released, the defendant shall comply with all previously imposed conditions of supervised release.

The bond amount shall be set at the time of defendant's release.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in Recess: 2:50 pm

Total time: 2 minutes

Hearing concluded.