AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>__Kayonna Davis__<br>Defendant | )<br>)   Case No. 01-cr-00214-WYD<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __10/21/09__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__Boston Stanton__
*Printed name and bar number of defendant's attorney*

__P.O. Box 200507  Denver CO 80220__
*Address of defendant's attorney*

__bostonhs@aol.com__
*E-mail address of defendant's attorney*

__(303) 377-2757__
*Telephone number of defendant's attorney*

__(303) 394-0204__
*FAX number of defendant's attorney*