UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

3.  KEYONNA DAVIS,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set in this matter for **Wednesday, November 4, 2009 at 9:00am** in Court Room A-1002 .

    Dated: October 22, 2009