IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00367-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

4.    ALVIN GREEN, a/k/a "MEL DOG,"

    Movant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

On September 17, 2009, the United States Court of Appeals for the Tenth Circuit ("Tenth Circuit") ordered the movant either to pay the appellate filing fees to this court or to file a 28 U.S.C. § 1915 motion and affidavit within ten days [# 3742]. On October 20, 2009, movant filed in this court a motion for extension of time in which to file a 28 U.S.C. § 1915 motion and affidavit [#3755]. The motion for extension of time is **DENIED** with leave to refile in the Tenth Circuit.

    Dated:  October 22, 2009