UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

3.  KEYONNA DAVIS,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Supervised Release Violation Hearing previously set for Wednesday, November 4, 2009 at 9:00am is **RESET for Monday, December 14, 2009 at 11:00 a.m. in Court Room A-1002 .**

    Dated: October 26, 2009