**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date: October 28, 2009    Case Number: 01-cr-00214-WYD-7

CERTIFICATE OF MAILING

    The undersigned hereby certifies that on the above date a copy of the Docs.# 3758 and #3764 were duly mailed to the persons listed below:

Zebedee Hall
3392 Niagara Street
Denver, CO 80207
1.

GREGORY C. LANGHAM, CLERK

By: s/M. Wiles
      M. Wiles, Deputy Clerk