UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ZEBEDEE HALL, et al.,

     Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant Zebedee Hall's *pro se* Motion to Re-file and Seal Motion for Relief Due to Void Judgment ("Motion to Re-file"), filed October 27, 2009 [#3764] is **GRANTED IN PART**.  The Motion to Re-file is granted in that the Motion for Relief from Void Judgment Due to Defect in the Proceeding ("Motion for Relief"), and memorandum brief in support, which are attached to the Motion to Re-file, shall be docketed as a separate motion.  However, Defendant's request to seal the Motion for Relief is **DENIED**.  Defendant has not provided any legal basis for sealing the Motion for Relief.

     Dated:  October 28, 2009