**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 3, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 09-1411<br>(D.C. Nos. 1:01-CR-00214-WYD-4 &<br>1:07-CV-00367-WYD) |
| ALVIN GREEN, a/k/a Mel Dog, | |
| Defendant - Appellant. | |

---

**ORDER**

---

Within 14 calendar days of the date of this order, Defendant-Appellant's retained counsel shall file with this court an entry of appearance, docketing statement and a transcript order form. Also within 14 calendar days of the date of this order, counsel shall either pay the filing fee to the district court, or file in the district court a compliant motion for leave to proceed on appeal without prepayment of costs and fees.

Failure to comply with this order may result in dismissal of this appeal from the denial of a 28 U.S.C. § 2255 motion.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk