Zebedee-Eli Hall, c/o:
3392 Niagara Street
Denver, Colorado 80207

November 20, 2009

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 NOV 23   AM 10: 34

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

To: Clerk of the Court
    U.S. District Court
    Denver, Colorado

Regarding: UNITED STATES OF AMERICA V. ZEBEDEE HALL©, Cause No. 01-CR-214-D-(7)

Greetings:

Please be advised that due to relocation, any and all correspondence related to the above regarding should now be sent to the address below:

3392 Niagara Street
Denver, Colorado

This address shall be the address the Court may contact the defendant from this day forward and I thank you in advance for your time and service.

Respectfully,

By: _____
    Zebedee-Eli Hall, Without Prejudice and All
    Rights are Reserved



Zebedee-El· Hall, c/o:
3392 Niagara Street
Denver, Colorado 80207

DENVER CO 802
20 NOV 2009 PM 3 T

Clerk of the Court
U.S. District Court, A-105
901 19th Street
Denver, Colorado 80294

80294+2500