UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY WOODS, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Sammy Woods's *pro se* Motion for Reduction of Sentence, filed November 2, 2009 [#3769]. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Ronald Gainor and, consequently, I will not consider a motion that the Defendant has filed *pro se*. In addition, I would note that I have already determined that Defendant Woods was not eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), by my Order dated June 16, 2008. Accordingly it is

ORDERED that Defendant's Defendant Sammy Woods's *pro se* Motion for Reduction of Sentence, filed November 2, 2009 [#3769], is **STRICKEN**.

Dated:  November 25, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge