UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBEDEE HALL, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Hall's *pro se* Motion for Relief from Void Judgment Due to Defect in the Proceeding ("motion"), and memorandum brief in support, filed October 27, 2009 [#3767].  In the motion Defendant Hall requests that I discharge the indictment, conviction and judgment entered against him in this case pursuant to Fed. R. Civ. P. 60(b)(4), and contends I am without jurisdiction to convict him.  I must construe the Fed. R. Civ. P. 60(b)(4) motion liberally because Defendant Hall is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, I should not be the *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.

By way of background, I note that Judgement originally entered against Defendant Hall in this case on April 14, 2005, and was subsequently amended on June 22, 2007, and again on October 31, 2008.  In the amended judgment entered in October, 2008, Defendant's previously imposed sentence of imprisonment was reduced from 151 months to 121 months.  Defendant Hall did not appeal this amended

judgment. Upon review of the instant motion, it is apparent that Defendant Hall is proceeding under the wrong rule and that Fed. R. Civ. P. 60(b) is not available to obtain the relief he seeks. Rule 1 of the Federal Rules of Civil Procedure unambiguously provides that "[t]hese rules govern the procedure in the United States district courts in all suits of a civil nature." The judgment that Defendant Hall contests was entered in a criminal case. Rule 60(b) does not provide for relief from judgment in a criminal case. *See United States v. Mosavi*, 138 F.3d 1365, 1366 (11th Cir. 1998). Accordingly, it is

ORDERED that Defendant Hall's Motion for Relief from Void Judgment Due to Defect in the Proceeding, filed October 27, 2009 [#3767] is **DENIED**.

Dated: November 25, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge