# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:01-CR-00214-WYD-4
Civil Action No. 1:07-CV-00367-WYD

Alvin Green

Plaintiff(s)/Petitioner(s),

v.

United States of America

Defendant(s)/Respondent(s).

---

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal pursuant to 28 U.S.C. § 753(f). In support of my requests, I submit the accompanying affidavit and declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are: Ineffective assistance of counsel / Cruel & unusal punishment
(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.
(6) The transcript is needed to decide the issue presented by the appeal.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number and the question number.

Rev. 9/98

4. How much cash do you and your spouse have? $ N/A
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): N/A

Motor vehicle #1 (Value):
Make & year: N/A
Model:
Registration #:

Motor vehicle #2 (Value):
Make & year: N/A
Model:
Registration #:

Other assets (Value): N/A

Other assets (Value): N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Dylan Green | Kids | 16 |
| Tatiana Green |  | 17 |
| De'Autri Green |  | 17 |
| Christian Grant |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |

Are real-estate taxes included? ☐ Yes  ☐ No
Is property insurance included? ☐ Yes  ☐ No

-3-

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|     Homeowner's or renter's | $ N/A | $ N/A |
|     Life | $ N/A | $ N/A |
|     Health | $ N/A | $ N/A |
|     Motor Vehicle | $ N/A | $ N/A |
|     Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $ N/A | $ N/A |
| Installment payments | | |
|     Motor Vehicle | $ N/A | $ N/A |
|     Credit card (name): _____ | $ N/A | $ N/A |
|     Department Store (name): _____ | $ N/A | $ N/A |
|     Other: _____ | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*
☐ Yes ☑ No              If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☐ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes   ☐ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I AM INCARCERATED IN A Federal Penitentiary with a liFe Sentence. I Have AN INCOME OF $20 A Month.

13. State the address of your legal residence.

U.S.P Lee County P.O.Box 305

Jonesville, VA. 24263

Your daytime phone number: (___) _____

Your age: 38      Your years of schooling: 11/ GED

## Affidavit in Support of Motion

*I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my apeal or post a bond for them. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)*

Signed: _____   Date: 10-26-09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00367-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

v.

4.   ALVIN GREEN, a/k/a "MEL DOG,"

   Movant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

On September 17, 2009, the United States Court of Appeals for the Tenth Circuit ("Tenth Circuit") ordered the movant either to pay the appellate filing fees to this court or to file a 28 U.S.C. § 1915 motion and affidavit within ten days [# 3742]. On October 20, 2009, movant filed in this court a motion for extension of time in which to file a 28 U.S.C. § 1915 motion and affidavit [#3755]. The motion for extension of time is **DENIED** with leave to refile in the Tenth Circuit.

   Dated:  October 22, 2009