UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

3.  KEYONNA DAVIS,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The Supervised Release Violation Hearing previously set for Monday, December 14, 2009 at 11:00 a.m. is **VACATED** and **RESET for Thursday, February 18, 2010 at 9:00 a.m. in Court Room A-1002.**

     Dated: December 4, 2009