IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEYONNA DAVIS,

        Defendant.

---

**UNOPPOSED MOTION TO MODIFY BOND AND/OR CONDITIONS OF RELEASE**

---

COMES NOW, the Defendant Keyonna Davis, by and through her attorney, Boston H. Stanton, Jr., and respectfully move this Honorable Court for an Order modifying conditions of her bond to remove the halfway house as a condition of release. In support of said Motion, the Defendant respectfully state to the Court as follows:

1. On October 21, 2009, the Court ordered Ms. Davis be release to a halfway house, once bed space became available. Once released, the defendant shall comply with all previously imposed conditions of supervised released.

2. Defendant Davis has resided at the Independence House (halfway house) since November 16, 2009, with no reported violations.

3. Counsel knows of no failures to appear in the Defendant's past and the Defendant has attended all court dates when her presence was not waived in advance.

4. Upon release from the Independence halfway house, Ms. Davis will reside with her father, Mr. Rod Smith.

5. Ms. Davis' case manager at the Independence House (halfway house), Ms. Andrea Gonzales, who has the responsibility of supervising Ms. Davis, has investigated the residence of Mr. Smith and found it to be an appropriate alternative to the halfway house condition.

6. AUSA Gregory Rhodes agrees that Ms. Davis should be released from the half way house on December 14, 2009.

7. USPO Marcie Fox who has the primary responsibility of supervising Ms. Davis, agrees that Ms. Davis should be released from the half way house on December 14, 2009 and has indicated that Ms. Davis is in compliance with all previously imposed orders with no violations.

8. Counsel has conferred with all parties who agree with the requested modification of bond of removing the halfway house condition of release.

9. While the supervised release hearing has been reset from December 14, 2009 to February 18, 2010, the parties hereby stipulate and agree that Ms. Davis's release from the halfway house on December 14, 2009, with the previously imposed conditions of supervised release would serve the best interest of justice.

10. Ms. Davis is total compliance with all conditions set upon her and will abide by any other conditions the Court may deem appropriate.

11. Currently the conditions of Ms. Davis's release are to comply with all previously imposed conditions of supervised released.

**WHEREFORE**, the Parties respectfully request that this Honorable Court enter an order granting the requested relief.

Dated this 9th day of December, 2009.

>Respectfully submitted,
>
>LAW OFFICE OF BOSTON H. STANTON, JR.
>
>s/Boston H. Stanton, Jr.
>Boston H. Stanton, Jr.
>P.O. Box 200507
>Denver, CO 80220
>(303) 377-2757 Telephone
>(303) 394-0204 Telecopier
>bostonhs@comcast.net
>
>**ATTORNEY FOR KEYONNA DAIVS**

## CERTIFICATE OF MAILING

I hereby certify that on December 9, 2009, I electronically filed the foregoing **UNOPPOSED MOTION TO MODIFY BOND AND/OR CONDITIONS OF RELEASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Greg Rhodes
greg.rhodes@usdoj.gov

USPO Marcie Fox
marcie_fox@cod.uscourt.gov

>s/Boston H. Stanton, Jr.
>LAW OFFICE OF BOSTON H. STANTON, JR.