IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,
        Plaintiff,
v.

KEYONNA DAVIS,
        Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Defendant's Unopposed Motion To

Modify Bond And/Or Conditions Of Release, [doc.#3777], filed December 9, 2009.  The

Court having reviewed the motion and being fully advised of the premises therein,

hereby

ORDERS that the Defendant's Motion to Modify Bond And/Or Conditions Of

Release [doc.#3777], filed December 9, 2009 is **GRANTED**.  The condition that the

Defendant reside in a halfway house is removed. The Defendant shall comply with the

previously imposed conditions of supervised release.

Dated:  December 14, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge