**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 18, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. James C. Murphy
Mr. Guy Till
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Mr. Vincent James Oliver
Law Office of Vincent James Oliver
205 South Broadway
Suite 606
Los Angeles, CA 90012

**RE:**     **09-1411, United States v. Green**
               Dist/Ag docket: 1:01-CR-00214-WYD-4, 1:07-CV-00367-WYD

Dear Counsel:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or shall file accordingly.

Please contact this office if you have questions.

                Sincerely,

                Elisabeth A. Shumaker
                Clerk of the Court

EAS/sds