**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 18, 2009**

**UNITED STATES COURT OF APPEALS**

**Elisabeth A. Shumaker**
**Clerk of Court**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 09-1411<br>(D.C. Nos. 1:07-CV-00367-WYD &<br>1:01-CR-00214-WYD-4) |
| ALVIN GREEN, a/k/a Mel Dog, | |
| Defendant - Appellant. | |

**ORDER**

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk