UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-CR-214

UNITED STATES OF AMERICA,

Plaintiff,

v.

3.  KEYONNA DAVIS,

Defendant.

───────────────────────────────────────────────────────────────────────

**MINUTE ORDER**
───────────────────────────────────────────────────────────────────────

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

  The Supervised Release Violation Hearing previously set for Thursday, February 18, 2010 at 9:00 a.m. is **VACATED** and **RESET** for **Thursday, April 29, 2010 at 11:30 a.m. in Court Room A-1002.**

  Dated: February 8, 2010