IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DACHAUN DAVIS,

       Defendant.

---

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

---

       This matter comes before the Court upon report of the Probation Officer concerning a proposed modification of the Defendant's conditions of supervised release, and the Court having determined that the Defendant is unable to afford to retain counsel, it is

       ORDERED that the Federal Public Defender's Office is hereby appointed to represent the Defendant for this limited purpose.

       DATED at Denver, Colorado, this 17th day of March, 2010.

       BY THE COURT:

       _____
       BOYD N. BOLAND
       United States Magistrate Judge