IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    01-cr-00214-WYD-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**DACHAUN DAVIS,**

        Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

                              Respectfully submitted,

                              RAYMOND P. MOORE
                              Federal Public Defender


                              s/ Janine Yunker
                              JANINE YUNKER
                              Assistant Federal Public Defender
                              633 Seventeenth Street, Suite 1000
                              Denver, Colorado  80202
                              Telephone:    (303) 294-7002
                              Facsimile:    (303) 294-1192
                              Janine_Yunker@fd.org
                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till
Assistant U.S. Attorney
Email: guy.till@usdoj.gov

James Murphy
Assistant U.S. Attorney
Email: james.murphy3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Dachaun Davis
(Via Mail)

s/ Janine Yunker
JANINE YUNKER
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
Facsimile:    (303) 294-1192
Janine_Yunker@fd.org
Attorney for Defendant