## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD-16

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GEORGE MURRAY,

      Defendant.

---

## ORDER APPOINTING CJA PANEL ATTORNEY

---

This matter comes before the Court upon report of the Probation Officer concerning modification of Defendant's conditions of supervised release and the Court having determined that Defendant is unable to afford to retain counsel, it is

ORDERED that CJA Panel Attorney, Wade H. Eldridge, hereby be appointed to represent Defendant for the limited purpose of the proposed modification of conditions of supervised release.

DATED at Denver, Colorado, this **25** day of March, 2010.

      BY THE COURT:

      Boyd N. Boland, Magistrate Judge
      United States District Court