**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

3.  KEYONNA DAVIS,

            Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND
VACATING APRIL 29, 2010 SUPERVISED RELEASE VIOLATION HEARING**

---

THIS MATTER comes to the attention of the Court upon request by the probation

officer to dismiss the petition for violations of supervised release in this case.  The

Court, having been advised of the facts and premises of the above case, hereby

ORDERS that the petition for violations of supervised release, dated the 17th day

of September, 2009, is hereby dismissed.  The Court

FURTHER ORDERS that the supervised release violation hearing scheduled for

Thursday, April 29, 2010, at 11:30 a.m., is hereby **VACATED.**  All proceedings in this

case are therefore terminated.

DATED at Denver, Colorado, this <u>30th</u> day of March, 2010.

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    CHIEF UNITED STATES DISTRICT JUDGE