**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00214-WYD-03

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KEYONNA DAVIS,

       Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND VACATING APRIL 29, 2010 SUPERVISED RELEASE VIOLATION HEARING**

---

      THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss the petition for violations of supervised release in this case.  The Court, having been advised of the facts and premises of the above case, hereby

      ORDERS that the petition for violations of supervised release, dated the 17th day of September, 2009, is hereby dismissed.  The Court

      FURTHER ORDERS that the supervised release violation hearing scheduled for April 29, 2010, be vacated.  All proceedings in this case are therefore terminated.

      DATED at Denver, Colorado, this 1st day of April, 2010.

      BY THE COURT:

      s/ Wiley Y. Daniel
      Wiley Y. Daniel
      Chief United States District Judge