## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-000214-WYD

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SMALL, et. al**

    Defendant.

### NOTICE THAT ECF NOTIFICATION SHOULD BE TERMINATED

    Undersigned counsel submits this notice that ECF notification should be terminated for this matter on the following grounds:

    Counsel Dana M. Casper continues to receive ECF notification on this matter even though she is no longer representing Mr. Brian Harris (Defendant 27).

    WHEREFORE, counsel respectfully notifies the Clerk of the Court that she should be removed from ECF notification for this matter.

**DATED** this 2d day of April, 2010

    s/Dana M. Casper_____
**CASPER & RODARTE, LLC**
**Dana M. Casper, #21149**
**Attorney for Brian Harris(27)**
3773 Cherry Creek Dr. North Suite 575
Denver, Colorado 80209
(303) 333-2276-phone
(303) 496-6766-fax

.

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 1, 2010 I electronically filed the foregoing **Notice of ECF Termination** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel of Record

s/Dana M. Casper_____
**CASPER & RODARTE, LLC**
**Dana M. Casper, #21149**
Attorney for Defendant Debra Lee
3773 Cherry Creek Dr. North Suite 575
Denver, Colorado 80209
(303) 333-2276-phone
(303) 496-6766-fax