PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. GEORGE MURRAY  Docket Number: 01-cr-00214-WYD-16

**Petition for Issuance of a Summons for Modification of Supervised Release**

    COMES NOW, Kurt Pierpont, probation officer of the court, presenting an official report upon the conduct and attitude of George Murray who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 7th day of April, 2004, who fixed the period of supervision at eight (8) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as approved by the probation officer, until such time as he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The defendant released from Independence House Residential Reentry Center (RRC) on April 9, 2010. While in residence at the RRC, the defendant was unable to secure acceptable housing. The defendant initially released to a friend's home, who stole money from the defendant and is on bond supervision out of Adams county for a 2nd Degree Assault charge. The probation office has provided emergency housing for the defendant at a local hotel; however, these funds are provided for emergency purposes only. Although bed space is now available at the RRC, the defendant is unwilling to return to the RRC until the probation office can further investigate and procure acceptable living arrangements for the defendant.

    PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a supervised release modification hearing for placement in a Residential Reentry Center for a term of up to 180 days.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 3rd day of May, 2010, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Kurt Pierpont |
| s/ Wiley Y. Daniel | Kurt Pierpont |
| | Senior U.S. Probation Officer |
| Wiley Y. Daniel | Place: Denver, Colorado |
| Chief U.S. District Judge | Date: April 29, 2010 |