IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16. GEORGE MELVIN MURRAY, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on the Petition for Modification of Supervised Release for Defendant George Melvin Murray shall take place on **Tuesday, May 11, 2010, at 10:00 a.m.**

    May 3, 2010