AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>GEORGE MELVIN MURRAY<br><br>_Defendant_ | )<br>)<br>)<br>) Case No. 01-cr-00214-WYD-16<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294 | Courtroom No.: | A1002 |
|---|---|---|---|
| | | Date and Time: | May 11, 2010, at 10:00 a.m. |

This offense is briefly described as follows:

SUPERVISED RELEASE MODIFICATION HEARING

Date:     5/4/10

s/M. Wiles
_Issuing officer's signature_

By: Gregory C. Langham, Clerk, U.S. District Court
_Printed name and title_

I declare under penalty of perjury that I have:

☒ Executed and returned this summons      ☐ Returned this summons unexecuted

Date:     5/4/10

_Server's signature_

KURT PIERPONT SR. U.S. PROBATION OFFICER
_Printed name and title_