IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

KEYONNA DAVIS,

                  Defendant.

---

## MOTION TO TERMINATE SUPERVISED RELEASE

---

COMES NOW, the Defendant Keyonna Davis, by and through her attorney, Boston H. Stanton, Jr., and respectfully move this Honorable Court for an Order discharging her from supervised release and terminating said jurisdiction.  In support of said Motion, the Defendant respectfully state to the Court as follows:

1. On December 31, 2003, this Court placed Ms. Davis on supervision for a period of four years with general terms and conditions.  The term of supervised release commenced on September 19, 2005.

2. Ms. Davis has complied with the rules and regulations of supervised release and is not longer in need of supervision.

3. On April 1, 2010, the Court entered an order terminating all proceedings but did not indicate that Ms. Davis was discharged from supervised released and jurisdiction be terminated.

**WHEREFORE**, the Parties respectfully request that this Honorable Court enter an order granting the requested relief.

Dated this 10th day of May, 2010.

Respectfully submitted,

LAW OFFICE OF BOSTON H. STANTON, JR.

s/Boston H. Stanton, Jr.
Boston H. Stanton, Jr.
P.O. Box 200507
Denver, CO 80220
(303) 377-2757 Telephone
(303) 394-0204 Telecopier
bostonhs@comcast.net

**ATTORNEY FOR KEYONNA DAIVS**

**CERTIFICATE OF MAILING**

I hereby certify that on May 10. 2010, I electronically filed the foregoing **MOTION TO TERMINATE SUPERVISED RELEASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Greg Rhodes
greg.rhodes@usdoj.gov

USPO Marcie Fox
marcie_fox@cod.uscourt.gov

s/Boston H. Stanton, Jr.
LAW OFFICE OF BOSTON H. STANTON, JR.

2