**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   01-cr-00214-WYD-16

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

16.  GEORGE MELVIN MURRAY,

      Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER is before the Court upon a petition filed by the probation officer seeking placement of the defendant in a Residential Reentry Center, and the Court having heard statements from Assistant U.S. Attorney Guy Till, defense counsel, Wade Eldridge, and the defendant on May 11, 2010.  The Court has insufficient information to determine the suitability of the defendant's proposed release residence and has noted the defendant's reluctance to return to the Residential Reentry Center.  It is, therefore,

ORDERED that the defendant shall reside in a Residential Reentry Center for a period of up to 180 days, to commence at the direction of the Probation Office, and that the defendant shall observe the rules of that facility.  The defendant may be discharged from the Residential Reentry Center once suitable housing is secured for the defendant, without further order of this Court.

Dated this <u>11th</u> day of May, 2010.

                                                BY THE COURT:

                                                <u>s/ Wiley Y. Daniel</u>
                                                WILEY Y. DANIEL,
                                                CHIEF UNITED STATES DISTRICT JUDGE