IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | May 11, 2010 | Prob./Pret.: | Kurt Pierpont |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.  **01-cr-00214-WYD**         <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Guy Till

      Plaintiff,

v.

**16.  GEORGE MELVIN MURRAY**,                Wade H. Eldridge

      Defendant.

## COURTROOM MINUTES

**HEARING ON MODIFICATION OF SUPERVISED RELEASE**

**10:09 a.m.**     Court in Session - Defendant present (on supervised release)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Issue of modification of supervised release is raised for argument.

10:10 a.m.     Statement on behalf of Probation (Mr. Pierpont).

10:11 a.m.     Statement on behalf of Defendant (Mr. Eldridge).

10:15 a.m.     Statement on behalf of Probation (Mr. Pierpont).

| | |
|---|---|
| 10:18 a.m. | Statement by Defendant on his own behalf (Mr. Murray). |
| 10:25 a.m. | Statement on behalf of Government (Mr. Till). |
| 10:26 a.m. | Statement on behalf of Probation (Mr. Pierpont). |
| **ORDERED:** | Defendant George Melvin Murray shall be placed back into the halfway house at Independence House. |
| **ORDERED:** | Probation shall look for suitable housing for Defendant George Melvin Murray. |
| **ORDERED:** | Probation shall submit a proposed form of order as soon as possible. |
| **10:32 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   :23**