IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**2.    DACHAUN DAVIS**,

        Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL
AND REQUEST TO HAVE ECF NOTIFICATION TERMINATED**
_____

    Undersigned counsel hereby moves this Court to be withdrawn as counsel of record in the above-captioned case and that she also be removed from ECF notification in this matter:

    1.    The Office of the Federal Public Defender was appointed to represent Dachaun Davis on March 17, 2010. Assistant Federal Public Defender, Janine Yunker entered her appearance on behalf of Dachaun Davis on March 23, 2010.

    2.    Undersigned counsel is retiring from the Federal Public Defender Office and will no longer be employed by the Office after April 30, 2010.

WHEREFORE, undersigned counsel hereby requests the Court that she be withdrawn as counsel of record and removed from ECF notification in this matter.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Janine Yunker
JANINE YUNKER
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
Facsimile:    (303) 294-1192
Janine_Yunker@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, I electronically filed the foregoing

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO HAVE ECF NOTIFICATION TERMINATED**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda McMahan
Assistant U.S. Attorney
Email: linda.mcmahan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

                                          s/ Janine Yunker
                                          JANINE YUNKER
                                          Assistant Federal Public Defender
                                          633 Seventeenth Street, Suite 1000
                                          Denver, Colorado  80202
                                          Telephone:   (303) 294-7002
                                          Facsimile:    (303) 294-1192
                                          Janine_Yunker@fd.org
                                          Attorney for Defendant