IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEYONNA DAVIS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government and Probation shall respond to Defendant's Motion for Order Terminating Supervised Release filed May 10, 2010 [d/e 3796] by **June 11, 2010.**

    Dated: June 2, 2010