# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

3. KEYONNA DAVIS,

        Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Terminate Supervised Release [ECF No. 3796] filed May 10, 2010. Defendant seeks a discharge from her term of supervised release. For the reasons set forth on the Court's Order of April 1, 2010, it is

ORDERED that Defendant Keyonna Davis's Motion to Terminate Supervised Release [ECF No. 3796] filed May 10, 2010 is **GRANTED** and her term of supervised release is hereby discharged and jurisdiction over the Defendant is terminated.

DATED: August 3rd, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE