PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. GEORGE MURRAY          Docket Number: 01-cr-00214-WYD-16

**Petition for Issuance of Arrest Warrant Due to Violation of Supervised Release**

COMES NOW, Kurt Pierpont, probation officer of the court, presenting an official report upon the conduct and attitude of George Murray who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 7th day of April, 2004, who fixed the period of supervision at eight (8) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and/or treatment for drug abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

On May 11, 2010, the defendant's conditions of supervised release were modified to include the following:

2. The defendant shall reside in a residential reentry center for a period of up to 180 days to commence at the direction of the probation office, and shall observe the rules of that facility. The defendant may be discharged from the residential center once suitable housing is secured for the defendant without further order of this court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violation of supervised release and that the petition and warrant be sealed until the arrest of the defendant. Subsequent to the arrest of the defendant, that the court consider revocation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 27th day of January, 2011, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct.<br><br>*/s/ Kurt Pierpont*<br>Kurt Pierpont<br>Senior U.S. Probation Officer |
| s/ Wiley Y. Daniel<br>Wiley Y. Daniel<br>Chief U.S. District Judge | Place: Denver, Colorado<br>Date: January 26, 2011 |

## ATTACHMENT

On January 15, 2010, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions has been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on April 9, 2010.

The defendant has committed the following violation of supervised release:

<u>VIOLATION OF LAW</u> (Third Degree Assault)

On or about October 2, 2010, the defendant committed the offense of Third Degree Assault, which constitutes a Grade A violation of supervised release.

This charge is based on the following facts:

On October 5, 2010, the defendant was arrested by officers from the Denver Police Department following a domestic violence incident on October 2, 2010. According to Denver Police Department offense reports, the defendant punched the victim (former girlfriend) on her left leg and hip with a closed fist after he became agitated about her working overtime. It is noted that the victim is a stroke victim who is partially paralyzed on the left side of her body.

After pleading guilty to this offense, the defendant was sentenced on January 21, 2011, in Denver County Court Case No. 10M12509 to one hundred eighty (180) days custody.