✎AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Colorado

UNITED STATES OF AMERICA

V.

GEORGE MURRAY

**WARRANT FOR ARREST**

Case Number: 01-cr-00214-WYD-16

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   __GEORGE MURRAY__
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of Law (Third Degree Assault)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/R. Mason |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | Denver, Colorado 1/27/2011 |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |