**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date:  January 27, 2011            Case Number:  01-cr-00214-WYD-16

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the Sealed Documents No. 3809 & 3810  were duly hand delivered to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

GREGORY C. LANGHAM, CLERK

By:  s/ RMason
     RMason, Deputy Clerk