⍟AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### District of Colorado

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| GEORGE MURRAY | Case Number: 01-cr-00214-WYD-16 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ **GEORGE MURRAY** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

Violation of Law (Third Degree Assault)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/R. Mason |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | Denver, Colorado  1/27/2011 |
| Title of Issuing Officer | Date and Location |

FILED U.S. DISTRICT COURT DISTRICT OF COLORADO
2011 JAN 31  AM 7:34
GREGORY C. LANGHAM CLERK
BY_____ DEP. CLK

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 27 JAN 11 | Tony Gunn  DUSM | /s/ Tony Gunn |
| DATE OF ARREST | | |
| 27 JAN 11 | | |