UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16. GEORGE MURRAY,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Supervised Release Violation is set for **Wednesday, February 16, 2011 at 3:00 p.m.** in courtroom A-1002.

    Dated: February 1, 2011