AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>**George Murray**<br>_Defendant_ | )<br>)<br>) Case No. **01-cr-00214-WYD-16**<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: **2/1/2011**

_George Murray_
Defendant's signature

_Richard N. Stuckey_
Signature of defendant's attorney

**Richard N. Stuckey #7849**
Printed name and bar number of defendant's attorney

**1801 Broadway Suite 1100**
Address of defendant's attorney

**dick@richardstuckeylaw.com**
E-mail address of defendant's attorney

**303-292-0110**
Telephone number of defendant's attorney

**303-292-0522**
FAX number of defendant's attorney