DENVER COUNTY COURT          ( Y AND COUNTY OF DENVER          ( STATE OF COLORADO
**ADVIS...ENT PER C.R. CRIM. P. RULE 11 and PLEA OF GUILTY**

**THE PEOPLE OF THE STATE OF COLORADO**

vs.

_George Murray_ , Defendant. Case No. _10M12509_  Courtroom _3E_

DISPOSITION: _Ct. 1 + 180d DCJ._

I. The undersigned acknowledges that he or she is the defendant in this case and that his or her true name is as stated above.

II. The following is a statement of the rights which the defendant has in this case:
  a. You have the right to enter a plea of not guilty and have a trial in this case either to the Court or to a jury.
  b. You have the right to be represented by your attorney throughout the trial and at all proceedings leading up to the trial.
  c. If you do not have the means to hire an attorney, you can ask the Court to appoint one for you without cost to you, and one will be appointed.
  d. You are presumed innocent of the charges pending against you, and that presumption of innocence will remain with you throughout the trial until the prosecution presents evidence to prove you guilty beyond a reasonable doubt.
  e. At the trial you have the right to confront the witnesses called to testify against you and to cross-examine those witnesses.
  f. You have the right to present evidence in your own defense at the trial and to compel the attendance of witnesses by subpoenas issued by this Court.
  g. You have the right to remain silent at the trial or testify in your own defense as you choose. If you choose to remain silent, your silence cannot be used against you.
  h. After the trial is over, you have the right to appeal to a higher Court to review the judgments of the Court.

III.
  1. I have read and understand the elements of the offense(s) and the penalties of the offense(s) stated in Section ____ on the reverse of this form. I understand that the State would have to prove each element of the offense beyond a reasonable doubt before I could be convicted of that offense in a trial. I am entering a plea of guilty to the offense(s).
  2. I am entering my plea of guilty voluntarily and not as a result of coercion or undue influence on the part of anyone. There has been no force, threats or promises made to me to cause me to enter this plea.
  3. I understand that the Court will not be bound by any representations made to me by anyone concerning the penalty to be imposed or the granting or denial of probation, unless such representations are included in a formal plea agreement approved by the Court.
  4. I acknowledge that there is a factual basis for this plea, or, if this plea is a result of a plea bargain, I waive the establishment of a factual basis for the charge.
  5. At this time I am not under the influence of any drugs, intoxicants, or medication which would interfere with my ability to understand the advisements given in this form.

IV. The Defendant and the District Attorney consent to the jurisdiction and authority of the County Court Magistrate to accept the Defendant's plea of guilty, to enter judgment of conviction, and to impose sentence thereon, and the defendant waives his or her right to proceed before a County Court Judge for these proceedings.

V. I acknowledge that I have read and understand the advisement of rights in Section II above, and I understand that by entering my plea of guilty to the charge, I am waiving and giving up all the rights set forth in Section II above. I also acknowledge that I have read and understand the statements in Sections I, III, and IV above and those statements are true and correct.

Signed this date _____ 1/14/11  X _George Murray_
                                                Defendant's Signature

V. I acknowledge that I have reviewed this advisement with the defendant and I believe that he/she understands his/her rights, the nature of the charge(s) and the possible penalties and is entering this guilty plea voluntarily.

Signed this date __1/14/11__  _____  42575
                              ATTORNEY'S Signature    Reg. No.

                              _TAYLOR CRITCHELL_
                              Print Attorney's Name

**ORDER**

The Court finds that the defendant has entered his guilty plea to the charge voluntarily with a full understanding of his or her rights, the nature of the charge and the possible penalties, therefore the Court accepts the plea and enters judgment on the plea.

☑ **Domestic Violence.** The c    also finds that the factual basis underlying this offense includes an act of domestic violence and an intimate relationship pursuant to CRS 18-6-800. 1(1)

Signed this date _14 JAN 11_  _Brian J. Campbell_
                                          Judge

Rev. 12/09

**DEFINITIONS FOR BELOW STATUTES:**

"**Knowingly**" means the following: A person a~~l~~ "knowingly" or "willfully" with respect to conduct o~~r~~ a circumstance described by a statute defining an offense when he/she is aware that his/her condu~~ct~~ of such nature or that such circumstance exists. A~~ l~~ on acts knowingly or willfully with respect to a result of his/her conduct when he/she is aware that his/her conduct is practically certain to cause the result.

"**Recklessly**" is defined as follows: A person acts recklessly when he consciously disregards a substantial and unjustifiable risk that a result will occur or that a circumstance exists.

"**Bodily injury**" means physical pain, illness, or any impairment of physical or mental condition.

"**Peace Officer**" means a sheriff, undersheriff, deputy sheriff, police officer, state patrol officer, coroner, marshal, any officer, guard, or supervisory employee of any institute within the Colorado Department of Institutions, a district attorney, chief deputy district attorney, assistant district attorney, deputy district attorney, an authorized investigator of a district attorney or the attorney general, a probation or parole officer, an officer or member of the national guard while acting under call of the governor in cases of emergency or civil disorder, an agent of the Colorado Bureau of Investigation, a wildlife conservation officer, and security guard employed by the State of Colorado.

"**Intentionally**" or "**with Intent**" – A person acts "intentionally" or "with intent" when his/her conscious objective is to cause the specific result proscribed by the statute defining the offense. It is immaterial to the issue of specific intent whether or not that result actually occurred.

"**Obscene**" – A patently offensive description of ultimate sexual acts or solicitation to commit ultimate sexual acts, whether or not said ultimate sexual acts are normal or perverted, actual or simulated, including excretory functions.

---

## A. ASSAULT IN THE 3rd DEGREE: Class 1 Misdemeanor C. R. S. 18-3-204(a)

The following are the elements of the charge on which you are entering a guilty plea. At a trial the prosecution would have to prove each element beyond a reasonable doubt.

1. That you, in the City and County of Denver, State of Colorado, at or about the date charged:
   a.    Knowingly or recklessly caused bodily injury to another person; **OR**
   b.    With criminal negligence caused bodily injury to another person by means of a deadly weapon.
2. That the crime was committed unlawfully. Unlawfully means that there was no legal permission, justification, or authorization for the commission of the crime.

**The PENALTIES for this Class 1 Misdemeanor and Extraordinary Risk Crime are:** The Court may impose a fine from $500 to $5000 or imprisonment in the County jail for 6 months to 24 months or both. If the victim is a mental health professional employed by or under contract with the department of human services engaged in the performance of his or her duties, the court may impose up to 48 months in the County jail, pursuant to C.R.S 18-1.3-501(1.7).

---

## B. ASSAULT IN THE 3rd DEGREE– PEACE OFFICER: Class 1 Misdemeanor, C.R.S 18-3-204(b); 18-1.3-501(1.5)

The following are the elements of the charge on which you are entering a guilty plea. At a trial the prosecution would have to prove each element beyond a reasonable doubt.

1. That you, in the City and County of Denver, State of Colorado, at or about the date charged:
   a.    With intent to infect, injure, harm, harass, annoy, threaten, or alarm another person whom you should reasonably have known to be a peace officer, firefighter, or emergency medical technician engaged in the performance of his or her duties; **AND**
   b.    Caused that other person to come into contact with blood, seminal fluid, urine, feces, saliva, mucus, vomit, or any toxic, caustic, or hazardous material by any means.
2. That the crime was committed unlawfully. Unlawfully means that there was no legal permission, justification, or authorization for the commission of the crime.

**The PENALTIES for this Enhanced Sentence Class 1 Extraordinary Risk Misdemeanor are:** The Court shall sentence the Defendant to a term of imprisonment greater than the maximum sentence but no more than twice the maximum sentence authorized for the same crime when the victim is not a peace officer. This sentence will be from 2 years and a 1 day to 4 years. In addition to imprisonment, the Court may impose a fine from $500 to $5000.

---

## C. HARASSMENT: Class 3 Misdemeanor, C.R.S. 18-9-111(1)

The following are the elements of the charge on which you are entering a guilty plea. At a trial the prosecution would have to prove each element beyond a reasonable doubt.

1. That you, in the City and County of Denver, State of Colorado, at or about the date charged:
   With intent to harass, annoy, or alarm another person unlawfully:
   ____Struck, shoved, kicked, or otherwise touched a person or subjected him/her to physical contact (C.R.S. 18-9-111(1)(a); **OR**
   ____In a public place directed obscene language or made an obscene gesture to or at another person (C.R.S. 18-9-111(1)(b); **OR**
   ____Followed a person in or about a public place (C.R.S. 18-9-111(1)c); **OR**
   ____Initiated communication with a person, anonymously or otherwise by telephone, telephone network, data network, text message, instant message, computer, computer network, or computer system in a manner intended to harass, threaten bodily injury, and threaten property damage, and did make comment, request, suggestion or proposal by the telephone, computer, computer network, or computer system that was obscene (C.R.S. 18-9-111(1)(e); **OR**
   ____Made a telephone call or caused a telephone to ring repeatedly, whether or not a conversation ensued, with no purpose of legitimate conversation C.R.S. 18-9-111(1)(f); **OR**
   ____Made repeated communications at inconvenient hours that invaded the privacy of another and interfered in the use and enjoyment of another's home or private residence or other private property (C.R.S. 18-9-111(1)(g); **OR**
   ____Repeatedly insulted, taunted, challenged, or made communications in offensively coarse language to another in a manner likely to provoke a violent or disorderly response (C.R.S. 18-9-111(1)(h).

**The PENALTIES for this CLASS 3 MISDEMEANOR are:** The Court may impose a fine from $50 to $750 or imprisonment in the County jail for up to 6 months or both.

**The offense is a CLASS 1 MISDEMEANOR if the offense is committed with the intent to intimidate or harass another person because of the person's actual or perceived race, color, religion, ancestry, or national origin.** The PENALTIES are: The Court may impose a fine from $500 to $5000 or imprisonment in the County jail for 6 months to 18 months or both.

rev. 12/09

Printed: 02/14/11 11:16 AM

# Case Number : 10M12509

Page 1 of 2

## Case Information

DCC Case No: 10M12509          State Case No: C0062010M 012509

| | Case Type | Vio Date | Date Filed | Trial Ctrm | DV |
|---|---|---|---|---|---|
| CLOSED | DOMESTIC VIOLENCE | 10/04/2010 | 10/19/2010 | 3E | Y |

Location: 1599 WILLAMS ST

## Party Information

DCC Case No: 10M12509

1 Party

**DEFENDANT**

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MURRAY | GEORGE | | | 04/11/1953 | CLEAR |

Address: 1599 WILLIAMS
DENVER, CO 80203

## Violations

DCC Case No: 10M12509

| Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|
| 1 GUILTY | 18-3-204(1)(a) | M1 | ASSAULT 3-KNOW/RECKLESS CAUSE INJURY | |

## Sentence Information

DCC Case No: 10M12509

| Date/Description | Value | Units | SQE Date | Due Date | Status |
|---|---|---|---|---|---|
| 01/21/2011 JAIL TIME IMPOSED | 180 | DAYS | | | |

## Action Information

DCC Case No: 10M12509

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 02/02/11 09:00 JURY TRIAL | | Judge B Campbell | 3E | VACATE COURT DATE | |
| 01/28/11 08:50 CASE CLOSED | | | 160 | | |
| 01/28/11 08:50 FILE QUALITY REVIEW PERFORMED | | | 160 | | |
| 01/24/11 00:00 PROTECTION ORDER CANCELED | | | 3E | | |
| 01/21/11 13:13 WAIVE FINES & COSTS | | | 3E | | |
| 01/21/11 08:30 SENTENCING HEARING | | Judge D Burd | 3E | SENTENCE IMPOSED | |
| Minute #1 | JUDGE DEB: [SENTIM], Def w/Atty | | | | |
| 01/14/11 13:30 MOTION HEARING | | Judge B Campbell | 3E | GUILTY PLEA IMMEDIATE SENTENCE | |
| Minute #1 | JUDGE BTC: [GPSET], Set SENT | | | | |
| | The court finds that the factual basis underlying this offense includes an act of domestic violence and an intimate relationship pursuant to CRS 18-5-800.3(1) BTC | | | | |
| 12/17/10 10:44 SUPP WITNESS LIST RECEIVED | | | 335 | | |
| 12/16/10 13:32 404B MOTION | | | 3E | | |
| 11/01/10 09:54 ENTRY OF APPEARANCE | | | 375 | | |
| 10/29/10 10:23 BOND REDUCED | | | 3E | | 5,000.00 |
| 10/29/10 08:30 DISPOSITION/RESET DATE | | Judge D Burd | 3E | HEARING HELD | |
| Minute #1 | JUDGE DEB: [HELD], BOND REDUCED-$5000.00 | | | | |
| 10/22/10 08:30 IN CUSTODY HEARING | | Judge D Burd | 3E | NOT GUILTY PLEA SET NEW DATE | |
| Minute #1 | JUDGE DEB: [NGSET], Set DISTRL | | | | |
| 10/22/10 00:00 SPEEDY TRIAL STARTS | | | | SET NEW COURT DATE | |
| 10/19/10 13:30 PROTECTION ORDER | | | 4C | | |
| 10/19/10 13:30 BOND SET | | | 4C | | 10,000.00 |
| 10/19/10 13:30 ARRAIGNMENT | | Magistrate C Cary | 4C | DEFENDANT ADVISED | |
| Minute #1 | Defendant Advised on Public Defender CAC | | | | |
| Minute #2 | JUDGE CAC: [DEFADV], Set INCUST, BOND SET-$10000.00, Issue PO | | | | |
| 10/19/10 07:53 CASE ENTERED | | | | | |
| 10/18/10 00:00 DENVER CITY JAIL IN CUSTODY | | | | | |

## Jail Information

DCC Case No: 10M12509

| Date | Location | Arrest No |
|---|---|---|
| 10/18/2010 | DENVER CITY JAIL IN CUSTODY | |