# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | February 16, 2011 | Prob./Pret.: | Kurt Pierpont |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **01-cr-00214-WYD**         Counsel:

UNITED STATES OF AMERICA,                    Guy Till

      Plaintiff,

v.

**16.  GEORGE MELVIN MURRAY**,              Richard N. Stuckey

      Defendant.

## COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING**

**3:08 p.m.**   Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

3:09 p.m.   Statement on behalf of Defendant requesting a continuance of this hearing (Mr. Stuckey).

3:12 p.m.   Statement on behalf of Probation (Mr. Pierpont).

3:14 p.m.   Statement on behalf of Defendant (Mr. Stuckey).

3:26 p.m.   Statement on behalf of Government (Mr. Till).

| | |
|---|---|
| 3:27 p.m. | Statement on behalf of Defendant denying violations (Mr. Stuckey). |
| 3:27 p.m. | Statement on behalf of Government (Mr. Till). |
| 3:28 p.m. | Statement on behalf of Defendant (Mr. Stuckey). |
| 3:57 p.m. | Statement on behalf of Government (Mr. Till). |
| 3:59 p.m. | Statement on behalf of Defendant (Mr. Stuckey). |
| 4:02 p.m. | Statement by Defendant on his own behalf (Mr. Murray). |
| 4:19 p.m. | Statement on behalf of Defendant (Mr. Stuckey). |
| **ORDERED:** | A further supervised release violation hearing is set for **Wednesday, February 23, 2011, at 10:30 a.m., in courtroom A-1002.** |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **4:19 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME: 1:11**