IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | February 23, 2011 | Prob./Pret.: | Kurt Pierpont |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **01-cr-00214-WYD**              Counsel:

UNITED STATES OF AMERICA,                          Guy Till

      Plaintiff,

v.

**16. GEORGE MELVIN MURRAY**,                     Richard N. Stuckey

      Defendant.

## COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING**

**10:37 a.m.**   Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

10:50 a.m.   Statement on behalf of Government (Mr. Till).

10:51 a.m.   Statement on behalf of Defendant(Mr. Stuckey).

10:56 a.m.   Statement on behalf of Probation (Mr. Pierpont).

10:57 a.m.   Statement on behalf of Defendant (Mr. Stuckey).

| | |
|---|---|
| 10:57 a.m. | Statement on behalf of Probation (Mr. Pierpont). |
| 10:59 a.m. | Statement on behalf of Defendant (Mr. Stuckey). |
| | Court makes findings and finds that defendant has violated conditions of supervised release. |

**ORDERED:** Supervised release is **REVOKED.**

**ORDERED:** Defendant be **imprisoned** for **18** months as to counts 23 and 24, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 27 days spent in custody.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **42** months as to count 23.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not illegally possess controlled substances.

(X) Defendant shall not possess a firearm or destructive device.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) The defendant shall participate in and successfully complete a program of testing and/or treatment for drug and alcohol abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**11:03 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :26**