IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD-10

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FREDRIC WILLIAMS,

        Defendant.

## ORDER APPOINTING CJA PANEL ATTORNEY

This matter comes before the Court upon report of the Probation Officer concerning a supervised release violation hearing and the Court having determined that Defendant is unable to afford to retain counsel, it is

ORDERED that a CJA Panel Attorney hereby be appointed to represent Defendant for the limited purpose of the supervised release violation hearing.

DATED at Denver, Colorado, this _____ day of March, 2011.

BY THE COURT:

Kathleen M. Tafoya, Magistrate Judge
United States District Court