✎AO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

UNITED STATES OF AMERICA

V.

FREDRIC WILLIAMS

**WARRANT FOR ARREST**

Case Number:     01-cr-00214-WYD-10

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST     **FREDRIC WILLIAMS**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release Violation Petition     ☐ Probation Violation Petition     ☒ Supervised Release Violation     ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATIONS OF THE LAW; FAILURE TO REPORT LAW ENFORCEMENT CONTACTS; CONSUMING ALCOHOL DURING COURSE OF TREATMENT; FAILURE TO FOLLOW PROBATION OFFICER INSTRUCTIONS; POSSESSION OF CONTROLLED SUBSTANCE; FAILURE TO SUPPORT DEPENDENTS; FAILURE TO WORK REGULARLY; FAILURE TO SUBMIT WRITTEN REPORTS

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/M.J. Garcia |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | 3/10/2011, Denver, CO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |