**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date: __March 10, 2011__     Case Number: __01-cr-00214-WYD__

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the above date a copy of sealed documents 3830 & 3831 were delivered to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

                                  GREGORY C. LANGHAM, CLERK

                                  By:  s/ M.J.
                                          M.J. Garcia, Deputy Clerk