AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 01-cr-00214-WYD-10 |
| __Fredric Williams__ ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3-23-2011

_Defendant's signature_

_Signature of defendant's attorney_

Lynn Pierce
_Printed name and bar number of defendant's attorney_

720 Kipling, Lakewood, CO
_Address of defendant's attorney_

lpierce.blp@comcast.net
_E-mail address of defendant's attorney_

303-232-3888
_Telephone number of defendant's attorney_

303-232-3892
_FAX number of defendant's attorney_