IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

     v.

10. FREDRIC WILLIAMS,

     Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set in the above-captioned case for **Tuesday, May 10, 2011 at 2:30 p.m.**

     Dated: March 29, 2011