Alvin Green
#30411-013
U.S.P. Lee County
P.O. Box 305
Jonesville, Va 24263

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 APR -4  PM 2:30.11

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

March 30, 2011

Honorable
United States District Judge: Wiley Y. Daniel
United States District Court,

Re: United States V. Alvin Green
    Case Number 01-CR-214-04-D

Dear Judge Daniel,

Due to the sentencing commission two points reduction and the recent change to the crack/cocaine ratio, from 100-to-1 to the now 18-to-1, that was signed into Law on August 3, 2010.

I am asking your honor, am I not entitled to the benefit of any of those two crack/cocaine changes? I'm looking at my Judgment and I was sentence to 50 grams and no more than that, and my Total Offense Level is only 34 with my two-level enhancement. I believe I'm in another sentencing bracket. I could be wrong, so would you please let me know.

I will patiently await your Honor Response, Thank You

Respectfully Submitted
Alvin Green

Alvin Green # 30411-013
U.S.P.
Lee County
P.O. Box 305
Jonesville, Va 24263

(Legal-Mail)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 04 2011
**GREGORY C. LANGHAM**
CLERK

CR

8029432501

BRISTOL VA 242
31 MAR 2011 PM 1 T



Office of The Clerk
United States District Court
(Att) Honorable Judge Wiley Y. Daniel
901-19th Street, Room A105
Denver, Co 80294-3589