FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 MAY -6 PM 3:39

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 01-cr-00214-WYD-29 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: TOMMY JONES | DISTRICT District of Colorado | DIVISION Denver |
|---|---|---|
| | NAME OF SENTENCING JUDGE Wiley Y. Daniel | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 08/27/10 — TO 08/26/15 |

**OFFENSE**
Aiding and Abetting the Distribution of More Than Five Grams of Crack Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B), C and 18 U.S.C. § 2; and Use of a Communication Facility to Facilitate a Drug Trafficking Felony Offense, 21 U.S.C. § 843(b) and (d)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/11
Date

_[signature]_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

4/15/11
Effective Date

_[signature]_
United States District Judge