IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

May 9, 2011

Clerk's Office

Richard B. Russell Federal  
Building and United States Courthouse  
75 Spring Street, S.W., Room 2211  
Atlanta, GA 30303-3309


Colorado Case Number: 01-cr-00214-WYD - Tommy Jones  
Receiving Court Case Number:

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.


Very truly yours,  
Gregory C. Langham, Clerk



By: s/M.J. Garcia  
    Deputy Clerk