UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. FREDRIC WILLIAMS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the supervised release violation hearing set for Tuesday, May 10, 2011 at 2:30 PM is **VACATED**. The hearing is **RESET** for **Friday, June 17, 2011** at **2:30 PM.**

    Dated: May 9, 2011