IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | June 17, 2011 | Prob./Pret.: | Kurt Pierpont |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.  **01-cr-00214-WYD**         Counsel:

UNITED STATES OF AMERICA,              Guy Till

      Plaintiff,

v.

**10.  FREDRIC WILLIAMS**,                  Lynn A. Pierce

      Defendant.

## COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING**

**2:38 p.m.**    Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

2:38 p.m.    Statement on behalf of Defendant admitting to violations 1-10 (Ms. Pierce).

2:46 p.m.    Statement by Defendant on his own behalf (Mr. Williams).

2:49 p.m.    Statement on behalf of Defendant by Sharon Washington.

2:52 p.m.    Statement on behalf of Probation (Mr. Pierpont).

2:56 p.m.        Statement on behalf of Government (Mr. Till).

2:58 p.m.        Statement on behalf of Defendant (Ms. Pierce).

                    Court makes inquiries of Defendant.

3:01 p.m.        Statement by Defendant in response to Court's inquiries (Mr. Williams).

                    Court makes findings and finds that defendant has violated conditions of supervised release.

**ORDERED:**     Supervised release is **REVOKED.**

**ORDERED:**     Defendant be **imprisoned** for **8** months.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 93 days spent in custody.**

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED:**     **Conditions** of **Supervised Release** are:

    (X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

    (X)     Defendant shall not commit another federal, state or local crime.

    (X)     Defendant shall not illegally possess controlled substances.

    (X)     Defendant shall not possess a firearm or destructive device.

    (X)     Defendant shall comply with standard conditions adopted by the Court.

    (X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

    (X)   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of supervision and shall pay the cost of treatment as directed by the probation officer.

    (X)   The defendant shall not frequent establishments whose primary business is the sale of alcohol.

    (X)   The defendant shall obtain and maintain lawful employment within 60 days of release from the Bureau of Prisons.

    (X)   The defendant shall establish a schedule of payments for the support of his children with Child Support Enforcement Services.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**3:07 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :29**