01-cr-00214-WYD

From: Sammie Woods
      USM#30425-013
      P.O.BOX 9000,M-A
      Forrest City,AR.72336
      united States of America

Dated: 06.20.2011

Re: Concerning Docket Sheet Update

To: United States District Court
    Attn: Clerk of the Court
    901-19th Street, Room A-105
    Denver, Colorado 80294

Dear Clerk of the Court:

COMES NOW, Sammie Woods acting in the above matter, requesting this Court to issue an ORDER for release of recent updated Docket Sheet Information. I am requesting this Court to issue an Order for the dismissal of Court appointed Counsel Ronald Gainor, There is and have been some conflict of interest in his Client behalf.

Petitioner, however, in this matter will not belabor this Court on the seriousness of errors and violations concerning Ronald Gainor. I have recently filed a Motion to reduce sentence pursuant to 18 USC§3582(c)(2) Amendment 591 and requests this Court that Ronald Gainor has no further or future interest in Sammie Woods proceedings.

If the Court wishes that Petitioner send the issues concerning the dismissal of Ronald Gainor, I will be able to do so in a form of Complaint. Thank you for your time and attention in this matter.

       Respectfully,
/s/ Sammie Lee Woods

Sammie Woods #30425-013

Name: Sammie Woods
Reg: 30435-013
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2011

GREGORY C. LANGHAM
CLERK

CR
01-cr-214-19

802394*2500

MEMPHIS TN 381
22 JUN 2011 PM 2 L

UNITED STATES DISTRICT COURT
ATTN: CLERK OF THE COURT
901-19th Street, A-105
Denver, Colorado 80294

