Alvin Green #30411-013
USP Atwater
1 Federal Way
PO Box 019001
Atwater, Ca 95301
(209) 386-0257

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 AUG -1 PM 2:02
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

Honorable Judge Wiley Y. Daniel
United States District Judge
United States District Court

Re: United States v. Alvin Green
<u>Case Number: 01-CR-214-04-D</u>

July 25, 2011

Dear Judge Daniel,
   Do to the Sentencing Commission 2 points Reduction, and the recent change to the Crack/Cocaine Ratio from 100 to 1, to the Now 18 to 1 that was signed Into Law on August 3, 2010 which has Now became Retroactive.
   I am asking Your Honor, am I not entitled to the benefit of those two Crack/Cocaine Changes?
   I also ask that Your Honor Please keep in Mind that During My Sentencing Hearing the government said I was responsible for an drug amount that the Jury didn't find me guilty of. My Attorney said there

is no way I could be sentence to that amount of drugs because the Jury didn't say I was guilty of an amount, and there was not one witness that got on the witness stand that said I had 1 gram or a Million grams. You took a break and when we came back You agreed with My Attorney and said on record that you are going to sentence me to just 40 grams, but the DA said, I should be sentence to 50 grams because she knew you would have no choice but to sentence me to life with out release. Your Honor Found that My Relevant Conduct was 50 grams and no more.

    Your Honor there was no murders and No one got hurt on My Case. I have been incarcerated For the last 10yrs in which I have been shot-Free No write ups. I have pro-gramed and have the Certificates to prove it. My Case Manager want to send me to an Lower Institution, but its all this time I got thats keeping him From being able to do so. I am a much better person Now than I was 10 to 11 yrs ago. I ask that Your Honor Please Not Judge Me For the Dum Kid I was back then, but For the Man I am today.

    I will patiently await Your Honor response.

Respectfully Submitted,
Alvin Green

Alvin Greed 30411-013
United States Penitentiary
Po Box 019001
Atwater, Ca 95301

(Legal Mail)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 0 1 2011
GREGORY C. LANGHAM
CLERK

STOCKTON/STKN
CA 952 1T
27 JUL 2011 PM

OFFICE OF The Clerk
United States District Court
Honorable Judge Wiley Y. Daniel
901-19th Street, Room A 105
Denver, Co 80294-3589