UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN GREEN,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On August 1, 2011, Defendant Alvin Green filed a *pro se* letter, which the Court construes as a motion to modify sentence pursuant to the Fair Sentencing Act of 2010 (ECF No. 3851). Accordingly, it is ORDERED that the Government shall file a response to this motion not later than **Friday, September 2, 2011.**

    Dated: August 8, 2011