UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY LEE WOODS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On May 23, 2011, Defendant Sammy Lee Woods filed a *pro se* Motion to Reduce Sentence Pursuant to 18 USC 3582 (ECF No. 3846).  Accordingly, it is ORDERED that the Government shall file a response to this motion not later than **Friday, September 2, 2011.**

    Dated:  August 9, 2011