UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**19. SAMMY LEE WOODS**

        **Defendant.**

_____

**MOTION TO WITHDRAW**
_____

    Undersigned counsel, Ronald Gainor, files this Motion to Withdraw and in support states the following:

1. On May 23, 2011, the defendant, Sammy Lee Woods, acting in a pro se capacity, filed a Motion for Retroactive Application of the Sentencing Guidelines to Crack Cocaine Offense Pursuant to Title 18 U.S.C. 3582 (doc# 3846)

2. On June 24, 2011, the defendant filed a Motion for Order Dismissing Court Appointed Counsel (doc# 3850) which alleges a conflict between undersigned counsel and Mr. Woods.

3. On August 9, 2011, this Honorable Court issued a Minute Order directing the Government to file a response to the defendant's Motion for Retroactive Application by no later than September 2, 2011 (doc# 3853)

4. Undersigned counsel concurs with the defendant that a conflict indeed exists which makes further representation impossible under the circumstances. Counsel would further allege that there has been a complete breakdown of communications between himself and the defendant.

5. It should be noted that the defendant has requested to proceed pro se in this matter and filed numerous motions including the most recent request as a pro se litigant.

Dated this 17th day of August, 2011.

                                  Respectfully submitted

                                  s/ Ronald Gainor
                                  RONALD GAINOR
                                  6414 Fairways Drive
                                  Longmont, CO 80503
                                  (303) 448-9646
                                  (303) 447-0930 (fax)
                                  Gains_2000@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 17, 2011, I filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system which will send notification of said filing to the e-mail addresses of all active parties to this litigation

A copy was also mailed this date to the following person:

Sammy Lee Woods
Fed Reg # 30425-013
Forrest City Low
Federal Correctional Institution
P.O. Box 9000
Forrest City, AR. 72336

                                                 **s/Ronald Gainor**