UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY LEE WOODS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Withdraw [ECF No. 3854], filed August 17, 2011 is **GRANTED**. Defendant has requested to proceed pro se and has filed pro se motions. Ronald Gainor is hereby withdrawn as counsel of record for Defendant Woods.

    Defendant Woods' Motion for Order Dismissing Court Appointed Counsel [ECF No. 3850] is therefore **DENIED AS MOOT.**

    Dated: August 22, 2011