UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
11 AUG 22 PM 1:36
GREGORY C. LANGHAM
CLERK

Criminal Case No. 01-CR-00214-WYD

19. Sammie Lee Woods,

    Defendant.

v.

UNITED STATES OF AMERICA,

    Plaintiff,

DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(2) AND TO SUPPLEMENT PENDING MOTION THAT IS BEFORE THIS COURT

Mr. Woods, acting Pro se, moves the Court for a reduction in his term of imprisonment on Count 1. Specifically, he asks for a two-level reduction in his offense-severity level to reflect that the quantity of crack cocaine for which he was held accountable at his initial sentencing currently falls within a severity-level two levels below the one applicable when the Court first sentenced him, owing to recent amendments to Sentencing Guideline 2D1.1.

    Mr. Woods, asks this Honorable Court to grant him the right to supplement his pending §3582(c)(2) Motion that is before this Court. Petitioner asks this Court to consider the New Law that the U.S. Sentencing Commission proposed permanent amendments to the U.S. Sentencing Guidelines Manual ("U.S.S.G.") to reduce penalties for cocaine base offenses. These changes reflect the same reductions from the temporary amendments that went into effect on November 1, 2010. Mr. Woods, asks that this Court reduce his sentence pursuant to the New Sentencing Guidelines of the Fair Sentencing Act.

    Mr. Woods, request of this Court to appoint him defense counsel for indigent defendant in §3582(c)(2) proceedings, this a due

process issue and equal protection concerns.There is a New Law that may give Woods his relief, and this new avenue is provided by statute, that the government may not "bolt the door to equal justice to indigent defendants.With an average of 10 years at stake,because of the New Fair Sentencing Act,the balance of interest requires counsel.

Petitioner,in this case cannot be forced to litigate his own §3582(c)(2) motion,which would entail being conversant not only with the record at sentencing and any intervening or mitigating factors(including those listed amended Note 1(B)to be revised §1B1.10)that were never litigated with the effects of **Apprendi,Kimbrough,** and **Gall**.Mr.Woods is asking this Court to also consider the U.S.Sentencing Commission amended New Sentencing Guidelines for older defendants.The relevant factors to this case is the fact that there wasn't any victims to the crime.

Under the New Law Mr.Woods is entitled to a reduction based upon the evidence and the amount of drugs that Mr.Woods was held accountable for 1.062 grams,less that a gram in margin of weight.Woods requests that the Court resentence him based on The New Fair Sentencing Act.Mr.Woods bases this motion on all the files,records, and proceedings to date.

Dated this _18th_ day of _August_ ,2011

/s/ *Sammie Woods*

Sammie Lee Woods
USM#30425-013
F.P.C.Camp
P.O.Box 5000,Summit Unit
Florence,Colorado 82116-5000
This Motion has been sealed with
with my signature herein,so help
me God

2

<a></a>ame: Jeannie Moore
Reg. No: 30425-013
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

"LEGAL MAIL"

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2011

**GREGORY C. LANGHAM**
**CLERK**

⇔ 30425-013 ⇔
UNITED S DISTRICT COURT
Clerk OF THE Court
901-19th Street., a-105
Denver, CO - 80294
United States

