From: Sammie Woods
    F.P.C. Florence
    USM#30425-013
    P.O. BOX 5000, S
    Florence, Colorado 81226[5000]

```
                FILED
          U.S. DISTRICT COURT
          DISTRICT OF COLORADO

          2011 SEP 16  PM 1:04

          GREGORY C. LANGHAM
                 CLERK

   BY_____DEP. CLK
```

Re: Case No. 01-CR-00214-WYD-19
    Concerning Docket No: 3857

To: UNITED STATES DISTRICT COURT
    Attn: Clerk of the Court
    901-19th Street, A-105
    Denver, Colorado 80294

Dear Clerk of the Court:

    My name is Sammie Woods, I am writing this letter in the interest of Docket No. 3857, pretaining to a 3582 Motion and Amendment 591 that was recently filed with this Court. I am asking to Court to withdraw this 3582 Motion from the record.

    Petitioner, in this matter is without legal representation and there are some relevant factors that may be beneficial to Woods. As soon as the Court has stricken 3582 (c)(2) and Amendment 591 Motion from record please contact Woods at the above given address. And thank you so much for your time and attention in this matter.

Dated this ____13th____ day of ____September____, 2011

/s/ *Sammie Lee Woods*
Sammie Lee Woods, USM#30425-013
This Document was signed by Sammie Woods, so help me God

Name: Jimmie Woods
Reg. No. 30425-013
Federal Prison Camp
P.O. Box 5100
Florence, CO 81226-5000

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2011

**GREGORY C. LANGHAM**
**CLERK**

CR

30425-013
UNITED S DISTRICT COURT
Clerk OF THE Court
901-19th Street, a-105
Denver, CO - 80294
United States