UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY WOODS, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Withdraw (ECF No. 3860) is **GRANTED.**  Due to Defendant's request, the relevant motion (ECF No. 3856) is hereby **WITHDRAWN from the Court's record.**

    Dated:  September 26, 2011