

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER:

30 DAYS EXPIRED
INMATE NOT AT THIS INSTITUTION
NO AUTHORIZATION ON FILE
UNIDENTIFIABLE CONTENTS
UNABLE TO IDENTIFY INMATE

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 05 2011

GREGORY C. LANGHAM
CLERK

Sammy Lee Woods #30425-013
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. B
FORR

NIXIE        301   DE 1        00   09/29/11

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  80294250099    *0220-00155-21-30

01-cr-00214-WYD
Document #3800

HASLER
US POSTAGE