**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date:  October 5, 2011        Case Number:        01-cr-00214-WYD

<u>CERTIFICATE OF MAILING</u>

     The undersigned hereby certifies that on the above date a copy of ECF No. 3860, Motion to Withdraw 3582 Motion  signed by Sammie Lee Woods  was duly mailed to the persons listed below:

Sammie Lee Woods
F.P.C. Florence
USM#30425-013
P.O. Box 5000, S
Florence, Colorado 81226-5000

                                  GREGORY C. LANGHAM, CLERK

                                  By:        s/ J. Patterson
                                         Deputy Clerk