ZEBEDEE HALL©, c/o:
3392 Niagara Street
Denver, Colorado 80207



November 5, 2011

To: Honorable Judge Wily Y. Daniel (Chief Judge)
    United States District Court, RM #A1002
    1901 19th Street
    Denver, Colorado [80294-3589]

Regarding: Early Termination Request/UNITED STATES V. ZEBEDEE HALL, 01-CR-214-D-7

Dear Honorable Chief Judge Daniel:

In the interest of justice, I request early termination of the imposed term of supervised release relative to the above regarding. This honorable court has broad discretion in the matter, and may discharge and/or terminate an offender's term of supervised release after taking into account several considerations. Those considerations include, but not limited to, the nature of the offense, history of the offender, and any implications regarding public safety and deterrence.

Moreover, Title 18 U.S.C § 3583(e)(1) provides: "The court may, after considering the factors set forth in section (a)(1), (a)(2)(B), (a)(2)(C), (a)(4), (a)(5), and (a)(6), terminate a term of supervised release and discharge the person released at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the person released and the interest of justice."

I have been out of prison and on supervised release nearly two years, and during that time I have not had any police contact; other than police contact involving my son's July 4, 2011 unsolved murder. I am a full time college student and have been for nearly two years, a member of Toast Masters, a member of NABVETS (National Association of Black Veterans), and I am also a member of the local NAACP.

Contrary to my community involvement prior to my arrest and imprisonment, I am now an asset to the community that I once brought shame and harm to. I have worked as an after school mentor to several students thought to be at risk. I volunteered as such in an effort to steer those individuals away from a life crime and possible generational recidivism that many of us are plagued by.

I would like to have my record expunged and register to vote. However, it is impossible to do either as long as I remain on supervised release. Further, the blemish that is my criminal record is a hindrance in many aspects. I can't rent an apartment due to an actual law which exist within the state of Colorado that bar drug offenders from renting a place to live, and obtaining

employment has proved to be very difficult. Early termination will afford me an opportunity to exist as a "Citizen rather than a contaminated outsider." I have addressed this issue with Mr. Pierpont and he has informed me that he does not oppose early termination.

I pray that this Honorable Court grant this request for Early Termination of the Imposed Term of Supervised Release in the above Regarding, and further request that the court view the attached documents in support of early termination.

Sincerely, *Zebedee E. Hall*

## CERTIFICATE OF SERVICE

I, Zebedee Hall, certify that a true and correct copy of the foregoing, Request for Early Termination, was placed in the United States mail and sent to the following:

**Clerk's Office**
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589

Kurt Pierpont, Senior Probation Officer
**United States Probation Office**
1929 Stout Street, Suite C-120
Denver, Colorado 80294-0101

Guy Till, Assistant U.S Attorney
**United States Attorney Office**
1225 17th Street
Suite 700
Denver, Colorado [80202]

By: *Zebedee E. Hall*



**Community College of Aurora**
Go Beyond the Book

TRiO Student Support Services
16000 E. Centretech Parkway, Student Center 101
Aurora, Colorado 80011
Phone: 303-340-7108 || Fax: 303-340-7523
Web: http://www.ccaurora.edu/triosss
Email: triosss@ccaurora.edu

May 26, 2011

Mr. Bradley Jacobson
16000 E. Centretech Parkway
Aurora, Colorado 80011

Dear Mr. Jacobson and Committee:

Please accept this letter recommending Zebedee Hall, S01660807, for a CCA Foundation scholarship. I know Zebedee through his participation in TRiO Student Support Services (SSS), a program that began at CCA in February of this year, and work with him closely in my capacity as his advisor.

In his novel *Memoirs of a Geisha*, Arthur Golden wrote, "A mind troubled by doubt cannot focus on the course to victory." Given his aspiration to earn a Juris Doctorate, the road ahead of Zebedee is a long one. If any student has the potential to graduate from law school, however, I believe it is Zebedee. Not only has he done very well in his classes, but also he recently took the Accuplacer and scored so high that he qualified for the College-Level Examination Program (CLEP) in College Composition. He has a brilliant mind and as the United Negro College Fund slogan asserts, "A mind is a terrible thing to waste." Moreover, he is incredibly intentional in how he approaches his education. As a non-traditional student and someone re-entering mainstream society after serving time in prison, Zebedee participated in CCA's Orientation and took computer classes first so that he would have the skills necessary to perform well in his other classes. In addition, he sought out the TRiO program in order to receive the additional support he desired as he continued his education. Every decision Zebedee makes is for the benefit of both his short and long term goals. It is such a privilege to work with a student so earnest and resolute in his educational endeavors.

While Zebedee is more than capable of earning a law degree and has the fortitude to move mountains, there is room for doubt when it comes to the feasibility of financing his education both because of the number of years of school still ahead of him as well as his criminal past. Until Zebedee is able to obtain a college degree and has more doors open to him, he faces unique challenges securing employment that are only exacerbated by the current economy. A scholarship would not only help dispel the doubt, but it would also be a long term investment in an individual who has so much to offer the community once he has completed the course to victory.

Best,

Stephanie N. Austin
Academic Advisor, TRiO Student Support Services



December 7, 2010

Dear Sir or Madam:

    I am honored to write this letter of recommendation on behalf of Zebedee Hall. I am the principal of Venture Prep in Denver's Park Hill Community. I first met Mr. Hall when he came to our school offering to help with our students through an after-school mentoring program. I was immediately and consistently impressed by this student's ability to build sincere and reliable relationships with some of our more challenging scholars here. Zebedee is talented, intelligent and full of potential. He is truly irreplaceable and should be considered an asset to your institution. To have a student such as Mr. Hall represent your school in the way he does when he interacts with the public and his community is remarkable and should be commended. As an educator, I feel lucky to know him; it is inspirational to watch a student make daily personal discoveries, while helping young people make the same kind of discoveries about themselves. There are limitless possibilities aligned with Mr. Hall's learning.

    In addition to the work Zebedee does at school, he demonstrates responsibility and drive in his personal life. I am amazed by his ability to volunteer with us while maintaining good grades and staying active; Mr. Hall shows integrity by meeting his commitments despite all hurdles he has had to overcome in life.

    As a current principal of a post-secondary school, former Executive Director of a community college, and life-long educator, I am constantly noting those students who are exceptionally bright with great potential; Zebedee is one of those students. I am sure that he will make the same impression on the faculty and staff at your institution, as well as those sitting on the scholarship committee. He is an excellent student who makes meaningful connections in his learning and makes mature decisions in his life. Mr. Hall is working toward academic and personal excellence and I look forward to seeing the result of his perseverance, drive and resilience.

Best Regards:


Courtney Torres, Principal



**NAACP Denver Branch**
PO Box 5705
Denver, CO 80217
(720) 210-9889
Info@NaacpDenver.org

September 2, 2011

Mr. Zebedee E. Hall
3392 Niagara Street
Denver, CO 80207

Dear Mr. Hall:

Welcome to the NAACP! Founded in 1909, the NAACP is the nation's oldest and largest civil rights organization. From the ballot box to the classroom, the thousands of dedicated workers, organizers, leaders and members who make up the NAACP continue to fight for social justice for all Americans.

Thank you for making the important decision to join the ranks of those invested in creating a society that believes in equality, and demonstrates respect for diversity. Your presence WILL make a difference!

Sincerely,
NAACP Denver Membership Committee

# EVALUATION GUIDE FOR **THE ICE BREAKER**

Title _____

Evaluator _Frances Woolery Jones_____ Date _10-22-11_

**Note to the Evaluator:** In this speech the new member is to introduce himself/herself to the club and begin speaking before an audience. The speech should have a clear beginning, body, and ending. The speaker has been advised to use notes if necessary and not to be concerned with gestures. Be encouraging and point out the speaker's strong points while gently and kindly mentioning areas that could be improved. Strive to have the speaker look forward to giving another speech. Your evaluation should help the speaker feel glad about joining Toastmasters and presenting this speech. In addition to your verbal evaluation, please write answers to the questions below.

▸ What strong points does the speaker already have? _Great connection with audience, warm + confident speech about a hobby – challenged audience to "try or visit a drag race at least once" –_

▸ How well did the audience get to know the speaker? _The audience felt comfortable with Zebedee. We listened intently to her story regarding a love of a hobby – We learned more about this sport through a genuine story that was interesting._

▸ Did the speech reflect adequate preparation? _Yes_

▸ Did the speaker talk clearly and audibly? _You used good vocal variety._

▸ Did the speech have a definite opening, body, and conclusion? _The opening was strong. You defined two goals for this speech – 1) overcome fear of public speaking because you had a political issue you want to address and 2) help the audience get to know you through your hobby –_

▸ Please comment on the speaker's use of notes. _None used – Excellent as a first speech._

▸ What could the speaker have done differently that would have improved the speech? _Relax, breath to avoid using "ah"._

▸ What did you like about the presentation? _I appreciated your sincerity._

| Course Schedule Detail - Your Drop and Withdraw Deadlines | S01660807 Zebedee E. Hall Nov 02, 2011 08:17 am |
|---|---|

Please make note of the deadlines to drop and withdraw from your classes.
- The Drop Deadline is the last day to drop a class and get a refund.
- The Withdraw Deadline is the last day to withdraw from your class and get a "W" grade on your transcript.
- Click on Course Link to view Syllabus/Textbook Information.

## Fall 2011

| CRN | Course | Title | Credits | Instructor | Time | Days | Where | Date Range | Drop Deadline | Withdrawal Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| 21068 | ART 110-163 | Art Appreciation: AH1 | 3.000 | Shanda Plock | 06:00 pm - 08:40 pm | T | CLCNOR 216 | 08-23-11 12-06-11 | 09-06-11 | 11-18-11 |
| 22129 | COM 115-118 | Public Speaking | 3.000 | Anne M. Stanwick | 03:30 pm - 04:45 pm | TR | CLCNOR 217 | 08-23-11 12-08-11 | 09-06-11 | 11-18-11 |
| 20105 | CRJ 110-160 | Intro to Criminal Justice | 3.000 | Clinton J. Andersen | 06:00 pm - 08:40 pm | M | CLCSIM 102 | 08-22-11 12-05-11 | 09-06-11 | 11-18-11 |
| 20548 | THE 105-161 | Theatre Appreciation: AH1 | 3.000 | Colleen Mylott | 06:00 pm - 08:40 pm | W | CFA 101 | 08-24-11 12-07-11 | 09-06-11 | 11-18-11 |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Unofficial Transcript** | | | | | S01660807 Zebedee E. Hall | | | |
| | | | | | Nov 02, 2011 08:23 am | | | |

## Community College of Aurora

Courses which are in progress may also be included on this transcript.
**GT Pathways and CCCS CORE:**
Colorado Community Colleges have established a set of core requirements that will provide students with a block of courses guaranteed to transfer among most Colorado two, and four-year institutions. The following codes, found in the course title, indicate the Core category to which the course is applied. Check your institution's Catalog to receive more specific information about the GT Pathways and CCCS transfer Core.

Core Codes: CO1, CO2, MA1, AH1, AH2, AH3, AH4, HI1, SS1, SS2, SS3, SC1, and SC2

Institution Credit   Transcript Totals   Courses in Progress

Birth Date: Sep 07, 1960

Current Program:
Program:  Associate of General Studies
College:  Community College of Aurora
Major:    Associate of General Studies

**Summer 2010**
Academic Standing: Acad Stand Does Not Apply

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| AAA | 075 | UG | Student Orientation | S/A | 0.000 | 0.00 | | |
| CIS | 128 | UG | Operating System:Using Windows | A | 3.000 | 12.00 | Jun 01, 2010 to Aug | |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates |
|---|---|---|---|---|---|---|---|
| CIS | 135 | UG | Complete PC Word Processing | A | 3.000 | 12.00 | Jun 09, 2010 to Aug 16, 2010 |
| CIS | 155 | UG | PC Spreadsheet Concepts | W | 3.000 | 0.00 | |
| CIS | 165 | UG | Complete Presentation Graphics | A | 3.000 | 12.00 | Jun 08, 2010 to Aug 16, 2010 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 12.000 | 0.000 | 9.000 | 9.000 | 36.00 | 4.00 |
| Cumulative | 12.000 | 0.000 | 9.000 | 9.000 | 36.00 | 4.00 |

Unofficial Transcript

**Fall 2010**

Academic Standing: Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| BTE | 100 | UG | Computer Keyboarding | A | 1.000 | 4.00 | Sep 03, 2010 to Dec 16, 2010 | |
| BTE | 111 | UG | Keyboarding Speedbuilding I | A | 2.000 | 8.00 | Sep 03, 2010 to Dec 16, 2010 | |
| PAR | 115 | UG | Introduction to Law | B | 3.000 | 9.00 | | |
| PAR | 208 | UG | Probate and Estates | C | 3.000 | 6.00 | | |
| PAR | 216 | UG | Employment Law | C | 3.000 | 6.00 | | |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 12.000 | 0.000 | 12.000 | 12.000 | 33.00 | 2.75 |
| Cumulative | 24.000 | 0.000 | 21.000 | 21.000 | 69.00 | 3.29 |

Unofficial Transcript

**Spring 2011**

Academic Standing: Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| BUS | 115 | UG | Introduction to Business | A | 3.000 | 12.00 | | |
| PAR | 205 | UG | Criminal Law | B | 3.000 | 9.00 | | |
| PAR | 209 | UG | Constitutional Law | A | 3.000 | 12.00 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 9.000 | 0.000 | 9.000 | 9.000 | 33.00 | 3.67 |
| Cumulative | 33.000 | 0.000 | 30.000 | 30.000 | 102.00 | 3.40 |

Unofficial Transcript

**Summer 2011**

Academic Standing: Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| ART | 110 | UG | Art Appreciation: AH1 | W | 3.000 | 0.00 | | |
| COM | 115 | UG | Public Speaking | W | 3.000 | 0.00 | | |
| THE | 105 | UG | Theatre Appreciation: AH1 | W | 3.000 | 0.00 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 9.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Cumulative | 42.000 | 0.000 | 30.000 | 30.000 | 102.00 | 3.40 |

Unofficial Transcript

**Fall 2011**

Academic Standing:

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| THE | 105 | UG | Theatre Appreciation: AH1 | W | 3.000 | 0.00 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 3.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Cumulative | 45.000 | 0.000 | 30.000 | 30.000 | 102.00 | 3.40 |

Unofficial Transcript

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution | 45.000 | 0.000 | 30.000 | 30.000 | 102.00 | 3.40 |
| Total Transfer | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall | 45.000 | 0.000 | 30.000 | 30.000 | 102.00 | 3.40 |

Unofficial Transcript

**COURSES IN PROGRESS**

**Fall 2011**

| Subject | Course | Level | Title | Credit Hours | Start and End Dates |
|---------|--------|-------|-------|--------------|---------------------|
| ART | 110 | UG | Art Appreciation: AH1 | 3.000 | |
| COM | 115 | UG | Public Speaking | 3.000 | |
| CRJ | 110 | UG | Intro to Criminal Justice | 3.000 | |
| THE | 105 | UG | Theatre Appreciation | 3.000 | |

Unofficial Transcript

Zebedee Hall, c/o.
3392 Niagara Street
Denver, Colorado 80207



Clerk's Office
United States Courthouse, Rm. # A-105
901 19th Street
Denver, Colorado 80294-0101