IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF COLORADO

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
-vs- ) No. 01-CR-00214-WYD
)
SAMMIE WOODS, )
    Defendant. )

### AMENDED MOTION TO MODIFY SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2) AND AMENDMENT 750

Comes now, Sammie Woods, Defendant, *pro se*, and respectfully moves this Court to allow him to amend his original motion and in support of said amended motion states the following:

A.    INTRODUCTION

Sammie Woods, Defendant, hereby request the Court to reduce his term of imprisonment pursuant to 18 U.S.C. §3582(c)(2) and Amendment 750. Section 3582(c)(2) authorizes a defendant to move for a reduction in term of imprisonment when a subsequent amendment to the Guidelines has occurred. On August 3, 2010, President Obama signed the Fair Sentencing act (FSA) into law which reduced the ratio of crack cocaine to cocaine hydrochloride to 18 to 1. The United States Sentencing Commission amended the Guidelines through an emergenccy Amendment 748. Amendment 750 reduced the range of punishment and offense level that Defendant was sentenced.

1

On June 30, 2011 the U.S. Sentencing Commission made the changes to the Guidelines retroactive through Amendment 750.

B.   BACKGROUND

In Count I of a multi count indictment Defendant was charged with Conspiracy to Possess With the Intent to Distribute 50 grams or more of cocaine base. After conviction in a trial by jury this Court subsequently sentenced Defendant for this count to 240 months imprisonment. While the Court believed that Defendant had a prior conviction that involved a controlled substance offense, the Government failed to file an Information moving for an enhanced sentence pursuant to §851. Thus, the Court's imposed sentence of 240 months at original sentencing is actually not a minimum mandatory term without the filing of an Information by the Government outlining the prior conviction calling for an enhanced sentence or minimum mandatory sentence.

C.   ARGUMENT

18 U.S.C. §3582(c)(2) provides in part that in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the U.S. Sentencing Commission, a court may reduce the term of imprisonment, after considering the factors set forth in 18 U.S.C. §3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued the Sentencing Commission. In case at bar the criteria are satis-

fied: (1) the sentencing range has been lowered by the Sentencing Commission and (2) a reduction is consistent with applicable policy statements.

D.   OFFENSE LEVEL

At the time of original sentencing, an offense involving 50 grams or more of cocaine base corresponded with an offense level of 32 with a defined range of 168-210 months under Criminal History Category IV. Under Amendment and the FSA, an offense involving 50 grams or more of cocaine base corresponds with an offense level of 26 with a defined range of 92-115 months under Criminal History Category IV. Also, at the original sentencing, the Court sentenced Defendant at the high end of the Guidelines range. Thus, Defendant moves the Court to impose a sentence of no more than 115 months.

## CONCLUSION

Based on the decisions of Congress, President Obama, and the Sentencing Commission that the crack powder disparity is unfair this Court should grant a reduction in Defendant's term of imprisonment. Defendant is eligible for a reduction as there was only a minimum mandatory term of ten years in light of there being no Information filed for enhancement under §851 against Defendant. Defendant respectfully moves the Court to reduce his term of imprisonment to no more than 115 months.

Respectfully submitted,

*Sammie Woods* 11-20-2011
Sammie Woods #30425-013
FPC-Florence
P.O. Box 5000
Florence, CO 81226

4

⇔30425-013⇔
Sammie L Woods
Federal P.Complex,Camp
P.O.Box Highway 67
Florence, CO 81226
United States

RECEIVED
UNITED STATES DISTRICT COURT
DENVER COLORADO

NOV 22 2011

GREGORY C. LANGHAM
CLERK

CR

⇔30425-013⇔
UNITED S DISTRICT COURT
Attn:Clerk of the Court
901 19TH ST
Denver, CO 80294
United States

