IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**4.     ALVIN GREEN,**

        Defendant.

_____

**MOTION TO WITHDRAW**
_____

        Pursuant to General Order 2011-8, the undersigned has been preliminarily appointed "to represent any defendant, previously determined to have been entitled to appointment of counsel, and not otherwise actively represented" in connection with 3582 motions predicated on crack cocaine guideline amendments effective November 1, 2011.  The General Order is silent as to counsel's obligation where he intends not to file any motion or where a *pro se* motion has been filed.  In order to avoid any confusion regarding such matters with respect to Mr. Green, this motion is being filed.

        1.     Mr. Green filed a letter which has been construed as a *pro se* motion in this matter (Doc. 3851) wherein he requested that his sentence be reduced.

        2.     To the extent that the General Order constitutes an Order of Appointment with respect to Mr. Green, the undersigned moves to withdraw.

        3.     Counsel will not, as in other cases, be filing a joint motion or any motion in this matter.

      4.      Mr. Green's interests would best be served by direct appointment of other counsel.

      5.      The undersigned does not want non-action on his part to cause expectation or confusion on the part of the Court or Mr. Green.

      6.      The undersigned has communicated with Mr. Green.

WHEREFORE, the undersigned prays that this motion be granted and that other counsel be appointed to represent Mr. Green on his *pro se* motion.

Respectfully submitted,

s/ Raymond P. Moore
RAYMOND P. MOORE
Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:     (303) 294-7002
Facsimile:     (303) 294-1192
Raymond_Moore@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on December 6, 2011, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Colleen Covell, Assistant U.S. Attorney
        Colleen.Covell@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Kurt Thoene, U.S. Probation Officer    *(Via E-Mail)*
        Kurt_Thoene@cod.uscourts.gov

    Emily Mason, U.S. Probation Officer    *(Via E-Mail)*
        Emily_Mason@cod.uscourts.gov


    Alvin Green    *(Via Mail)*
    Reg. No. 30411-013
    c/o USP Atwater


    s/ Raymond P. Moore
    RAYMOND P. MOORE
    Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:    (303) 294-7002
    Facsimile:    (303) 294-1192
    Raymond_Moore@fd.org
    Attorney for Defendant