*01-cr-214-WYD*

From: Sammie Woods
F.P.C.Florence
USM#30425013
P.O.Box 5000,S
Florence,Colorado 81226

Dated:12.05.2011

Re:A letter to the Judge

To:The Honorable Chief Wiley Y.Daniel
901-19th Street,A-105
Denver,Colorado 81226

Dear Honorable Chief Judge,Mr.Wiley Y.Daniel:

How are you doing Sir? I am trusting that all is favorable and in Your behalf.Sir,I will not belabor Your time with a lot of foolish talk,therefore, I will get right to the crux of my issues and in doing so,I am praying that You will take this letter into consideration.Sir,I appeared before a Judge on June 15,2001 answering to various charges.

My appointed Counsel was then Kerry S.Hada now a District Judge,I was brought into a debriefing meeting where the prosecutor Mrs.Kathleen Tafoya was present and several Agents one being Agent Todd Wilcox.I was questioned about my alleged activities in the conspiracy that was charged.I gave them answers that was based on the truth.But,also in this debriefing I gave them some valuable information concerning some drugs that was over-looked while the F.B.I.made their raid on the Smalls resident.

I told the Prosecutor and Agent that they over-looked so drugs and that they didn't search the apartment fully.Upon this information the Agent went back to that same resident that was once lived in by Small.And where I told them the drugs were,they were there.Sir,I was asked if I wanted to make a few controlled buys and have my case dismissed.I was confused and upset at the time because my attorney never discussed these obtions with me.Nor,was I presented any deals,and attorney Ronald Gainor never brought a deal that was offered to me by the government,or I would have avoided going to trial.

1

Sir, I have a Motion that is before this Court, before You make any ruling on that Motion, I am requesting that You contact Mrs. Kathleen Tafoya or Agent Todd Wilcox and request from them "Did Mr. Woods give you any information about some over-looked drugs that the Agent would later go get from the resident of Small.

You should have been made aware of my debriefing to the government. I felt that I should have been offered a deal, and after I gave them that information they should have taken it into consideration concerning my sentence, and now I'm asking You Sir, to investigate this matter that is before you and take this into consideration. I have kids that coming up in June of next year, I will have been out of their lives for 12 years for a minor role in the charged documents. It is my prayer that this may reflect my sentence and that I may be returned to my family.

And thank you Sir, for Your time and attention in this matter. And God bless You and Your Family.

    Respectfully Submitted,

    *Sammie Lee Woods*
Sammie Lee Woods #30425-13
F.P.C. Florence
P.O. Box 5000, S
Florence, Colorado 81226

Name: Sammie Woods
Reg. No: 30425-013
FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, CO 81226-5000

LEGAL MAIL

CR

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 06 2011

GREGORY C. LANGHAM
CLERK

⇧30425-013⇧
UNITED S DISTRICT COURT
Clerk OF THE Court
901-19th Street, 1-105
Denver, CO - 80294
United States

USA FIRST-CLASS FOREVER