IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF COLORADO

UNITED STATES OF AMERICA,  )
   Plaintiff,  )
   )
-vs-  )  No. 1:01-CR-00214 WYD
   )
SAMMIE WOODS,  )
   )
   Defendant.  )

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2012

GREGORY C. LANGHAM
CLERK

### NOTICE OF APPEAL

**Sammie Woods**, Defendant hereby gives notice of intent to appeal judgment entered by the U.S. District Court for the Western District of Colorado on 1-12-2012 to the United States Court of Appeals for the Tenth Circuit on this 18th day of Janaury 2012.

Dated: 1-18-2012

*/s/ Sammie Woods*
Sammie Woods

### ISSUE ON APPEAL

**DID THE DISTRICT COURT ERR IN FINDING THAT DEFENDANT WAS NOT SENTENCED BASED UPON A SENTENCING RANGE THAT HAS BEEN LOWERED BY THE SENTENCING COMMISSION?**

I. The District Court found that Defendant was sentenced to a mandatory minimum sentence based on a mistaken belief that he was subjected to an enhanced sentence under §851 based on prior convictions. This was error because there was no filing of an enhanced sentence under §851 against Defendant. While such an enhancement had been filed against co-con spirators, the same was not filed against Defendant.

1

Respectfully submitted,

*Sammie Woods*  1-18-2012
Sammie Woods #30425-013
FPC-FLORENCE
P.O. Box 5000
Florence, CO 81226

2