APPEAL

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:01-cr-00214-WYD-19

Case title: USA v. Small et al  
Related Case: 1:08-cv-02529-WYD

Date Filed: 06/07/2001  
Date Terminated: 03/23/2006

---

Assigned to: Chief Judge Wiley Y. Daniel

Appeals court case numbers: '07-1271' 'USCA', '09-1121' 'USCA', 04-1168

**Defendant (19)**

**Sammy Lee Woods**  
*TERMINATED: 04/21/2004*

represented by **Sammy Lee Woods**  
#30425-013  
FLORENCE FEDERAL PRISON CAMP  
Inmate Mail/Parcels  
PO Box 5000  
Florence, CO 81226  
PRO SE

**Ronald Gainor**  
Ronald Gainor, Attorney at Law  
6414 Fairways Drive  
Longmont, CO 80503  
303-448-9646  
Fax: 303-447-0930  
Email: gains_2000@hotmail.com  
*TERMINATED: 08/22/2011*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Kerry Steven Hada**  
Denver District & County Court  
City & County Building  
1437 Bannock Street  
Denver, CO 80202-5301  
720-865-7913  
Email: kerry.hada@denvergov.org  
*TERMINATED: 04/03/2003*  
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR.<br>(50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(62ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Wiley Y. Daniel

Appeals court case numbers: '07-1271' 'USCA', '09-1121' 'USCA', 04-1168

### Defendant (19)

| **Sammy Lee Woods**<br>*TERMINATED: 03/23/2006* | represented by | **Sammy Lee Woods**<br>(See above for address)<br>PRO SE<br><br>**Raymond Paul Moore**<br>Office of the Federal Public Defender<br>633 Seventeenth Street<br>#1000<br>Denver, CO 80202<br>303-294-7002<br>Fax: 303-294-1192<br>Email: Raymond_Moore@fd.org<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR.<br>(50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at |

| | |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (62ss) | an approp. level facility in Tennessee; deft remanded; |
| | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting & trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Guy Till** U.S. Attorney's Office-Denver 1225 17th Street East Seventeenth Street Plaza #700 Denver, CO 80202 303-454-0100 Fax: 303-454-0409 Email: guy.till@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **James Coyle Murphy** U.S. Attorney's Office-Denver 1225 Seventeenth Street #700 Denver, CO 80202 |

303-454-0100  
Fax: 303-454-0461  
Email: James.Murphy3@usdoj.gov

**Kathleen Melissa Tafoya**  
U.S. Attorney's Office-Denver  
1225 17th Street East  
#700  
Denver, CO 80202  
303-454-0100  
Fax: 454-0406  
Email: Kathleen.Tafoya@usdoj.gov  
*TERMINATED: 01/17/2008*

**Linda A. McMahan**  
U.S. Attorney's Office-Denver  
1225 17th Street East  
Seventeenth Street Plaza  
#700  
Denver, CO 80202  
303-454-0100  
Fax: 454-0406  
Email: linda.mcmahan@usdoj.gov  
*TERMINATED: 07/07/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2006 | 3354 | MOTION for return of documents by atty Ronald Gainor by Sammy Lee Woods pro se. (ecm, ) (Entered: 03/02/2006) |
| 03/07/2006 | 3358 | Exparte Document (smatl, ) (Entered: 03/14/2006) |
| 03/13/2006 | 3357 | ORDER; DENYING 3354 Motion for CJA counsel to return certain documents as to Sammy Lee Woods (19)Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 3/13/06. (ecm, ) (Entered: 03/14/2006) |
| 03/21/2006 | 3362 | MOTION to Dismiss Court Imposed Fine on Petitioner by Sammy Lee Woods pro se. (ecm, ) (Entered: 03/21/2006) |
| 03/23/2006 | 3363 | ORDER; DENYING 3362 Motion to Dismiss as to Sammy Lee Woods (19)Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 3/23/06. (ecm, ) (Entered: 03/23/2006) |
| 03/23/2006 | 3364 | NOTICE *of Change of Address and Motion to be Removed from E-mail List Serve* by James Starkey as to Willie James Small, Dachaun Davis, Keyonna Davis, Alvin Green, Theolian Lloyd, Curtis Hawkins, Zebedee Hall, James Starkey, Edward Palmer, Fredric Williams, Herbert Lewis, Jr, Angela Brewer, Daniel McIntyre, Jeff Abreu, Max Cooper, George Melvin Murray, Ernest Gaddis, Victor Mendinghall, Sammy Lee Woods, Sammy Lee Woods, Ronald Dennis Clark, |

|  |  | Bridget Johnson, Timothy Chandler, Carlos Johnson, Dwayne Vandyke, Thurman Douglas McKnight, Charles Young, Brian Harris, Dayne Drew, Tommy Jones, Dawan Eugene Smith, Angela Hernandez, Sandra Davis (Willett, Jonathan) (Entered: 03/23/2006) |
|---|---|---|
| 03/23/2006 | 🔘 | Sammy Lee Woods terminated. (ecm2, ) (Entered: 04/17/2006) |
| 03/27/2006 | 🔘 3366 | Returned Mail re Carlos Johnson; the 3363 Order on Motion was undeliverable to Bradley Calbo (ecm, ) (Entered: 03/30/2006) |
| 05/11/2006 | 🔘 3377 | Exparte Document (smatl, ) (Entered: 05/24/2006) |
| 05/21/2006 | 🔘 3379 | Letter from Sammie Woods, pro se. (sschrsl, ) (Entered: 05/31/2006) |
| 05/31/2006 | 🔘 3380 | MINUTE ORDER signed by Judge Wiley Y. Daniel on 5/31/2006. Gov't shall have to and including 6/12/2006 to respond to Dft Sammie Woods' letter of 5/30/2006 3379 . (sschrsl, ) (Entered: 05/31/2006) |
| 06/20/2006 | 🔘 3381 | ORDER as to Sammy Lee Woods; DENYING 3379 Letter re defts fine as the court lacks jurisdiction and the appeal time has expired. Signed by Judge Wiley Y. Daniel on 6/20/06. (ecm, ) (Entered: 06/20/2006) |
| 09/22/2006 | 🔘 3388 | MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods. (Attachments: # 1 Part 2 of Motion)(ecm, ) (Civil Action #06-cv-1898) Modified on 9/26/2006 to add civil case # (ecm, ). Modified on 9/28/2006 to amend filing date, amended to reflect correct filing date of 9/22/06 (mjg2, ). (Entered: 09/25/2006) |
| 09/25/2006 | 🔘 3386 | MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods. (Attachments: # 1 Part 2 of Motion)(ecm, ) Modified on 9/25/2006 to add civil action number (06-cv-01898) (ecm, ). (Entered: 09/25/2006) |
| 09/25/2006 | 🔘 3387 | TEXT ENTRY ONLY: terminating 3386 Motion to Vacate (2255) as to Sammy Lee Woods (19); Motion will be re-entered; No Document Attached (ecm, ) (Entered: 09/25/2006) |
| 10/04/2006 | 🔘 3391 | ORDER; govt shall file Answer by 10/18/2006 to 3388 MOTION to Vacate under 28 U.S.C. 2255 filed by Sammy Lee Woods. Signed by Judge Wiley Y. Daniel on 10/4/06. (ecm, ) (Entered: 10/05/2006) |
| 10/31/2006 | 🔘 3394 | Letter from Sammie Woods (ecm, ) (Entered: 11/01/2006) |
| 10/31/2006 | 🔘 3395 | Letter from Sammie Woods re legal material (ecm, ) (Entered: 11/01/2006) |
| 11/15/2006 | 🔘 3399 | MOTION for Extension of Time to File Response/Reply as to 3391 Order, Set Deadlines, Terminate Deadlines and Hearings, 3388 MOTION to Vacate under 28 U.S.C. 2255 by USA as to Sammy Lee Woods. (Murphy, James) (Entered: 11/15/2006) |
| 11/27/2006 | 🔘 3400 | MOTION for Default by Sammy Lee Woods pro se. (ecm, ) (Entered: 11/28/2006) |
| 11/28/2006 | 🔘 3401 | ORDER TO SHOW CAUSE as to Sammy Lee Woods; the govt was |

| | | |
|---|---|---|
| | | ordered to file an answer to defts 28:2255 motion 3386 on/before 10/18/06; the govt shall Show Cause in writing by 12/6/2006 why no answer or other pleading has been filed in this case; Signed by Judge Wiley Y. Daniel on 11/28/06. (ecm, ) (Entered: 11/28/2006) |
| 11/28/2006 | 3402 | ORDER Discharging Order to Show Cause as to Sammy Lee Woods; the 3401 Order to Show Cause is VACATED; GRANTING 3399 MOTION for Extension of Time to File Response to 3388 MOTION to Vacate under 28 U.S.C. 2255 filed by USA; Responses due by 12/15/2006;DENYING 3400 MOTION for Default filed by Sammy Lee Woods. Signed by Judge Wiley Y. Daniel on 11/28/06. (ecm, ) (Entered: 11/28/2006) |
| 12/13/2006 | 3404 | RESPONSE to Motion by USA as to Sammy Lee Woods re 3388 MOTION to Vacate under 28 U.S.C. 2255 (Murphy, James) (Entered: 12/13/2006) |
| 12/28/2006 | 3408 | SUPPLEMENT to 3388 MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods (Attachments: # 1 Part 2)(ecm, ) (Entered: 01/02/2007) |
| 12/28/2006 | 3409 | RESPONSE in Opposition by Willie James Small to Govt's Response to 3388 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Part 2)(ecm, ) (Entered: 01/02/2007) |
| 02/13/2007 | 3420 | SUPPLEMENT to 3388 MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods, Pro Se (mjg, ) (Entered: 02/14/2007) |
| 02/13/2007 | 3421 | Brief/Memorandum of Law by Sammy Lee Woods, Pro Se (mjg, ) (Entered: 02/14/2007) |
| 02/22/2007 | 3428 | NOTICE OF ATTORNEY APPEARANCE Kathleen Melissa Tafoya appearing for USA. (Tafoya, Kathleen) (Entered: 02/22/2007) |
| 06/11/2007 | 3464 | ORDER; DENYING 3388 Motion to Vacate (2255) as to Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 6/11/07. (ecm, ) (Entered: 06/11/2007) |
| 06/29/2007 | 3468 | Motion for Certificate of Appealability which is being treated as a NOTICE OF APPEAL re 3464 Order on Motion to Vacate (2255), Order on Motion for Extension of Time to File Response/Reply, Order on Motion for Miscellaneous Relief by Sammy Lee Woods. Fee Status: Pro se; Fees not paid; 1915 Motion not filed. Notice mailed to all counsel on 07/03/07. (Attachments: # 1 Envelope)(bjr2, ) (Entered: 07/03/2007) |
| 07/03/2007 | 3469 | LETTER re Appeal advising all counsel of the transmittal of the 3468 Motion for Certificate of Appealability which is being treated as a Notice of Appeal filed by Sammy Woods to the U.S. Court of Appeals. (Pro se; Fees not paid; 1915 Motion not filed; COA Pending) (Attachments: # 1 Motion for Certificate of Appealability # 2 Docket Sheet)(bjr2, ) (Entered: 07/03/2007) |
| 07/06/2007 | 3474 | USCA Case Number 07-1271 for 3468 Notice of Appeal, filed by |

| | | |
|---|---|---|
| | | Sammy Lee Woods. District court is assessing the appeal fees and reviewing the issuance of a COA. (bjrsl, ) (Entered: 07/09/2007) |
| 07/09/2007 | 3475 | ORDER to Cure Deficiency re 3468 Notice of Appeal, filed by Sammy Lee Woods. Appellant has 30 days to either pay the $455.00 filing fee or file a proper 1915 motion with the district court. Signed by Judge Wiley Y. Daniel on 07/09/07. (bjr, ) (Entered: 07/09/2007) |
| 07/09/2007 | 3476 | Certificate of Appealability Denied as to Sammy Lee Woods re 3468 Notice of Appeal. Signed by Judge Wiley Y. Daniel on 07/09/07. (bjr, ) (Entered: 07/09/2007) |
| 08/02/2007 | 3491 | Appeal Record Returned - Volumes I - LXXII, Supplemental Volumes I - III and Supplemental Volumes IV - VI, as to Willie James Small, Alvin Green, Theolian Lloyd, George Melvin Murray, Sammy Lee Woods, Dwayne Vandyke: Text Only Entry - No Document Attached. USCA case no. 04-1148, 04-1157, 04-1161, 04-1168, 04-1188, 04-1201. (bjr2, ) (Entered: 08/02/2007) |
| 08/07/2007 | 3494 | NOTICE from Probation re receipt of PSI as to Notice of Appeal by Sammy Lee Woods (bjr2, ) (Entered: 08/08/2007) |
| 08/09/2007 | 3497 | MOTION for Leave to Appeal In Forma Pauperis by Sammy Lee Woods. (Attachments: # 1 Envelope)(bjr, ) (Entered: 08/10/2007) |
| 08/22/2007 | 3500 | ORDER denying 3497 Motion for Leave to Appeal In Forma Pauperis as to Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 08/22/07. (bjr2, ) (Entered: 08/22/2007) |
| 10/04/2007 | 3507 | LETTER from USCA re 3468 Notice of Appeal as to Sammy Lee Woods: District court is requested to transmit the record on appeal. USCA case no. 07-1271. (bjr2, ) (Entered: 10/05/2007) |
| 10/17/2007 | 3509 | Certified and Transmitted Record on Appeal - Volume I re 3468 Notice of Appeal as to Sammy Lee Woods to US Court of Appeals. USCA case no. 07-1271. (bjr2, ) (Entered: 10/17/2007) |
| 01/10/2008 | 3528 | MOTION to Withdraw as Attorney by Kathleen M. Tafoya by USA as to Willie James Small, Dachaun Davis, Keyonna Davis, Alvin Green, Theolian Lloyd, Curtis Hawkins, Zebedee Hall, James Starkey, Edward Palmer, Fredric Williams, Herbert Lewis, Jr, Angela Brewer, Daniel McIntyre, Jeff Abreu, Max Cooper, George Melvin Murray, Ernest Gaddis, Victor Mendinghall, Sammy Lee Woods, Ronald Dennis Clark, Bridget Johnson, Timothy Chandler, Carlos Johnson, Dwayne Vandyke, Thurman Douglas McKnight, Charles Young, Brian Harris, Dayne Drew, Tommy Jones, Dawan Eugene Smith, Angela Hernandez, Sandra Davis. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 01/10/2008) |
| 01/10/2008 | 3529 | NOTICE OF ATTORNEY APPEARANCE Guy Till appearing for USA. (Till, Guy) (Entered: 01/10/2008) |
| 01/17/2008 | 3531 | ORDER GRANTING 3528 Motion to Withdraw as Attorney. Kathleen Melissa Tafoya withdrawn from case as to Willie James Small, et al. |

| | | |
|---|---|---|
| | | Signed by Judge Wiley Y. Daniel on 1/17/08. (lmwsl, ) (Entered: 01/17/2008) |
| 02/05/2008 | 3540 | ORDER of USCA as to Sammy Lee Woods re 3468 Notice of Appeal: We deny Mr. Wood's application for a COA and dismiss this matter. Appellant's motion to proceed in forma pauperis is granted. USCA case no. 07-1271. (Attachments: # 1 Letter)(bjr2, ) (Entered: 02/06/2008) |
| 02/25/2008 | 3544 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 re 3062 Judgment for Revocation by Sammy Lee Woods (pro se) (lmwsl, ) (Entered: 02/25/2008) |
| 02/27/2008 | 3546 | MINUTE ORDER; In re to 3544 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 re 3062 Judgment for Revocation filed by Sammy Lee Woods, it is ORDERED that Ronald Gainor is apptd as CJA counsel for the deft and shall be placed on CM/ECF notice. Counsel for the deft and the Govt are ordered to file a notice with the ct indicating whether or not the deft is eligible for the sentence reduction no later than 3/10/08, by Judge Wiley Y. Daniel on 2/27/08. (lmw, ) (Entered: 02/27/2008) |
| 02/27/2008 | 3548 | RESPONSE to Motion by USA as to Sammy Lee Woods re 3544 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 re 3062 Judgment for Revocation (Till, Guy) (Entered: 02/27/2008) |
| 02/27/2008 | 3551 | CJA 20: Appointment of Ronald Gainor for Sammy Lee Woods. Signed by Judge Wiley Y. Daniel on 2/27/08. (smatl, ) (Entered: 02/29/2008) |
| 03/10/2008 | 3555 | MOTION to Extend Response Date for Defendant's Position Regarding Eligibility of Sentence Reduction Request by Sammy Lee Woods. (Gainor, Ronald) (Entered: 03/10/2008) |
| 03/10/2008 | 3556 | Unopposed MOTION to Extend Response Date for Defendant's Position Regarding Eligibility of Sentence Reduction Request by Sammy Lee Woods. (Gainor, Ronald) (Entered: 03/10/2008) |
| 03/10/2008 | 3557 | Docket Annotation; re: 3555 MOTION to Extend Response Date for Defendant's Position Regarding Eligibility of Sentence Reduction Request was terminated as document was refiled as an Unopposed Motion 3556 . Text Only Entry - no document attached (lmwsl, ) (Entered: 03/11/2008) |
| 03/11/2008 | 3558 | MINUTE ORDER; 3556 Unopposed Motion to Extend Response Date for Deft's Position Regarding Eligibility of Sentence Reduction Request as to Sammy Lee Woods (19) is GRANTED. Deft shall file his response not later than 4/1/08, by Judge Wiley Y. Daniel on 3/11/08. (lmwsl, ) (Entered: 03/11/2008) |
| | | |

| 04/01/2008 | 3571 | RESPONSE to Motion by Sammy Lee Woods re 3544 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 re 3062 Judgment for Revocation (Gainor, Ronald) (Entered: 04/01/2008) |
|---|---|---|
| 04/04/2008 | 3575 | Letter from Sammie Woods re 3582 Motion (lmwsl, ) (Entered: 04/04/2008) |
| 04/25/2008 | 3586 | Letter from Sammie Woods re 3582 Motion (pro se) (lmwsl, ) (Entered: 04/25/2008) |
| 05/29/2008 | 3602 | Letter from Sammie Woods (lmwsl, ) (Entered: 06/05/2008) |
| 06/09/2008 | 3603 | Letter from Sammie Woods (lmwsl, ) (Entered: 06/09/2008) |
| 06/16/2008 | 3606 | ORDER denying 3544 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Sammy Lee Woods (19). Signed by Judge Wiley Y. Daniel on 6/16/08. (mjg, ) (Entered: 06/17/2008) |
| 06/27/2008 | 3607 | Appeal Record Returned - Volume I re 3468 Notice of Appeal as to Sammy Lee Woods: USCA case no. 07-1271. Text Only Entry - No Document Attached (bjr2, ) (Entered: 06/27/2008) |
| 11/20/2008 | 3648 | MOTION to Vacate under 28 U.S.C. 2255 by Sammy Lee Woods. (lmwsl, )<br>Civil case 1:08-cv-2529 opened. (Entered: 11/20/2008) |
| 11/20/2008 | 3649 | MOTION to Appoint Counsel Under the Criminal Justice Act by Sammy Lee Woods. (lmwsl, ) (Entered: 11/20/2008) |
| 12/19/2008 | 3654 | NOTICE OF ATTORNEY APPEARANCE James Coyle Murphy appearing for USA. (Murphy, James) (Entered: 12/19/2008) |
| 12/22/2008 | 3656 | ORDER Denying Motions; 3648 Motion to Vacate (2255) as to Sammy Lee Woods (19) is DENIED for lack of jurisdiction. 3649 Motion for Appointment of Counsel is DENIED AS MOOT. Signed by Chief Judge Wiley Y. Daniel on 12/22/08. (lmwsl, )<br>Civil Case 1:08-cv-02529-WYD closed. (Entered: 12/22/2008) |
| 01/26/2009 | 3672 | Motion Requesting the Court to Expand the Record §2255 - Rule 7 to Submit Petitioner's Argument and Judicial Facts by Sammy Lee Woods. (lmwsl, ) (Entered: 01/26/2009) |
| 01/27/2009 | 3674 | MINUTE ORDER; 3672 Motion Requesting the Court to Expand the Record §2255-Rule-7 to Submit Petitioner's Argument and Judicial Fact as to Sammy Lee Woods is DENIED AS MOOT, because the Court denied defendant's 28 U.S.C. §2255 Motion in an order filed on 12/22/08 3656 , by Chief Judge Wiley Y. Daniel on 1/27/09. (lmwsl, ) (Entered: 01/27/2009) |
| 02/27/2009 | 3691 | MOTION requesting copy of True Bill and Talley Form by Sammy Lee Woods. (lmwsl, ) (Entered: 02/27/2009) |
| 03/02/2009 | 3694 | MINUTE ORDER; 3691 Motion Requesting Certain Documents as to Sammy Lee Woods (19) is DENIED, by Chief Judge Wiley Y. Daniel |

| | | |
|---|---|---|
| | | on 3/2/09. (lmwsl, ) (Entered: 03/02/2009) |
| 03/20/2009 | 3706 | NOTICE by Sammy Lee Woods (lmwsl, ) (Entered: 03/24/2009) |
| 03/20/2009 | 3707 | NOTICE OF APPEAL re 3656 Order on Motion to Vacate (2255), Order on Motion to Vacate (2255), Order on Motion to Appoint Counsel, by Sammy Lee Woods. Fee Status: Pro se; IFP STATUS. Notice mailed to all counsel on 03/24/09. (Attachments: # 1 Envelope) (bjrsl, ) (Entered: 03/24/2009) |
| 03/20/2009 | 3708 | MOTION for Certificate of Appealability by Sammy Lee Woods. (bjrsl, ) (Entered: 03/24/2009) |
| 03/24/2009 | 3709 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 3707 Notice of Appeal, as to Sammy Lee Woods to the U.S. Court of Appeals. (Pro se; COA Pending; IFP Status) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record including Notice of Appeal)(bjrsl, ) (Entered: 03/24/2009) |
| 03/25/2009 | 3710 | USCA Case Number 09-1121 for 3707 Notice of Appeal, filed by Sammy Lee Woods. District court is reviewing the issuance of a COA. (bjrsl, ) (Entered: 03/25/2009) |
| 04/06/2009 | 3712 | Certificate of Appealability Denied as to Sammy Lee Woods re 3707 Notice of Appeal, by Chief Judge Wiley Y. Daniel on 4/6/09. (gmssl, ) (Entered: 04/06/2009) |
| 04/06/2009 | 3718 | Letter from defendant Sammie Woods (tllsl, ) (Entered: 04/17/2009) |
| 04/07/2009 | 3713 | LETTER from USCA re: denial of COA by U.S. District Court re Appeal as to Sammy Lee Woods, 3707 Notice of Appeal (gmssl, ) (Entered: 04/08/2009) |
| 04/20/2009 | 3719 | Letter from Edward Butler, Legal Officer, U.S. District Court to defendant Sammy Lee Woods in RE 3718 (tllsl, ) (Entered: 04/20/2009) |
| 04/30/2009 | 3722 | Transmitted Record on Appeal as to Sammy Lee Woods to US Court of Appeals re 3707 Notice of Appeal. Volume Number(s): 1. (Attachments: # 1 Docket Sheet Volume 1)(bjrsl, ) (Entered: 04/30/2009) |
| 05/15/2009 | 3726 | Returned Mail by Sammy Lee Woods re 3712 Certificate of Appealability Denied (as to attorney William Whelan Jr. ) (bjrsl, ) (Entered: 05/18/2009) |
| 08/03/2009 | 3730 | USCA Order and Judgment as to Sammy Lee Woods re 3707 Notice of Appeal: We affirm the district court's order and deny Wood's implied application for authorization to file a second or successive § 2255 motion. (USCA Case No. 09-1121) (This document is not the Mandate) (bjrsl, ) (Entered: 08/04/2009) |
| 10/20/2009 | 3757 | MANDATE of USCA as to Sammy Lee Woods re 3730 USCA Order/Opinion/Judgment, 3707 Notice of Appeal: Affirmed. (USCA |

| | | |
|---|---|---|
| | | Case No. 09-1121) (bjrsl, ) (Entered: 10/21/2009) |
| 11/02/2009 | 3769 | MOTION for Reduction, by Sammy Lee Woods. (mjg, ) (Entered: 11/04/2009) |
| 11/25/2009 | 3771 | ORDER; 3769 Pro Se Motion for Reduction of Sentence as to Sammy Lee Woods (19) is STRICKEN, by Chief Judge Wiley Y. Daniel on 11/25/09. (lmw, ) (Entered: 11/25/2009) |
| 05/13/2010 | 3800 | Docket Annotation re: 3798 Supervised Release - Final Revocation Hrg, 3799 MOTION to Withdraw as Attorney and Request to have ECF Notification Terminated by Janine Yunker, 3797 Order Modifying Conditions of Supervision. The NEFs for these documents to Janine Yuker were returned as undeliverable. The Federal Public Defender's Office advises she has retired and a motion to withdraw was filed 5/12/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (gmssl, ) (Entered: 05/13/2010) |
| 05/23/2011 | 3846 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 for Sammy Lee Woods (19) re Count 1ss,50ss,62ss filed by Sammy Lee Woods. (mjgsl, ) (Entered: 05/23/2011) |
| 06/24/2011 | 3850 | MOTION for Order Dismissing Court Appointed Counsel by Sammy Lee Woods. (mjgsl, ) (Entered: 06/24/2011) |
| 08/09/2011 | 3853 | MINUTE ORDER by Chief Judge Wiley Y. Daniel on 8/9/2011 as to Sammy Lee Woods re 3846 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 for Sammy Lee Woods (19) re Count 1ss,50ss,62ss filed by Sammy Lee Woods. Government shall file a response to the motion no later than 9/2/2011. (jjpsl, ) (Entered: 08/09/2011) |
| 08/17/2011 | 3854 | MOTION to Withdraw as Attorney by Ronald Gainor by Sammy Lee Woods. (Gainor, Ronald) (Entered: 08/17/2011) |
| 08/22/2011 | 3855 | MINUTE ORDER by Chief Judge Wiley Y. Daniel on 8/22/2011 granting 3854 Motion to Withdraw as Attorney. Denying as moot 3850 Motion for Order Dismissing Court Appointed Counsel. Ronald Gainor withdrawn from case as to Sammy Lee Woods (19). (jjpsl, ) Modified on 8/22/2011 to include text (jjpsl, ). (Entered: 08/22/2011) |
| 08/22/2011 | 3856 | WITHDRAWN MOTION To Reduce Sentence Under 18 U.S.C. §3582(c)(2) and To Supplement Pending Motion That Is Before This Court by Sammy Lee Woods. (jjpsl, ) Modified on 9/26/2011 to add WITHDRAWN to text pursuant to docket no. 3862(jjpsl, ). (Entered: 08/23/2011) |
| 08/24/2011 | 3857 | RESPONSE to Motion by USA as to Sammy Lee Woods re 3846 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 for Sammy Lee Woods (19) re Count 1ss,50ss,62ss filed (Till, Guy) (Entered: 08/24/2011) |
| 09/16/2011 | 3860 | MOTION to Withdraw 3582 Motion and Amendment 591 motion by |

| | | |
|---|---|---|
| | | Sammy Lee Woods. (nmmsl, ) (Entered: 09/16/2011) |
| 09/26/2011 | 3862 | MINUTE ORDER by Chief Judge Wiley Y. Daniel on 9/26/2011 granting 3860 Motion for Order as to Sammy Lee Woods (19)Sammy Lee Woods (19). Motion 3856 is hereby withdrawn from the Court's record. (jjpsl, ) (Entered: 09/26/2011) |
| 10/05/2011 | 3863 | Returned Mail by Sammy Lee Woods re 3860 MOTION for Order. (jjpsl, ) (Entered: 10/05/2011) |
| 10/05/2011 | 3864 | Certificate of Service by Sammy Lee Woods re 3860 MOTION for Order. (jjpsl, ) (Entered: 10/05/2011) |
| 11/21/2011 | 3867 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Sammy Lee Woods. (mjgsl, ) (Entered: 11/22/2011) |
| 11/23/2011 | 3868 | AMENDED MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Sammy Lee Woods. (skssl, ) (Entered: 11/23/2011) |
| 11/30/2011 | 3869 | SEALED PRESENTENCE REPORT as to Sammy Lee Woods (emaso, ) (Entered: 11/30/2011) |
| 12/06/2011 | 3871 | MOTION to Withdraw as Attorney by Raymond P. Moore by Sammy Lee Woods. (Moore, Raymond) (Entered: 12/06/2011) |
| 01/05/2012 | 3872 | Motion from Sammie Woods (skssl, ) Modified on 1/12/2012 to convert to a motion (skssl, ). (Entered: 01/06/2012) |
| 01/12/2012 | 3873 | ORDER denying 3872 Motion for Order as to Sammy Lee Woods (19) Sammy Lee Woods (19) by Chief Judge Wiley Y. Daniel on 1/12/2012. (skssl, ) (Entered: 01/12/2012) |
| 01/20/2012 | 3874 | NOTICE OF APPEAL re 3873 Order on Motion for Order by Sammy Lee Woods. Fee Status: FPD, filed by pro se. Notice mailed to all counsel on 01/23/12. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 01/23/2012) |