IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02529-WYD
Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY LEE WOODS,

    Defendant/Movant.

## ORDER

THIS MATTER comes before the Court on Defendant's letter to the Court filed January 5, 2012 [ECF No. 3872]. Therein, Defendant requests reconsideration of his sentence based on alleged assistance to the Government. Defendant states that he provided the Government with "information they should have taken [sic] into consideration concerning my sentence." I will construe this letter as a *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582. S*ee United States v. Smartt*, 129 F.3d 539, 540 (10th Cir. 1997) ("Because Mr. Smartt's motion for sentence reduction is not a direct appeal or a collateral attack under 28 U.S.C. § 2255, 'the viability of his motion depends entirely on [18 U.S.C. § 3582(c)]'") (quoting *United States v. Trujeque*, 100 F.3d 869, 870 (10th Cir. 1996).

After review of Defendant's motion, I conclude that the motion should be denied. The Court does not have inherent authority to modify a previously imposed sentence—it may do so only pursuant to statutory authorization. *United States v. Mendoza*, 118 F.3d

707, 709 (10th Cir.), *cert. denied*, 522 U.S. 961 (1997). There are three limited circumstances in which a sentence may be modified: (1) the court receives a motion from the Bureau of Prisons finding that special circumstances warrant a reduction and the requested reduction is consistent with the applicable policy statements issued by the Sentencing Commission; (2) to the extent expressly permitted by statute or by FED. R. CRIM. P. 35; or (3) a defendant has been sentenced based upon a sentencing range later lowered by the Sentencing Commission. 28 U.S.C. § 3582(c)(1)(2), *Smartt*, 129 F.3d at 540.

Defendant has not shown that any of those grounds are present in this case, or that relief is proper under any other rule or statute. I note that Defendant was sentenced to term of imprisonment of 240 months due to the mandatory minimum sentence set forth in 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii). Accordingly, it is

ORDERED that Defendant's *pro se* motion filed January 5, 2012 [ECF No. 3872] is **DENIED**.

Dated: January 12, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF COLORADO

UNITED STATES OF AMERICA, )
   Plaintiff, )
)
-vs- ) No. 1:01-CR-00214 WYD
)
SAMMIE WOODS, )
   Defendant. )

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 20 2012
GREGORY C. LANGHAM
CLERK

### NOTICE OF APPEAL

**Sammie Woods**, Defendant hereby gives notice of intent to appeal judgment entered by the U.S. District Court for the Western District of Colorado on 1-12-2012 to the United States Court of Appeals for the Tenth Circuit on this 18th day of Janaury 2012.

Dated: 1-18-2012

                                                          */s/ Sammie Woods*
                                                          Sammie Woods

### ISSUE ON APPEAL

#### DID THE DISTRICT COURT ERR IN FINDING THAT DEFENDANT WAS NOT SENTENCED BASED UPON A SENTENCING RANGE THAT HAS BEEN LOWERED BY THE SENTENCING COMMISSION?

I. The District Court found that Defendant was sentenced to a mandatory minimum sentence based on a mistaken belief that he was subjected to an enhanced sentence under §851 based on prior convictions. This was error because there was no filing of an enhanced sentence under §851 against Defendant. While such an enhancement had been filed against co-con spirators, the same was not filed against Defendant.

1

Respectfully submitted,

Sammie Woods     1-18-2012
Sammie Woods #30425-013
FPC-FLORENCE
P.O. Box 5000
Florence, CO 81226

Name: Sammie Woods
Reg. No: 30425013

Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

01CR 214

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2012

GREGORY C. LANGHAM
CLERK

⇦ 30425-013 ⇦
UNITED S DISTRICT COURT
Clerk OF THE Court
901-19th Street., A105
Denver, CO - 80294
United States

80294+2500