UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

7. ZEBEDEE HALL

     Defendant.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Government and Probation shall file a response to Defendant's Motion for Early Termination of Supervised Release [ECF No. 3865], filed November 15, 2011, on or before **Monday, February 6, 2012.**

     Dated:   January 23, 2012.