PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. GEORGE MURRAY    Docket Number: 01-cr-00214-WYD-16

**Petition for Modification of Conditions of Supervised Release**

  COMES NOW, Marcee Fox, probation officer of the Court, presenting an official report upon the conduct and attitude of George Murray who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the Court at Denver, Colorado, on the 7th day of April, 2004, who fixed the period of supervision at eight (8) years as to Count Twenty-Three and one (1) year as to Count Twenty-Four, both counts to run concurrently, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until he is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**On November 23, 2005, the defendant's custodial sentence was reduced to one hundred twenty (120) months as to Count Twenty-Three and forty-eight (48) months as to Count Twenty-Four, all terms to run concurrently.**

**On May 11, 2010, the defendant's conditions of supervised release were modified to include the following special condition:**

2.  The defendant shall reside in a residential reentry center for a period of up to 180 days, to commence at the direction of the Probation Office, and that the defendant shall observe the rules of that facility.  The defendant may be discharged from the residential reentry center once suitable housing is secured for the defendant, without further order of this Court.

**On February 23, 2011, the defendant's supervised release was revoked and he was sentenced to 18 months imprisonment as to both Counts 23 and 24, to run concurrently, to be followed by forty-two (42) months supervised release as to Count 23 only.  No supervised release was ordered on Count 24.  Special condition:**

1.  The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See attachment hereto and herein incorporated by reference

PROB 12
(02/05-D/CO)

PRAYING THAT THE COURT WILL ORDER that the defendant's conditions of supervised release be modified to include a special condition requiring that: 2. The defendant shall reside in an approved residential reentry center (RRC) for a period of up to 180 days, to commence at the direction of the Probation Office. The defendant shall observe the rules of that facility. The defendant may be discharged earlier if the defendant is determined to be in full compliance with the conditions of supervision.

ORDER OF THE COURT

Considered and ordered this 23rd day of January, 2012, and ordered filed and made a part of the record in the above case.

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Marcee Fox*
Marcee Fox
Senior U.S. Probation Officer

Place: Denver, Colorado

Date: January 20, 2012

# ATTACHMENT

The defendant is scheduled to commence supervised release on January 29, 2012. He is still a Bureau of Prisons' inmate and arrived at the residential reentry center on January 11, 2012. The defendant reports that he does not have a release residence and would like his conditions of supervised release to be modified to include residential reentry center placement for up to 180 days.

On January 19, 2012, the defendant and his attorney, Richard Stuckey, executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release. Assistant United States Attorney Guy Till has been consulted and has no objection to the proposed modification.