UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ALVIN GREEN,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On both April 4, 2011 and August 1, 2011, Defendant Alvin Green filed *pro se* motions for retroactive application of sentencing guidelines to crack cocaine offense 18 U.S.C. § 3582(c)(2) (ECF Nos. 3841 and 3851).

    **Accordingly, it is ORDERED that the Federal Public Defender's Motion to Withdraw as Attorney (ECF No. 3870) is GRANTED. The Clerk's Office shall appoint CJA counsel for the Defendant as soon as possible with respect to these motions.**

    **It is FURTHER ORDERED that once appointed, CJA counsel and Government counsel are ordered to file a joint notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than Thursday, March 1, 2012**.

    Dated:   January 24, 2012