UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY LEE WOODS,

    Defendant.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 23, 2011, Defendant Sammy Woods filed an amended *pro se* motion for retroactive application of sentencing guidelines to crack cocaine offense 18 U.S.C. § 3582(c)(2) (ECF No. 3868).

    **Accordingly, it is ORDERED that the Federal Public Defender's Motion to Withdraw as Attorney (ECF No. 3871) is GRANTED.   The Clerk's Office shall appoint CJA counsel for the Defendant as soon as possible with respect to this motion.**

    **It is FURTHER ORDERED that once appointed, CJA counsel and Government counsel are ordered to file a joint notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than Thursday, March 1, 2012**.

    Dated:   January 24, 2012