**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.  01-cr-00214-WYD-19

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**19. SAMMY LEE WOODS**,

      Defendant.

_____

ENTRY OF APPEARANCE
_____

COMES NOW, David L. Owen, Jr., pursuant to CJA appointment and D.C.COLO.LCrR 44.1(A), and enters his appearance for all purposes in the above-captioned case.

      Respectfully submitted,

      /s/ David L. Owen, Jr.
      DAVID L. OWEN, JR. #39669
      Law Office of David L. Owen, Jr.,P.C.
      718 Huntington Place
      Highlands Ranch, CO 80126-4730
      Telephone: (303) 993-7092
      FAX: (720) 242-8907
      davidowen@lodopc.com
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Colleen Covell    Colleen.Covell@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Sammy Woods
Reg. No. 30425-013
c/o USP Florence-ADMAX

                                              /s/ David L. Owen, Jr.
                                              DAVID L. OWEN, JR.
                                              Law Office of David L. Owen, Jr. P.C.
                                              718 Huntington Place
                                              Highlands Ranch, CO 80126-4730
                                              Telephone: (303) 993-7092
                                              davidowen@lodopc.com
                                              Attorney for Defendant