IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SAMMY LEE WOODS,

       Defendant

---

### NOTICE OF ATTORNEY APPEARANCE

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Colleen Covell, Assistant United States Attorney, hereby enters her appearance as counsel in the above-captioned case.

DATED this 16th day of February, 2012.

                        Respectfully Submitted,

                        JOHN F. WALSH
                        United States Attorney

By:   *s/Colleen Covell*
        COLLEEN COVELL
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado  80202
        Phone:  (303) 454-0100
        Fax: (303) 454-0401
        Colleen.Covell@usdoj.gov
        Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send such notification to all counsel of record.

	*s/Diana L. Brown*
	DIANA L. BROWN, Legal Assistant
	U.S. Attorney's Office
	1225 17th Street, Suite 700
	Denver, Colorado 80202
	Phone: 303-454-0358
	Fax: 303-454-0401
	diana.brown@usdoj.gov