IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

19.   SAMMY LEE WOODS,

        Defendant.

## JOINT NOTICE

JOHN F. WALSH, United States Attorney in and for the District of Colorado, by and through undersigned Assistant United States Attorney, and David L. Owen, Jr., counsel for the defendant, hereby submit this Joint Notice pursuant to the Court's January 24, 2012 Minute Order.

The parties have reviewed the defendant's Motion for Retroactive Application of Sentencing Guidelines pursuant to 18 U.S.C. § 3582(c)(2) and are in agreement that the defendant is not entitled to any relief or reduction in his sentence. The Court sentenced the defendant to the statutory mandatory minimum, 240 months. The amended guidelines do not affect the statutorily-required minimum sentence.

Respectfully submitted this 24th day of February, 2012.

                                       JOHN F. WALSH
                                       United States Attorney

                                       By: *s/Colleen Covell*
                                       COLLEEN COVELL
                                       Assistant U.S. Attorney
                                       1225 17th Street, Suite 700
                                       Denver, CO. 80202
                                       Telephone (303) 454-0200
                                       Fax (303) 454-0409
                                       Colleen.Covell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2012, I electronically filed the foregoing **JOINT NOTICE** with the Clerk of the Court using the CM/ECF system which will send such notification to:

David L. Owen, Jr.
davidowen@lodopc.com

   s/Diana L. Brown
DIANA L. BROWN, Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0358
Fax: 303-454-0401
diana.brown@usdoj.gov