UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

February 27, 2012

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   USA v. Woods (19)**

Court of Appeals Case No. 12-1022
District Court Case No. 01-cr-00214-WYD

Dear Clerk:

We hand you herewith Volumes I - II of the Record on Appeal in the above referenced case.

Volume 1. Electronic Pleadings
Volume 2. RESTRICTED PSI

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
    Deputy Clerk

cc:  See Notice of Electronic Filing