APPEAL

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:01–cr–00214–WYD–19

Case title: USA v. Small et al  
Related Case: 1:08–cv–02529–WYD

Date Filed: 06/07/2001  
Date Terminated: 03/23/2006

Assigned to: Chief Judge Wiley Y. Daniel

Appeals court case numbers: '07–1271' 'USCA', '09–1121' 'USCA', 04–1168, 12–1022 USCA

### Defendant (19)

**Sammy Lee Woods**  
*TERMINATED: 04/21/2004*

represented by **Sammy Lee Woods**  
#30425–013  
FLORENCE FEDERAL PRISON CAMP  
Inmate Mail/Parcels  
PO Box 5000  
Florence, CO 81226  
PRO SE

**Ronald Gainor**  
Ronald Gainor, Attorney at Law  
6414 Fairways Drive  
Longmont, CO 80503  
303–448–9646  
Fax: 303–447–0930  
Email: gains_2000@hotmail.com  
*TERMINATED: 08/22/2011*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

**Kerry Steven Hada**  
Denver District &County Court  
City &County Building  
1437 Bannock Street  
Denver, CO 80202–5301  
720–865–7913  
Email: kerry.hada@denvergov.org  
*TERMINATED: 04/03/2003*  
Designation: CJA Appointment

**Pending Counts**                                **Disposition**

| | |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (62ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Wiley Y. Daniel

Appeals court case numbers: '07–1271' 'USCA', '09–1121' 'USCA', 04–1168, 12–1022 USCA

**Defendant (19)**

**Sammy Lee Woods**  represented by  **Sammy Lee Woods**
*TERMINATED: 03/23/2006*  (See above for address)
PRO SE

**David L. Owen , Jr.**
David L. Owen Jr., P.C., Law Office of
718 Huntington Place
Highlands Ranch, CO 80126–4730
303–993–7092
Fax: 720–242–8907
Email: davidowen@lodopc.com
*ATTORNEY TO BE NOTICED*

**Raymond Paul Moore**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
303–294–7002
Fax: 303–294–1192
Email: Raymond_Moore@fd.org
*TERMINATED: 01/24/2012*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR.<br>(50ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded; |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE<br>(62ss) | deft shall be impr. for 240 mos. on ct. 1ss; 48 mos. on ct. 50ss and 168 mos. on ct. 62ss concur.; deft shall be placed on sup. rel. for 10 yrs. on ct. 1ss and 1 yr. on ct. 50ss and 6 yrs. on ct. 62ss concur.; deft shall participate in a prog. of tes ting &trtmt for |

drug abuse as dir. by p.o. and shall pay the costs; $300 to CVF due immediately; Court Recommends the BOP place the deft at an approp. level facility in Tennessee; deft remanded;

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Guy Till** |
|---|---|---|
| | | U.S. Attorney's Office−Denver |
| | | 1225 17th Street East |
| | | Seventeenth Street Plaza |
| | | #700 |
| | | Denver, CO 80202 |
| | | 303−454−0100 |
| | | Fax: 303−454−0409 |
| | | Email: guy.till@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Colleen Covell** |
| | | U.S. Attorney's Office−Denver |
| | | 1225 17th Street East |
| | | #700 |
| | | Denver, CO 80202 |
| | | 303−454−0215 |
| | | Email: colleen.covell@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Coyle Murphy** |
| | | U.S. Attorney's Office−Denver |
| | | 1225 Seventeenth Street |
| | | #700 |
| | | Denver, CO 80202 |
| | | 303−454−0100 |

Fax: 303−454−0461
Email: James.Murphy3@usdoj.gov

**Kathleen Melissa Tafoya**
U.S. Attorney's Office−Denver
1225 17th Street East
#700
Denver, CO 80202
303−454−0100
Fax: 454−0406
Email: Kathleen.Tafoya@usdoj.gov
*TERMINATED: 01/17/2008*

**Linda A. McMahan**
U.S. Attorney's Office−Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303−454−0100
Fax: 454−0406
Email: linda.mcmahan@usdoj.gov
*TERMINATED: 07/07/2008*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/21/2011 | 3867 | 6 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Sammy Lee Woods. (mjgsl, ) (Entered: 11/22/2011) |
| 11/23/2011 | 3868 | 24 | AMENDED MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Sammy Lee Woods. (skssl, ) (Entered: 11/23/2011) |
| 01/05/2012 | 3872 | 29 | Motion from Sammie Woods (skssl, ) Modified on 1/12/2012 to convert to a motion (skssl, ). (Entered: 01/06/2012) |
| 01/12/2012 | 3873 | 32 | ORDER denying 3872 Motion for Order as to Sammy Lee Woods (19)Sammy Lee Woods (19) by Chief Judge Wiley Y. Daniel on 1/12/2012. (skssl, ) (Entered: 01/12/2012) |
| 01/20/2012 | 3874 | 34 | NOTICE OF APPEAL re 3873 Order on Motion for Order by Sammy Lee Woods. Fee Status: FPD, filed by pro se. Notice mailed to all counsel on 01/23/12. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 01/23/2012) |
| 02/06/2012 | 3884 | 37 | NOTICE OF ATTORNEY APPEARANCE: David L. Owen, Jr appearing for Sammy Lee Woods (Owen, David) (Entered: 02/06/2012) |