IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL CASE NO. 01-cr-00214-WYD
§
SAMMY LEE WOODS §

SAMMY LEE WOODS' PRO SE MOTION FOR LEAVE TO FILE
HIS PRO SE OBJECTION TO THE "JOINT NOTICE" FILED
BY THE UNITED STATES FEBRUARY 24, 2012

TO:   HONORABLE WILEY Y. DANIEL, PRESIDING
      UNITED STATES DISTRICT JUDGE

SAMMY LEE WOODS, Defendant Pro Se, ("Woods"), moves this Court for leave to file his pro se objection to the "joint notice" filed in this case by the United States February 24, 2012, and in support of such leave Woods would show:

1.  Woods is currently proceeding on his motion for relief under 18 USC § 3582(c)(2), and he is represented by appointed counsel. Woods is aware that he is not entitled, as a matter of right, to hybrid representation before this Court. However, as explained in the objection itself, Woods has a potential conflict with his counsel of record and withdrawal of such counsel is imminent.

2.  The objection speaks for itself. As of the filing of this motion a "joint notice" has been entered of record, indicating the parties agree that no relief as prayed by Woods is justified, and Woods does NOT join in that conclusion. This matter is a contested matter, and leave being granted to file this contest would be predicated by Woods' counsel withdrawing as a condition precedent, and therefore Woods would not be seeking hybrid representation.

WHEREFORE, Woods prays this Court grants leave to file Woods's objection to the "joint notice" filed by the United States on February 24, 2012, a notice to which Woods does not "join".

Respectfully submitted,

*Sammy Lee Woods*
Sammy Lee Woods #30425-013
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000
DEFENDANT PRO SE

## VERIFICATION

I, Sammy Lee Woods, being an incarcerated person, DECLARE UNDER PENALTY OF PERJURY, that the statements contained in the foregoing motion for leave to file are within my personal knowledge, and they are true and correct.

*Sammy Lee Woods*
Sammy Lee Woods
DECLARANT/DEFENDANT PRO SE

## CERTIFICATE OF FILING BY MAIL
## AND
## CERTIFICATE OF SERVICE

I, Sammy Lee Woods, being an incarcerated person, DECLARE UNDER PENALTY OF PERJURY, that the original of the foregoing document was duly filed by mail, by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: Office of the Clerk, UNITED STATES COURTHOUSE, 901 19th Street, RM. A105, Denver, Colorado 80291-3589, on the ___ day of March, 2012.

I further certify that the following were served copies of this document by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to:

Colleen Covell
Assistant U.S. Attorney
1225 17th Street, Rm 700
Denver, Colorado 80202

and

David L. Owen
Attorney at Law
718 Huntington Place
Highlands Ranch, Colorado 80126-4720

*Sammy Lee Woods*
Sammy Lee Woods
DECLARANT/DEFENDANT PRO SE

⇔30425-013⇔
Sammie L Woods
Federal P.Complex.Camp
P.O.Box Highway 67
Florence, CO 81226
United States

USA FIRST-CLASS FOREVER

MAR 12 2012

RECEIVED
UNITED STATES DISTRICT COURT
DENVER COLORADO
MAR 14 2012
GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER COLORADO
MAR 14 2012
GREGORY C. LANGHAM
CLERK

⇔30425-013⇔
UNITED S DISTRICT COURT
Clerk OF THE Court
901-19th Street. A-105
Denver, CO - 80294
United States

"Legal Mail"