IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.  ALVIN GREEN

     Defendant.

---

## MOTION TO WITHDRAW:

---

**COMES NOW** the Defendant, Alvin Green, by and through his CJA Appointed Attorney Mark S. Rubinstein, and hereby respectfully requests that the Court allow Mr. Rubinstein to withdraw from further representation of the Defendant and for the Court to appoint other counsel for him from the Criminal Justice Act panel, and as grounds therefore states as follows:

1.     On or about January 25, 2012, undersigned counsel was appointed to represent the Defendant, to explore whether or not the Defendant is eligible for a sentence reduction.

2.     Counsel has discovered the existence of a conflict of interest in that he previously represented a co-defendant in this matter.

3.     Counsel believes that good cause exists for the Court to grant the instant motion. Due to counsel having previously represented a co-defendant to the action, there is a direct conflict of interest in Counsel representing Mr. Green.

4.      Undersigned counsel does believe that the aforementioned conflict mandate the withdrawal of counsel and that continued representation of the Defendant by undersigned counsel would therefore be impossible.

5.      D.C.COLO.LCrR 57.5, entitled **THE BAR OF THE COURT**, provides in pertinent part as follows:

> **D.      Withdrawal of Appearance.**  An attorney who has appeared in a case may seek to withdraw on motion showing good cause . . . A motion to withdraw must state the reasons for withdrawal unless the statement would violate the rules of professional conduct.

6.      D.C.COLO.LCrR 57.6, entitled **STANDARDS OF PROFESSIONAL RESPONSIBILITY**, provides in pertinent part as follows:

> Except as otherwise provided . . . the Colorado Rules of Professional Conduct adopted by the Colorado Supreme Court . . . are adopted as standards of professional responsibility applicable in this court.

7.      The Rules of Professional Conduct 1.16(b)(1)(B), provides in pertinent part as follows:

> (a)  a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of the client if:
>
> (1) The representation will result in violation of the Rules of Professional Conduct or other law;
> . . . .
>
> (b) A lawyer may withdraw from representing a client if:
>
> (1) withdrawal can be accomplished without material adverse effect on the interests of the client.
>
> . . . .

-2-

(7)  other good case for withdrawal exists.

8.      Under the circumstances, this attorney has an irreconcilable conflict of interest with Mr. Green, and would request this Court to grant the subject Motion to Withdraw.

9.      Counsel cannot continue to represent Mr. Green, having represented a co-defendant to the above entitled action.

10.     Therefore, undersigned counsel moves to withdraw from any further representation of the Defendant and moves for the appointment of other counsel from the CJA panel.

11.     Counsel believes that Mr. Green would be best served by the appointment of other counsel.

12.     Notice to client - please be specifically advised and warned that Mr. Alvin Green personally is responsible for complying with all court orders and time limitations established by any applicable rules.

***RESPECTFULLY SUBMITTED:***


DATED:     03-19-12              s/ Mark Rubinstein
                                 MARK S. RUBINSTEIN, P.C. #022947
                                 320 Main Street, Suite 201
                                 Carbondale, CO 81623
                                 Telephone: (970) 704-0888
                                 FAX: (970) 704-1999
                                 E-Mail: msrubinstein@comcast.net
                                 Attorney for Defendant Alvin Green

**CERTIFICATE OF SERVICE:**

I hereby certify that on this 19ᵗʰ day of March, 2012, I delivered by electronic mail, a true and correct coy of the foregoing a true and correct copy of the foregoing **MOTION TO WITHDRAW** addressed to the following:

Guy Till, Assistant United States Attorney
        guy.till@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participants name:

Alvin Green (by mail)

s/ Mark Rubinstein
MARK S. RUBINSTEIN, P.C. #022947
320 Main Street, Suite 201
Carbondale, CO 81623
Telephone: (970) 704-0888
FAX: (970) 704-1999
E-Mail: msrubinstein@comcast.net
Attorney for Defendant Alvin Green