UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Wiley Y. Daniel**

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN GREEN, et al.

    Defendants.

_____

### ORDER
_____

THIS MATTER is before the Court on Defendant Alvin Green's Motion to Withdraw [ECF No. 3890], filed March 19, 2012.   After a review of the file and the motion, it is hereby

ORDERED that Defendant's Motion to Withdraw [ECF No. 3890], filed March 19, 2012, is **GRANTED.**   It is

FURTHER ORDERED that Clerk's Office shall appoint new counsel from the Criminal Justice Act (C.J.A.) panel to represent Mr. Green.

Dated:   March 26, 2012

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief U. S. District Judge