UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4. ALVIN GREEN,

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On October 1, 2011, Defendant Alvin Green filed a *pro se* Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582(c)(2) (ECF No. 3851).   On January 25, 2012, CJA counsel was appointed for the Defendant, but counsel then moved to withdraw.   I granted the motion and directed the clerk's office to appoint new counsel.   On April 9, 2012, new CJA counsel was appointed.

     **Accordingly, it is ordered that CJA counsel and Government counsel shall file a joint notice with the Court indicating whether or not the Defendant is eligible for the sentence reduction pursuant to 18 U.S.C. §3582(c)(2) not later than Thursday, Friday, May 18, 2012**.

     Dated:   April 17, 2012