IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

In The Matter Of :

ALVIN GREEN ,

    Petitioner,

01-cr-00214-WYD

Vs.          No. 01-CR-214-04-D

UNITED STATES OF AMERICA,

    Respondent.

TO THE HONORABLE COURT:

    COMES NOW, Petitioner, Alvin Green, respectfully moves for documents without prepayment pursuant to 28 U.S.C.§753(f) in good cause and reasons that are set forth below:

    1. Petitioner is currently pending the court's review pursuant to 18 U.S.C.§3582(c)(2), under 1B1.10 guide lines provisions since, August 1, 2011.

    2. The 10th circuit court of appeals maintained in Davis v. Davis, 405 Fed.Appx.279, that, "to be entitled to a free transcript , a litigant must show , not only that his suit is not frivolous, but that a transcript is necessary to resolve the issues raised on appeal. Citing Cf. Sistrunk v.

United States, 992 F. 2d 258, 259 (10th Cir. 1993).

*Factors exists in this case that only can reflect from the record, (sentencing transcript).

* Mr. Green is eligible for a reduction of sentence under the Fair Sentencing Act, to-which the records will support as fact that Mr. Green is entitled to a reduction of sentence based upon Congress retroactive enactment of Amendment 750, promulgating the same to the Sentencing Commission to which the Supreme Court has announced availability of the enactment to drug cases involving crack and powder disparity .

***¶ Petitioner, makes a prima facie claim under 3582(c)(2), where existing pipe line cases supports that the current enactment of 750 Amendment which invokes disproportionate sentencing in this case. The transcript will establish this fact.

¶¶. It must be noted that Mr. Green was appointed counsel by this honorable court after a careful investigation which led to a discovery of Petitioner's inability to retain representation in relation to the charges against him at that time.

* There has not been any changes in Petitioner's financial status.

WHEREFORE, Petitioner , respectfully pleads that this honorable court GRANT the foregoing petition for reasons that are set forth herein.

Si/ *Alvin Green*

Mr. Alvin Green,(Pro se litigant)

Executed this 03 , day of May 2012

MOTION FOR TRIAL TRANSCRIPT WITHOUT PREPAYMENT

# CERTIFICATE OF SERVICE

I, __Alvin Green__ hereby certify that I have served a true and correct copy of the following:

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to :

and deposited same in the United States Mail at

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this __03__ day of __MAY__, 20__12__.

_[signature]_ #30411-013