**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 01-cr-214-WYD-4**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**4. ALVIN GREEN,**

       **Defendant.**

## GOVERNMENT'S NOTICE

JOHN F. WALSH, United States Attorney in and for the District of Colorado, by and through undersigned Assistant United States Attorney, hereby submits this Notice pursuant to the Court's April 17, 2012 Minute Order.[1]

The government has reviewed the defendant's Motion for Retroactive Application of Sentencing Guidelines pursuant to 18 U.S.C. § 3582(c)(2) and asserts that the defendant is not entitled to any relief or reduction in his sentence. The Court sentenced the defendant to the statutory mandatory minimum, 240 months. The amended guidelines do not affect the statutorily-required minimum sentence.

---

[1] The Court requested a Joint Notice. Government counsel has notified defense counsel of its position and has inquired whether counsel would join in that position. As of today, the Government has not heard back from defense counsel. As government counsel will be on leave for the second half of this week, the government is filing its notice prior to the May 18, 2012 deadline.

Respectfully submitted this 14th day of May, 2012.

>JOHN F. WALSH
>United States Attorney
>
>By: *s/Colleen Covell*
>COLLEEN COVELL
>Assistant U.S. Attorney
>1225 17th Street, Suite 700
>Denver, CO. 80202
>Telephone (303) 454-0200
>Fax (303) 454-0409
>Colleen.Covell@usdoj.gov
>Attorney for Government

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2012, I electronically filed the foregoing **GOVERNMENT'S NOTICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jonathan Marshall Abramson**
jonathan@kandf.com,kua@kandf.com,ejackson@kandf.com

**Wazir-Ali Muhammad Al-Haqq**
wazir1947@aol.com

**Mitchell Baker**
mitchbaker@estreet.com

**Clifford J. Barnard**
cliffbarnard@earthlink.net

**Robert Seldis Berger**
robberger@qwestoffice.net,rob5189berger@yahoo.com,robberger@webaccess.net

**Philip Alan Cherner**
phil@philcherner.com,paralegal@philcherner.com

**James S. Covino**
jamescovino@msn.com

**J. Michael Dowling**
jmd@dowlinglegal.com

**Wade H. Eldridge**
wade_eldridge@mho.com,mcounce@mho.com,kmumby@mho.com,jbenn@mho.com

**Martha Horwitz Eskesen**
meskesen@eskesenlaw.com

**Ronald Gainor**
gains_2000@hotmail.com

**Dennis W. Hartley**
andee@hartleyslaw.com,dennis.hartley@hartleyslaw.com

**Vincent J. Horn , Jr**
vjhorn@q.com,vjhjr@hotmail.com

**Michael David Lindsey**
david@mdavidlindsey.com,wyodave2@yahoo.com

**Robert T. McAllister**
  rtmcallister@comcast.net

**Raymond Paul Moore**
  Raymond_Moore@fd.org,COX_ECF@fd.org

**Lester Nieves**
  lesternieveslaw@gmail.com

**David L. Owen , Jr**
  davidowen@lodopc.com

**Stephen C. Peters**
  speters@peterslaw.net,office@peterslaw.net,hmoranlaw@gmail.com,hmoran@peterslaw.net

**Lynn Anne Pierce**
  lpierce.blp@comcast.net

**Edward A. Pluss**
  Edward_Pluss@fd.org,COX_ECF@fd.org

**Paula M. Ray**
  paulamray@earthlink.net

**Michael Gary Root**
  mroot@mikerootlaw.com

**Mark Samuel Rubinstein**
  msrubinstein@comcast.net

**Daniel T. Smith**
  danieltsmith@qwestoffice.net,terriwilcox@comcast.net,knottingham@qwestoffice.net

**Boston H. Stanton , Jr**
  bostonhs@comcast.net

**Richard N. Stuckey**
  dick@richardstuckeylaw.com

**John F. Sullivan , III**
  jfslaw1@aol.com

**Alaurice Marie Tafoya-Modi**
  alauricetafoya@yahoo.com

**Guy Till**
   guy.till@usdoj.gov,Lisa.Vargas@usdoj.gov,Judith.Caldwell@usdoj.gov,USACO.ECFCriminal@usdoj.gov

**Thomas Richard Ward**
   tward@wardlawdenver.com

**Warren Richard Williamson**
   Rick_Williamson@fd.org,COX_ECF@fd.org


                                                s/Valerie Nielsen
                                                VALERIE NIELSEN
                                                Legal Assistant
                                                U.S. Attorney's Office
                                                1225 17th Street, Suite 700
                                                Denver, CO 80202
                                                Phone: 303-454-0100
                                                Fax: 303-454-0406
                                                E-mail address: valerie.nielsen@usdoj.gov