UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Wiley Y. Daniel**

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN GREEN, et al.

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Defendant's *pro se* Motion for Trial Transcript [ECF No. 3894], filed May 1, 2012. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Lester Nieves. Consequently, the Court will not consider a motion that the Defendant has filed *pro se* and all requests such as this must go through Mr. Nieves. Accordingly it is

    ORDERED that Defendant's *pro se* Motion for Trial Transcript [ECF No. 3894], filed May 1, 2012, is **STRICKEN**.

    Dated:   May 15, 2012