**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal case No. 01-cr-214-WYD-4**

**UNITED STATES OF AMERICA,**

              **Plaintiff,**

**v.**

**4. ALVIN GREEN,**

              **Defendant,**

---

## NOTICE BY ALVIN GREEN

---

        Comes now, Lester Nieves, Counsel for Mr. Green and submits this Notice as required by this Honorable Court  on its April 17, 2012 Minute order.

        Counsel has reviewed Mr. Green's request to see if he was entitled to a sentence reduction. Counsel has also spoken to Mr. Green.

        Counsel agrees with the Government that Mr. Green does not qualify for a sentence reduction.

        Respectfully submitted the 18th day of May, 2012.

        *s/ Lester Nieves*
        Lester Nieves
        955 Bannock St.
        Suite 200
        Denver, CO 80210
        Tel. 720-941-6000
        Fax. 303-623-0714
        lesternieveslaw@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of May, 2012, I electronically filed the foregoing **NOTICE BY ALVIN GREEN** the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jonathan Marshall Abramson**
jonathan@kadf.com, kua@kandf.com, ejackson@kandf.com

**Wazir-Ali Muhammad Al-Haqq**
wazir1947@aol.com

**Mitchell Baker**
mitchbaker@estreet.com

**Clifford J. Barnard**
cliffbarnard@earthlink.net

**Robert Seldis Berger**
robberger@questoffice.net, rob5189berger@yahoo.com,
robberger@webaccess.net

**Phillip Alan Cherner**
phil@philcherner.com, paralegal@philcherner.com

**James S. Covino**
jamescovino@msn.com

**J. Michael Dowling**
jmd@dowlinglegal.com

**Wade H. Eldridge**
wade_eldridge@mho.com, mcounce@mho.com, kmumby@mho.com
jbenn@mho.com

**Martha Horwitz Eskesen**
meskesen@eskesenlaw.com

**Ronald Gainor**
  Gains_2000@hotmail.com

**Dennis W. Hartley**
  andee@hartleyslaw.com, dennis.hartley@hartleylaw.com

**Vincent J. Horn, Jr.**
  vjhorn@q.com, vjhjr@hotmail.com

**Michael David Lindsey**
  david@mdavidlinsey.com, wyodave2@yahoo.com

**Robert T. McAllister**
  rtmcallister@comcast.net

**Raymond Paul Moore**
  Raymond_Moore@fd.org, COX_ECF@fd.org

**David L. Owen, Jr.**
  davidowen@lodopc.com

**Stephen C. Peters**
  speters@peterslaw.net, office@peterslaw.net, hmoranlaw@gmail.com,
  hmoran@peterslaw.net

**Lynn Anne Pierce**
  lpierce.blp@comcast.net

**Edward A. Pluss**
  Edward_Pluss@fd.org, COX_ECF@df.org

**Paula M. Ray**
  paulamray@earthlink.net

**Michael Gary Root**
  mroot@mikerootlaw.com

**Mark Samuel Rubinstein**
  mrubinstein@comcast.net

**Daniel T. Smith**
  danielsmith@questoffice.net, terriwilcox@comcast.net,
  knottingham@qwestoffice.net

**Boston H Stanton Jr.**
  bostonhs@comcast.net

**Richard N. Stuckey**
  dick@richardstuckeylaw.com

**John F. Sullivan, III**
  Jfslaw1@aol.com

**Alaurice Marie Tafoya-Modi**
  alauricetafoya@yahoo.com

**Guy Till**
  guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, Judith.Caldwell@usdoj.gov,
  USACO.ECFCriminal@usdoj.gov

**Thomas Richard Ward**
  tward@wardlawdenver.com

**Warren Richard Williamson**
  Rick_Williamson@fd.org, COX_ECF@fd.org


s/ *Lester Nieves*
Lester Nieves
955 Bannock St.
Suite 200
Denver, CO 80210
Tel. 720-941-6000
Fax. 303-623-0714
lesternieveslaw@gmail.com