UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY LEE WOODS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On July 9, 2012, Defendant Sammy Woods filed another *pro se* motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 3903). This motion is **STRICKEN** from the record. Defendant is represented by counsel. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Consequently, the Court will not consider any future *pro se* filings*.* All further communications with the Court must be filed through Defendant's counsel of record.

    Dated: July 10, 2012