```
                                                    FILED
                                            UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO
        UNITED STATES DISTRICT COURT
             DISTRICT OF COLORADO              AUG 28 2012

                                                GREGORY C. LANGHAM
                                                              CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | 01-CR-00214-WYD-19 |
| § | |
| SAMMIE WOODS § | |

SAMMIE WOODS' PRO SE MOTION FOR APPOINTMENT OF COUNSEL
ON HIS 18 USC § 3582(c)(2) MOTION TO MODIFY SENTENCE

TO:   HONORABLE WILEY DANIEL, PRESIDING
      UNITED STATES DISTRICT JUDGE

SAMMIE WOODS, Defendant/Movant Pro Se, ("Woods"), moves this Court for appointment of counsel on his recently filed motion to modify sentence pursuant to 18 USC § 3582(c)(2), and in support Woods would show as follows:

1.  Woods filed a second motion to modify sentence, pro se, pursuant to 18 USC § 3582(c)(2) in light of the recent interpretation of the 2010 Fair Sentencing Act by the Supreme Court in US v DORSEY, ___ US ___, (No. 11-5683, June 21, 2012). That motion is pending final adjudication and disposition now. To date the United States has not responded.

2.  Woods contacted the Federal Public Defender to inquire about that office representing him, as that office had previously represented Woods in prior matters connected with this case. The Federal Public Defender has declined, as the Office explained, that office has completed its initial investigation into the cocaine base cases subject to modification, and the office is not authorized to spend any additional funds representing individual defendants with claims.

WHEREFORE, Woods prays this Court appoints counsel to represent Woods on his current motion to modify sentence, currently pending disposition.

Respectfully submitted,

*Sammie Woods*
Sammie Woods
Reg. No. 30425-013
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000
DEFENDANT/MOVANT PRO SE

2

CERTIFICATE OF FILING BY MAIL
AND
CERTIFICATE OF SERVICE

I, Sammie Woods, being an incarcerated person, and in lieu of an affidavit subscribed and sworn before a notary public, and pursuant to 28 USC § 1746, and HOUSTON v LACK, 487 US 266 (1988), DECLARE UNDER PENALTY OF PERJURY, that this document was duly FILED BY MAIL, by depositing same in the institution's mail depository for legal mail, first class postage prepaid and addressed to: Office of the Clerk, United States District Court, ALFRED A. ARRAJ U.S. COURTHOUSE, 901 19th Street, Room A-105, Denver, Colorado 80291-3589, on the 25th day of August 2012.

I further certify that a true and correct copy of this motion was duly served upon the United States by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: U.S. Attorney, District of Colorado, 1225 17th Street, Room 700, Denver, Colorado 80202, on the 25th day of August, 2012.

*Sammie Woods*
Sammie Woods
DECLARANT/MOVANT PRO SE