UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

19. SAMMY LEE WOODS,

 Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 On July 3, 2012, the Tenth Circuit Court of Appeals issued its mandate affirming this court's denial of Defendant's motion for a sentence reduction. Accordingly, Defendant's motion to amend his original motion for a sentence reduction (ECF No. 3868) is **DENIED AS MOOT.**

 On August 28, 2012, Defendant Sammy Woods filed another *pro se* motion to appoint counsel on his motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 3907). Because the original motion for a sentence reduction was denied by this court and the appeal was subsequently affirmed, the motion is no longer pending. Thus, this motion is **DENIED AS MOOT**.

 I also note that it appears that Defendant is represented by CJA counsel. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Consequently, the Court will not consider any future *pro se* filings. All further communications with the Court must be filed through Defendant's counsel of record.

 Dated: August 30, 2012