IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. Willie James Small,
2. Dachaun Davis,
3. Keyonna Davis,
4. Alvin Green,
5. Theolian Lloyd,
6. Curtis Hawkins,
7. Zebedee Hall,
8. James Starkey,
9. Edward Palmer,
10. Fredric Williams,
11. Herbert Lewis, Jr.,
12. Angela Brewer,
13. Daniel McIntyre,
14. Jeff Abreu,
15. Max Cooper,
16. George Melvin Murray,
17. Ernest Gaddis,
18. Victor Mendinghall,
19. Sammy Lee Woods,
20. Ronald Dennis Clark,
21. Bridget Johnson,
22. Timothy Chandler,
23. Carlos Johnson,
24. Dwayne Vandyke,
25. Thurman Douglas McKnight,
26. Charles Young,
27. Brian Harris,
28. Dayne Drew,
29. Tommy Jones,
30. Dawan Eugene Smith,

31.   Angela Hernandez,
32.   Sandra Davis,

      Defendants.

---

## MOTION TO WITHDRAW

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, and Colleen Covell, Assistant United States Attorney, hereby files its Motion to Withdraw requesting she be permitted to withdraw as counsel of record in the above-captioned case. As grounds for this motion, the government states that AUSA Guy Till is the attorney of record in this case.

Dated this 30th day of August, 2012.

                              Respectfully submitted,
                              JOHN F. WALSH
                              United States Attorney

                By:    *s/Colleen Covell*
                          COLLEEN COVELL
                          Assistant United States Attorney
                          U.S. Attorney's Office
                          1225 17th Street, Suite 700
                          Denver, Colorado 80202
                          Phone:  (303) 454-0100
                          Fax: (303) 454-0401
                          Colleen.Covell@usdoj.gov
                          Attorney for Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 30th day of August, 2012, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system which will send such notification to counsel of record.


                *s/Colleen Covell*
                COLLEEN COVELL