IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. Willie James Small,
2. Dachaun Davis,
3. Keyonna Davis,
4. Alvin Green,
5. Theolian Lloyd,
6. Curtis Hawkins,
7. Zebedee Hall,
8. James Starkey,
9. Edward Palmer,
10. Fredric Williams,
11. Herbert Lewis, Jr.,
12. Angela Brewer,
13. Daniel McIntyre,
14. Jeff Abreu,
15. Max Cooper,
16. George Melvin Murray,
17. Ernest Gaddis,
18. Victor Mendinghall,
19. Sammy Lee Woods,
20. Ronald Dennis Clark,
21. Bridget Johnson,
22. Timothy Chandler,
23. Carlos Johnson,
24. Dwayne Vandyke,
25. Thurman Douglas McKnight,
26. Charles Young,
27. Brian Harris,
28. Dayne Drew,
29. Tommy Jones,
30. Dawan Eugene Smith,

31. Angela Hernandez,
32. Sandra Davis,

        Defendants.

## PROPOSED ORDER

The Court has for consideration the government's Motion to Withdraw. Upon consideration, it is

ORDERED that the government's Motion is granted. Colleen Covell is hereby allowed to withdraw from this case.

IT IS SO ORDERED on this _____ day of _____, 2012.


                                                WILEY Y. DANIEL, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO