IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. WILLIE JAMES SMALL,
2. DACHAUN DAVIS,
3. KEYONNA DAVIS,
4. ALVIN GREEN,
5. THEOLIAN LLOYD,
6. CURTIS HAWKINS,
7. ZEBEDEE HALL,
8. JAMES STARKEY,
9. EDWARD PALMER,
10. FREDRIC WILLIAMS,
11. HERBERT LEWIS, JR.,
12. ANGELA BREWER,
13. DANIEL MCINTYRE,
14. JEFF ABREU,
15. MAX COOPER,
16. GEORGE MELVIN MURRAY,
17. ERNEST GADDIS,
18. VICTOR MENDINGHALL,
19. SAMMY LEE WOODS,
20. RONALD DENNIS CLARK,
21. BRIDGET JOHNSON,
22. TIMOTHY CHANDLER,
23. CARLOS JOHNSON,
24. DWAYNE VANDYKE,
25. THURMAN DOUGLAS MCKNIGHT,
26. CHARLES YOUNG,
27. BRIAN HARRIS,
28. DAYNE DREW,
29. TOMMY JONES,
30. DAWAN EUGENE SMITH,

31. ANGELA HERNANDEZ,
32. SANDRA DAVIS,

        Defendants.

---

### ORDER

---

The Court has for consideration the government's Motion to Withdraw.  Upon consideration, it is hereby

ORDERED that Government's Motion to Withdraw (ECF Doc. No. #3909), filed August 30, 2012, is **GRANTED**.  It is further

ORDERED that Colleen Covell is hereby allowed to withdraw from this case. Accordingly, the clerk of the court shall terminate all electronic notification to Ms. Covell.

Dated:   August 31, 2012.

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    CHIEF UNITED STATES DISTRICT JUDGE