PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. DWAYNE VAN DYKE                           Docket Number: 01-cr-00214-WYD-24

**Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release**

COMES NOW, Edwin Colunga, probation officer of the court, presenting an official report upon the conduct and attitude of Dwayne Van Dyke who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 12th day of May, 2004, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1)   The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until he is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant due to violations of supervised release, that the petition and warrant be sealed, and that the warrant be lodged as a detainer pending resolution of the local matter.  Subsequent to the defendant's appearance on this violation matter, it is recommended that the Court consider revocation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 12th day of October, 2012, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | *s/ Edwin Colunga* |
| | Edwin Colunga |
| | Senior United States Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel | Place:  Denver, Colorado |
| Chief United States District Judge | Date:   October 9, 2012 |

## **ATTACHMENT**

On March 29, 2010, the conditions of supervised release were read and explained to the defendant.  On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them.  The defendant's term of supervised release commenced on March 1, 2010.

### 1)    **VIOLATION OF THE LAW**

On or about March 8, 2012, the defendant committed the offense of Controlled Substance-Possession with Intent, Schedule 2, in violation of Colorado State Statute 18-18405(1),(2)(a)(1)(A), (3)(a)(I), which constitutes a Grade A violation of supervised release.

This charge is based on the following:

According to court records, on or about March 8, 2012, the defendant was arrested by officers of the Denver, Colorado, Police Department, and charged with three counts of possession and trafficking in controlled substances, namely, cocaine.

On April 4, 2012, the defendant, was charged in Denver County District Court, Case Number 12CR1019 with Count 1: Distribution of a Controlled Substance - Schedule II (felony 3); Count 2: Conspiracy - Controlled Substances - Schedule II (felony 3); and Count 3: Possession with Intent to Manufacture or Distribute a Controlled Substance - Schedule II - 25 to 450 Grams (felony 3).

On September 20, 2012, the defendant entered a guilty plea to Count 3: Possession with Intent to Manufacture or Distribute a Controlled Substance - Schedule II - 25 to 450 Grams (felony 3).  The defendant was remanded and remains in custody at the Van Cise-Simonet Detention Center, located at 490 West Colfax Avenue, Denver, Colorado.  Sentencing is scheduled for November 29, 2012.