**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.  01-cr-00214-WYD-19

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**19. SAMMY LEE WOODS**,

        Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL FOR SAMMY LEE WOODS**
_____

    COMES NOW, David L. Owen, Jr., pursuant to D.C.Colo.L.Cr.R. 57.5(D) and respectfully moves this Court for an Order permitting counsel to withdraw from representation of Defendant Sammy Lee Woods. In support of this motion counsel states as follows:

    1)    On February 25, 2008, Mr. Woods filed a pro se Motion for Reduction of Sentence pursuant to Title 18 U.S.C. §3582(c)(2) (Doc. 3544).

    2)    On June 16, 2008, the Court denied that Motion (Doc. 3606).

    3)    On January 25, 2012, counsel was appointed to represent Mr. Woods in defense of his Motion for Retroactive Application of Sentencing Guidelines pursuant to Title 18 U.S.C. § 35892(c)(2).

4) On February 24, 2012, the undersigned and Government counsel submitted to the Court a Joint Notice informing the Court of counsel's agreement Mr. Woods did not qualify for any relief or reduction of sentence as Mr. Woods was sentenced pursuant to a statutory mandatory minimum and the amended sentencing guidelines did not affect the statutorily mandated minimum sentence.

5) On May 25, 2012, the Tenth Circuit Court of Appeals, affirmed the District Court's denial of a sentence modification based upon Mr. Woods being sentenced to a statutorily mandated minimum sentence. *United States v. Sammie Lee Woods, No. 12-1022 (Doc. 3899)*.

6) On June 25, 2012, the Tenth Circuit Court of Appeals denied Mr. Woods Petition for Rehearing (Doc. 3900).

7) On July 9, 2012, Mr. Woods filed a Pro Se Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 3903).

8) On July 10, 2012, the Court entered and Order Striking Mr. Woods Pro Se Motion as he is currently represented by counsel (Doc 3904).

9) On August 28, 2012, Mr. Woods filed a Pro Se Motion for Appointment of Counsel on His 18 U.S.C. §3582(c)(2) Motion to Modify Sentence (Doc. 3907).

10) On August 30, 2012, the Court entered an Order denying as Moot Mr. Woods Motion to Modify Sentence due to the Mandate from the Tenth Circuit Court of Appeals affirming the Court's denial of Mr. Woods original Motion to Modify Sentence (Doc. 3908).

11)	Counsel has received communications from Mr. Woods directing the undersigned to file a Motion to Withdraw as his counsel.

WHEREFORE as there are no motions or other pleadings pending before the Court and the Court has already denied Mr. Woods' Motion to Modify Sentence and that denial has been affirmed by the Tenth Circuit Court of Appeals the undersigned respectfully requests this Court's Order permitting counsel to Withdraw from representation of Mr. Woods.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR SAMMY LEE WOODS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Guy Till   Guy.Till@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Sammy Woods - US Mail

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant