Sammy Woods
Reg. No. 30425-013
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

NOV 0 5 2012

JEFFREY P. COLWELL
CLERK

Docket Sheet Sent

November 1, 2012

Office of the Clerk
United States District Court
District  of  Colorado
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19th Street
Denver, Colorado   80291-3589

RE:   United States vs. Sammy Woods
      Case No. 01-cr-00214-WYD-19
      Hon. Wiley D. Daniel, Presiding

Dear Clerk:

        Recently appointed counsel in the above-referenced criminal case filed a
motion to withdraw as counsel.  I am writing to inquire as to the status of that
motion.  Please advise me, soonest, of the Court's ruling on this matter.

        Thanking you in advance for your assistance, consideration and cooperation
in this matter, and I remain,

                                        Sincerely,

                                        Sammy Woods

                                        Sammy Woods
                                        Defendant Pro Se

cc:    FILE


SW/jl