FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 09 2012

JEFFREY P. COLWELL
CLERK

In the United States District Court

For the District of Colorado.

UNITED STATES OF AMERICA, )

    PLAITNIFF, )

    VS. ) CASE NO.#

ALVIN GREEN, ) 01-Cr-214-04-D

    DEFENDANT )

================================================================

COMBINED MOTIONS TO DISMISS AND TO STRIKE PREVIOUSLY FILED

MOTION TO CORRECT THE RECORD PURSUANT TO RULE 36, FEDERAL

RULES O CRIMINAL PROCEDURE

==================================================================

COMES NOW, ALVIN GREEN, Pro se, and hereby moves the Clerk to Dismiss and to Strike the previously filed Motion to Clarify or Correct the Record pursuant to Rule 36 on or about Coctober 15, 2012, in the above entitled matter.

Respectfully submitted,

*/s/ Alvin Green*

Alvin Green, pro se,

Fed. Reg. No.#

USP Atwater

P.O. Box 019001

Atwater, Ca. 95301.

Certificate of Mailing

I, Alvin Green, do hereby certify that I have mailed a copy of the above and foregoing Motion oddressed to the following named person, attorney for the Plaintiff, by postage prepaid mail, on this 6th day of November 2012:

Guy Till AUSA
US Attorney's office
17th Street, Suite 700
Denver Co. 80202

Respectfully submitted,

================================

Alvin Green, pro se,

Fed. Reg. No.#

USP Atwater

P.O. Box 019001

Atwater, Ca.   95301.

2.