UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ALVIN GREEN,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Alvin Green's *pro se* "Combined Motions to Dismiss and to Strike Previously Filed Motion to Correct the Record Pursuant to Rule 36, Federal Rules O [sic] Federal Procedure" filed November 9, 2012 (ECF No. 3918), which I will construe as a motion to withdraw the previously filed motion, is **GRANTED**. The "Motion for Clerical Order (Fed.R.Crim.P.), Rule 36" filed October 9, 2012 (ECF No. 3912), is **WITHDRAWN**.

    Dated: November 14, 2012