Sammie Woods
F.P.C.Florence
USM#30425013
P.O.BOX 5000,S
Florence,Colorado 81226[5000]
united States of America

Dated:11.15.2012

Re:Case No:01-cr-00214-WYD-19

To:Clerk of the Court
901-19th Street,A105
Denver,Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 19 2012

JEFFREY P. COLWELL
CLERK

Dear Clerk of the Court:
   My name is Sammie Lee Woods,SAMMY WOODS.The above case as captioned I am in request of the status of a Motion that was submitted in behalf of the Court appointed counsel requesting to be removed from the case and any other future pleadings.I would like to have an undate regarding the status of that Motion.I am also requesting that when this Court return an answer that it be marked "OPEN ONLY IN THE PRESENT OF INMATE".
   And thank you for your attention in this legal matter.

   Respectfully,
   Sammie Lee Woods

/s/ *Sammie Lee Woods*

This letter was signed by the signee above so help me God