IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19.  SAMMY LEE WOODS**,

    Defendant.

___

**ORDER**
___

THIS MATTER is before the Court on David L. Owen, Jr.'s Motion to Withdraw as counsel for defendant, Sammy Lee Woods [ECF No. 3915].

On January 25, 2012, Owen was appointed to represent Woods in defense of his Motion for Retroactive Application of Sentencing Guidelines pursuant to 18 U.S.C. § 3582(c)(2).  On February 24, 2012, the United States ("the Government") and Owen filed a Joint Notice [ECF No. 3886] stating that Woods is not entitled to any relief or reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2).  I denied Woods's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), and on May 25, 2012, the United States Court of Appeals for the Tenth Circuit affirmed my decision. *United States v. Woods*, No. 12-1022, (10th Cir. May 25, 2012).  Woods petitioned the Tenth Circuit for rehearing and was denied. *United States v. Woods*, No. 12-1022, (10th Cir. June 25, 2012).  On July 9, 2012, Woods filed a *pro se* motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2). ECF No. 3903.  On July 10, 2012, I struck that motion because

- 2 -

Woods was currently represented by counsel. ECF No. 3904.  On August 28, 2012, Woods filed a *pro se* motion for appointment of counsel with respect to his motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2). ECF No. 3907.  On August 30, 2012, I denied that motion as moot because the Tenth Circuit affirmed my denial of Woods's original motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2), and because Woods was represented by counsel. ECF No. 3908.  Woods has now requested that Owen withdraw as his counsel and Owen filed this motion to withdraw in response to Woods's request.  Currently, Woods has no pending motions.

After careful consideration of this matter, it is

ORDERED that David L. Bowen, Jr.'s, Motion to Withdraw as counsel [ECF No. 3915] is **GRANTED**.

Dated:  November 30, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge