IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                            FILED
                                      U.S. DISTRICT COURT
                                      DISTRICT OF COLORADO

                                      2012 DEC 27  AM 9: 15

                                      JEFFREY P. COLWELL
                                              CLERK

                                      BY_____DEP. CLK
```

Criminal Action No. 01-cr-00214-LTB-10

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FREDRIC WILLIAMS
a/k/a "Chicago"

        Defendant.

---

### ORDER APPOINTING CJA PANEL ATTORNEY

---

        This matter comes before the Court upon report of the Probation Officer concerning modification of Defendant's conditions of supervised release and the Court having determined that Defendant is unable to afford to retain counsel, it is

        ORDERED that CJA Panel Attorney, Lynn Anne Pierce is hereby appointed to represent Defendant for the limited purpose of the proposed modification of conditions of supervised release.

        DATED at Denver, Colorado, this 20th day of December, 2012.

        BY THE COURT:

        _____
        CRAIG B. SHAFFER, Magistrate Judge
        United States District Court