In the United States District Court

For the District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

JAN 2 2 2013

JEFFREY P. COLWELL
CLERK

Alvin Green,                          0

    Petitioner,                   0

        vs.              0  01-Cr-00214-WYD-4

United States of America, et.al.0

    Respondents.                        0

=============================================================

REQUEST FOR STATUS REPORT

=============================================================

Comes now Alvin Green, by and through himself, Pro Se, and
hereby moves for a status report as to the filing of his
Notice of Satisfaction of Judgment and Petition for the Common
Law Writ of Audita Querela and/or Extraordinary Relief
Petition in the Nature of Bail, Mandamus, and Prohibition--
Nunc Pro Tunc--filed with this Honorable Court in the above
entitled matter on or about 12t5h day of November, 2012.  The
Petitioner moves for a status report on these common law writs
with celerity.  However, he has had no word from this court as
to these pleadings filed in the above entitled matter.
Petitioner moves pursuant to Johnson v. Rogers, 917 F.2d !283,
1285 (10th Cir. 1990) for a Status Report as to the reasons
for the delay in filing--or not filing--the above pleadings in
the above styled cause.

Respectfully submitted,

_Alvin Green_

============================

Alvin Green, Pro Se,

Fed. Reg. No.# 30411-013

·U.S. Penitentiary Atwater

P.O. Box 019001

Atwater, Ca.  95301-0910

Pro se for Petitioner-Defendant

Certificate of Mailing

I, Alvin Green, do hereby certify that I have mailed a copy of
the above and foregoing document by postage prepaid mail on
this _16th_ of January, 2013, addressed to the following named
persons, Attorneys for the Respondent-Plaintiffs:

Guy Till

Asst. U.S. Attorney

U.S. Attorney's Office

District of Colorado

1225 17th Street, Suite 700

Denver Colorado.  80202;

HECTOR RIO, WARDEN

U.S. PENITENTIARY ATWATER

1 FEDERAL WAY

ATWATER, CA.  95301.

Respectfully submitted,

Alvin Green, Pro Se,

Fed. Reg. No.# 30411-013

·U.S. Penitentiary Atwater

P.O. Box 019001

Atwater, Ca.   95301-0910

Pro se for Petitioner-Defendant