IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24.  DWAYNE VANDYKE,

    Defendant.

---

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1)   The defendant, Dwayne Vandyke, Colorado DOC # 61750, is confined in the Bent County Correctional Facility, 11560 Road FF75, Las Animas, CO  81054.

2)   A warrant for the defendant's arrest has been issued based on an allegation of a violation of supervised release condition.  A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for proceedings in the above-captioned case and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By:   *s/Guy Till*
      GUY TILL
      Assistant U.S. Attorney
      United States Attorney's Office
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Phone:  (303) 454-0100
      Fax:  (303) 454-0403
      E-Mail:  Guy.Till@usdoj.gov
      Attorney for Government