IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

        Plaintiff,

v.

24. DWAYNE VANDYKE,

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Dwayne Vandyke, Colorado DOC # 61750, before a United States Magistrate Judge, forthwith for an initial appearance, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 5th day of March, 2013.

        *[signature]*
        MAGISTRATE JUDGE
        UNITED STATES DISTRICT COURT
        DISTRICT OF COLORADO