IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Criminal Action No. 01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE VAN DYKE,

    Defendant.

_____

ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT
_____

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as court-appointed counsel for the above-named Defendant.

    Dated this 15th day of March, 2013.

    PHILIP A. CHERNER, ESQ.
/s/ *Philip A. Cherner*
_____
Atty. Reg. No. 6901
789 Sherman Street, Ste. 660
Denver, CO 80203
(303)860-7686
phil@philcherner.com

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2013, I electronically filed the forgoing ENTRY OF APPEARANCE using the CM/ECF system which will send notification of the filing to all counsel of record.

    */s/ Philip A. Cherner*
_____