AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Dwayne Vandyke_ | ) | Case No. _01CR 214_ |
| Defendant | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _3/18/13_

_____
Defendant's signature

_____
Signature of defendant's attorney

_Philip Cherner_
Printed name and bar number of defendant's attorney

_789 Sherman #860_
Address of defendant's attorney

_Phil@philcherner.com_
E-mail address of defendant's attorney

_303 860 7686_
Telephone number of defendant's attorney

_303 730 1400_
FAX number of defendant's attorney