IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA

  Plaintiff,

v.

DWAYNE VAN DYKE

  Defendant.

---

## ORDER OF DETENTION

  THIS MATTER came before the Court for a detention hearing on March 18, 2013. Present were the following: Guy Till, Assistant United States Attorney, Phillip Cherner, counsel for the defendant, and the defendant.  The Court carefully considered the entire court file and the comments of counsel.

  The Court has concluded, by a preponderance of the evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the defendant, based upon the attached findings.

  IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or their designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

  IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

  IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED and ENTERED this 18th day of March, 2013.

                                              By the Court:

                                              s/Craig B. Shaffer
                                              Craig B. Shaffer
                                              United States Magistrate Judge

United States v. <u>Dwayne Van Dyke</u>
Case Number <u>01-cr-00214-WYD</u>

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

   This matter comes before the court on a Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release.  The Petition alleges that on May 12, 2004, the defendant was placed on supervision by the Honorable Wiley Y. Daniel, with standard conditions and the special condition that the defendant participate in a program of testing and treatment for drug abuse, and that the defendant abstain from the use of alcohol and other intoxicants during the course of treatment.

   During a hearing on March 18, 2013, the defendant waived his right to a preliminary hearing under Rule 32.1 of the Federal of Criminal Procedure.  Based upon the facts alleged in the Petition and in light of the defendant's waiver, the court finds probable cause to believe the defendant violated one or more conditions of his release.

   Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing by clear and convincing evidence that the [defendant] will not flee or pose a danger to any other person or to the community rests with the [defendant]."

   In making my findings of fact, I have taken judicial notice of the information set forth in the Petition and the entire court file.  I further note the defendant's decision not to contest detention at this time, or to present evidence on the issue of detention.  Weighing all of the information presently before the court, I find that defendant has failed to sustain his burden under Rule 32.1.  I specifically note the Petition indicates that on September 20, 2012, the defendant entered a plea of guilty to felony possession with the intent to manufacture or distribute cocaine.  The defendant currently is serving a sixteen year sentence of incarceration with the Colorado Department of Corrections at the Bent County Correctional Facility.  Given the defendant's recent felony conviction and his apparent failure to comply with the conditions of supervised release imposed by Judge Daniel, I find there is no combination of conditions that I could set that would properly assure the defendant's appearance at further proceedings in this case.