UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**24.  DWAYNE VANDYKE**,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Pursuant to the parties' in-person conference with chambers on Monday, March 18, 2013, it is

      ORDERED that a Supervised Released Violation Hearing is set for **Tuesday**, **June 4**, **2013**, **at 11:00 a.m. in Courtroom A-1002**.

      Dated:  March 19, 2013.