PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. FREDRIC WILLIAMS                              Docket Number: 01-cr-00214-WYD-10

**Petition for Issuance of Warrant Due to Violations of Supervised Release**

      COMES NOW, Jerald Mason, probation officer of the court, presenting an official report upon the conduct and attitude of Fredric Williams who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 18th day of March 2004, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**On June 17, 2011, supervised release was revoked, and the defendant was sentenced to eight (8) months imprisonment followed by four (4) years supervised release with the following conditions of supervised release:**

1. The defendant shall participate in and successfully complete a program of testing and treatment for drug abuse, as directed by the probation officer, untilhe is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course treatment and shall pay the costs of treatment as directed by the probation officer.

2. The defendant shall not frequent establishments whose primary business is the sale of alcohol.

3. The defendant shall obtain and maintain lawful employment within 60 days of release from the Bureau of Prisons.

4. The defendant shall establish a schedule of payments for the support of his children with Child Support Enforcement Services.

**On February 6, 2013, the defendant's conditions of supervision were modified to include the following:**

5. The defendant shall be placed on home detention for a period of six (6) months, to commence upon the Court's order. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer; and,

PROB 12
(02/05-D/CO)

6. The defendant must submit to a search of his person, property, or automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting controlled substances, firearms and ammunition, or any contraband at the direction of the probation officer. He must inform any residents that the premises may be subject to a search.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the defendant's arrest. Subsequent to the arrest of the defendant, that the court consider revocation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 21st day of March, 2013, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | *s/Jerald Mason* |
| | Jerald Mason<br>Senior U.S. Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel<br>Senior U.S. District Judge | Place: Denver, Colorado<br>Date: March 14, 2013 |

PROB 12
(02/05-D/CO)

# ATTACHMENT

On October 2, 2008 and November 18, 2011, the conditions of supervised release were read and explained to the defendant. On those dates, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with copy of them. The second term of supervised release commenced on November 10, 2011.

On December 7, 2012, the defendant's supervised release was transferred to the Southern District of Illinois. Information obtained from that district reflects that on February 13, 2013, the conditions of supervised release were read to him, and that he fully understood the conditions.

The defendant has committed the following violations of supervised release:

**1.     POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about November 18, 2011, the defendant used or administered a controlled substance, marijuana, which had not been prescribed for him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 18, 2011, the defendant provided a urine specimen at Aurora Mental Health, Aurora, Colorado, that tested positive for marijuana. The defendant admitted that he used marijuana on or about that time.

**2.     POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about November 29, 2011, the defendant used or administered a controlled substance, marijuana, which had not been prescribed for him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 29, 2011, the defendant provided a urine specimen at Aurora Mental Health, Aurora, Colorado, that tested positive for marijuana. When confronted, the defendant stated that this second positive test was from residual drug use from the November 18, 2011, drug test, and that he had only used marijuana one time.

On February 8, 2012, the quantitative results of the defendant's drug tests were received and indicated that there was new use of marijuana between the two tests. Therefore, the second test was not a result of residual drug use. The defendant later admitted that he used marijuana anew on or about November 29, 2013.

PROB 12
(02/05-D/CO)

### 3. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about July 5, 2012, the defendant used or administered a controlled substance, marijuana, which had not been prescribed for him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On July 5, 2012, the defendant provided a urine specimen at Aurora Mental Health, Aurora, Colorado, that tested positive for marijuana. The defendant admitted that he used marijuana on or about that time.

### 4. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about December 18, 2012, the defendant used or administered a controlled substance, marijuana, which had not been prescribed for him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On December 18, 2012, the defendant provided a urine specimen at the United States Probation Office, Southern District of Illinois, East St. Louis, Illinois, that tested positive for marijuana. The defendant admitted that he used marijuana on or about that time.

### 5. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about March 1, 2013, the defendant used or administered a controlled substance, marijuana, which had not been prescribed for him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On March 1, 2013, a urine specimen was collected at the residence of the defendant by United States probation officers from the Southern District of Illinois, that returned positive for marijuana. The defendant admitted that he used marijuana on or about that time.

PROB 12
(02/05-D/CO)

### 6. FAILURE TO COMPLY WITH RULES OF HOME DETENTION AND ELECTRONIC MONITORING:

On or about March 1, 2013, the defendant violated the conditions of his electronic monitoring, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On March 1, 2013, the defendant was given permission by his United States probation officer (USPO) in the Southern District of Illinois, to seek employment. On March 5, 2013, USPO's from that district conducted a residence contact to collect a urine specimen, and the defendant admitted that he had used marijuana on March 1, 2013. The defendant stated that while on job search he received a telephone call from relatives to attend a party at his aunt's residence. The defendant stated that he decided to forgo his job search and meet instead with relatives at his aunt's residence. The defendant stated that while at the party he smoked marijuana and did not seek employment as he was instructed to do.