✎AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

UNITED STATES OF AMERICA

V.

FREDRIC WILLIAMS

**WARRANT FOR ARREST**

Case Number:   01-cr-00214-WYD-10

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST         FREDRIC WILLIAMS
                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

1) Possession and Use of a Controlled Substance (5); and

2) Failure to Comply with Rules of Home Detention and Electronic Monitoring.

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/ Jennifer Hawkins |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | March 21, 2013, Denver Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |