IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

29.  TOMMY JONES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

On March 21, 2013, Defendant Tommy Jones filed a "Motion to Reduce Petitioner Federal Sentence Pursuant Amendment 759/750 in Reference to 18 U.S.C. § 3582(c)(2)/Supervised Release" (ECF No. 3943).

Accordingly, it is **ORDERED** that both the government and the Probation Department shall file a response to this motion not later than **Friday, May 3, 2013.**

Dated:  April 1, 2013