IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD-29

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**29. TOMMY JONES,**

    **Defendant.**

---

**GOVERNMENT'S RESPONSE TO
MOTION TO REDUCE PETITIONER FEDERAL SENTENCE PURSUANT TO
AMENDMENT 759/750 IN REFERENCE TO
18 U.S.C. SECTION 3582(c)(2)/SUPERVISED RELEASE (*SIC*)(DOC 3943)**

---

    The United States of America, by District of Colorado United States Attorney John F. Walsh, through Assistant U.S. Attorney (AUSA) Guy Till (Government), pursuant to the Court's Minute Order dated April 1, 2013 (DOC 3944), hereby respectfully files this response to the issue of the defendant's Motion to Reduce Petitioner Federal Sentence Pursuant to Amendment 759/750 in Reference to 18 U.S.C. 3582(c)(2)/Supervised Release (*sic*) (DOC 3943)(Motion).

    1. The Government respectfully asks the Court to take judicial notice of the contents of its own files in relation to this case. Defendant' Motion asks for a reduction of the five year period of Supervised Release imposed by the Court on December 3, 2003 (DOC 3547, p.4), and confirmed in the Order and Amended Judgment Regarding

1

Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), dated June 5, 2008 (DOC 3614).

2. Jurisdiction over the defendant's term of Supervised Release was transferred to the Northern District of Georgia in 2011 (DOC 3843). According to the Motion, the defendant's Supervised Release was revoked, and he was committed to the U.S. Bureau of Prisons on December 19, 2012, to serve twenty-seven months in confinement (Motion, p. 2).

3. The United States District Court for the District of Colorado lacks authority to reduce the defendant's period of confinement based on the revocation of supervised release entered by the United States District Court for the Northern District of Georgia. Application Note 5(A) to Sentencing Guidelines §1B1.10 explicitly states that this section does not authorize a reduction in a term of imprisonment imposed upon revocation of supervised release.

4. The Motion fails to establish that the interests of justice would be served by reducing the period of the defendant's supervised release. The Government respectfully submits the record shows the defendant is incorrigible. This defendant, properly classified as Criminal History Category VI, with approximately twenty-two alias names, nine alleged dates of birth, and associated with eleven Social Security Numbers, will be in need of extensive supervision after he is released from confinement (DOC 3946).

5. Accordingly, the Government respectfully submits that the Motion should be denied because the Court lacks jurisdiction to reduce the defendant's supervised release at this time (DOC 3843). Assuming *arguendo* the Court had jurisdiction, the

Government respectfully asserts the five year term of supervised release imposed in the Judgment (DOC 3547, p.4) furthers the purposes of Title 18 U.S.C. § 3553(e).  The interests of justice, the welfare of the community, and the best interests of the defendant would not be served by reducing the period of time the defendant will be under supervision by officers of the United States Probation Department.

      6.  The Motion lacks merit (DOC 3946), the Court has relinquished jurisdiction to the United States District Court for the Northern District of Georgia (DOC 3843), and the Motion should be denied.

      Respectfully submitted this 10th day of April 2013.

                JOHN F. WALSH
                UNITED STATES ATTORNEY

                BY: *s/ Guy Till*
                GUY TILL
                Assistant United States Attorney
                United States Attorney's Office
                District of Colorado
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone:  (303) 454-0100
                Fax: (303) 454-0409
                Email:  Guy.Till@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2013, I electronically filed the **GOVERNMENT'S RESPONSE TO MOTION TO REDUCE PETITIONER FEDERAL SENTENCE PURSUANT TO AMENDMENT 759/750 IN REFERENCE TO 18 U.S.C. SECTION 3582(c)(2)/SUPERVISED RELEASE (SIC)(DOC 3943)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Lisa Tibbetts*
LISA TIBBETTS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Lisa.Tibbetts@usdoj.gov