AO 442  (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

UNITED STATES OF AMERICA

V.

FREDRIC WILLIAMS

**WARRANT FOR ARREST**

Case Number: 01-cr-00214-WYD-10

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____FREDRIC WILLIAMS_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court
☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

1) Possession and Use of a Controlled Substance (5); and
2) Failure to Comply with Rules of Home Detention and Electronic Monitoring.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:39 pm, Apr 15, 2013
JEFFREY P. COLWELL, CLERK

☐ in violation of Title _____ United States Code, Section(s) _____
☐ in violation of the conditions of his or her pretrial release imposed by the court.
☒ in violation of the conditions of his or her supervision imposed by the court.

JEFFREY P. COLWELL
Name of Issuing Officer

s/ Jennifer Hawkins
Signature of Issuing Officer

CLERK, U.S. District Court
Title of Issuing Officer

March 21, 2013, Denver Colorado
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at Denver, Co

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-12-13 | | |
| DATE OF ARREST | | |
| 4-12-13 | | |