UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**10.  FREDRIC WILLIAMS**,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Pursuant to the parties' conference with chambers on Wednesday, April 17, 2013, it is

     ORDERED that a Supervised Release Violation Hearing is set for **Thursday**, **June 27**, **2013**, **at 11:00 a.m. in Courtroom A-1002**.

     Dated:  April 17, 2013.