IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDRIC WILLIAMS,

    Defendant.

---

## ORDER ON DETENTION

---

This matter was before the Court for a preliminary and detention hearing on this supervised release violation on April 17, 2013. Defendant waived detention.

Under Fed. R. Crim. P. 32.1(a)(6), Defendant carries the burden of establishing, by clear and convincing evidence, that he will not flee and is not a danger to any other person or to the community. *See also* 18 U.S.C. § 3143(a)(1). He has not carried the burden in light of (1) his history of supervised release revocation and modification; (2) his continued use of illegal substances despite his supervised release prohibitions; and (3) his failure to comply with rules of home detention and electronic monitoring.

Defendant is remanded to the custody of the United States Marshal pending his appearance before Judge Daniel.

SO ORDERED.

DATED and ENTERED this 18th day of April, 2013, in Denver, Colorado.

By the Court:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge