IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case NO. 01-CR-214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MURRAY,

    Defendant.

---

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

---

The undersigned attorney, Wade H. Eldridge, and moves this honorable Court to granting him leave to withdraw as the attorney of record.

AS GROUNDS THEREFORE, states as follows:

1. The undersigned counsel was appointed on March 25, 2010 by the United States District Court to represent George Murray regarding his supervised release.

2. On May 11, 2010, the Honorable Judge Wiley Daniel entered his order regarding Mr. Murray's supervised release.

3. The case was concluded at this time after the order of Judge Daniel.

WHEREFORE, the undersigned moves this Honorable Court grant him leave to withdraw as counsel of record for Defendant George Murray. Counsel also requests that he as well as his staff be removed from the Pacer notifications in this case, and that the Court grant such other and further relief as the Court may deem just and proper.

Dated: May 8, 2013

                Respectfully Submitted,

                WADE H. ELDRIDGE P.C.

By:  S/ Wade H. Eldridge
      WADE H. ELDRIDGE
      1471 Stuart Street
      Denver, Colorado 80204
      (303) 861-4222
      **Counsel for GEORGE MURRAY**

## CERTIFICATE OF SERVICE

I hereby certify that this 8th day of May, 2013; I electronically filed the foregoing MOTION FOR WITHDRAW AS ATTORNEY OF RECORD with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Katie Mumby
Katie Mumby
WADE H. ELDRIDGE
1471 Stuart Street
Denver, Colorado 80204
(303) 861-4222