UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**16.  GEORGE MELVIN MURRAY**,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      On Wednesday, May 8, 2013, Wade H. Eldridge, counsel for defendant, George Melvin Murray, filed a Motion To Withdraw As Attorney Of Record [ECF No. 3959]. After careful consideration, it is

      ORDERED that Eldridge's motion [ECF No. 3959] is **GRANTED**, and Eldridge is **WITHDRAWN** as Murray's counsel effective immediately.

      Dated:  May 16, 2013.