Honorable Judge Wiley Y. Daniel                    5.20.13.

    I know.. I know, You are busy and believe me I am not trying to bug you.

    Anyway how are doing today? Well, and in good spirit I pray. As for self I am doing alright for a man in my position. I have not been geting into any trouble and it has been 12yrs. The only problems I've been having is dudes trying to kill me over Tafoya's lies she put in the wire-tape Applications where she says when I was a juvenile that I told on some Crips and they went to jail. She already lied and got me a life sentence, but now I got to worry about this lie everyday as well.

    Now to the matter at hand. I have a motion infront of you at this time and its been about 7 months and I was just wondering have you took a look at it? I'm not trying to rush you into a decision. Please take the time you need. I just haven't heard anything from you as of yet.

    With that said try and have a nice day, and I will stay out of trouble. I have worked my way down to only 8 points but I am still in a Max penitentiary do to all time I got. My unit team says if it wasn't for all this time I got, I would be in a camp because I don't really belong in here. Thanks for your time.

                                  Sincerely,

                                  30411-013

                              Alvin Green