IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Criminal Action No. 01-cr-00214-WYD-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24.  DWAYNE VAN DYKE,

    Defendant.

_____

PROPOSED STIPULATION FOR ADMISSION
OF SUPERVISED RELEASE VIOLATION AND SENTENCING
_____

THE PARTIES respectfully submit, for the Court's consideration and approval, a proposed agreement to resolve Mr. Vandyke's pending supervised release revocation proceeding pursuant to Fed.R.Crim.P. 32.1 and Title 18 U.S.C. § 3583.  This agreement is in the nature of a Fed.R.Crim.P. 11(c)(1)(C) agreement, which, if accepted by the Court, would be binding.

The parties agree, subject to the Court's approval that:

1.  Mr. Vandyke admits the alleged violation, to wit: commission of a new felony criminal offense while on supervised release.

2.   The parties agree that the sentence will be the maximum permitted, five years, but with no supervision to follow.

3.  In exchange for Mr. Vandyke's admission and agreement to the five year sentence, described above, the Government agrees that the sentence to be imposed herein will be concurrent to the sixteen year sentence that the

1

Defendant is currently serving in the Colorado Department of Corrections, Denver District Court Case No. 12CR1019.

4. The parties agree, further, that the Court will designate the Colorado Department of Corrections as the location for the Defendant to serve his federal sentence in this case.

5. The parties reached this agreement because a review of the state court proceeding makes it clear that the state prosecutor, defense counsel, defendant, and state court all intended the federal sentence to be concurrent to the sixteen year sentence imposed in the state court proceeding. The defendant contends that should this Court choose not to impose a concurrent sentence, the defendant likely has the right to withdraw his state court guilty plea.

6. The Court may order a concurrent sentence because Mr. Vandyke was writ to this court from the Colorado Department of Corrections [Docs. 3929, 3931 and 3932], and the Court may designate the Colorado DOC as the official detention facility at which the federal sentence is to be served concurrently with the state sentence. *See* Title 18 U.S.C. §§ 3584 and 3585 and Title 28 U.S.C. § 651.

7.  The parties respectfully submit that the terms of this agreement serve the best interest of justice in this case.

Respectfully submitted this 31st day of May, 2013.

PHILIP A. CHERNER, ESQ.

s/*Philip A. Cherner*
_____
Atty Reg. No. 6901
789 Sherman Street, Ste. 660
Denver, CO 80203
(303)860-7686
phil@philcherner.com

And

JOHN F. WALSH
United States Attorney

s/*Guy Till*
_____
BY: Guy Till
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th Street, Ste. 700
Denver, CO 80202
(303)454-0100
guy.till@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2013, I electronically filed the foregoing PROPOSED STIPULATION FOR ADMISSION OF SUPERVISED RELEASE VIOLATION AND SENTENCING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

> By: *s/ Lisa Tibbetts*
> LISA TIBBETTS
> Legal Assistant
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Telephone:  (303) 454-0100
> Fax:  (303) 454-0409
> E-mail: Lisa.Tibbetts@usdoj.gov