**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | June 4, 2013 | Prob./Pret.: | Edwin Colunga |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tracy Weir | | |

---

Criminal Case No. **01-cr-00214-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Guy Till

        Plaintiff,

v.

**24. DWAYNE VANDYKE**,                       Philip A. Cherner

        Defendant.

---

**COURTROOM MINUTES**

---

**SUPERVISED RELEASE VIOLATION HEARING**

**11:09 a.m.**      Court in Session - Defendant present (in-custody)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

11:10 a.m.      Statement on behalf of Defendant admitting to violations (Mr. Cherner).

11:14 a.m.      Statement on behalf of Government (Mr. Till).

11:14 a.m.      Statement on behalf of Probation (Mr. Colunga).

11:15 a.m.      Statement by Defendant on his own behalf (Mr. VanDyke).

Court makes findings and finds that defendant has violated conditions of supervised release.

**ORDERED:**   Supervised release is **REVOKED.**

**ORDERED:**   Defendant be **imprisoned** for **60** months, to be served concurrently to any other custodial sentence imposed in Denver County District Court Case Number 2012CR1019.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 99 days spent in custody.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant with the Colorado Department of Corrections to serve his sentence.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**11:23 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :14**