# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  01-cr-00214-WYD-24 |
| | USM Number:  30418-013 |
| DWAYNE VAN DYKE<br>"NM" | Philip A. Cherner, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to Violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law (Possession with Intent to Manufacture or Distribute a Controlled Substance - Schedule II - 25 to 450 Grams) | 03/08/2012 |

　　　The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

　　　It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

　　　　　　　　　　　　　　　　　　　　　　　　June 4, 2013
　　　　　　　　　　　　　　　　　　　　　　　　Date of Imposition of Judgment


　　　　　　　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judge


　　　　　　　　　　　　　　　　　　　　　　　　Wiley Y. Daniel, Chief U.S. District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　Name & Title of Judge


　　　　　　　　　　　　　　　　　　　　　　　　June 7, 2013
　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

DEFENDANT:  DWAYNE VAN DYKE
CASE NUMBER:  01-cr-00214-WYD-24                                            Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty (60) months, to be served concurrently with the sentence imposed in Denver County District Court Case Number 2012CR1019.

The court recommends that the Bureau of Prisons designate the defendant to the Colorado Department of Corrections for service of sentence; in addition, credit the defendant with 99 days spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal