IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

10.  FREDRIC WILLIAMS,

      Defendant.
_____

### SENTENCING STATEMENT
_____

      Comes now Defendant, Fredric Williams (hereinafter "Mr. Williams"), by and through his attorney, Lynn Pierce, and submits this sentencing statement requesting a sentence at the bottom of the guideline range and in support thereof states the following:

      1.    On March 18, 2004, Mr. Williams was sentenced to 105 months of prison after pleading to possession with intent to distribute more than 7 grams of crack cocaine as charged in Count Forty-Seven of the Second Superseding Indictment.

      2.    Mr. Williams served 917 days presentence confinement at the time of his original sentence. The original term of supervised release commenced on February 13, 2009. In March 2011, Mr. Williams was arrested for supervised release violations and was eventually sentenced to an additional 8 months incarceration on June 23, 2011, with an additional 4 years supervised release. Mr. Williams' second term of supervised release commenced on or about November 10, 2011 and the same was modified so as

to allow him to return to Chicago, on or about December 7, 2012. While in Illinois, Mr. Williams tested positive for marijuana.

3. On March 21, 2013, a warrant was issued for Mr. Williams for additional supervised release violations comprised mostly of allegations that Mr. Williams continued to smoke marijuana. There are no other allegations that Mr. Williams willfully violated other terms of his supervised release.

4. Mr. Williams has severe chronic back pain due to bullets lodged in his back and right shoulder from a gunshot wound sustained in 1995. Mr. Williams has had difficulty managing the pain with traditional pain medication and found the only viable option for relief to be marijuana.

5. The probation department has recommended that Mr. Williams serve an additional 14 months and that he not serve any additional supervised release. Mr. Williams concurs with the probation report with regard to the proper guideline range and recommendation as to further supervised release. However, Mr. Williams has now served approximately 12 years of incarceration and supervised release in the instant case. At no time has he committed a similar drug distribution crime or other serious offense. Given the surrounding circumstances of Mr. Williams' history and the nature of the violation of conditions alleged, a custodial sentence of eight (8) months with further supervised release adequately meets the statutorily mandated sentencing purposes of deterrence, just punishment, and protection of the public.

WHEREFORE, Mr. Williams respectfully requests that he be sentenced to 8 months imprisonment and for no further supervised release and for such further relief as the Court deems proper under the circumstances.

Respectfully submitted this day June 20, 2013.

>s/ Lynn Pierce
>Lynn Pierce
>Butler, Landrum & Pierce, P.C.
>720 Kipling, Suite 201
>Lakewood, CO 80215
>(303) 232-3888
>lpierce.blp @comcast.net
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
guy.till@usdoj.gov


>s/ Lynn Pierce
>Lynn Pierce