IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

29. TOMMY JONES,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Defendant's *pro se* "Motion to Reduce Petitioner Federal Sentence Pursuant Amendment 759/750 in Reference to 18 U.S.C. § 3582(c)(2) / Supervised Release" (ECF No. 3943), filed March 21, 2013.

On December 3, 2003, following the Defendant's conviction of aiding and abetting the distribution of more than five grams of crack cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C); and 18 U.S.C. § 2, I sentenced the Defendant to 140 months imprisonment as to Count I of the Third Superseding Indictment and 48 months as to Count II, to run concurrently; 5 years supervised release as to Count I and 1 year as to Count II, to run concurrently; and a $200 special assessment.

On April 28, 2008, the Defendant filed an unopposed motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (ECF No. 3588). On June 5, 2008, I granted the motion, and the Defendant's previously imposed sentence of imprisonment was reduced to 120 months as to Count I. All other components of the original

sentence remained unchanged.

On August 27, 2010, the Defendant was released from the Bureau of Prisons on the above-referenced sentenced and commenced his term of supervised release in the Northern District of Georgia. On March 25, 2011, I ordered that the jurisdiction over this Defendant be transferred to the United States District Court for the Northern District of Georgia. On April 15, 2011, the United States District Court for the Northern District of Georgia accepted and assumed jurisdiction over the Defendant. (ECF No. 3843).

On December 21, 2012, the Defendant appeared before the United States District Court for the Northern District of Georgia for a supervised release violation hearing. The Defendant admitted to violating the terms and conditions of his supervised release, and District Judge Richard W. Story revoked his supervised release. Judge Story sentenced the Defendant to 27 months imprisonment on Count 1 and 12 months on Count II, to run concurrently. No term of supervised release was imposed to follow. The Defendant is currently incarcerated in the Bureau of Prisons with a projected release date of October 8, 2014.

In his pending motion, Defendant requests that I reduce the five year period of supervised release imposed on December 3, 2003 pursuant to 18 U.S. C. § 3582(c)(2). Under § 3582(c)(2), a court may reduce a previously-imposed sentence if the requested reduction is based on "a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). *See also Dillon v. United States*, ___U.S. ___, 130 S. Ct. 2683, 2687-88 (2010). Based on the fact that the Defendant is currently serving a term of imprisonment imposed based upon a supervised release violation, not the original sentence, it appears that § 3582(c)(2) is inapplicable.

Furthermore, I lack authority to reduce the Defendant's period of supervised release because jurisdiction over this Defendant was transferred to the United States District Court for the Northern District of Georgia. Accordingly, it is

ORDERED that Defendant's *pro se* "Motion to Reduce Petitioner Federal Sentence Pursuant Amendment 759/750 in Reference to 18 U.S.C. § 3582(c)(2) / Supervised Release" (ECF No. 3943) is **DENIED**.

Dated: June 21, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge