UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**10.  FREDRIC WILLIAMS**,

      Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Due to a Court conflict, it is

      ORDERED that the Supervised Release Violation Hearing set for Thursday, June 27, 2013, at 11:00 a.m. in Courtroom A-1002 is **VACATED**.  It is

      FURTHER ORDERED that the parties **shall jointly contact chambers on Monday**, **June 24**, **2013**, to reschedule the Supervised Release Violation Hearing.

      Dated:  June 21, 2013.