UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**10.  FREDRIC WILLIAMS**,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Pursuant to the parties' joint telephone conference with chambers on Monday, June 24, 2013, it is

      ORDERED that a Supervised Release Violation Hearing is set for **Wednesday**, **June 26**, **2013**, **at 11:00 a.m. in Courtroom A-1002**.

      Dated:  June 25, 2013.