IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | June 26, 2013 | Prob./Pret.: | Jerald Mason |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No.  **01-cr-00214-WYD**            Counsel:

UNITED STATES OF AMERICA,                        Guy Till

      Plaintiff,

v.

**10.  FREDRIC WILLIAMS, a/k/a Chicago**,         Lynn A. Pierce

      Defendant.

## COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING**

**11:11 a.m.**   Court in Session - Defendant present (in-custody)

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

11:12 a.m.   Statement on behalf of Defendant admitting to violations 1-5 (Ms. Pierce).

11:13 a.m.   Statement on behalf of Government regarding dismissal of alleged violation 6 (Mr. Till).

**ORDERED:**   Violation 6 is dismissed by agreement of the parties.

11:14 a.m.   Statement on behalf of Defendant (Ms. Pierce).

| | |
|---|---|
| 11:16 a.m. | Statement on behalf of Probation (Mr. Mason). |
| 11:22 a.m. | Statement on behalf of Government (Mr. Till). |
| 11:22 a.m. | Statement on behalf of Defendant (Ms. Pierce). |
| 11:23 a.m. | Statement by Defendant on his own behalf (Mr. Williams). |
| 11:31 a.m. | Statement on behalf of Probation (Mr. Mason). |
| 11:36 a.m. | Statement on behalf of Defendant (Ms. Pierce). |
| 11:36 a.m. | Statement on behalf of Probation (Mr. Mason). |

Court makes findings and finds that defendant has violated conditions of supervised release.

**ORDERED:** Supervised release is **REVOKED.**

**ORDERED:** Defendant be **imprisoned** for **8** months.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 98 days spent in custody.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **21** months.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not illegally possess controlled substances.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   The defendant shall reside in a community corrections center for a period of **up to 180** days to commence upon release from prison and shall observe the rules of that facility.

(X)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation office. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X)   Defendant shall not frequent businesses whose primary business is the sale of alcohol.

(X)   The defendant shall obtain and maintain lawful employment within 60 days of release from the Bureau of Prisons.

(X)   The defendant shall establish a scheduled of payments for the support of his children with child support enforcement services.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at F.C.I. - Englewood, CO.**

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**11:44 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :33**