✎AO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| EDWARD PALMER | Case Number:  01-cr-00214-WYD-09 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____EDWARD PALMER_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF THE LAW
POSSESSION AND USE OF A CONTROLLED SUBSTANCE

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/M. Fields |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | July 10, 2013, Denver, Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |