IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD-9

UNITED STATES OF AMERICA,

      Plaintiff,

v.

9. EDWARD PALMER

      Defendant.

_____

MOTION TO WITHDRAW AS COUNSEL

_____

Comes Now, counsel for Mr. Palmer hereby moves to withdraw her appearance as counsel and asks the court to appoint alternate CJA counsel for Mr. Palmer based upon the following grounds:

1.      Mr. Palmer is presently accused of a violation of his supervised release.  This matter is set for preliminary revocation and detention hearing on July 16, 2013 at 2:00 p.m.

2.      Counsel accepted appointment in this matter.

3.      After accepting appointment counsel was advised the nature of revocation is an underlying new law violation out of Arapahoe County, Colorado. Probation officer Andrea Bell advised counsel the alleged victim of the new law violation is Ms. Danielle Wills.  Counsel previously represented Ms. Wills in this court.

4.      Based upon these facts and circumstances counsel believes a conflict exists in representing Mr. Palmer.

Wherefore, counsel Lisabeth Castle hereby moves to withdraw as counsel for Mr. Palmer and asks the court to appoint conflict free counsel to Mr. Palmer.

Dated this July 15, 2013

<u>s/Lisabeth P. Castle</u>
Lisabeth P. Castle
Attorney at Law
1544 Race St.
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

_____

CERTIFICATE OF SERVICE
_____

I hereby certify that on this 15th day of July, 2013, I served a true and correct copy of the foregoing MOTION TO WITHDRAW
via U.S. Court ECF filing to:


Jim Allison, Office of the United States Attorney