UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**9.  EDWARD PALMER**,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

 Pursuant to the parties' in-person conference with chambers on Tuesday, July 16, 2013, it is

 ORDERED that a Supervised Released Violation Hearing is set for **Tuesday**, **October 15**, **2013**, **at 3:00 p.m. in Courtroom A-1002**.

 Dated:  July 16, 2013.