**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 9 2013

JEFFREY P. COLWELL
CLERK

Case # 01-CR-214-1

Honorable Judge Daniel                                    9.02.13

Hello, Your Honor, I know that you are very busy dealing with other cases, but I just wanted to let you know that I was in transit at this time on my way to another institution. I got into it with a few guys because of the lies the Government's DA Ms. Toroya told about me in her wire-tap applications saying I told on some Crips. In which is a flat out lie. I'm dealing with it as best a man can.

I also would like to put the court on notice that I sent in a 60(b)(6) motion dealing with the catch all part of Rule 60(b). So would you allow me the time to notify the court once I get to my new institution wherever it may be, because as of yet I don't know what part of the world I may end up in.

Thank You For Your Time.

Sincerely,

Alvin Green
30411-013

Mr. Alvin GREEN #30411-013
Federal Correctional Institution
PO Box 9
Mendota, CA 93640

(Legal-Mail)

05 SEP 2013 PM 7

United States Courthouse
Alfred A. Arraj
Honorable Judge Wiley Y. Daniel
Room A105
901 19th Street 2nd Floor
Denver, Co. 80294