UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4.  ALVIN GREEN**,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on defendant, Alvin Green's, Motion To Reopen/Vacate [ECF No. 3992].  Upon review of the motion, it is

    ORDERED that the Government **shall respond to Green's motion [ECF No. 3992] on or before Thursday**, **October 17**, **2013**.

    Dated:  September 26, 2013.