UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**9.  EDWARD PALMER**,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On Monday, October 7, 2013, the Probation Department notified me, and provided verification, that defendant, Edward Palmer, died on September 3, 2013.  As such, it is

    ORDERED that the Supervised Release Violation Hearing set for Tuesday, October 15, 2013, at 3:00 p.m. is **VACATED**.

    Dated:  October 7, 2013.