IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ALVIN GREEN,

    Defendant.

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME WITHIN
WHICH TO FILE A RESPONSE
TO DEFENDANT'S MOTION [DOCKET NUMBER 3992]**

    The United States of America, by District of Colorado United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), respectfully submits this Government's Motion for an Extension of Time Within Which to File a Response [Docket Number 3992]. Due to the pressing issues and other deadlines, the Government is not prepared to file a response to the defendant's Motion on or before Thursday, October 17, 2013, and respectfully asks for an enlargement of time within which to prepare and file an appropriate response.

    Respectfully submitted this 17th day of October, 2013.

                                              JOHN F. WALSH
                                              United States Attorney

                                              BY: s/ Guy Till
                                              GUY TILL
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado 80202
                                              Telephone: (303) 454-0100
                                              FAX: (303) 454-0401
                                              E-mail: Guy.Till@usdoj.gov
                                              Attorney for Government

**CERTIFICATE OF SERVICE**

      I certify that on this 17th day of October, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO DEFENDANT'S MOTION [DOCKET NUMBER 3992]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all record of counsel:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

Alvin Green
#30411-013
MENDOTA – Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 9
Mendota, CA 93640

                                          s/Lisa Tibbetts
                                          LISA TIBBETTS
                                          Legal Assistant
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          1225 Seventeenth Street, Suite 700
                                          Denver, Colorado 80202
                                          Telephone: (303) 454-0100
                                          FAX: (303) 454-0409
                                          E-mail:  Lisa.Tibbetts@usdoj.gov