UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4.  ALVIN GREEN**,

    Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Government's Motion For An Extension Of Time Within Which To File A Response To Defendant's Motion [ECF No. 3996]. After careful consideration, it is

    ORDERED that the Government's motion [ECF No. 3996] is **GRANTED** and the Government **shall respond to defendant, Alvin Green's, Motion To Reopen/Vacate [ECF No. 3992] on or before Thursday**, **October 24**, **2013**.

    Dated:  October 17, 2013.