IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ALVIN GREEN,

    Defendant.

---

ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES

---

Robert M. Russel, Assistant United States Attorney, hereby enters his appearance as counsel for the Plaintiff in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

DATED this 18th day of October, 2013.

                JOHN F. WALSH
                United States Attorney


                *s/Robert M. Russel*
                ROBERT M. RUSSEL
                Assistant United States Attorney
                1225 Seventeenth Street, Suite 700
                Denver, CO   80202
                Telephone:   (303) 454-0100
                Fax: (303) 454-0461
                E-mail: Robert.Russell@usdoj.gov
                Attorney for Respondent

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/Colorado)

      I hereby certify that on  October 18, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and also mailed by U.S. mail a copy of the foregoing document to the following individual:

    Alvin Green(Terminated)
    Registration No. #30411-013
    USP BIG SANDY
    Satellite Camp
    P.O. BOX 2068
    INEZ, KY 41224

    Alvin Green
    Registration No. #30411-013
    MENDOTA – Federal Correctional Institution
    Inmate Mail/Parcels
    P.O. Box 9
    Mendota, CA 93640

                                                     s/ *Dorothy Burwell*
                                                     Dorothy Burwell
                                                     United States Attorney's Office
                                                     Denver, Colorado