Honorable Judge Daniel.                    Case No. 01-cr-00214-WYD

    I am in the hole in Big Sandy U.S.P. At this time. I received your letter while I was being held at Mendota FCI in transit. You was letting me know that you gave the Government until Oct. 17, 2013 to respond to my Motion.

    I am asking you to please understand that I have no legal work with me while I am being moved all over the world. If the Government do respond, I want you to know that my Motion has Merit and is very unique.

    My Case may be one of a kind and I don't believe if you rule in my Favor you will open up a Flood Gate.

    So I pray when you make your ruling it will be for the defendant. I stand by Everything in my Motion 100% because it has Merit and it Applies to this defendant. At most the government's respons will be moot. Thank You

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 18 2013
JEFFREY P. COLWELL
CLERK

Sincerely,
Alvin Green
30411-013

INMATE NAME: Alvin Green
REGISTER NUMBER: 30411-013

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

(Legal-Mail)

CHARLESTON WV 253
15 OCT 2013 PM 1 L

United States District Court
Alfred A. ARRAJ CourtHouse
Honorable Judge Wiley Y. Daniel Room A105
901-19th ST
Denver, Co. 80294-3589