Honorable Judge Daniel.                              10.14.13

    I'm writing you because I gave you my word that I will let you know where they have sent me. I am in Big Sandy U.S.P. I was on the compound one day and the officers came and took me to the hole, because they had got a note from someone saying to kill me.

    I have been going through this for awhile, because Mrs. Tofoye lied and said some Crips went to jail in 87' because of me. Its a lie! I'm just going to continue to pray and put it in God's hands.

    I dont know how long before they move me but I will let you know where they move me to. Thank You,

Case No. 01-cr-00214-WYD

Sincerely,
Alvin Green
30411-013

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2013

JEFFREY P. COLWELL
CLERK