01-cr-214-WYD

Honorable Judge Daniel,                                   10.15.13

    Yes, Its Me once again. I just want you to know that I have learned my lesson and I'm asking for another chance at life. I am a Father of 4 Kids in all, and My youngest son I feel I may have hurt the Most because I have never really been in his life. My wife was pregnant at the time I came to jail.

    I believe I should be punished for my crime. I was young and foolish when I came to jail. I have Changed My life and my old way of thinking, and it have made me a better man. If giving another chance I will not take it for granted. I will be talking to the kids and let them know that this Prison is not where they want to waste their lives.

    I will end this little Missive Now, and thank you for your time.

                                  Sincerely,
                                  [signature]
                                  #30411-013