**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00214-WYD-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ALVIN GREEN,

    Defendant.

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

    J. Bishop Grewell, Assistant United States Attorney, hereby enters his appearance as counsel for the Plaintiff in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

    DATED this 22nd day of October, 2013.

                              JOHN F. WALSH
                              United States Attorney

                              *s/J. Bishop Grewell*
                              J. BISHOP GREWELL
                              Assistant United States Attorney
                              1225 Seventeenth Street, Suite 700
                              Denver, CO   80202
                              Telephone:   (303) 454-0100
                              Fax: (303) 454-0461
                              E-mail: Bishop.Grewell@usdoj.gov
                              Attorney for Respondent

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/Colorado)**

      I hereby certify that on  October 22, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and also mailed by U.S. mail a copy of the foregoing document to the following individual:

Alvin Green
Registration No. #30411-013
USP BIG SANDY
Satellite Camp
P.O. BOX 2068
INEZ, KY 41224

                                                s/ *Dorothy Burwell*
                                                Dorothy Burwell
                                                United States Attorney's Office
                                                Denver, Colorado