The United States District Court
For the District of Colorado

Alvin Green
vs
United States of America.

Criminal Case No:
01-CR-00214-WYD-4

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 1 2013

JEFFREY P. COLWELL
CLERK

Alvin Green's Response to
Government's Ejection to his
Rule 60 (B) 6 Catch all Motion.

The Government believes the Court lacks jurisdiction to rule on Defendants Motion.

The Government States the Fact that Mr. Green's Appeal and his 2255 Motion was denied.

The Government States the Fact that Green's Argument is based on the Supreme Courts recent decision in Alleyne V. United States, 133 S.Ct. 2151 (2013)

Defendant's Argument

There has been a New Supreme Court ruling in Alleyne V. United States (2013 June 17.) And with this New Ruling the playing Field has been leveled, and is More Fair.

Green Feels in this case Rule 60 (B) 6 catch all gives the Authority to this Court to rule on this

(1)

MOTIONS. This court knows the defendant's case better than anyone.

This defendant received a very harsh and unfair sentence of Life. Only because at the time the "Perponderance of the Evidence Standard was in play.

The jury convicted GREEN of conspiracy to distribute And possess with intent to distribute Fifty grams or more of crack cocaine.

There was a big issue at GREEN's sentencing hearing because the Government did NOT prove at trial a drug Amount As to GREEN. Your Honor took a recess to go over trial records and agreed with the defendant that No one ever said an drug amount For defendant GREEN. These

There was No drug Amount to sentence GREEN to. Your Honor said you will sentence GREEN to 40 grams, but in the end your Honor said only because of the "Perponderance of the Evidence" you will sentence GREEN to 50 grams and No More than that.

The Supreme Court in "Alleyne" talks about the Perponderance of the Evidence, and how the government Must do their Job. The Government can't say a defendant had 50 grams of crack in their Indictment and at trial can't show that the defendant had 1 gram of crack, and then say at the end of trial we didn't prove what we charged in the Indictment but lets

use the PERponderance OF the Evidence to give a Man or woman a LiFe sentence.

In GREEN's case the Government did Not prove a drug amount, and GREEN is actual Innocent OF the crime he was charged with.

## Conclusion

Defendant GREEN stands by his Rule 60(B)6 Catch all Motion And believes this Court has the right to rule on this Motion do to the New Supreme Court ruling in Alleyne. The Highest Court in the land has Made its ruling and with-out the PERponderance OF the Evidence and all the othe things GREEN is Arguing has Merit. The Defendant Motion should be Granted.

Dated this 28th day OF October, 2013

RespectFully Submitted,

Alvin Green #30411-013