Honorable Judge Daniel,                                      10.28.13

**01-cr-214-WYD**

    I know that you're getting tired of me. This messive is to let you know that today. I was told that since I have stop being apart of a gang. They are going to debrief me and keep me hear at Big Sady's SHu for 8 months to a year and then send me to a drop-out yard.

    I am 41 yrs old Your Honor and I am tired of being apart of that life. I have 4 kids that need me and love me. My youngest son was born since I've been in prison. My wife was with child upon me coming to jail. those are the people that needs me the most. I don't want my 2 sons to ever have to go through none of this jail stuff. I want them to be Real Men, Respectable Men.

    I Have been telling you for years I have changed but hopefully my actions speak louder than just my words. Thank You For Your Time. They say because of this big step I'm taking I will be here 8 months to a year. You can contact me here. I have been staying out of trouble also.

Try And Have A Nice Day.                          Sincerely,
                                                 Alvin Green
                                                 30411-013