CASE NO.01-CR-00214-WYD-4

Honorable Judge Daniel,                                    11/24/13

    I am sorry to keep writing you but please understand that I have an un-just sentence of LiFe. I am still in the SHU here At Big Sandy U.S.P. because I have ask the staff here to take me off of their gang list because I Feel that I am to old for all that stupid stuff.

    I believe I explained to you in one of my other letter that Atwater lost all my legal work during transit so I'm doing the best I could.

    I am reading a few cases dealing with Alleyne. There are a few things I would to bring to your attention.
① Government's Failure to prove a drug quantity dose not undermine a conviction, but it dose affect the sentence. U.S. v. Rolon Ramos, 502 F.3d 750, 754-55 (8th Cir 2007) Also if you will look at US v. Gomez-Rosario, 418 F.3d 90, 104 (1st Cir. 2005) The drug quantity need not be proven for a jury to convict a defendant of conspiracy, but drug quantity is relevant to determine the provision of § 841 under which a defendant may be sentence. As a consequence of failing to prove the drug quantity and type the district court was restricted in the maximum sentence that it could impose.

    I will end now but please understand that all I want is fairness, because my life sentence was unfair and un-just. Thank you for your time once again Your Honor.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2013

JEFFREY P. COLWELL
        CLERK

Sincerely
[signature]
30411-013

Just one more thing Your Honor, Holding in United States v. Hayes 342 F.3d 385 (5th Cir. 2003) The defendant in Hayes was indicted for and convicted of conspiracy to distribute more than fifty grams of crack cocaine in violation of § 841 (a)(1) and 846. Id. at 386-87. The defendant sought to have his conviction vacated because the Government offered insufficient evidence as to drug quantity. Id at 391. The evidence did not support fifty grams or more. The remedy was to vacate the conviction and remand for resentencing pursuant to § 841(b)(1)(B) for conspiracy to distribute more than 5 and less than 50 grams of crack cocaine. Id At 391-92. Clearly the basic conspiracy conviction will remain in-tact. By tacitly acknowleing that the insufficiency of the evidence as to quantity was not fatal to the conviction.

    I will rest with that being said Your Honor.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2013

JEFFREY P. COLWELL
CLERK

Thank You,
Alvin Green
30411-013