FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA )
)
-vs- ) CRIMINAL CASE NO:
) 01-cr-00214-WYD-19
SAMMY LEE WOODS )
)
)

## SAMMY LEE WOODS' PRO SE REQUEST FOR APPOINTMENT "OF COUNSEL"

**COMES NOW,** Sammy Lee Woods, Defendant, **pro se**, and respectfully moves this Court to appoint count and in support of states the following:

1. That throughout the case that Defendant has been represented by counsel in all preceedings in the District Court that was trained in law and without their assistance Defendant would have not been able to priperly bring his issues before the court.
2. That Defendant in this matter is not familiar with the procedures nor is he trained in properly bringing issues in brief form. Defendant is not trained in being able to clearly and accurately bring his issues.
3. That Defendant will not have the assistance of others for lack of knowledge concerning his matters, and transfers and releases.
4. That this case has issues that are complex to Defendant that involve a supposively filed filed §851 enhancement while there has not been a hearing held on the matter nor an opportunity to be heard on the matter resulting in Defendant being sentenced under the Guidelines as opposed to being sentenced based on a mandatory minimum sentence under §851 thereby qualifying Defendant for a sentence reduction under Amendment 750.

1

## PRAYER

**WHEREFORE,** Sammie Woods, Defendant, pray this Court will appoint counsel to brief the issue on 'Woods' 3582(c)(2) Motion that will be filed upon appointing of counsel that there may be complete clarity that will better assist the Court in understanding the issues and to present oral argument before the Court.

Respectfully Submitted,

*Sammie Woods*      12.16.13

Sammie Woods, USM#30425-013
F.P.C. Memphis
c/o P.O. Box 2000, D
Millington, Tenn. 38083

2