UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**19. SAMMY LEE WOODS**,

      Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on defendant, Sammy Lee Woods's, Pro Se Request For Appointment Of Counsel [ECF No. 4008].

      Woods requests appointment of counsel in order to file a motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).  This is Woods's second request for such relief.  Woods previously filed a motion requesting identical relief on August 28, 2012 [ECF No. 3907].  On August 30, 2012, I issued a Minute Order [ECF No. 3908] denying that motion [ECF No. 3907] as moot because I denied Woods's original Motion For Reduction Of Sentence [ECF No. 3544] and the United States Court of Appeals for the Tenth Circuit affirmed that ruling. See ECF No. 3899.

      Because this is an identical and duplicative request to that found in Woods's August 28, 2012, motion [ECF No. 3907], which I denied, it is

      ORDERED that Woods's Pro Se Request For Appointment Of Counsel [ECF No. 4008] is **DENIED**.

      Dated:   January 9, 2014.