IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA          §

vs.                               §     CRIMINAL CASE NO:01-cr-0021~~4-RM~~ **FILED**
                                  §     PETITIONER REQUEST THIS COURT FOR A NEW
SAMMY WOODS                       §     TRIAL AND A DEMAND FOR A JURY  UNITED STATES DISTRICT COURT
                                  §                                    DENVER, COLORADO

                                                                       **MAR - 3 2014**

MOTION REQUESTING SENTENCING RELIEF
PURSUANT TO AMENDMENT 706,712 AND 713      JEFFREY P. COLWELL
Amendment750 ADDED TO 1B1.10(c)                    CLERK

**COMES NOW,**Sammy Lee Woods,who files this Motion pro se

without counsel.Woods is requesting this Honorable Court for a Sentence re-

duction based on Amendment 706,712 and 713.This Motion focusses on whether

Woods is entitled to relief under the Fair Sentencing Act and Sentencing Com-

mission's actions decriminaling cocaine base convictions and making those

those decrimalized pentalties retroactive to final judgments.

By Woods understanding all that is required for such a sentence modi-

fication is that the sentence being sought to be modified was imposed pursu-

ant to the 1984 Sentencing Reform Act,(ie,the Federal Sentencing Guidelines) ,

and that the sentence sought to be modified is subject to an action by the

Federal sentencing Commission that has been retroactive to final judgments.

In Woods case,he believes that both of these qualifying criteria ap-

ply:

First,the Sentencing Commission has decriminalized cocaine base of-

fenses imposed pursuant to the 100-1 ratio,former penalties,to current pen-

alties calculated at an 18-1 ratio cocaine base to cocaine powder.This de-

criminalization has been made retroactive to final judgments, and thousands

of federal inmates are now receiving the benefit of this decriminalization.

Second, and this is probably the conflict,the question is whether Woods

sentence was imposed pursuant to a so call "statutory maximum",or whether

it was,indeed,imposed pursuant to the Federal Sentencing Guidelines.To re-

solve this conflict,I ask this Court to look to the first page of the "Judg-ment In A Criminal Case" filed in Woods case on May 3,2004.The Judgment re-cites as Follows:

> **"The defendant is sentenced as provided in pages 2 through 8 of this judgment.The sentence is impos-ed pursuant to the Sentencing Reform Act of 1984"**

Woods will admit that the situation is clouded by the reality that a manda-tory minimum statute did not control my imposed sentence.However,the reality that 21 USC §841(b)(1)(A) controlled the sentence that was imposed,coupled with 21 USC § 851 and a statutory enhancement that statute mandates,this does not remove the reality that Woods sentence was imposed pursuant to the Federal Sentencing Guidelines.

Third,listing an amendment in §1B1.10(c) therefore has the effect of making that amendment "retroactive"for Defendant Woods to benefit from it. The Commission's organic statute vests the Commission with discretion both to formulate and promulgate amendments to the Guidelines Manual, and to "specify in what circumstances and by what amounts the sentence of prisoners serving terms of imprisonment for [an] offense may be reduced. "See U.S.C. §990(o)(promulgation of amendments); §994(u)(retroactivity).

### A. Crack Cocaine Amendments.

The Commission promulgated Amendment 706 in May 2007, and it became effective on November 1,2007.Amendment 706 amended the drug quantity table located as §2D1.1(c) of the Guidelines Manual to lower the base offense le-vels, and hence the guideline ranges,applicable to drug offenses involving certain quantities of crack cocaine.The amendment accomplished this by re-ducing the base offense levels applicable to the mandatory minimum threshold quantities of crack cocaine (5 grams for five-year minimum,and 50 grams for the ten year mandatory minimum) downward by 2-levels each,and extrapolating that change throughout the remainder of the drug table.See U.S.S.G.App.C.

amend.706 (effective Nov.1,2007).The effect of the amendment was to lower the base offense level for many quantities of crack cocaine by 2-levels(the amendment is there commonly referred to as the **"crack minus two"amendment)**.The next year,the Commission made 706 retroactive by adding it to the list of amendments found at USSG §1B1.10(c).

The Commission promulagted Amendment 750 in May 2011, and it became effective on November 1,2011.Amendment 750 responded to the Fair Sentencing Act of 2010,in which Congress altered the mandatory minimum penalties applicable to crack cocaine offenses and further instructed the Commission to take certain action with respect to the relevant guideline provisions.By re-promulgating the temporary,emergency amendments that took effect the previous year,Amendment 750 amended the drug quantity table located at §2D1.1 of the Guideline Manual to assign offenses involving 28 or more crack cocaine a base offense level of 26, assign offenses involving 280 grams or more of crack cocaine a base offense level of 32,and then extrapolate those changes proportionally upward and downward throughout the drug quantity table.See USSG.App.C.amend.750(effective Nov. 1,2011);id.amend.748(effective Nov.1,2010).This had the effect of lowering the base levels applicable to may quantities of crack cocaine.Compare USSG §2D1.1 (c)(1)(2009)(pre-amendment),with USSG §2D1.1(c)(1)(2011)(post-amendment).The next year,the Commission made Amendment 750 retroactive by adding it to the list of amendments found at 1B1.10(c).

Woods was found to be in possession of 1.062 grams of crack cocaine and was sentence to what appeared to be a life sentence,this quantity is actually less than one(1)gram)of crack.This quantity is not calculated on the drug table. TAKE NOTICE that on December 11,2007,the Sentencing Commission promulgated Amendments 712 and 713 which together,operated to make 706 retroactive.|346 Fed.Appx 379| Amendments 712 and 713 themselves became affective as of March 3,2008.

## CONCLUSION

The United States is attempting to create impermissible legal presumption that sentences in the federal system can be imposed pursuant to any other statute other than the Guidelines.This effort is not a "legal presumption"as much as it is a "legal fiction".Sentences in the federal criminal justice system are mandated to be imposed pursuant to the Guidelines.There can be no more Consideration of the "statutes"that preceeded imposition of the Federal Sentencing Guidelines.

This reality is neither new, nor unique. In 1988,almost 25 years ago, the United States Supreme Court addressed this issue, and the Court unequivocally resolved this issue. MISTRETTA v.US,488 US361(1988). Mandatory minimum sentences from the previous indeterminate sentencing statutes were never intended by Congress to be applied. ID., MISTRETTA, at 488 US at 374. It is axiomatic that the Guidelines do adopt certain parameters and thresholds contained in the former sentencing statutes, but this does not mean that the former statutes survived the adoption of the Guidelines as being viable in federal sentencing.

The goal in passing the Guidelines was to"...resolve the seemingly intractable dilemma of excessive disparity in criminal sentencing." ID., MISTRETTA,supra.,at 488 US at 384.It is simply legal fiction for the United States to conclude,now 25 years later, that the former statutory mandatory minimum sentences apply to prevent a modification of Woods'sentence under the new Amendments pursuant to Amendment 706,712,713 and Amendment 750 retroactive by adding it to the list of amendments found at §1B1.10(c).

Woods is requesting the district court to reduce his sentence based on Amendment 706,ROA,vol.11 at 41. Woods asserts in this Motion that application of the amended guidelines for crack cocaine related affenses would result in a significant lowering of his guideline range.Woods is now 56

years old at the time of filing this Motion,and Woods have been incarcerated for 13 years of his life,the realtively small likelihood of recidivism,my exemplary post-conviction behavior,Please see Woods Progress Reports both past and present included with this Motion.I have regular contact with my family and childrens and grand childrens, a reduction of Woods sentence would not pose a public safety factor "see Judgment in Criminal Case"

For purposes Woods asserts that he had done more time incarcerated to effectuate the purpose of 18 U.S.C.§3553(a)."Id.at 45.Woods is eligible for a limited reduction pursuant to Amendment 706.Id.at 51.I am seeking a complete reevaluation of his sentence.However, to grant modification all this Court needs to do is apply existing law.The decriminalization of cocaine offense sentences has been retroactively applicable since November 1,2010,over 3 years ago. Woods also request a new sentencing hearing to modify his sentence.Woods also submit with this Motion a copy of his judgment and commitment order which will show that he is not a public risk.

Woods has been incarcerated for 13 years for a simple possession of crack cocaine and I ask this Court for a reduction of sentence based upon an Intervening Post-Sentencing Change in the United States Sentencing Guild-lines Pertaining to Cocaine Based "Crack" Offenses(Category 9) and the Corollary Criminal History Category (Amendment 12) Which lowers Petitioner's term of imprisonment.

Respectfully Submitted,

/s/ *Sammy Lee Woods*
Sammy Lee Woods
USM#30425-013
Federal Prison Camp,Memphis          Certified Mail Receipt No:
c/o P.O.Box 2000,D                   7005 1820 0002 7699 1825
Millington,Tennessee 38083
DEFENDANT PRO SE

## CERTIFICATE OF FILING BY MAIL
### AND
### CERTIFICATE OF SERVICE

I, Sammy Lee Woods,being an incarcerated person, and in lieu
of an affidavit subscribed before God, and pursuant to 28 USC §
1746,DECLARE UNDER PENALTY OF PERJURY, that the original of this
document was duly FILED BY MAIL, by depositing same in the insti-
tution's mail depository for legal mail,first class postage pre-
paid, and addressed to:Office of the Clerk,UNITED STATES COURT-
HOUSE,901-19th Street,Rm.105-A,Denver,Colorado 80291-3589,on the
___03___ day of March,2014.

I further certify that a true and correct copy of this
document was duly served on opposing counsel by depositing same
the institution's mail depository,first class postage prepaid,
and addressed to: Colleen Covell,Assistant U.S.Attorney,1225 17th
Street,Room 700,Denver,Colorado 80202,on the _03_ day of March
_____,2014.

I further certify that a true and correct copy of this
document was duly served to Office of the Attorney General,by
depositing same in the institution's mail depository for legal
mail,first class postage prepaid,and addressed to:Honorable
Attorney General,Mr.Eric H.Holder Jr.950 Pennsylvania Avenue,N.
W., Washington,D.C.20530-2000, on the _03_ day of March____2014.

/s/ _____
                                     Sammy Lee Woods
                                     DECLARANT/DEFENDANT PRO SE

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT
DISTRICT COLORADO

MAY - 3 2004

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA

v.

SAMMY LEE WOODS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 01-CR-214-19-D

Ronald Gainor, Appointed
(Defendant's Attorney)

**THE DEFENDANT:** Was found guilty on counts one, fifty, and sixty-two of the Second Superseding Indictment after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(iii); 18 U.S.C. § 2 | Conspiracy to Distribute and Possess with Intent to Distribute Fifty or More Grams of Cocaine Base, Aiding and Abetting | 06/07/01 | One |
| 21 U.S.C. § 843(b); 18 U.S.C. § 2 | Use of a Communications Facility to Possess with Intent to Distribute Cocaine Base, Aiding and Abetting | 05/09/01 | Fifty |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 11/23/57

Defendant's USM No.: 30425-013

Defendant's Residence Address:

Federal Detention Center
9595 West Quincy Avenue
Littleton, Colorado 80123

Defendant's Mailing Address:

SAME

April 21, 2004

Date of Imposition of Judgment

Signature of Judicial Officer

Wiley Y. Daniel, U.S. District Judge

Name & Title of Judicial Officer

4/29/04

Date

I, Gregory C. Langham, Clerk of the United States District Court for the District of Colorado; do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and SEAL of said Court this ___ day of _____

GREGORY C. LANGHAM

By _____
Deputy

DEFENDANT:  SAMMY LEE WOODS
CASE NUMBER:  01-CR-214-19-D

Judgment-Page 2 of 8

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | Possession with Intent to Distribute 1.062 Grams of Cocaine Base, Aiding and Abetting | 06/15/01 | Sixty-Two |

# (G|ED) Official Transcript of GED Tests Results

Candidate's Name:

Last: WOODS          First: AMMIE          Middle Initial:
Address: 10 JOHNA DENEE ROAD
         MEMPHIS, TN 38134
Phone Number:
Date of Birth: 11/23/195_

Issue Date: 3/2013          Social Security Number (if required): 110-43-368_

Reported to: Tennessee

Test Format:

| | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|
| Language Arts, Reading | 9/12/2006 | IB | 400 | 40 | |
| Language Arts, Writing | 11/18/2013 | IB | 505 | 56 | |
| Mathematics | 9/12/2006 | IB | 510 | 54 | |
| Science | 9/12/2013 | IB | 440 | 43 | |
| Social Studies | 9/12/2006 | IB | 490 | 50 | |
| | | Standard Score Total | 420 | | |
| | | Battery Average | 484 | | |
| | | Passing/Non-Passing (determined by jurisdictional policy) | PASS / NON-PASS | | |

TOTAL BATTERY

Language Arts, Reading

Science

Language Arts, Writing

Social Studies

Mathematics

Issued by:
OFFICIAL GED TESTING CENTERS
(For additional transcripts, contact the center below.)

Examiner's Signature
Center Name: Memphis PD
Center Identification No: 000045910
Center Phone Number:
Center Address:
10 Johna Deniel Road,
Memphis, TN 38134

Date: 3/2013

GEDTS Form 30-0908



NATIONAL RESTAURANT ASSOCIATION ®

**ServSafe**

# Certificate of Achievement

This certificate is awarded to

## SAMMY WOODS

## Congratulations!

You have completed
**ServSafe®** Food Handler Training.

Instructor _____ Malcolm Walker

Date _____ September 3, 2013

Organization _____ Pro FS Consultant

Location _____ Memphis, Tennessee

©2008, 2010 National Restaurant Association Educational Foundation. All rights reserved. ServSafe and the ServSafe logo are registered trademarks of the National Restaurant Association Educational Foundation, and used under license by National Restaurant Association Solutions, LLC, a wholly owned subsidiary of the National Restaurant Association.

Department of Justice                                      Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**      **Current Progress Report: 02-05-2014**



| | | | |
|---|---|---|---|
| **Name:** | WOODS, SAMMY LEE | **Institution:** | MEMPHIS FCI |
| **Register Number:** | 30425-013 | | 1101 JOHN A DENIE ROAD |
| **Security/Custody:** | MINIMUM/OUT | | MEMPHIS, TN 38134 |
| **Projected Release:** | 11-16-2018 / GCT REL | **Telephone:** | (901) 372-2269 |

| | | | | |
|---|---|---|---|---|
| **Next Review Date:** | 09-21-2014 | | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 02-19-2015 | | **FBI Number:** | 169491X5 |
| **Age/DOB/Sex:** | 56 / 11-23-1957 / M | | **SSN:** | 411043364 |
| **CIM Status:** | Y | | **DCDC Number:** | |
| | If yes, reconciled: Y | | **INS Number:** | |
| | | | **PDID Number:** | |
| | | | **Other IDs:** | DNA / FOR04218 / |

| | | | |
|---|---|---|---|
| **Release Residence:** | ZENNIA RENEE, DAUGHTER | **Release Employer:** | *[Name]* |
| | 3775 MAULDEN STREET | | *[Address]* |
| | MEMPHIS, TN 38111 | | *[POC]* |
| **Telephone:** | (901) 315-9497 | **Contact** | |
| | | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Bertha Hines, Mother | **Secondary Emergency Contact:** | ZENNIA RENEE, DAUGHTER |
| | 3222 Crete Ave | | 3775 MAULDEN STREET |
| | Memphis, TN 38111 | | MEMPHIS, TN 38111 |
| **Telephone:** | (901) 743-7341 | **Telephone:** | (901) 315-9497 |

**Mentor Information:**

| | |
|---|---|
| **Offenses/Violator Offenses:** | Conspiracy to Distribute and PWITD 50 or more Grams Cocaine B / Aiding & Abetting / Use of a Communications Facility To PWITD Cocaine Base, A&B / Possession With Intent To Distribute 1.062g Cocaine Base, A&B / |
| **Sentence/Supervision:** | 240 Months / 10 Years - 3559 PLRA |
| **Special Parole Term:** | No Special Parole Term |

| Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 04-21-2004 | 117 Months 15 Days / 1041 Days / 0 Days | 941 / 648 / 0 | 0 / 0 / 0 | Parole Information not applicable |

**Detainers:** N
**Pending Charges:** None known

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $300.00 | $0.00 | 01-CR-214-19-D | FINANC RESP-COMPLETED |

**Financial Plan**
| | | | | |
|---|---|---|---|---|
| **Active:** | *[Y,N]* | **Comm Dep-6 mos:** | $360.84 | **Cost of Incarceration** |
| | | **Commissary** | | **Fee:** N/A |
| **Financial Plan Date:** | *[Date]* | **Balance:** | $0.52 | |

**Payments**
| | |
|---|---|
| **Commensurate:** | *[Y,N]* |
| **Missed:** | *[Y,N]* |

**Judicial Recommendations:**   In Tennessee / None / JUD REC FLWD

| | |
|---|---|
| **Special Conditions of Supervision:** | The defendant shall participate in a program of testing and treatment for drug abuse, and andabstain from the use of alcohol or other intoxicants during the course of tx as directed by the USPO. |

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Lavetra A. Castles, Chief Colorado Probation Office | **USPO Relocation:** | Alice Conley, Chief Tennessee Western Probation Office |

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRESS REPORT: 02-05-2014**

| | |
|---|---|
| Byron G. Rogers United States Courthouse and Federal Building<br>1929 Stout Street Room C-120<br>Denver, CO 80294-0101<br>**Phone/Fax:** 303-844-5424 / 303-844-5439 | Clifford Davis and Odell Horton Federal Building<br>167 North Main Street Room 234<br>Memphis, TN 38103<br>**Phone/Fax:** 901-495-1400 / 901-495-1450 |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:** | Y | **DNA Required:** | Y - 05-20-2011 |
| • Conviction for a drug trafficking crime (federal) | | **Subject to Sex Offender Notifications:** | N |
| | | **Treaty Transfer Case:** | N |

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MEM | GED EARNED | GED EARNED IN BOP | 12-03-2013 | CURRENT |
| MEM | ESL HAS | ENGLISH PROFICIENT | 06-07-2004 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| GED:MON-FRI/200-330/ROSENTHAL | 12-03-2013 | 150 |
| FPC GED 12:00-1:30PM | 07-19-2013 | 752 |
| FPC GED 1:30-3PM | 01-09-2012 | 0 |
| PENDING GED/WAITING RESULTS. | 12-13-2011 | 0 |
| FPC GED 12:00-1:30PM | 11-21-2011 | 0 |
| PARENTING | 11-02-2011 | 24 |
| GED 7:30-9 FCI M-F | 07-20-2011 | 2175 |
| MAKING HEALTHY CHOICES RPP C#1 | 06-30-2011 | 6 |
| LEATHER TOOLING | 01-10-2010 | 24 |
| RELIGIOUS PGM FOR PERS GRWTH | 04-28-2010 | 6 |
| RELIGIOUS PGM FOR PERS GRWTH | 04-28-2010 | 6 |
| GED 9-10:30 FCI M-F | 03-22-2010 | 0 |
| GED 2-3:30PM M-F | 05-28-2008 | 0 |
| GED 9-10:30 FCI M-F | 05-12-2008 | 0 |
| GED EVE: MON & WED 5-8 | 03-17-2008 | 1600 |
| SLF-AWARENSS:7 POSITIVE HABITS | 12-13-2006 | 24 |
| PARENTING-MORAL VALUES | 04-13-2006 | 4 |
| MONEY SMART-MORTGAGE SEMINAR | 04-12-2006 | 4 |
| LEGAL RESEARCH / RPP6 | 03-31-2006 | 40 |
| PSYCH ANGER MGMT RPP6 | 01-31-2006 | 7 |
| RPP1/HLTH SIMINR-FOURTH SERIES | 09-30-2005 | 7 |

Name: **WOODS, SAMMY LEE**                                      RegNo: **30425-013**

| | | |
|---|---|---|
| PARENTING SEMINAR | 08-29-2005 | 4 |
| TIME TO READ | 04-22-2005 | 30 |
| MONEY SMART-FINANCIAL ED/RPP3 | 03-28-2005 | 30 |
| SHORT STORIES ACE CLASS | 12-06-2004 | 10 |
| LIFESTYLE CRIMINALITY | 09-13-2004 | 40 |
| BASIC ENTREPRENEUR SKILLS/RPP6 | 09-13-2004 | 10 |
| LONG DISTANCE PARENT/RPP6 | 07-23-2004 | 24 |

**HIGH TEST SCORES**

| Test | Subtest | Score | Test Date | Test Fac | Form | State |
|---|---|---|---|---|---|---|
| ABLE | VOCABULARY | 8.80 | 08-18-2004 | MEM | F | |
| ABLE | SPELLING | 13.00 | 08-18-2004 | MEM | F | |
| ABLE | LANGUAGE | 4.30 | 08-18-2004 | MEM | F | |
| ABLE | READ COMP | 9.30 | 08-18-2004 | MEM | F | |
| ABLE | PROB SOLV | 7.60 | 08-18-2004 | MEM | F | |
| ABLE | NUMBER OPR | 6.30 | 08-18-2004 | MEM | F | |
| GED | MATH | 510.00 | 12-03-2013 | MEM | IB | |
| GED | SCIENCE | 440.00 | 09-22-2006 | MEM | IJ | |
| GED | SOC STUDY | 490.00 | 09-22-2006 | MEM | IJ | |
| GED | LIT/ARTS | 460.00 | 09-22-2006 | MEM | IJ | |
| GED | WRITING | 520.00 | 11-18-2011 | FLM | II | |
| GED | AVERAGE | 484.00 | 12-03-2013 | MEM | PASS | |
| GED PRAC | WRITING | 450.00 | 09-07-2006 | MEM | PB | |
| GED PRAC | WRITING | 450.00 | 12-05-2007 | MEM | PC | |
| GED PRAC | SOC STUDY | 460.00 | 09-07-2006 | MEM | PB | |
| GED PRAC | LIT/ARTS | 450.00 | 09-07-2006 | MEM | PB | |
| GED PRAC | AVERAGE | 470.00 | 01-16-2008 | MEM | PASS | |
| GED PRAC | SCIENCE | 440.00 | 09-07-2006 | MEM | PB | |
| GED PRAC | MATH | 500.00 | 09-07-2006 | MEM | PB | |

**WORK DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MEM | C-FS-AM | FOOD SERVICE A.M. | 11-13-2013 | CURRENT |

**WORK HISTORY**

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| MEM | C-FS-AM | FOOD SERVICE A.M. | 08-25-2013 | 11-13-2013 |

Department of Justice                                                    Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**     **PROGRESS REPORT: 02-05-2014**

| | | | | |
|---|---|---|---|---|
| | Gap(s) in employment between assignments: 39 days | | | |
| FLM | FPC FS AM | FPC FOOD SVC AM | 01-18-2013 | 07-17-2013 |
| FLM | BUS DRVR | CAMP BUS DRIVER | 10-06-2012 | 07-17-2013 |
| FLM | ADX FS S1 | ADX FOOD SERVICE SHIFT 1 | 08-10-2012 | 01-18-2013 |
| FLM | FPC FS AM | FPC FOOD SVC AM | 11-19-2011 | 08-10-2012 |
| FLM | FCC LDOWN2 | FCC LOCKDOWN 2 | 11-30-2011 | 03-01-2012 |
| FLM | ADX FS S1 | ADX FOOD SERVICE SHIFT 1 | 08-18-2011 | 11-19-2011 |
| FLM | ADX GATE | WAITING GATE PASS | 08-17-2011 | 08-18-2011 |
| FOR | F EDUC AM | ORDERLY | 06-07-2010 | 07-20-2011 |
| FOR | F PM COOK | FOOD SERVICE PM COOK | 09-28-2009 | 06-07-2010 |
| FOR | F AM DINE | FCI AM DINING RM DETAIL | 03-24-2009 | 09-28-2009 |
| FOR | F AM COOK | FOOD SERVICE AM COOK | 01-03-2009 | 03-24-2009 |
| FOR | F BAKERY | BAKERY | 10-24-2008 | 01-03-2009 |
| FOR | F AM DINE | FCI AM DINING RM DETAIL | 04-18-2008 | 10-24-2008 |
| FOR | F PM DINE | FOOD SERVICE PM DINING RM. | 04-08-2008 | 04-18-2008 |
| FOR | GENERAL FS | INITIAL FOOD SERVICE ASSIGNMNT | 04-07-2008 | 04-08-2008 |
| MEM | FS ADMIN | FOOD SERVICE | 07-20-2007 | 03-17-2008 |
| MEM | FS BAKE-AM | FOOD SERVICE BAKERY - AM | 03-07-2007 | 07-20-2007 |
| MEM | CPT VISIT | CAPT-VISITING ROOM ORDERLY | 12-26-2006 | 03-07-2007 |
| MEM | FS COOK-AM | FOOD SERVICE COOK - AM | 03-27-2006 | 12-26-2006 |
| MEM | FS ADMIN | FOOD SERVICE | 02-24-2006 | 03-27-2006 |
| MEM | CPT YD AM | CAPT-YARD DETAIL A.M. | 11-16-2005 | 02-24-2006 |
| MEM | MBLAUND | LAUNDRY | 08-23-2005 | 10-31-2005 |
| MEM | FS DR PM | FOOD SERVICE PM | 01-18-2005 | 08-23-2005 |
| MEM | FS DR AM | FOOD SERVICE AM | 11-29-2004 | 01-18-2005 |
| MEM | HMED CONV | HOSPITAL-MED CONVALESCENT | 11-25-2004 | 11-29-2004 |
| MEM | FS DR AM | FOOD SERVICE AM | 10-21-2004 | 11-25-2004 |
| MEM | CPT YD AM | CAPT-YARD DETAIL A.M. | 07-20-2004 | 10-21-2004 |
| MEM | EVT/TRADE | VOCATIONAL TRADES CL 7:30-4:00 | 06-08-2004 | 07-08-2004 |

**DISCIPLINE HISTORY**

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| Inmate has no disciplinary history items in this area | | | | |

Name: **WOODS, SAMMY LEE**                                                                 RegNo: **30425-013**

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|-----------|-----------|
| MEM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-13-2013 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|----------|-----------|-----------|-----------|
| MEM | DESIGNATED, AT ASSIGNED FACIL | 07-26-2013 | 11-13-2013 |
| FLF | DESIGNATED, AT ASSIGNED FACIL | 07-17-2013 | 07-17-2013 |
| FLM | DESIGNATED, AT ASSIGNED FACIL | 07-22-2011 | 07-17-2013 |
| FOR | DESIGNATED, AT ASSIGNED FACIL | 01-28-2011 | 07-20-2011 |
| FOR | *MULTIPLE TRIPS IN/OUT OF FOR | 03-17-2008 | 01-28-2011 |
| MEM | DESIGNATED, AT ASSIGNED FACIL | 05-24-2004 | 03-17-2008 |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|-----------|-----------|
| MEM | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 08-22-2016 | CURRENT |
| MEM | RPP PART | RELEASE PREP PGM PARTICIPATES | 08-09-2013 | CURRENT |
| MEM | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 06-01-2004 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|-----------|-----------|
| MEM | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-26-2013 | CURRENT |
| MEM | YES F/S | CLEARED FOR FOOD SERVICE | 07-26-2013 | CURRENT |

Department of Justice

Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

# PROGRESS REPORT: 02-05-2014

## ACADEMIC

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ❗ | **LITERACY**<br>⊖ education level is higher than 10th grade<br>ABLE Results:<br>Language: 4.3<br>Reading Comprehension: 9.3<br>Number Operations: 6.3<br>Vocabulary: 8.8<br>Problem Solving: 7.6 |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ❗ | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊖ lacks internet navigation skills |

### Progress and Goals

PREVIOUS PROGRESS REPORT: 20130822

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to participate in GED until obtaining his High School Equivalency Diploma.  He has also been encouraged to participate in other Adult Continuing Education (ACE) programs available.

According to records, inmate Woods participated in GED at his prior institutions of incarceration where he completed 3,775 hours.  Since his arrival at this facility, inmate Woods has continued to remain enrolled in GED in an effort to obtain his diploma.

In addition to GED programming, inmate Woods has completed the following ACE programs: Short Stories, Time to Read, and Legal Research.

PREVIOUS TEAM: 20130213

Continues to remain enrolle din GED.

1. Recommend continuing to strive to obtain GED by August 2013 Team.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Enroll in GED classes by submitting an electronic request to the education department by next team date.  Obtain satisfactory progress in GED class by next team date.

## VOCATIONAL/CAREER

| Status | Response Summary |
|---|---|
| ✓ | **EMPLOYMENT HISTORY**<br>ⓘ unemployed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |

Name: **WOODS, SAMMY LEE**                                           RegNo: **30425-013**

## VOCATIONAL/CAREER

 **CAREER DEVELOPMENT**
⊕ possesses significant expertise in field
① Construction and Extraction - 47

① realistic career/job goals upon release
① seeking position: Painter and auto body worker
⊕ has more than two years work experience in this field
⊖ does not have an education degree related to this field

 **INSTITUTION WORK HISTORY**
⊕ has a consistent institution work history
   Eval: 07-01-2013 Good
   Eval: 06-01-2013 Good
   Eval: 05-01-2013 Good
   Eval: 04-01-2013 Good
   Eval: 03-01-2013 Good
   Eval: 02-01-2013 Good

 **POST INCARCERATION EMPLOYMENT**
⊖ post-incarceration employment not secured
① unable to locate employment

⊖ no release documents obtained to date

### Progress and Goals

PREVIOUS PROGRESS REPORT: 20130822

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to maintain a work detail and received at least satisfactory work evaluations. He has also been encouraged to participate in vocational programming, the Release Preparation Program (RPP), and others designed to assist with successful re-integration into the workforce.

According to records, inmate Woods has been assigned to work details in various orderly positions, to the Captain's Yard Detail, Laundry, various Food Service postions, and as a Camp Bus Driver. Available work reports indicated inmate Woods has received reports ranging from satisfactory to outstanding. The bulk of the reports indicate he is a good worker.

Records also indicate inmate Woods has completed in the RPP-Basic Entrepreneur Skills course.

PREVIOUS TEAM: 20130213

Has not completed CRC, Re-Entry Portfolio.

1. Continue to recommend completion of CRC, Re-Entry Portfolio by August 2013 Team.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Upon completion of A&O obtain institutional employment with good evaluations for six months or longer. Provide unit team with post incarceration job plan (include type of job sought, name of business, business address, business phone and name a point of contact) 30-36 months prior to release date.

Department of Justice

Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN PROGRESS REPORT: 02-05-2014

**INTERPERSONAL**

| Status | Response Summary |
|---|---|
| ✓ | **RELATIONSHIPS**<br>⊕ no adverse life experiences<br>⊕ no negative peer influences prior to incarceration |
| ✓ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊕ consistent social support available<br>Spouse: Financial<br>Spouse: Emotional<br>Spouse: General<br>Immediate Family: Financial<br>Immediate Family: Emotional<br>Immediate Family: General<br>Relative: Financial<br>Relative: Emotional<br>Relative: General<br>Friend: Financial<br>Friend: Emotional<br>Friend: General |
| ❗ | **PARENTAL RESPONSIBILITY**<br>⊖ children under the age of 21<br>ⓘ contact maintained with children<br>ⓘ contact with other parent<br><br>⊖ inconsistent financial support for some or all children<br><br>ⓘ RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION**<br>⊕ displays good communication skills |

Name: **WOODS, SAMMY LEE**                                           RegNo: **30425-013**

## INTERPERSONAL

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20130822 |

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to maintain positive interactions with staff and other inmates. He has also been encouraged to establish and maintain consistent, positive relationships with family and friends via phone, mail, e-mail, and visits. Additionally, inmate Woods was encouraged to complete the Parenting Program.

Inmate Woods maintains appropriate interactions with staff and appears to maintain appropriate interactions with other inmates. He is active in music and has participated in performing songs during the Annual Christmas contest as well as performing for the inmate population during various institutional ceremonies.

Records indicate inmate Woods has completed the Parenting Seminar, Parenting Moral Values, RPP Long Distance Parent, and the FPC Florence Parenting Program.

PREVIOUS TEAM: 20130213

No prior recommendations.

1. No additional courses available in this skill set at this time.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Contact family via telephone, correspondence and visits by next team date. Budget ITS funds to maintain weekly telephone contact with children. Provide financial support to children's guardian by next team date or establish a pre-release savings in TRULINCS. Obtain at least one visit by next team date to strengthen family ties and support system.

## WELLNESS

| Status | Response Summary |
|---|---|
| ❗ | **HEALTH PROMO/DISEASE PREVENT** |
| | ⊖ overweight |
| | ① height 5 ft. 7 in. |
| | ① weight (lbs) 192 |
| | ① BMI Score 30.1 |
| | ① date calculated 09-11-2009 |
| | ⊕ maintains physical fitness thru regular exercise; |
| | ① aerobic exercise |
| | ① anaerobic or isometric exercise |
| | ⊕ no evidence of behaviors associated with increased risk of infectious disease |
| | ⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco) |
| | ⊕ had a primary care provider or clinic (prior to incarceration) |
| | ⊕ has health insurance coverage upon release |
| ❗ | **DISEASE/ILLNESS MANAGEMENT** |
| | ⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required |
| | ⊖ simple chronic care - easily managed medical or mental health conditions - See Exit Summary |
| | ⊕ no dental problems |
| | ⊕ no non-routine services/assistance devices needed |

Department of Justice                                    Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 02-05-2014

## WELLNESS

<table>
<tr>
<td></td>
<td>

**TRANSITIONAL PLAN**
⊖ requires medication upon release from custody - See Exit Summary
⊖ requires on-going treatment or follow-up after release from custody - See Exit Summary
① TB Clearance Complete - See Exit Summary
⊕ health Services recommends for RRC placement

</td>
</tr>
<tr>
<td></td>
<td>

**GOVERNMENT ASSISTANCE**
① has not previously received Social Security assistance
① inmate indicates he/she may not be eligible for Social Security assistance after release

① has served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
⊕ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
⊖ application not submitted to VA
① has not previously received veterans benefits

</td>
</tr>
</table>

| Progress and Goals |
| --- |
| PREVIOUS PROGRESS REPORT: 20130822 |

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to maintain personal health and wellness through participation in programs and activities offered.

According to records, inmate Woods has completed the RPP Health Seminar and Making Healthy Choices courses.

PREVIOUS TEAM: 20130213

Has not completed wellness programs Aerobicstair and/or Walking.

1. Continue to recommend completion of wellness course Beginning Abdomals or other wellness course of choice by August 2013 Team.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Current weight is 192lbs. Attend any wellness programming class of your choice and Health Topics/Issues by 2/2014 or establish a personal fitness plan to lose at least 5 pounds by next team date. Present your plan in writing to the unit team at least two weeks BEFORE your next team date. If your weight has changed notify unit team in writing/via email before next team date. Woods enlisted in the Marines in 1974, but was discharged the same year due to medical. His father retired from the US Army, Woods will not receive veteran benefits.

## MENTAL HEALTH

| Status | Response Summary |
| --- | --- |
|  | **SUBSTANCE ABUSE MANAGEMENT**<br>⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>    cocaine/crack: Daily<br><br>⊖ no history of substance abuse treatment<br>① not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT**<br>⊕ no history of mental health diagnosis prior to incarceration<br><br>⊕ no mental health diagnosis during incarceration |

Name: **WOODS, SAMMY LEE**                                             RegNo: **30425-013**

## MENTAL HEALTH

| | |
|---|---|
| | ⊕ no history of serious suicidal ideation or attempts |
|  | **TRANSITIONAL PLAN**<br>⊕ no medication required upon release from custody<br>⊕ does not require on-going treatment after release from custody<br>⊕ psychology services recommends RRC placement |
|  | **APPROPRIATE SEXUAL BEHAVIOR**<br>⊕ no evidence of sexually inappropriate behavior |

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20130822 |
| PREVIOUS PROGRESS REPORT: 20130111 |
| During incarceration, inmate Woods has been encouraged to participate in substance abuse and mental health programs such as Drug Education and Anger Management. |
| According to records, inmate Woods has successfully completed RPP Psych Anger Management, and Lifestyle Criminality. |
| PREVIOUS TEAM: 20130213 |
| Has not completed Non-Residential Drug Abuse Program. |
| 1. Continue to recommend completion of Non-Residential Drug Abuse Program by August 2013 Team. |
| PREVIOUS TEAM: 20130822 |
| Arrived at SPC MEM 7/26/13. Enroll in Drug Treatment or provide the Unit Team with completion certificate by next team date.  Seek Psychology Services as needed. |

## COGNITIVE

| Status | Response Summary |
|---|---|
| ✔ | **GENERAL BEHAVIOR**<br>⊕ no evidence of behavioral problems as a juvenile<br>⊕ no evidence of behavioral problems as an adult |
| ❗ | **CRIMINAL HISTORY**<br>⊖ two or more convictions<br>financial offenses: Single occurrence(s)<br>thefts: Single occurrence(s)<br>drug offenses: Multiple occurrence(s) |
| ✔ | **DOMESTIC VIOLENCE/ABUSE**<br>⊕ no history of domestic violence or abuse |
| ❗ | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊖ criminal versatility: convictions in 3 or more categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

Department of Justice                                    Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 02-05-2014

## COGNITIVE

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20130822 |
| PREVIOUS PROGRESS REPORT: 20130111 |
| During incarceration, inmate Woods has been encouraged to maintain clear conduct and pro-social values in daily activities. |
| As witnessed through his disciplinary records, inmate Woods has successfully maintained clear conduct throughout incarceration.  He participates in recommended activities and maintains pro-social values. |
| PREVIOUS TEAM: 20130213 |
| No prior recommendations. |
| 1.  No additional courses available in this skill set at this time. |
| PREVIOUS TEAM: 20130822 |
| Arrived at SPC MEM 7/26/13. Enroll in any Personal Growth and Development class of your choice by next team date. Recommended:  Conflict Resolution or Victim Impact. |

## CHARACTER

| Status | Response Summary |
|---|---|
| ⊘ | **PERSONAL CHARACTER** <br> ⊖ insufficient variety of behaviors to warrant overall positive personal character <br> ⊕ fulfills financial obligations <br> ① religious assignment: PROTESTANT <br><br> ⊕ no evidence easily influenced by other |
| ⊘ | **PERSONAL RESPONSIBILITY** <br> ① reports responsibility for current incarceration as: <br> ⊕ self (sole responsibility) <br><br> ⊖ no efforts to make amends for their crime(s) |

Name: **WOODS, SAMMY LEE**                                                    RegNo: **30425-013**

## CHARACTER

| Progress and Goals |
| --- |

PREVIOUS PROGRESS REPORT: 20130822

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to display positive adjustment and completed programming designed to build and develop positive personal character.

Inmate Woods has adjusted appropriately and positively to his incarceration. He has completed the Self-Awareness: Positive Habits course as well as the Religious Program for Personal Growth.

PREVIOUS TEAM: 20130213

Has not completed ACE Personal Development.

1. Continue to recommend completion of ACE Personal Development by August 2013 Team.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Enroll in a facilitated group by next team date to improve personal responsibility (Breaking Barriers, Teaching Tolerance, Purpose Driven Life or the Truth Project). Recommended: Any program facilitated by either Counselor Brooks or Counselor Bryant.

## LEISURE

| Status | Response Summary |
| --- | --- |
|  | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ reading<br>⊕ education (student) |

| Progress and Goals |
| --- |

PREVIOUS PROGRESS REPORT: 20130822

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to utilize leisure time effectively and constructively through participation in structured leisure-time activities.

According to records, inmate Woods appears to utilize his leisure time effectively. He has completed the Leather Tooling class and is actively involved in bands performing at FPC Florence.

PREVIOUS TEAM: 20130213

No prior recommendations.

1. Recommend completion of Beginning Drawing by August 2013 Team.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Woods has no deficiencies in this area, no recommendations at this time.

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 02-05-2014**

## DAILY LIVING

| Status | Response Summary |
|---|---|
| ✓ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ✓ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>① quarters assignment: HOUSE M/RANGE 03/BED 144L |
| ! | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ! | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |
| ✓ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>⊕ established housing: owned or mortgage<br>① established housing: lived with family<br>① established housing: non-publicly assisted<br>⊕ established housing not in a high crime neighborhood<br><br>⊕ housing upon release<br>① supervision district is not a relocation<br>① anticipated housing plan NOT approved by USPO(s)<br>① no concerns with anticipated housing plan |
| ! | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊖ not recommended for RRC placement<br>① Managment Decision: UNIT TEAM WILL REVIEW FOR RRC PLACEMENT WHEN WITHIN 17-19 MONTHS OF RELEASE. |
| ! | **FAMILY CARE**<br>⊖ responsible for obtaining child care for any dependent children upon release<br>⊖ responsible for obtaining elder care for any dependent(s) upon release |

Name: **WOODS, SAMMY LEE**                                                                          RegNo: **30425-013**

## DAILY LIVING

| ⊕ not responsible for obtaining any other special services for dependents upon release |
|---|
| **Progress and Goals** |

PREVIOUS PROGRESS REPORT: 20130822

PREVIOUS PROGRESS REPORT: 20130111

During incarceration, inmate Woods has been encouraged to save funds for release and participate in programming designed to assist with successful re-integration into the community.  Inmate Woods has also been encouraged to maintain good sanitation in personal and common areas.

According to records, inmate Woods has not saved funds for release.  However, he has participated in the recommended release programming, Money Smart, and he consistently maintains good sanitation.

PREVIOUS TEAM: 20130213

Has not saved funds for release or completed ACE Wealth Management.

1. Continue to recommend transferring at least 20% of monthly income received through August 2013 Team to Pre-Release Account.
2. Continue to recommend completion of ACE Wealth Management or Money Smart by August 2013 Team.

PREVIOUS TEAM: 20130822

Arrived at SPC MEM 7/26/13. Complete social security card application and forward completed application to your unit Counselor by 8/302013 or have family members mail in your identification card/social security card  and a copy of your birth certificate to your Unit Team by next team date. Will discuss transportation plan when within 24 months of release date. Unit team will review for RRC placement when within 17-19 months of release.

INMATES CAUGHT, LEAVING THE PERIMETER OF THE INSTITUTION OR WITH CONTRABAND (I.E. CELL PHONES, TOBACCO, DRUGS, WEAPONS, CURRENCY, OUTSIDE FOOD, ETC.) IF FOUND GUILTY, AND ONCE RESCORED, WILL BE TRANSFERRED TO A GREATER SECURITY LEVEL INSTITUTION. THE PROXIMITY OF YOUR RELEASE RESIDENCE WILL NOT BE A FACTOR FOR INSTITUTIONAL RE-DESIGNATION.