FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUL 2 5 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA            ]

  -vs-                              ]   CRIMINAL CASE NO:01-cr-00214-WYD

SAMMY LEE WOODS                      ]

                                ]

### SAMMY LEE WOODS PRO SE REQUEST FOR APPOINTMENT OF COUNSEL

SAMMY LEE WOODS,Defendant ProSe,("Woods"),enters this original
prose Motion in requesting this Honorable Court in appointing
him Counsel in the above case number, Mr.Woods has recently
filed a Motion for Reduction of Sentence, and also with the
the intervening Post-Sentencing Changes that has taken place
over the past several years and that of the changes that has
has been revised in the Drug Quanity Table.

    And relief under 706,709,712 and Amendment 750 added to
1B1.10(c) requesting relief.The position that Woods will need
to be properly represented by Counsel.Mr.Woods makes this re-
quest because he will need a Counsel that will be willing to
advance his arguments concerning a Sentence Reduction.It is
Woods belief that he is entitled to relief as the statutes
requires under these Amendments.

    It would be misleading for the parties of this Action
to have this Court proceed to final disposition of "Woods"
Modification of Sentence without legal representation for he
is not a layman at law. Thanking you in advance for your as-
sistance,consideration and cooperation in this matter, and I
remain.Please return a stamped file copy of this request and

·return it to:

/s/ *Sammie Lee Woods*
Sammie Lee Woods#30425013
Federal Prison Camp
c/o P.O.Box 2000,D
Millington,TN.38083

Dated this **21** day of **July**,2014

P.S.Enclosed with this letter is a copy of Sammy Woods,Judgment
in Criminal Case

c.c.SLW
   FILE                              2 of 2