UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. SAMMY LEE WOODS,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on defendant, Sammy Lee Woods's, Pro Se Request For Appointment Of Counsel [ECF No. 4015] and Motion Requesting Sentencing Relief [ECF No. 4013]. These are Woods's third requests for such relief. Woods previously filed motions requesting identical relief on December 19, 2013 [ECF No. 4008] and August 28, 2012 [ECF No. 3907]. On January 9, 2014 and August 30, 2012, I issued minute orders [ECF Nos. 3908 and 4011] denying those motions as moot because I denied Woods's original Motion For Reduction Of Sentence [ECF No. 3544] and the United States Court of Appeals for the Tenth Circuit affirmed that ruling. [*See* ECF No. 3899].

    Because the instant motions are duplicative of the relief sought in Woods's prior motions, which I denied, it is

    ORDERED that the Request For Appointment Of Counsel [ECF No. 4015] and Motion Requesting Sentencing Relief [ECF No. 4013] are **DENIED**.

    Dated:   July 29, 2014