01-cr-00214-WYD

Sammie Lee Woods
F.P.C.Memphis
USM#30425013
c/o P.O.BOX 2000,D
Millington,Tennessee 38083

Dated: 08.26.2014   Time:3:45P.M.

Re:Appointing Counsel

UNITED STATES DISTRICT COURT
ATTN:CLERK OF THE COURT
901 19th St.A-105
Denver,Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 2 2014

JEFFREY P. COLWELL
CLERK

Dear Senior Judge Wiley Y.Daniel:

PLEASE TAKE NOTICE that on the day and at the time indicated above, or as soon thereafter as this matter may be given some consideration,defendant,unrepresented will and hereby does move this Honorable Court in appointing Counsel Mrs.Virginia L.Grady from the Public Defender Office in Denver,Colorado in representing Sammie Lee Woods.

Sammie Woods, has recently received a letter from the Public Defender Office in their request of representing Mr.Woods if he is interested in their representation.I would like in the interest of justice to be represented by Counsel Mrs.Virginia L. Grady.Defendant Woods believes that he will eligible for a 2 point reduction when the November 2014 date authorizes its points and authorities.Thank you so much for your time and attention in this matter.

Respectfully Submitted;
*Sammie Lee Woods*
Sammie Lee Woods