**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

September 12, 2014

Mr. Jeffrey P. Colwell, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:   Misdirected notice of appeal in D.C. No. 01-CR-00214-19-WYD.**

Mr. Colwell:

　　Enclosed, please find plaintiff's pleadings which are construed as a misdirected Notice of Appeal sent to this court in error on behalf of Sammy Lee Woods.

　　Please process pursuant to Fed. R. App. P. 4(d) as of September 12, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　　　ELISABETH A. SHUMAKER, Clerk

cc: Sammy Lee Woods, #30425-013, Federal Prison Camp, P.O. Box 2000,
　　Millington TN 38083

EAS/kf