# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT ...
DENVER COLORADO

**MAY - 3 2004**

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA

v.

SAMMY LEE WOODS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 01-CR-214-19-D

Ronald Gainor, Appointed
(Defendant's Attorney)

**THE DEFENDANT:** Was found guilty on counts one, fifty, and sixty-two of the Second Superseding Indictment after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(iii); 18 U.S.C. § 2 | Conspiracy to Distribute and Possess with Intent to Distribute Fifty or More Grams of Cocaine Base, Aiding and Abetting | 06/07/01 | One |
| 21 U.S.C. § 843(b); 18 U.S.C. § 2 | Use of a Communications Facility to Possess with Intent to Distribute Cocaine Base, Aiding and Abetting | 05/09/01 | Fifty |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 11/23/57

Defendant's USM No.: 30425-013

Defendant's Residence Address:

Federal Detention Center
9595 West Quincy Avenue
Littleton, Colorado 80123

Defendant's Mailing Address:

SAME

April 21, 2004
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Wiley Y. Daniel, U.S. District Judge
_____
Name & Title of Judicial Officer

4/29/04
_____
Date

Clerk of the United States District Court for the ... do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 4 day of May 2004
GREGORY C. LANGHAM
By _____
Deputy

DEFENDANT: SAMMY LEE WOODS
CASE NUMBER: 01-CR-214-19-D

Judgment-Page 2 of 8

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | Possession with Intent to Distribute 1.062 Grams of Cocaine Base, Aiding and Abetting | 06/15/01 | Sixty-Two |

More Information on Illegal Drug Laws

| Code Section | 18-18-101, et seq. 18-18-405 |
|---|---|
| Possession | Class 4 felony; Subsequent Offense: twice or more within 6 months and amount greater than 28.5 g.: Defendant shall be sentenced to the Dept. of Corrections for at least the minimum and fined no less than $1000 but not over $500,000 with no probation or suspension |
| Sale | Class 3 felony; Sale to minor within 1000 ft. of school or public property–Dept. of Corrections for minimum 5 yrs.; Subsequent offense near school: 20 yrs. |
| Trafficking | – |

Crack Cocaine Laws

## Crack Cocaine Laws ———————————————————————

- Under current federal law, someone caught with five grams of crack cocaine gets a certain five-year sentence -- while someone would have to be in possession of 500 grams of the white, powdered cocaine to trigger the same mandatory prison time.
- The proportion and number of inmates serving time for federal drug convictions has mushroomed since 1986, when Congress enacted a number of mandatory minimum sentences for drug crimes -- including those involving crack cocaine.
- H.R. 4026, the "Powder-Crack Cocaine Penalty Equalization Act of 2002" is a bill being considered in Congress that would change the current crack cocaine and powder cocaine ratios, created in the Anti-Drug Abuse Act of 1986.
- The average crack cocaine sentence, 120 months, is greater than: the 103-month average sentence for robbery; the 76-month average sentence for arson; the 64-month average sentence for sexual abuse; and the 31-month average sentence for manslaughter. United States Sentencing Commission, 1999 Sourcebook of Federal Sentencing Statistics.
- Sentences for crack offenders are roughly two to six times as great as sentences for powder cocaine offenders distributing equivalent quantities of drugs. Testimony of the Honorable Deanell Reece Tacha, United States Sentencing Commission, before the House Subcommittee on Crime, June 29, 1995.
- The average sentence for crack cocaine (ten years) is thirty-five percent longer than the average methamphetamine sentence and fifty-two percent longer than the average powder cocaine sentence. United States Sentencing Commission, 1999 Sourcebook of Federal Sentencing Statistics 69.
- While a majority of crack users in the United States are white, 94 percent of those sentenced under the incomparably severe penalties for crack cocaine are black or Hispanic. Leadership Conference on Civil Rights, Justice on Trial: Racial Disparities in the American Criminal Justice System 30 (2000); United States Sentencing Commission, 1999 Sourcebook of Federal Sentencing Statistics 69.
- Amid widespread criticism directed at the severity and disparate impact of the crack sentencing regime, the Sentencing Commission has twice called for reduced crack penalties, noting A[t]he current penalty structure results in a perception of unfairness and inconsistency.@ United States Sentencing Commission, Special Report to Congress: Cocaine and Federal Sentencing Policy 8 (April 1997).