# ATTACHMENT

1

1
2           MS. TAFOYA:   ,.
3           MR. GOLLA:    ,.
4           MR. TILL:     ,.
5           MR. BANTA:    ,.
6           MR. JOYCE:    ,.
7           MR. ELDRIDGE: ,.
8           MR. GAINOR:   ,.
9           MR. SCHLIE:   ,.
10      (In open court at type in 09 a.m.)
11          THE COURT:  Let's get the jury.
12      (Jury in at 9:12 a.m.)
13          THE COURT:  You may be seated.
14          Good morning.  Let's continue with Mr. Gainor's
15  cross-examination.
16          MR. GAINOR:  Yes, Your Honor.
17              CROSS-EXAMINATION CONTINUED
18  BY MR. GAINOR:
19  Q   Good morning, Officer Stanton?
20  A   Good morning, sir.
21  Q   When we broke for the day yesterday, I believe you and I
22  were discussing, were beginning to discuss the phone calls that
23  were played between Sammy Woods and Willie Small.
24  A   Yes, sir.
25  Q   And I think -- and correct me if I'm wrong -- that we had

2
- Cross

1   agreed from looking at some of the exhibits that that time
2   frame, those phone calls that you testified to on direct
3   started, I believe that first one was on April 3, Exhibit 38,
4   which we got out for you, and then phone calls running until
5   June 9, which would have -- the last one would have been 552.
6   A   Yes, sir.
7   Q   Does that sound accurate to you?
8   A   Yes, sir.
9   Q   And aside from these phone calls, you also testified over a
10  series of, I think it was a day and a half or almost three
11  days, that there were different modes of surveillance that were
12  utilized in this investigation, did you not?
13  A   Yes, sir.
14  Q   One of those modes of surveillance was a stationary camera
15  that was -- that was posted some, at some particular altitude,
16  I'm not sure exactly where it was. Maybe you can tell me, that
17  was just recording people coming in and out of that apartment
18  location.
19  A   That is correct, yes, sir.
20  Q   Okay. And then in addition to that stationary camera, what
21  did you call it, CCTV?
22  A   Yes, sir.
23  Q   Closed circuit TV?
24  A   Yes, sir.
25  Q   All right. And then in addition to that camera that was

3
- Cross

1    stationary, there were also other people MARK with, I imagine

2    camcorders that they carried with them, other officers that

3    filmed at a different angle in that location?

4    A    Yes.  There's other officers in the area.  I wouldn't say

5    that all of them had video cameras with them, but there was

6    officers in the area.

7    Q    Okay.  And some of them may have had a video camera; some

8    of them did not.

9    A    That would be correct, yes, sir.

10   Q    So, in addition to those police officers that were down,

11   let's say either behind vehicles or in vehicles with a

12   camcorder, you might have had other police officers acting in a

13   visual surveillance without a camera, correct?

14   A    That would be correct, yes, sir.

15   Q    All right.  So let's get back to that April 3 to June 9

16   time frame.  Just so we are clear, you personally never saw for

17   Sammy Woods engaging in a hand-to-hand transaction, money

18   crack cocaine, correct?

19   A    Myself personally, no, sir.

20   Q    All right.  Sammy Woods was not observed redistributing

21   crack cocaine; in other words, exchanging crack cocaine for

22   money, to anyone else.

23   A    That would be correct, sir.

24   Q    I know that you spoke about other codefendants that were,

25   for lack of a better term, listed in that count one conspiracy,

```
                                                                 4
                                                      - Cross
 1    but just so we're clear, Sammy Woods was never surveiled or
 2    seen.
 3         (Williams here) meeting with or assisting that group of
 4    what you called user defendants, you know, Miss Brewer, he
 5    never met with Miss Brewer?
 6    A    Not to my knowledge, no, sir.
 7    Q    Never supplied her drugs?
 8    A    Not to my knowledge, no, sir.
 9    Q    And her husband is Daniel McIntyre.
10    A    Yes, sir.
11    Q    He was never seen with Mr. McIntyre?
12    A    No, sir to my knowledge, no, sir.
13    Q    Now, these user defendants were originally charged in this
14    big conspiracy, this 31-person or this 26-person conspiracy
15    within count one, correct?
16    A    I believe that's true, yes, sir.
17    Q    Well, you know it's true.  You were involved in this case
18    for two and a half years.  You know there were all part of a
19    large conspiracy, count one was a 26-person and then a
20    30-person conspiracy, with the users were contained, their
21    names were contained in that conspiracy indictment, correct?
22    A    Well, correct, but since there was supersedings, I'm not
23    sure exactly which one.  That's all.
24    Q    Oh, all right.  But with regard to those users that I've
25    mentioned, Angela Brewer, Daniel McIntyre, they were originally
```

```
                                                              5
                                               - Cross
     1     charged in this big conspiracy, but later their conspiracy

     2     charge disappeared, it was dismissed, correct?

     3     A    That's my understanding, yes, sir.

     4     Q    Now, we talked about no contact with Miss Brewer, no

     5     contact with Daniel McIntyre with Sammy Woods Woods.  Now you

     6     also mentioned a it your man McKnight.  You also classified him

     7     as a user as well, right?

     8     A    Yes, sir.

     9     Q    And you have no surveillance or observation that Sammy

    10     Woods met or assisted Mr. McKnight in getting any drugs.

    11     A    That would be correct, yes, sir.

    12     Q    All right.

    13     Q    What other users or people that you would categorize as

    14     users were charged in that conspiracy; any other individuals?

    15     A    Now, which one are you discussing, one, two, or three?

    16     Q    Well, let me rephrase the question.  Let's go to Tommy

    17     Jones and Dayna Drew, if we can, for a minute.  You're familiar

    18     with those names, those individuals?

    19     A    Oh, yes, sir.

    20     Q    There's no evidence that Sammy Woods either helped or even

    21     knew those group of people, also charged in this big

    22     conspiracy, Tommy Jones and Dayna Drew, correct?

    23     A    That would be correct, yes, sir.

    24     Q    And the conspiracy charges against these individuals, they

    25     were also charged in count one, correct, with the conspiracy,
```

```
 1   at one particular point, through a superseding indictments and
 2   so on?
 3   A   Yes, sir, I believe so.
 4   Q   All right. And their conspiracy charge disappeared as
 5   well, correct, against Tommy Jones?
 6   A   That's my understanding, yes, sir.
 7   Q   The conspiracy charge against Dayna Drew disappeared as
 8   well, correct?
 9   A   Yes, sir.
10   Q   There's no evidence that Sammy Woods made it over to Club
11   Mixx; you never, you and your surveillance people never saw him
12   go into Club Mixx?
13   A   Not my knowledge, he's never gone to Club Mixx.
14   Q   Have no information that he assisted anyone inside of Club
15   Mixx with drugs, obtaining drugs and so on, because he never
16   made it in there?
17   A   That is my understanding, yes, sir.
18   Q   All right. So the users or the people that you categorize
19   as the users in count one, he had no contact with. He had no
20   contact with the Tommy Jones group. He had no contact with the
21   Club Mixx group. That's a fair and accurate summary of your
22   testimony over the past five, ten minutes?
23   A   Yes, sir.
24   Q   You don't have any surveillance that indicates he met with
25   Mr. Starkey? I'm talking about Sammy Woods.
```

7
- Cross

1  A  No, sir.

2  Q  That he assisted Mr. Starkey in the, in the getting of

3  drugs or the obtaining of crack cocaine.

4  A  No, sir.

5  Q  You have no surveillance or evidence to suggest that

6  Mr. Woods met with Mr. Palmer, correct?

7  A  That would be correct.

8  Q  Any evidence of any exchanges of contraband between

9  Mr. Woods and Mr. Lewis, who is also a defendant who is charged

10 in count one?

11 A  That would be correct, yes, sir.

12 Q  And Mr. Lewis was also charged with a conspiracy at one

13 point?

14 A  That's correct, yes, sir.

15 Q  And that charge disappeared for Mr. Lewis; he's not been

16 convicted of a conspiracy.

17 A  That's my understanding, yes, sir.

18 Q  Nor was Mr. Palmer, he was not convicted of conspiracy?

19 A  That's my understanding, yes, sir.

20 Q  Mr. Starkey was not convicted of conspiracy?

21 A  That was my understanding.

22 Q  Any evidence that Sammy Woods had a hand-to-hand exchange

23 or helped Mr. Gaddis eye?

24        MS. TAFOYA:  Objection, Your Honor?

25 BY MR. GAINOR:

```
                                               8
                                    - Cross
 1   Q    Get any drugs?
 2        MS. TAFOYA:  Rule 403 says confusion of the issue,
 3   these people aren't here today, they haven't been witnesses.
 4        THE COURT:  Overruled.  Ins cross-examination.
 5   BY MR. GAINOR:
 6   Q    As I was saying, Officer Stanton, no evidence that
 7   Mr. Woods had an exchange of drugs with Mr. Gaddis.
 8   A    That's correct.
 9   Q    Mr. Gaddis was originally charged with conspiracy in count
10   one, like Mr. Woods?
11   A    My understanding, yes, sir.
12   Q    And that charge also mysteriously disappeared.
13        He's not been convicted of conspiracy, Officer
14   Stanton, has he?
15   A    No, sir.
16   Q    Mr. Starkey, Mr. Palmer, Mr. Lewis, Mr. Gaddis,
17   Mr. Mendinghall, have not been convicted of conspiracy.
18   A    That would be correct, yes, sir.
19   Q    Miss Brewer, Mr. McIntyre, Mr. McKnight have not charged --
20   have not been convicted of conspiracy.
21   A    That's correct, sir.
22   Q    Mr. Jones, miss drew has not been convicted of conspiracy?
23   A    That's correct, yes, sir.
24   Q    There's in evidence that Mr. Woods met with or helped
25   Mr. Clark get drugs or redistributed drugs to Mr. Clark.
```

                                                                        9
                                                              - Cross
1    A    That's correct, yes, sir.

2    Q    Mr. Clark was also charged with conspiracy, at one point?

3    A    Yes, sir.

4    Q    You testified over a series of three days on
5    direct-examination, and I don't remember whether or not you had
6    any role with regard to the Roz Parker buys. Were you involved
7    in this investigation at that particular time, during the
8    hand-to-hands of the buys between Roz Parker and another
9    defendant in this case?

10   A    Yes, sir.

11   Q    Mr. Woods was not involved in that during the series of
12   nine buys?

13   A    No, sir.

14   Q    During direct examination, Miss Tafoya played for you a
15   video. I believe it was 748. And it occurred on May 25 of
16   2001. And it had to do with the time Mr. Vandyke arrived at
17   Mr. Small's apartment. Do you remember, that sir?

18   A    Oh, yes, sir.

19   Q    And that was also a day that Sammy Woods came to the
20   apartment. Do you remember that, sir?

21   A    Yes, sir.

22   Q    But you've also heard testimony from sitting in this
23   courtroom that on that day, Mr. Woods met with Mr. Small in a
24   different part of the house.

25   A    I have heard testimony to that, yes, sir.