FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN-07-2015
JEFFREY P. COLWELL
CLERK

12-28-14

Honorable Judge Wiley Y. Daniel,
 My name is Fredric Devon Williams. Upon instruction of my probation officer, Mr. Jerald Mason, and upon the request of myself and my former attorney, Mrs. Lynn Pierce. We would like to have Mrs. Lynn Pierce appointed as my attorney in representation of a motion of compliance. Mr. Jerald Mason has informed me that he is in total agreement with the termination of my probation, and he suggested that I address the issue through a compliance motion hearing. I'm anticipating the appointment of Mrs. Lynn Pierce to represent me with my motion, as well as an opportunity to have the hearing.

Thank you Your Honor.

Signed by: *Freddie D. Will[...]*
12-28-14

Case Number - 01-CR-214-D