IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

10.   FREDERIC D. WILLIAMS,

Defendant.

---

## ORDER

---

This matter arises on the pro se motion of defendant Frederic D. Williams for the appointment of counsel to assist him in connection with a compliance review hearing in connection with his probation.

IT IS ORDERED:

(1)   The Motion [Doc. # 4023] is GRANTED; and

(2)   Lynn Pierce, of the CJA Panel, is appointed to represent Mr. Williams in connection with a compliance review hearing before the district judge.

Dated January 8, 2015.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge