**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

January 21, 2015

Chris Wolpert  
Chief Deputy Clerk

Sammy Lee Woods
FCI - Memphis Satellite Camp
P.O. Box 2000
Millington, TN 38083
#30425-013

**RE:**   **14-1382, United States v. Woods**
Dist/Ag docket: 1:01-CR-00214-WYD-33

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   J. Bishop Grewell
      James C. Murphy
      Robert Mark Russel
      Guy Till

EAS/kf