# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 12, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **14-1382, United States v. Woods**
           Dist/Ag docket: 1:01-CR-00214-WYD-33

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                Sincerely,

                                                Elisabeth A. Shumaker
                                                Clerk of the Court

cc:      J. Bishop Grewell
            James C. Murphy
            Robert Mark Russel
            Guy Till
            Sammy Lee Woods

EAS/lg