IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD-10

UNITED STATES OF AMERICA,

Plaintiff,

v.

10.	FREDRIC D. WILLIAMS,

Defendant.

## UNOPPOSED MOTION FOR COMPLIANCE REVIEW HEARING AND FOR EARLY TERMINATION OF SUPERVISED RELEASE

The Defendant Fredric D. Williams, by and through his attorney Lynn Pierce, respectfully moves the Court, for a hearing on Defendant's compliance on supervised release.  Defendant also requests, without opposition, that the Court terminate his supervised release and in support of this motion, Defendant states:

1.	On or about March 18th, 2004, Mr. Williams was sentenced to the Federal Bureau of Prisons with 5 years supervised release.

2.	On or about June 26, 2013, Mr. Williams' supervised release was revoked and he was sentenced to 8 months in the Bureau of Prisons.

3.	Since being on supervised release after the above sentence, Mr. Williams has been compliant with conditions, including maintaining gainful employment.

4.	Mr. Williams wishes to relocate to Chicago, which is where he grew up. Because he has been compliant with the supervised release conditions and because of

his wish to relocate, his current probation officer, Gerald Mason, believes that termination of his supervised release is appropriate.  Upon conferring with Mr. Mason, counsel was advised that Mr. Mason is in support of this motion.  Counsel also conferred with Assistant United States Attorney, Guy Till, and Mr. Till has no objection to this motion.

WHEREFORE, Mr. Williams respectfully requests, without opposition, that the Court set this matter for a compliance review hearing and/or that the Court terminate his supervised release and for any further relief the Court deems appropriate under the circumstances.

Respectfully submitted this 13th day of February, 2015.

BUTLER, LANDRUM & PIERCE, P.C.

*s/ Lynn Pierce*
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2015, a true and correct copy of the foregoing was filed via ECF, with a copy to go to all interested parties.

s/ Lynn Pierce