IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD-10

UNITED STATES OF AMERICA,

Plaintiff,

v.

10.    FREDRIC D. WILLIAMS,

Defendant.

**ORDER ON UNOPPOSED MOTION FOR COMPLIANCE REVIEW HEARING AND FOR EARLY TERMINATION OF SUPERVISED RELEASE**

THIS MATTER comes before the Court upon Defendant Fredric D. Williams' Unopposed Motion for Compliance Review Hearing and for Early Termination of Supervised Release.  The Court has reviewed the motion and any responsive pleadings and finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED, that this matter be set for compliance review hearing to determine whether early termination of supervised release is warranted at this time.

This the _____ day of _____, 2015.

Honorable Wiley Y. Daniel
U.S. District Court Judge