IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. FREDRIC WILLIAMS,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Unopposed Motion for Compliance Review Hearing and for Early Termination of Supervised Release (ECF No. 4029), filed February 13, 2015.   In this motion, Defendant moves the Court for a hearing on Defendant's compliance on supervised release.   Defendant also requests, without opposition, that the Court terminate his supervised release.

    In support of his motion, Defendant states that on or about March 18, 2004, he was sentenced to the Bureau of Prisons with five years of supervised release.   Defendant further states that on or about June 26, 2013, his supervised release was revoked and he was then sentenced to eight months in the Bureau of Prisons.   Since being on supervised release, Defendant states that he has been compliant with the conditions of his release, including maintaining gainful employment.   Additionally, Defendant wishes to relocate to Chicago, which is where he grew up.

    Upon conferring with Defendant's current probation officer, Gerald Mason, Defendant's counsel was advised that Mr. Mason believes that termination of

Defendant's supervised release is appropriate.   Defendant's counsel also states that the Government, represented by Assistant United States Attorney Guy Till, has no objection to Defendant's motion.

Based on the foregoing, I find that termination of Defendant's supervised release term is appropriate.   Defendant has been compliant with the conditions of his release, including maintaining gainful employment.   Additionally, Mr. Mason believes that termination of supervised release is appropriate and Mr. Till does not oppose Defendant's motion.   Accordingly, it is

ORDERED that Defendant's Unopposed Motion for Compliance Review Hearing and for Early Termination of Supervised Release (ECF No. 4029) is **GRANTED** and Defendant's supervised release is hereby terminated.   It is

FURTHER ORDERED that a compliance review hearing is not necessary.

Dated:   March 10, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE