IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WMD

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALVIN GREEN,

Defendant.

_____

NOTICE OF ATTORNEY APPEARANCE
_____

      Comes now Richard J. Banta and enters his appearance on behalf of Mr. Alvin Green.

      Respectfully submitted,

      s/Richard J. Banta
      3773 Cherry Creek N. Dr.
      Suite 575
      Denver, CO 80209
      303-860-8048

CERTIFICATE OF SERVICE

      I certify that on April 30, 2015 I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- Jonathan Marshall Abramson
- jonathan@kandf.com,kua@kandf.com,ejackson@kandf.com
- Wazir-Ali Muhammad Al-Haqq
- wazir1947@aol.com
- Mitchell Baker
- mitchbaker@estreet.com,emboehme@gmail.com
- Clifford J. Barnard
- cliffbarnard@earthlink.net
- Robert Seldis Berger

1

- robberger@qwestoffice.net,rob5189berger@yahoo.com
- Philip Alan Cherner
- philcherner@vicentesederberg.com,lisa@vicentesederberg.com
- James S. Covino
- jamescovino@msn.com
- J. Michael Dowling
- jmd@dowlinglegal.com
- Martha Horwitz Eskesen
- meskesen@eskesenlaw.com
- Robert Todd Fishman
- fishman@ridleylaw.com
- Ronald Gainor
- gainorlaw@gmail.com,amber_donner@hotmail.com
- Justin Bishop Grewell
- Bishop.Grewell@usdoj.gov,Dorothy.Burwell@usdoj.gov
- Dennis W. Hartley
- paralegal.hartleyslaw@gmail.com
- Vincent J. Horn , Jr
- vjhorn@q.com,vjhjr@hotmail.com
- Michael David Lindsey
- david@mdavidlindsey.com,wyodave2@yahoo.com
- Robert T. McAllister
- rtmcallister@comcast.net
- Raymond Paul Moore
- Raymond_Moore@fd.org,COX_ECF@fd.org
- Lester Nieves
- lesternieveslaw@gmail.com
- Stephen C. Peters
- speters@peterslaw.net,tesqueda@peterslaw.net,office@peterslaw.net
- Lynn Anne Pierce
- lpierce.blp@comcast.net
- Edward A. Pluss
- Edward_Pluss@fd.org,COX_ECF@fd.org
- Siddhartha H. Rathod
- sr@rmlawyers.com,qm@rmlawyers.com,ac@rmlawyers.com,nl@rmlawyers.com
- Paula M. Ray
- paulamray@earthlink.net
- Michael Gary Root
- mroot@mikerootlaw.com
- Mark Samuel Rubinstein
- msrubinstein@comcast.net
- Robert Mark Russel
- Robert.Russel@usdoj.gov,Dorothy.Burwell@usdoj.gov
- Daniel T. Smith
- danieltsmith@qwestoffice.net,terriwilcox@comcast.net,srammage@qwestoffice.net
- Boston H. Stanton , Jr

- bostonhs@comcast.net
- Richard N. Stuckey
- dick@richardstuckeylaw.com
- John F. Sullivan , III
- jfslaw1@aol.com
- Alaurice Marie Tafoya-Modi
- alauricetafoya@yahoo.com
- Guy Till
- guy.till@usdoj.gov,diana.brown@usdoj.gov,Michelle.trujillo@usdoj.gov,Judith.Caldwell@usdoj.gov,USACO.ECFCriminal@usdoj.gov,Charlotte.Musser@usdoj.gov
- Thomas Richard Ward
- tward@wardlawdenver.com
- Warren Richard Williamson
- Rick_Williamson@fd.org,COX_ECF@fd.org

Manual Notice List

None