# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214D

UNITED STATES OF AMERICA,

    Respondent,

v.

ALVIN GREEN,

    Petitioner.

---

## NOTICE OF ENTRY OF LIMITED APPEARANCE
---

    COMES NOW the undersigned, a member in good standing of the bar of this Court, and herewith gives notice of her appearance on behalf of Mr. Alvin Green for the limited purpose of obtaining and reviewing documents, including sealed documents and other documents not available to the public on PACER or in the court files, in connection with the evaluation and potential preparation and submission of a federal clemency petition for commutation of sentence on Mr. Green's behalf.

    DATED at Denver, Colorado this 12th day of May, 2015.

    Respectfully submitted,

    */s/ Lindsey Webb*

    Lindsey Webb
    Civil Rights Clinic
    University of Denver
    Sturm College of Law
    2255 E. Evans Avenue
    Denver, CO 80208
    303-871-6585
    lwebb@law.du.edu

Certificate of Service

I hereby certify that on this 12th day of May, 2015, the foregoing notice was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notice of such filing to all registered CM/ECF parties, and that a copy of the foregoing notice was sent by U.S. mail, first-class postage prepaid, to Defendant Alvin Green, #30411-013, USP Big Sandy, U.S. Penitentiary P.O. Box 2068 Inez, KY 41224.

_____/s/ Lindsey Webb_____