IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214D

UNITED STATES OF AMERICA,

    Respondent,

v.

ALVIN GREEN,

    Petitioner.

**MOTION FOR LEAVE FOR COUNSEL IN POTENTIAL CLEMENCY PETITION TO OBTAIN AND REVIEW DOCUMENTS NOT AVAILABLE TO THE PUBLIC**

    Alvin Green, through undersigned counsel, respectfully requests leave of this Court to release documents in the above-captioned case to counsel representing him in his potential federal clemency petition. In support thereof, Mr. Green states the following:

1. In 2014, the U.S. Department of Justice announced a new Federal Clemency Initiative. This initiative prioritizes clemency applications for federal inmates who satisfy six criteria. Inmates who satisfy these factors may petition to have their sentences commuted, or reduced, by the President of the United States.

2. Clemency Project 2014, a non-government affiliated organization composed of a variety of organizations, including the American Bar Association and the National Association of Criminal Defense Lawyers, as well as lawyers wishing to participate in this volunteer effort, is working to identify appropriate candidates for this initiative. Undersigned counsel with the Civil Rights Clinic at the University of Denver Sturm College of Law, along with a team of student attorneys, is evaluating Mr. Green for his

clemency eligibility through Clemency Project 2014.

3. In order to properly assess whether Mr. Green qualifies for clemency, counsel seeks access to the following documents (most of which are under seal or not otherwise available to the public): Charging Document; Presentence Report; Jury Instructions, Sentencing Motions and Memoranda; Sentencing Transcripts; Judgment; Statement of Reasons; Pretrial Services Report; Records of Prior Convictions; Notice/Information filed by the government under 21 U.S.C. § 851; Motion for Downward Departure under USSG § 5K1.1 or 18 U.S.C. § 3553(e); Motion for Downward Departure under Fed. R. Crim. P. 35(b); Motion or other request for sentence reduction under 18 U.S.C. § 3582(c)(2), along with briefs and opinions related to such motion; Appellate Briefs and Opinions, Motions, Memoranda, Orders, Decisions under 28 U.S.C. §§ 2241, 2255.

4. Courts in other jurisdictions have entered orders releasing these documents. One such jurisdiction is the United States District Court for the District of New Jersey, which issued a Standing Order on March 24, 2015, stating that upon presentation of signed, written consent from a Clemency Project 2014 client, the United States Probation Office, U.S. Pretrial Services, and the United States District Court Clerk's Office for the District of New Jersey are authorized to provide that client's pro bono counsel with copies of the documents requested in the instant motion, including any such documents that were filed under seal, and that any costs associated with obtaining documents from the Court shall be waived.  A copy of this Order has been attached to this Motion for this Court's review.

5. Mr. Green has authorized undersigned counsel to seek to obtain and review the court file in the above-captioned case in connection with counsel's evaluation of Mr. Green's

eligibility to seek executive clemency, as well as the possible preparation of a clemency petition on Mr. Green's behalf.

6. Mr. Green, who is currently in the custody of the U.S. Bureau of Prisons serving a federal sentence, does not have copies of the needed material.

7. Counsel sought diligently to obtain these documents from the court records and other sources, without success. When attempting to obtain these documents from the court records, counsel was informed that most of the documents sought are under seal.

8. This motion is made in good faith. Review of the requested material is necessary to determine whether Mr. Green meets the new federal clemency criteria set forth by the Department of Justice under the Federal Clemency Initiative.

9. On April 27, 2015, a student attorney with the Civil Rights Clinic sent a draft of this motion to the Criminal Division of the U.S. Attorney's Office to determine their position on this request, but did not receive a response.

DATED at Denver, Colorado this May 12, 2015.

Respectfully submitted,

*/s/  Lindsey Webb*

Lindsey Webb
Attorney Reg. 31276
Civil Rights Clinic
University of Denver
Sturm College of Law
2255 E. Evans Avenue
Denver, CO 80208
303-871-6585
lwebb@law.du.edu

Certificate of Service

      I hereby certify that on this 12th day of May 2015, the foregoing notice was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notice of such filing to all registered CM/ECF parties, and that a copy of the foregoing notice was sent by U.S. mail, first-class postage prepaid, to Defendant Alvin Green, #30411-013, USP Big Sandy, U.S. Penitentiary P.O. Box 2068 Inez, KY 41224.

      _____/s/ Lindsey Webb_____