IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4. ALVIN GREEN**,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant Alvin Green's Motion for Leave for Counsel in Potential Clemency Petition to Obtain and Review Documents not Available to the Public (ECF No. 4033), filed May 12, 2015.  In this motion, counsel for the Defendant requests leave of this Court to release certain documents in the above-captioned case to counsel, that are either filed under seal or not otherwise available to the public, for the purpose of potentially filing a clemency petition through Clemency Project 2014.

    Clemency Project 2014 is a non-governmental affiliated organization that is working to identify appropriate candidates for clemency under the federal clemency initiative.  Counsel explains that the Civil Rights Clinic at the University of Denver Sturm College of Law, along with a team of student attorneys is working through Clemency Project 2014 to evaluate whether the Defendant is eligible for clemency.  Counsel further explains that Mr. Green is currently in the custody of the Federal Bureau of Prisons and does not have copies of the requested material.

Counsel seeks access to the following documents: Charging Document; Presentence Report; Jury Instructions, Sentencing Motions and Memoranda; Sentencing Transcripts; Judgment; Statement of Reasons; Pretrial Services Report; Records of Prior Convictions; Notice/Information filed by the government under 21 U.S.C. § 851; Motion for Downward Departure under USSG § 5K1.1 or 18 U.S.C. § 3553(e); Motion for Downward Departure under Fed. R. Crim. P. 35(b); Motion or other request for sentence reduction under 18 U.S.C. § 3582(c)(2), along with briefs and opinions related to such motion; Appellate Briefs and Opinions, Motions, Memoranda, Orders, Decisions under 28 U.S.C. §§ 2241, 2255.

Based on the foregoing, I find that counsel's request to review the above referenced documents that are either filed under seal or not otherwise available to the public is made in good faith.   Accordingly, the motion (ECF No. 4033) is granted. Therefore, it is

ORDERED that Defendant Alvin Green's Motion for Leave for Counsel in Potential Clemency Petition to Obtain and Review Documents not Available to the Public (ECF No. 4033) is **GRANTED.**   Upon presentation of this Order to the United States District Court Clerk's Office for the District of Colorado, the Defendant's counsel shall have access to make copies of the following documents, at the Court's expense, within the Defendant's case file for the above-captioned case only:

- Charging Document;
- Presentence Report;
- Jury Instructions, Sentencing Motions and Memoranda;

- Sentencing Transcripts;

- Judgment;

- Statement of Reasons;

- Pretrial Services Report;

- Records of Prior Convictions;

- Notice/Information filed by the government under 21 U.S.C. § 851;

- Motion for Downward Departure under USSG § 5K1.1 or 18 U.S.C. § 3553(e);

- Motion for Downward Departure under Fed. R. Crim. P. 35(b);

- Motion or other request for sentence reduction under 18 U.S.C. § 3582(c)(2) along with briefs and opinions related to such motion; and

- Appellate Briefs and Opinions, Motions, Memoranda, Orders, Decisions under 28 U.S.C. §§ 2241, 2255.

It is

FURTHER ORDERED that the Defendant's counsel shall be given electronic access to the aforementioned documents that maintain a Level 1 restriction or Level 2 restriction, if filed by the Defendant, and are retrievable through the Case Management/Electronic Case Files (CM/ECF) system.

Dated:   May 14, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE