

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL
CLERK OF COURT

(303) 844-3433
FAX (303) 335-2040

## INVOICE

Case No: 1:01-cr-00214-WYD-33          Dated:   Thursday, February 11, 2016

USA

_____
                    Plaintiff(s),

                v.

Small et al

_____
                    Defendant(s).

To: Sammy Lee Woods
    #30425-013
    F.P.C. Memphis
    Inmate Mail/Parcels
    PO Box 2000, D
    Millington, TN 38083

Remit To:  CLERK; UNITED STATES DISTRICT COURT
           Room A-105, Alfred A. Arraj U.S. Courthouse
           901 19th Street
           Denver, Colorado 80294-3589
           Phone (303) 844-3433

Remarks:
Please specify which minutes you need?  Each page is 50 cents..  In regards to your FBI record please contact the FBI directly.

| Description of Service | Quantity | Price | Amount |
|---|---|---|---|
| Pages of Copywork   *See Attached Letter* | | $0.50 | $0.00 |
| Copies from Public Access | | $0.10 | $0.00 |
| Certifications   *See Attached letter* | | | $0.00 |
| Other:   *See Attached letter* | | | $0.00 |
| | | Subtotal | $0.00 |
| | | Deposit/Prepay | |
| | | TOTAL | $0.00 |

Deputy Clerk: JG

PLEASE MAKE REMITTANCE PAYABLE TO CLERK, UNITED STATES DISTRICT COURT AND RETURN IN ENCLOSED BUSINESS REPLY ENVELOPE ALONG WITH A COPY OF THIS INVOICE.

TERMS: PAYABLE ON RECEIPT OF THIS STATEMENT

.

Deputy Clerk: JG

PLEASE MAKE REMITTANCE PAYABLE TO CLERK, UNITED STATES DISTRICT COURT AND RETURN IN ENCLOSED BUSINESS REPLY ENVELOPE ALONG WITH A COPY OF THIS INVOICE.

TERMS: PAYABLE ON RECEIPT OF THIS STATEMENT

Sammie Lee Woods

USm #30425013

P.O. Box 2000, D

Millington, Tennessee (38083)

Dated: 2·22.2016

Re: Records, and etc.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 25 2016**

JEFFREY P. COLWELL
CLERK

CLERK OF THE COURT

901-19th Street, A-105

Denver, Colorado 80294-3589

Dear Mr. Jeffrey P. Colwell,

    I recently wrote the Court requesting certain information, I am in receipt of your most recent response and due to the lack of room, I will now request a copy of my:

(1) Arrest Warrants

(2) Search Warrants

(3) A complete copy of Investigative Reports only pretaining to Sammie Lee Woods, SAMMIE LEE WOODS.

(4) Scientific lab reports

(1)

(5) All Exculplatory Records and Reports

(6) One Copy of the jury verdict.

(7) One Copy of the True Bill

(8) One Copy of the affidavit/declaration in support of the Indictment.

(9) I am also requesting a certified copy of the Indictment, what I'm asking is proof that the prosecutor prepared the evidence which demonstrates that the indictment procedure comported with the constitutional mandates, for the record.

(10). A copy of the grand jury meet and did it have a quorum present? My records does not show any grand jury convened or is there any evidence on record that they convened or returned the Indictment in open Court, although the grand jury is required to present an indictment in open court and prove a quorum was present

(11) I am also requesting a copy of Warrant showing probable cause supported by Oath or affirmation.

(2)

I am requesting that after my letter request has been fulfilled, that the records concerning SAMMIE LEE WOODS/ Sammie Lee Woods be sealed from the public.

Thank you

Sammie Lee Woods

Sammie-Lee: Woods

USM#30425 013

P.O. Box 2000, D

Millington, Tennessee [38083]

P.S. Also a complete Copy of my trial transcripts, encluding the closing arguments

original Copy:

(3)

Sammie Woods
Federal Prison Camp
USM#30425013
P.O. Box 2000, D
Millington, Tennessee [38083]

" LEGAL MAIL "

80294-250099

⇔30425-013⇔
UNITED S DISTRICT COURT
Attn:Clerk of the Court
901-19TH ST
Denver, CO 80294
United States

22 FEB 2016 PM 11

MEMPHIS TN 380

FOREVER USA