IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    01-cr-0214-WYD-33

UNITED STATES OF AMERICA,

 Plaintiff,

v.

SAMMY LEE WOODS,

 Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on *pro se* Defendant's Motion for Order of Copies of Records (ECF No. 4035), filed on February 25, 2016.   In Defendant's Motion, he requests copies of various documents including a complete trial transcript, arrest warrants, search warrants, investigative reports, scientific lab reports, exculpatory records and reports, jury verdict, a copy of the true bill, an affidavit in support of the indictment, a certified copy of the indictment, and additional evidence of the grand jury indictment.   Defendant also requests that his record be sealed from the public.   On March 30, 2016, Defendant was granted executive clemency by the President of the United States.   *See* ECF No. 4036.

Defendant has not provided the Court with any reasonable basis for needing the requested documents.   The request is overly broad and includes documents to which the Court does not have access.   Additionally, Defendant has not met his burden to demonstrate why his record should be sealed from the public.   *See U.S. v. McVeigh*, 119 F.3d 806, 812 (10th Cir. 1997); *Press Enterprise Co. v. Superior Ct. of Cal.*, 478 U.S. 1,

7-9 (1986).

Based on the foregoing, Defendant's Motion for Order of Copies of Records (ECF No. 4035) is hereby **DENIED**.

Dated:   May 3, 2016.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -