UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No:01-cr-00214-WYD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2016

JEFFREY P. COLWELL
CLERK

SAMMIE LEE WOODS
Federal Prison Camp
R-30425013
p.o.Box 2000,D
Millington,Tennessee 38083
united States of America

Dated:05.17.2016
Re:Requesting Recusal of Chief Judge Wiley Y.Daniel

UNITED STATES DISTRICT COURT
901 19th Street
Denver,Colorado 80294

Dear Chief Judge Wiley Y Daniel:
    On this 17th day of May of 2016,I SAMMIE LEE WOODS is filing this Motion seeking your recusal in any of WOODS further proceedings, and anything that has to do with any of your rulings.I am seeking your recusal pursuant to 28 U.S.C.§§144 and 455.And WOODS states why he seeks your recusal:
1. On June 7,2001 the prosecutor appeared before a Grand Jury seeking an indictment on Woods and others,reveiwing the Docket Sheet there was and still remains the absence of the grand jury quorum, and you allowed the prosecution of Woods to go forth.
2.  Woods further states that you noticed that the Grand Jury charged a coporate fiction-Ens ligis a.k.a.SAMMY WOODS of violation of 18 U.S.C.841 and other statutes and that said crime took place in Denver,Colorado,Division of the Western District of Colorado without him reviewing the copy of the Affidavits/Declarations in support of the indictments ,dated June 7,2001.
3.  Woods was never disclosed the 'nexus' or 'liability'to the statutes.
4.Chief Judge Wiley Y.Daniel remains bias in all of his rulings, and further states that you will remain prejudice in your rulings as long as you are over his case.
5.There still exists separation of powers issue that is yet to be resolved.
6.Woods was never presented with proof that the prosecutor prepared evidence which demonstrates that the indictment procedure comported with the constitutional mandates,for the record.
7.Chief Judge Wiley Y.Daniel you are aware of Rule6(f) of the Federal Rules of Criminal Procedure provides: "An indictment may be found only upon the concurrence of 12 or more jorors." And Rule6(c)emphasizes the requirement that 12 jurors shall "find" each indictment by its provision that the foreman"Shall keep a record of the number of jurors concurring in the finding of every indictment,you denied us access to review the Grand Jury records which again demonstrate your bais.

1

8. There is no evidence or record that demonstrates that a Grand Jury convened on this case or Docket. I was charged with elements that were not presented to a grand jury, the grand jury is required to present an indictment in open court and prove a quorum was present, Grand Jury secrecy only works if it is not abused, yet, in the United States it is abused routinely.
9. Judge allowed a warrant affidavit to be overlooked that contained false statements in reckless disregard for the truth.
10. Trial judge failed to instruct jury that the indictment had in fact been amended.
11. Trial judge only at sentencing that Woods is aware of supervise release and this extra sentence of supervise release is not on the Judgment in a Criminal Case, see Judgment In A Criminal Case. I ask this Judge now for the "record" The sentence of supervise release that was imposed on Woods, what is it in pursuant too, and Act?
12 Trial judge continues to violate his Oath of Office.
13. Woods simply requests that Chief Wiley Y. Daniel dismiss himself from future proceedings.

*Sammie Woods*
*unrepresented*

