Honorable Judge Daniel,                                5/18/16

How are You doing today Sir? Fine I pray. I'm not going to take up to much of Your time, but it has been brought to my Attention that the "Johnson Case has been decided and is now Retroactive".

I am asking the Court to please Appoint Counsel to see if defendant ALVIN GREEN is eligible For any relief now that "Johnson" has been made Retroactive.

I thank You For the Courts time. I will wait patiently For the Courts decision.

Sincerely,
Alvin Green

Case Number 01-cr-00214-WYD
ALVIN GREEN #30411-013

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 27 2016
JEFFREY P. COLWELL
CLERK

INMATE NAME/NUMBER Alvin Green #30411-013
FEDERAL CORRECTION COMPLEX-ALLENWOOD U.S.P.
P.O. BOX 3000
WHITE DEER, PA 17887

MAY 2 3 2016

(Legal-Mail)

⇔30411-013⇔
Judge Wiley Y Daniel
Office OF THE Clerk
901- 19TH ST ROOM A 105
Denver, CO 80294
United States

MAILED FROM
U.S. PENITENTIARY

HARRISBURG PA 171
24 MAY 2016 PM 1 L

United States Penitentiary
Allenwood, PA 17887

The enclosed letter was processed through
special mailing procedures for forwarding to
you. The letter has ___ been opened for
inspected ___ ___ ___ raises a question or
problem ___ ___ ___ facility has
jurisdiction, you may wish to return the
material for further information or clarification.
If the writer encloses correspondence for
forwarding to another address, please return the
enclosure ___ ___ above address.