IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD-4

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**4.    ALVIN GREEN**,

      Defendant.

_____

## ENTRY OF APPEARANCE PURSUANT TO
## DISTRICT COURT GENERAL ORDER 2015-4

_____

Consistent with District Court General Order 2015-4, Assistant Federal Public Defender

Laura H. Suelau hereby enters her appearance as counsel on behalf of Defendant Alvin Green.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Laura H. Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert M. Russel
Assistant U.U. Attorney
Email:  robert.russel@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

s/Laura H. Suelau
LAURA SUELAU
Research and Writing Specialist
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorneys for Defendant