IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00214-WYD-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4.    ALVIN GREEN,**

    Defendant.

_____

**STATUS REPORT AND
MOTION TO WITHDRAW**
_____

    The Office of the Federal Public Defender, through Laura H. Suelau, Assistant Federal Public Defender, submits this status report and requests to withdraw as counsel:

    1.    On May 27, 2016, Mr. Green requested this court appoint counsel to determine whether there is a basis to challenge his sentence in light of the Supreme Court's decision in *Johnson v. United States,* 135 S.C.t 2551, 2563 (2015).

    2.    Pursuant to District Court General Order 2015-4, the Office of the Federal Public Defender reviewed Mr. Green's case to determine whether he has a basis for claim under *Johnson.*

    3.    After review of the relevant documents in Mr. Green's case, undersigned counsel determined there is no basis to file a 28 U.S.C. § 2255 motion for relief on Mr. Green's behalf. The holdings in *Johnson* and related cases *United States v. Madrid,* 805 F.3d 1204 (10th Cir. 2015), and *Welch v. United States,* ---U.S.---, 136 S.Ct. 1257 WL

1551144 (Apr. 18, 2016), do not impact any of Mr. Green's convictions nor are they implicated in the calculation of his guideline range.

4. Because counsel cannot find a colorable basis to argue that the decision in *Johnson* applies in Mr. Green' case, we cannot file a motion for relief on his behalf. Nothing more can be done to assist Mr. Green on this matter.

5. Accordingly, counsel requests the court find the appointment of the Office of the Federal Public Defender terminated in this case and grant this motion to withdraw.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Laura_Suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I electronically filed the foregoing

**STATUS REPORT AND
MOTION TO WITHDRAW**

and will send notification of such filing to the following e-mail addresses:

    Robert Russel, Assistant United States Attorney
    Robert.Russel@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Alvin Green    *(by U.S. mail)*
    Reg. No. 30411-013
    c/o Allenwood USP
    P.O. Box 3000
    White Deer, PA 17887

    s/ Laura H. Suelau
    LAURA H. SUELAU
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Laura_Suelau@fd.org
    Attorney for Defendant