IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   01-cr-0214-WYD-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.   ALVIN GREEN,

    Defendant.

_____

## ORDER
_____

THIS MATTER is before the Court on the Office of the Federal Public Defender's Status Report and Motion to Withdraw (ECF No. 4041), filed on June 3, 2016, and Defendant's *pro se* Motion to Appoint Counsel (ECF No. 4039), filed on May 27, 2016.

Defendant filed a *pro se* motion requesting that the Court appoint counsel in order to evaluate the merits of his case and any possible relief that may be sought through a 28 U.S.C. § 2255 motion based on the holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).   Pursuant to District Court General Order 2015-4, the Office of the Federal Public Defender reviewed Defendant's case to determine whether he had a basis for a claim under Johnson.

The Office of the Federal Public Defender reviewed documents in Defendant's case and determined that there is no basis to file a § 2255 motion for relief.   It was determined by the Office of the Federal Public Defender that the holdings in *Johnson* and related cases do not impact any of Defendant's convictions, nor are they implicated in the calculation of his guideline range.

Accordingly, the Office of the Federal Public Defender requests that the Court find that its appointment be terminated in this case, and grant its motion to withdraw as counsel for Defendant in this matter.   It is

ORDERED that the Office of the Federal Public Defender's Status Report and Motion to Withdraw (ECF No. 4041), is **GRANTED**.   The Office of the Federal Public Defender shall be terminated as Defendant's counsel in this matter.   It is

FURTHER ORDERED that Defendant's *pro se* Motion to Appoint Counsel (ECF No. 4039) is **DENIED as moot**.

Dated:   June 9, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE