OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FIRST-CLASS MAIL
$00.67
ZIP 80294
041L11245087

neopost
06/17/2016
US POSTAGE

DENVER
CO 802
SPECIAL MAIL
17 JUN 16
OPEN ONLY IN THE PRESENCE OF THE INMATE

Sammy Lee Woods(Terminated)
#30425-013
F.P.C. Memphis

NIXIE    381    52    1         0006/24/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099    *0449-04561-17-39

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 27 2016
JEFFREY P. COLWELL
CLERK

01-cr-214 - NB
# 4043