CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. THEOLIAN  LLOYD                                         DKT. NO. 1:01CR00214-5

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Erika M. Privette, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Theolian Lloyd, who was placed on supervision by the Honorable Wiley Y. Daniel, sitting in the United States District Court in Denver, Colorado, on April 7, 2004.  The defendant was sentenced to 240 months imprisonment for the offenses of (Count 1) Conspiracy to Distribute and Possess with Intent to Distribute Fifty or More Grams of Cocaine Base, Aiding and Abetting, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(iii) and 18 U.S.C. § 2; and (Counts 14 and 17) Distribution and Possession with Intent to Distribute 14 Grams of Cocaine Base, Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) and 18 U.S.C. § 2.  The defendant was also ordered to serve 10 years supervised release as to Count 1 and 8 years as to Counts 14 and 17, all to run concurrently.  Supervision commenced on January 25, 2019, and is set to expire on January 24, 2029.  As noted in the judgment [Document 3029], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On March 3, 2019, the defendant reported to the United States Probation Office and submitted a statutory urine screen. He denied any illegal drug use.  On March 13, 2019, I received the results of the test, which was positive for marijuana. On March 14, 2019, I contacted the defendant to discuss the positive urine screen and he admitted to recent use.

On March 21, 2019, the defendant reported to the United States Probation Office and admitted to using marijuana the day prior; he said that he is struggling with employment and was really stressed out about finances. He was given a firm warning about his marijuana use and told that the Court would be notified and a modification for drug testing and treatment would be requested.

On March 21, 2019, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Guy Till was contacted and has no objection to the proposed modification.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special conditions:

You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer.  You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.

I DECLARE under penalty of perjury that the foregoing is true and correct.


*s/Erika M. Privette*
  Erika M. Privette
  United States Probation Officer
  Place:   Denver
  Date:    March 22, 2019


*s/Gary W. Phillips*
  Gary W. Phillips
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    March 22, 2019