UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. THEOLIAN LLOYD,

    Defendant.

_____

**ORDER REGARDING REQUEST FOR MODIFICATION
OF THE CONDITIONS OF SUPERVISION**
_____

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special condition(s):

    You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.

    FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    Dated: March 22, 2019.

                                               BY THE COURT:

                                               *s/ Wiley Y. Daniel*
                                               WILEY Y. DANIEL,
                                             SENIOR UNITED STATES DISTRICT JUDGE