IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-CR-00214-WYD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WILLIE J. SMALL,

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case. Counsel appears pursuant to District of Colorado General Order 2019-01, which appoints the Federal Public Defender to "pursue relief" on behalf of "all defendants convicted in this District who may be eligible for retroactive relief under Section 404 of the [First Step] Act."

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Jennifer L. Beck
      JENNIFER L. BECK
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Jennifer.Beck@fd.org
      Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on March 26, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Robert M. Russel, Assistant United States Attorney
  Email:  Robert.Russel@usdoj.gov

  Barbara Skalla, Assistant United States Attorney
  Email:  Barbara.Skalla@usdoj.gov


  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Willie J. Small (via U.S. mail)
  Register No. 30408-013
  c/o FCI – Phoenix


            s/ Jennifer L. Beck
            JENNIFER L. BECK
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Jennifer.Beck@fd.org
            Attorney for Defendant