IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-CR-00214-WYD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIE J. SMALL,

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case. Counsel appears pursuant to District of Colorado General Order 2019-01, which appoints the Federal Public Defender to "pursue relief" on behalf of "all defendants convicted in this District who may be eligible for retroactive relief under Section 404 of the [First Step] Act."

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Kathleen Shen
      KATHLEEN SHEN
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Kathleen_Shen@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

 I hereby certify that on June 6, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Robert M. Russel, Assistant United States Attorney
Email:  Robert.Russel@usdoj.gov

Barbara Skalla, Assistant United States Attorney
Email:  Barbara.Skalla@usdoj.gov


 I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:


Willie J. Small (via U.S. mail)


     s/ Kathleen Shen
     KATHLEEN SHEN
     Assistant Federal Public Defender
     633 17th Street, Suite 1000
     Denver, CO  80202
     Telephone:  (303) 294-7002
     FAX:  (303) 294-1192
     Kathleen_Shen@fd.org
     Attorney for Defendant