# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WILLIE SMALL,

    Defendant.

INFORMATION
21 U.S.C. § 851

The United States Attorney charges that:

The defendant, Willie Small, has incurred the following prior conviction(s) which constitute a prior conviction for a felony drug offense and which subjects him to the sentencing enhancements set forth in Title 21, United States Code, Sections 841(a), 841(b)(1)(A), (B) and (C) and 843(b) and (d) :

1. Date: November 15, 1995, Arapahoe County District Court, Case Number 95-CR-382, possession with intent to distribute a controlled substance, a Class Three felony.

2. Date: October 27, 1995, Gilpin County District Court, Case Number 95-CR-64, felony possession of a controlled substance, a Class Four felony.

3. Date: January 22, 1991, Denver District Court, Case Number 90-CR-2564, felony possession of a controlled substance, a Class Four felony.

4. Date: December 1, 1988, Denver District Court, Case Number 88-CR-1985, felony possession of a controlled substance, a Class Five felony.

5. Date: December 1, 1988, Denver District Court, Case Number 88-CR-2053, unlawful distribution, manufacturing, dispensing, sale and possession of a controlled substance, a Class Four felony.

Respectfully submitted this 5th day of August, 2003.

        JOHN W. SUTHERS

        United States Attorney

        */s/ Kathleen M. Tafoya*

        By: KATHLEEN M. TAFOYA

        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify on this ____6th____ day of August 2003 a true and correct copy of the foregoing INFORMATION 21 U.S.C. § 851 was sent by U.S. mail to the following counsel:

Richard Banta, Esq.
1720 Emerson Street
Denver, CO 80218
Attorney for Alvin Green

David Savitz, Esq.
1660 Wynkoop St., #1100
Denver, CO 80202
Attorney for Max Cooper

Martha Eskesen, Esq.
1127 Auraria Parkway, Suite 201
Denver, CO 80202
Attorney for Ronald Clark

David Lindsey, Esq.
730 17th Street, Suite 370
Denver, CO 80202
Attorney for Ernest Gaddis

Wade Eldridge, Esq.
1471 Stuart Street
Denver, CO 80204
Attorney for George Murphy

James S. Covino, Esq.
6426 S. Quebec Street
Greenwood Executive Park
Englewood, CO 80111
Attorney for Dayna Drew

Robert McAllister, Esq.
455 Sherman Street, Suite 310
Denver, CO 80203

Robert Berger, Esq.
1337 Delaware Street, 2nd Floor
Denver, CO 80204
Attorney for Sandra Davis

Ronald Gainor
6414 Fairways Drive
Longmont, CO 80503
Attorney for Sammie Lee Woods

John Schlie, Esq.
1700 Broadway, Suite 1770
Denver, CO 80290
Attorney for Theolian Lloyd

John Tatum, Esq.
12351 E. Cornell Avenue
Aurora, CO 80014
Attorney for Curtis Hawkins

Matthew C. Golla, Esq.
Assistant Federal Public Defender
633 17th Street, 10th Floor
Denver, CO 80202
Attorney for Willie Small

Edward Pluss, Esq.
1337 Delaware St., 2nd Floor
Denver, CO 80203
Attorney for Timothy Chandler

David Joyce
1860 Race Street
Denver, CO 80206
Advisory Counsel for Zebedee Hall

Brad Calbo
6430 Garrison Street
Arvada, CO 80004

Zebedee Hall, #30428-13
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

Joyce Campbell
United States Attorney's Office