# Placeholder-Attachment B [Level 2 Restricted]