# Placeholder-Attachment D [Level 2 Restricted]