# ATTACHMENT E



| Summary Reentry Plan - Progress Report | SEQUENCE: 00125093 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Report Date: 08-15-2019 |
| Plan is for inmate: SMALL, WILLIE  30408-013 | |



| | | | |
|---|---|---|---|
| Facility: | PHX  PHOENIX FCI | Custody Level: | IN |
| Name: | SMALL, WILLIE | Security Level: | MEDIUM |
| Register No.: | 30408-013 | Proj. Rel Date: | 03-26-2023 |
| Quarters: | M01-178L | Release Method: | GCT REL |
| Age: | 63 | DNA Status: | VIP02861 / 11-22-2011 |
| Date of Birth: | 11-25-1955 | | |

### Contact Information
**Release contact & address**
JOHN SMALL, BROTHER
860 CLERMONT ST., DENVER, CO 80220 US
phone (mobile) : 303-910-9923

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846,841&18:2 CONSP TO PWITD 50 OR MORE GM OF COC BASE, A&A 21:841&18:2-DIST & PWITD COC,A&A;21:843&18:2 USE OF COMM FACL TO CONSPIRE TO PWITD COCAINE, A&A; 21USC841(A)(1)&(B)(1)(C)& 18USC2 POSS WTID COCAINE, A&A; DIST & POSS WITD COCAINE, A&A; 18USC1956 (A)91)(A)(I)&2 MONEY LAUNDERING, A&A | 300 MONTHS |

Date Sentence Computation Began:     04-21-2004
Sentencing District:     COLORADO

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /   0 /   0 | 972 | Years: 18  Months: 2  Days: 1 | + 1041    JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
Mr. Small arrived at FCI Phoenix on July 7, 2014. At his initial classification he was encouraged to participate positively in the Residential Drug Abuse Program (RDAP) to understand and address issues related to alcohol/drug abuse & criminal thinking.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | IND/PROD 4 | INDUSTRIES PRODUCTION 4 | 08-24-2017 |

### Work Assignment Summary
Mr. Small has consistently earned outstanding and above average work evaluations during this period of incarceration. He has gained employable work skills through his employment in Unicor.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 06-18-2004 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-18-2004 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHX | | APP.ELECT UTIL WRK | 04-06-2016 | CURRENT |
| PHX | C | WALKN4WELL TUES/THURS 1800 | 01-29-2015 | 03-24-2015 |
| PHX | C | RPP/1 - AIDS AWARENESS | 07-17-2014 | 07-17-2014 |
| VIP | C | BEGINNER CROCHET COURSE | 04-09-2014 | 06-13-2014 |
| VIP | C | BEGINNER BEADING COURSE | 03-11-2014 | 04-15-2014 |

### Education Information Summary
Mr. Small is currently not enrolled in any educational courses.



| Summary Reentry Plan - Progress Report | SEQUENCE: 00125093 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons<br>Plan is for inmate: SMALL, WILLIE 30408-013 | Report Date: 08-15-2019 |

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 12-02-2003 | 305 : POSSESSING UNAUTHORIZED ITEM |

### Discipline Summary

Mr. Small has only received one incident report during his incarceration back in 2003.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| PHX DRUG | A-DES | TRANSFER RECEIVED | 08-24-2017 | CURRENT |
| PHX | A-DES | OTHER AUTH ABSENCE RETURN | 03-23-2017 | 08-24-2017 |
| PHX | A-DES | OTHER AUTH ABSENCE RETURN | 02-06-2017 | 03-23-2017 |
| PHX | A-DES | TRANSFER RECEIVED | 07-07-2014 | 02-06-2017 |
| VIP | A-DES | TRANSFER RECEIVED | 04-13-2012 | 07-07-2014 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 03-07-2012 | 04-13-2012 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 05-17-2010 | 03-02-2012 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 08-04-2009 | 05-12-2010 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 08-13-2008 | 08-04-2009 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 06-17-2008 | 08-13-2008 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 05-13-2008 | 06-17-2008 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 02-20-2008 | 05-13-2008 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 10-03-2007 | 02-20-2008 |
| VIP | A-DES | OTHER AUTH ABSENCE RETURN | 05-04-2007 | 10-03-2007 |
| VIP | A-DES | TRANSFER RECEIVED | 11-03-2005 | 05-04-2007 |
| LVN | A-DES | TRANSFER RECEIVED | 06-09-2004 | 10-20-2005 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-15-2010 |
| CARE2 | STABLE, CHRONIC CARE | 07-09-2014 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| PAPER | LEGACY PAPER MEDICAL RECORD | 06-26-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-09-2014 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-09-2014 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 10-04-2017 |
| ED EXEM | DRUG EDUCATION EXEMPT | 05-19-2017 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 03-06-2017 |
| NR COMP | NRES DRUG TMT/COMPLETE | 10-13-2015 |

### Physical and Mental Health Summary

Mr. Small is on regular duty status with no restrictions. Psychology staff have not expressed mental health concerns at this time. He is currently participating in RDAP.

### FRP Details

Most Recent Payment Plan



| | Summary Reentry Plan - Progress Report | SEQUENCE: 00125093 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 08-15-2019 |
| | Plan is for inmate: SMALL, WILLIE  30408-013 | |

Most Recent Payment Plan

**FRP Assignment:** **NO OBLG**  **FINANC RESP-NO**  **Start: 07-02-2009**
**Inmate Decision:** **AGREED**  $25.00  **Frequency: QUARTERLY**
**Payments past 6 months:**  $0.00  **Obligation Balance: $0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $3,800.00 | $3,350.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

Mr. Small no longer has a financial obligation.

### Release Planning

In preparation for RRC placement, employment, and reintegration in the community, Mr. Small has secured his social security card. Additionally, he has been encouraged to save money for release needs. Mr. Small has been incarcerated the majority of his adult life, either with State or in Federal custody.

### General Comments

Mr. Small maintains positive family ties on a consistent basis. He has a good rapport with staff and other inmates.



| **Summary Reentry Plan - Progress Report** | SEQUENCE: 00125093 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Report Date: 08-15-2019 |
| Plan is for inmate: SMALL, WILLIE  30408-013 | |

Name: SMALL, WILLIE
Register Num: 30408-013
Age: 63
Date of Birth: 11-25-1955
DNA Status: VIP02861 / 11-22-2011

_____
Inmate   (SMALL, WILLIE, Register Num: 30408-013)

_____
Date    8/15/19

_____
Chairperson

_____
Date    8/15/19

_____
Case Manager

_____
Date