# ATTACHMENT F

# FCI PHOENIX APPRENTICESHIP PROGRAM

**SUBJECT:** ELECTRONICS UTILITY WORKER

**DOT CODE:** 726.364-018  **AIMS CODE:** 967

**DATE:** June 2019  **NAME:** SMALL, WILLIE  **REG.#** 30408-013

Notation: mark all hours worked for each category. Write in any class hours and the class in the blank space provided.

| DATE | Course | M 3 | T 4 | W 5 | Th 6 | F 7 | M 10 | T 11 | W 12 | Th 13 | F 14 | M 17 | T 18 | W 19 | Th 20 | F 21 | M 24 | T 25 | W 26 | Th 27 | F 28 | | | TOTAL HRS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hrs. | | | | | | | | | | | | | | | | | | | | | | | |
| | Overview of Trade | 10.00 | | | | | | | | | | | | | | | | | | | | | | 10 |
| | Safety/House Keeping | 200.00 | | | | | | | | | | | | | | | | | | | | | | 200 |
| | Measurements | 300.00 | | | | | | | | | | | | | | | | | | | | | | 300 |
| | Basic Electronics | 1000.00 | | | | | | | | | | | | | | | | | | | | | | 1000 |
| | Use & Care Tool/Equipment | 400.00 | | | | | | | | | | | | | | | | | | | | | | 400 |
| | Types of Drawings | 200.00 | | | | | | | | | | | | | | | | | | | | | | 200 |
| | Termination Methods | 400.00 | | | | | | | | | | | | | | | | | | | | | | 400 |
| | Fab/Assembly Tech | 2500.00 | | | | | | | | | | | | | | | | | | | | | | 2500 |
| | Rework and Repair | 1000.00 | | | | | | | | | | | | | | | | | | | | | | 900 |
| | Specialized Training | 190.00 | | | | | | | | | | | | | | | | | | | | | | 190 |
| | Quality Assurance | 644.47 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 6.83 | 11.05 | 11.05 | 11.05 | 11.05 | 11.05 | | | 1000 |
| | PREVIOUS ACCRUED HRS. | 6682.57 | | | | | | | | | | TOTAL HOURS STILL NEEDED | | | | | 517.43 | | | | | TOTALS HOURS ACCRUED TO DATE | | TOTAL 6844.47 161.90 |

Apprentice Signature: Willie Small

Supervisor Signature: B. Ferreira
Print / Sign

| Program Registration and Apprenticeship Agreement<br>Office of Apprenticeship | U.S. Department of Labor<br>Employment and Training Administration |  |

**APPRENTICE REGISTRATION – SECTION II**    OMB No. 1205-0223 Expires: 1/31/2020

Warning: This agreement does not constitute a certification under Title 29, CFR, Part 5 for the employment of the apprentice on Federally financed or assisted construction projects. Current certifications must be obtained from the Office of Apprenticeship (OA) or the recognized State Apprenticeship Agency shown below. (Item 24)

Title 29 Code of Federal Regulations (CFR) Part 29 sets forth labor standards to safeguard the welfare of apprentices and extend the application of such standards by prescribing policies and procedures concerning registration. This collection instrument has two sections, one for program sponsor's information (Section I) and one for apprentice's information (Section III).

**PART A: TO BE COMPLETED BY APPRENTICE. NOTE TO SPONSOR: PART A SHOULD ONLY BE FILLED OUT BY APPRENTICE.**

**1. Name (Last, First, Middle) and Address**
SMALL, WILLIE
37900 N. 45TH AVE
PHOENIX, AZ, 85086
SSN: ▮

**2. Date of Birth (Mo., Day, Yr.)** 11/25/1955

**3. Sex (Mark one)** Male

**4. a. Ethnic Group** (Definitions on reverse)
Participant did not self-identify
**b. Race**
Black or African American

**5. Veteran Status** Non Veteran

**6. Education Level** GED

**7a. Employment Status** New Employee

**7b. Career Connection** (Instructions on reverse) None

**8. Signature of Apprentice** Willie Small    **Date** 4-6-16

**9. Signature of Parent/Guardian (if minor)**    **Date**

**PART B: SPONSOR: EXCEPT FOR ITEMS 6, 7, 8, 10a. - 10c, REMAINDER OF ITEMS REPOPULATED FROM PROGRAM REGISTRATION.**

**1. Sponsor Program No.** AZ002850005
**Sponsor Name and Address** (No. Street, City, County, State, Zip Code)
Federal Prison Phoenix
37940 N. 45TH AVE. Dept 1650
PHOENIX, AZ, 85027

**2a Occupation** (The work processes listed in the standards are part of this agreement).
ELECTRONICS UTILITY WORKER

**2b Occupation Code:** 0967 V1
**2b.1. Interim Credentials** Only applicable to Part B, 3.b. and 3.c.

**3. Occupation Training Approach** Time-Based
**4. Term (Hrs.)** 7200
**5. Probationary Period (Hrs.)** 1000
**6. Credit for Previous Experience (Hrs.)** 1500
**7. Term Remaining (Hrs.)** 5700
**8. Date Apprenticeship Begins** 4/6/2016

**9a. Related Instruction** 450 hours (Total)
**9b. Apprentice Wages for Related Instruction** Yes
**9c. Related Training Instruction Source** BAT - FEDERAL CORRECTIONAL INSTITUTE

**10. Wages:** (Instructions on reverse)   **10a. Pre-Apprenticeship Hourly Wage** $0.00
**10b. Apprentice's Entry Hourly** $0.00
**10c. Journeyworker's Hourly Wage** $0.40

| 10d. Term 7200 | Period 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1800 | 1800 | 1800 | 1800 | 7200 | | | | | |
| 10e. Wage Rate Percent | | | | | | | | | | |
| Hourly | $0.12 | $0.19 | $0.26 | $0.33 | $0.40 | | | | | |

**11. Signature of Sponsor's Representative(s)**    **Date Signed** 4-6-16

**12. Signature of Sponsor's Representative(s)**    **Date Signed**

**13. Name and Address of Sponsor Designee to Receive Complaints** (If applicable)
Joe Kavanaugh
37940 N. 45TH AVE. Dept. 1650
PHOENIX, AZ, 85027
jkavanaugh@bop.gov

**PART C: TO BE COMPLETED BY REGISTRATION AGENCY**

**1. Registration Agency and Address**
333 Las Vegas Blvd S  Suite 5520
Las Vegas, NV, 89129

**2. Signature (Registration Agency)** Colleen Henry

**3. Date Registered** 7/1/2016

**4. Apprentice Identification Number** (Definition on reverse): AZ16N023243

Page 1 of 3                                                                                      ETA 671 – Section II (November 2014)