In the United States District Court
for the District of Colorado

| | |
|---|---|
| Case No. 01-CR-00214-WYD-1<br><br>United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Willie Small,<br><br>    Defendant. | Unopposed Motion to Assign Level 2 Restricted Access to Attachments B (ECF Document No. 4052) and D (ECF Document No. 4053)to Motion to Reduce Sentence |

Counsel respectfully requests that this Court assign Level 2 restricted access to ECF Document No. 4052, Attachment B to Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act; and ECF Document No. 4053, Attachment D to Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act.  The government does not oppose the relief requested in this motion.

Respectfully submitted,

Virginia L. Grady
Federal Public Defender

*s/ Kathleen Shen*
Kathleen Shen
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
Fax:  (303) 294-1192
Kathleen_Shen@fd.org
Attorney for Defendant