In the United States District Court
for the District of Colorado

| | |
|---|---|
| Case No. 01-CR-00214-RM-1<br><br>United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Willie Small,<br><br>    Defendant. | Correction to ECF No. 4051,<br>Motion for a Reduced Sentence of Time Served<br>Under § 404 of the First Step Act |

  Counsel presents the following correction to Mr. Small's Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act, ECF No. 4051.

  The motion states that "Mr. Small has paid off his financial obligations," ECF No. 4051 at 4, and that "he has satisfied his financial obligations," *id.* at 17.

  These statements are incorrect. While Mr. Small no longer has any financial obligations, he did not pay them in full. Rather, he paid $450 of the $3,800 in special assessments he owed, and the remainder expired. BOP Progress Report at 3; *see also* 18 U.S.C § 3013(c) ("The obligation to pay an assessment ceases five years after the date of the judgment."). Counsel apologizes for her mistake.

                Respectfully submitted,

                Virginia L. Grady
                Federal Public Defender

                *s/ Kathleen Shen*
                Kathleen Shen
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                Fax:  (303) 294-1192
                Kathleen_Shen@fd.org
                Attorney for Defendant