IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 01-cr-00214-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE SMALL,

    Defendant.

## NOTICE

The United States of America, through United Sates Attorney Jason R. Dunn, by Assistant United States Attorney Guy Till (Government), hereby respectfully files Notice of historical association of certain parties involved in the above captioned case. The Government states as follows:

1. In September 27, 2019, defendant Willie Small (Mr. Small) filed a motion seeking a reduction of his sentence in this case, #4051. The original sentence was imposed in 2004.

2. The sentencing Judge in 2004 was the Honorable Wiley Y. Daniel. According to the September 30, 2019 minute order entered on the docket at #4054, because of the passing of U.S. District Court Judge Wiley Y. Daniel, this case has been randomly reassigned to the Honorable Raymond P. Moore.

3. Review of the PSR in this case shows the defendant's Objections to the Presentence Report, filed on March 1, 2004, were submitted by Matthew C. Golla, Assistant Federal Public Defender, under the signature block of Raymond P. Moore, Federal Public Defender.

4. The defendant was indicted in June 2001 and was convicted by jury of numerous counts in 2003. The defendant was sentenced to Life in 2004. The defendant appealed from his conviction. The defendant's appeal was affirmed in 2005. The defendant filed a *pro se* challenge to his conviction under color of 28 U.S.C. § 2255 in January, 2007. The defendant sought relief on grounds of allegedly ineffective assistance of counsel and alleged bias on the part of the Honorable Wiley Y. Daniel. The 28 U.S.C. § 2255 petition was denied and dismissed in September, 2007.

5. During the period between 2001 and 2007, while the defendant was an active litigant in the District of Colorado, Raymond P. Moore was a professional colleague or supervisor of Matthew C. Golla, counsel for Mr. Small.

6. In 2016 Mr. Small submitted a request for clemency. In January 2017, President Barak Obama granted clemency and shortened Mr. Small's sentence to 300 months of imprisonment. The U.S. BOP website for prisoner location shows an estimated release date for Mr. Small in March, 2023.

Respectfully submitted this October 7, 2019.

                JASON R. DUNN
                UNITED STATES ATTORNEY

BY:   *s/ Guy Till*
        Guy Till
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, CO 80202
        Tel: 303-454-0265
        Email: Guy.Till@usdoj.gov

        Attorney for the government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to all counsel of record.

                                    *s/ David Vu*
                                    David Vu
                                    Legal Assistant
                                    United States Attorney's Office