IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 01-cr-00214-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE SMALL,

    Defendant.

## GOVERNMENT'S MOTION TO EXTEND TIME TO FILE RESPONSE

The United States of America, through United Sates Attorney Jason R. Dunn, by Assistant United States Attorney (AUSA) Guy Till (Government), respectfully moves the Court to extend for eight days the time for the Government to file its response to Defendant Willie Small's Motion to Reduce Sentence.  In support of this motion, the Government states:

1. On September 27, 2019, counsel for Defendant Willie Small filed his Motion for Reduced Sentence of Time Served Under §404 of the First Step Act.

2. On September 30, 2019, the Court ordered that the Government's response to Mr. Small's motion be filed on or before October 28, 2019.

3. Counsel for the Government represents to the Court that unforeseen responsibilities in other matters pending before the Court require counsel's immediate attention. These responsibilities make it impracticable for counsel to adequately prepare and file the Government's response to Mr. Small's motion on or before October 28, 2019.

4. Counsel for the Government further represents to the Court that counsel for Mr. Small, Kathleen Shen, Esq., was contacted and stated she has no objection to the relief requested in this motion.

WHEREFORE, the Government respectfully moves the Court to extend for eight days the time for the Government to file its response to Defendant Willie Small's Motion to Reduce Sentence and order that the Government's response be filed on or before November 5, 2019.

Respectfully submitted October 24, 2019.

        JASON R. DUNN
        UNITED STATES ATTORNEY

BY:    *s/ Guy Till*
        Guy Till
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, CO 80202
        Tel: 303-454-0265
        Email: Guy.Till@usdoj.gov

        Attorney for the Government

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to all counsel of record.

                                        *s/ David Vu*
                                        David Vu
                                        Legal Assistant
                                        United States Attorney's Office