<b><span style="color:red">ATTACHMENT 1</span></b><br/><b><span style="color:red">01-cr-00214-RM</span></b>

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number**  **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| Willie | | Small | Black | | Male |

**1** Result for search **Willie Small**, Race: **Black**, Sex: **Male**     Clear Form     Search

## WILLIE SMALL

Register Number: 30408-013

Age:   63
Race:  Black
Sex:   Male

Located at: Phoenix FCI

Release Date: 10/03/2022

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern