**ATTACHMENT 2**
**01-cr-00214-RM**

Defendant: Willie Small        Case Number: 01-CR-214-01-D

| Title and Section | Date | Amount | Unit | Drug | Count Numbers |
|---|---|---|---|---|---|
| 21 USC 841 | 6/7/2001 | 50 | Grams | Cocaine Base | 1 |
| 21 USC 841 | 9/18/2000 | 13.382 | Grams | Cocaine Base | 3 |
| 21 USC 841 | 9/21/2000 | 13.323 | Grams | Cocaine Base | 4 |
| 21 USC 841 | 9/25/2000 | 26.295 | Grams | Cocaine Base | 5 |
| 21 USC 841 | 10/3/2000 | 6.457 | Grams | Cocaine Base | 6 |
| 21 USC 841 | 10/3/2000 | 26.764 | Grams | Cocaine Base | 8 |
| 21 USC 841 | 10/30/2000 | 26.866 | Grams | Cocaine Base | 9 |
| 21 USC 841 | 11/13/2000 | 23.484 | Grams | Cocaine Base | 10 |
| 21 USC 841 | 11/29/2000 | 32.756 | Grams | Cocaine Base | 11 |
| 21 USC 841 | 12/20/2000 | 54.174 | Grams | Cocaine Base | 12 |
| 21 USC 841 | 1/29/2001 | 26.356 | Grams | Cocaine Base | 13 |
| 21 USC 841 | 4/7/2001 | 14 | Grams | Cocaine Base | 14 |
| 21 USC 841 | 5/9/2001 | 7 | Grams | Cocaine Base | 15 |
| 21 USC 841 | 3/31/2001 | 14 | Grams | Cocaine Base | 17 |
| 21 USC 841 | 4/16/2001 | 27 | Grams | Cocaine Base | 22 |
| 21 USC 841 | 4/13/2001 | 7 | Grams | Cocaine Base | 23 |
| 21 USC 841 | 5/5/2001 | 7 | Grams | Cocaine Base | 25 |
| 21 USC 841 | 4/5/2001 | 7 | Grams | Cocaine Base | 35 |
| 21 USC 841 | 6/15/2001 | 0.244 | Grams | Cocaine Base | 65 |
| 21 USC 841 | 6/15/2001 | 175 | Grams | Cocaine Base | 66 |
| **Totals** | | **558.101** | **Grams** | Cocaine Base | |
| | Conversion | **1.230402** | **Pounds** | Cocaine Base | |
| | Conversion | **19.68643** | **Ounces** | Cocaine Base | |

Source: J&C 3417-1