In the United States District Court
for the District of Colorado

Case No.  01-CR-00214-RM-1

United States of America,

        Plaintiff,

v.

Willie Small,

        Defendant.

Unopposed Motion for Leave to File Reply on or before November 26, 2019

Counsel requests leave to file a reply in support of Mr. Small's Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act, ECF No. 4051, on or before November 26, 2017.  In support, counsel states:

1. Counsel filed a Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act, ECF No. 4051, on September 27, 2019.

2. The government filed its response to the motion on November 5, 2019.

3. Counsel requests leave to file a reply in support of the motion on or before November 26, 2019.

4. The government does not oppose the relief requested in this motion.

        Respectfully submitted,

        Virginia L. Grady
        Federal Public Defender

        *s/ Kathleen Shen*
        Kathleen Shen
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        Fax:  (303) 294-1192
        Kathleen_Shen@fd.org
        Attorney for Defendant