**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Laura Ansart | Date:  December 18, 2019<br>Interpreter:  n/a |

**CASE NO.   01-cr-00214-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>v.<br>1.  WILLIE JAMES SMALL,<br>     Defendant. | Guy Till<br><br><br><br>Kathleen Shen |

**COURTROOM MINUTES**

**MOTION HEARING
COURT IN SESSION:        9:00 a.m.**

Appearances of counsel.   Defendant is not present; presence waived.

Preliminary remarks by the Court regarding pleadings filed by counsel.

Discussion held and argument given regarding Defendant's Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act (Doc. 4051).

The Court states its findings.

**ORDERED:**   Defendant's Motion for a Reduced Sentence of Time Served Under § 404 of the First Step Act (Doc. 4051) is GRANTED in part and DENIED in part as stated on the record.   Defendant Willie James Small's sentenced is reduced to time served, effective **January 31, 2020.**

The Court instructs the probation officer to prepare an amended judgment.

**COURT IN RECESS:**     **10:17 a.m.**
**Total in court time:**     **1:17**
**Hearing concluded**