CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. WILLIE JAMES SMALL                                     DKT. NO. 1:01CR00214-1

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Stephanie Hartz, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Willie Small, who was placed on supervision by the Honorable Wiley Y. Daniel, sitting in the United States District Court in Denver, Colorado, on April 21, 2004.  The defendant was sentenced to life imprisonment as to each of counts of 1, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 22, 23, 25, 35, 37, 49 and 66; 360 months imprisonment as to each of counts 43, 55 and 65; 240 months imprisonment as to count 75; and 48 months imprisonment as to each of counts 24, 26, 28, 30, 32, 36, 38, 39, 45, 50, 51, 52 and 53, to be served concurrently and 8 years supervised release as to each of counts of 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 22, 23, 25, 35, 37, 49 and 66; 6 years supervised release as to each of counts 43, 55 and 65; and 1 year supervised release as to each of counts 24, 26, 28, 30, 32, 36, 38, 39, 45, 50, 51, 52, 53 and 75 to be served concurrently for the offenses as listed in the original judgment [Document 3133].  On January 19, 2017, the President of the United States, Barack Obama, commuted the defendant's sentence to 300 months imprisonment.  An amended judgment [Document 4609] was signed on December 18, 2019, which amended the defendant's sentence to time served with the previously imposed terms of supervised release to follow.  Supervision commenced on January 31, 2020 and is set to expire on January 30, 2028.  As noted in the judgment the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On August 11, 2021, I contacted the defendant and instructed him to report to the Probation Office within the next 24 hours to submit a random urine screen.  The defendant reported to the Probation Office on August 12, 2021, to submit the urine screen as directed.  The urine specimen submitted by the defendant at the Probation Office on August 12, 2021, tested positive for cocaine, and that result was reported to the Probation Office on August 24, 2021.  On August 25, 2021, I called the defendant to discuss the positive urine screen.  The defendant admitted to using cocaine on August 8, 2021.  I spoke with the defendant about my role, to identify risk and needs, and address the same.  Informed the defendant that I would be requesting a modification to include a substance use testing and treatment condition, to ensure that I am able to monitor him for future substance use and to refer him for treatment to address any underlying risks and needs.

On August 26, 2021, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision,"

which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney J.D. Rowell was contacted and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special conditions:

1. You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer.  You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Stephanie Hartz*
  Stephanie Hartz
  United States Probation Officer
  Place:   Denver
  Date:    August 27, 2021

*s/Troy Ruplinger*
  Troy Ruplinger
  Senior United States Probation Officer
  Place:   Denver
  Date:    August 27, 2021