FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -7 2021

JEFFREY P. COLWELL
CLERK
01-cr-214-RM

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294524628

NIXIE   911   1   DE   1

12/20/0000

Cnot Here

[ Not Here ]
PRESENCE OF THE
INMATE

Willie James Small
#30408-013
VICTORVILLE
U.S. PENITENTIARY
P.O. BOX 3900
DELANO, CA 92301

DENVER CO 802
SPECIAL MAIL
OPEN ONLY IN THE
27 AUG 2021 PM 2 L

neopost
08/27/2021
US POSTAGE
$00.51

FIRST-CLASS MAIL

ZIP 80294
041L11245087