IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-214-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. THEOLIAN LLOYD,

    Defendant.

_____

**UNOPPOSED MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**
_____

    The Defendant, Theolian Lloyd, by and through counsel, John Henry Schlie, hereby moves pursuant to Rule 32.1(c), Federal Rules of Criminal Procedure, and 18 U.S.C. §3583(e)(1) for an order granting him an early termination of his supervised release.  In support of said Motion, Mr. Lloyd respectfully states to the Court as follows:

    1.  The undersigned counsel  certifies that he had conferred with Mr. Lloyd's supervising probation officer, Erika Privette of the United States Probation Office for the District of Colorado, and was informed that Ms. Privette has no objection to the relief sought herein.   Counsel further certifies that he had conferred with Assistant United States Attorney Bradley Giles regarding the relief sought herein and was informed that the Government has no objection.

    2. Mr. Lloyd was convicted of conspiracy to distribute and possession with intent to distribute more than 50 grams of crack cocaine in violation of 21 U.S.C.§ 846  and 2 counts of distribution and possession with intent to distribute more than 5 grams of

crack cocaine in violation of 21 U.S.C.§ 841. The two distribution counts involved eighth of an ounce quantities (an "eight ball") of crack cocaine.  On April 7, 2004, Mr. Lloyd was sentenced to imprisonment for a total term of 240 months for each Count, all such terms to run concurrently, and ten years of supervised release.  The Judgment in a Criminal Case was signed on April 12, 2004 and entered on April 14, 2004.

3. Mr. Lloyd served his sentence and was released to supervised release on of about January 19, 2019.  Since he has been on supervised release, he has maintained steady employment, has not had any further legal troubles and has been compliant with the terms of his supervised release for at least the past year.

4. Pursuant to U.S.C. §3583(e)(1), the Court has the authority to grant early termination of supervised release at any time after the expiration of one year of supervised release if the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.  Pursuant to Fed. R. Crim. P. 32.1(c), (2)(B) and (C), the Court can grant a motion for early termination of supervised release without a hearing as the result is favorable to the person supervised unless the Government objects after notice.

5. In 2005, the Judicial Conference approved creating a presumption in favor of early termination of supervised release for non-career and non-violent offenders who have been under supervision for at least 18 months, present no identified risk to the public or victims, and are free from any moderate or high-severity violations.  The Judicial Conference Committee on Criminal Law established a non-exhaustive list of criteria for consideration of those seeking early termination, including:

Stable community reintegration (e.g. residence, family, employment);

  Progressive strides toward supervision objectives and in compliance with all conditions of supervision;

  No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

  No history of violence;

  No recent arrests or convictions (including unresolved pending charges) or ongoing, interrupted patterns of criminal conduct:

  No recent evidence of alcohol or drug abuse;

  No recent psychiatric episodes;

  No identifiable risk to the safety of any identifiable victim; and,

  No identifiable risk to public safety based on the Risk Prediction Index.

Federal Probation, Volume 77, Number 2, September 2013.

Mr. Lloyd meets the criteria for the presumption for early termination.

  WHEREFORE, Mr. Lloyd prays that this Court enter an order granting him an early termination of his supervised release.

  Respectfully submitted this 26th day of January, 2022.

            s/ John Henry Schlie
            **John Henry Schlie**
            John Henry Schlie, P.C.
            5105 DTC Parkway, Suite 475
            Greenwood Village, Colorado 80111
            Telephone: (303) 830-0500
            FAX: (303) 274-3301
            E-mail: johnhenry@schlielawfirm.com
            ATTORNEY FOR DEFENDANT
            THEOLIAN LLOYD