# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 01-cr-00214-RM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. THEOLIAN LLOYD,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 27th day of January, 2022.

    COLE FINEGAN
    United States Attorney

By:    *s/ Bradley W. Giles*
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: bradley.giles@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January, 2022, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
    Legal Assistant
    United States Attorney's Office