# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 01-cr-00214-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

5. THEOLIAN LLOYD,

    Defendant.

___

**ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE**
___

THIS MATTER is before the Court upon Defendant's Unopposed Motion for Early Termination of Supervised Release (ECF No. 4076).

The Court ordered the Government to respond to the Motion and the Government filed a response (ECF No. 4076) indicating that it believes the defendant's request is both warranted by his conduct, and in the interests of justice. In addition, the Court has considered the position of the Probation Office as well as the original presentence report. Based on the Court's review, it is

ORDERED that the defendant's supervised release be terminated, that he be discharged from supervised release.

DATED this 2nd day of February, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge