IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 01-cr-00214-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

  1. WILLIE SMALL,

    Defendant.

---

**GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISION (DOC. 4081)**

---

The United States of America, through United Sates Attorney Cole Finnegan, by Assistant United States Attorney Guy Till (Government), hereby respectfully files this response to Defendant's Motion for Early Termination of Supervision (DOC. 4081), in accordance with the Court's minute order (DOC. 4082). The Government states and represents as follows:

The Government is opposed to the reduction of the defendant's period of Supervised Release. The defendant's life-long record shows he is in the habit of violating the law.

Willie Small has demonstrated leadership and organizational ability in his personal criminal history. So far as the Government knows, Willie Small's organizational capability has not diminished with age.

For the good of society and the good of the defendant himself, the Government respectfully asks the Court to deny the defendant's request for relief from Supervised Release.

As Counsel wrote, not so long ago, when she argued for relief on behalf of Willie Small in the context of his First Step Act Motion: . . . "And unlike the typical civilian, Mr. Small will continue to be subject to a system of surveillance and a system of rewards and punishments even if this motion is granted—he still has an eight-year term of supervised release to serve. To the extent that Mr. Small would benefit from continued oversight, the U.S. Probation Office will be able to provide it." (DOC. 4066, pp. 2-3).

The Government notes that Willie Small admitted to using cocaine in August, 2021 (DOC. 4073). The Government concedes that the defendant seems to have gone for almost a year without another violation of Supervised Release, but the Government respectfully asks the Court to deny the Motion (DOC. 4081) at this time.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1801 California Street 1600
Denver, Colorado  80202
Guy.Till@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that on this 13th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

By: *s/Elaina Wohr*
    Legal Assistant
    United States Attorney's Office