IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 01-cr-00214-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIE SMALL,

    Defendant.

___

**ORDER**
___

This matter comes before the Court on Defendant's Motion for Early Termination of Supervision (ECF No. 4081). The bases of the request is that the Defendant is 67 years old, has been on supervision for nearly 2-1/2 years, has maintained steady employment, has a stable home, has had no police contact whatsoever and, with the exception of a single positive drug test in August 2021, has been fully compliant with his supervised release. Having considered both probation's and the government's response, it is

ORDERED that Defendant's Motion for Early Termination of Supervision (ECF No. 4081) is DENIED, without prejudice to refiling at a future date.

DATED this 14th day of July, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge